**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 31, 2005

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re: Melvin Lowe   vs.  Montgomery County Board of Education,  et al
Civil Action No.  2:05-cv-495 (W)

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 2:05-cv-495(F).  This new case number should be used on all future correspondence and pleadings in this action.