IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

MELVIN LOWE,

    Plaintiff,

-vs-

MONTGOMERY COUNTY BOARD OF EDUCATION, et al.,

    Defendants.

Case No. CV-2005-1048

## NOTICE OF FILING NOTICE OF REMOVAL

TO:    Honorable Melissa Rittenour
Clerk of the Court
Montgomery County Courthouse
250 South Lawrence Street
Montgomery, Alabama 36104

NOTICE IS HEREBY GIVEN that, pursuant to provisions of 28 U.S.C. §§ 1441 and 1331, the Defendants, Montgomery County Board of Education, Vickie Jernigan, Mark LaBranche, Tommie Miller, Mary Briers, Dave Borden, Henry A. Spears, Beverly Ross and Dr. Carlinda Purcell, have on the 25th day of May, 2005, filed in the District Court of the United States for the Middle District of Alabama, Northern Division, a Notice of Removal for Case CV-05-1048, from the Circuit Court of Montgomery, Alabama to the District Court of the United States for the Middle District of Alabama, Northern Division. A copy of the Notice of Removal is attached hereto.

DONE THIS 25th day of May, 2005.

MONTGOMERY COUNTY BOARD OF EDUCATION, VICKIE JERNIGAN, MARK LABRANCHE, TOMMIE MILLER, MARY BRIERS, DAVE BORDEN, HENRY A. SPEARS, BEVERLY ROSS and DR. CARLINDA PURCELL, Defendants,

By: *James R. Seale*
James R. Seale (SEA006)
HILL, HILL, CARTER,
FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - fax
E-mail: jrs@hillhillcarter.com
Counsel for Defendants

wwm/6630.0157/f:Notice of Removal-Circuit Court.wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a true and correct copy of the foregoing *Notice of Filing Notice of Removal* upon William F. Patty, Esquire, Beers, Anderson, Jackson, Patty & Van Heest P.C., Post Office Box 1988, Montgomery, Alabama 36102-1988; by placing same in the United States Mail, postage prepaid and properly addressed this the 25th day of May, 2005.

*James R. Seale*
James R. Seale