IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN LOWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-495-WKW |
| ) | |
| MONTGOMERY COUNTY BOARD ) | |
| OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the Court on the Defendants' Motion to Extend Deadline to File Dispositive Motions (Doc. # 14), filed on March 21, 2006. Upon consideration, it is hereby ORDERED that this motion is GRANTED. The parties shall file any dispositive motions on or before April 3, 2006.

DONE this the 22nd day of March, 2006.

      /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE