

# STATE OF ALABAMA
## DEPARTMENT OF EDUCATION

Date Printed: 10-15-2001

### PROFESSIONAL EDUCATOR CERTIFICATE

| THIS CERTIFIES THAT: | TEACHER NUMBER | SOCIAL SECURITY NUMBER |
|---|---|---|
| MELVIN ALONZA LOWE, III<br>2066 HALCYON BLVD<br>MONTGOMERY AL 36117 | 350320 | 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 |

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective Expires July 1 - June 30 |
|---|---|---|
| Class A, Educational Administrator (081) Grades P-12 | 10-15-2001 | 2001-2006 |
| Class B, Elementary (075) Grades 1-6 | 08-06-1999 | 2001-2006 |
| — CERTIFICATES ARE NOT PRINTED BELOW THIS LINE — | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_
State Teacher Certification Officer

_Ed Richardson_
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.