

Superintendent
Clinton Carter

Board Members
Margaret Carpenter, *Chairman*
Herman L. Harris, *Vice Chairman*
H. W. "Buddy" Brendle

Michael C. Dickey
Vickie Jernigan
Henry A. Spears
Dr. John Winston, Jr.

**Montgomery Public Schools**
**mps**

307 South Decatur Street  Montgomery, Alabama 36104    P.O. Box 1991  36102-1991
(334) 223-6700    (334) 269-3076 fax    www.mps.k12.al.us

## SPECIFIC LETTER OF APPOINTMENT

Re-Employment
June 20, 2000

School Year: 2000-2001
Beginning Date: August 22, 2000
Degree: Bachelor's
Annual Salary: $28,394.40
Public School Years of Experience: 01
Salary Scale Step: 00
SSN: 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

Melvin Lowe III
2066 Halcyon Blvd
Montgomery, AL 36117

Dear Mr. Lowe:

This is to confirm your teaching position at Fitzpatrick Elementary School. Your teaching assignment is in Elementary Education area of endorsement.

The salary quoted above is based on current policy granting credit for your years of K-12 public school teaching experience and **full-time** college/university teaching experience. If you are working less than a full 182-day contract term, the amount you will be paid this year will be less than the annual salary quoted above. Contact the Office of Human Resources (223-6730) should you have questions. State and local funds sustain our salary schedule and your employment is contingent upon receipt of these funds.

Your employment shall not constitute a contract beyond this one school year.

If you have not already done so, please bring the **original** copy of your Alabama Teacher's Certificate to the Office of Human Resources. This original certificate must be retained on file in this office. It is your responsibility to apply for and obtain an Alabama Teacher's Certificate if you do not already hold a valid, current Alabama certificate. If you attended college in Alabama, this is done through your college. Otherwise, contact the State Department of Education, Certification Division, Montgomery, AL 36130. Please be reminded that this certification is a requirement for your employment with Montgomery Public Schools.

This letter will constitute our contract subject to the approval of the Montgomery County Board of Education.

Sincerely,

*Jimmy Barker*

Jimmy Barker
Assistant Superintendent-Human Resources

JB/rmw
Cc: Principal
     Personnel File

Replacing: Cheryl Stallworth, Transferred    Fund: General

Blumberg No. 5137

6