IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


MELVIN LOWE,

        Plaintiff,

vs.                    CASE NO. 2:05-CV-0495

MONTGOMERY COUNTY BOARD

OF EDUCATION, et al.,

        Defendants.


    *     *     *     *     *     *     *     *


    The deposition of **MELVIN ALONZA LOWE,**
**III,** was taken before Cornelia J. Baker,
Certified Court Reporter and Certified
Shorthand Reporter, as Commissioner, on
Tuesday, January 3, 2006, commencing at
approximately 9:41 a.m., in the law
offices of Beers, Anderson, Jackson,
250 Commerce Street, Montgomery, Alabama,
pursuant to the stipulations set forth
herein.

BAKER & BAKER REPORTING AND VIDEO SERVIC[ES]
Certified Court Reporters and Certified Legal Vide[o]
334.262.3332 - 1.888.253.DEPS (3377)
www.baker-baker.com

1    to school to get your Education

2    Specialist degree?

3 A.  I would have to look at the curriculum

4    and then look at the transcript to see

5    the years.  It might have been maybe a

6    year and a half.

7 Q.  Okay.  So what year did you graduate

8    with an Education Specialist?

9 A.  That was 2005.

10 Q.  What month?  Do you remember?

11 A.  We are now January.  It should have been

12    conferred, I think maybe in November.

13 Q.  And what was -- is there any kind of

14    particular category that your Education

15    Specialist degree is in?

16 A.  Ed Administration.

17 Q.  So that just happened?

18 A.  Just happened.

19 Q.  The completion of it.  Okay.  You said

20    you went -- any other degrees or

21    special --

22 A.  Nova Southeastern University with an

23    Ed.D.

BAKER & BAKER REPORTING AND VIDEO SERVICES, INC.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332 - 1.888.253.DEPS (3377)
www.baker-baker.com

1  Q.  Okay. Hold on. Let me ask you this:

2      Are there any other degrees that you

3      received at Alabama State University --

4  A.  No.

5  Q.  -- that you haven't already told me

6      about?

7  A.  No.

8  Q.  All right. And then you went to Nova?

9  A.  Nova Southeastern University.

10 Q.  Is that a university that you did on

11     line or through the mail?

12 A.  No. I attended campus in Atlanta,

13     Georgia, and I even had to attend campus

14     in Ft. Lauderdale, Florida.

15 Q.  Where is their main campus?

16 A.  They have two campuses, Ft. Lauderdale,

17     Florida, and South Miami Beach.

18 Q.  Okay. Did you do some of the courses

19     through correspondence?

20 A.  All of the courses were site courses,

21     except for maybe the few that had to be

22     taken on line. All courses were site

23     courses in Atlanta, Georgia.

1  Q.  Back before they were bought by -- it's

2      escaping me -- Baptist Health?

3  A.  Well, I worked at the location downtown,

4      so it's now closed.

5  Q.  Yeah.  What years did you work for Troy

6      Massey?  You said four years?

7  A.  Towards the end of completing my

8      undergraduate degree.  I would have to

9      look back.

10 Q.  So did you work for him part-time while

11     you were going to college?

12 A.  Yes, I did.

13 Q.  And what type of job responsibilities

14     did you have for Mr. Massey?

15 A.  Anything from possibly running errands,

16     to sitting in on depositions for opening

17     and closing cases, preparing documents

18     for court, litigated issues and

19     concerns.

20 Q.  Okay.  And what about Dr. Franklin --

21     excuse me -- yeah, Dr. Franklin?

22 A.  I worked as a student office assistant.

23 Q.  And what about Columbia Regional

1    And let me -- I don't know if

2    we want to count the short-term

3    substitute teaching that I did with

4    Montgomery County prior to my . . .

5 Q. Yeah, we'll get that.  We'll get that.

6    I'm sorry, I should have asked about

7    that already, but . . .

8    Okay.  So your first full-time

9    teaching position was -- your assignment

10   was at Daisy Lawrence, but you were

11   hired through the Student Support

12   Office?

13 A. Yes.

14 Q. And Lois hired you -- or her office

15   hired you?

