1    letter?

2  A.  No.  Because all of the jobs I applied

3    for, I sent them certified mail.  So all

4    of them are listed.

5  Q.  Okay.  So every job that you would have

6    applied for that summer, you have in

7    some way reflected on this document?

8  A.  Yes.  All of those where -- that I

9    qualified for.

10  Q.  So is it fair to say then, that you have

11    included every job on this claim of

12    discrimination that you applied for,

13    regardless of who was awarded the

14    position?

15  A.  Every job that's on here is every job

16    that I applied for that I met the

17    qualifications.

18  Q.  So is it your testimony that you should

19    have been given any of the jobs you

20    applied for over the person who was

21    actually awarded the position?

22          MR. PATTY:  Object to the

23          form.

1  A.   I could have been given the opportunity

2       to interview.

3  Q.   Okay.  Well, do you know -- in looking

4       at No. 2, September 1st, 2003, do you

5       know who determined who would be

6       interviewed for those positions?

7  A.   I would assume, according to best

8       practice, that would be a decision from

9       Human Resources.

10 Q.   What do you mean when you say "according

11      to best practice"?

12 A.   You have best practice procedures in any

13      organization, what you would define as

14      the most logical, most ethically sound

15      premise to base your decision.  So when

16      I say best practice, the best possible

17      approach would have come from Human

18      Resources to make those decisions of who

19      we screen for interviews and who we

20      interview.

21 Q.   Okay.  Well, aside from what you think

22      the best practice is, do you know,

23      sitting here today, who determined or

1   who ascertained what people would be

2   interviewed for the educational

3   specialist or these other jobs that are

4   listed here?

5 A.   That's a Human -- it's supposed to be a

6   Human Resource issue.

7 Q.   Do you know who actually conducted the

8   interviews?

9 A.   I was not afforded the interview, so I

10   wouldn't know who interviewed.  I'm just

11   assuming that it would be Human

12   Resources or their decision.

13 Q.   Do you know if all applicants were

14   afforded an interview, or there were

15   some applicants, along with you, who

16   were not awarded an interview?

17 A.   I wouldn't have any -- I wouldn't have

18   that information.

19 Q.   And you can't, sitting here today,

20   compare your qualifications with any of

21   the people who got these jobs?

22 A.   Some of the people that don't have the

23   educational background that I, and

1      that's one of the qualification when you

2      start ranking. Some of them I would

3      know. Others, I would not. But if

4      there's a set system that you're using,

5      it's not a problem.

6  Q.  Do you know what qualities or

7      characteristics the Board was looking

8      for when they hired the positions you've

9      listed here in No. 2?

10 A.  None other than what's listed on the job

11     announcement.

12 Q.  No. 3 says you applied for the

13     administrative assistant position at

14     Robert E. Lee High School and that you

15     were never given an interview?

16 A.  That is correct.

17 Q.  Do you know who was given that job?

18 A.  I don't know.

19 Q.  Do you know the race of that person?

20 A.  I don't know.

21 Q.  Do you know the sex of that person?

22 A.  I don't know. I want to say -- and I

23     may stand corrected, the person that

1    reports may defend this -- I want to say

2    a white female received that position.

3  Q.  You're just basing that on memory?

4  A.  From personnel reports, yes.

5  Q.  Do you know what your qualifications

6    were compared to her?

7  A.  I was either in the process of

8    completing my Specialist or had

9    completed it or -- I was certified.  I

10    clearly met the qualifications.

11  Q.  Okay.  In the Summer of 2003, had you

12    ever been in an administrative position

13    anywhere?

14  A.  No.

15  Q.  In the Summer of 2003, had you ever

16    worked in a high school?

17  A.  No.

18  Q.  No. 4 says September the 17th, 2003,

19    that you applied for an Education

20    Specialist position in the Office of

21    Student and Community Services, that you

22    didn't receive an interview, and that

23    Susan Terrell received the position.

1       What is --

2   A.  Yes.

3   Q.  That's a female, I guess.

4   A.  White female, yes.

5   Q.  White female.  Do you know anything

6       about her qualifications?

7   A.  No, I don't.

8   Q.  Do you know how they decided who would

9       be interviewed for the position?

10  A.  No, I don't.

11  Q.  Do you know whether all applicants were

12      interviewed, other than yourself?

13  A.  No, I don't.

14  Q.  Did you list this Education Specialist

15      position -- is that different than the

16      one you've listed two spaces up?

