# MONTGOMERY PUBLIC SCHOOLS
## CITY & COUNTY

307 South Decatur Street, 36104
Post Office Box 1991
Montgomery, AL 36102-1991
(334) 223-6700

### SPECIFIC LETTER OF APPOINTMENT

August 9, 1999

School Year: 1999-2000
Beginning Date: August 24, 1999
Bachelor's Degree
Annual Salary: $28,394.09
Public School Years of Experience: 0
Salary Scale Step: 0
SSN: 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

Melvin Lowe III
2066 Halcyon Blvd
Montgomery, AL 36117

Dear Mr. Lowe:

This is to offer you a teaching position at RISE Program. Your teaching assignment is in Elementary Education/area of endorsement.

The salary quoted above is based on current policy granting credit for your years of K-12 public school teaching experience and/or one-half of full-time college/university teaching experience. If you are working less than a full 180-day contract term, the amount you will be paid this year will be less than the annual salary quoted above. Contact the Office of Human Resources (223-6730) should you have questions. Our salary schedule is sustained by state and local funds and your employment is contingent upon receipt of these funds.

Your employment shall not constitute a contract beyond this beyond this one school year.

If you have not already done so, **come by our office** at your earliest convenience to complete forms for payroll purposes and bring your social security card and drive's license with you. If you have your Alabama Teacher's Certificate, bring it also. This letter, along with your completed acceptance form, will constitute our contract subject to the approval of the Montgomery County Board of Education.

Sincerely,

Jimmy Barker
Assistant Superintendent - Human Resources

JB/rmw
cc: Principal
    Personnel File

Replacing: Program Needs    Fund: General

4

*It is your responsibility to apply for and obtain an Alabama Teacher's Certificate if you do not already hold a valid, current Alabama certificate. If you attended college in Alabama, this is done through your college. Otherwise, contact the State Department of Education, Certification Division, Montgomery, Alabama 36130. When you receive your Alabama Certificate, it must be provided to this office IMMEDIATELY. The original certificate must be retained on file in this office.

Lowe v. MCBOE
Initial Disclosures