Fitzpatrick Elementary School 2000-2001

# The Second Week of School

1. September 11th, Mrs. Thompson asked to me see her in her office on my planning time which is from 12:30p.m. – 1:00p.m. We were in conference until about 2:15p.m. During the conference we never discussed anything pertaining to curriculum. Mrs. Thompson stated to me that she has had some complaints, about me and my style of teaching from parents. This being the ~~third~~ second weeks of school and my not knowing any more than two of my parents I found this hard to believe. Mrs. Thompson continued to address me with complaints one in particular that about three faculty members had come to her and stated that I was causing a disturbance on the faculty. She informed me that I suggested or stated that "the restrooms were not clean, the students were out of control, and that she or Mr. Terry did noting about discipline, furthermore that no paddling was done and that things were out of control". At that time, I stated to Mrs. Thompson is this what you called me in for? She then told me that she requested that I be employed at Fitzpatrick and that I had some problems with my PEPE scores from last year at Daisy Lawrence and that it was her doing that I was employed. I began by telling Mrs. Thompson that none of what she said was true. I told her that this was my first year at her school and that I had no idea of what was going on or has gone on. I told Mrs. Thompson that her teachers had informed me that she did absolutely nothing in regard to anything. She then asked me who, I told Mrs. Thompson that I wasn't going to eat moken bird eggs, or carry messages. We went back and forth about who said what and at that time I told Mrs. Thompson that her faculty since the day that it was public knowledge that I was coming to Fitzpatrick informed me about the un-favorable working conditions. I then brought things to closure by saying that I am sorry if this is what was relayed to you about what I said or didn't say to faculty members nevertheless, in the event that this should occur again please call me in while those members are present. At that time again, I express to Mrs. Thompson that I hoped that she was calling me in as a friend and not using here authority by having this meeting. We ending by Mrs. Thompson stating to me that she just wanted me to stay in my room and not be so friendly

7

to faculty and just teach. I told here that I would continue to speak and that I would continue to do as I have in the past years of my teaching career, which was to teach and to be effect in my teaching. We ending and I went back to my room.

2. September 13th. On this morning Mrs. Thompson entered my room around 7:55a.m. and said nothing, she began walking and watching my students and me. I at that time, said Good Morning. Mrs. Thompson said nothing. She continued to walk around and when I approached her again she asked me questions regarding my teaching and what the students where doing. Mrs. Thompson walking around and pretended to assist the students with their seatwork. I then at that time gathered the students for their restroom break. At that time it was 8:10a.m. and Mrs. Thompson left the room.

3. September 14th Mrs. Thompson walked down the hall on this particular morning and was very rude to me when I spoke three times to her in the presence of a parent. The parent was one of our security guards within the system. The parent asked me what was the problem and I insisted that she didn't hear me. Mrs. Thompson then walked back down the hall toward the office only listen and peaking into my room. I didn't appreciate the fact that she ignored me in frustration to our previous conversation held this week.

4. September 28th at about 8:40a.m. Cheerleader interrupted me in the hallway cheering. I then entered the hallway to see what was going on along with the other teachers on this wing. We noticed that Mrs. Thompson was practicing with these students on instructional time. I approached Mrs. Thompson to see how long they would be and she only said to me Mr. Lowe, where are your students? I informed her that I was with them going to the restroom. At that time I left and returned to my room. The students continue to practice for about another 15 minutes.

