

*Superintendent*
Clinton Carter

*Board Members*
Margaret Carpenter, *Chairman*
Herman L. Harris, *Vice Chairman*
H. W. "Buddy" Brendle

Michael C. Dickey
Vickie Jernigan
Henry A. Spears
Dr. John Winston, Jr.

307 South Decatur Street  Montgomery, Alabama 36104    P.O. Box 1991  36102-1991
(334) 223-6700    (334) 269-3076 fax    www.mps.k12.al.us

June 28, 2001

Melvin Lowe, III
2066 Halcyon Blvd
Montgomery, Alabama 36117

RE:   TRANSFER 2001-2002 SCHOOL YEAR

   FROM: Fitzpatrick Elementary – Teacher

   TO: Southlawn Middle – Teacher

Dear Mr. Lowe:

This is notice that the Montgomery County Board of Education has approved your transfer, as stated above, in order to meet the needs of the school system.

This transfer to which you have agreed, will be effective August 21, 2001. Your annual salary and work term will remain the same.

We trust that your new assignment will prove to be rewarding to you and to the boys and girls you will serve.

Sincerely,

Jimmy Barker
Assistant Superintendent
Office of Human Resources

JB/ad

c: Personnel File
   Principal
      Replacing: Charmaine Powell          Fund: General

8