

*Superintendent*
Clinton Carter

*Board Members*
Tommie Miller, *Chairman*
Vickie Jernigan, *Vice Chairman*
Dave Borden

Margaret Carpenter
Herman Harris
Dr. Mark LaBranche
Henry A. Spears

307 South Decatur Street  Montgomery, Alabama 36104    P.O. Box 1991  36102-1991
(334) 223-6700    (334) 269-3076 fax..  www.mps.k12.al.us

February 21, 2002

Mr. Melvin Lowe
Southlawn Middle School

**Re: Paid Leave of Absence**

Dear Mr. Lowe:

    You are hereby being placed on paid administrative leave beginning Thursday, February 22, 2002 pending the outcome of an investigation into allegations filed against you by a student at Southlawn.

    Please maintain reasonable access with the Office of Human Resources over the next several days so that I may notify you of any developments. My number is 334-223-6730.

                                      Sincerely,

                                      Jimmy Barker
                                      Assistant Superintendent
                                      Office of Human Resources

ph

c: Personnel File
   Tina Minott, principal of Southlawn Middle School

9