

*Superintendent*
Clinton Carter

*Board Members*
Tommie Miller, *Chairman*
Vickie Jernigan, *Vice Chairman*
Dave Borden

Margaret Carpenter
Herman Harris
Dr. Mark LaBranche
Henry A. Spears

307 South Decatur Street  Montgomery, Alabama 36104      P.O. Box 1991  36102-1991
(334) 223-6700    (334) 269-3076 fax    www.mps.k12.al.us

March 18, 2002

Melvin A. Lowe III
Teacher, Southlawn Middle School
2524-16 Promenade Blvd.
Montgomery, Alabama 36106

Re: Letter of Reprimand

Dear Mr. Lowe:

On Wednesday, February 20, 2002, I received a complaint from a parent of one of your students as registered with your principal, Mrs. Doristine Minott. I in turn placed you on paid administrative leave effective February 22, 2002, pending the outcome of our internal investigation into the allegations made against you. The complaint included allegations of (1) you shoving a student against a hallway wall causing injury to the student, (2) your use of profanity and demeaning language in addressing the student, and (3) your taking students to the Retract Room for paddlings without the sanction of the school administration.

After a thorough investigation our findings were inconclusive on count 1. Count 2 was verified by several witnesses and count 3 proved to be unfounded. Circumstantial evidence (including video taped review) indicated that count1 could possibly have occurred, but stopped short of proving that it did occur.

Based on these findings you are hereby being recommended for a five (5) day suspension without pay pending Board approval and the placement of this letter of reprimand in your personnel file. It is imperative that MPS employees maintain professional conduct and operate within the parameters of Montgomery Public Schools policy at all times.

You may choose to respond to this letter of reprimand in writing within five (5) days of receipt, in which case a copy of your response will be attached to this letter in your personnel file. If approved, your suspension will cover the dates March 29, 2002 through April 4, 2002. Your paid administrative leave ends on March 28, 2002.

Sincerely,

Jimmy Barker
Assistant Superintendent
Office of Human Resources

ph

c: Personnel File
Doristine Minott, principal, Southlawn Middle School

