

*Superintendent*  
Clinton Carter

*Board Members*  
Tommie Miller, *Chairman*  
Vickie Jernigan, *Vice Chairman*  
Dave Borden

Margaret Carpenter  
Herman Harris  
Dr. Mark LaBranche  
Henry A. Spears

307 South Decatur Street  Montgomery, Alabama 36104     P.O. Box 1991  36102-1991  
(334) 223-6700    (334) 269-3076 fax    www.mps.k12.al.us

May 27, 2002

Melvin Lowe  
2524-16 Promenade Boulevard  
Montgomery, Alabama 36106

RE: NON-RENEWAL OF CONTRACT  
   Effective May 31, 2002  
   Southlawn Middle

Dear Mr. Lowe:

The Montgomery County Board of Education is hereby giving you notice that your contract of employment is not being renewed for the 2002-2003 school year.

MONTGOMERY COUNTY BOARD OF EDUCATION

_____  
Clinton Carter  
Superintendent and Secretary to the Board

CC/ad

copy: Principal  
   Personnel File

13