

| Superintendent | Board Members | Margaret Carpenter |
|---|---|---|
| Clinton Carter | Tommie Miller, *Chairman* | Herman Harris |
| | Vickie Jernigan, *Vice Chairman* | Dr. Mark LaBranche |
| | Dave Borden | Henry A. Spears |

307 South Decatur Street  Montgomery, Alabama 36104    P.O. Box 1991  36102-1991
(334) 223-6700    (334) 269-3076 fax    www.mps.k12.al.us

October 22, 2003

## SPECIFIC LETTER OF APPOINTMENT

RE-HIRE
Melvin Low, III
9536 Colleten Place
Montgomery, AL 36117

Dear Mr. Lowe:

This is to confirm your part-time teaching position at Daisy Lawrence Elementary Alternative School. You area of endorsement is in the elementary education area of endorsement

School Year: 2003-2004
Beginning Date: October 13, 2003
Degree: MS
Annual Salary: $37,364.04
Public School Years of Experience: 5
Salary Scale Step: 3
SSN: 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

The salary quoted above is based on current policy granting credit for your years of K-12 public school teaching experience and full-time college/university teaching experience. If you are working less than a full 182-day contract term, the amount you will be paid this year will be less than the annual salary quoted above. Contact the Office of Human Resources (223-6730) should you have questions. State and local funds sustain our salary schedule and your employment is contingent upon receipt of these funds.

Your employment shall not constitute a contract beyond this one school year.

If you have not already done so, please bring the original copy of your Alabama Teacher's Certificate to the Office of Human Resources. This original certificate must be retained on file in this office. It is your responsibility to apply for and obtain an Alabama Teacher's Certificate if you do not already hold a valid, current Alabama certificate. If you attended college in Alabama, this is done through your college. Otherwise, contact the State Department of Education, Certification Division, Montgomery, AL 36130. Please be reminded that this certification is a requirement for your employment with Montgomery Public Schools.

This letter will constitute our contract subject to the approval of the Montgomery County Board of Education.

Sincerely,

*Carolyn Hicks*
Carolyn Hicks
Director of Personnel

/ph
c: Personnel File
Principal          Replacing: Program Needs    Fund: MPS RI

14