**NOTICE**     **NOTICE**     **NOTICE**

## MONTGOMERY PUBLIC SCHOOLS
## OFFICE OF HUMAN RESOURCES



POSITION ANNOUNCEMENT
June 25, 2003
DATE

### APPLICATIONS ARE NOW BEING ACCEPTED FOR THE POSITION OF TITLE I TEACHER TUTORS

**QUALIFICATIONS:**

- Current Alabama Teacher's Certification, Bachelor's Degree or higher or eligible for state certification, with preference given to candidates holding an endorsement in reading,
- Proven success in teaching utilizing educational methods and practices which meet student, teacher, and administrative needs.
- Experience in curriculum and technology integration with an emphasis in reading preferred.
- Experience in designing and providing instruction utilizing a variety of educational software preferred.
- Proficiency in computer-assisted instruction and assessment systems preferred.

**JOB RESPONSIBILITIES:**

- Tutoring in the area of reading and other content areas using selected models of instruction (Direct Instruction, Success For All, Marie Carbo Reading Styles, Writing To Read, etc.).
- Administering formal and informal reading assessments and developing and implementing corresponding interventions.
- Utilizing appropriate educational software to support assessment, instruction, and data management in a lab setting.
- Communicating students' academic needs and progress to students, parents, and educators.
- To establish a positive relationship with parents, co-workers, volunteers and other visitors.

**SALARY:** Board approved salary schedule based on rank, certification, and experience
**WORK TERM:** 182 Days
**EFFECTIVE DATE:** 2003-2004 School Year
**CLOSING DATE:** July 7, 2003

**HOW TO APPLY:** Submit application for employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P.O. Box 1991, and 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees may submit a letter of interest and resume' specifying the job listed above in your letter. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.

17

LOWE_V_MCBOE-CORP._REP._DISC.01547

**SPECIAL NOTE:** The person selected for this position must agree to a background check, be fingerprinted and pay a $49.00 fee. This is required by law.

THE MONTGOMERY COUNTY BOARD OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. NO PERSON SHALL BE DENIED EMPLOYMENT OR BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR OR AGE.

ANNOUNCEMENT: PR-03-42

LOWE_V_MCBOE-CORP._REP._DISC.01548