City and County
Montgomery, Alabama

SUPERINTENDENT'S OFFICE

OCTOBER 21, 2003

Board of Education
Montgomery County

Dear Board Members:

I hereby nominate the following persons for the positions listed below and report other changes as noted:

## CERTIFIED PERSONNEL:

### ADULT & COMMUNITY EDUCATION

1. **Mattie P. King**, M.Ed., Alabama State University, be employed as part-time teacher, Adult Education, effective August 25, 2003, at an hourly rate of $18.18, program needs.

### PROFESSIONAL SERVICES CENTER

2. **Angela Copeland**, Ph.D., University of Alabama, be employed as educational specialist, Professional Development, Office of Curriculum & Instruction, effective October 27, 2003, at an annual salary of $59,469.84, Title I Fund; 12-month work term, program needs.

### BALDWIN ARTS & ACADEMICS MAGNET SCHOOL

3. **Amy Dempsey**, nurse, be transferred to Nursing Office, Office of Student & Community Services, effective August 6, 2003, annual salary and work term to remain the same, program needs.

### BEAR EXPLORATION CENTER FOR MATHEMATICS, SCIENCE, & TECHNOLOGY

4. **Cheryl L. Glenn Stallworth**, teacher, be granted maternity leave of absence, October 20, 2003, through January 9, 2004.

### BELLINGRATH JUNIOR HIGH SCHOOL

5. **Dierdra Ramsey**, teacher, be transferred to schoolwide instructional assistant at Brewbaker Junior High, effective August 18, 2003, annual salary and work term to remain the same, plus an annual supplement of $2,951.64; Title I Fund; program needs.

18

LOWE_V_MCBOE-CORP._REP._DISC.00924

### CARVER SENIOR HIGH SCHOOL

25. **Barbara Bethea Sankey**, teacher, be transferred to schoolwide instructional assistant at Johnson Elementary, effective September 15, 2003, annual salary and work term to remain the same, plus an annual supplement of $2,951.64, Title I Fund; program needs.

### CHISHOLM ELEMENTARY SCHOOL

26. **Allison Yates**, teacher, be granted maternity leave of absence, April 19, 2004, through May 24, 2004.

### CRUMP ELEMENTARY SCHOOL

27. **Sharon Bycroft**, teacher on illness leave of absence, leave be terminated, effective October 31, 2003; also be retired, effective October 31, 2003.

### DAISY LAWRENCE ELEMENTARY ALTERNATIVE SCHOOL

28. **Melvin Alonza Lowe, III**, be re-employed as reading tutor, effective October 13, 2003, at an annual salary of $37,364.04; 182-day work term, MPSRI Fund; program needs.

### DAVIS ELEMENTARY SCHOOL

29. **Nykeya Shea Jackson**, B.S., Alabama State University, be employed as teacher, effective October 6, 2003, at an annual salary of $29,538.48; 182-day work term; program needs.

30. **Benita Lewis**, teacher, be granted maternity leave of absence, August 6, 2003, through October 31, 2003.

31. **Tamara Nicole Tucker**, B.S., Alabama State University, be employed as teacher, effective September 23, 2003, at an annual salary of $29,538.48; 182-day work term, program needs.

### DAVIS LEARNING CENTER

32. **Melinda Early**, administrative assistant, be granted military leave of absence, October 20, 2003, through October 31, 2003, (10 days).

### FITZPATRICK ELEMENTARY SCHOOL

33. **Rebecca Amos**, teacher, be resigned; last working day October 10, 2003.

34. **Lisa Marie Martin**, teacher, be resigned; last working day August 14, 2003.

LOWE_V_MCBOE-CORP._REP._DISC.00927