# PROFESSIONAL EDUCATION PERSONNEL EVALUATION PROGRAM

## PROFESSIONAL DEVELOPMENT PLAN

EDUCATOR: [signature] POSITION: Reading Coach EVALUATOR: [signature]

SCHOOL YEAR: 20 03 - 20 04   DATE: 10/20/03

**DIRECTIONS:** This plan should be developed from the educator's evaluation results and should also address student achievement goals unless evaluation scores are mostly 1's or 2's. Since this form has space for only two areas identified for improvement, you will need to make copies of this form for additional areas identified. Personal/Professional goals may be included but after addressing needs relating to the competencies/indicators and student achievement. List areas identified for the focus of a Professional Development Plan for the next school year/cycle.

| AREA NUMBERS | PROFESSIONAL DEVELOPMENT RELATED GOALS/OBJECTIVES | PROPOSED ACTIVITIES | TIME LINE | ASSESSMENT METHOD(S) | PROGRESS CHECK DATES | | |
|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 3 |
| Competency Area: 2.0  Indicator(s): 2 | Presentation of classroom instruction to improve. | 1) To attend workshops. 2) To provide activities for students to improve their learning. | October 2003 – May 2004 | 1) observation by principal. 2) work sample. 3) certificate of attendance. | 10/29 | 2/3 | 3/25 |

### END OF PDP CYCLE ASSESSMENT AND BENEFITS

I have attended various workshops this year both equipped in my leadership responsibilities. I have noticed a favorable increase in student learning behavior having used individualized contextualized programs.

### Evaluator Comments

Mrs. Lynn does an outstanding job in this position requiring no area for improvement is readily identifiable.

**PROFESSIONAL DEVELOPMENT AND LEADERSHIP COMPETENCY**

| Activity | Year 1 | Year 2 | Year 3 | Definition Item |
|---|---|---|---|---|
| 7.1 Improves Prof. Knowledge | ☐ | ☐ | ☐ | Participates in prof. org. |
| | ☐ | ☐ | ☐ | Participates in/attends prof. dev. program/conf. |
| | ☐ | ☐ | ☐ | Participates in prof. dev. to improve job performance |
| | ☐ | ☐ | ☐ | Takes formal coursework |
| | ☐ | ☐ | ☐ | Uses ideas to improve tch. |

*All non-tenured and ...ed personnel must develop a Professional Development Plan annually.*

(such additional sheets if more space is needed.)

owe 00036

19