

*Superintendent*  
Clinton Carter

*Board Members*  
Tommie Miller, *Chairman*  
Vickie Jernigan, *Vice Chairman*  
Dave Borden

Margaret Carpenter  
Herman Harris  
Dr. Mark LaBranche  
Henry A. Spears

307 South Decatur Street  Montgomery, Alabama 36104     P.O. Box 1991  36102-1991  
(334) 223-6700    (334) 269-3076 fax    www.mps.k12.al.us

May 19, 2004

Mr. Melvin A. Lowe III  
9536 Colleton Place  
Montgomery, Alabama 36117

RE: **NON-RENEWAL OF CONTRACT**  
     **Effective May 19, 2004**  
     **Daisy Lawrence Elementary School**

Dear Mr. Lowe:

The Montgomery County Board of Education is hereby giving you notice that your contract of employment is not being renewed for the 2004-2005 school year.

MONTGOMERY COUNTY BOARD OF EDUCATION

_____  
Clinton Carter  
Superintendent and Secretary to the Board

CC/cr

copy: Principal  
      Personnel File

20