**From:** Melvin A Lowe/MPS
**To:** Jimmy Barker/MPS
**cc:** Carolyn M Hicks/MPS



**Date:** Wednesday, June 23, 2004 08:31PM
**Subject:** Teacher Interviews

---

**Via E-mail and Hand Delivery**

Mr. Baker:

Please accept this communication as a request for consideration towards interviewing for any/all **Elementary and Middle School Teaching positions.** In addition I am interested in any/all **Lead Teacher positions.**

Thanks for you considerations.
Melvin Alonza Lowe, III, Ed.S.
(Summer School - Reading Coach @ Southlawn Elementary)
Reading Coach - Daisy Lawrence Elementary Alternative School
334-269-3653 Office
334-241-5377 Fax
INTERNET: Melvin.A.Lowe@mps.k12.al.us

MONTGOMERY COUNTY PUBLIC SCHOOL SYSTEM



AEA/Lowe 00410

http://email.mps.k12.al.us/mail/mlowe.nsf/($Sent)/E20C37196C78585386256EBD00086...    06/23/2004