**From:** Melvin A Lowe/MPS
**To:** Carlinda Purcell/MPS

**Date:** Wednesday, June 22, 2005 06:57PM
**Subject:** Help - Re-Assignment


DEFENDANT'S EXHIBIT 19

Dr. Purcell:
I need to bring an issue(s) to your attention. Per your visit with the Daisy Lawrence Faculty I was under the assumption that all personnel would be re-assigned due the program re-organization. Having all confidence in your ability I felt that all un-fair practice would not be an issue under your administration. However as it appears to me I am still in direct line of retaliation from Mr. Barker as with his recommendations towards my working in MPS. At present all personnel have been re-assigned except Mrs. Zara T. Brown and myself.
Please view the reasons I feel that I am threatened thus need your help.
1. On May 18th 2005 I received a non-renewal notice from Human Resource regarding my assignment at Daisy Lawrence.
2. On May 19th 2005 Dr. Owens called me into his office around 9a.m. to inform me that he was going to give me a letter of recommendation. He stated that he was trying to help me because Central Office (Mr. Baker) as he suggested has informed him that I will no longer be employed in Montgomery County because I was not liked and should not have filed my law suit.
3. Dr. Owens went so far as to tell me that he defended me on Wednesday of the week prior to people (Central Office) personnel. He was trying to persuade them to give me a **little job** dealing with technology and grant writing since he feels that I would be good in those areas. Dr. Owens further informed me that certain person(s) were not in agreement with him for defending me and my professional character.
4. During this conversation I remained silent as I watched Dr. Owens demonstrate his continued lack of professional decorum while attempting to tear my level of self-confidence yet in his efforts of defending me and supporting MPS. He suggested that my professional character was the major issue.
5. Dr. Owens told me that the pink slip/non-renewal notice and the closing of Daisy Lawrence was my fault. He told me that BOE was getting back at me from filling my law suit and that the faculty and staff was having to suffer. However this was just the Boards way of getting rid of me.
6. I was also told by Dr. Owens that for the past two years he has tried to groom me and prepare me for a leadership position. He feel that in the next (5) years I will be ready. He equates this to Mr. Barker being retired and a new Superintendent other than yourself will be in office as with a new board and then maybe I will have a chance. He suggest that I leave the system, get rid of my Mercedes, change my dress code and then possibly people may consider me. He stated that by me pursuing my little doctorate degree doesn't help. Dr. Owens says that I should have waited some years before getting it. I was told by Dr. Owens that no one is going to take you seriously, you need more grooming and time.
7. Dr. Owens told me that by trying to help me I have caused his career to suffer.
Dr. Purcell, as you can see I am not being treated fairly. Dr. Owens, on **too many** occasions tried to tear my creditability and self-worth. He appears to be very assured of himself and Mr. Barker's ability that you as Superintendent won't last and that I won't be given an opportunity to exercise my areas of expertise. To convince me that Mr. Barker is ill with me and in efforts showing me that I have gone to far Dr. Owens suggest that this was the reason I wasn't chosen for Summer School and more readily reasons that I won't work anymore in MPS.
The attached letter is what Dr. Owens gave me on May 19th. Dr. Owens suggest that I use it with other area Superintendents in efforts of getting a job. He feels that his name and letter alone will suffice and I will have a job elsewhere.
In short, I provided Mrs. Carla Winborne a status letter - Nova Southeastern University to

warrant her notification of my completing my Doctoral Degree. Since that communication was faxed to her attention I have completed (6) addition hours. After this summer semester I will complete (6) hours for the dissertation defense and (6) hours for the reflections portfolio - a total of 66 hours and degree completed. I am completing (20) hours at present.

In addition to re-applying to MPS Mrs. Winborne suggested that I communicate with system administrators. I did via e-mail and fax. I sent 60 plus (5) page faxed documents to all schools in our county. I have my documentation should you need to view this information.

To date, June 22nd I have only had one interview. The interview was with Mrs. Connie Mizell, Mrs. Sharron Winborne, and Mrs. Sheri Dice. The interview was more of an oral questionnaire towards Reading Coach positions. Please be reminded that I served as Reading Coach the year 2003-2004 and Lead Reading Coach for Summer Reading Camp the following summer.

I am ready to work, I am ready to continue supporting your administration, but I need your help to assure that I am treated fairly. As previously discussed with you earlier this year, I support you and I am extremely sincere about working with and for you in efforts of improving MPS. Should you need to meet with me on an emergency basis, I am available immediately.

You may contact me via e-mail,
Home - 274-9065
Cellular - 301-3102
Please note that I have faxed two documents for your attention.
Thanks,
Melvin Alonza Lowe, III, M.Ed., Ed.S.

INTERNET:  Melvin.A.Lowe@mps.k12.al.us

MONTGOMERY COUNTY PUBLIC SCHOOL SYSTEM

AEA/Lowe 00218

http://email.mps.k12.al.us/mail/mlowe.nsf/($Sent)/099A27F5D670B83686625702800806...    06/22/2005