EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>130-2004-03906 and EEOC |
|---|---|---|

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Melvin A. Lowe, III | (334) 274-9065 | 05-13-1973 |

Street Address: 9536 Colleton Place Montgomery, AL 36117

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MONTGOMERY PUBLIC SCHOOL SYSTEM | 500 or More | (334) 223-6730 |

Street Address: 307 South Decatur Street, Montgomery, AL 36104

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-01-1997   Latest: 08-09-2004
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

have sought employment and tenure status with the above employer since May 1997 and have been denied the opportunity to obtain employment within my area of certification or to obtain tenure. I have been subjected to disparate terms and conditions of employment with respect to job assignments with the school district. I was hired for a position as a reading teacher but given tutor-teacher pay. In May 2004, I was given a non-renewal notice for my position as reading coach even though the position was funded for the coming school year. When I questioned the non-renewal, I was told that a mistake had been made. However, the notice was never rescinded to award me the position. From August 2003 to August 2004, I have applied for numerous positions with the employer and they were awarded to White and/or female employees or employees who were not associated with persons who have filed charges of employment discrimination against the employer. White and/or female employees with less experience and education have been hired to fill the numerous positions I have sought. On August 4, 2004, I was informed that I was to report to work at designated school effective August 4, 2004 but was not given a job description. I was told to remove my belongings from the office I held the previous year.

No reasons have been offered for these actions.

I believe I am being discriminated against because of my race, Black, sex, male, and in retaliation for my association with an individual, my mother, who filed charges of discrimination with EEOC and AEA

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 11/12/04

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

[Stamp: RECEIVED NOV 15 2004 BIRMINGHAM DISTRICT]

25

AEA/Lowe 00131

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>130-2004-03906 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

THE PARTICULARS ARE (Continued from previous page):

**against the employer, in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)   NOV 15 |
| 11/12/04    [signature]<br>Date    Charging Party Signature | |

AEA/Lowe 00132