# MONTGOMERY PUBLIC SCHOOLS
## Montgomery, Alabama

### REQUEST FOR PROFESSIONAL LEAVE/DETACHED DUTY

Date: _Oct 15th '04_   Name (Please Print): _Lowe, III, Melvin_

School/Department: _Daisy Lawrence_   Position: _Tutor-Teacher_

Paid From (Check One):
- [ ] Federal Fund
- [ ] Non-Federal Fund

Human Resources Manager
Montgomery Public Schools

I am requesting approval to be absent from my regular duty assignment on the following dates:
_December 8th - 10th_

Reason for Absence: (specific details) _Please see attachment(s) (4)_

I am attaching other information related to my request. **(YES)** NO (Circle one)

If approved, I will need a substitute. YES **(NO)** (Circle one)

Signature of Employee: _[signed] M Lowe III_

Social Security Number: _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_

***

I recommend: **Approval** / Denial (Circle one)

Signature of Principal/Supervisor/Director: _[signed]_

Date: _10/18/04_

Human Resources Manager's Use Only:

26

Submit all copies to Human Resources Manager's Office

AEA/Lowe 00099   MPS 254-95