**From:** Mike Looney/MPS
**To:** Melvin A Lowe/MPS@Mps

**Date:** Friday, December 03, 2004 12:33PM
**Subject:** Re: National School Reform Conference

Melvim

I have exhausted all remedies to help with this matter. I suggest you do one of two things:

1. cancel
2. Take sick or personal leave to go.

Sorry, I could not be of more help.


Melvin A Lowe/MPS

| | |
|---|---|
| **Melvin A Lowe/MPS** <br> 12/03/2004 <br> 08:58 AM | To Mike Looney/MPS <br> cc <br> Subject Re: National School Reform Conference |

Thanks again, I just received this confirmation e-mail this morning. As you can see I am scheduled to present on Friday.

I have everything under control. Upon your final go ahead I will have my copies run. I will be at Daisy Lawrence today. I re-scheduled a meeting that I had in order to make final preparations under your direction.

Thanks for your continued assistance. Have a great weekend.

Should you need to meet with me today please call me directly 301-3102 - cellular
Melvin Alonza Lowe, III, Ed.S.
Daisy Lawrence Behavior & Skills Center
2124 Beach Street
Montgomery, Alabama 36108
334-269-3653 office
334-241-5377 fax
INTERNET: Melvin.A.Lowe@mps.k12.al.us

MONTGOMERY COUNTY PUBLIC SCHOOL SYSTEM

-----Forwarded by Melvin A Lowe/MPS on 12/03/2004 08:55AM -----

To: Melvin.A.Lowe@mps.k12.al.us
From: Judithharwood@aol.com
Date: 12/03/2004 07:51AM
Subject: Re: National School Reform Conference



AEA/Lowe 00146

Hello, Please find material attached for your review and planning, Judy

Attachments:(Click the filename to launch)

2004BiloxiProgram.doc   SaturdayWorkshopChart.doc   Friday AM chart.doc   Friday PM chart.doc

Thursday chart.doc

AEA/Lowe 00147