2/28/05

## MONTGOMERY PUBLIC SCHOOLS
### Montgomery, Alabama

## REQUEST FOR PROFESSIONAL LEAVE/DETACHED DUTY

Date _2/22/05_     Name _Lowe, III  Melvin H_
(Please Print)

School/Department _Daisy Lawrence_     Position _Subst - Teacher_

Paid From (Check One):
- ☐ Federal Fund
- ☒ Non-Federal Fund

Human Resources Manager
Montgomery Public Schools

I am requesting approval to be absent from my regular duty assignment on the following dates:

_March 9th + 10th 2005._

Reason for Absence: (specific details) _See attachment_

I am attaching other information related to my request.  (YES)   NO   (Circle one)

If approved, I will need a substitute          YES   (NO)   (Circle one)

_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_
Social Security Number

Signature of Employee

*********************************************************************************

Not in line with current job description at this time.

I recommend:

(Approval)    (Denial) (Circle one)

Signature of Principal/Supervisor/Director

Human Resources Manager's Use Only:

29

Date _2/23/05_

Date

AEA/Lowe 00173

Sumbit all copies to Human Resources Manager's Office          MPS 254-95