**From:** Melvin A Lowe/MPS
**To:** Carlinda Purcell/MPS
**cc:** Mike Looney/MPS

**Date:** Friday, December 03, 2004 01:51PM
**Subject:** National School Reform Conference - (Cancellation)

Dr. Purcell:
I regret to greet you with such a poor communication; however business is business please understand.
Please view the below correspondence.
I am more than apologetic about this manner of un-professionalism. Mr. Looney has been more than an asset in assisting to correct the precedings surrounding my not being afforded an opportunity to experience professional development in addition to present at a **"National School Reform Conference"**.
After my request was denied and returned to me (30) days after I applied I began to seek a reason per why? I have been un-successful in gathering a fair reason other than retaliation from Mr. Barker - HR with reference to an EEOC compliant and AEA Grievance filed earlier this year.
I approached Mr. Looney seeking his assistance and he has responded that he was un-successful. I do appreciate his efforts as always he has always been a resource for me with better professional practices.
My communication to you is clearly to make you aware that I am sorry for attempting to seek professional advancements in addition to sharing the accomplishments that have been made by MPS and the Department of Curriculum of Instruction with other school districts.
I will continue to work hard, and support your esteemed leadership practices.
Again I am sorry for this situation, please contact me as needed. As of this communication I have cancelled my reservations.
Regretfully yours,
Melvin Alonza Lowe, III, Ed.S.
Daisy Lawrence Behavior & Skills Center
2124 Beach Street
Montgomery, Alabama 36108
334-269-3653 office
334-241-5377 fax
INTERNET: Melvin.A.Lowe@mps.k12.al.us

MONTGOMERY COUNTY PUBLIC SCHOOL SYSTEM

-----Forwarded by Melvin A Lowe/MPS on 12/03/2004 01:28PM -----

To: judithharwood@aol.com
From: Melvin A Lowe/MPS
Date: 12/03/2004 01:28PM
Subject: National School Reform Conference

30

Mrs. Harwood:
I regret to inform you that I will not be able to attend the "National School Reform Conference" and present. My school district - Department of Human Resources has canceled their prior agreement with me and I have no other option other than cancel.
I am deeply sorry for the inconvenience that this has caused you and I was very favorable towards meeting you and sharing the accomplishments per Montgomery County Public School

AEA/Lowe 00149

http://email.mps.k12.al.us/mail/mlowe.nsf/($Sent)/F268E38684A3A48B86256F5F006C3F...    12/3/2004

System with the various attendees.
Please do not let this damage your professional feelings towards me and Montgomery Public Schools.
Regretfully yours,


Melvin Alonza Lowe, III, Ed.S.
Daisy Lawrence Behavior & Skills Center
2124 Beach Street
Montgomery, Alabama 36108
334-269-3653 office
334-241-5377 fax
INTERNET: Melvin.A.Lowe@mps.k12.al.us

MONTGOMERY COUNTY PUBLIC SCHOOL SYSTEM

Attachments:(Click the filename to launch)

| National School Reform Conference - Outline.doc | Accountability That Is Accountable - NOVA.ppt | Harcourt Publishing, Read Well,& Direction Instruction (Inservice Powerpoint).ppt | Direct Instruction Implementation Procedures 2004.ppt |

AEA/Lowe 00150