# Melvin Alonza Lowe, III, M.Ed., Ed.S.
9536 Colleton Place
Montgomery, Alabama 36117
334-274-9065 home
334-274-9082 fax
Melvin.A.Lowe@mps.k12.al.us, or mlowe@ncu.edu

February 16th 2005

*[handwritten: March 8th 3:30]*

*[handwritten: file Daisy Lawrence Sch]*

Dr. Carlinda Purcell, Ed.D.
**Superintendent of Schools**
Montgomery County Public Schools
307 South Decatur Street
Montgomery, Alabama 36102-1991
**CONFIDENTIAL**

Dr. Purcell:

I received your response to my previous communication. Thanks for your acknowledgement(s).

At this time, I find it urgent that I speak with you regarding the legal pressures that have been placed on me regarding my employment discrimination suit. Prior to your appointment as Superintendent of Schools my preceedings began. Currently my attorney(s) are advising me; nevertheless, it is no more than fair for me to share my position with you. My request for a conference with you is a private arrangement; I am acting at my own will and discresson as I ask to meet with you.

As I am come to you, I give complete confidence that I have only one agenda to be honest and fair with you my boss. My sincere efforts are to circumvent the ugliness that you have inherited. I hope that I do not offend you with my assertive demeanor.

This communication comes as a follow-up per a communication to your secretary dated: February 9th 2005.

In short, I will respect your wishes.

Respectfully yours,

Melvin Alonza Lowe, III

[31]

Lowe v. MCBOE
Initial Disclosures
0134