**From:** Melvin A Lowe/MPS
**To:** Jimmy Barker/MPS
**bcc:** Carlinda Purcell/MPS

**Date:** Thursday, June 23, 2005 01:09PM
**Subject:** Thank You

Mr. Barker:

I appreciate your willingness to meet with me on this morning. I trust saying, you and I have placed some **Un-Communicated Disagreements** behind us. To say the least, I look forward to hearing from you in the very near future. At present I must re-affirm my position, I am more than willing to work with you or under your directions towards any and all certified positions available.

I trust your recommendations to Dr. Purcell per my creditability.

Again, I am glad we found ourselves bringing a resolve to an ugly issue.

Thanks,
Melvin Alonza Lowe, III, M.Ed., Ed.S.

INTERNET:   Melvin.A.Lowe@mps.k12.al.us

MONTGOMERY COUNTY PUBLIC SCHOOL SYSTEM



AEA/Lowe 00220

http://email.mps.k12.al.us/mail/mlowe.nsf/($Sent)/9D36C18D0CC9E4DE862570290063...   06/23/2005