

STATE OF ALABAMA
DEPARTMENT OF EDUCATION

Date Printed: 08-23-2001

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

PAMELA GREENE CLOUD
3402 MILAN DR
MONTGOMERY AL  36109

TEACHER NUMBER  
288337

SOCIAL SECURITY NUMBER  
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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective Expires July 1 - June 30 |
|---|---|---|
| Class AA, Educational Administrator (082) Grades P-12 | 08-23-2001 | 2001-2006 |
| Class A, Early Childhood (057) Grades P-3 | 05-24-1993 | 2001-2006 |
| Class A, Educational Administrator (081) Grades P-12 | 12-16-1999 | 2001-2006 |
| Class B, Early Childhood (056) Grades P-3 | 01-07-1986 | 2001-2006 |
| Class B, Elementary (075) Grades 1-6 | 01-07-1986 | 2001-2006 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____
State Teacher Certification Officer

_____
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

35

LOWE_V_MCBOE-CORP._REP._DISC.01357