

## MONTGOMERY PUBLIC SCHOOLS
### City and County
Montgomery, Alabama

SUPERINTENDENT'S OFFICE                                    DECEMBER 16, 2004

Board of Education
Montgomery County

Dear Board Members:

    I hereby nominate the following persons for the positions listed below and report other changes as noted:

### CERTIFIED PERSONNEL:

### ADMINISTRATION BUILDING

### OFFICE OF CURRICULUM & INSTRUCTION

1. **Kathryn McLeod Lawrence**, special services teacher at State Department of Education (assigned to Montgomery Public Schools), be resigned; last working day December 6, 2004.

### BEAR EXPLORATION CENTER FOR MATHEMATICS, SCIENCE & TECHNOLOGY

2. **Shay P. Grant**, teacher, be granted maternity leave of absence, effective January 28, 2005, through March 18, 2005.

3. **Cheryl Stallworth**, teacher, be granted maternity leave of absence, effective January 3, 2005, through March 11, 2005.

### BELLINGRATH JUNIOR HIGH SCHOOL

4. **Rebekah R. Babers**, teacher, be granted illness leave of absence, effective November 15, 2004, through December 15, 2004.

5. **Takecia Donnetta Thomas**, B.S., Talladega College, be employed as teacher, effective November 29, 2004, at an annual salary of $29,538.00; 182-day work term, program needs.

### BLOUNT ELEMENTARY SCHOOL

6. **Micol Levi-Senigaglia**, teacher, be granted maternity leave of absence, effective February 14, 2005, through April 1, 2005.

Blumberg No. 5137

36

LOWE_V_MCBOE-CORP._REP._DISC.01109

SUPERINTENDENT'S OFFICE                -8-                DECEMBER 16, 2004

CERTIFIED PERSONNEL MINUTES

ADDENDUM #1

FEWS SECONDARY ALTERNATIVE SCHOOL

59. **Pamela Cloud**, teacher, be transferred to schoolwide instructional assistant at Southlawn Middle, effective January 3, 2005, annual salary and work term to remain the same, plus an annual supplement of $2,951.64, replacing **Darryl Washington**, resigned earlier.

JEFFERSON DAVIS SENIOR HIGH SCHOOL

60. **Steven F. Bailey**, head football coach/athletic director/202-day teacher, be resigned from head football coach/athletic director only, effective January 3, 2005; also be transferred to 182-day teacher, effective January 3, 2005, at an annual salary of $42,224.04.

Sincerely,

Superintendent
Carlinda Purcell, Ed.D

/fpp

LOWE_V_MCBOE-CORP._REP._DISC.01116