IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN LOWE, | : |
| PLAINTIFF, | : |
| -VS- | : CASE NO. 2:05-CV-495-WKW |
| MONTGOMERY COUNTY BOARD OF EDUCATION, ET AL. | : |
| DEFENDANTS. | : |

### AFFIDAVIT OF TINA MINOTT

Before me, the undersigned authority, in and for said county and state, personally appeared Tina Minott, who being known to me and being first duly sworn, deposes and says under oath as follows:

1. My name is Tina Minott. I am a black female over the age of nineteen and I have personal knowledge of the matters set forth herein.

2. I am the Principal of Southlawn Middle School.

3. I know Melvin Lowe who was an employee of the Board. He was a teacher at Southlawn Middle School for one year and I was his direct supervisor.

4. In the Summer of 2004, I was a member of an interview committee that was hiring a Schoolwide Instructional Assistant for Southlawn Middle School. We interviewed every applicant for the position.

5. Following the interview process, the committee selected the top two candidates, one of whom was Pam Cloud.

37

6. I made the final decision to recommend Pam Cloud to the Human Resources Department because she was the most qualified person for the position. She had the best interview and the necessary experience for the position. Cloud was subsequently hired by the Board.

7. During that process, there was no discussion of race or sex.

8. I have never recommended Melvin Lowe to be a Schoolwide Instructional Assistant at Southlawn Middle School.

9. I have never been told that I could not hire Melvin Lowe for a position at my school and I never communicated such to Mr. Lowe.

10. I heard rumor regarding Mary Lowe making some sort of claim against the Board at some point, however I knew of no details regarding same. Such information never affected any employment decision I made.

Further affiant saith not.

_____
TINA MINOTT

STATE OF ALABAMA         )
COUNTY OF MONTGOMERY     )

    Before me the undersigned Notary Public in and for State and County aforesaid, personally appeared **TINA MINOTT**, who is personally known to me and who, being by me first duly sworn, doth depose and say that she signed the above affidavit to the best of her knowledge, information and belief and with full understanding of its effect.

_____
NOTARY PUBLIC

(SEAL)                         My Commission NOTARY PUBLIC STATE OF ALABAMA AT LARGE
                                                 MY COMMISSION EXPIRES: Apr 9, 2007
                                                 BONDED THRU NOTARY PUBLIC UNDERWRITERS