**NOTICE**   **NOTICE**   **NOTICE**

MONTGOMERY PUBLIC SCHOOLS
OFFICE OF HUMAN RESOURCES



POSITION ANNOUNCEMENT
February 25, 2004
DATE

**APPLICATIONS ARE NOW BEING ACCEPTED FOR THE POSITIONS OF ADMINISTRATIVE ASSISTANT & ASSISTANT PRINCIPAL (AS POSITIONS BECOME AVAILABLE FOR THE 2004-2005 SCHOOL YEAR**

QUALIFICATIONS:

- Current Alabama Teacher's Certification, Master's Degree or higher, with an endorsement in administration (K-12).
- Three full years of successful experience in a certificated position.

JOB GOAL:

- To assist the principal by using leadership, supervisory, and administrative skills to carry out the mission of the school and promote the educational development of each student.
- To establish a positive relationship with parents, co-workers, volunteers and other visitors.

SALARY: Board approved salary schedule based on rank, certification, experience, and contract length.

WORK TERM: 9-Months for Administrative Assistants/12-Months for Assistant Principals
EFFECTIVE DATE: 2004-2005 School Year
CLOSING DATE: March 10, 2004

HOW TO APPLY: Submit application for certificated employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P. O. Box 1991, 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees or applicants with a current application on file may submit a letter of interest and a resume specifying the job listed above. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.
SPECIAL NOTE: The person selected for this position must agree to a background check, be fingerprinted and pay a $49.00 fee. This is required by law.

Blumberg No. 5137   38

THE MONTGOMERY COUNTY BOARD OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER NO PERSON SHALL BE DENIED EMPLOYMENT OR BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR, OR AGE

ANNOUNCEMENT PR: 04-20

LOWE_V_MCBOE-CORP._REP._DISC.01494