SUPERINTENDENT'S OFFICE                                  JUNE 24, 2004

Board of Education
Montgomery County

Dear Board Members:

I hereby nominate the following persons for the positions listed below and report other changes as noted:

### CERTIFIED PERSONNEL:

### OFFICE OF CURRICULUM & INSTRUCTION

1. **Tina Bowlin**, educational specialist, be retired; last working day June 30, 2004.

2. **Jacqueline McCants-Pringle**, transition coordinator, be granted illness leave of absence, June 8, 2004, through June 18, 2004.

3. **Martha Meeks**, educational specialist, be retired; last working day July 30, 2004.

4. **Teresa Nichols**, educational specialist, be retired; last working day July 30, 2004.

### BALDWIN ARTS & ACADEMICS MAGNET SCHOOL

5. **Patricia L. Norris**, teacher on maternity leave of absence, leave be terminated, effective May 4, 2004.

### BEAR EXPLORATION CENTER FOR MATHEMATICS, SCIENCE, & TECHNOLOGY

6. **Melanie Q. Gray**, teacher, Bear Exploration Center/Forest Avenue Magnet/Flowers Elementary, be transferred to teacher at Flowers Elementary, effective August 4, 2004, annual salary and work term to remain the same, replacing **Lisa Williams**, resigned earlier.

### BLOUNT ELEMENTARY SCHOOL

7. **Stacey Ellis**, teacher, be granted maternity leave of absence, August 4, 2004, through May 19, 2005.



LOWE_V_MCBOE-CORP._REP._DISC.00999

**CERTIFIED PERSONNEL:**

<u>ADDENDUM #2</u>

BELLINGRATH JUNIOR HIGH SCHOOL

97. Matthew Alexander, be re-employed as administrative assistant, effective August 4, 2004, at an annual salary of $37,364.04, plus an annual supplement of $2,951.64; 182-day work term, replacing **Glenda Harrison**, administrative assistant, be transferred to administrative assistant at Brewbaker Junior High, effective August 4, 2004, annual salary, annual supplement, and work term to remain the same, program needs.

BREWBAKER INTERMEDIATE SCHOOL

98. **Bertha Thomas**, administrative assistant, be transferred to **probationary contract principal** at King Elementary School, pursuant to provisions of the Teacher Accountability Act for a period of two (2) years, effective July 1, 2004, at an annual salary of $54,101.88; 12-month work term, replacing **Inez Seghal**, transferred earlier.

BREWBAKER JUNIOR HIGH SCHOOL

99. **Sonya Floyd**, teacher, be transferred to administrative assistant at McKee Junior High, effective August 4, 2004, annual salary and work term to remain the same, plus an annual supplement of $2,951.64, replacing **Elwanda Penn**, contract non-renewed earlier.

100. **Gerald Lawrence, Jr.**, administrative assistant, be transferred to **probationary contract principal** at Georgia Washington Junior High School, pursuant to provisions of the Teacher Accountability Act for a period of two (2) years, effective July 1, 2004, at an annual salary of $58,567.68; 12-month work term, replacing **Joseph Steve Hill, III**, transferred earlier.

BREWBAKER TECHNOLOGY MAGNET HIGH SCHOOL

101. **Aron Brown, III**, be re-employed as administrative assistant, effective August 4, 2004, at an annual salary of $39,000.00, plus an annual supplement of $2,951.64; 182-day work term, program needs

LOWE_V_MCBOE-CORP._REP._DISC.01012