1

COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


MELVIN LOWE,

      Plaintiff/Petitioner,

Vs.                            CIVIL ACTION NO.
                              2:05-CV-0495

MONTGOMERY COUNTY BOARD
OF EDUCATION,

      Defendant/Respondent.


\* \* \* \* \* \* \* \* \* \* \* \*


      DEPOSITION OF DAVID SIKES, taken pursuant
to stipulation and agreement before Patricia G.
Starkie, Registered Diplomate Reporter, CRR, and
Commissioner for the State of Alabama at Large, in
the Law Offices of Hill, Hill, Carter, Franco, Cole
& Black, 425 South Perry Street, Montgomery,
Alabama, on Tuesday, January 24, 2006, commencing
at approximately 9:10 a.m.


      \* \* \* \* \* \* \* \* \* \* \* \*

41

1     this position?

2  A.  If I'm not mistaken, he contacted my

3     secretary.

4  Q.  Do you know if he had spoken to anyone else

5     prior to contacting your secretary about

6     the job?

7  A.  No, ma'am, I don't know.

8  Q.  Do you know if he had spoken to anyone at

9     central office about the job prior to

10    contacting your secretary?

11  A.  I have no idea.

12  Q.  Did you interview Mr. Lowe for the

13    position?

14  A.  Yes, ma'am.

15  Q.  What was your impression of Mr. Lowe based

16    on your interview?

17  A.  He had a very good interview.  The

18    questions I asked, he was very

19    knowledgeable, you know.  It was -- seemed

20    to be a likable person.

21  Q.  Did you have any concerns with regard to

22    Mr. Lowe when you interviewed him or

23    reservations, I guess?

1   A.   Not particularly, no, ma'am.  We were in a

2        situation where at that point in time we

3        had been told that we were going to have --

4        I want to say 20 openings -- not 20 --

5        excuse me.  We were going to have 20

6        special ed teachers, which would have been

7        in excess of -- which would have left us

8        with about -- at that time about ten job

9        openings.  And so at that point, I had

10       no -- I had no reservations.  I mean, he

11       seemed to be okay.

12            Now, one practice I do is, you know,

13       people can come in to interview, and they

14       can sound wonderful, but I do check

15       backgrounds on people.

16   Q.   Okay.  And did you learn anything that

17        caused you any concern when you checked

18        Mr. Lowe's background?

19   A.   Yes, ma'am.  There was a question on his

20        certification in special education.

21   Q.   And what kind of certification was needed

22        for this job?

23   A.   Special ed certification.

1    Q.   And you said there was a question of it.
2         Are you aware whether or not he had the
3         special ed certification?
4    A.   At that point in time, he did not.
5    Q.   What did you do when you learned that he
6         did not have the certification?
7    A.   When I contacted -- he contacted me I want
8         to say like the next day and sent some --
9         he sent some records from where --
10        copies -- not records, but actual copies of
11        records where he had supposedly done some
12        work.  And I contacted him and told him
13        until he got certified, you know, that --
14        you know, once that happened, you know, we
15        would see what we could do.
16   Q.   Okay.
17   A.   And until -- I mean, until right now, I
18        don't even know if he is certified as I
19        talk.
20   Q.   Did you ever speak with Jimmy Barker about
21        Mr. Lowe's certification?
22   A.   Yes, ma'am.  I contacted Mr. Barker, and he
23        told me that he was not sure that he was

1       certified.

2   Q.  Did you call Mr. Barker on the phone?

3   A.  Uh-huh (positive response).  Contacted him

4       by phone.

5   Q.  When he told you that he wasn't sure if

6       Melvin Lowe was certified, did you ask that

7       he verify Melvin Lowe's credentials?

8   A.  He said that he would -- he told me he

9       would check with Ms. Jackson next door to

10      him -- I'm thinking that's her name, but

11      right at this point, her name evades me.  I

12      believe it's Ms. Jackson -- next door that

13      does certification.  He was going to check

14      with her.  And then I want to say in a

15      couple of days, Ms. Jackson called me -- it

16      may have been that afternoon or the next

17      day she called me -- to tell me at this

18      point, he was not certified.

19   Q.  Okay.  Are you familiar with emergency

20      special ed certification?

21   A.  I'm familiar with emergency certification,

22      yes, ma'am, whatever subject it may be in.

23   Q.  Have you ever hired a teacher who had an

1          emergency certification?

