**NOTICE        NOTICE        NOTICE**

## MONTGOMERY PUBLIC SCHOOLS
## OFFICE OF HUMAN RESOURCES



POSITION ANNOUNCEMENT
June 20, 2005
DATE

**APPLICATIONS ARE NOW BEING ACCEPTED FOR THE POSITION OF ADMINISTRATIVE ASSISTANT AT JOHNSON ELEMENTARY, CARVER SENIOR HIGH, BREWBAKER JR. HIGH, BOOKER T. WASHINGTON MAGNET HIGH SCHOOLS AND ANY OTHER ELEMENTARY, MIDDLE/JUNIOR AND HIGH SCHOOL THAT MAY BECOME AVAILABLE PRIOR TO THE 2005-2006 SCHOOL YEAR**

### QUALIFICATIONS:

- Current Alabama Teacher's Certification, master's degree or higher, with an endorsement in administration K-12
- Three years of successful experience in a certificated position

### JOB DESCRIPTION:

- To assist the principal by using leadership, supervisory, and administrative skills to carry out the mission of the school and promote the educational development of each student.
- To establish a positive relationship with parents, co-workers, volunteers and other visitors.

**SALARY:** Board approved salary schedule based on rank, certification, experience and school size
Plus an annual supplement of $2,951.64
**EFFECTIVE DATE:** 2005-2006 School Year
**CLOSING DATE:** July 5, 2005

42

**HOW TO APPLY:** Submit application for employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P.O. Box 1991, and 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees may submit a letter of interest and resume' specifying the job listed above in your letter. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.

**SPECIAL NOTE:** The person selected for this position must agree to a background check, be fingerprinted and pay a $49.00 fee. This is required by law.



THE MONTGOMERY COUNTY BOARD OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. NO PERSON SHALL BE DENIED EMPLOYMENT OR BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR OR AGE.

ANNOUNCEMENT: PR-05-25

LOWE_V_MCBOE-CORP._REP._DISC.01501