

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


MELVIN LOWE,

      Plaintiff/Petitioner,

                        CIVIL ACTION NO.
Vs.                     2:05-CV-0495

MONTGOMERY COUNTY BOARD
OF EDUCATION,

      Defendant/Respondent.



* * * * * * * * * * * *


DEPOSITION OF QUESHA STARKS, taken

pursuant to stipulation and agreement before

Patricia G. Starkie, Registered Diplomate Reporter,

CRR, and Commissioner for the State of Alabama at

Large, in the Law Offices of Hill, Hill, Carter,

Franco, Cole & Black, 425 South Perry Street,

Montgomery, Alabama, on Tuesday, January 24, 2006,

commencing at approximately 10:15 a.m.


* * * * * * * * * * * *

43

11

1                    last name?

2               THE WITNESS:  A-U-D-E.

3   Q.   Have you ever been certified as a reading

4       coach?

5   A.   No.  I'm secondary.

6   Q.   Okay.  Have you ever worked in any

7       elementary schools or middle schools?

8   A.   Well, no, because Bullock County High

9       School, you know -- not in Montgomery

10      County.  That's 7 through 12.

11  Q.   That was 7 through 12?

12  A.   Uh-huh (positive response).  Now, junior

13      high school is McKee, you know, as

14      assistant principal, but not as a teacher.

15      That's junior high.

16  Q.   All right.  So your current position at BTW

17      is your first term as a -- first time

18      serving as principal?

19  A.   Second year -- oh --

20  Q.   But in that position, you've never been a

21      principal anywhere before BTW?

22  A.   No.

23  Q.   And what process did you go through to

12

```
1        obtain the principal position at BTW?
2    A.  Well, it took a long time because I
3        certified in 1998 as an administrator, and
4        I did not make it as soon as I certified.
5        So I went back into the classroom, and
6        that's when I got the national board
7        certification.  So it's taken a while
8        because I certified in 1998, but I didn't
9        get my first job, you know, as a -- you
10       know, an administrator or principal until
11       2003-2004.
12   Q.  Okay.  But, now, you had an assistant
13       principal position in 2001 at Loveless and
14       Brewbaker Tech at the same time?
15   A.  Okay.  And let me retrace this.  Let me
16       kind of go back over it because -- I would
17       have brought my resume.
18            Okay.  So for 2003-2004, I was
19       assistant principal at BTW -- I mean -- I'm
20       sorry.  That was --
21                 MS. CARTER:  I think she might be
22                 one year off.
23   A.  Yeah, I'm about one year off.
```

1   A.   Well, when I was hiring -- when we were

2        trying to find an assistant principal to

3        fill the slot at my school, so --

4   Q.   How many people were on this committee?

5   A.   It was basically all of the principals who

6        were looking for an assistant principal, so

7        there had to have been maybe about seven

8        people in that room.

9   Q.   And what year was this that you were

10       looking for an assistant principal?

11  A.   I was looking for an assistant principal

12       2004-2005, the summer, so that would be

13       2004.  Summer 2004.

14  Q.   Okay.

15  A.   That was the first time I was looking

16       for --

17  Q.   So that was --

18  A.   Yes.

19  Q.   And you did an application process the

20       following year, summer of 2005?

21  A.   I was looking for someone then, too.

22  Q.   Okay.

23  A.   So I sat in on two interviews.

1    Q.    Okay.

2    A.    And in going back to that, in tracing

3          things, I want to --

4                Is it okay for me to go back?

5    Q.    Yes.

6    A.    With Dan Aude, he interviewed me for the

7          assistant principalship at BTW.

8    Q.    Okay.

9    A.    Okay. Not the principalship. MPS did the

10         principalship.

11   Q.    Okay. In your experience as principal, has

12         there ever been a time when you've

13         recommended a candidate for a position and

14         that candidate not be hired?

