**NOTICE**     **NOTICE**     **NOTICE**

## MONTGOMERY PUBLIC SCHOOLS
## OFFICE OF HUMAN RESOURCES



POSITION ANNOUNCEMENT

May 4, 2005
DATE

**APPLICATIONS ARE NOW BEING ACCEPTED FOR SECONDARY VACANCIES IN MATH, SCIENCE, ENGLISH, SOCIAL STUDIES, CHORAL MUSIC, BAND, FAMILY & CONSUMER SCIENCE, SPECIAL EDUCATION, TECHNOLOGY, PHYSICAL EDUCATION, BUSINESS EDUCATION, ART, READING AND FOREIGN LANGUAGE**

### QUALIFICATIONS:



- Current Alabama Teacher's Certification, Bachelor's Degree or higher, with an endorsement in the area of appropriate assignment.

### JOB GOAL:

- To create a classroom environment favorable to learning and personal growth; to establish effective rapport with pupils; to motivate pupils; to develop skills, attitudes, and knowledge needed to provide an educational foundation; to establish a positive relationship with parents, co-workers, volunteers and other visitors.

**SALARY:** $29,538.48 to $48,832.44 (Board approved salary schedule based on rank, certification, and experience)

**WORK TERM:** 182 Days

**EFFECTIVE DATE:** 2005-2006 School Year



Blumberg No. 5137
44

**HOW TO APPLY:** Submit application for employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P.O. Box 1991, and 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees may submit a letter of interest and resume' specifying the job listed above in your letter. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.

THE MONTGOMERY COUNTY BOARD OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. NO PERSON SHALL BE DENIED EMPLOYMENT OR BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR OR AGE.

ANNOUNCEMENT: PR-05-13

LOWE_V_MCBOE-CORP._REP._DISC.01506



STATE OF ALABAMA
DEPARTMENT OF EDUCATION

Date Printed: 04-25-2005

## PROFESSIONAL EDUCATOR CERTIFICATE

| THIS CERTIFIES THAT: | TEACHER NUMBER | SOCIAL SECURITY NUMBER |
|---|---|---|
| CARLOS ODELL CHERRY<br>MONTGOMERY CO BD OF ED<br>P O BOX 1991<br>MONTGOMERY AL  36102-1991 | 239401 | 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 |

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued<br>Mo-Day-Yr | Valid Period<br>Effective )Expires<br>July 1 - June 30 |
|---|---|---|
| Class A, Elementary (008) Grades 1-9 | 05-30-1975 | 2005-2010 |
| Class B, Elementary (019) Grades 1-9 | 06-17-1974 | 2005-2010 |
| Class B, Special Education (048) Grades P-12<br>Mentally Retarded (0X7) | 12-19-1976<br>06-02-2000 | 2005-2010 |
| — CERTIFICATES ARE NOT PRINTED BELOW THIS LINE — | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____
State Teacher Certification Officer

_____
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01507