MONTGOMERY PUBLIC SCHOOLS
City and County
Montgomery, Alabama

SUPERINTENDENT'S OFFICE                                    SEPTEMBER 20, 2005

Board of Education
Montgomery County

Dear Board Members:

   I hereby nominate the following persons for the positions listed below and report other changes as noted:

## CERTIFIED PERSONNEL

## ADMINISTRATION BUILDING

## BELLINGER HILL

1. **Luci H. Davis**, psychometrist, be granted maternity leave of absence, effective August 18, 2005, through December 20, 2005.

2. **Gayle Stewart**, psychometrist on illness leave of absence, leave be terminated, effective August 1, 2005.

## OFFICE OF INSTRUCTIONAL SUPPORT SERVICES

3. **Judy S. Dicks**, B.S., Troy State University, be employed as nurse, effective September 1, 2005, at an annual salary of $29,538.00; 182-day work term, program needs.

4. **Patricia C. Marlow**, be employed as nurse, effective August 10, 2005, at an annual salary of $29,538.00; 182-day work term, replacing **Terri Sellers**, contract non-renewed earlier.

## OFFICE OF TECHNOLOGY

5. **Rhett Cutts**, teacher, be resigned, effective August 22, 2005.

## BALDWIN ARTS & ACADEMICS MAGNET SCHOOL

6. **Calvin Mitchell Williams, III**, B.S., LaGrange College, be employed as teacher, effective August 10, 2005, at an annual salary of $29,538.00; 182-day work term, replacing **Deborah Williams**, retired earlier.


45

SUPERINTENDENT'S OFFICE     -18-     SEPTEMBER 20, 2005

## LEE SENIOR HIGH SCHOOL

154. **Blanca Leticia Montoya-McCully**, be re-employed as teacher, effective September 6, 2005, at an annual salary of $39,000.00; 182-day work term, program needs.

155. **Linda Neves Uranga**, M.S., Alabama State University, be employed as teacher, effective August 10, 2005, at an annual salary of $33,968.00; 182-day work term, replacing **Tabitha Johnson**, resigned earlier.

156. **Karen Cooner Vance**, M.A., Auburn University Montgomery, be employed as teacher, effective August 10, 2005, at an annual salary of $40,240.08; 182-day work term, replacing **Mark Jackson**, resigned earlier.

157. **Ebonie Nicole Wagstaff**, B.S., Alabama State University, be employed as teacher, effective August 10, 2005, at an annual salary of $29,538.00; 182-day work term, replacing **Sandra Pennic**, retired earlier.

158. **Heather D. West**, B.S., Auburn University Montgomery, be employed as teacher, effective August 10, 2005, at an annual salary of $29,538.00; 182-day work term, replacing **Robin Cox**, teacher, be resigned; last day worked was May 20, 2005.

159. **Kathy Wilkins**, teacher, be resigned; last day worked was May 20, 2005.

160. **Carolyn Smith Williams**, be re-employed as teacher, effective August 10, 2005, at an annual salary of $32,491.08; 182-day work term, replacing **Allison Gregory**, resigned earlier.

## MCINTYRE MIDDLE SCHOOL

161. **Derek Rhashan Colvin**, B.S., University of Alabama Birmingham, be employed as teacher, effective August 15, 2005, at an annual salary of $29,538.00; 182-day work term, replacing **Ibukon Osemwota**, transferred earlier.

162. **Patricia Ann Peters-Flournoy**, be re-employed as teacher, effective August 10, 2005, at an annual salary of $32,491.08; 182-day work term, replacing **Carlos Odell Cherry**, teacher, be transferred to teacher at McKee Junior High, effective August 10, 2005, annual salary and work term to remain the same, replacing **Xavier Robinson**, contract non-renewed earlier.