**NOTICE     NOTICE     NOTICE**

## MONTGOMERY PUBLIC SCHOOLS
## OFFICE OF HUMAN RESOURCES



POSITION ANNOUNCEMENT

May 9, 2005
DATE

### APPLICATIONS ARE NOW BEING ACCEPTED FOR THE POSITION OF READING COACHES

QUALIFICATIONS:

- Current Alabama Teacher's Certification, Master's Degree or higher, with an endorsement in elementary or early childhood education.
- Minimum of three years successful teaching experience in reading.
- Knowledge of scientifically based reading research.
- Willingness to attend initial and ongoing reading coach training.
- Ability and willingness to model reading strategies.

JOB RESPONSIBILITIES:

- Coaching teachers to improve reading instruction, including modeling lessons, providing demonstration lessons, and selecting strategies for struggling students.
- Coaching teachers in administering all assessments to help monitor student progress and to identify student needs.
- Coaching teachers in analyzing assessments results and using these results to select teaching strategies.
- Working with parents and teachers of students who need highly skilled, in-depth intervention.
- Offering ongoing professional development through grade level meetings, coaching services, and inservice workshops.
- Providing resources for teaching use in the instructional program.
- Attending regular bi-monthly training.
- Establishing a positive relationship with parents, co-workers, volunteers and other visitors.

SALARY: $32,784.60 - $54,199.20 (Board approved salary schedule based on rank, certification, and experience)
WORK TERM: 10-Months
EFFECTIVE DATE: 2005-2006
CLOSING DATE: Until Filled

HOW TO APPLY: Submit application for employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P.O. Box 1991, and 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees may submit a letter of interest and resume' specifying the job listed above in your letter. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.
SPECIAL NOTE: The person selected for this position must agree to a background check, be fingerprinted and pay a $49.00 fee. This is required by law.

THE MONTGOMERY COUNTY BOARD OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. NO PERSON SHALL BE DENIED EMPLOYMENT OR BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR OR AGE.

ANNOUNCEMENT: PR-05-14

LOWE_V_MCBOE-CORP._REP._DISC.01543