# MONTGOMERY PUBLIC SCHOOLS
## City and County
## Montgomery, Alabama

**SUPERINTENDENT'S OFFICE**                                    **AUGUST 28, 2003**

Board of Education
Montgomery County

Dear Board Members:

I hereby nominate the following persons for the positions listed below and report other changes as noted:

## CERTIFIED PERSONNEL:

## ADMINISTRATION BUILDING

1. **Aline Barfoot**, be re-employed as nurse, Office of Student & Community Services, effective August 6, 2003, at an annual salary of $29,538.48; 182-day work term, replacing self.

2. **Elsa Jane Bruton**, be re-employed as nurse, Office of Student & Community Services, effective August 6, 2003, at annual salary of $29,538.48; 182-day work term, replacing self.

3. **Carlton Cooley**, teacher, Adult Education, be granted military leave of absence, August 6, 2003, through May 19, 2004.

4. **Gale Renita Daniels**, be re-employed as teacher tutor, Office of Curriculum & Instruction, Title I Services, effective August 6, 2003, at an annual salary of $41,158.80, Title I Fund, 182-day work term, program needs.

5. **Mary Alice Harris**, special services teacher with the State Department of Education, be employed as educational specialist, Office of Curriculum & Instruction, effective August 12, 2003, at an annual salary of $53,222.64; 12-month work term, program needs.

6. **Charlotte Yvonne Madison**, special services teacher with the State Department of Education, be employed as educational specialist, Office of Curriculum & Instruction, effective August 12, 2003, at an annual salary of of $53,222.64; 12-month work term, program needs.

49

## MACMILLAN INTERNATIONAL ACADEMY FOR HUMANITIES, COMMUNICATIONS & WRITING

185. **Amery Steele South**, M.S., Old Dominion University, be employed as counselor, MacMillan International/Chisholm Elementary, effective August 6, 2003, at an annual salary of $37,364.04; 182-day work term, replacing **Cecil White**, transferred earlier.

## MONTGOMERY COUNTY HIGH SCHOOL

186. **Robert R. Brooks**, teacher, be transferred to teacher at B. T. W. Magnet High/Carver Senior High, effective August 6, 2003, annual salary and work term to remain the same, program needs.

## MORNINGVIEW ELEMENTARY SCHOOL

187. **Tia Nolette Kincade**, B.S., Auburn University Montgomery, be employed as teacher, effective August 6, 2003, at an annual salary of $29,538.48; 182-day work term, replacing **Grace H. Kelley**, teacher, be transferred to reading coach at Brewbaker Intermediate, effective July 18, 200, at an annual salary of $44,662.08; 202-day work term; program needs.

## MORRIS ELEMENTARY SCHOOL

188. **Aron Brown, III**, be re-employed as administrative assistant, effective August 6, 2003, at an annual salary of $39,000.00, plus an annual supplement of $2,951.64; 182-day work term, replacing **Audrie Bradford**, transferred earlier.

189. **Rodonna Marie Shannon**, be re-employed as teacher, effective August 6, 2003, at an annual salary of $32,491.08; 182-day work term, replacing **Tamekia Preyear**, resigned earlier.

## NIXON ELEMENTARY SCHOOL

190. **Jessietta Reneita Crawford**, schoolwide instructional assistant, be transferred to administrative assistant at Brewbaker Junior High, effective August 6, 2003, annual salary, supplement, and work term to remain the same, replacing **Cheryl Smith-Fountain**, transferred earlier.

191. **Marlon Germain Burns**, be re-employed as teacher, effective August 6, 2003, at an annual salary of $37,364.00; 182-day work term, replacing **Michael Bush**, resigned earlier.