*Jloyd blem*



# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

Date Printed: 12-21-2001

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

**JESSIETTA RENEITA CRAWFORD**
**5705 PORTSMOUTH DRIVE**
**MONTGOMERY AL  36116**

TEACHER NUMBER

328205

SOCIAL SECURITY NUMBER

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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective - Expires July 1 - June 30 |
|---|---|---|
| Class AA, Elementary (077) Grades 1-6 | 12-21-2001 | 2002-2007 |
| Class A, Elementary (076) Grades 1-6 | 09-29-1998 | 2002-2007 |
| Class A, Educational Administrator (081) Grades P-12 | 10-27-2000 | 2002-2007 |
| Class B, Elementary (075) Grades 1-6 | 02-02-1995 | 2002-2007 |
| — CERTIFICATES ARE NOT PRINTED BELOW THIS LINE — | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

*June H Mabry*
State Teacher Certification Officer

*Ed Richardson*
State Superintendent of Education.

**Any change, erasure, or mutilation of this certificate will render it null and void.**

Blumberg No. 5137

50

LOWE_V_MCBOE-CORP._REP._DISC.01322