

## MONTGOMERY PUBLIC SCHOOLS
## OFFICE OF HUMAN RESOURCES



POSITION ANNOUNCEMENT
June 4, 2004
DATE

### APPLICATIONS ARE NOW BEING ACCEPTED FOR THE POSITION OF EDUCATIONAL SPECIALIST – OFFICE OF CURRICULUM & INSTRUCTION

**QUALIFICATIONS:**

- Current Alabama Teacher's Certification, master's degree or higher, with an endorsement in administration or supervision.
- At least 3 years of successful teaching experience.

**JOB GOAL:**

- To provide leadership in the development, implementation, and evaluation of specific subject or curriculum areas for the benefit of the system's educational program.
- To establish a positive relationship with parents, co-workers, volunteers and other visitors.

**SALARY:** $53,222.64 - $68,338.20 (Board approved salary schedule based on rank, certification, and experience)

**WORK TERM:** 12 Months

**EFFECTIVE DATE:** Immediately

**CLOSING DATE:** June 20, 2004

51

**HOW TO APPLY:** Submit application for employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P.O. Box 1991, and 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees may submit a letter of interest and resume' specifying the job listed above in your letter. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.

**SPECIAL NOTE:** The person selected for this position must agree to a background check, be fingerprinted and pay a $49.00 fee. This is required by law.



THE MONTGOMERY COUNTY BOARD OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. NO PERSON SHALL BE DENIED EMPLOYMENT OR BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR OR AGE.

ANNOUNCEMENT: PR-04-40

LOWE_V_MCBOE-CORP._REP._DISC.01323