SUPERINTENDENT'S OFFICE  JUNE 24, 2004

Board of Education
Montgomery County

Dear Board Members:

I hereby nominate the following persons for the positions listed below and report other changes as noted:

CERTIFIED PERSONNEL:

OFFICE OF CURRICULUM & INSTRUCTION

1. **Tina Bowlin**, educational specialist, be retired; last working day June 30, 2004.

2. **Jacqueline McCants-Pringle**, transition coordinator, be granted illness leave of absence, June 8, 2004, through June 18, 2004.

3. **Martha Meeks**, educational specialist, be retired; last working day July 30, 2004.

4. **Teresa Nichols**, educational specialist, be retired; last working day July 30, 2004.

BALDWIN ARTS & ACADEMICS MAGNET SCHOOL

5. **Patricia L. Norris**, teacher on maternity leave of absence, leave be terminated, effective May 4, 2004.

BEAR EXPLORATION CENTER FOR MATHEMATICS, SCIENCE, & TECHNOLOGY

6. **Melanie Q. Gray**, teacher, Bear Exploration Center/Forest Avenue Magnet/Flowers Elementary, be transferred to teacher at Flowers Elementary, effective August 4, 2004, annual salary and work term to remain the same, replacing **Lisa Williams**, resigned earlier.

BLOUNT ELEMENTARY SCHOOL

7. **Stacey Ellis**, teacher, be granted maternity leave of absence, August 4, 2004, through May 19, 2005.

52

LOWE_V_MCBOE-CORP._REP._DISC.00999

## CERTIFIED PERSONNEL:

## ADDENDUM #1

### SUPERINTENDENT'S OFFICE

89. Linda J. Robinson, executive assistant to the superintendent, correction of salary to conform with salary schedule. Current salary $70,090.32 to be corrected to $71,049.60, effective July 1, 2004.

### DANNELLY ELEMENTARY SCHOOL

90. Erika B. Hall, administrative assistant, be transferred to **probationary contract principal** at Brewbaker Primary School, pursuant to provisions of the Teacher Accountability Act for a period of two (2) years, effective July 1, 2004, at an annual salary of $59,415.72; 12-month work term, replacing **Elainer Jones**, principal, Brewbaker Primary School, be transferred to educational specialist, Office of Student & Community Services, effective July 1, 2004, at an annual salary of $61,702.08; work term to remain the same, program needs.

### FLOYD MIDDLE MAGNET SCHOOL

91. David E. Sikes, contract principal, be transferred to contract principal at Lee Senior High, effective July 1, 2004, at an annual salary of $67,438.20; work term to remain the same, replacing **Randy Skipper**, retired earlier.

### GEORGIA WASHINGTON JUNIOR HIGH SCHOOL

92. Joseph Steve Hill, III, principal, be transferred to educational specialist, Logistics & Services, at an annual salary of $61,622.40; work term to remain the same, program needs.

### HIGHLAND GARDENS ELEMENTARY SCHOOL

93. Angela K. James, administrative assistant, be transferred to **probationary contract principal** at Highland Gardens Elementary School, pursuant to provisions of the Teacher Accountability Act for a period of two (2) years, effective July 1, 2004, at an annual salary of $56,237.28; 12 month work term, replacing **Connie Mizzell**, principal, be transferred to educational specialist, Office of Curriculum & Instruction, effective July 1, 2004, at an annual salary of $65,047.92; work term to remain the same, replacing **Tina Bowlin**, retired earlier.