

# STATE OF ALABAMA
## DEPARTMENT OF EDUCATION
Montgomery, Alabama 36130-2101

## PROFESSIONAL CERTIFICATE
## FOR TEACHERS AND OTHER SCHOOL PERSONNEL

**THIS CERTIFIES THAT:**
CONNIE BROOKS MIZELL
MONTGOMERY COUNTY BD OF ED
P O BOX 1991
MONTGOMERY AL  36102-1991

**TEACHER NUMBER**
274407

**SOCIAL SECURITY NUMBER**
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

Rank A = Sixth-year Program (Class AA)
Rank 1 = Master's Degree (Class A)
Rank 2 = Bachelor's Degree (Class B)

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated for the validity period shown.*

| Certification | Date of Issue Mo-Day-Yr | Valid Period July 1 - June 30 |
|---|---|---|
| Rank A, Educational Administrator(82) Grades N-12 | 09-20-96 | 1996-2008 |
| Rank 1, Elementary(08) Grades 1-9 | 12-08-86 | 1996-2008 |
| Rank 1, Early Childhood(57) Grades N-3 | 12-16-91 | 1996-2008 |
| Rank 1, Principal(88) Grades N-6 (Nonrenewable) | 11-11-93 | 1993-2003 |
| Rank 2, Elementary(19) Grades 1-9 | 09-02-80 | 1996-2008 |
| Rank 2, Early Childhood(56) Grades N-3 | 10-29-81 | 1996-2008 |
| — NO MORE CERTIFICATES TO PRINT AFTER THIS LINE — | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_
State Teacher Certification Officer

_Ed Richardson_
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

53