**NOTICE    NOTICE    NOTICE**

## MONTGOMERY PUBLIC SCHOOLS
## OFFICE OF HUMAN RESOURCES



POSITION ANNOUNCEMENT
July 16, 2003
DATE

### APPLICATIONS ARE NOW BEING ACCEPTED FOR THE POSITION OF EDUCATIONAL TECHNOLOGY PROFESSIONAL DEVELOPMENT PROGRAM COORDINATOR

### QUALIFICATIONS:

- Current Alabama Teacher's Certification, Bachelor's Degree or higher
- A minimum of three years successful teaching experience
- Demonstrated Skills in computer technology/applications and troubleshooting
- Current teaching and/or computer-related experience
- Demonstrated skill in planning and leading workshops
- Experience with/knowledge about telecommunications
- Proficiency in verbal and written communication skills
- Experience with/knowledge about different computer operating system

### DUTIES AND RESPONSIBILITIES

- To coordinate the efforts of 16 teachers and a federally funded professional development project
- Provide on-site assistance/instruction
- Coordinate and plan technology instruction
- Assess technology status at schools
- Attend appropriate workshops and conferences to maintain professional knowledge and training in areas of technology
- Coordinate the day-to-day communications with vendors and suppliers in order to maintain the technology resources
- Support the school and system needs and long-term plans for the continued use of technology integration
- Other duties, as assigned

### JOB GOAL:

- To improve student academic achievement through technology-related professional development activities by creating an educational professional development program to instruct/assist educators in all aspects of technology; to create a technology enriched curriculum, to establish effective rapport with educators; to develop skills, attitudes, and knowledge needed to provide an educational technology foundation; to establish a positive relationship with parents, co-workers, volunteers and other visitors.

**SALARY:** $37,328.40 - $61,710.96 (Board approved salary schedule based on rank, certification, and experience) This position is funded through grant proceeds and is dependent upon grant renewal for it's continuance beyond the first year.
**WORK TERM:** 12-Months
**EFFECTIVE DATE:** Immediately
**CLOSING DATE:** August 1, 2003

54

Page 2
Educational Specialist Technology Professional Development Program Coordinator

**HOW TO APPLY:** Submit application for employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P.O. Box 1991, and 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees may submit a letter of interest and resume' specifying the job listed above in your letter. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.

**SPECIAL NOTE:** The person selected for this position must agree to a background check, be fingerprinted and pay a $49.00 fee. This is required by law.

> THE MONTGOMERY COUNTY BOARD OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. NO PERSON SHALL BE DENIED EMPLOYMENT OR BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR OR AGE.

ANNOUNCEMENT: PR-03-48