

Date Printed: 12-23-2003

# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:
**DARRYL WASHINGTON**
1127 SOUTH HOLT STREET
MONTGOMERY AL 36108

TEACHER NUMBER
344118

SOCIAL SECURITY NUMBER
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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective - Expires July 1 - June 30 |
|---|---|---|
| Class A, Secondary (006) Grades 7-12  English (006) | 01-28-2002  01-28-2002 | 2003-2008 |
| Class A, Educational Administrator (081) Grades P-12 | 12-23-2003 | 2003-2008 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

59

Given under our hands in accordance with rules and regulations of the State Board of Education

*June H Mabry*
State Teacher Certification Officer

*Ed Richardson*
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.



# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

Date Printed: 07-25-2005

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:  
**DEIDRE THOMAS MCCRAY**  
3514 PRINCETON ROAD  
MONTGOMERY AL  36111

TEACHER NUMBER: 304881

SOCIAL SECURITY NUMBER: 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

Class AA = Sixth-year Program  
Class A = Master's Degree  
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective — Expires July 1 – June 30 |
|---|---|---|
| Class A, Secondary (006) Grades 7-12 | 05-29-1990 | 2005-2010 |
| Language Arts (067) | 05-29-1990 | |
| Class A, Educational Administrator (081) Grades P-12 | 07-25-2005 | 2005-2010 |
| — CERTIFICATES ARE NOT PRINTED BELOW THIS LINE — | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____  
State Teacher Certification Officer

_____  
State Superintendent of Education

**Any change, erasure, or mutilation of this certificate will render it null and void.**



Date Printed: 06-16-2004

# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

**VIRGINIA STALLWORTH BROWDER**
MONTGOMERY CO BD OF ED
P O BOX 1991
MONTGOMERY AL  36102-1991

TEACHER NUMBER
240980

SOCIAL SECURITY NUMBER
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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective - Expires July 1 - June 30 |
|---|---|---|
| Class AA, Educational Administrator (082) Grades P-12 | 09-24-1996 | 2004-2009 |
| Class A, Elementary (008) Grades 1-9 | 10-17-1984 | 2004-2009 |
| Class A, Principal (088) Grades P-6 | 09-20-1994 | 2004-2009 |
| Class B, Elementary (019) Grades 1-9 | 08-09-1974 | 2004-2009 |
| ---- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE ---- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____
State Teacher Certification Officer

_____
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.




Date Printed: 09-16-2003

## STATE OF ALABAMA
## DEPARTMENT OF EDUCATION

### PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

**TARA LYNN CARR**
744 STUART STREET
MONTGOMERY AL   36105

TEACHER NUMBER: 334556

SOCIAL SECURITY NUMBER: 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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective – Expires July 1 – June 30 |
|---|---|---|
| Class A, Educational Administrator (081) Grades P-12 | 09-16-2003 | 2003-2008 |
| Class B, Elementary (075) Grades 1-6 | 06-11-1996 | 2003-2008 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_
State Teacher Certification Officer

_Ed Richardson_
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01347

STATE OF ALABAMA
DEPARTMENT OF EDUCATION

PROFESSIONAL EDUCATOR CERTIFICATE

Date Printed: 08-05-1997

| | |
|---|---|
| THIS CERTIFIES THAT:<br>DIERDRA DENISE RAMSEY<br>LOWNDES COUNTY BD OF ED<br>P O BOX 755<br>HAYNEVILLE AL  36040 | TEACHER NUMBER  SOCIAL SECURITY NUMBER<br>332472                        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<br><br>Class AA = Sixth-year Program<br>Class A = Master's Degree<br>Class B = Bachelor's Degree |

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective Expires July 1 - June 30 |
|---|---|---|
| Class A, Secondary (006) Grades 7-12<br>Biology (028)<br><br>--- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | 08-05-1997<br>08-05-1997 | 1997-2007 |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____          _____
State Teacher Certification Officer                    State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01348

# STATE OF ALABAMA
## DEPARTMENT OF EDUCATION
### Montgomery, Alabama 36130-2101

## PROFESSIONAL CERTIFICATE
## FOR TEACHERS AND OTHER SCHOOL PERSONNEL

THIS CERTIFIES THAT:
BARBARA BETHEA SANKEY
3619 PRINCETON ROAD
MONTGOMERY AL 36111

TEACHER NUMBER
311618

SOCIAL SECURITY NUMBER
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

Rank A = Sixth-year Program (Class AA)
Rank 1 = Master's Degree (Class A)
Rank 2 = Bachelor's Degree (Class B)

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated for the validity period shown.*

| Certification | Date of Issue Mo-Day-Yr | Valid Period July 1 - June 30 |
|---|---|---|
| **Rank 1, Secondary(06) Grades 7-12** | 09-26-91 | 1996-2006 |
| Biology (28) | 09-26-91 | |
| **Rank 1, Principal(90) Grades N-12 (Nonrenewable)** | 06-27-97 | 1996-2006 |
| --- NO MORE CERTIFICATES TO PRINT AFTER THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

*June H Mabry*
State Teacher Certification Officer

*Ed Richardson*
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.



# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

Date Printed: 04-27-2001

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:      TEACHER NUMBER     SOCIAL SECURITY NUMBER

**ORLEAN WILLIAMS BALDWIN**     232640     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
MONTGOMERY COUNTY BD OF ED
PO BOX 1991
MONTGOMERY AL  36102-1991

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective - Expires July 1 - June 30 |
|---|---|---|
| **Class A, Special Education (047) Grades P-12** <br> Specific Learning Disabilities (0H8) | 11-02-1981 <br> 11-02-1981 | 2001-2006 |
| **Class B, Secondary (016) Grades 7-12** <br> English (006) <br> History (040) | 12-10-1973 <br> 12-10-1973 <br> 12-10-1973 | 2001-2006 |
| **Class B, Special Education (048) Grades P-12** <br> Mentally Retarded (0X7) | 12-09-1977 <br> 12-09-1977 | 2001-2006 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_
State Teacher Certification Officer

_Ed Richardson_
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01350



# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

Date Printed: 04-02-2002

## PROFESSIONAL EDUCATOR CERTIFICATE

| THIS CERTIFIES THAT: | TEACHER NUMBER | SOCIAL SECURITY NUMBER |
|---|---|---|
| ORLEAN WILLIAMS BALDWIN<br>845 ALMA DR<br>MONTGOMERY AL  36108 | 232640 | 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 |

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued<br>Mo-Day-Yr | Valid Period<br>Effective    Expires<br>July 1  -  June 30 |
|---|---|---|
| Class A, Special Education (047) Grades P-12<br>  Specific Learning Disabilities (0H8) | 11-02-1981<br>11-02-1981 | 2002-2007 |
| Class A, Educational Administrator (081) Grades P-12 | 04-02-2002 | 2002-2007 |
| Class B, Secondary (016) Grades 7-12<br>  English (006)<br>  History (040) | 12-10-1973<br>12-10-1973<br>12-10-1973 | 2002-2007 |
| Class B, Special Education (048) Grades P-12<br>  Mentally Retarded (0X7) | 12-09-1977<br>12-09-1977 | 2002-2007 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____
June H Mabry
State Teacher Certification Officer

_____
Ed Richardson
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01351

*Halcyon Elem.*



**STATE OF ALABAMA**
**DEPARTMENT OF EDUCATION**

Date Printed: 09-25-2001

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

ANISSHA LANETTE BALLARD—*Officer*
MONTGOMERY CO BD OF ED
PO BOX 1991
MONTGOMERY AL  36102-1991

TEACHER NUMBER
337960

SOCIAL SECURITY NUMBER
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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective — Expires July 1 – June 30 |
|---|---|---|
| Class A, Educational Administrator (081) Grades P-12 | 09-25-2001 | 2001-2006 |
| Class B, Elementary (075) Grades 1-6 | 01-27-1997 | 2001-2006 |
| — CERTIFICATES ARE NOT PRINTED BELOW THIS LINE — | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____
June H Mabry
State Teacher Certification Officer

_____
Ed Richardson
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

STATE OF ALABAMA — DEPARTMENT OF EDUCATION
ALABAMA CERTIFICATION OF TEACHERS
CERTIFICATE INQUIRY

SSAN: 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 NAME: PATRICK ERIC NELSON
CERT.   2 OF  2 TEACHER NBR: 321047 LAST PRT DATE: 08/27/2001 MAILTO:

| Professional | GRADES P-12 | VALID | ISSUE DATE | VALID PER |
|---|---|---|---|---|
| Class A, Educational Administrator (081) | | | 08/27/2001 | 2001-2006 |
| * NO ENDORSEMENTS ON THIS CERTIFICATE. | | | | |

F1=CLEAR SCREEN(TO ENTER NEW SSAN).   F3=RETURN TO MENU.   F5=MAIL INQUIRY PGM.
AT LAST CERTIFICATE RECORD.
Count: *2                                                              <Replace>

LOWE_V_MCBOE-CORP._REP._DISC.01353

INDIVIDUAL COPY

Date Printed: 08-07-2003



# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

## PROFESSIONAL EDUCATOR CERTIFICATE

| | | |
|---|---|---|
| THIS CERTIFIES THAT: | TEACHER NUMBER | SOCIAL SECURITY NUMBER |
| LAKISKA ROBINSON STOKES | 339560 | 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 |
| 737 SANDY RIDGE CT | | |
| MONTGOMERY AL  36117 | | |

