MONTGOMERY PUBLIC SCHOOLS  
City and County  
Montgomery, Alabama

SUPERINTENDENT'S OFFICE                                                JULY 23, 2002

Board of Education  
Montgomery County  
Montgomery, Alabama

Dear Board Members:

I hereby nominate the following persons for the positions listed below and report other changes as noted:

<u>CERTIFIED PERSONNEL</u>:

ADMINISTRATION BUILDING

1. **Issac J. Hendrix**, director of maintenance, Office of Operations, be retired; last working day August 31, 2002.

2. **Sherri Herring**, educational specialist on maternity leave of absence, Office of Student & Community Services, leave be extended through August 6, 2002.

3. **Sharis Lemay**, school nurse supervisor, Office of Student & Community Services, be retired, last working day July 26, 2002, (July 11, 2002, Certified Personnel Minutes); be corrected to be resigned instead of be retired.

4. **Gloria Odutola**, schoolwide instructional assistant, Office of Curriculum & Instruction, be transferred to administrative assistant at Lee Senior High, effective August 7, 2002, annual salary, supplement, and work term to remain the same, replacing **Daphne Harris**, non-renewed earlier.

5. **Ferlisa Ross**, schoolwide instructional assistant, Office of Curriculum & Instruction, be transferred to administrative assistant at Floyd Middle/Houston Hill Junior High, effective August 7, 2002, annual salary, supplement, and work term to remain the same, replacing **Cheryl Smith-Fountain**, transferred earlier from Floyd Middle, and program needs at Houston Hill.

6. **Verna D. Webb**, schoolwide instructional assistant, Office of Curriculum & Instruction, be resigned; last working day May 31, 2002.

BELLINGRATH JUNIOR HIGH SCHOOL

7. **Dorothy Brown Baldwin**, teacher, be transferred to teacher at McKee Junior High, effective August 7, 2002, annual salary and work term to remain the same, program needs.

Blumberg No. 5137    61

LOWE_V_MCBOE-CORP._REP._DISC.00709