INDIVIDUAL COPY

Date Printed: 06-18-2004



STATE OF ALABAMA
DEPARTMENT OF EDUCATION

PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

GLORIA SMOOT ODUTOLA
MONTGOMERY CO BD OF ED
P O BOX 1991
MONTGOMERY AL  36102-1991

TEACHER NUMBER
342113

SOCIAL SECURITY NUMBER
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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective – Expires July 1 – June 30 |
|---|---|---|
| Class A, Elementary (076) Grades 1-6 | 01-14-1998 | 2004-2009 |
| Class A, Educational Administrator (081) Grades P-12 | 04-11-2000 | 2004-2009 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H. Mabry_
State Teacher Certification Officer

_Joseph B. Morton, D.te.m_
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void

62