**NOTICE**     **NOTICE**     **NOTICE**

## MONTGOMERY PUBLIC SCHOOLS
## OFFICE OF HUMAN RESOURCES

**POSITION ANNOUNCEMENT**

**September 15, 2003**
**DATE**

## APPLICATIONS ARE NOW BEING ACCEPTED FOR THE POSITIONS OF ELEMENTARY TEACHERS AT BREWBAKER INTERMEDIATE AND MCKEE ELEMENTARY SCHOOLS

### QUALIFICATIONS:

- Current Alabama Teacher's Certification, Bachelor's Degree or higher, with an endorsement in the area of assignment appropriate for K-6.

### JOB GOAL:

- To create an elementary education program and classroom environment favorable to learning and personal growth; to establish effective rapport with pupils; to motivate pupils; to develop skills, attitudes, and knowledge needed to provide an educational foundation; to establish a positive relationship with parents, co-workers, volunteers and other visitors.

**SALARY:** $29,538.48 to $48,832.44 (Board approved salary schedule based on rank, certification, and experience)

**WORK TERM:** 182 Days

**EFFECTIVE DATE:** Immediately

**CLOSING DATE:** September 22, 2003

63

**HOW TO APPLY:** Submit application for employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P.O. Box 1991, and 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees may submit a letter of interest and resume' specifying the job listed above in your letter. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.

THE MONTGOMERY COUNTY BOARD OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. NO PERSON SHALL BE DENIED EMPLOYMENT OR BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR OR AGE.

ANNOUNCEMENT: PR-02-66

LOWE_V_MCBOE-CORP._REP._DISC.01371