**SUPERINTENDENT'S OFFICE**                    **SEPTEMBER 25, 2003**

Board of Education
Montgomery County

Dear Board Members:

   I hereby nominate the following persons for the positions listed below and report other changes as noted:

**CERTIFIED PERSONNEL:**

**ADMINISTRATION BUILDING**

1. **Cynthia H. Ashley,** M.Ed., Alabama State University, be employed as part-time teacher, Adult Education, effective August 25, 2003, at an hourly rate of $18.18, program needs.

2. **Karen D. Davis,** 182-day schoolwide instructional assistant, Office of Student & Community Services, be transferred to curriculum specialist, Title I Office, Office of Curriculum & Instruction, effective August 18, 2003, at an annual salary of $46,729.56, Title I Fund; 209-day contract, program needs.

3. **Alice Doran,** director, Office of Curriculum & Instruction, be retired, effective September 30, 2003.

4. **Judith Radford,** educational specialist, Office of Curriculum & Instruction, be granted illness leave of absence, June 25, 2003, through August 11, 2003; same leave be terminated, effective August 14, 2003.

5. **Marlene Peace,** 11-month lead teacher, Office of Curriculum & Instruction, be transferred to 12-month educational specialist, Office of Curriculum & Instruction, effective September 2, 2003, at an annual salary of $53,222.64; program needs.

6. **Carolyn Swafford,** B.S., Belmont University, be employed as part-time teacher, Adult Education, effective August 18, 2003, at an hourly rate of $18.18, program needs.

7. **Felicia Taylor,** nurse, Office of Student & Community Services, be granted illness leave of absence, August 6, 2003, through September 5, 2003.



LOWE_V_MCBOE-CORP._REP._DISC.00901

16. **Mila O. Stevens**, be re-employed as teacher, effective August 18, 2003, at an annual salary of $34,368.00; 182-day work term, program needs.

17. **Kristi Tillery**, be re-employed as teacher, August 6, 2003, at an annual salary of $29,538.48; 182-day work term, program needs.

## BOOKER T. WASHINGTON MAGNET HIGH SCHOOL

18. **Joseph Thomas Boyd**, Ph.D., University of Arizona, be employed as teacher, effective August 6, 2003, at an annual salary of $48,216.00; 182-day work term term, replacing **Jason Ashley**, teacher, be resigned; last working day May 21, 2003.

19. **Foster J. Dickson**, B.S., Auburn University Montgomery, be employed as teacher, effective September 22, 2003, at an annual salary of $29,538.48; 182-day work term, replacing **Gerald Lawrence**, teacher, be transferred to administrative assistant at Brewbaker Junior High, effective September 22, 2003, annual salary and work term to remain the same, plus an annual supplement of $2,951.64; replacing **Julie Colley Lowery**, 182-day administrative assistant, Brewbaker Junior High, be transferred to 209-day curriculum specialist, Title I Office, Office of Curriculum & Instruction, effective August 18, 2003, at an annual salary of $49,325.88, Title I Fund; program needs.

## BREWBAKER INTERMEDIATE SCHOOL

20. **Virginia Stallworth Browder**, lead teacher, be transferred to schoolwide instructional assistant at Brewbaker Intermediate, effective September 2, 2003, at an annual salary of $45,527.04, plus an annual supplement of $2,951.64, Title I Fund, work term to remain the same; program needs.

21. **Clemon A. Sanders, III**, teacher, be resigned, effective September 24, 2003.

22. **Jeremy M. Sutton**, be re-employed as teacher, effective August 6, 2003, at an annual salary of $29,538.48; 182-day work term, replacing **Cindy Mitchell**, teacher, be transferred to teacher at Dannelly Elementary, effective August 6, 2003, annual salary and work term to remain the same, replacing **Jason Bigham**, transferred earlier.

23. **Jennifer A. Turner**, be re-employed as teacher, effective August 6, 2003, at an annual salary of $29,538.48; 182-day work term, replacing **Bertha Pickett**, retired earlier.

LOWE_V_MCBOE-CORP._REP._DISC.00903