

# STATE OF ALABAMA
## DEPARTMENT OF EDUCATION

Date Printed: 01-04-2006

### PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

DENITTA HOLLMAN-EASTERLING
MONTGOMERY CO BD OF ED
P O BOX 1991
MONTGOMERY AL  36102-1991

TEACHER NUMBER: 346913

SOCIAL SECURITY NUMBER: 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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective - Expires July 1 - June 30 |
|---|---|---|
| Class A, Secondary (006) Grades 7-12<br>English (006) | 03-06-2001<br>03-06-2001 | 2006-2011 |
| Class A, Educational Administrator (081) Grades P-12 | 01-04-2006 | 2005-2010 |
| — CERTIFICATES ARE NOT PRINTED BELOW THIS LINE — | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____
State Teacher Certification Officer

_____
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.



**STATE OF ALABAMA**
**DEPARTMENT OF EDUCATION**

Date Printed: 01-20-2005

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

HOSEA ADDISON
MONTGOMERY CO BD OF ED
P O BOX 1991
MONTGOMERY AL  36102-1991

TEACHER NUMBER: 334638

SOCIAL SECURITY NUMBER: 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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective – Expires July 1 – June 30 |
|---|---|---|
| Class AA, Educational Administrator (082) Grades P-12 | 01-20-2005 | 2004-2009 |
| Class A, Secondary (006) Grades 7-12 | 06-30-1999 | 2004-2009 |
| English (006) | 06-30-1999 | |
| Class A, Educational Administrator (081) Grades P-12 | 08-21-2002 | 2004-2009 |
| Class B, Secondary (016) Grades 7-12 | 06-17-1996 | 2004-2009 |
| Language Arts (067) | 06-17-1996 | |
| — CERTIFICATES ARE NOT PRINTED BELOW THIS LINE — | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____
State Teacher Certification Officer

_____
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

INDIVIDUAL COPY



# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

Date Printed: 10-09-1997

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:
**EXZEALIA CARTER BAPTISTE**
1210 WOODBRIDGE DR
CLARKSVILLE TN  37042

TEACHER NUMBER
270820

SOCIAL SECURITY NUMBER
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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degre

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective - Expires July 1 – June 30 |
|---|---|---|
| **Class A, Principal (090) Grades P-12** | 10-09-1997 | 1997-2007 |
| **Class B, Elementary (019) Grades 1-9** | 10-30-1979 | 1997-2007 |
| — CERTIFICATES ARE NOT PRINTED BELOW THIS LINE — | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

*June H Mabry*
State Teacher Certification Officer

*Ed Richardson*
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.



# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

Date Printed: 04-18-2002

## PROFESSIONAL EDUCATOR CERTIFICATE

| THIS CERTIFIES THAT: | TEACHER NUMBER | SOCIAL SECURITY NUMBER |
|---|---|---|
| TOMMIE LEE BARKER<br>MONTGOMERY CO BD OF ED<br>PO BOX 1991<br>MONTGOMERY AL  36102-1991 | 218789 | 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 |

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued<br>Mo-Day-Yr | Valid Period<br>Effective   Expires<br>July 1  -  June 30 |
|---|---|---|
| Class A, Special Education (047) Grades P-12<br>  Mentally Retarded (0X7) | 10-12-1976<br>10-12-1976 | 2002-2007 |
| Class A, Principal (090) Grades P-12 | 03-19-1993 | 2002-2007 |
| Class B, Secondary (016) Grades 7-12<br>  Social Science (022)<br>  History (040) | 08-04-1972<br>08-04-1972<br>08-04-1972 | 2002-2007 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_
State Teacher Certification Officer

_Ed Richardson_
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01383



# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

Date Printed: 07-13-2001

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:  
JERI LYNN BROWN  
15297 PACE'S POINT RD  
DADEVILLE AL  36853

TEACHER NUMBER  
261851

SOCIAL SECURITY NUMBER  
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

Class AA = Sixth-year Program  
Class A = Master's Degree  
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective - Expires July 1 - June 30 |
|---|---|---|
| Class A, Educational Administrator (081) Grades P-12 | 07-13-2001 | 2001-2006 |
| Class B, Secondary (016) Grades 7-12　Biology (028) | 04-07-1978　04-07-1978 | 2001-2006 |
| Class B, Elementary-Secondary (020) Grades P-12　Health And Physical Education (009) | 04-07-1978　04-07-1978 | 2001-2006 |
| ---- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE ---- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_  
State Teacher Certification Officer

