**NOTICE    NOTICE    NOTICE**

## MONTGOMERY PUBLIC SCHOOLS
## OFFICE OF HUMAN RESOURCES



POSITION ANNOUNCEMENT
September 10, 2003
DATE

## APPLICATIONS ARE NOW BEING ACCEPTED FOR THE POSITIONS OF EDUCATIONAL SPECIALIST – STUDENT & COMMUNITY SERVICES

**QUALIFICATIONS:**

- Current Alabama Teacher's Certification, master's degree or higher, with an endorsement in administration and supervision.
- Preferred experience in non-traditional education as well as experience in school, family, adolescent or therapeutic counseling, assessment and behavior modification techniques.
- At least 3 years of successful teaching experience.

**JOB GOAL:**

- Provide leadership in the development, implementation, and evaluation of the Alternative Education Program and Behavior Intervention Program.
- Establish positive relations with principals, staff, students and families throughout the system.
- Assist with other initiatives specifically designed to reduce the likelihood of referrals to alternative schools
- Assist in the development and implementation of system-wide Building Based Student Support Teams as required by the State Department of Alabama.
- Provide technical assistance to teachers and behavior interventionists, including conducting workshops.
- Compile statistical data related to the objectives of the Behavior Intervention Program and BBSST.
- Assist with special investigations and parental concerns related to behavior,
- Establish a positive relationship with parents, co-workers, volunteers and other visitors.

**SALARY:** $53,222.64 - $68,338.20 (Board approved salary schedule based on rank, certification, and experience)

**NOTE:** Funded through Children First Funds. Annual renewal contingent upon fund renewal.

**WORK TERM:** 12-Months

**EFFECTIVE DATE:** Immediately

**CLOSING DATE:** September 24, 2003

**HOW TO APPLY:** Submit application for employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P.O. Box 1991, and 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees may submit a letter of interest and resume' specifying the job listed above in your letter. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.

**SPECIAL NOTE:** The person selected for this position must agree to a background check, be fingerprinted and pay a $49.00 fee. This is required by law.

Page 2

68

LOWE_V_MCBOE-CORP._REP._DISC.01367

Educational Specialist – Student & Community Services

> THE MONTGOMERY COUNTY BOARD OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. NO PERSON SHALL BE DENIED EMPLOYMENT OR BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR OR AGE.

ANNOUNCEMENT: PR-03-65

LOWE_V_MCBOE-CORP._REP._DISC.01368