

# MONTGOMERY PUBLIC SCHOOLS
### City and County
### Montgomery, Alabama

SUPERINTENDENT'S OFFICE            JUNE 28, 2005

Board of Education
Montgomery County

Dear Board Members:

    I hereby nominate the following persons for the positions listed below and report other changes as noted:

**CERTIFIED PERSONNEL:**

**ADMINISTRATION BUILDING**

**OFFICE OF CURRICULUM & INSTRUCTION**

1. **Daniel Aude**, Educational Specialist, be transferred to Educational Specialist, Office of Teaching and Learning, Grades 7-12 English, effective July 1, 2005, annual salary and work term to remain the same, **Restructuring of Central Office.**

2. **Kisha Brooks**, Educational Specialist, be transferred to Educational Specialist, Office of Teaching and Learning, Grades Pre K – 6 Social Studies, effective July 1, 2005, annual salary and work term to remain the same, **Restructuring of Central Office.**

3. **Shirley Brown**, psychometrist, Special Education Department, be transferred to psychometrist, Office of Instructional Support Services under the Office of Teaching and Learning, effective July 1, 2005, annual salary and work term to remain the same, **Restructuring of Central Office.**

4. **Ann Carothers**, psychometrist, Special Education Department, be transferred to psychometrist, Office of Instructional Support Services under the Office of Teaching and Learning, effective July 1, 2005, annual salary and work term to remain the same, **Restructuring of Central Office.**

5. **Dr. Betty Coleman**, Coordinator of Community and Adult Education, be transferred to Coordinator of Community and Adult Education, Office of Teaching and Learning, Grades 7-12, effective July 1, 2005, annual salary and work term to remain the same, **Restructuring of Central Office.**

Blumberg No. 5137

69

LOWE_V_MCBOE-CORP._REP._DISC.01187

SUPERINTENDENT'S OFFICE                    -6-                    JUNE 28, 2005

**STUDENT & COMMUNITY SERVICES**

38. Lois Johnson, Assistant Superintendent, be transferred to Superintendent's Office to be reassigned, effective July 1, 2005, annual salary and work term to remain the same, **Restructuring of Central Office.**

39. Elainer Jones, Educational Specialist, be transferred to Educational Specialist for Professional Development, Office of Instructional Support Services, effective July 1, 2005, annual salary and work term to remain the same, **Restructuring of Central Office.**

40. Paula LaCoste, Educational Specialist, be transferred to Educational Specialist, Parents Advocate & Liaison for Students (PALS) Office, effective July 1, 2005, annual salary and work term to remain the same, **Restructuring of Central Office.**

41. Hilton Larkin, District Resource Officer, be transferred to District Resource Officer, Parents Advocate & Liaison for Students (PALS) Office, effective July 1, 2005, annual salary and work term to remain the same, **Restructuring of Central Office.**

42. Dr. Mary Lowe-Clark, District Resource Officer, be transferred to District Resource Officer, Parents Advocate & Liaison for Students (PALS) Office, effective July 1, 2005, annual salary and work term to remain the same, **Restructuring of Central Office.**

43. Corey Martin, Behavioral Interventionist Manager, be transferred to Coordinator of Safe and Drug Free Schools/Behavioral Interventionist Program, Office of Instructional Support Services, effective July 1, 2005, annual salary and work term to remain the same, **Restructuring of Central Office.**

44. Sandy Powell, Coordinator of School Health Services, be transferred to Coordinator of School Health Services, Office of Instructional Support Services, effective July 1, 2005, annual salary and work term to remain the same, **Restructuring of Central Office.**

45. Mark Seale, District Resource Officer, be transferred to District Resource Officer, Parents Advocate & Liaison for Students (PALS) Office, effective July 1, 2005, annual salary and work term to remain the same, **Restructuring of Central Office.**

46. Susan Terrell, Educational Specialist, be transferred to Central Office, pending reassignment, effective July 1, 2005, annual salary and work term to remain the same, **Restructuring of Central Office.**

LOWE_V_MCBOE-CORP._REP._DISC.01192