

# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

Date Printed: 04-25-2005

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:      TEACHER NUMBER      SOCIAL SECURITY NUMBER

SUSAN STEWART TERRELL      253419      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
MONTGOMERY CO BD OF ED
P O BOX 1991
MONTGOMERY AL 36102-1991

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective - Expires July 1 - June 30 |
|---|---|---|
| Class A, Superintendent/Principal (001) Grades P-12 | 05-06-1981 | 2005-2010 |
| Class A, Supervisor (002) Grades P-12 | 12-23-1980 | 2005-2010 |
| Supervisor of Instruction (035) | 12-23-1980 | |
| Class A, School Counselor (050) Grades P-12 | 09-27-1978 | 2005-2010 |
| Class B, Elementary (019) Grades 1-9 | 08-13-1976 | 2005-2010 |
| — CERTIFICATES ARE NOT PRINTED BELOW THIS LINE — | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____       _____
State Teacher Certification Officer      State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

70