

# MONTGOMERY PUBLIC SCHOOLS
# OFFICE OF HUMAN RESOURCES



POSITION ANNOUNCEMENT

June 11, 2004
DATE

## APPLICATIONS ARE NOW BEING ACCEPTED FOR THE POSITION OF TITLE I PROGRAM EVALUATOR

### QUALIFICATIONS:

- Current Alabama Teacher's Certificate, master's degree or higher (doctorate preferred) with an endorsement in administration and supervision and/or an emphasis in measurement and evaluation.
- Experience in designing and implementing research and evaluation strategies.

### KNOWLEDGE SKILLS AND ABILITIES:

- Knowledge of Alabama school law regulations, federal regulations, and local school board policies and procedures.
- Skills in measurement and evaluation.
- Excellent writing skills and other communication skills.
- Ability to use computer and software applications.

### JOB RESPONSIBILITIES:

- Conduct and submit annual and on-going Title I evaluations as required by the Alabama State Department of Education.
- Work collaboratively with the system's test coordinator, program directors, principals, and others to collect and utilize data in the decision-making process.
- Appropriately analyze various forms of data and provide timely, relevant information to decision makers.
- To interact, as assigned, with parents, outside agencies, businesses, and the community to enhance the understanding of program initiatives and priorities.
- Serve as a point of contact in data collection, organizing, and sharing as directed by program supervisors.
- Prepare and oversee the preparation of reports and maintain all appropriate records.
- Assist school personnel in conducting and analyzing needs assessments.
- Keep supervisors informed of potential problems or unusual events.
- Work closely with school staff and program needs to support school improvement initiatives and processes.
- Work closely with the Title I program evaluator, Title I Director, program heads, and the system's test coordinator to identify funding priorities based on data.
- Maintain expertise in assigned areas, including laws, rules, as well as current trends and best practices.
- Supervise assigned personnel; conduct annual PEPE evaluations as assigned.
- Provide technical assistance to various Title I funded programs including neglected and delinquent institutions, shelters, private schools, etc. in the data collection and evaluation process.
- Establish a positive relationship with parents, co-workers, volunteers and other visitors.

**SALARY:** $44,810.76 - $53,895.84
**WORK TERM:** 12-Months
**EFFECTIVE DATE:** 2004-2005 School Year
**CLOSING DATE:** Until filled

*not filled*



71

Page 2
Title I Program Evaluator

**HOW TO APPLY:** Submit application for employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P.O. Box 1991, and 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees may submit a letter of interest and resume' specifying the job listed above in your letter. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.

**SPECIAL NOTE:** The person selected for this position must agree to a background check, be fingerprinted and pay a $49.00 fee. This is required by law.

THE MONTGOMERY COUNTY BOARD OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. NO PERSON SHALL BE DENIED EMPLOYMENT OR BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR OR AGE.

ANNOUNCEMENT: PR-04-48

LOWE_V_MCBOE-CORP._REP._DISC.01451