

## MONTGOMERY PUBLIC SCHOOLS
## OFFICE OF HUMAN RESOURCES



POSITION ANNOUNCEMENT
June 24, 2004
DATE

## APPLICATIONS ARE NOW BEING ACCEPTED FOR THE POSITION OF TITLE I TEACHER TUTOR (SKILLS LAB) HOUSTON HILL JUNIOR HIGH SCHOOL

### QUALIFICATIONS:



- Current Alabama Teacher's Certification, Bachelor's Degree or higher or eligible for state certification, with preference given to candidates holding an endorsement in reading.
- Proven success in teaching utilizing educational methods and practices, which meet student, teacher, and administrative needs.
- Experience in curriculum and technology integration with emphasis in reading.
- Proficiency in computer-assisted instruction and assessment systems preferred.

### JOB RESPONSIBILITIES:

- Tutoring in the area of reading and other content areas using selected models of instruction (Direct Instruction).
- Administering formal and informal reading assessments and developing and implementing corresponding interventions.
- Utilizing appropriate educational software to support assessment, instruction, and data management in a lab setting.
- Communicating students' academic needs and progress to students, parents, and educators.
- To establish a positive relationship with parents, co-workers, volunteers and other visitors.

**SALARY:** $29,538.48 - $48,832.44 (Board approved salary schedule based on rank, certification, and experience)
**WORK TERM:** 182 Days
**EFFECTIVE DATE:** 2004 - 2005 School Year
**CLOSING DATE:** July 8, 2004

**HOW TO APPLY:** Submit application for employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P.O. Box 1991, and 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees may submit a letter of interest and resume' specifying the job listed above in your letter. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.

**A MANDATORY BACKGROUND CHECK IS REQUIRED INCLUDING FINGERPRINTS AND A $49.00 FEE**

THE MONTGOMERY COUNTY BOARD OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. NO PERSON SHALL BE DENIED EMPLOYMENT OR BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR OR AGE.

ANNOUNCEMENT: PR-04-51

72

LOWE_V_MCBOE-CORP._REP._DISC.01452

Date Printed: 06-16-2004

STATE OF ALABAMA
DEPARTMENT OF EDUCATION

PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:  
ESSIE LAMAR BAKER  
MONTGOMERY CO BD OF ED  
P O BOX 1991  
MONTGOMERY AL  36102-1991

TEACHER NUMBER  
253208

SOCIAL SECURITY NUMBER  
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

Class AA = Sixth-year Program  
Class A = Master's Degree  
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective — Expires July 1 – June 30 |
|---|---|---|
| Class A, Elementary-Secondary (009) Grades P-12<br>   Reading (0G7) | 05-31-1984<br>05-31-1984 | 2004-2009 |
| Class B, Secondary (016) Grades 7-12<br>   English (006)<br>   Business Education (070) | 08-05-1976<br>08-05-1976<br>08-05-1976 | 2004-2009 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____  
State Teacher Certification Officer

_____  
State Superintendent of Education

**Any change, erasure, or mutilation of this certificate will render it null and void.**

LOWE_V_MCBOE-CORP._REP._DISC.01453