

# STATE OF ALABAMA
## DEPARTMENT OF EDUCATION

Date Printed: 06-16-2004

### PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:  
ESSIE LAMAR BAKER  
MONTGOMERY CO BD OF ED  
P O BOX 1991  
MONTGOMERY AL  36102-1991

TEACHER NUMBER  
253208

SOCIAL SECURITY NUMBER  
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

Class AA = Sixth-year Program  
Class A = Master's Degree  
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective — Expires July 1 – June 30 |
|---|---|---|
| Class A, Elementary-Secondary (009) Grades P-12 | 05-31-1984 | 2004-2009 |
|    Reading (0G7) | 05-31-1984 | |
| Class B, Secondary (016) Grades 7-12 | 08-05-1976 | 2004-2009 |
|    English (006) | 08-05-1976 | |
|    Business Education (070) | 08-05-1976 | |
| ---- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE ---- | | |

73

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H. Mabry_  
State Teacher Certification Officer

_Joseph B. White, Director_  
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01453