

## MONTGOMERY PUBLIC SCHOOLS
### City and County
### Montgomery, Alabama

**SUPERINTENDENT'S OFFICE**                                   **DECEMBER 16, 2004**

Board of Education
Montgomery County

Dear Board Members:

I hereby nominate the following persons for the positions listed below and report other changes as noted:

### CERTIFIED PERSONNEL:

### ADMINISTRATION BUILDING

### OFFICE OF CURRICULUM & INSTRUCTION

1. **Kathryn McLeod Lawrence**, special services teacher at State Department of Education (assigned to Montgomery Public Schools), be resigned; last working day December 6, 2004.

### BEAR EXPLORATION CENTER FOR MATHEMATICS, SCIENCE & TECHNOLOGY

2. **Shay P. Grant**, teacher, be granted maternity leave of absence, effective January 28, 2005, through March 18, 2005.

3. **Cheryl Stallworth**, teacher, be granted maternity leave of absence, effective January 3, 2005, through March 11, 2005.

### BELLINGRATH JUNIOR HIGH SCHOOL

4. **Rebekah R. Babers**, teacher, be granted illness leave of absence, effective November 15, 2004, through December 15, 2004.

5. **Takecia Donnetta Thomas**, B.S., Talladega College, be employed as teacher, effective November 29, 2004, at an annual salary of $29,538.00; 182-day work term, program needs.

### BLOUNT ELEMENTARY SCHOOL

6. **Micol Levi-Senigaglia**, teacher, be granted maternity leave of absence, effective February 14, 2005, through April 1, 2005.

74

LOWE_V_MCBOE-CORP._REP._DISC.01109

SUPERINTENDENT'S OFFICE        -2-        DECEMBER 16, 2004

### BOOKER T. WASHINGTON MAGNET HIGH SCHOOL

7. **Jan R. Wones**, teacher on illness leave of absence, leave be terminated, effective December 3, 2004.

### BREWBAKER JUNIOR HIGH SCHOOL

8. **Essie Baker**, lead teacher, be transferred to lead teacher at Houston Hill Junior High, effective November 18, 2004, annual salary, supplement, and work term to remain the same, Title I School Improvement Funds; program needs

9. **LaQuesha Latrese Harris**, B.S., Arkansas State University, be employed as teacher, effective November 16, 2004, at an annual salary of $32,491.08; 182-day work term, replacing **Lea Dettmar**, resigned earlier.

10. **Antionette Ingram**, teacher, be transferred to teacher at Lee Senior High, effective January 3, 2005, annual salary and work term to remain the same, replacing **Dorothy Gwinn**, retired earlier.

### BREWBAKER PRIMARY SCHOOL

11. **Erica Jenkins**, teacher on maternity leave of absence, leave be extended through January 31, 2005.

### CARVER ELEMENTARY SCHOOL

12. **Peggy R. Lowery**, teacher, be retired; last working day December 17, 2004.

13. **Chalanna Annetta Tate**, B.S., Alabama State University, be employed as teacher, effective November 16, 2004, at an annual salary of $29,538.00; 182-day work term, replacing **Lakisha Stokes**, transferred earlier.

### CARVER SENIOR HIGH SCHOOL

14. **Juanita Dorn**, teacher, be granted military leave of absence, effective January 29, 2005, (1 day).

15. **Patrick George Lewandowski**, Ed.S, Auburn University Montgomery, be employed as teacher, effective November 29, 2004, at an annual salary of $40,288.08; 182-day work term, replacing **Ronald Adams**, on military leave of absence.

16. **Marie Pearson**, teacher on maternity leave of absence, leave be terminated, effective November 29, 2004.

LOWE_V_MCBOE-CORP._REP._DISC.01110