NOTICE    NOTICE    NOTICE

# MONTGOMERY PUBLIC SCHOOLS
# OFFICE OF HUMAN RESOURCES



POSITION ANNOUNCEMENT
June 25, 2004
DATE

## APPLICATIONS ARE NOW BEING ACCEPTED FOR THE POSITION OF
## (2) SYSTEM READING SPECIALISTS – OFFICE OF CURRICULUM & INSTRUCTION

### QUALIFICATIONS:
- Current Alabama Teacher's Certification, Master's Degree or higher, with an endorsement in reading.
- Successful classroom and reading teaching experience
- Knowledge of Scientifically Based Reading Research (SBRR), and Alabama Reading Initiative preferred but not required
- Experience in planning and implementing teacher training workshops preferred

### JOB RESPONSIBILITIES:
- Work with the ARFI Coordinator in implementing the total Alabama Reading First Initiative program into selected MPS school sites
- Assist in guiding the implementation of SBRR comprehensive reading programs for all K-3 schools in the system
- Assist with coordinating professional development opportunities for teachers and other instructional leaders in the SBRR instructional strategies of the comprehensive reading programs of **Read Well K, Read Well 1st**, Harcourt COLLECTIONS, and Direct Instruction.
- Assist with providing professional development opportunities in the use of the SDE approved list of assessment programs for screening, diagnosing, progress monitoring, and outcome factors
- Assist with coaching teachers in administering all ARFI assessments to help monitor student progress and to identify student needs
- Assist with recruiting and coaching qualified local school reading coaches
- Assist with the coordination of LEA assessment to monitor program effectiveness. This will include a management system to gather baseline, mid year, and end of year summary data
- Work with teachers and local school coaches to improve their reading instruction, including modeling lessons and devising strategies for struggling readers
- Help coordinate the administration of the ARFI assessment model
- Establish a positive relationship with parents, co-workers, volunteers and other visitors

**SALARY:** $42,927-24 $61,711.44 (Board approved salary schedule based on rank, certification, and experience)
**NOTE:** This position is funded through the Alabama Reading First Initiative Grant and is thereby dependent upon the annual renewal of the grant for its continuance.

**WORK TERM:** 12-Months
**EFFECTIVE DATE:** Immediately
**CLOSING DATE:** July 9, 2004



75

LOWE_V_MCBOE-CORP._REP._DISC.01454

Page 2
(2) System Reading Specialists – Office of Curriculum & Instruction

**HOW TO APPLY:** Submit application for certificate employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P.O. Box 1991, and 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees may submit a letter of interest and resume' specifying the job listed above in your letter. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.

**SPECIAL NOTE:** The person selected for this position must agree to a background check, be fingerprinted and pay a $49.00 fee. This is required by law.

THE MONTGOMERY COUNTY BOARD OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. NO PERSON SHALL BE DENIED EMPLOYMENT OR BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR OR AGE.

ANNOUNCEMENT: PR-04-53

LOWE_V_MCBOE-CORP._REP._DISC.01455