

# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

Date Printed: 04-20-2005

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:  TEACHER NUMBER  SOCIAL SECURITY NUMBER

KAREN TURNER VANN  321297  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
MONTGOMERY CO BD OF ED
P O BOX 1991
MONTGOMERY AL  36102-1991

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective – Expires July 1 – June 30 |
|---|---|---|
| Class A, Educational Administrator (081) Grades P-12 | 10-25-2000 | 2005-2010 |
| Class B, Early Childhood (056) Grades P-3 | 08-20-1993 | 2005-2010 |
| Class B, Elementary (075) Grades 1-6 | 08-20-1993 | 2005-2010 |
| — CERTIFICATES ARE NOT PRINTED BELOW THIS LINE — | | |

76

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_  _Joseph B. White_
State Teacher Certification Officer  State Superintendent of Education

**Any change, erasure, or mutilation of this certificate will render it null and void.**

LOWE_V_MCBOE-CORP._REP._DISC.01461