ALABAMA CERTIFICATION OF TEACHERS
CERTIFICATE INQUIRY

SSAN: 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  NAME: ANNETTE M SIKES
CERT.  1 OF  3  TEACHER NBR: 178682  LAST PRT DATE: 01/09/2004  MAILTO:

| Professional GRADES 7-12 | VALID | ISSUE DATE | VALID PER |
|---|---|---|---|
| Class B, Secondary (016) | | 09/07/1971 | 2003-2008 |
| History (040) | | 09/07/1971 | |
| Business Education (070) | | 09/07/1971 | |

F1=CLEAR SCREEN(TO ENTER NEW SSAN).  F3=RETURN TO MENU.  F5=MAIL INQUIRY PGM.
    PAGE UP=SCROLL PREVIOUS    PAGE DOWN=SCROLL FORWARD
Count:  1           v                                              <Replace>

*System-Wide Reading Coaches*

77

LOWE_V_MCBOE-CORP._REP._DISC.01456

```
                      ALABAMA CERTIFICATION OF TEACHERS
                              CERTIFICATE INQUIRY
```

| | |
|---|---|
| SSAN: 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 NAME: ANNETTE M SIKES | |
| CERT.  2 OF  3 TEACHER NBR: 178682 LAST PRT DATE: 01/09/2004 MAILTO: | |

| Professional    GRADES 1-9                     VALID | ISSUE DATE | VALID PER |
|---|---|---|
| Class B, Elementary (019) | 03/04/1975 | 2003-2008 |
| * NO ENDORSEMENTS ON THIS CERTIFICATE. | | |

```
F1=CLEAR SCREEN(TO ENTER NEW SSAN).  F3=RETURN TO MENU.   F5=MAIL INQUIRY PGM.
      PAGE UP=SCROLL PREVIOUS      PAGE DOWN=SCROLL FORWARD
Count:  2          ^ v                                              <Replace>
```

LOWE_V_MCBOE-CORP._REP._DISC.01457

```
TCIE4026  STATE OF ALABAMA DEPARTMENT OF EDUCATION    01/20/2006
                 ALABAMA CERTIFICATION OF TEACHERS
                         CERTIFICATE INQUIRY
```

| | |
|---|---|
| SSAN: 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 NAME: ANNETTE M SIKES | |
| CERT.   3 OF   3 TEACHER NBR: 178682 LAST PRT DATE: 01/09/2004 MAILTO: | |

| Professional        GRADES P-12                    VALID | ISSUE DATE | VALID PER |
|---|---|---|
| Class A, Reading Specialist (106) | 01/09/2004 | 2003-2008 |
| | | |
| * NO ENDORSEMENTS ON THIS CERTIFICATE. | | |

```
F1=CLEAR SCREEN(TO ENTER NEW SSAN).    F3=RETURN TO MENU.   F5=MAIL INQUIRY PGM.
       PAGE UP=SCROLL PREVIOUS      PAGE DOWN=SCROLL FORWARD
Count: *3           ^                                                   <Replace>
```

LOWE_V_MCBOE-CORP._REP._DISC.01458