

## MONTGOMERY PUBLIC SCHOOLS
## OFFICE OF HUMAN RESOURCES



POSITION ANNOUNCEMENT
June 25, 2004
DATE

**APPLICATIONS ARE NOW BEING ACCEPTED FOR THE POSITION OF
(3) SYSTEMWIDE MATH SPECIALISTS (TITLE I)**

### QUALIFICATIONS:

- Current Alabama Teacher's Certification, Bachelor's Degree or higher, with an endorsement to cover elementary and/or secondary placement in math.
- Successful teaching experience in math with a minimum of 3 years teaching experience.
- Mandatory attendance of annual and ongoing math coach training.
- Ability and willingness to model math strategies.

### JOB RESPONSIBILITIES:

- Coaching teachers to implement the Montgomery Math Initiatives.
- Coaching teachers to improve math instruction, including modeling lessons, providing demonstration lessons, and selecting strategies for struggling students.
- Coaching teachers in administering all math assessments to help monitor student progress and to identify student needs.
- Coaching teachers in analyzing assessments results and using these results to select teaching strategies.
- Working with parents and teachers of students who need highly skilled, in-depth intervention.
- Offering ongoing professional development through grade level meetings, coaching services, and inservice workshops.
- Providing resources for teaching use in the instructional program.
- Willing to work extended hours. Job may require extended summer training.

**SALARY:** $42,926.76 – $61,710.96 (Board approved salary schedule based on rank, certification, and experience)
**WORK TERM:** 12-Months
**EFFECTIVE DATE:** Immediately
**CLOSING DATE:** July 9, 2004

**HOW TO APPLY:** Submit application for employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P.O. Box 1991, and 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees may submit a letter of interest and resume' specifying the job listed above in your letter. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.
**SPECIAL NOTE:** The person selected for this position must agree to a background check, be fingerprinted and pay a $49.00 fee. This is required by law.

THE MONTGOMERY COUNTY BOARD OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. NO PERSON SHALL BE DENIED EMPLOYMENT OR BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR OR AGE.

ANNOUNCEMENT: PR-04-52

Blumberg No. 5137    78

LOWE_V_MCBOE-CORP._REP._DISC.01469



# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

Date Printed: 08-30-2001

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

**LAMECHA CUNNINGHAM JAMES**
5756 RED BARN ROAD
MONTGOMERY AL  36116

TEACHER NUMBER  
318333

SOCIAL SECURITY NUMBER  
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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective Expires July 1 - June 30 |
|---|---|---|
| Class A, Secondary (006) Grades 7-12 Mathematics (015) | 10-30-1995 10-30-1995 | 2001-2006 |
| Class A, Educational Administrator (081) Grades P-12 | 08-30-2001 | 2001-2006 |
| Class B, Secondary (016) Grades 7-12 Mathematics (015) | 03-08-1993 03-08-1993 | 2001-2006 |
| ---- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE ---- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____
State Teacher Certification Officer

_____
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

INDIVIDUAL COPY



Date Printed: 10-29-2003

# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

CATHY PETERSON SIMMONS
MONTGOMERY CO BD OF ED
P O BOX 1991
MONTGOMERY AL  36102-1991

TEACHER NUMBER
270719

SOCIAL SECURITY NUMBER
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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective – Expires July 1 – June 30 |
|---|---|---|
| Class B, Elementary (019) Grades 1-9<br>---- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE ---- | 10-22-1979 | 2003-2008 |

Given under our hands in accordance with rules and regulations of the State Board of Education

*June H Mabry*
State Teacher Certification Officer

*Ed Richardson*
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01471



# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

Date Printed: 06-25-2004

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:  
**SHEILA EPTON HELMS**  
MONTGOMERY CO BD OF ED  
P O BOX 1991  
MONTGOMERY AL   36102-1991

TEACHER NUMBER  
276112

SOCIAL SECURITY NUMBER  
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

Class AA = Sixth-year Program  
Class A = Master's Degree  
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective – Expires July 1 – June 30 |
|---|---|---|
| **Class B, Secondary (016) Grades 7-12**<br>    Mathematics (015)<br>    Biology (028) | 02-05-1981<br>02-05-1981<br>02-05-1981 | 2004-2009 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____  
State Teacher Certification Officer

_____  
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01472