

## MONTGOMERY PUBLIC SCHOOLS
### City and County
### Montgomery, Alabama

**SUPERINTENDENT'S OFFICE**              **JANUARY 27, 2005**

Board of Education
Montgomery County

Dear Board Members:

I hereby nominate the following persons for the positions listed below and report other changes as noted:

### CERTIFIED PERSONNEL:

### BALDWIN ARTS & ACADEMICS MAGNET SCHOOL

1. **Jeremy Chad Smith**, B.S., Auburn University Montgomery, be employed as teacher, effective January 3, 2005, at an annual salary of $29,538.00; 182-day work term, replacing **Christine Prescott**, resigned earlier.

2. **Laura Smith**, teacher on maternity leave of absence, leave be terminated, effective December 10, 2004.

### BELLINGER HILL

3. **Angela Johnson Neuhauser**, Ed.S, Georgia Southern University, be employed as psychometrist, effective January 3, 2005, at an annual salary of $36,627.00; 182-day work term, replacing **Earnestine Vinson**, retired earlier.

### BELLINGRATH JUNIOR HIGH SCHOOL

4. **Denise McClain Dukes**, B.S., Tennessee State University, be employed as teacher, effective January 7, 2005, at an annual salary of $32,491.08; 182-day work term, replacing **Lesa Wadsworth**, resigned earlier.

5. **Tina Lieb**, teacher, be granted maternity leave of absence, effective December 13, 2004, through February 28, 2005.

### BLOUNT ELEMENTARY SCHOOL

6. **Melissa Morgan**, nurse on maternity leave of absence, leave be terminated, effective January 3, 2005.

79

LOWE_V_MCBOE-CORP._REP._DISC.01117

SUPERINTENDENT'S OFFICE             -2-             JANUARY 27, 2005

### BREWBAKER INTERMEDIATE SCHOOL

7. **Pamela Allen-Ingram**, teacher, be granted maternity leave of absence, effective December 2, 2004, through February 28, 2005.

### BREWBAKER JUNIOR HIGH SCHOOL

8. **Christopher Filup Artis**, B.S., Alabama State University, be employed as teacher, effective January 3, 2005, at an annual salary of $29,538.00; 182-day work term, replacing **Dewanna Cunningham**, teacher, be resigned, effective January 4, 2005.

9. **Tonjanesia Brown**, teacher, be granted maternity leave of absence, effective March 1, 2005, through May 20, 2005.

10. **Julie C. Lowery**, administrative assistant on educational leave of absence, leave be terminated, effective January 31, 2005; then be resigned, effective January 31, 2005.

11. **Felicia Malkemus**, teacher on maternity leave of absence, leave be terminated, effective January 3, 2005.

12. **Thomas Harris Stewart**, B.A., Alabama State University, be employed as teacher, effective January 5, 2005, at an annual salary of $29,538.00; 182-day work term, replacing **Tarmelinda Rogers**, teacher, be resigned; effective January 4, 2005.

### BREWBAKER PRIMARY SCHOOL

13. **Melissa Morgan**, nurse on maternity leave of absence, leave be terminated, effective January 3, 2005.

### BREWBAKER TECHNOLOGY MAGNET HIGH SCHOOL

14. **Stephen Louis Diermayer**, M.S., Auburn University Montgomery, be employed as teacher, effective January 3, 2005, at an annual salary of $33,968.04; 182-day work term, replacing **Lamecha James**, teacher, be transferred to system-wide math coach, Office of Curriculum & Instruction, effective January 3, 2005, at an annual salary of $50,853.00; 12-month work term, program needs.

LOWE V MCBOE-CORP. REP. DISC.01118

SUPERINTENDENT'S OFFICE           -6-           JANUARY 27, 2005

### HALCYON ELEMENTARY SCHOOL

40. **Angela Darlene Vance**, Ed.S, Wright State University, be employed as teacher, effective January 18, 2005, at an annual salary of $40,288.08; 182-day work term, program needs.

### HIGHLAND GARDENS ELEMENTARY SCHOOL

41. **Toni S. Ward**, B.S., Auburn University Montgomery, be employed as teacher, effective January 6, 2005, at an annual salary of $29,538.00; 182-day work term, replacing **Diane P. Griffin**, teacher, be granted illness leave of absence, effective January 3, 2005, through January 31, 2005; same leave be terminated, effective January 31, 2005; be retired, effective January 31, 2005.

### H.I.P.P.Y

42. **Claudia S. Varner**, teacher, be granted illness leave of absence, effective January 3, 2005, ending date to be determined.

### JEFFERSON DAVIS SENIOR HIGH SCHOOL

43. **George D. McWhorter**, assistant football coach, be transferred to head football coach/athletic director at Jefferson Davis Senior High, effective January 28, 2005, at an annual supplement of $10,460.64; replacing **Steve Bailey**, resigned earlier.

44. **Tasso Stratas**, M.S., Troy State University Montgomery, be employed as interim teacher, effective January 3, 2005, through May 20, 2005, at an annual salary of $18,800.00, replacing **Sheila Epton Helms**, teacher, be transferred to system-wide math coach, Office of Curriculum & Instruction, effective January 3, 2005, at an annual salary of $46,398.24; 12-month work term, program needs.

### JOHNSON ELEMENTARY SCHOOL

45. **Schronna Schannel Crenshaw**, B.S., Auburn University Montgomery, be employed as teacher, effective January 14, 2005, at an annual salary of $29,538.00; 182-day work term, replacing **Rosalyn M. Warren**, teacher, be resigned; last working day December 17, 2004.

### KING ELEMENTARY SCHOOL

46. **Vershalia Robinson**, teacher, be granted family medical leave of absence, effective December 13, 2004, through May 20, 2005.

LOWE_V_MCBOE-CORP._REP._DISC.01122