

## MONTGOMERY PUBLIC SCHOOLS
### City and County
### Montgomery, Alabama

**SUPERINTENDENT'S OFFICE**                                      MAY 16, 2005

Board of Education
Montgomery County

Dear Board Members:

   I hereby nominate the following persons for the positions listed below and report other changes as noted:

### CERTIFIED PERSONNEL:

### BALDWIN ARTS & ACADEMICS MAGNET SCHOOL

1. **Wilma Jean Nix**, teacher, be retired; last working day May 20, 2005.

2. **Laura A. Smith**, teacher, contract be non-renewed for the 2005-2006 school year.

### BEAR EXPLORATION CENTER FOR MATHEMATICS, SCIENCE & TECHNOLOGY

3. **Deborah Hendrix**, teacher, be resigned; last working day May 20, 2005.

4. **Amy Marshall**, teacher on maternity leave of absence, leave be terminated, effective August 10, 2005.

5. **Kay Toole**, teacher on maternity leave of absence, leave be terminated, effective August 10, 2005; also be transferred to teacher, location to be determined, effective August 10, 2005, annual salary and work term to remain the same.

### BELLINGER HILL

6. **Angela Neuhauser**, psychometrist, be resigned; last working day May 20, 2005.

### BELLINGRATH JUNIOR HIGH SCHOOL

7. **Rebekah Babers**, teacher, contract be non-renewed for the 2005-2006 school year.

Blumberg No. 5137    80

LOWE V MCBOE-CORP. REP. DISC.01147

SUPERINTENDENT'S OFFICE         -18-         MAY 16, 2005

### NIXON ELEMENTARY SCHOOL

207. **Elizabeth Lanier**, teacher, contract be non-renewed for the 2005-2006 school year.

208. **Leon Mayo**, teacher, contract be non-renewed for the 2005-2006 school year.

209. **Willie R. Turner, III**, teacher, contract be non-renewed for the 2005-2006 school year.

### OFFICE OF CURRICULUM & INSTRUCTION

210. **Cathy Simmons**, 12-month district math coach (last day on 12-month payroll is June 30, 2005), be transferred to teacher at MacMillan International Academy, effective August 10, 2005, at an annual salary of $36,715.08; 182-day work term, replacing **Wanda Dour**, retired earlier.

### PATERSON ELEMENTARY SCHOOL

211. **Kaotrice P. Curry**, teacher, contract be non-renewed for the 2005-2006 school year.

212. **Shandra Swann**, teacher, contract be non-renewed for the 2005-2006 school year.

213. **Channel C. Thomas**, teacher, contract be non-renewed for the 2005-2006 school year.

214. **Arica G. Watkins**, teacher, contract be non-renewed for the 2005-2006 school year.

215. **Shameka Wilbekin**, teacher, contract be non-renewed for the 2005-2006 school year.

### PETERSON ELEMENTARY SCHOOL

216. **Debra R. Johnson**, teacher, contract be non-renewed for the 2005-2006 school year.

### PINTLALA ELEMENTARY SCHOOL

217. **Nuncy Rembert, III**, teacher, contract be non-renewed for the 2005-2006 school year.

LOWE_V_MCBOE-CORP._REP._DISC.01164