

STATE OF ALABAMA
DEPARTMENT OF EDUCATION

Date Printed: 08-30-2001

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

LAMECHA CUNNINGHAM JAMES
5756 RED BARN ROAD
MONTGOMERY AL   36116

TEACHER NUMBER

318333

SOCIAL SECURITY NUMBER

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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective Expires July 1 - June 30 |
|---|---|---|
| Class A, Secondary (006) Grades 7-12 Mathematics (015) | 10-30-1995 10-30-1995 | 2001-2006 |
| Class A, Educational Administrator (081) Grades P-12 | 08-30-2001 | 2001-2006 |
| Class B, Secondary (016) Grades 7-12 Mathematics (015) | 03-08-1993 03-08-1993 | 2001-2006 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H Mabry_
State Teacher Certification Officer

_Ed Richardson_
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

81

STATE OF ALABAMA
DEPARTMENT OF EDUCATION

PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:  
CATHY PETERSON SIMMONS  
MONTGOMERY CO BD OF ED  
P O BOX 1991  
MONTGOMERY AL  36102-1991

TEACHER NUMBER  
270719

SOCIAL SECURITY NUMBER  
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

Class AA = Sixth-year Program  
Class A = Master's Degree  
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective – Expires July 1 – June 30 |
|---|---|---|
| Class B, Elementary (019) Grades 1-9 | 10-22-1979 | 2003-2008 |
| ---- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE ---- | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

*June H Mabry*  
State Teacher Certification Officer

*Ed Richardson*  
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01471



Date Printed: 06-25-2004

# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

SHEILA EPTON HELMS
MONTGOMERY CO BD OF ED
P O BOX 1991
MONTGOMERY AL   36102-1991

TEACHER NUMBER
276112

SOCIAL SECURITY NUMBER
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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective   Expires July 1 - June 30 |
|---|---|---|
| Class B, Secondary (016) Grades 7-12<br>  Mathematics (015)<br>  Biology (028)<br><br>--- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | 02-05-1981<br>02-05-1981<br>02-05-1981 | 2004-2009 |

Given under our hands in accordance with rules and regulations of the State Board of Education

_____
State Teacher Certification Officer

_____
State Superintendent of Education

Any change, erasure, or mutilation of this certificate will render it null and void.

LOWE_V_MCBOE-CORP._REP._DISC.01472