**NOTICE        NOTICE        NOTICE**

# MONTGOMERY PUBLIC SCHOOLS
# OFFICE OF HUMAN RESOURCES



POSITION ANNOUNCEMENT
July 25, 2004
DATE

## APPLICATIONS ARE NOW BEING ACCEPTED FOR THE POSTION OF
## TITLE I SCHOOLWIDE INSTRUCTIONAL ASSISTANTS AT VARIOUS SCHOOL LOCATIONS

**QUALIFICATIONS:**
- Current Alabama Teacher's Certification, master's degree or higher with an endorsement in administration/supervision.
- Successful teaching experience.
- Knowledge of current research in education.
- Experience in designing and providing instruction utilizing a variety of educational software.
- Experience in curriculum development and integration.
- Experience in staff development with special consideration given to candidates with experience in improving standardized test scores and teaching methodologies.
- Experience in creating positive school climate with active parent and community involvement.

**JOB RESPONSIBILITIES:**
- Providing leadership at the school level for the purpose of improving instruction among teachers.
- Observing, monitoring, and reacting clinically to classroom instruction.
- Conducting classroom demonstrations to model sound instructional practices.
- Coordinating and conducting workshops and inservices.
- Developing and/or disseminating appropriate instructional material based on specified teacher needs.
- Communicating with school and program administrators regarding teacher and programmatic needs and progress.
- Providing leadership in the implementation of special initiatives.
- Providing leadership in the development and implementation of School Improvement and Title I plans, etc., at the school level.
- Administering and interpreting formal and informal inventories and assessments.
- Establishing a positive relationship with parents, co-workers, volunteers and other visitors.

**SALARY:** $33,968.40 –$48,832.44 (Board approved salary schedule based on rank, certification, and experience)
   Plus an annual supplement of $2,951.64.

**WORK TERM:** 182 Days

**EFFECTIVE DATE:** 2004-2005 School Year

**CLOSING DATE:** August 5, 2004

82

**HOW TO APPLY:** Submit application for certificate employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P.O. Box 1991, and 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees may submit a letter of interest and resume' specifying the job listed above in your letter. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.

LOWE_V_MCBOE-CORP._REP._DISC.01476