

# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

Date Printed: 09-25-2001

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

ANISSHA LANETTE BALLARD-Officer
MONTGOMERY CO BD OF ED
PO BOX 1991
MONTGOMERY AL 36102-1991

TEACHER NUMBER: 337960

SOCIAL SECURITY NUMBER: 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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective July 1 - Expires June 30 |
|---|---|---|
| Class A, Educational Administrator (081) Grades P-12 | 09-25-2001 | 2001-2006 |
| Class B, Elementary (075) Grades 1-6 | 01-27-1997 | 2001-2006 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

Blumberg No. 5137
83

Given under our hands in accordance with rules and regulations of the State Board of Education

June H Mabry
State Teacher Certification Officer

Ed Richardson
State Superintendent of Education

**Any change, erasure, or mutilation of this certificate will render it null and void.**

Name change to SDE 10/5/01

LOWE_V_MCBOE-CORP._REP._DISC.01481

TCIF4026 STATE OF ALABAMA - DEPARTMENT OF EDUCATION 01/20/2006
ALABAMA CERTIFICATION OF TEACHERS
CERTIFICATE INQUIRY

SSAN: 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 NAME: PATRICK ERIC NELSON
CERT. 2 OF 2 TEACHER NBR: 321047 LAST PRT DATE: 08/27/2001 MAILTO:

| Professional GRADES P-12 VALID | ISSUE DATE | VALID PER |
|---|---|---|
| Class A, Educational Administrator (081) | 08/27/2001 | 2001-2006 |
| * NO ENDORSEMENTS ON THIS CERTIFICATE. | | |

F1=CLEAR SCREEN(TO ENTER NEW SSAN). F3=RETURN TO MENU. F5=MAIL INQUIRY PGM.
AT LAST CERTIFICATE RECORD.
Count: *2 ^ <Replace>



Date Printed: 07-20-2004

# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

TAMARA HARVEY WINSTON
7472 WIMBERLY LANE
MONTGOMERY AL 36117

TEACHER NUMBER
356087

SOCIAL SECURITY NUMBER
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

Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective July 1 - Expires June 30 |
|---|---|---|
| Class A, Educational Administrator (081) Grades P-12 | 07-20-2004 | 2004-2009 |
| Class A, Elementary (76A) Grades K-6 | 06-10-2002 | 2004-2009 |
| --- CERTIFICATES ARE NOT PRINTED BELOW THIS LINE --- | | |

ALABAMA GREAT SEAL — TENNESSEE, MISSISSIPPI, GEORGIA, FLORIDA

Given under our hands in accordance with rules and regulations of the State Board of Education

June H Mabry
State Teacher Certification Officer

Joseph B. White, Director
State Superintendent of Education

**Any change, erasure, or mutilation of this certificate will render it null and void.**