**NOTICE    NOTICE    NOTICE**

**MONTGOMERY PUBLIC SCHOOLS**
**OFFICE OF HUMAN RESOURCES**



*Did not fill position*

**POSITION ANNOUNCEMENT**
**July 21, 2004**
**DATE**

## APPLICATIONS ARE NOW BEING ACCEPTED FOR THE POSITION OF DISTRICT RESOURCE/ATTENDANCE OFFICER – OFFICE OF STUDENT & COMMUNITY SERVICES

### QUALIFICATIONS:

- Preferred Master's Level Teacher's Certification in any area of endorsement with a minimum of 3 years successful teaching experience.

### JOB RESPONSIBILITIES:



- To work with non-traditional and traditional school settings to enforce MPS attendance policies
- To assist in implementing programmatic activities expressly planned to ensure that students are reporting and staying in school
- To assist in implementing parental involvement contracts
- To assist in implementing a correlated program with Behavior Interventionist for non-punitive student interventions including BBSST and 504
- To provide reports and documentation to the Educational Specialist in charge of all attendance functions
- To independently operate school district administrative technology systems
- To establish a positive relationship with parents, co-workers, volunteers and other visitors.

**SALARY**: $42,927.24 – 61,711.44 (Board approved salary schedule based on rank, certification, and experience)
**WORK TERM**: 202-Days
**EFFECTIVE DATE**: Immediately
**CLOSING DATE**: August 4, 2004

*84*

**HOW TO APPLY:** Submit application for employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P.O. Box 1991, and 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees may submit a letter of interest and resume' specifying the job listed above in your letter. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.
**SPECIAL NOTE:** The person selected for this position must agree to a background check, be fingerprinted and pay a $49.00 fee. This is required by law.



THE MONTGOMERY COUNTY BOARD OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. NO PERSON SHALL BE DENIED EMPLOYMENT OR BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR OR AGE.

ANNOUNCEMENT: PR-04-62

LOWE_V_MCBOE-CORP._REP._DISC.01475