Montgomery Public Schools
Department of Human Resources
307 Decatur Street
Montgomery, AL 36102

Mr. Barker,

I would like to apply for the job posting position of Educational Technology Professional Development Program Coordinator. In viewing the necessary qualifications, I feel that I do possess the talents and training to fulfill these obligations. I am presently the technology director at Robert E. Lee High School and would greatly appreciate the opportunity to apply and interview for this position.

Thank You for Every Consideration,

*[signature]*

Kevin T. Culpepper

RECEIVED
JUL 23 2003
By_____

Blumberg No. 5137
56

LOWE_V_MCBOE-CORP._REP._DISC.01332