**NOTICE          NOTICE          NOTICE**

## MONTGOMERY PUBLIC SCHOOLS
## OFFICE OF HUMAN RESOURCES



POSITION ANNOUNCEMENT
August 18, 2003
DATE

### APPLICATIONS ARE NOW BEING ACCEPTED FOR THE POSITION OF ADMINISTRATIVE ASSISTANTS AT CRUMP ELEMENTARY AND BREWBAKER JUNIOR HIGH SCHOOLS

**QUALIFICATIONS:**

- Current Alabama Teacher's Certification, Master's Degree or higher, with an endorsement in administration (K-12).
- Four full years of successful experience in a certificated position at the elementary level.

**JOB GOAL:**

- To assist the principal by using leadership, supervisory, and administrative skills to carry out the mission of the school and promote the educational development of each student.
- To establish a positive relationship with parents, co-workers, volunteers and other visitors.

**SALARY:** Board approved salary schedule based on rank, certification, and experience. Plus an annual supplement of $2,865.60.

**WORK TERM:** 182 Days
**EFFECTIVE DATE:** Immediately
**CLOSING DATE:** September 1, 2003

**HOW TO APPLY:** Submit application for certificated employment (Form EA10-95) to Office of Human Resources, Montgomery Public Schools, P. O. Box 1991, 307 South Decatur Street, Montgomery, AL 36102-1991. Current employees or applicants with a current application on file may submit a letter of interest and a resume specifying the job listed above. Applications and Letters of Interest will be accepted until the position is filled. Any questions should be directed to the Office of Human Resources, (334) 223-6730.

THE MONTGOMERY COUNTY BOARD OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. NO PERSON SHALL BE DENIED EMPLOYMENT, BE EXCLUDED FROM PARTICIPATION IN ANY PROGRAM OR ACTIVITY ON THE BASIS OF DISABILITY, SEX, RACE, RELIGION, NATIONAL ORIGIN, COLOR, OR AGE.

ANNOUNCEMENT 48

LOWE_V_MCBOE-CORP._REP._DISC.01319