IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN LOWE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-CV-00495-WKW |
| | ) |
| MONTGOMERY COUNTY BOARD OF EDUCATION, et al., | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Amended Motion for Summary Judgment (Doc. # 18) filed on April 4, 2006, it is ORDERED that the motion be submitted without oral argument on May 10, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials **on or before May 3, 2006**. The defendant may file a reply brief of no longer than 15 pages **on or before May 10, 2006.**

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence, bound in a three-ring binder and tabbed, to the Chambers of the undersigned.**

DONE this the 6th day of April, 2006.

                                            /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE