Montgomery Public Schools
Department of Human Resources
307 Decatur Street
Montgomery, AL 36102

Mr. Barker,

I would like to apply for the job posting position of Educational Technology Professional Development Program Coordinator. In viewing the necessary qualifications, I feel that I do possess the talents and training to fulfill these obligations. I am presently the technology director at Robert E. Lee High School and would greatly appreciate the opportunity to apply and interview for this position.

Thank You for Every Consideration,

Kevin T. Culpepper



RECEIVED JUL 2? 2003
By____

LOWE_V_MCBOE-CORP._REP._DISC.01332