

## MONTGOMERY PUBLIC SCHOOLS
### City and County
### Montgomery, Alabama

SUPERINTENDENT'S OFFICE  AUGUST 16, 2005

Board of Education
Montgomery County

Dear Board Members:

I hereby nominate the following persons for the positions listed below and report other changes as noted:

### CERTIFIED PERSONNEL

### ADMINISTRATION BUILDING

### OFFICE OF EDUCATION TECHNOLOGY

1. Kevin T. Culpepper, teacher, be resigned; effective July 8, 2005.

### PARENTS ADVOCATE & LIAISON FOR STUDENTS (PALS) OFFICE

2. Jerome Upshaw, district resource officer, be granted military leave of absence, effective July 29, 2005, through August 15, 2005.

### BALDWIN ARTS & ACADEMICS MAGNET SCHOOL

3. Wendy Blackwood Hamil, B.S., Clemson University, be employed as teacher, effective August 10, 2005, at an annual salary of $32,491.08; 182-day work term, replacing Jean Nix, retired earlier.

4. Robin Hinman Jahn, M.A., The Citadel, be employed as teacher, effective August 10, 2005, at an annual salary of $37,364.04; 182-day work term, replacing Mittie Danner, retired earlier.

### BEAR EXPLORATION CENTER FOR MATHEMATICS, SCIENCE, & TECHNOLOGY

5. Cynthia Gallion, teacher, be granted maternity leave of absence, effective August 10, 2005, through May 24, 2006.

6. Deborah A. Hendrix, be re-employed as teacher, effective August 10, 2005, at an annual salary of $36,253.08; 182-day work term, replacing self.

65

LOWE_V_MCBOE-CORP._REP._DISC.01212

SUPERINTENDENT'S OFFICE    -25-    AUGUST 16, 2005

### MCKEE ELEMENTARY SCHOOL

230. **Rico Perez Felder**, B.S., Alabama State University, be employed as teacher, effective August 10, 2005, at an annual salary of $33,913.08; 182-day work term, replacing **Candace Holley**, transferred earlier.

### MCKEE JUNIOR HIGH SCHOOL

231. **Reginald L. Buchanna**, teacher, be granted military leave of absence, effective August 15, 2005, through September 9, 2005.

232. **Walter James, III**, teacher, contract be cancelled, effective August 17, 2005, failure to gain certification pursuant to Code of Alabama Statue 16-23-1.

233. **Delgardo Victor Pitts**, B.S., Alabama State University, be employed as teacher, effective August 10, 2005, at an annual salary of $29,538.00; 182-day work term, replacing **Dorian Jenkins**, resigned earlier.

234. **Sussie Deborah Prater**, be re-employed as teacher, effective August 10, 2005, at an annual salary of $29,538.00; 182-day work term, replacing self.

235. **Lucy W. Gallon**, be re-employed as teacher, effective August 10, 2005, at an annual salary of $39,524.00; 182-day work term, replacing **Patsy Jordan**, resigned earlier.

236. **Jennifer Leonard Julius**, B.S., Alabama State University, be employed as teacher, effective August 10, 2005, at an annual salary of $32,491.08; 182-day work term, replacing **Herman Fletcher**, contract non-renewed earlier.

### MACMILLAN INTERNATIONAL ACADEMY FOR HUMANITIES, COMMUNICATIONS & WRITING

237. **Yvonne Michelle Clark**, B.S., University of Georgia, be employed as teacher, effective August 10, 2005, at an annual salary of $34,368.00; 182-day work term, replacing **Wanda Dour**, retired earlier.

238. **Aundrea Marie Kravitsky**, M.S., Minot State University, be employed as teacher, effective August 10, 2005, at an annual salary of $37,364.04; 182-day work term, replacing **Tracy Atcheson**, transferred earlier.