

MONTGOMERY PUBLIC SCHOOLS
City and County
Montgomery, Alabama

SUPERINTENDENT'S OFFICE            OCTOBER 18, 2005

Board of Education
Montgomery County

Dear Board Members:

I hereby nominate the following persons for the positions listed below and report other changes as noted:

### CERTIFIED PERSONNEL:

### ADMINISTRATION BUILDING

### PROFESSIONAL DEVELOPMENT

1. **Elainer Jones**, educational specialist, be granted military leave of absence, effective October 3, 2005, through October 5, 2005, (3 days).

### BALDWIN ARTS & ACADEMICS MAGNET SCHOOL

2. **Allison Jeffcoat**, teacher, be resigned, effective October 7, 2005.

### BELLINGRATH JUNIOR HIGH SCHOOL

3. **Cinque J. Cullar**, B.S., Alabama State University, be employed as teacher, effective September 19, 2005, at an annual salary of $29,538.00; 182-day work term, replacing **Nancy Harris**, transferred earlier.

4. **Rendell Elloie**, M.S., Southern University at New Orleans, be employed as teacher, effective October 6, 2005, at an annual salary of $41,340.00; 182-day work term, replacing **Alicia Dixon**, transferred earlier.

5. **Tamira Hogsett**, B.S., Troy University Montgomery, be employed as teacher, effective August 10, 2005, at an annual salary of $29,538.00; 182-day work term, replacing **Angelica Evans**, contract non-renewed earlier.

6. **Shannon D. Parris**, B.S., Peru State College, be employed as teacher, effective September 20, 2005, at an annual salary of $29,538.04; 182-day work term, replacing **Cheryl Eason**, transferred earlier.

Blumberg No. 5137

47

LOWE_V_MCBOE-CORP._REP._DISC.01266

SUPERINTENDENT'S OFFICE        -2-        OCTOBER 18, 2005

**BELLINGRATH JUNIOR HIGH SCHOOL**

7. **Stanley Truitt**, teacher, be resigned, effective October 10, 2005.

**BLOUNT ELEMENTARY SCHOOL**

8. **Yvette RoAnn Davis**, M.A, Alabama State University, be employed as teacher, effective September 9, 2005, at an annual salary of $33,968.04; 182-day work term, program needs.

9. **Mona Green**, assistant principal, Blount Elementary/Head Elementary, be transferred to assistant principal at Blount Elementary, effective September 8, 2005, annual salary and work term to remain the same, program needs.

**BREWBAKER INTERMEDIATE SCHOOL**

10. **Eleanor J. Freeney**, teacher, be transferred to reading coach at Paterson Elementary, effective September 26, 2005, at an annual salary of $41,690.04, Title I Fund, 182-day work term, term, replacing **Jacquelyn Watts**, transferred earlier.

11. **Jennifer Turner**, teacher, be granted maternity leave of absence, effective August 19, 2005, through September 28, 2005; then, maternity leave of absence be terminated, effective September 29, 2005.

**BREWBAKER JUNIOR HIGH SCHOOL**

12. **Sintonio Hobbs**, teacher, be resigned, effective September 30, 2005.

13. **Satierra Hudson**, B.S., Alabama State University, be employed as teacher, effective August 10, 2005, at an annual salary of $29,538.04; 182-day work term, replacing **Shannon Broughton**, contract non-renewed earlier.

14. **Veronica Lane**, teacher, be granted illness leave of absence, effective October 3, 2005, through November 18, 2005.

15. **Dexter Patterson**, teacher, be granted military leave of absence, effective September 9, 2005, (1 day).

LOWE_V_MCBOE-CORP._REP._DISC.01267