IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN LOWE, ) | |
| ) | |
| Plaintiff/Petitioner, ) | |
| ) | |
| vs. ) | CASE NO: 2:05-CV-495WKW |
| ) | |
| MONTGOMERY COUNTY BOARD ) | |
| OF EDUCATION;VICKIE ) | |
| JERNIGAN,MARK LaBRANCHE, ) | |
| TOMMIE MILLER, MARY BRIERS,) | |
| DAVE BORDEN, HENRY A. ) | |
| SPEARS and BEVERLY ROSS, in ) | |
| their official capacities as members of ) | |
| the Montgomery County Board of ) | |
| Education;and Dr. CARLINDA ) | |
| PURCELL, in her official capacity as ) | |
| Superintendent of the Montgomery ) | |
| County Board of Education, ) | |
| ) | |
| Defendant/Respondent. ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

THE PARTIES hereby report to the Court pursuant to the Court's Scheduling Order that the parties met face-to-face on April 17, 2006, and engaged in good faith settlement negotiations. Although a settlement was not reached, counsel for the parties intend to continue to encourage the parties to seek a resolution of this matter through mediation.

Respectfully submitted this 24th day of April, 2006.

/s/ William F. Patty

**WILLIAM F. PATTY (PATTW4197)**
Attorney for Plaintiff Melvin Lowe

**OF COUNSEL:**

BEERS, ANDERSON, JACKSON, PATTY & VANHEEST, P.C.
250 Commerce Street, Suite 100
Montgomery, AL 36104
Telephone: (334) 834-5311
Fax: (334) 834-5362

                                         /s/ Elizabeth Brannon Carter
                                         **JAMES R. SEALE (3617-E-68J)**
                                         **ELIZABETH CARTER (BRA083)**
                                         Attorneys for Defendants

**OF COUNSEL:**

HILL, HILL, CARTER, FRANCO, COLE & BLACK
P.O. Box 116
Montgomery, AL 36101-0116
Telephone: (334) 834-7600