# EXHIBIT

# B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN LOWE, | ) |
| | ) |
|     Plaintiff/Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO: 2:05-CV-495WKW |
| | ) |
| MONTGOMERY COUNTY BOARD | ) |
| OF EDUCATION; et al | ) |
| | ) |
|     Defendants/Respondent. | ) |

### AFFIDAVIT

STATE OF ALABAMA    )
MONTGOMERY COUNTY  )

BEFORE ME, the undersigned authority, personally appeared MELVIN ALONZA LOWE, III, who is known to me and who after first being duly sworn did depose and state under oath as follows:

1.    My name is Melvin Alonza Lowe, III. I have personal knowledge of the facts stated in this affidavit.

2.    I was employed by the Montgomery County Board of Education from 1999-2002. I was employed by the Bullock County School Board from 2002-2003. I was released from my contract with the Bullock County School Board in 2003 so I could return to Montgomery County in the position of reading coach at Daisy Lawrence School.

3.    For 2003-04 school year, I was hired for and performed all of the duties of reading coach. I attended all of the meetings which were exclusive to reading coaches and continue to receive emails from the Montgomery County Public School System directed exclusively to reading coaches.

4.    I was not required to be interviewed by a reading committee prior to being hired for the reading coach position at Daisy Lawrence School for the 2000-2001 school year.

5.   During the Summer of 2004, I was hired by Mike Looney and Teresa Nichols to perform the job of lead reading coach for the summer reading camp. I was not required to be interviewed by a reading committee prior to obtaining this position. I performed the job of lead reading coach for the summer reading camp.

6.   After I was recommended for the reading coach position by Dr. James Owens at Patterson Elementary School, I was told by Jimmy Barker that I needed to be interviewed by the reading committee.

7.   I have been told by several people that the administration associates my mother's lawsuit with me.

Further the Affiant saith not.

_____
MELVIN A. LOWE, III

STATE OF ALABAMA
MONTGOMERY COUNTY

SWORN TO and SUBSCRIBED before me, this the 5th day of May, 2006.

_____
NOTARY PUBLIC
My Commission Expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Nov 25, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

2