# EXHIBIT C

# PROFESSIONAL EDUCATION PERSONNEL EVALUATION PROGRAM

## PROFESSIONAL DEVELOPMENT EVALUATION PLAN

SCHOOL YEAR: 2003-2004

EDUCATOR: [signature] Smith III, Melvin A.    POSITION: Reading Coach    EVALUATOR: [signature]    DATE: 10/20/03

DIRECTIONS: This plan should be developed from the educator's evaluation results and should also address student achievement goals unless evaluation scores are mostly 1's or 2's. Since this form has space for only two areas identified for improvement, you will need to make copies of this form for additional areas identified. Personal/Professional goals may be included but after addressing needs relating to the competencies/indicators and student achievement. List areas identified for the focus of a Professional Development Plan for the next school year/cycle.

| AREA NUMBERS | PROFESSIONAL DEVELOPMENT RELATED GOALS/OBJECTIVES | PROPOSED ACTIVITIES | TIME LINE | ASSESSMENT METHOD(S) | PROGRESS CHECK DATES 1 / 2 / 3 |
|---|---|---|---|---|---|
| Competency area: 6 Indicator(s): 2.2 | Improve organization of instruction. | 1) To attend workshop. 2) To provide activities for students to improve learning. | October 2003 - May 2004 | 1) observation by principal. 2) work samples 3) certificate of attendance. | 10/29  4/5  3/25 |

### END OF PDP CYCLE ASSESSMENT AND BENEFITS

1) Upon attending various workshops, I have been better equipped in my leadership responsibilities.

2) I have noticed a favorable increase in attitude during schools having used motivational contribution programs.

### Evaluator Comments

Mr. Smith does an outstanding job in this position. Requirements, no area for improvement is readily identifiable.

### PROFESSIONAL DEVELOPMENT AND LEADERSHIP COMPETENCY

| Activity | Year 1 2 3 | Definition Item |
|---|---|---|
| ☐ ☐ ☐ | | 7.1 Improves Prof. Knowledge |
| ☐ ☐ ☐ | | Participates in prof. org. |
| ☐ ☐ ☐ | | Participates in/attends prof. dev. program/conf. |
| ☐ ☐ ☐ | | Participates in prof. dev. to improve job performance |
| ☐ ☐ ☐ | | Takes formal coursework |
| ☐ ☐ ☐ | | Uses ideas to improve tch. |

In the "Activity" column, the evaluator should check the definition item(s) which the activities address. In the "Year" columns, the evaluator should record the score for each of the checked activities. For annual, full evaluation only the first year column will be used. The remaining columns are for scoring activities on a multi-year evaluation cycle, which are completed during the second or third year.

# PROFESSIONAL EDUCATION PERSONNEL EVALUATION PROGRAM
## PROFESSIONAL DEVELOPMENT PLAN

SCHOOL YEAR: 20 04 -20 05

EDUCATOR: Melvin Lowe    POSITION: Reading    EVALUATOR: Dr. J. Owens    DATE: 5/10/04

DIRECTIONS: This plan should be developed from the educator's evaluation results and should also address student achievement scores unless evaluation scores are mostly 1's or 2's. Since this form has space for only two areas identified for improvement, you will need to make copies of this form for additional areas identified. Personal/Professional goals may be included but after addressing needs relating to the competencies/indicators and student achievement. List areas identified for the focus of a Professional Development Plan for the next school year/cycle.

| AREA NUMBERS | PROFESSIONAL DEVELOPMENT RELATED GOALS/OBJECTIVES | PROPOSED ACTIVITIES | TIME LINE | ASSESSMENT METHOD(S) | PROGRESS CHECK DATES | | |
|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 3 |
| Competency Area: 3.0  Indicator(s): 3.1 | To enhance [illegible] assessment of while performance on daily lessons | Use student evaluated products - [illegible] studied elements of text/skill. | April '04 Dec '04 Jan '04 May-end | 1) Monthly of [illegible] BES & DI assessments. 2) Observation by Principal | | | |

END OF PDP CYCLE ASSESSMENT AND BENEFITS

| | |
|---|---|
| | 7.1 Improves Prof. Knowledge |
| Evaluator Comments | |

In the "Activity" column, the evaluator should check the definition item(s) which the activities address. In the "Year" columns, the evaluator should record the score for each of the checked activities. For annual, full evaluation only the first year column will be used. The remaining columns, used for educators on a multi-year evaluation cycle, are for scoring activities which are completed during the second or third year.