16 A. Her office hired me.

17 Q. What was your position?

18 A. Classroom teacher.

19 Q. Well, what did you teach?

20 A. I taught -- it was a self-contained

21   unit.  I taught grades five and six

22   regular ed and Special Ed.  All

23   exceptionalities.

1    Q.    What do you mean by that?

2    A.    I had students -- I had IEPs for

3          students who were ED, which at one time

4          was EC, emotionally conflicted; now ED,

5          emotional disorder.  Hearing impaired,

6          LD, and MR.  And if I recall, I think I

7          had one student who was autistic.

8    Q.    When you say -- I know a little bit

9          about self-contained classrooms, but one

10         thing I do know is that different people

11         mean different things when they say

12         self-contained.  When you say

13         self-contained, tell us what you mean.

14   A.    Self-contained is when you are teaching

15         all subjects.  You're not

16         departmentalized.  You're teaching all

17         subjects.

18   Q.    Well, did the group of students that

19         you'd teach stay with you all day?

20   A.    They remained with me all day.

21   Q.    So you got them in the morning and you

22         taught the various subjects throughout

23         the day, and they left you in the

1       you make to obtain another job there?

2   A.  If I stand corrected, I followed the

3       normal procedures that I had been given

4       through Human Resources to reapply to be

5       reassigned for the following year.

6   Q.  And were you reassigned?

7   A.  Yes.

8   Q.  And where did you go?

9   A.  Fitzpatrick Elementary.

10  Q.  And what was your teaching assignment?

11  A.  Fourth grade basic social, which was a

12      departmentalized setting.

13  Q.  What does that mean?

14  A.  That means I taught the basic social

15      subjects, math, science, social studies,

16      and P.E. for fourth grade students.

17  Q.  Okay.  So you had the same group of

18      students all year --

19  A.  No.

20  Q.  -- you had a fourth grade classroom?

21      Okay.  Strike that.

22  A.  The department -- I'm sorry.

23  Q.  So you had certain subjects for the

1      fourth grade students?

2  A.  Yes.

3  Q.  Did you teach all of the fourth grade

4      students those subject?

5  A.  No.  I was paired with another teacher,

6      and we split our students during the

7      day.

8  Q.  Okay.  So you and another teacher taught

9      all of the fourth graders what you have

10     labeled the basic social classes?

11 A.  In two fourth grade units, I taught the

12     basic social subjects.  My pair teacher

13     taught the language art subjects.  We

14     were not the only fourth grade unit in

15     the school.

16 Q.  Right.  I understand.  Okay.  So you did

17     teach all of the fourth graders the

18     basic social . . .

19 A.  That were assigned to my teaching unit.

20 Q.  In your unit.  I gotcha.

21 A.  And this was a regular education unit.

22 Q.  And did you have any other teaching

23     assignments or responsibilities

1    Q.    And did you request that transfer?

2    A.    I was presented a job offer, and I

3          accepted.

4    Q.    Did you ever at any time ask to be

5          transferred from Fitzpatrick?

6    A.    During the course of that year, I

7          initiated an interest in a transfer.

8    Q.    When you say you "initiated an interest

9          in a transfer," what do you mean?

10   A.    Can you be real clear with me and ask me

11         what do I mean?  I initiated an interest

12         towards a transfer.

13   Q.    I mean, did you ask to be transferred?

14         Did you talk to Jimmy Barker or talk to

15         anybody?

16   A.    I talked -- I communicated with

17         Mr. Barker.

18   Q.    And you wanted to be transferred?

19   A.    I initiated an interest.

20   Q.    Okay.  Why did you initiate an interest

21         in being transferred?

22   A.    There was, what I thought, some

23         disharmony in the setting at

1    Fitzpatrick, and at that time I felt

2    that a transfer might be the solution.

3  Q. Tell me what you mean by disharmony

4    there.  What was going on?

5  A. There was, I think, a misunderstanding

6    between myself and the administrator.

7  Q. And what was that misunderstanding?

8  A. I might have or she might have

9    overexerted certain authorities that I

10   felt uncomfortable with.

11 Q. Okay.  And tell us what you mean by

12   that.  I mean, what happened?  What

13   happened to your relationship or what

14   happened that there was a

15   misunderstanding between you?