17  A.  It's a different one, yes.  Different

18      department, yes.

19  Q.  I'm sorry.  Did I already ask you this:

20      Do you know what Susan Terrell's

21      qualifications are?

22  A.  You did.  And I told you I don't know.

23  Q.  Okay.  I'm sorry.  No. 5, September

1     17th, 2003, you applied for a teacher

2     position at Brewbaker Intermediate

3     School.  It says you interviewed, but

4     that you received negative verbal

5     feedback from the administrator during

6     the interview?  Tell me what happened

7     there.

8  A.  Ms. Debra Clark (phonetic) interviewed

9     me.  She told me that she didn't think

10    that I would work out at Brewbaker.  She

11    said, I think you're geared towards

12    something in administration, and,

13    Melvin, you need to keep working on

14    that.  We ended -- the interview didn't

15    take thirty minutes.  Later that

16    afternoon, Ms. Virginia Browder notified

17    my mother that Ms. Clark said she wasn't

18    going to hire Melvin, because she didn't

19    want her students beat.

20  Q.  So based on that information, was it

21    your feeling that she didn't want to

22    hire you because of the allegations

23    against you at Southlawn?

1  A.  Well, when you look at those

2      allegations, that should have been

3      privileged information.  How did

4      everybody have knowledge of that?

5  Q.  I understand that.  But did you feel

6      that's what she was talking about when

7      she made that comment?

8  A.  Possibly.

9  Q.  Did she make any comment about your race

10     or your sex?

11  A.  No.

12  Q.  Did she make any comment about your

13     mom's prior claim against the school

14     board?

15  A.  No.

16  Q.  Looking at the next one, September

17     17th, 2003, you applied for a teacher

18     position at McKee, and you never

19     received an interview.  Who was the

20     principal at McKee that year?

21  A.  Ms. Lillian Sanders.

22  Q.  And she did not interview you?

23  A.  No.  This was when she clarified to me

1    and my mother that, I don't want you-all

2    mad at me, but Ms. Hicks talked me out

3    of hiring Melvin.  But she was at --

4  Q.  Okay.  You told me that was in 1999.

5    Did that happen again or are you --

6  A.  No.  This was when she told us what

7    happened in 1999.

8  Q.  Okay.  Okay, I'm sorry.  So in 2003, you

9    didn't interview with her, but you had a

10   conversation?

11 A.  She ran into us at the mall.  And this

12   is what she told us, the reason that

13   when I applied for this job.  Because I

14   even faxed my information to the school

15   to her.  And she communicated this to me

16   during the Summer of '03.

17 Q.  And what did she say again?

18 A.  She just said that, I don't want y'all

19   mad with me, but Ms. Hicks kinda talked

20   me out of hiring Melvin when I was at

21   Hayneville Road.

22 Q.  And I think you've already told us what

23   Ms. Hicks allegedly said to her; is that

1    correct?

2  A.  I don't know what Ms. Hicks said to her,

3    but Ms. Sanders said she talked her out

4    of hiring me.

5  Q.  The next one says June 3rd -- 30th,

6    excuse me, 2003, you submitted a letter

7    of reactivation of my employment

8    application for positions with

9    Montgomery County Public Schools, and

10    you never received an interview.  Tell

11    me what you mean by that.

12  A.  I want to say that is where I sent a

13    letter asking to get my file to be

14    reactivated and positioned for

15    interview.  And it never took place.  I

16    never received any interviews.

17  Q.  That's the summer that you didn't

18    receive any interviews until you

19    interviewed the day before school

20    started?

21  A.  Yes.

22  Q.  Okay.  And is it your contention here

23    that you were not interviewed during

1     that summer, up until that day, because

2     of your race or sex?

3  A.  Yes.

4  Q.  Okay.  And tell me, if you would, what

5     evidence you have that you were not

6     given interviews during the course of

7     that summer because of your race or your

8     sex?

9            MR. PATTY:  Object to the

10            form.

11  A.  What other reason?  I mean, you have a

12     string of jobs here that I didn't even

13     get an interview for, so what other

14     reason?  I mean, I'm throwing that as a

15     rhetorical, but what other reason?  I

16     was certified.  I wasn't a convict.

17  Q.  Did you ever feel like it was because of

18     what happened at Southlawn or the other

19     schools?

20  A.  No.  Because what happened at Southlawn

21     was privileged information.  It was not

22     public knowledge.  And as far as --

23  Q.  At least one of these other teachers

1    knew about it; did they not?