5. October 2nd on today I approach Mrs. Thompson in her office to ask her about my plans to work with my parents and students to complete missing assignment in my efforts to have successful grade this first 9 weeks grading period. Mrs. Thompson was very reluctant about the idea however I continued to ask that she allow

me to send out notices to parents with regard to their child's assignments that were missing from my grade book. At that time Mrs. Thompson started asking me questions about how I was teaching and when was I teaching. Mrs. Thompson went on to say that she never sees me teaching. I then told Mrs. Thompson that you have only been in my room twice in this our only 4th week of school. While the students are in the room I keep my door open therefore, I can see and hear when someone is in the hall. I expressed to her also that I do teach and that Mr. Terry has been in my room when I am teaching. Mrs. Thompson also asked me about videotape that I had my students watching on the Solar System, which was the time for our first science chapter. I was a little confused about how Mrs. Thompson knew that I was showing a tape because she was not in my room on either of the days that it was shown. We talked for a while longer on that issue and then Mrs. Thompson brought up PEPE. She told me that October was the month that she was going to begin her evaluations. I asked was she going to follow the described schedule and she told me NO. She said that she would alter the format of the evaluations. I reminded her that I have done PEPE before and I was aware of the items that would be sited. She informed me that I needed to get some more materials up in the room because she would be looking to see certain items. I assured Mrs. Thompson that I can and that I do teach. I also invited her to come in my room at any time to view me teaching and she would see that I know what I am doing. Mrs. Thompson then asked me to get a copy of my PEPE from last year and get a copy to her. I didn't understand why she didn't have it when she told me that she has seen and that I had some problems from last year at B.E.E.P Daisy Lawrence based on her conversations with Mrs. Carolyn Hicks. Mrs. Thompson told me that on my planning I should go and view some of the teaching done by my fellow teaching in my unit to view effect-teaching styles. We ended this discussion and I returned to my student. After leaving Mrs. Thompson I call my AEA Uniservice director where I was advised not to have another discussion with Mrs. Thompson about issues concerning my teaching without representation.

6.  October 11th Mrs. Thompson had Mr. Terry to come to my room and ask me to come to the office to meet with her. It was about

1:00p.m. Which was instructional time for me. I went in Mrs. Thompson office and we began talking. Mrs. Thompson accused me of not teaching and following her directions. I asked her what was she looking for and she just stared at me. Mrs. Thompson told me that I should be teaching the SAT and nothing else. I then asked her about the curriculum framework from the State Department and its guidelines. She then looked at me and said nothing. I then reminded Mrs. Thompson that she has never been in my room for more than 20 minutes and the times that she came I was in the middle of homeroom and the morning announcements where being made over the PA. She just stared at me. We went on for an hour or more, she discussing things that she wanted to see and I assuring her that I was doing these things. Mrs. Thompson then went on to say that she had some complaints from parents and she asked me specifically about one parent, Mrs. Raspberry (Arian Jones) mother. I began by telling Mrs. Thompson that I returned a call to this parent after being told by Mr. Terry that Mrs. Thompson had scheduled a conference for this parent and me at 3:13p.m. and cancelled. I express to the parent that I would be unable to meet with here being that I didn't know about the conference until 10:30am. Mrs. Thompson then express to me that I would not be able to put a parent off from having a conference. I told Mrs. Thompson that those were not my plans. I only suggested that we have the conference on Tuesday since she wanted Mrs. Thompson present. We ended by Mrs. Thompson asking me to meet with the parent at my earliest.

7. During my meeting with Mrs. Thompson I would be asked things such as:

   1. Are you using a variety of teaching methods?
   2. Are the students involved?
   3. Am I re-teaching?
   4. Are you teaching?
   5. Am I allowing the students an opportunity to succeed?
   6. Are you communicating with the parents?
   7. Are you talking to other teaching about me?
   8. Are you or do you feel that I am harassing you?

9. Do you feel that you are too friendly with the faculty, (while at the same time Mrs. Thompson told me that I was too friendly and I should not be as friendly)?
10. Do you feel that you are teaching?
11. How do you plan your assignments?
12. How well do you get along with teacher in the 4th grade?
13. Do you feel that I (Mrs. Thompson) am a good administrator?
14. Are please to be at Fitzpatrick Elementary?
15. Are you saying that Mrs. Terry and I aren't good administrators?
16. Are you saying that we don't suspend or paddle?
17. Are you aware that I am the administrator and that the teachers will do what I say?