2    A.    Yes, ma'am.  Not in special ed, though.

3    Q.    Okay.  What positions were they hired for?

4    A.    I want to say we had a science teacher.

5    Q.    What was the procedure for obtaining that

6          emergency certification?

7    A.    I don't know, ma'am.  I didn't do it.  I

8          had -- they had to work that out with

9          central office and had to work that out

10         with the Alabama Department of Education.

11         I didn't -- I try not to get involved in

12         that because, you know, that spends a lot

13         of time that I don't need to do worrying

14         about somebody else.

15   Q.    Okay.  Did you recommend Melvin Lowe for

16         the position, the special ed position?

17   A.    No, ma'am.

18   Q.    Who was hired for that position or who was

19         recommended for that position?

20   A.    Now, this is going to be detail, okay?

21         Because like I say, when he came to

22         interview, we had 20 -- we were going to

23         have 20 teachers.  I want to say I

1    interviewed Mr. Lowe at the beginning, say,

2    the first ten days of July. I don't really

3    remember. But in the transition between

4    interviewing Mr. Lowe and the two weeks

5    following, we were cut from 20 positions.

6    It went down to 17, then it went down to

7    13, then it went down to where we were

8    going to have to give one back because of

9    funding. So at that point, we didn't -- I

10   didn't know if I was going to hire anybody

11   or not hire anybody or what the deal was.

12   Okay? So there was just a two-week or

13   three-week lull in there until we found out

14   exactly how many units of special ed we

15   were going to have. So that's -- that's --

16   at that point, during those two weeks, we

17   didn't really, you know, have a situation

18   to hire anybody.

19   Q.   Okay. Did you ever ultimately hire

20        somebody?

21   A.   Yes, ma'am.

22   Q.   And who was ultimately hired?

23   A.   Now, I can tell you the ones I hired last

1    summer.  I can't tell you in order of who

2    hired when or whatever.

3        I can tell you that there is a

4    Ms. Bailey that was hired after school

5    started because once our numbers came in to

6    special ed, they realized we had to have

7    some more units.

8        There was Ms. McCauley, who was a

9    transfer from Goodwyn or had been employed

10   at Goodwyn.  I won't say transferred.  She

11   may have been pink slipped, but she had

12   been at Goodwyn the year before.

13       A transfer from Floyd Elementary

14   School, Ms. Howard.

15       There was a teacher named Mr. Floyd we

16   hired during the summer.

17       There was a transfer from Houston

18   Hills, Ms. Parducci, P-A-R-D-U-C-C-I.

19       I'm thinking there's somebody I'm

20   leaving out.  I know there's somebody --

21   there's somebody I'm not --

22   Q.   Okay.

23   A.   But anyway, there was probably seven once

1         we got into the fifth day of school.

2    Q.   And all seven of these people were hired to

3         service Lee High School?

4    A.   Yes, ma'am.

5    Q.   And did all seven of these people have

6         special ed certification?

7    A.   Yes, ma'am.

8    Q.   Did all seven of these people have previous

9         experience teaching special ed?

10   A.   Oh, wait.  Can I add this?  Ms. McCall.

11        Okay.  And we hired -- we had hired -- now,

12        she was hired as soon as school got out.

13        She was hired like in June.

14   Q.   Okay.

15   A.   Everybody except Ms. McCall had had

16        experience as a special ed teacher.

17        Ms. McCall was a special ed aide that had

18        just obtained her certification.  The rest

19        of them have been special ed teachers.

20   Q.   Okay.  Did you ever have any conversations

21        with Mr. Barker regarding Melvin Lowe when

22        you sought to hire him for this special ed

23        position?

1                 MS. CARTER:  Object to the form.

2   Q.   Aside from the initial conversation where

3       you asked for him to check on Melvin's

4       certification?

5   A.   No, ma'am.

6   Q.   Did Mr. Barker ever tell you that you had

7       to hire a woman for the position?

8   A.   No, ma'am.

9   Q.   Has he ever told you that you had to hire a

10      black person or a white person to fill a

11      position?

12   A.   No, ma'am.

13   Q.   Did you ever have --

14            MS. CARTER:  Y'all both talk

15              fast.  I do, too.  Make sure

16              you let her finish the

17              question, because she's trying

18              to type everything down.