15   A.    Basically -- and it's hard to say that

16         because we are asked to submit

17         recommendations, our first, second, and our

18         third choices. And, you know, all of my

19         choices are pretty much, you know, I would

20         be okay with either one of them. So I

21         can't say that, no, they've been denied.

22         It just depends. And then I remember one

23         year when I was interviewing, there may

20

1    have been some individuals who were

2    currently in the classroom and couldn't be

3    pulled out.  That was the 2004-2005 year.

4        So no, not really, because, you know,

5    we're given an opportunity to make

6    recommendations, and I would have been fine

7    with either of the recommendations for

8    2005-2006.

9    Q.    Okay.  You say either of the

10    recommendations.  Did you make two

11    recommendations?

12    A.    I did three.

13    Q.    Three?

14    A.    Uh-huh (positive response).

15    Q.    Do you ever indicate to Mr. Barker or

16    anyone at HR who is your preferred amongst

17    the three?

18    A.    Yes, I can indicate, yes, and that would be

19    in my ranking.  But still, going back to

20    what I said, I would be fine with either of

21    the three.

22    Q.    Right.

23    A.    Uh-huh (positive response).

1    because PEPE is one of our biggest

2    monsters.  Teacher evaluations, seeing if

3    individuals are competent to do that.  And

4    also interpersonal skills, working with

5    faculty members.  That's the largest part.

6    Background experience.  I'm on the

7    secondary level, so I'm going to be looking

8    for some individuals who have had some sort

9    of experience on the secondary level,

10   successful experience.

11   Q.   Let's talk about the 2005 assistant

12        principal position specifically.

13   A.   Right.

14   Q.   Okay.  Did Melvin Lowe express an interest

15        in this position?

16   A.   He called me, yes.  He called, expressed an

17        interest in it.

18   Q.   Did he call you prior to the MPS interview?

19   A.   No.

20   Q.   So what was your first interaction with

21        Melvin Lowe?

22   A.   With our telephone call, our conversation.

23        And I'm going back to -- this may have been

32

1    June, July or whatever.  Some of the

2    applicants were called.  Some of the people

3    who interviewed with MPS followed up with

4    us.  My first time really talking to him

5    jobwise was in our interview.

6    Q.    You say our interview?

7    A.    Yes.  My interview with Mr. Lowe.

8    Q.    You and Mr. Lowe?

9    A.    Uh-huh (positive response).

10   Q.    Did Mr. Lowe participate in the group

11   committee interview?

12   A.    Yes, I remember seeing him.

13   Q.    Okay.  Do you remember what your impression

14   was of him based on that group interview?

15   A.    The group interview, you know, we had so

16   many applicants.  I'm not saying that he

17   wasn't a good applicant, but, again, I'm

18   looking for three things, you know:

19   Exposure to the magnet performing arts, and

20   then secondly looking at background

21   experience, education, what level the

22   person has served on.  So I can't say that

23   he was in my top grouping from those

1    individuals that I interviewed at MPS.

2  Q.   How many applicants were there at that

3    interview at MPS, do you know?

4  A.   I can not give you an estimate.

5  Q.   Fifty?  I mean, I'm just trying -- was it

6    10, 50, 100?

7  A.   In that single day that I was there, there

8    had to have been over 10, 15 people.

9  Q.   Okay.  Were there other days where the

10    principals did group interviews?

11  A.   There were other days.  I think we had

12    about maybe two sessions, and I know that I

13    wasn't available for one of the sessions.

14  Q.   Do you know approximately the size of the

15    applicant pool that you were going to be

16    picking this position from?

17  A.   No.

18  Q.   Okay.  Now, you said that Melvin Lowe

19    contacted you after the MPS group

20    interview?

21  A.   And let me put it out here like this

22    because, you know, I said I don't want to

23    give you any information that's incorrect.

1        If we go down the listing and we contact a

2        person, you know, they can contact us back.

3  Q.  Okay.

4  A.  I do remember him contacting me, but I

5        don't know if it was that he contacted me

6        after, you know, the individuals were

7        called.