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective - Expires July 1 - June 30 |
|---|---|---|
| Class A, Educational Administrator (081) Grades P-12 | 08-07-2003 | 2003-2008 |
| Class A, Elementary (76A) Grades K-6 | 06-27-2001 | 2003-2008 |
| Class B, Elementary (075) Grades 1-6 | 06-13-1997 | 2003-2008 |
| ---- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE ---- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_
State Teacher Certification Officer

_Ed Richardson_
State Superintendent of Education

**Any change, erasure, or mutilation of this certificate will render it null and void.**

Patrick Nelson
3208 Hackberry Lane
Montgomery, Alabama 36116
(334)-288-0067

| | |
|---|---|
| Objective | To become an administrator in the Montgomery Public school system where I can be an active participant in the rewarding job of effectively educating our children. |
| Education | 2001- Master of Educational Leadership<br>Auburn University Montgomery<br><br>1992- Bachelor of Music Education-<br>Alabama State University |
| Experience | 2004-2005<br>SIA, Bellingrath Jr. High School<br>DI Facilitator, PEPE Certified, Training and Monitoring of Teachers in Curriculum and grade books, New Century, Accelerated Reader Training, School Improvement Plan, Parental Involvement Plan, Federal Monitoring<br><br>1997-2004<br>Southlawn Middle School<br>Chairman, Honor's Day Committee<br>Chairman, Student of the Month Committee<br>SACS Team<br><br>1996-1997<br>Southlawn Elementary<br>Textbook Committee, Central Office<br>Curriculum Framework Committee<br><br>1995-1996<br>Floyd Middle Magnet School<br>Curriculum Framework Committee, Central Office<br>SACS Team<br><br>1992-1996<br>Peterson Elementary School<br>Curriculum Framework Committee, Central Office |
| Reference: | available upon request |

LOWE_V_MCBOE-CORP._REP._DISC.01355



Date Printed: 07-20-2004



# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:  
**TAMARA HARVEY WINSTON**  
7472 WIMBERLY LANE  
MONTGOMERY AL  36117

TEACHER NUMBER  
356087

SOCIAL SECURITY NUMBER  
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

Class AA = Sixth-year Program  
Class A = Master's Degree  
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective – Expires July 1 – June 30 |
|---|---|---|
| Class A, Educational Administrator (081) Grades P-12 | 07-20-2004 | 2004-2009 |
| Class A, Elementary (76A) Grades K-6 | 06-10-2002 | 2004-2009 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____  
State Teacher Certification Officer

_____  
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it r...l and void.

LOWE_V_MCBOE-CORP._REP._DISC.01356



# STATE OF ALABAMA
## DEPARTMENT OF EDUCATION

Date Printed: 08-23-2001

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

PAMELA GREENE CLOUD
3402 MILAN DR
MONTGOMERY AL  36109

TEACHER NUMBER

288337

SOCIAL SECURITY NUMBER

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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective Expires July 1 - June 30 |
|---|---|---|
| Class AA, Educational Administrator (082) Grades P-12 | 08-23-2001 | 2001-2006 |
| Class A, Early Childhood (057) Grades P-3 | 05-24-1993 | 2001-2006 |
| Class A, Educational Administrator (081) Grades P-12 | 12-16-1999 | 2001-2006 |
| Class B, Early Childhood (056) Grades P-3 | 01-07-1986 | 2001-2006 |
| Class B, Elementary (075) Grades 1-6 | 01-07-1986 | 2001-2006 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_
State Teacher Certification Officer

_Ed Richardson_
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01357



# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

Date Printed: 12-16-1999

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:  
**PAMELA GREENE CLOUD**  
3402 MILAN DR  
MONTGOMERY AL  36109

TEACHER NUMBER  
288337

SOCIAL SECURITY NUMBER  
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

Class AA = Sixth-year Program  
Class A = Master's Degree  
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective - Expires July 1 - June 30 |
|---|---|---|
| Class A, Early Childhood (057) Grades P-3 | 05-24-1993 | 2000-2005 |
| Class A, Educational Administrator (081) Grades P-12 | 12-16-1999 | 2000-2005 |
| Class B, Early Childhood (056) Grades P-3 | 01-07-1986 | 2000-2005 |
| Class B, Elementary (075) Grades 1-6 | 01-07-1986 | 2000-2005 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education.