_Ed Richardson_  
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01386



# STATE OF ALABAMA
## DEPARTMENT OF EDUCATION

Date Printed: 10-18-2002

## PROFESSIONAL EDUCATOR CERTIFICATE

| THIS CERTIFIES THAT: | TEACHER NUMBER | SOCIAL SECURITY NUMBER |
|---|---|---|
| RODRICK ANDRETTI JAMES<br>6451 YATES CT<br>MONTGOMERY AL 36117 | 341634 | 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 |

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued<br>Mo-Day-Yr | Valid Period<br>Effective  Expires<br>July 1 - June 30 |
|---|---|---|
| Class A, Educational Administrator (081) Grades P-12 | 10-18-2002 | 2002-2007 |
| Class B, Elementary (075) Grades 1-6 | 10-27-1997 | 2002-2007 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____
*June H Mabry*
State Teacher Certification Officer

_____
*Ed Richardson*
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

Date Printed: 08-19-2003

## STATE OF ALABAMA
## DEPARTMENT OF EDUCATION

### PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

EMILY RENFROE LITTLE
5749 PORTSMOUTH DRIVE
MONTGOMERY AL  36116

TEACHER NUMBER
343681

SOCIAL SECURITY NUMBER
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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective - Expires July 1 - June 30 |
|---|---|---|
| Class A, Early Childhood (057) Grades P-3 | 01-07-2002 | 2003-2008 |
| Class A, Educational Administrator (081) Grades P-12 | 08-19-2003 | 2003-2008 |
| Class B, Early Childhood (056) Grades P-3 | 05-11-1998 | 2003-2008 |
| Class B, Elementary (075) Grades 1-6 | 05-11-1998 | 2003-2008 |
| ---- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE ---- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_
State Teacher Certification Officer

_Ed Richardson_
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01400



Date Printed: 08-30-2004

# STATE OF ALABAMA
## DEPARTMENT OF EDUCATION

### PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

BOBBY L LOWE
MONTGOMERY CO BD OF ED
P O BOX 1991
MONTGOMERY AL  36102-1991

TEACHER NUMBER
359414

SOCIAL SECURITY NUMBER
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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective  Expires July 1 - June 30 |
|---|---|---|
| Class AA, Elementary (77A) Grades K-6 | 09-25-2003 | 2004-2009 |
| Class A, Elementary (076) Grades 1-6 | 08-07-2001 | 2004-2009 |
| Class A, Educational Administrator (081) Grades P-12 | 08-30-2004 | 2004-2009 |
| — CERTIFICATES ARE NOT PRINTED BELOW THIS LINE — | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____
June H Mabry
State Teacher Certification Officer

_____
Joseph B. White
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.



Date Printed: 08-30-2004

# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:  
MARY DELIARD MARKHAM  
9418 GREYTHORNE WAY  
MONTGOMERY AL  36117

TEACHER NUMBER  
344222

SOCIAL SECURITY NUMBER  
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

Class AA = Sixth-year Program  
Class A = Master's Degree  
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective – Expires July 1 – June 30 |
|---|---|---|
| Class A, School Counselor (050) Grades P-12 | 10-10-2001 | 2004-2009 |
| Class A, Educational Administrator (081) Grades P-12 | 08-30-2004 | 2004-2009 |
| Class B, Secondary (016) Grades 7-12 Biology (028) | 07-15-1998 07-15-1998 | 2004-2009 |
| — CERTIFICATES ARE NOT PRINTED BELOW THIS LINE — | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____  
State Teacher Certification Officer

_____  
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.



Date Printed: 09-25-2003

# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

MARY ELIZABETH NORMAN
467 HILLABEE DRIVE
MONTGOMERY AL   36117

TEACHER NUMBER: 314986

SOCIAL SECURITY NUMBER: 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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective – Expires July 1 – June 30 |
|---|---|---|
| Class A, Secondary (006) Grades 7-12<br>  English (006) | 06-25-1997<br>06-25-1997 | 2003-2008 |
| Class A, Educational Administrator (081) Grades P-12 | 09-25-2003 | 2003-2008 |
| Class B, Secondary (016) Grades 7-12<br>  English (006)<br>  History (040) | 07-13-1992<br>07-13-1992<br>07-13-1992 | 2003-2008 |
| ---- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE ---- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_
State Teacher Certification Officer

_Ed Richardson_
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.