| PROFESSIONAL DEVELOPMENT AND LEADERSHIP COMPETENCY | | | |
|---|---|---|---|
| | | Activity | |
| | Year 1 2 3 | | |
| ☐ ☐ ☐ | | | 7.1 Improves Prof. Knowledge |
| | | | Definition Item |
| ☐ ☐ ☐ | | | Participates in prof. org. |
| ☐ ☐ ☐ | | | Participates in/attends prof. dev. program/conf. |
| ☐ ☐ ☐ | | | Participates in prof. dev. to improve job performance |
| ☐ ☐ ☐ | | | Takes formal coursework |
| ☐ ☐ ☐ | | | Uses ideas to improve tch. |

* All non-ter[n]d tenured personnel must develop a Professional Development Plan annually.    (Attach additional sheets if more space is needed.)    AEA/Lowe 00010    (over)

| AREA NUMBERS | PROFESSIONAL DEVELOPMENT RELATED GOALS/OBJECTIVES | PROPOSED ACTIVITIES | TIME LINE | ASSESSMENT METHOD(S) | F | R. CHECK DATES | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 | 2 | 3 |

Competency Area: 7.0

Indicator(s): 7.2

Or check if:
☐ Personal/Professional
☐ Student Achievement
☐ Professional Development

Goals: *Enhance my professional development & leadership.*

Proposed Activities:
① Conduct workshops during summer.
② participate in school clubs - make-up in the school.

Time Line:
Aug '04
Dec '04
Aug '05
Mar '05

Assessment Methods:
1) Copy of agenda, sign-in sheet & video of workshop.
2) participated club (committee assignments)

END OF PDP CYCLE ASSESSMENT AND BENEFITS

Evaluator Comments

In the "Activity" column, the evaluator should check the definition item(s) which the activities address. In the "Year" columns, the evaluator should record the score for each of the checked activities. For annual, full evaluation only the first year column will be used. The remaining columns, used for educators on a multi-year evaluation cycle, are for scoring activities which are completed during the second or third year.

PROFESSIONAL DEVELOPMENT AND LEADERSHIP COMPETENCY

| Activity | Year 1 2 3 | 7.1 Improves Prof. Knowledge Definition Item |
|---|---|---|
| ☐ | ☐☐☐ | Participates in prof. org. |
| ☐ | ☐☐☐ | Participates in/attends prof. dev. program/conf. |
| ☐ | ☐☐☐ | Participates in prof. dev. to improve job performance |
| ☐ | ☐☐☐ | Takes formal coursework |
| ☐ | ☐☐☐ | Uses ideas to improve tch. |

| Activity | Year 1 2 3 | 7.2 Takes Leadership Role Definition Item |
|---|---|---|
| ☐ | ☐☐☐ | Leadership in identifying/resolving issues |
| ☐ | ☐☐☐ | Ldrship in est. schl. goals |
| ☐ | ☐☐☐ | Initiates activities/projects |
| ☐ | ☐☐☐ | Conducts workshops/train. |
| ☐ | ☐☐☐ | Shares ideas, materials, etc. |
| ☐ | ☐☐☐ | Part. in shared decisionmkng |

Signatures indicate we have discussed the Assessment and Benefits described.

We agree upon the Goals/Objectives, Activities, Timelines, and Assessment Method(s) listed:

Educator: _____ Date: _____

Evaluator: [signature] Date: 5/10/04

Educator: [signature] Date: 5/10/04

Evaluator: _____ Date: _____

# PROFESSIONAL EDUCATION PERSONNEL EVALUATION

## PROFESSIONAL DEVELOPMENT PLAN

EDUCATOR: [signature] POSITION: Reading/Oral Lang EVALUATOR: [signature]  SCHOOL YEAR: 20__ 20__  DATE: 10/20/03

DIRECTIONS: This plan should be developed from the educator's evaluation results and should also address student achievement goals unless evaluation scores are mostly 1's or 2's. Since this form has space for only two areas identified for improvement, you will need to make copies of this form for additional areas identified. Personal/Professional goals may be included but after addressing needs relating to the competencies/indicators and student achievement. List areas identified for the focus of a Professional Development Plan for the next school year/cycle.

| AREA NUMBERS | PROFESSIONAL DEVELOPMENT RELATED GOALS/OBJECTIVES | PROPOSED ACTIVITIES | TIME LINE | ASSESSMENT METHOD(S) | PROGRESS CHECK DATES 1 2 3 |
|---|---|---|---|---|---|
| Competency Area: 2.0 Indicator(s): 2.2 | To improve presentation of classroom instruction. | 1) To attend workshops. 2) To provide activities for students to improve learning. | October 2003 – May 2004 | 1) observation by principal. 2) work sample. 3) certificate of attendance. | 10/29  2/13  3/25 |

### END OF PDP CYCLE ASSESSMENT AND BENEFITS

1) Non attending valuable workshops I have been better equipped in my leadership responsibilities.