16 A. I just felt that she, Ms. Thompson, was

17   over exerting her authorities.

18 Q. What did she do that made you believe

19   that or made you feel that way?

20 A. There were a number of things, just too

21   many to call off the top of my head.

22   But there were just a number of things

23   that I felt uncomfortable with during

45

1    that year.

2   Q.   Okay.  Do you mean things that she would

3        ask you to do or times that she would

4        reprimand you?  I mean, I'm just trying

5        to get an idea of what it was she was

6        doing that made you uncomfortable.

7   A.   Her disposition.  I was uncomfortable

8        with her disposition.

9   Q.   Like in the manner that she dealt with

10       you, her mannerisms, her tone?

11  A.   Yes.  We can say that, that I was

12       uncomfortable with her tone and her

13       overall demeanor towards me.

14  Q.   Would she ever correct you or talk to

15       you about the way you were teaching, and

16       you would become unhappy with that?

17  A.   She never gave me any directives as far

18       as my teaching.

19  Q.   Did she ever ask -- did she ever correct

20       you in regards to your teaching?

21  A.   She never supervised my teaching,

22       therefore, she never was able to provide

23       me any directives towards my teaching.

1   Q.  Okay.  Whether or not you think she was

2       capable or should have been able to, was

3       there ever occasions where she

4       attempted, at least, to talk to you

5       about your teaching style or what you

6       were teaching?

7   A.  Well, I'm not -- I'm not saying that she

8       was incapable.  I'm just saying she

9       never.

10  Q.  Okay.  So you never had any conferences

11      with her about your job performance at

12      the school?

13  A.  We talked just as, I guess, she did with

14      other teachers.  I need your lesson

15      plans at this particular time.  I might

16      change this particular student out of

17      your room, or do you have everything you

18      need?  As far as any directives, I would

19      like to see you teach this way; I do not

20      see this; there were never any

21      communications of that sort.

22  Q.  Okay.  What did she do that you felt

23      like was exerting too much authority

1       over you?

2   A.  The uncomfortableness of her exertions.

3       Some verbal communications that I didn't

4       feel were in my best interest or as far

5       as an academia concern.  I didn't feel

6       they had anything to do with my

7       academic -- academia performances.  That

8       made me feel uncomfortable.

9   Q.  So she would say and do things around

10      you that didn't have anything to do with

11      your job performance, and you thought

12      that was inappropriate?

13  A.  I'm not going to say they didn't have

14      anything to do with my job performances.

15      They did not have anything to do with my

16      job presence or my performance in the

17      capacity of a teacher.

18  Q.  Okay.  Tell us what it was that she

19      would say and do that made you have this

20      uncomfortableness.

21  A.  To be very specific, there was an

22      incident when she asked me to conference

23      with her in her office, and she accused

1  me of keeping a disturbance among the

2  faculty.

3  Q.  Okay.

4  A.  I was totally clueless of what she was

5      talking about.  And I felt that she was

6      using her authority as my administrator

7      in having communicated to me, You're

8      nontenured and you've had some problems

9      in the past, and I did you a favor when

10     I hired you.  I was uncomfortable with

11     that statement.

12 Q.  Okay.  And why were you uncomfortable

13     with that?

14 A.  I don't find that a normal statement

15     that you would say to an individual, You

16     had problems in your past teaching

17     assignment.  Because I knew of none.  I

18     didn't know of any problems.  To

19     reiterate that I was nontenured, I was

20     currently aware that I was nontenured.

21     And to suggest that you did me a favor,

22     I was totally uncomfortable with that.

23 Q.  Okay.  Do you know whether she went out

1    on a limb or did you some favor to get

2    you the job at Fitzpatrick?  Do you have

3    any awareness about how that came

4    about --

5  A.  I don't see where she --

6  Q.  Make sure you let me finish my question.

7  A.  Yes, yes.  I'm sorry.

8  Q.  Okay.  Do you have any awareness about

9    how that came about, about how you got

10   assigned to her school?

11 A.  Ms. Vera Thompson called me at my

12   mother's home one evening after 11:00.

13   And she just asked me, Do you want to

14   teach at Fitzpatrick?  Having known of

15   her, I accepted.  Going out on a limb?