2  A.  One of the other teachers where?

3  Q.  One of the teachers we just talked about

4    you said told somebody that she didn't

5    hire you because she didn't want you to

6    beat up her students?

7  A.  That was the principal.

8  Q.  Oh, excuse me.  One of the other

9    principals, excuse me.

10  A.  The principal.  Now, how they knew about

11    it, I'm puzzled with that myself.  And

12    as far as what happened at any other

13    schools, what I said earlier, I never

14    got any letters of reprimand, any verbal

15    reprimands, so who was saying all of

16    this, and where is it coming from?

17    Everybody knows more about it than me,

18    and I was the one who was there.

19  Q.  Okay.  On No. 8, it says for clarity and

20    explanation for the above, at this

21    particular time you had accepted a

22    teaching job in Bullock County.  It says

23    that under the direction of your

1    attorney, Julian McPhillips, that you

2    applied for all of the above-listed

3    positions via certified mail.  And at

4    the beginning of the school year for

5    2003-2004, that you returned to Bullock

6    County.  And then October of 2004, was

7    interviewed for a reading coach position

8    in Montgomery County at Daisy Lawrence

9    Elementary Alternative School.

10                    Was Mr. McPhillips helping you

11    draft this information at the time?

12  A.    I was under his advice.

13  Q.    Okay.  That's fair enough.  It says the

14    school board at the rate of pay as a

15    tutor-teacher hired you.  However, you

16    were assigned and performed reading

17    coach duties.  And the salary matrix for

18    reading coaches is greater than that of

19    a teacher and a tutor-teacher.  And I

20    know that before lunch we already talked

21    about that a good bit.  And, I guess I

22    want for clarification, you to tell me,

23    if you can, who told you that you were

1     going to be a reading coach, every

2     person that told you that.

3  A.  Dr. Owens was the person who positioned

4     me about the reading coach position.  He

5     was the one who interviewed me about the

6     reading coach position.  And Mr. Barker

7     was the first person who ever told me

8     anything about a reading coach position.

9            Reading coach positions was a

10    new concept to instruction.  And I knew

11    nothing about a reading coach when I was

12    in Bullock County.

13  Q.  At the time that you actually got the

14    job and began to be paid for the job,

15    you understood, though, that it wasn't a

16    reading coach position, correct?

17  A.  Once I got back to Mr. Barker's office

18    to sign the contract --

19  Q.  Right.

20  A.  -- it was clear that it was changed, and

21    it wasn't a reading coach position.

22  Q.  So at the time that you signed your

23    contract and began that job, you

1     understood you were not in a reading

2     coach position?

3 A.  Even to the point when I got back to

4     Daisy Lawrence, when I was still tasked

5     with those responsibilities from the

6     school and from central office to

7     perform reading coach duties.

8 Q.  So then, this correspondence to the EEOC

9     picks up in May of 2004. So during the

10     '03-'04 school year, it's your

11     contention that you performed the duties

12     of a reading coach?

13 A.  Yes, it is.

14 Q.  How do you know that your duties were

15     specifically what a reading coach would

16     do if you didn't know anything about

17     what a reading coach did?

18 A.  Well, I read -- okay. When you were

19     tasked to go to all of the meetings with

20     the reading coaches, attend the

21     leadership meetings with the reading

22     coaches and the principals; when you

23     perform the same duties as other reading

1    A.    Okay.

2    Q.    -- what your position is about the fact

3          that you were acting as a reading coach

4          or being a reading coach and not paid as

5          one or given a job as one.  I gotcha on

6          that.

7                        I want to talk about, now, you

8          know, why you believe that happened and

9          what evidence you have to support that.

10         You've said it was not about your sex,

11         that it was about the fact that you were

12         Melvin Lowe.  And my question is:  What

13         do you mean by that?

14   A.    Well, it's both.  Mr. Barker told me

15         when I asked him, when I got ready to

16         sign my contract, This says you want me

17         to put on here tutor-teacher or reading

18         tutor, whatever the contract has.  And I

19         said, This is not what Dr. Owens

20         interviewed me for.  Mr. Barker said,

21         Well, Melvin, you followed the wrong

22         procedures, you know we don't operate

23         like that.  It's a reading tutor.  And I

225

1   Q.   That's fine.

2   A.   Okay.

3   Q.   Okay.  And what about with Carolyn

4        Hicks?

5   A.   Absolutely not.

6   Q.   Okay.  What about with Dr. Carter?

7   A.   Mr. Carter, again, never agreed or never

8        met with me.