\*\*During every conference with Mrs. Thompson we go over the same thing over and over. We don't ever cover anything new other than constant harassment being given to me. Mrs. Thompson is allowing other teacher to report to her what I am doing or not doing. She has stated to me that they (teachers) will tell me what is going on. I resented that statement because I am a good teacher and I am teaching.

8. October 23rd Mrs. Thompson spoke to me in the hallway and then came into my room once I left. I was taking my students to the restroom. She never attempted to enter the room while I was in the room but she went into another teacher's room and stood looking into my classroom. I felt un-comfortable about this being that she never comes into my room for any length of time but she then calls me in for very harassing conferences telling me what I am not doing. Also on today I went into my Mrs. Arrington's room another 4th grade basic social education teacher. I observed her teaching and found that her teaching was identical to mine. I spent over an hour in her room while my students were in the Computer Lab or Counseling Sessions. I also went into my Mrs. Barclay's classroom to observe and she was teaching the same way Mrs. Arrington and myself teach. Having discussed our methods for teaching and assessment we all derived at the conclusion that we

are doing the same things in our classrooms. I noticed that they both do the following:

1. Read the directions and the material in the text to the students. (This is done for the students who are not able to read and for those who are not reading on grade level).
2. Ask for students to respond without having them at the board for each and every assignment.
3. Ask the students to complete the questions and problems at the end of a text chapter.
4. Utilize video materials as forms of re-teaching and exploring different methods meanings.
5. Assign field assignments, which helps student understand and develop an understanding for the concepts related to the chapter.

**Prior to my coming to Fitzpatrick I never interviewed with Mrs. Thompson, we talking on the phone one night after 11:00p.m. We didn't talk too much about my creditability as a teacher other than what all went on at Daisy Lawrence last year and what all did I do. She asked me specific questions about Mrs. Jeter and her ability to run the school. She asked me questions about the Alternative program and how effective Lois Johnson was. This went on for a little over an hour.
Mrs. Thompson then told me very directly that I would not have to come to Fitzpatrick and ask as an administrator and that she ran the school. I didn't appreciate any of those statements.

Upon talking to Mrs. Thompson at the school on July 1st when I was picking up my books she then expressed to me that she really went to the bat for me because Mrs. Hick told her that I had some problems and they non of the other principals had picked me. I resented this statement because I never really interview with Mrs. Hicks. When I did interview with Mrs. Hicks we discussed the weather and she told me how her daughter was doing. When I did talk to Mrs. Hicks after interviewing with Mrs. Goodson at Fews she told me very rudely that I had to wait because she had too many applicants and I was not going to be number 1. Mrs. Hicks was disturbed that I was not going to talk about Mr. Vince Johnson at Harrison school to Mrs. Goodson. Mrs. Goodson asked me very direct questions about Mr. Johnson and I stated to her that I would not be able to answer those questions. She therefore closed my interview. Upon speaking with Mrs. Hicks again about being sent on interviews I was sent to Hayneville Road, Harrison, Seth

AEA/Lowe 00408

Johnson, and I interview with Mrs. Sexton at Vaughn Road. All of these principal stated to mother (Dr. Mary H. Lowe) and I that I had already been hired and that they couldn't have me. This was their stated statement per the words of Mrs. Hicks. Mrs. Hicks made that statement to Mrs. Kattie Daniels at Seth Johnson that I took over the interview and I thought that I was too smart. Prior to my being sent on interviews I was informed that Mrs. Eloise Mosely instructed Human Resources personnel to remove my name from the interview list. All of the principal above concurred that this was the practice being used because my name never appeared on their interview sheets.

I was then hired by Mrs. Lois Johnson with the Alternative Education Program where I did a super job.

I am not in agreements to continue to remain at Fitzpatrick Elementary School. I feel that Mrs. Thompson will hamper my professional development and progress. I am desperately seeking a transfer to another school in Montgomery County.

AEA/Lowe 00409