19   A.   No, ma'am.

20   Q.   Have you ever had any conversations with

21      Dr. Purcell with regard to Melvin Lowe?

22   A.   No, ma'am.

23   Q.   Have you ever had any conversations with

1      Carolyn Hicks about Melvin Lowe?

2  A.   No, ma'am.

3  Q.   And do you know of any reason why Melvin

4      Lowe wasn't hired for the position other

5      than his lack of special ed certification?

6  A.   No, ma'am.

7            (Brief recess.)

8  A.   Can I add something to what I said while

9      ago?

10  Q.   Yes.

11  A.   I did talk to Ms. Hicks.  I forgot about

12      it.  I talked to Ms. Hicks prior to talking

13      to Mr. Barker, because they were in

14      transition of moving from him hiring

15      secondary to her hiring secondary, and all

16      she told me was to check with Mr. Barker to

17      make sure he was certified because she

18      didn't know.

19  Q.   Okay.  Have you ever gotten an emergency

20      certificate?

21  A.   Me?

22  Q.   Yes.

23  A.   (Witness shakes head from side to side.)

1        nontraditional, but not an emergency.

2   Q.   Okay.

3   A.   Okay.

4   Q.   Do you know if the emergency certification

5        is something that's initiated by the

6        applicant or the school district?

7   A.   I don't -- I would say that it could be by

8        either one, I think.  I'm not sure.

9   Q.   Okay.  And I know you said you had hired

10       somebody once before, I think a science

11       teacher?

12   A.   Yes, ma'am.

13   Q.   Was that a simple process for the science

14       teacher to obtain that emergency

15       certification?

16             MS. CARTER:  Object to the form.

17   Q.   You can still answer.

18   A.   Okay.  I don't know.  I just know that we

19       were short of science teachers, we didn't

20       have any, and the young lady had a degree

21       in just basic chemistry, and I contacted

22       downtown and they worked with her.  I don't

23       know exactly what -- how the process went

1   through.

2 Q. How long did it take for her to receive the

3   certification?

4 A. I want to say it took around two to three

5   weeks.  I don't know for sure, though.

6 Q. Were you able to employ her prior to her

7   getting her certification?

8 A. No.

9 Q. Were you able to continue with the process

10   of securing her employment while she was

11   awaiting her emergency certification?

12 A. Not -- I know that we could not hire her

13   until that was taken care of.

14 Q. When you contacted the district office

15   about her emergency certification, were you

16   told whether or not it would be a

17   successful process for her?

18 A. Didn't know.

19 Q. Did you continue interviewing other people

20   for the position while waiting for her

21   certification?

22 A. No, because that's all we had.

23 Q. Okay.

1    A.    She was -- I mean --

2    Q.    Okay.  Had Mr. Lowe been certified in

3          special education, would you have

4          recommended him for the position?

5    A.    Yes.

6    Q.    With regard to --

7    A.    Can I add to that?

8    Q.    Yes.

9    A.    Having -- I would have recommended him

10         based on just our interview, but I would

11         have checked his background, his references

12         of where he had been, and I can't say that,

13         you know, after that I would have.  I don't

14         know because I didn't talk to them.

15   Q.    Did you check any of his references?

16   A.    No, ma'am, because when I talked to Carolyn

17         Hicks, I knew he had a history in

18         Montgomery County.  She said, I don't know

19         if he's certified.  Once she did that, I

20         called Mr. Barker, and he said, I don't

21         think -- I don't know about his

22         certification.  I didn't waste time calling

23         anybody until I found out about

1           certification.

2    Q.    Okay.  In that interview, did you speak --

3          did you speak to Mr. Lowe with regard to

4          what type of position he would want,

5          whether it be in sciences or English?

6    A.    Yes, ma'am, I did ask what his strong suit

7          was, what his basic -- you know, what he

8          was good at at school, that stuff, you

9          know.  Because we were searching for an

10         inclusion teacher for the four core areas,

11         because that's what we were looking for.

12   Q.    Did he advise you that he was eligible for

13         an emergency certification?

14   A.    I don't remember that, no, ma'am.  I don't

15         know.  I know he said that -- I know he

16         said that everything would be in order, but

17         I don't -- you know...

18   Q.    Okay.  Did you ever speak to Mr. Lowe after

19         this initial interview process or this

20         initial interview?

21   A.    I want to say I talked to him once on the

22         phone, but I don't know.  I know he called

23         several times and talked to my secretary.