8  Q.  So you don't know if your office initiated

9        the first contact or if he did?

10  A.  I can't say that.

11  Q.  Okay.

12  A.  You know, I can't say that.

13  Q.  That's fine.  Did you and he have a

14        conversation on the phone when he contacted

15        your office?

16  A.  It was just short.

17           And Sharon Gjesvold did my scheduled

18        interviews.  She was --

19  Q.  What was her last name?

20  A.  Gjesvold.  G-J-E-S-V-O-L-D.  She's my

21        bookkeeper.  She scheduled most of my

22        summer appointments.

23  Q.  Did Mr. Lowe come in for a face-to-face

35

1       interview?

2   A.   Yes.

3   Q.   And what was your impression of that

4        interview?

5   A.   Well, I remembered Mr. Lowe.  You asked did

6        I have any prior knowledge of him.  I

7        remembered him because when we were

8        younger, we had the same piano teacher.  So

9        of course, at the beginning of the

10       interview, we had a little small talk.

11       Okay, yeah, I remember you.  But he pretty

12       much took charge of the interview.  He

13       carried it on.  I was able to ask a couple

14       of questions, but he pretty much led the

15       interview.

16  Q.   Okay.  How long was that interview, do

17       you --

18  A.   That one that day could have been about 30,

19       35 minutes.

20  Q.   And what all did y'all talk about over the

21       course of the interview?

22  A.   Well, he talked about his background.  He

23       shared background information about

36

1    being -- working in productions, serving as

2    a make-up artist, his elementary

3    experience, working in Bullock County

4    also.  And basically, I heard a lot about,

5    you know, him.

6         My questions centered on organizational

7    skills, how do you work well with people,

8    interpersonal skills, but we kind of went

9    off on different tangents about his

10   experience and where he had been and what

11   individuals he had an opportunity to work

12   with and what he had accomplished in his

13   previous jobs.  So it really wasn't a

14   structured interview like I initially

15   wanted it to be.  It was more

16   conversational as to what I have achieved,

17   this is what I have done, and I have -- I

18   will be getting my doctorate from Nova and

19   just a couple of other things.

20   Q.   Based on what you did speak to him about,

21        did you form an opinion based on whether or

22        not he had the qualities that you were

23        looking for, the organizational skills?

1      Did he have organizational skills

2      sufficient to fulfill this position?

3  A.  Well, I really couldn't, like I say, form

4      an opinion about him at that particular

5      time because the conversation went away

6      from my interview questions to this is who

7      I am.  This is what I can do for your

8      program.

9  Q.  Okay.

10  A.  So until I could look at all of the

11      applicants grouped together, I can't say,

12      okay, well, this is the one I'm going to

13      hire right now.

14  Q.  Right.  Did you walk away from that

15      interview with any kind of opinion that you

16      can recall?

17  A.  Nothing other than, okay, at least he can

18      entertain us with a lot of good

19      conversation.  But nothing as to this is

20      going to be the person who I want for the

21      job.

22  Q.  Okay.

23  A.  No.

1   Q.   Now, what kind of certification would be

2        required for this position?

3   A.   An administrative certification.  And to

4        have that, you have to have completed a

5        course -- your four years and then the

6        master's program, and this is like five

7        classes or more after the master's

8        program.  So having an administrative

9        certificate for K through 12, those are the

10       requirements.

11   Q.   Are you aware of whether or not Mr. Lowe

12       possesses or possessed at that time an

13       administrative certificate?

14   A.   For him to be in the interview with us at

15       central office, I assumed.

16   Q.   Okay.

17   A.   But, you know, other than that, I don't

18       know.  You don't know.

19   Q.   After you had this 30, 35-minute interview

20       with Mr. Lowe, what happened next as far as

21       the hiring process?