_____  
State Teacher Certification Officer

_____  
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.



# STATE OF ALABAMA
## DEPARTMENT OF EDUCATION
Montgomery, Alabama 36130-3901

### PROFESSIONAL CERTIFICATE
### FOR TEACHERS AND OTHER SCHOOL PERSONNEL

THIS CERTIFIES THAT:
PAMELA GREENE CLOUD
MONTGOMERY COUNTY BD OF ED
P O BOX 1991
MONTGOMERY AL 36102-1991

TEACHER NUMBER: 288337
SOCIAL SECURITY NUMBER: 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

Rank A = Sixth-year Program (Class AA)
Rank 1 = Master's Degree (Class A)
Rank 2 = Bachelor's Degree (Class B)

has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated for the validity period shown.

| Certification | Date of Issue Mo-Day-Yr | Valid Period July 1 – June 30 |
|---|---|---|
| Rank 1, Early Childhood(57) Grades N-3 | 05-24-93 | 1993-2003 |
| Rank 2, Early Childhood(56) Grades N-3 | 01-07-86 | 1993-2003 |
| Rank 2, Elementary(75) Grades 1-6 | 01-07-86 | 1993-2003 |
| NO MORE CERTIFICATES TO PRINT AFTER THIS LINE | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

*June H Mabry*
State Teacher Certification Officer

*Wayne Teague*
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01359

STATE OF ALABAMA
# DEPARTMENT OF EDUCATION
ED RICHARDSON
STATE SUPERINTENDENT OF EDUCATION



May 20, 2003

Pamela Gayle Cloud   SSN: 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
2100 Walbash Rd
Montgomery, AL  36116

Dear Pamela Gayle Cloud:

Based on a request from your employer, prospective employer, or the institution that recommended you for initial certification, and current Alabama criteria developed in accordance with the *No Child Left Behind Act of 2001 (NCLB)*, your records on file in the Teacher Education and Certification Office have been reviewed in the areas requested to determine the subject area(s) and grade level(s) for which you may meet the designation of Highly Qualified Teacher (HQT). The HQT designation will be in effect only when you hold full, valid Alabama Professional Educator, Alternative Baccalaureate-Level, Special Alternative, or Preliminary certification, and are assigned to teach in the area(s) and at the grade level(s) for which you are designated as highly qualified below:

| HQT | Teacher Level | Subject Area | Grade Levels | Review Date |
|---|---|---|---|---|
| Yes | Elementary | Early Childhood Education | P-3 | 05/20/2003 |
| Yes | Elementary | Reading | P-12 | 05/20/2003 |

For purposes of *NCLB*, an elementary school is defined as one that serves Grades K-6. A middle/secondary school is defined as one that serves Grades 7-12.

If additional information is needed, please contact the Alabama school system where you are employed, the Alabama institution that just recommended you for certification, or obtain a copy of the Alabama Model for Identifying Highly Qualified Teachers (www.alsde.edu).

Sincerely,

*Ed Richardson*

Ed Richardson
State Superintendent of Education

ER/TCS

pc: Montgomery County

GORDON PERSONS BUILDING • P.O. BOX 302101 • MONTGOMERY, ALABAMA 36130-2101 • TELEPHONE (334) 242-9700 • FAX (334) 242-9708

LOWE_V_MCBOE-CORP._REP._DISC.01360



# STATE OF ALABAMA
## DEPARTMENT OF EDUCATION

Date Printed: 04-05-2002

### PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

MONA KING GREEN
1921 DUCK POND ROAD
MONTGOMERY AL   36117

TEACHER NUMBER: 323886

SOCIAL SECURITY NUMBER: 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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective - Expires July 1 - June 30 |
|---|---|---|
| Class A, Elementary (076) Grades 1-6 | 10-02-1998 | 2002-2007 |
| Class A, Educational Administrator (081) Grades P-12 | 04-05-2002 | 2002-2007 |
| Class B, Elementary (075) Grades 1-6 | 03-16-1994 | 2002-2007 |
| ---- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE ---- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_
State Teacher Certification Officer

_Ed Richardson_
State Superintendent of Education

**Any change, erasure, or mutilation of this certificate will render it null and void.**

LOWE_V_MCBOE-CORP._REP._DISC.01361



Date Printed: 03-14-2003

## STATE OF ALABAMA
## DEPARTMENT OF EDUCATION

### PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

LOVELL SEALS
400 FOREST TRAIL CT
MONTGOMERY AL  36116

TEACHER NUMBER
331554

SOCIAL SECURITY NUMBER
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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective – Expires July 1 – June 30 |
|---|---|---|
| Class A, Educational Administrator (081) Grades P-12 | 03-14-2003 | 2003-2008 |
| Class B, Secondary (016) Grades 7-12 | 09-18-1995 | 2003-2008 |
|    History (040) | 09-18-1995 | |
|    Political Science (041) | 09-18-1995 | |
| ---- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE ---- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_
State Teacher Certification Officer

_Ed Richardson_
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01362