# STATE OF ALABAMA
## DEPARTMENT OF EDUCATION

Date Printed: 08-24-2000

### PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:
**SHANETHA SERLS PATTERSON**
5802 CLEAR CREEK CT
MONTGOMERY AL   36117

TEACHER NUMBER
329692

SOCIAL SECURITY NUMBER
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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective  Expires July 1 - June 30 |
|---|---|---|
| Class A, Elementary (076) Grades 1-6 | 08-14-1997 | 1997-2007 |
| Class A, Educational Administrator (081) Grades P-12 | 08-24-2000 | 2000-2005 |
| Class B, Elementary (075) Grades 1-6 | 06-23-1995 | 1997-2007 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_
State Teacher Certification Officer

_Ed Richardson_
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01425



# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

Date Printed: 07-08-2004

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:  
ANTOINE RAFAEL RICHARDSON  
1838 WESFORK ROAD  
MONTGOMERY AL  36116

TEACHER NUMBER  
339077

SOCIAL SECURITY NUMBER  
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

Class AA = Sixth-year Program  
Class A = Master's Degree  
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective – Expires July 1 – June 30 |
|---|---|---|
| Class A, Secondary (006) Grades 7-12 | 10-19-1998 | 2004-2009 |
| Biology (028) | 10-19-1998 | |
| Class A, Educational Administrator (081) Grades P-12 | 07-08-2004 | 2004-2009 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____  
June H. Mabry  
State Teacher Certification Officer

_____  
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01428



# STATE OF ALABAMA
## DEPARTMENT OF EDUCATION

Date Printed: 08-30-2001

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

FERLISA MOORE ROSS
2224 THAMES LANE
MONTGOMERY AL  36106

TEACHER NUMBER: 321048

SOCIAL SECURITY NUMBER: 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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective — Expires July 1 – June 30 |
|---|---|---|
| Class A, Secondary (006) Grades 7-12  English (006) | 09-28-1995 09-28-1995 | 2001-2006 |
| Class A, Educational Administrator (081) Grades P-12 | 08-30-2001 | 2001-2006 |
| Class B, Secondary (016) Grades 7-12  Language Arts (067) | 08-05-1993 08-05-1993 | 2001-2006 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_
State Teacher Certification Officer

_Ed Richardson_
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.



Date Printed: 08-30-2004

## STATE OF ALABAMA
## DEPARTMENT OF EDUCATION

### PROFESSIONAL EDUCATOR CERTIFICATE

| THIS CERTIFIES THAT: | TEACHER NUMBER | SOCIAL SECURITY NUMBER |
|---|---|---|
| DURWOOD BERNARD WILSON<br>MONTGOMERY CO BD OF ED<br>P O BOX 1991<br>MONTGOMERY AL  36102-1991 | 349206 | 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 |

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued<br>Mo-Day-Yr | Valid Period<br>Effective   Expires<br>July 1  -  June 30 |
|---|---|---|
| Class A, Elementary (076) Grades 1-6 | 06-09-1999 | 2004-2009 |
| Class A, Educational Administrator (081) Grades P-12 | 08-30-2004 | 2004-2009 |
| — CERTIFICATES ARE NOT PRINTED BELOW THIS LINE — | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____
State Teacher Certification Officer

_____
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01434



# STATE OF ALABAMA
## DEPARTMENT OF EDUCATION

Date Printed: 02-25-2003

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

DIONNE KIMBERLY JONES – Woody
2412 OAKWOOD DRIVE
TUSKEGEE AL  36088

TEACHER NUMBER
364092

SOCIAL SECURITY NUMBER
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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective · Expires July 1 – June 30 |
|---|---|---|
| **Class A, Educational Administrator (081) Grades P-12** | 02-25-2003 | 2002-2007 |
| **Class B, Elementary (75A) Grades K-6** | 08-05-2002 | 2002-2007 |
| ---- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE ---- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____
June H Mabry
State Teacher Certification Officer

_____
Ed Richardson
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01439



**STATE OF ALABAMA**
**DEPARTMENT OF EDUCATION**

Date Printed: 07-13-2001

## PROFESSIONAL EDUCATOR CERTIFICATE

| THIS CERTIFIES THAT: | TEACHER NUMBER | SOCIAL SECURITY NUMBER |
|---|---|---|
| SONYA LASHA FLOYD<br>100 LEE RD 273<br>CUSSETA AL  36852 | 330900 | 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 |

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period<br>Effective   Expires<br>July 1  -  June 30 |
|---|---|---|
| Class A, Principal (090) Grades P-12 | 07-13-2001 | 2001-2006 |
| Class B, Secondary (016) Grades 7-12<br>Mathematics (015) | 08-08-1995<br>08-08-1995 | 2001-2006 |
| ---- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE ---- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____
June H. Mabry
State Teacher Certification Officer

_____
Ed Richardson
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01442