2) I have noticed a favorable increase in student learning through well motivated instructional programs.

### PROFESSIONAL DEVELOPMENT AND LEADERSHIP COMPETENCY

| | Activity | | |
|---|---|---|---|
| | | Year 1 2 3 | |
| | | | 7.1 Improves Prof. Knowledge |
| ☐☐☐ | | | Definition Item |
| ☐☐☐ | | | Participates in prof. org. |
| ☐☐☐ | | | Participates in/attends prof. dev. program/conf. |
| ☐☐☐ | | | Participates in prof. dev. to improve job performance |
| ☐☐☐ | | | Takes formal coursework |
| ☐☐☐ | | | Uses ideas to improve tch. |

In the "Activity" column, the evaluator should check the definition item(s) which the activities address. In the "Year" columns, the evaluator should record the score for each of the checked activities. For annual, full evaluation only the first year column will be used. The remaining columns, used for educators on a multi-year evaluation cycle, are for scoring activities which are completed during the second or third year.

Evaluator Comments: Ms. Lewis does an outstanding job in this position. Requirement, no area for improvement is readily identifiable.

# PROFESSIONAL EDUCATION PERSONNEL EVALUATION PROGRAM

## PROFESSIONAL DEVELOPMENT PLAN

EDUCATOR: Sue M Roberts A.  POSITION: Reading Coach  EVALUATOR: [illegible]  SCHOOL YEAR: 20 03 20 04  DATE: 10/20/03

**DIRECTIONS:** This plan should be developed from the educator's evaluation results and should also address student achievement goals unless evaluation scores are mostly 1's or 2's. Since this form has space for only two areas identified for improvement, you will need to make copies of this form for additional areas identified. Personal/Professional goals may be included but after addressing needs relating to the competencies/indicators and student achievement. List areas identified for the focus of a Professional Development Plan for the next school year/cycle.

| AREA NUMBERS | PROFESSIONAL DEVELOPMENT RELATED GOALS/OBJECTIVES | PROPOSED ACTIVITIES | TIME LINE | ASSESSMENT METHOD(S) | PROGRESS CHECK DATES 1 2 3 |
|---|---|---|---|---|---|
| Competency Area: 6.0 Indicator(s): 6.2 | Orientation of organized instruction. | 1) To attend workshops. 2) To provide activities for students to improve learning. | October 2003 – May 2004 | 1) observation by principal. 2) work sample. 3) certificate of attendance. | 10/28  2/13  3/25 |

### END OF PDP CYCLE ASSESSMENT AND BENEFITS

From attending various workshops I have been better equipped in my leadership responsibilities.

I have noticed a favorable increase in student learning behavior and motivational contribution.

[signature]

**Evaluator Comments**

Ms Louise does an outstanding job in this position requiring no area for improvement. Clearly identified.

**PROFESSIONAL DEVELOPMENT AND LEADERSHIP COMPETENCY**

7.1 Improves Prof. Knowledge

| Activity | Year 1 2 3 | Definition Item |
|---|---|---|
| | ☐☐☐ | Participates in prof. org. |
| | ☐☐☐ | Participates in/attends prof. dev. program/conf. |
| | ☐☐☐ | Participates in prof. dev. to improve job performance |
| | ☐☐☐ | Takes formal coursework |
| | ☐☐☐ | Uses ideas to improve tch. |

# PROFESSIONAL EDUCATION / PERSONNEL EVALUATION PROGRAM
## PROFESSIONAL DEVELOPMENT PLAN

EDUCATOR: Melvin Lowe  POSITION: Reading  EVALUATOR: Dr. J. Owens  SCHOOL YEAR: 20 04 - 20 05  DATE: 5/10/04

**DIRECTIONS:** This plan should be developed from the educator's evaluation results and should also address student achievement goals unless evaluation scores are mostly 1's or 2's. Since this form has space for only two areas identified for improvement, you will need to make copies of this form for additional areas identified. Personal/Professional goals may be included but after addressing needs relating to the competencies/indicators and student achievement. List areas identified for the focus of a Professional Development Plan for the next school year/cycle.