16   I was fully educated and certified with

17   the correct credentials to teach, so I

18   don't know what type of limb she could

19   have gone out on.

20 Q.  Did you know Ms. Thompson before you

21   worked for her?

22 A.  Vaguely.

23 Q.  You knew of her, but --

1   A.   I knew of her.

2   Q.   Didn't have any kind of family

3        relationship with her?

4   A.   Not at all.

5   Q.   Socialize with her or anything like

6        that?

7   A.   Not at all.

8   Q.   You've described one conversation that

9        you felt was inappropriate or made you

10       feel uncomfortable.  Tell us any other

11       conversations that occurred that were

12       like that.

13  A.   That was the only conversation that I

14       was totally uncomfortable with.  Any

15       other discussions that we had after that

16       had to deal with a student or a

17       conference or a field trip or something

18       of that nature.  There was never

19       anything else.  That was -- that was

20       somewhat of a beginning and an end.

21  Q.   Okay.  So when you talk about not being

22       comfortable with the authority that

23       she's exerted over you because of the

1     uncomfortableness you had, you're really

2     talking about that conversation?

3  A.  And prior to the demise of that

4     behavior, there were some instances

5     where I was uncomfortable when she

6     stepped -- when she entered my

7     classroom.  I'm not accustomed to

8     someone entering my classroom and not

9     speaking, especially after I've spoken

10    to you.  I'm uncomfortable when my

11    students speak to you and you don't

12    speak back, and they are then looking at

13    me wondering what is going on.  And the

14    students can sense that there is some

15    hostility here.

16         I don't appreciate, and I feel

17    uncomfortable when other teachers are

18    asked to supervise me and to report to

19    the administrator what I'm doing.  And I

20    guess out of fear of our friendship,

21    those teachers admitted to me this is

22    what I've been asked to do; I just want

23    to stay out of it.  Those were the

1    things that made me uncomfortable.  And

2    I was uncomfortable the entire year,

3    although there were no more direct

4    conferences that would make me -- I

5    would be able to put my finger on it.

6    But those were the scenarios that I was

7    uncomfortable with the entire year.

8  Q.  Okay.  Fair enough.  Well, who were some

9    of the teachers that told you that they

10    were asked to supervise you?

11  A.  Mr. Terry Myrick (phonetic).  He's no

12    longer in Montgomery County.  He's now

13    teaching in Georgia.  He taught next

14    door to me, who communicated that

15    Ms. Thompson asked him on several

16    occasions to let her know what was going

17    on in my room.

18  Q.  Do you know why she did that?

19  A.  Well, I don't think it's best practice.

20    I don't know why she would have done

21    that, but he verbalized to me that she

22    did it.

23  Q.  Yeah.  And I'm not questioning that.  I

1    guess my question to you is:  Do you

2    have an opinion, sitting here today, or

3    a belief about why she began to

4    supervise you or ask other teachers to

5    supervise you?  Do you know why?

6  A.  In my educational experiences, I've

7    never read that in best practice or in

8    supervisory management.  I've never read

9    that as being a practice.

10  Q.  So you don't know why she did that?

11  A.  No, I don't.

12  Q.  Any other teachers?

13  A.  Ms. Tonya Stevenson (phonetic).

14  Q.  And does she still teach for the school

15    system?

16  A.  I'm not sure where Ms. Stevenson is.  I

17    want to say she's out of the district as

18    well at this point.

19  Q.  Anyone else?

20  A.  Those were the only two who admitted to

21    me.  There might have been others.  I'm

22    not sure.

23  Q.  And what did they tell you exactly?

1    What had she asked them to do according

2    to them?

3  A.  To -- Mr. Myrick's room was right next

4    to my room.

5  Q.  Yes, sir.

6  A.  She asked him to let her know what was

7    going on in my classroom.  Tonya

8    Stevenson's room was at the other end of

9    the building.  And she just told me, I

10    think it was around Christmas, that you

11    are my friend, and I don't want you to

12    be upset with me, but you do know

13    Ms. Thompson asked me to let her know

14    what you were doing in your room, which

15    I don't understand, because your room

16    was at the other end of the building.  I

17    mean, it was just too -- I mean, you

18    taught second grade.  I taught fourth

19    grade.  Mr. Myrick taught fifth grade.