9   Q.   What about with anybody else, anybody

10       that you can tell us about, sitting here

11       today, that gave you information that

12       you weren't interviewed during that

13       summer or that you were treated poorly

14       about your position as a reading coach

15       as opposed to a teacher, because of your

16       race, your sex, or your momma's prior

17       claim against the school?

18  A.   I mean, you're going -- we kinda look

19       like we're flipping.  Because, see, when

20       I first told -- when I'm telling you,

21       no, we had limited conversations, I'm

22       talking about that first summer after

23       Southlawn.  What -- you're not talking

1   about that summer.  You're talking about

2   this last summer?

3   Q.  Yes, sir.  I'm talking about the summer

4   after you worked for a year, so I'm --

5   A.  That's when I -- you're talking about

6   the full year --

7                   MR. PATTY:  She's talking

8                   about the Summer of

9                   2003, is what I

10                  understood.

11                  MRS. CARTER:  Yeah, that's

12                  what --

13  A.  After I worked the full year back for

14  Montgomery County?

15  Q.  Because I understand --

16                  MR. PATTY:  No, she

17                  didn't -- full year in

18                  Bullock County, and you

19                  were trying to come

20                  back.

21  A.  Oh, no, absolutely not.  Absolutely not.

22  I didn't have --

23  Q.  I think we're talking about the same

1      summer, but I'm not --

2   A.  Now I think we are.

3   Q.  Okay.

4   A.  Okay.  No, absolutely not.

5   Q.  Because if I understand your testimony

6       right, the Summer of 2002, after you

7       were nonrenewed, you didn't really apply

8       for jobs or have communications with

9       folks here --

10  A.  Huh-uh (negative response).  That's what

11      I said.  It was limited.

12  Q.  -- you went on to Bullock County?

13  A.  Uh-huh (affirmative response).

14  Q.  We're now in the next summer where you

15      did apply for these jobs that we just

16      went over.

17  A.  Okay.  I got confused with these

18      summers.  Okay.  Now, yes.  Let me make

19      sure I'm answering the right thing.

20      Because these summers are throwing me

21      off.  Because I'm referring to them as

22      one after the full year, and we're not

23      talking about the full year.  You were

1    talking about before then.   Okay.

2  Q.  I'm talking about you taught in Bullock

3    County the '02-'03 school year --

4  A.  Uh-huh (affirmative response).

5  Q.  -- and then the Summer of '03, you

6    applied for all these jobs.

7  A.  Okay.

8  Q.  It's part of your claim.  You didn't get

9    them or didn't get interviewed for them.

10 A.  Oh, no, I didn't talk to anybody.

11 Q.  Okay.  That summer --

12 A.  Uh-huh (affirmative response).

13 Q.  -- did you have a conversation with

14   Mr. Barker or Dr. Carter or anybody else

15   up there, or any teacher or principal,

16   that gave you any information that the

17   reason you weren't interviewed for these

18   jobs or given these jobs was because of

19   your race, your sex, or your mom's

20   claims against the school?

21 A.  No.  I was advised not to have any

22   contact with anyone.

23 Q.  Okay.  And you were represented by

1       counsel at that point?

2   A.  Yes.

3   Q.  And then, I would ask the same questions

4       about, not the summer, but now we're at

5       the time where you're actually getting

6       the position; you're getting the job.

7       You're talking to Mr. Barker; there's

8       this conversation between y'all, because

9       you believe you're supposed to be

10      getting a reading coach position; and

11      he's saying to you that's not the job --

12  A.  Uh-huh (affirmative response).

13  Q.  -- during that conversation or during

14      that time period in October, did you

15      have conversations with anybody who gave

16      you any information that any of this

17      stuff had occurred because of your race,

18      your sex, or the claims that your

19      momma --

20  A.  Not in October --

21              MR. PATTY:  Objection.  Go

22                  ahead.

23  A.  Not in -- to answer your question, not

1   that's part of the problem.

2           Then Dr. Owens, over the

3   summer, kept -- the same thing, saying

4   to me over and over again, that this is

5   the reason, you know, you're having

6   these problems.  And just over and over

7   and over.

8           I then began -- I'm sorry.

9   Q.  Okay.  Go ahead.  Go ahead.

10  A.  -- to talk to Mr. Barker when I

11  started -- that summer, I noticed that

12  certain jobs were being filled that had

13  not been advertised, certain people

14  didn't have certain certifications, and

15  they were acting in such capacities.