1    I know he came several times and sat

2    outside my office and waited for me to

3    be -- to try to be through with my

4    interviews.

5  Q.  Did you ever speak to him on any of these

6    occasions?

7  A.  Actual call him in to talk to him, no,

8    ma'am.

9  Q.  Did you ever have any passing conversations

10    with him when he was waiting outside your

11    office?

12  A.  I think I spoke one time on the way between

13    interviewing other people, I think.

14  Q.  Do you recall the context of that

15    conversation?

16  A.  Hey, how are you.  You know, I don't...

17  Q.  Did you ever express to Mr. Lowe your

18    interest in hiring him for this position?

19  A.  I told him, like I said, that day that as

20    soon as we got everything in order, we

21    would see what we could do.  Other than

22    that, no, ma'am.

23  Q.  Okay.  With regard to the hiring process,

34

1       one candidate that fits what we need.

2    Q.  So there have been situations where you've

3       given just one name to Mr. Barker?

4    A.  Yes, ma'am.

5    Q.  And was that person placed in the position

6       that you recommended them for?

7    A.  Yes, ma'am.

8    Q.  Has there ever been a time when you've

9       recommended somebody for a position and

10      they were not placed in that position?

11   A.  No, ma'am.

12   Q.  Was there an assistant principal position

13      available at Lee -- no --

14   A.  Lee High.

15   Q.  Lee High in 2005, the same summer?

16   A.  Yes, ma'am.

17   Q.  Was that position posted?

18   A.  Yes, ma'am.

19   Q.  And did Melvin Lowe respond?

20   A.  Yes, ma'am.  He contacted my secretary and

21      said he wanted to be considered for the

22      position.

23   Q.  Did he ever set up an interview with you?

1   A.   I think he did, but I canceled it.

2   Q.   And why was the interview canceled?

3   A.   Because during the time of the opening for

4       the special ed, not trying to be rude

5       towards Melvin, but he badgered the crap

6       out of me and my secretary. And it was

7       obvious to me he could not follow

8       directions, what I had told him to do, so I

9       did not want him as an administrator at my

10      school.

11  Q.   Did you ever advise Mr. Lowe as to why the

12      interview was canceled?

13  A.   I didn't, no, ma'am.

14  Q.   How many applicants did you consider for

15      that position?

16  A.   Considered? There was about 12 that called

17      that I talked with maybe on the phone or

18      read their resumes, but there was only -- I

19      think there was five or six I interviewed,

20      came in.

21  Q.   And who did you ultimately recommend for

22      this position?

23  A.   John Johnston.

37

1   Q.   So you had never spoken to anyone at

2         central office about any candidate in

3         particular?

4   A.   No, ma'am.

5   Q.   Okay.  After you decided on Mr. Johnston,

6         what was the next step as far as hiring

7         him?

8   A.   I recommended -- I gave him the --

9         actually, I gave him -- during that time, I

10        gave him a ranking of two that I would

11        take, and I told him that I -- you know, I

12        really preferred Mr. Johnston.  So that's

13        what -- I guess it went through the chain

14        then.

15   Q.   And when you say you gave him, are you

16        referring to Mr. Barker?

17   A.   Yes.  I'm sorry.

18   Q.   Okay.  Who was the other person that you

19        recommended aside from Mr. Johnston for

20        this position?

21   A.   I believe it was Ron Ashley.

22   Q.   Okay.  And was Mr. Johnston hired for the

23        administrative assistant --

38

1    A.    Yes, ma'am.

2    Q.    -- I mean, assistant principal position?

3    A.    Yes, ma'am.

4    Q.    Is he still in that position?

5    A.    Yes, ma'am.

6    Q.    Had Mr. Barker or Carolyn Hicks ever said

7          anything to you at all about Melvin Lowe?

8    A.    Other than the conversation about the

9          question of certification.

10   Q.    And tell me again what you remember about

11         that conversation.

12   A.    Okay.  The first one, Carolyn Hicks.  I

13         called and she -- I mentioned -- I said,

14         I've got a special ed job.  I said, I want

15         to look at hiring Melvin Lowe or see what I

16         need to do, check, whatever.  And she said,

17         I don't believe he's certified.  You need

18         to check with Mr. Barker.  So I hung up.