22   A.   Well, I had to interview -- I interviewed a

23       couple other people.  I thought that day

1    that that was particularly going to be the

2    last of the interviews, but individuals

3    kind of came along.  I don't know how

4    many.  There was another person that came

5    in following his interview, and then I did

6    a phone interview with his brother because

7    his brother was at a conference.

8    Q.  The other person came in that same day?

9    A.  That same day.  And it could have been

10    following.  And then I had another

11    interview with a teacher who's on my staff,

12    Martin Dukes, and that was -- he was my

13    last interview, Martin Dukes.  He's a

14    social studies teacher at BTW.

15    Q.  And you stated that Marvin Lowe had a phone

16    interview with you?

17    A.  Yes.

18    Q.  And that was after you had had the

19    personal, face-to-face interview with

20    Melvin Lowe?

21    A.  Yes.

22    Q.  When was Martin Dukes' interview?

23    A.  I don't remember the date, but it was

1   Q.   So he had it prior to you interviewing him?

2   A.   Uh-huh (positive response).

3   Q.   Who was actually ultimately hired for that

4       position?

5   A.   Ronald Ashley.  He was a veteran teacher

6       from Floyd Middle Magnet High School --

7       Junior High School.

8   Q.   When was Mr. Ashley interviewed?

9   A.   He was interviewed -- I believe he was the

10      first one of the day.

11   Q.   Before Melvin Lowe?

12   A.   Before Melvin.

13   Q.   Okay.

14   A.   He could have either been before or after.

15      I was running a little bit behind time that

16      day, so I don't know if he was before or

17      after.  I think he was before.

18   Q.   Okay.  So the day that you interviewed

19      Melvin Lowe, you interviewed Mr. Ashley --

20   A.   Right.

21   Q.   -- and Melvin Lowe and another individual?

22   A.   No, Marvin came the next day on the

23      telephone and then Martin Dukes was the

1    it as well.  And that's about it.  I got

2    the number and went on because it's very

3    awkward when you're talking to a brother

4    and then a brother, and they're both

5    candidates for the same position.  So it

6    was limited.  It wasn't a very long

7    conversation.

8    Q.  Do you remember when you called Melvin?

9        Was it morning, night?

10   A.  It was evening, like about five, six

11       o'clock.

12   Q.  So did you call him at his home for

13       Marvin's number?

14   A.  Yes, uh-huh (positive response).

15   Q.  Did you indicate --

16   A.  Home or cell.

17   Q.  Did you indicate to Melvin in that phone

18       call that you had already made your

19       decision as to who you were going to

20       recommend for that position?

21   A.  No.

22   Q.  Did you indicate to Melvin that Marvin had,

23       in fact, applied for that same position?

1    Q.    Did you recommend Melvin Lowe for -- Let me

2          back up.

3                Did you ever speak with Jimmy Barker

4          about hiring Melvin Lowe for this position?

5    A.    I made my recommendations, talked about

6          those recommendations, and that's it.

7    Q.    Okay.  Who were your recommendations?

8    A.    My first recommendation was Ronald Ashley,

9          and I got him.  My second one was a

10         Mr. Johnston, who is at Lee High School

11         now.  And my third recommendation was his

12         brother, Mr. Lowe's brother.

13   Q.    Okay.  Let's back up.  Did you interview

14         Mr. Johnston?

15   A.    Yes, I did.

16   Q.    Okay.  When did you interview Mr. Johnston?

17   A.    He had to have been before Mr. Lowe.

18   Q.    Okay.

19   A.    He was one of my first or second interviews.

20   Q.    So was the interview in your office?

21   A.    Yes.

22   Q.    Okay.  What did you discuss with Mr. Barker

23         with regard to your recommendations?

46

1    A.    I talked about Mr. Ashley and just kind of

2          getting some background information; that,

3          you know, he has an excellent reputation.