| AREA NUMBERS | PROFESSIONAL DEVELOPMENT RELATED GOALS/OBJECTIVES | PROPOSED ACTIVITIES | TIME LINE | ASSESSMENT METHOD(S) | PROGRESS CHECK DATES 1 2 3 |
|---|---|---|---|---|---|
| Competency Area: 3.0  Indicator(s): 3.1 | To enhance assessment skills to improve instructional performance of all learners. | Note attached schedule. Faculty - parent - student studies of test data/skill. | early '04 Dec '04 May '05 | 1) Analysis of OTBELS & DI assessments 2) Observation by Principal | |

AEA/Lowe 00033   1/01/02   Teacher D - 25

**END OF PDP CYCLE ASSESSMENT AND BENEFITS**

In the "Activity" column, the evaluator should check the definition item(s) which the activities address. In the "Year" columns, the evaluator should record the score for each of the checked activities. For annual, full evaluation only the first year column will be used. The remaining columns, used for educators on a multi-year evaluation cycle, are for scoring activities which are completed during the second or third year.

**PROFESSIONAL DEVELOPMENT AND LEADERSHIP COMPETENCY**

7.1 Improves Prof. Knowledge

| Activity | Year 1 2 3 | Definition Item |
|---|---|---|
| ☐ | ☐ ☐ ☐ | Participates in prof. org. |
| ☐ | ☐ ☐ ☐ | Participates in/attends prof. dev. program/conf. |
| ☐ | ☐ ☐ ☐ | Participates in prof. dev. to improve job performance |
| ☐ | ☐ ☐ ☐ | Takes formal coursework |
| ☐ | ☐ ☐ ☐ | Uses ideas to improve... |

Evaluator Comments

*All non-probationary and tenured personnel must develop a Professional Development Plan annually.

(Attach additional sheets if more space is needed.)

AEA/Lowe 00034

| AREA NUMBERS | PROFESSIONAL DEVELOPMENT RELATED GOALS/OBJECTIVES | PROPOSED ACTIVITIES | TIME LINE | ASSESSMENT METHOD(S) | PROGRESS CHECK DATES |
|---|---|---|---|---|---|
| Competency Area: 7.0 Indicator(s): 7.2 Or check if: ☐ Student Achievement/ Development ☐ Personal/ Professional | Enhance my professional development & leadership. | 1) Conduct workshop during faculty meetings. 2) Participate in school climate-making with the school. | Aug '04 Nov '04 Dec '04 Aug '05 May '05 | 1) Copy of agenda for faculty + video of workshop. 2) Participation on committee/subcommittee | 1  2  3 |

END OF PDP CYCLE ASSESSMENT AND BENEFITS

Evaluator Comments

In the "Activity" column, the evaluator should check the definition item(s) which the activities address. In the "Year" columns, the evaluator should record the score for each of the checked activities. For annual, full evaluation only the first year column will be used. The remaining columns, used for educators on a multi-year evaluation cycle, are for scoring activities which are completed during the second or third year.

**PROFESSIONAL DEVELOPMENT AND LEADERSHIP COMPETENCY**

| Activity | Year 1 2 3 | 7.1 Improves Prof. Knowledge Definition Item |
|---|---|---|
| ☐ | ☐ ☐ ☐ | Participates in prof. org. |
| ☐ | ☐ ☐ ☐ | Participates in/attends prof. dev. program/conf. |
| ☐ | ☐ ☐ ☐ | Participates in prof. dev. to improve job performance |
| ☐ | ☐ ☐ ☐ | Takes formal coursework |
| ☐ | ☐ ☐ ☐ | Uses ideas to improve tch. |

| Activity | Year 1 2 3 | 7.2 Takes Leadership Role Definition Item |
|---|---|---|
| ☐ | ☐ ☐ ☐ | Leadership in identifying/resolving issues |
| ☐ | ☐ ☐ ☐ | Ldrship in est. schl. goals |
| ☐ | ☐ ☐ ☐ | Initiates activities/projects |
| ☐ | ☐ ☐ ☐ | Conducts workshops/train. |
| ☐ | ☐ ☐ ☐ | Shares ideas, materials, etc. |
| ☐ | ☐ ☐ ☐ | Part. in shared decisionmkg |

Signatures indicate we have discussed the Assessment and Benefits described:

We agree upon the Goals/Objectives, Activities, Timelines, and Assessment Method(s) listed:

Educator: _____ Date: _____    Evaluator: _____ Date: 5/10/04

Educator: _____ Date: 5/10/04    Evaluator: _____ Date: 5/10/04