20    There was no reason we would even have

21    to collaborate unless we were possibly

22    dealing with some special needs issues

23    or some curriculum issues, which we

55

1    didn't do any of that type of planning

2    that year.

3   Q.   Did you ever ask Ms. Thompson about this

4    or confront her?  Confronting might be a

5    bad word.  Did you ask her, Why do you

6    have these folks supervising me?  What's

7    the problem?

8   A.   No, I didn't.  I was not in a position

9    to accost her.

10  Q.   Anything else from that year that you

11   can tell us about why you had initiated

12   interest in transferring out of there?

13  A.   Just the uncomfortableness with her --

14   her demeanor.

15  Q.   And you, in fact, were transferred that

16   summer.  I guess you completed that

17   school year?

18  A.   Yes.  And I did not receive a

19   nonrenewal.

20  Q.   Right.  And then you were transferred

21   from there to Southlawn?

22  A.   Middle.  Southlawn Middle School.

23  Q.   Southlawn Middle School.  I guess -- is

1        there a Southlawn --

2   A.   Southlawn Elementary.  And there's a

3        Southlawn Middle.

4   Q.   Okay.  So you went to Southlawn Middle.

5        Was Tina Minott the principal then?

6   A.   Yes, she was.

7   Q.   And what was your teaching assignment or

8        post that year?

9   A.   Middle school science, sixth grade.

10  Q.   And that was something you were

11       certified to teach?

12  A.   Yes.

13  Q.   Okay.  Who was the assistant?  Was there

14       an assistant principal?

15  A.   Yes.  Ms. Cynthia Tucker (phonetic).

16  Q.   Okay.  Did you have any other -- did you

17       have any other teaching assignments or

18       posts that year?

19  A.   When you say "post"?

20  Q.   Yeah.  I used that word, because

21       sometimes some of the teachers, I've

22       noticed, call it post, like if you have

23       assignments where you're supposed to

1    have some kind of after school

2    responsibilities?

3  A.  I was -- I don't even know if we used

4    the word "advisor."  We might have used

5    the word "advisor" for the dance step

6    and drill team.

7  Q.  Okay.  But you worked with them whatever

8    the word was?

9  A.  Yes, whatever the word they used or we

10    used.

11  Q.  Is that something that you were

12    compensated for on the top of your

13    salary or that you volunteered to do?

14  A.  That was a volunteer.

15  Q.  Okay.  Anything else like that that you

16    can think of?

17  A.  Not that year.

18  Q.  Did you have any problems with Tina

19    Minott similar to what you'd had with

20    Vera Thompson?

21  A.  None.  Nothing.  There were no problems.

22  Q.  Okay.  So you don't feel like that she

23    ever mistreated you in any way?

1  A. No, I don't.

2  Q. What about with Ms. Tucker?

3  A. Oh, no -- no problem at all.

4  Q. Okay.  And let me go back quickly and

5     ask you about Donnie Terry, who was the

6     administrative assistant at Fitzpatrick.

7  A. No problems.

8  Q. No problems with him?

9  A. No problems.

10  Q. Did you ever communicate with him about

11     your problems with Ms. Thompson, or did

12     you just choose not to do that?

13  A. It wasn't in the best interest to do

14     that, and I did not.

15  Q. Okay.  So as far as having any

16     complaints or anything of that nature,

17     you would not have had any against

18     Ms. Minott or Ms. Tucker?

19  A. No.

20  Q. Okay.  Now, at the end of that year,

21     were you nonrenewed?

22  A. At the end of that year, I was

23     nonrenewed.

1   Q.   Okay.  And that summer, did you apply

2        for other jobs with the Montgomery

3        County School System?

4   A.   Yes, I did.

5   Q.   Okay.  Do you know what jobs you applied

6        for?

7   A.   I would have to look, be provided

8        documents of what I initially applied

9        for.  The first thing I did reapply for

10       was to be reassigned.

11  Q.   You wanted to go back there?

12  A.   Back there or anywhere in the system.

13  Q.   Oh, I see what you're saying.  Okay.

14       And if I understand correctly, that did

15       not happen at that time?