16  And we then started trying to see -- I

17  thought Mr. Barker was trying to help me

18  secure a position.  And then I started

19  getting maybe more than one, but one in

20  particular, recommendation for a

21  position, for an administrative

22  assistant's position at McKee Junior

23  High.

1  Q.  Okay.  Let me stop you right there.

2  A.  Okay.  And go back.

3  Q.  Let me stop you.  I think that we're on

4     the same page now to kind --

5  A.  I think so, finally.

6  Q.  -- to kind of move forward with this,

7     which is better for us to work it out

8     now.

9         So we're in the Summer of '04,

10     you've completed that year, and they

11     attempt to nonrenew you?

12  A.  Yes.

13  Q.  But they don't get it right, and so you

14     don't get nonrenewed, and you end up

15     getting reassigned back at Daisy

16     Lawrence.  But during that summer, you

17     applied for other jobs?

18  A.  Yes.

19  Q.  And these are the ones that are on here?

20  A.  Yes.

21  Q.  Okay.

22         MR. PATTY:  When you get to

23            a point, we've been

236

```
 1  A.  Yes.
 2  Q.  -- like that open that year, and you did
 3      not get an interview for any of them?
 4  A.  No, I did not.
 5  Q.  Do you know who interviewed?
 6  A.  No, I don't.
 7  Q.  Do you know if all applicants
 8      interviewed?
 9  A.  I wouldn't know.
10  Q.  Okay.  June 4, 2004, Education
11      Specialist of Office of Curriculum and
12      Instruction.  You were never
13      interviewed, and two women filled the
14      position?
15  A.  Yes.
16  Q.  Were they black or white?
17  A.  Two white women.
18  Q.  Okay.  Do you know who all interviewed
19      for the position?
20  A.  I want to say -- I won't speculate.
21      Probably nobody but those two.
22  Q.  Okay.  Do you know?
23  A.  No, I don't.
```

1  Q.  Okay.  Do you know who made the decision

2      of who would be recommended for those

3      positions?

4  A.  It should have been a Human Resource

5      issue or recommendation.

6  Q.  Okay.  Do you know who made the

7      recommendation, that that's who the

8      board hired, or made the recommendation

9      to Mr. Barker?

10 A.  I would assume it would have been a

11     Human Resource decision.

12 Q.  Okay.  Applied for the position of

13     Title I Educational Specialist in

14     Professional Development.  A woman

15     filled the position.  Same question:  Do

16     you know her qualifications?

17 A.  No, I don't.

18 Q.  Do you know who else interviewed for

19     that job?

20 A.  No, I don't.

21 Q.  Do you know who selected who would be

22     interviewed?

23 A.  No, I don't.  I assume it was a Human

1    Resource decision.

2  Q.  You don't know who participated in the

3    interview with her?

4  A.  No, I don't.

5  Q.  All right.  June 11th, 2004, Title I

6    Program Evaluator.  You never received

7    an interview and the position has not

8    been filled?

9  A.  At that time, I was instructed this

10    position had not been filled.

11  Q.  Okay.  But you weren't given an

12    interview?

13  A.  No, I wasn't.

14  Q.  After you wrote this, did they fill the

15    job?

16  A.  I don't know.  I would have to look at

17    personnel minutes.

18  Q.  Do you know why the job wasn't filled at

19    the time?

20  A.  I have no idea.

21  Q.  Do you know who made the decision of who

22    to interview?

23  A.  I'm assuming it was a personnel issue.

1  Q.  June 24th, 2004.  Title I Teacher-Tutor.

2      Skills Lab at Houston Hill Junior High

3      School.  And it says that you were never

4      interviewed.  Do you know who chose the

5      people that would be interviewed?

6  A.  I don't know.  But the principal,

7      Mr. Cochran (phonetic), told me that he

8      had already filled the position.  And

9      when he filled the position, I didn't

10     elaborate too much.  But I went to

11     Mr. Cochran.  The job announcement

12     hadn't even come out yet.  I just kind

13     of caught wind that it's going to come

14     out tomorrow, and you're telling me

15     you've already filled the position.

16 Q.  Okay.  Do you think the fact that

17     Mr. Cochran had already filled that

18     position had anything to do with you?

19 A.  It would have had to do with anybody,

20     black, white, Indian, if you didn't have

21     an opportunity to actively participate

22     in the interview process.

23 Q.  All right.  June 25th, 2004, applied