19              I contacted Mr. Barker.  He said, I

20         don't -- he said the same thing, I don't

21         believe he's certified, but I will check

22         with Ms. Jackson, Cynthia.  So then I want

23         to say either that afternoon or the next

1      get emergency certification?

2   A.   Unh-unh (negative response).

3   Q.   Yes or no.

4   A.   No.

5   Q.   And all of them had prior special education

6      teaching experience except for Ms. McCall?

7   A.   Yes.  As far as I know, yes, ma'am.  And

8      Ms. McCall actually had some -- she was an

9      aide that worked with special education

10     classes.

11  Q.   Did Mr. Barker ever tell you that you

12     couldn't hire Melvin Lowe?

13  A.   No.

14  Q.   Did he ever talk to you about a lawsuit or

15     anything Melvin Lowe had done against the

16     school system?

17  A.   No.

18  Q.   Do you know Melvin Lowe's mother?

19  A.   Yes.

20  Q.   Do you know anything about any lawsuit

21     she's ever filed against the school system?

22  A.   No.

23  Q.   When you interviewed Melvin Lowe, did you

50

1       know if he had filed an EEOC charge or a

2       lawsuit against the school system?

3  A.  No.

4  Q.  More specifically, because I don't know if

5       we got it on the record, did anybody ever

6       tell you that you couldn't hire Melvin as

7       an assistant principal?

8  A.  No, ma'am.

9  Q.  Did you converse with anybody about your

10      decision to cancel that interview other

11      than your secretary?

12  A.  No, ma'am.

13  Q.  What is the race and sex of John Johnston?

14  A.  White male.

15  Q.  Okay.  That's it.

16             MS. DUGAS:  I have a couple

17               questions.

18             EXAMINATION

19  BY MS. DUGAS:

20  Q.  The science teacher that you hired, was her

21      name withdrawn after you realized -- after

22      you found out she did not have

23      certification?

51

1   A.   No, ma'am.

2   Q.   Were there any steps taken to stop the

3        hiring process pertaining to this teacher

4        while awaiting her certification?

5   A.   Explain that, please.

6   Q.   Did you notify central office that this

7        individual did not have the proper

8        certification?

9   A.   Yes.  Yes, I did.

10  Q.   And what happened in the interim while you

11       were awaiting the emergency certification?

12  A.   Just waiting for her to get certification.

13       There was nothing -- you know, nothing

14       to -- kept looking for a science teacher,

15       but we didn't find any.

16  Q.   And with regard to Ms. McCall, you stated

17       that she had been a special ed aide in your

18       school --

19  A.   Yes, ma'am.

20  Q.   -- prior to her becoming a special ed

21       teacher?

22  A.   Yes, ma'am.

23  Q.   And is it a good practice as principal to

1  Q.  This science teacher that we've been

2      talking about in the summer of 2004 for I

3      guess the 2004-2005 school year, you said

4      you kept looking for a science teacher in

5      the meantime; is that correct?

6  A.  Let me rephrase that.  A chemistry teacher.

7  Q.  A chemistry teacher?

8  A.  Because science is different from

9      chemistry.  You know what I'm saying.

10 Q.  And just for clarification.  If you had

11     interviewed a teacher that was certified in

12     chemistry, would you have hired that person

13     as long as they were qualified to teach

14     chemistry?

15 A.  Once again, in hiring, probably so,

16     depending on if everything else checks out,

17     you know; she's not a person that's not

18     ever at work, if she's not a person that

19     you can depend on.

20 Q.  Well, I guess for clarification --

21 A.  All things being equal, if you have the

22     science teacher I hired and this other lady

23     that's certified, yes, I would have hired

1      the lady that was certified rather than

2      going through the emergency deal.

3  Q.    Okay.  Thanks.

4              MS. DUGAS:  Okay.  I have just a

5                   clarification question on

6                   that.

7                   EXAMINATION

8  BY MS. DUGAS:

9  Q.    So if a chemistry certified teacher had

10      come in with the requisite certification

11      and experience during the process that you

12      were awaiting emergency certification for

13      this current teacher, if for some reason

14      you didn't feel as comfortable with the

15      certified teacher, you would have continued

16      the process for the emergency certification

17      for the teacher that you had hired?

18              MS. CARTER:  Object to the form.

19                   Go ahead.

20  A.    Okay.  Now, when you say feel as

21      comfortable, if I had called a previous

22      employer and a previous employer had said,

23      you know, there's 180 school days and she's