4          He was very impressive in the interview; I

5          mean, extremely organized, poised.  He

6          answered all of the questions and was able

7          to elaborate and provide examples as to

8          where he --

9                We have an aviation magnet at BTW.

10         Mr. Ashley has background in the military,

11         and our aviation teacher was up for PEPE

12         evaluation this year, so it was just very

13         impressive to hear about the military

14         experience and how that could apply to what

15         we were doing at BTW.  So I shared with him

16         that I was impressed with his organization,

17         with his presence, and with his

18         professionalism in the interview.

19   Q.    Did you discuss Mr. Johnston with Jimmy

20         Barker?

21   A.    I just discussed that I was impressed with

22         him as well.  He had training in logistics,

23         and one of the biggest assignments that an

1  assistant principal has is to do textbooks,

2  inventory, and he kind of made it clear in

3  his interview that he was well prepared to

4  do that.  So I didn't really get into

5  details with that because my focus was

6  Ronald Ashley.  I wanted him.

7 Q. Did you discuss Marvin Lowe with

8  Mr. Barker?

9 A. The brother?

10 Q. Yes, Marvin.

11 A. Yes, I did discuss him, but more so, you

12  know, this is a guidance counselor, he's

13  12 months, and that I was just very

14  impressed with him as well.  Because he did

15  come for a follow-up, face-to-face

16  interview.  It was a courtesy.  After we

17  had our telephone interview, he just

18  stopped by the school one day to meet me

19  face to face and give me some information

20  in my hand.  So I discussed that because I

21  had an opportunity to see him face to face

22  beyond the telephone.

23 Q. Did you ever discuss Melvin Lowe with Jimmy

1          Barker?

2    A.    No, I didn't, because that was not one of

3          my choices.  He was not one of my choices

4          based on the interviews and the HR around

5          the table.

6    Q.    And you stated that Ronald Ashley was your

7          first --

8    A.    My first choice.

9    Q.    Okay.  And he was the one that was hired

10         for the position?

11   A.    Hired, uh-huh (positive response).

12   Q.    Did Mr. Ashley have any administrative

13         experience prior to BTW?

14   A.    He was in the classroom for several years.

15         He would be the designee sometimes when his

16         administrator, Johnny Jefferson, who is

17         deceased now, would leave the building, so

18         he had a lot of leadership experience at

19         Floyd Middle and in the community.

20   Q.    Okay.  Did you have any conversations with

21         Melvin Lowe with regard to you recommending

22         him for this position?

23   A.    I didn't say that -- and one reason why I

1   want to say this clearly is that we cannot

2   tell an applicant that they've been hired.

3   It's just unprofessional.  Because what's

4   going to happen if an issue comes up and

5   their qualifications don't match?  Because

6   it can happen.  Anybody can make mistakes.

7   Human resources, they make the final call.

8   We submit the recommendations, they make

9   the call.

10      So I have to be very careful, because

11  you can get some people really excited:  I

12  know I got the job.  But you don't want

13  people leaving upset:  Well, I know she's

14  already just excluded me from the

15  interview.

16      So I didn't leave him with that

17  impression, but I did leave him like I

18  leave all of my applicants:  I'm impressed

19  with your resume, what you've done.  You

20  know, you will go very far.  But not,

21  you're going to get this job.  It's just

22  not professional to do that without

23  following protocol.

1   Q.  Had you ever had a conversation with Melvin

2       where you indicated to him that it would be

3       important to exchange phone numbers because

4       you would be working closely together?

5   A.  It was important to exchange phone numbers

6       because I have to get all of the contact

7       numbers of the individuals who I've

8       interviewed.  You know, you just never know

9       what networking can take place after an

10      interview or when you may have to work with

11      a person in the future.  But that's the

12      information I get from everyone.  May I

13      have your contact information if I need to

14      contact you in the near future or the

15      future, you know.  So...

16   Q.  Did you get his contact information at the

17      face-to-face interview, or was this later

18      in a phone call?

19   A.  At the face-to-face interview, he provided

20      all of his documents, all of his

21      information.