16  A.   It did not happen.

17  Q.   Okay.  And I take it that you applied

18       with other school systems?

19  A.   I did.

20  Q.   Okay.  And where did you get a job?

21  A.   Bullock County.

22  Q.   So that was for the -- keeping up with

23       this, the '02-'03 school year, you were

1        in Bullock County?

2   A.   Yes, ma'am.

3   Q.   And who was the superintendent that

4        year?

5   A.   The superintendent that hired me was

6        Mr. Saint, S-A-I-N-T, T. Thomas.

7   Q.   Okay.  And what school were you assigned

8        to?

9   A.   South Highlands, with an S, Elementary.

10       H-I-G-H-L-A-N-D-S.

11  Q.   And what was your teaching assignment?

12  A.   That year I taught sixth grade reading,

13       departmentalized.

14  Q.   And tell us what you mean by

15       "departmentalized."

16  A.   Departmentalized, I taught five sections

17       of sixth grade reading all day, first

18       period, second period, and so on.

19  Q.   So you taught reading all day, and the

20       sixth graders came to you in shifts?

21  A.   And I taught all of the sixth graders in

22       the school.

23  Q.   Okay.

1  A.  I was the only sixth grade reading

2      teacher.

3  Q.  And these were -- you've already said

4      this, but just for clarification --

5      these were all the sixth graders; it

6      wasn't a special category or anything

7      like that?

8  A.  These were all the sixth graders.

9  Q.  You were the reading teacher for the

10     sixth grade?

11 A.  Regular education and Special Education.

12 Q.  Okay.  Who was your principal?

13 A.  Mr. Julius Thomas.

14 Q.  And who was the vice president?

15 A.  Mr. Anderson Graves.

16 Q.  Did you have any problems with

17     Mr. Thomas or Mr. Graves?

18 A.  No, no problems at all.

19 Q.  No complaints or problems with them?

20 A.  None.

21 Q.  Were you nonrenewed at the end of that

22     year?

23 A.  At the end of that year, yes, all

1    nontenured teachers in the entire

2    district were nonrenewed.

3  Q.  Did you attempt to get another job with

4    them, with the Bullock County School

5    System after you were nonrenewed?

6  A.  I did.  In fact, the superintendent

7    promised, You will be back.

8  Q.  And why did you not go back?

9  A.  I did go back.

10  Q.  To Bullock County?

11  A.  Yes.

12  Q.  Okay.  Oh, yeah, I'm sorry.

13                So you were nonrenewed.

14    Everyone across the district was, and

15    then you got reassigned or placed back

16    into the system?

17  A.  Same school.

18  Q.  Same school, same job?

19  A.  Same school.  They just -- instead of

20    teaching reading all day, we then went

21    to -- what did we go to?  I think we

22    went to a self-contained setting, and I

23    had the same students all day.

1  Q.  For what grade?

2  A.  And I taught all subjects.  Sixth grade.

3  Q.  So you just had a regular sixth-grade

4      class?

5  A.  Yes.

6  Q.  Okay.  And so did you have the same

7      principal and vice principal?

8  A.  The same principal.  The second year

9      Ms. Harriet (phonetic) -- I can't think

10     of her last name, but we had a female

11     assistant principal.

12 Q.  Same question:  Did you have any

13     problems with the principal or vice

14     principal in the '03-'04 school year?

15 A.  No, I did not.

16             I would -- I didn't finish

17     answering the first question.  You asked

18     did I apply to anywhere else after the

19     initial -- the first nonrenewal program

20     from Bullock County.

21 Q.  Yes.

22 A.  I did.  I reapplied to Montgomery County

23     for several positions.

BAKER & BAKER REPORTING AND VIDEO SERVICES, INC.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332 - 1.888.253.DEPS (3377)
www.baker-baker.com

64

1   Q.   So in the summer of '03?

2   A.   The summer of '03, the ending of my

3        first full year in Bullock County.  To

4        reanswer your first question, I did

5        apply for teaching jobs, and I applied

6        back to Montgomery County.

7   Q.   And do you have any specific memory of

8        any particular job, or were you just

9        applying with Montgomery County for any

10       teaching position you were certified?