22   Q.  Okay.  Other than the conversation that you

23      just spoke of with Jimmy Barker

52

1   Q.   Did you do any follow up with the human

2        resources?

3   A.   Other than doing the recommendations?

4   Q.   Right.

5   A.   They call us.

6   Q.   You did the recommendation, and then you

7        said you waited.  You didn't do much follow

8        up.  I'm just wondering if you did any

9        follow up with --

10   A.   I just waited for my phone call.

11   Q.   Okay.  Did you ever speak to Carolyn Hicks

12        with regard to filling the administrative

13        assistant position in 2005?

14   A.   I'm not sure, because I was talking to her

15        the whole time about filling teaching

16        positions because I had openings in musical

17        theater.  You know, it could have been in

18        some conversations with her where I was

19        talking about teachers that something could

20        have come up, but, no, I can't say that I

21        did talk to her.  I'm not sure.  I could

22        have, but I'm just not sure.

23   Q.   Did Mr. Barker ever tell you that you had

1          to hire a man or a woman to fill any

2          certain position?

3     A.   No. And I even asked Mr. Barker about

4          this. You know, I need somebody. Does it

5          matter? And he said, no. You need to go

6          with the most qualified candidate, you

7          know. We cannot discriminate based on

8          gender or race. And he shared that with

9          me on my IP, so I remember where I was

10         seated when he said that, you know. He

11         said, no, we cannot discriminate. You

12         choose who you want, and we will, if we

13         can, honor that request. Because there

14         were so many schools that needed assistant

15         principals, and so --

16    Q.   What was the basis for you even inquiring

17         about that?

18    A.   There was no basis for me inquiring about

19         it, but there were several applicants, you

20         know, that were interested in positions.

21         But he made it very clear. And it could

22         have been just something that was inserted,

23         but he made it very clear that, no, you

1        know.  Don't look at things like that.

2        Because I am...

3    Q.  And I guess what I'm asking you is what

4        gave you the impression that that question

5        needed to be asked to clarify that

6        situation?

7    A.  Okay.  I've been in other situations, not

8        in Montgomery County, where that has been

9        an issue.  I have a friend who is an

10       administrator in another county, and, you

11       know, that's an issue.  But it wasn't an

12       issue with Montgomery Public Schools.

13   Q.  So your basis for inquiring of Mr. Barker

14       whether you needed to take gender or race

15       or anything else into consideration is

16       based solely on --

17   A.  Other experiences.

18   Q.  -- other experiences with other counties?

19   A.  Right, with other counties.

20   Q.  Okay.  Do you know if any background or

21       reference check was done with regard to any

22       of the applicants after your interview?

23   A.  I'm certain that they went back to just

1    Q.    Okay.  Had you ever worked with him before?

2    A.    I had not, no.

3    Q.    That's it.

4                    MS. CARTER:  I have just a quick

5                         clarification.

6                         EXAMINATION

7    BY MS. CARTER:

8    Q.    You said just for -- because this is our

9          purpose for being here, I just want to

10         clarify this.

11              You said that when you interviewed

12         Melvin Lowe in your office that you had

13         planned for it to be a structured

14         interview, but it didn't turn out like

15         that.  Explain to us in more detail what

16         you mean by that.

17   A.    Well, when I said that I planned for it to

18         be a structure interview, there was a set,

19         just like with the human resources

20         interview, of questions that I wanted to

21         ask:  Organizational skills, interpersonal

22         skills, experience in the magnet school and

23         in the performing and nonperforming arts.

1    And I think we got lost right at the

2    beginning of the interview because -- and I

3    asked him -- you know, I told him at the

4    end, because I didn't want to make him feel

5    like he had talked too much in the

6    interview, so I said, you know, thank you.

7    He said, yes, I've always known that

8    you -- pretty much it's good to take charge

9    of the interview, because people want to

10   hear about everything that you've done.  So

11   I heard mostly about Mr. Lowe during the

12   interview, not the questions.  My questions

13   weren't being answered.