11  A.   I would have to look back at my initial

12       letters of concern or intent.  To the

13       best recollection, any job with my

14       certification that would allow me

15       employment, I was seeking those jobs.

16  Q.   And that was in the Summer of '03.  So

17       you did not get hired by Montgomery

18       public schools that summer?

19  A.   Unfortunately not.

20  Q.   Okay.  So you went back to Bullock

21       County for the '03-'04 school year?

22  A.   Yes, I did.

23  Q.   Okay.  Did you get hired during the

1    course of that year by Montgomery

2    County, or did you complete the year at

3    Bullock County?

4  A.  I returned to Montgomery County, if I'm

5    correct, and I would have to look at the

6    contract to make sure, in October of

7    '04.  I returned to Montgomery County.

8            MR. PATTY:  '03.

9  A.  '03.

10           MR. PATTY:  It was October

11                '03.

12  Q.  Yeah.  And I don't want to trick you,

13    but I don't want to put words in your

14    mouth.  But I am really off.

15  A.  I would have to look back at the --

16           MRS. CARTER:  Let's go off

17                the Record for a

18                second.

19           (Whereupon an off-the-Record

20                discussion was held.)

21           MRS. CARTER:  All right.  So

22                let's go back on the

23                Record.

---

BAKER & BAKER REPORTING AND VIDEO SERVICES, INC.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332 - 1.888.253.DEPS (3377)
www.baker-baker.com

1      meet with either of us together.  He

2      would meet with us separately.

3  Q.  Okay.  I went through -- I'm not going

4      to promise that I read every word of

5      every sheet of paper, but I tried to go

6      through the documents that your lawyer

7      gave to me to help today go smoother and

8      so that I would know what you had.  And

9      I didn't see any kind of notes or

10     anything about conferencing with

11     Dr. Carter.  Is that something that you

12     have that you have not provided your

13     lawyer as of yet?

14  A.  No.  Because I never conferenced with

15     Dr. Carter.

16  Q.  Oh, I thought you said you would have to

17     refer to notes regarding when --

18  A.  A date.  I was going to refer to the

19     notes for a particular date when we

20     initiated a conference.  But I never

21     conferenced with Mr. Carter.

22  Q.  What would you look at to tell you what

23     date you attempted to talk to him?

1  A.   I would maybe have to go back and look

2       at some documentation that I might have

3       provided EEOC to see if a date was in

4       there, when an initial conference --

5       when we tried to made an initial

6       conference.  But I'm also sure that his

7       secretary would be able to go through

8       notes to see when the conference was

9       confirmed, when the call was placed for

10      an initial conference, and when the

11      conference was confirmed, and who it was

12      with.  But I never met with Mr. Carter.

13      He would not meet with me.

14  Q.   Why were you attempting to conference

15      with Dr. Carter?

16  A.   After numerous conversations with

17      Mr. Barker and Ms. Lois Johnson, it was

18      suggested that, Melvin, you might want

19      to apologize to Mr. Carter and see if he

20      will let -- and allow you to be rehired

21      in Montgomery County.  Ms. Lois Johnson

22      communicated that to both my mother and

23      myself, as well as Mr. Barker.  And

```
 1        Mr. Barker reaffirmed that if Dr. Carter

 2     says I can hire you, I can have you in a

 3     job within an hour or a couple of hours

 4     as soon as he says it's okay.  It's not

 5     me, it's him.

 6  Q.  Why did you need to apologize to him?

 7     What would you be apologizing for?

 8  A.  I would -- I still don't know.  I still

 9     don't know.

10  Q.  Did it have anything to do with the

11     incident where you were placed on

12     administrative leave due to the

13     interaction with a child while you were

14     at Southlawn Middle School?

15  A.  Well, I don't see why I would have to

16     apologize for something I didn't do and

17     I was not found guilty of doing.  So,

18     no.  I don't know if that was what was

19     intended for me to apologize for.  That

20     was never communicated to me by

21     Mr. Barker, that this is an event that

22     you need to apologize for.  The only

23     thing that he said, Mr. Barker felt you
```

1    might need to say for any embarrassments

2    or hard feelings that may be between you

3    and Mr. Carter, you might want to

4    apologize for that.