14   And then after a certain point, if

15   you're halfway through the interview, then

16   as an administrator who is hiring, you're

17   thinking, okay.  If I give you a job

18   assignment, it's going to be about you and

19   not about what the task is about.  So it

20   moved more so to this is who I am, this is

21   what I've accomplished.  And my questions

22   weren't answered, and I gave up pretty

23   much midway.  It moved into just

1        conversational, this is what I've done in

2        my lifetime.

3   Q.  What do you mean, you gave up midway?  You

4        gave up trying to ask your questions?

5   A.  Yes, trying to get through the rest of the

6        questions.

7   Q.  Was there ever any question or ever a time

8        that Melvin Lowe would have been in your

9        top three picks out of those interviews?

10  A.  No, because the candidates were so strong.

11       And I hate to compare Melvin to Marvin, you

12       know, siblings.  My parents did that, you

13       know.  But they were -- the candidates that

14       I recommended, they were organized.  They

15       knew what they were talking about.  When

16       you gave them a question, they responded to

17       it and provided examples as to how they

18       would solve these problems, and they would

19       draw from their previous experience.  So

20       that is what guided it because you don't

21       know these individuals.

22          I knew nothing about Mr. Ashley other

23       than he was coming from Floyd Middle, but

1      his responses to the questions, this is

2      what our 500 or so kids need at BTW.

3  Q.  Did at any time you have a conversation

4      with Jimmy Barker or anybody in central

5      office about Melvin Lowe having a lawsuit

6      or having filed an EEOC charge?

7  A.  My first time hearing about this was when I

8      got the call to do the deposition.  So I'm

9      floored.  I'm shocked, you know.

10  Q.  Okay.

11  A.  So this is my first time.

12  Q.  Thank you.

13               EXAMINATION

14  BY MS. DUGAS:

15  Q.  Have you ever spoken to anyone, any third

16      party, Mr. Barker or anyone from HR -- any

17      third party, for that matter -- about

18      Melvin Lowe?

19  A.  No.  My first time really knowing that he

20      was an administrative applicant was at HR

21      the day he was seated at the table and we

22      were asking -- or the HR officers were

23      asking questions.  So, no, I haven't talked

1      about him to anybody, third party.

2  Q.  Have you talked to anybody subsequent to

3      the interview with him?

4  A.  No, not to -- no.

5  Q.  Okay.

6  A.  No.

7                    MS. CARTER:  One other quick

8                    question I forgot.

9                    EXAMINATION

10  BY MS. CARTER:

11  Q.  Do you know anything about Melvin Lowe's

12      mother or a lawsuit she might have had

13      against the school at some point?

14  A.  I have not heard that, anything directly

15      about Melvin's --

16          Her last name is Lowe, too?

17      Mrs. Lowe?  I haven't --

18  Q.  Yes, it is.

19  A.  I haven't heard anything about a lawsuit

20      from her, but I do remember her from

21      working as an intern.  I interned in the

22      office of student and community support,

23      but there was no personal --

1    Q.    Did y'all have any personal issues or

2          personal problems, you and Ms. Lowe?

3    A.    No.  I worked directly under Stan Cox, who

4          is now in Opelika, and she was just one of

5          the individuals in the office.

6    Q.    Okay.  Thank you.

7                    MS. DUGAS:  One question.

8                        EXAMINATION

9    BY MS. DUGAS:

10   Q.    You said you never heard anything

11         directly.  Did you ever hear anything

12         indirectly?

13   A.    You know what?  When you're in -- and just

14         to be honest, when you're in the public

15         school system, things fly around.  So I

16         can't say yes or no, because I don't know

17         what I have heard indirectly in the

18         system.  You know, part of the human

19         resource function and the human function is

20         to hear gossip and different things

21         floating around, so you never can say when

22         you haven't or have heard things.  But, no,

23         I was not aware or knowledgeable of a