5  Q.  Had you ever -- okay.  Who told you

6    that, Jimmy Barker?

7  A.  Jimmy Barker.

8  Q.  Okay.  And he said you needed to

9    apologize for embarrassment or hard

10   feelings?

11 A.  Any embarrassments that I might have

12   caused the school system and any hard

13   feelings.

14 Q.  And you didn't say, What embarrassment

15   and hard feelings are you talking about?

16 A.  At that -- no, I did not.  At that

17   point, if that's what he wanted to hear,

18   that's what I was going to say.

19 Q.  Well, when you went in to apologize to

20   him, what were you going to apologize

21   for if you didn't know what it was

22   about?

23 A.  I was going to apologize for any

```
1      misunderstandings or hard feelings or

2      embarrassments that I may or may not

3      have caused the school district.  That's

4      provided I would have had an opportunity

5      to talk with him.

6   Q. And I understand you didn't talk to him.

7      I'm just confused about what you were

8      going to apologize for if you say,

9      sitting here today, you don't know what

10     you were supposed to have apologized

11     for?

12  A. I'm also confused.  I don't know what I

13     did or didn't do that I needed to

14     apologize for.

15  Q. When did you have these conversations

16     with Jimmy Barker?

17  A. Again, I would have to look back at my

18     notes.  But it was during the summer

19     before returning to Bullock County.

20  Q. It was in the Summer of '03.  So you get

21     nonrenewed after Southlawn.  You apply

22     and get a job in Bullock County.  And

23     then after that summer, the Summer of
```

73

1    '03 -- or was it the summer right after

2    you got nonrenewed from Southlawn?

3  A. The summer after I was nonrenewed from

4    Southlawn, it was almost I was going in

5    circles. I would go out on interviews.

6    Nothing would materialize from that. Or

7    in one particular instance, I was

8    interviewed, and I heard the principal

9    in a conversation with Ms. Carolyn

10   Hicks. And it was stated, Well, I've

11   made my decision, but I'll just

12   interview this person, but I've already

13   made my decision. And that principal

14   even told me, I'm not going to hire you,

15   because you're too educated. I think

16   your concentrations need to be toward

17   administration, and I just can't have

18   you on my faculty. And that was

19   Mr. Michael Linhart (phonetic), who is

20   now assistant superintendent of

21   curriculum instruction, K through six.

22  Q. Where was he a principal?

23  A. He was principal at E.D. Nixon

1    Elementary.

2  Q.  And he said he could not hire you

3      because you were too educated?

4  A.  He said -- Mr. Linhart's words were in

5      the area, You're too educated.  You're

6      very intelligent.  I think you need to

7      concentrate on trying to get an

8      administrative position, because I think

9      that's where your focus is.  But I'm not

10     going to be able to hire you.

11 Q.  Anybody else that you interviewed with

12     that summer that you can tell us about?

13 A.  If I stand corrected, he was the only

14     one.

15 Q.  That interviewed you that summer?

16 A.  That interviewed me.  And that was the

17     day before school was to open.  That

18     summer I had been given the runaround

19     about receiving interviews, what jobs

20     were available.  I was even told that --

21     Mr. Barker informed my mother and I that

22     Ms. Hicks checked with seven principals

23     and none of them wanted Melvin.

1  Q.  Okay.  I'm looking at something that you

2      gave to EEOC that said that Mr. Barker

3      informed you that Ms. Hicks said that in

4      the Summer of '03, which would have been

5      after you worked in Bullock County a

6      year.  So let's look at the Summer of

7      '02.  Can you think of anything

8      else from that -- or do you think --

9  A.  The Summer of '02, I could not get an

10      interview.  That was after Southlawn, if

11      I stand corrected with these years.  I

12      could not get an interview for anything.

13  Q.  And what is your testimony today as to

14      why you could not get an interview?

15  A.  Well, you have a series of events that

16      cause you to put certain events into a

17      proper perspective.  After Southlawn,

18      when I received the nonrenewal, it was a

19      total surprise, because my relationship

20      with Ms. Minott allowed me to know who

21      was receiving nonrenewals.  And I was

22      not one of her select persons to receive

23      a nonrenewal.  I was, in fact, in her