# EXHIBIT
# D

# DEPOSITION OF JIMMY BARKER

## January 23, 2006

## Pages 1 through 205

## CONDENSED TRANSCRIPT AND CONCORDANCE
## PREPARED BY:

**Haislip, Ragan, Green, Starkie & Watson, P.C.**
**566 South Perry Street**
**Post Office Box 62**
**Montgomery, AL 36104**
**Phone: (334) 263-4455**
**Fax: (334) 263-9167**
**E-mail: haislipragan@charter.net**



**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELVIN LOWE,

   Plaintiff,

Vs.        CIVIL ACTION NO.
        2:05-CV-0495

MONTGOMERY COUNTY BOARD OF
EDUCATION; VICKIE JERNIGAN,
MARK LABRANCE, TOMMIE MILLER,
MARY BRIERS, DAVE BORDEN,
HENRY A. SPEARS and BEVERLY ROSS,
in their official capacities as
members of the Montgomery County
Board of Education; and DR. CARLINDA
PURCELL, in her official capacity as
Superintendent of the Montgomery County
Board of Education,

    Defendants.

* * * * * * * * * * * *

DEPOSITION OF JIMMY BARKER, taken pursuant to
stipulation and agreement before Pamela A. Wilbanks,
Registered Professional Reporter and Commissioner for
the State of Alabama at Large, in the Law Offices of
Hill, Hill, Carter, Franco, Cole & Black, 425 South
Perry Street, Montgomery, Alabama, on Monday, January
23, 2006, commencing at approximately 1:10 p.m.

* * * * * * * * * * * *

**Page 2**

APPEARANCES

FOR THE PLAINTIFF:
  Mr. William F. Patty
  Ms. Tonya Dugas
  BEERS, ANDERSON, JACKSON, PATTY & VAN HEEST
  Attorneys at Law
  250 Commerce Street
  Montgomery, Alabama 36104

FOR THE DEFENDANTS:

  Ms. Elizabeth Carter
  HILL, HILL, CARTER, FRANCO, COLE & BLACK
  Attorneys at Law
  425 South Perry Street
  Montgomery, Alabama 36104

ALSO PRESENT:

  Mr. Melvin Lowe

* * * * * * * * * * * *

EXAMINATION INDEX

BY MR. PATTY . . . . . . . . . . .  5
BY MS. CARTER . . . . . . . . . .  193
BY MR. PATTY . . . . . . . . . .  202

* * * * * * * * * * * *

**Page 3**

PLAINTIFF'S EXHIBIT INDEX

6  Notice of taking deposition    6
7  Professional Development Plan for Mr.
    Lowe    54

8  Investigation file on Southlawn matter    83

9  Collection of Mr. Lowe's PEPE evaluations  96

10  Rehire document for Mr. Lowe for Daisy
    Lawrence    109
11  Salary step correction for Mr. Lowe    109
12  Non-renewal form dated 5/13/05 for Mr.
    Lowe    113

13  Request for Professional Leave/Detached
    Duty forms    143
14  Request for Professional Leave/Detached
    Duty form dated 9/21/04    143

15  Cleared list of applicants for
    consideration for positions    166
16  Collective exhibit of position
    announcements    172

**Page 4**

STIPULATION

It is hereby stipulated and agreed by and
between counsel representing the parties that the
deposition of JIMMY BARKER is taken pursuant to the
Federal Rules of Civil Procedure and that said
deposition may be taken before Pamela A. Wilbanks,
Registered Professional Reporter and Commissioner for
the State of Alabama at Large, without the formality
of a commission, that objections to questions other
than objections as to the form of the question need
not be made at this time but may be reserved for a
ruling at such time as the said deposition may be
offered in evidence or used for any other purpose by
either party provided for by the Statute.

It is further stipulated and agreed by and
between counsel representing the parties in this case
that the filing of said deposition is hereby waived
and may be introduced at the trial of this case or
used in any other manner by either party hereto
provided for by the Statute regardless of the waiving
of the filing of the same.

It is further stipulated and agreed by and
between the parties hereto and the witness that the

1 (Pages 1 to 4)



Page 5

1  signature of the witness to this deposition is hereby
2  waived.
3
4  • • • • • • • • • • • • •
5          JIMMY BARKER
        The witness, after having first been duly
6
    sworn to speak the truth, the whole truth and nothing
7
8  but the truth testified as follows:
9          EXAMINATION
10 BY MR. PATTY:
11  Q. Please state your name for the record.
12  A. Jimmy Barker.
13  Q. Mr. Barker, my name is Bill Patty, and I
14    represent Mr. Lowe in this case.
15          MR. PATTY: I'm going to mark for
16          the record Plaintiff's Exhibit
17          6. It's a 30(b)(6) notice of
18          deposition, and I assume we're
19          going to just take his deposition
20          and the 30(b)(6) deposition
21          together as one deposition, not
22          depose him on one and then depose
23

Page 6

1          MS. CARTER: Yeah. I don't have a
2          problem with that. If something
3          pops up that I think is
4          relevant -- I can't think of what
5          it would be that would need to be
6          some kind of separation for some
7          reason. So that's fine.
8          (Plaintiff's Exhibit 6 marked for
9          identification.)
10  Q. Let me show you Plaintiff's Exhibit 6 and ask
11    if you're prepared to testify on those areas
12    that are set out in that deposition notice.
13          MS. CARTER: It would be subject to
14          the objections that we made.
15  A. I am.
16  Q. Let me get some background information.
17    Can you tell me your date of birth?
18  A. January 28, 1950.
19  Q. And your educational background? College and
20    on.
21  A. I have a B.S. degree in mathematics from
22    Alabama State University in 1972, a master's
23    in mathematics education, 1976 I would say.

Page 7

1  Q. Where did you obtain that degree?
2  A. Alabama State University. I have an
3    educational specialist degree in mathematics
4    education in approximately '78 and a master's
5    in business administration from Auburn
6    University at Montgomery generally in the 1980
7    range and an administration certification from
8    Auburn University at Montgomery maybe in 1987.
9  Q. And tell me briefly your work history.
10  A. I've worked as a classroom teacher with
11    Montgomery Public Schools -- Well, let me go
12    back prior to that.
13          I spent two years immediately after
14    finishing college in the Armed Services in the
15    U.S. Army as a draftee.
16  Q. Did you get an honorable discharge?
17  A. Got an honorable discharge in October of
18    1974. I assumed a teaching position at Robert
19    E. Lee High School as a mathematics teacher in
20    October of 1974 upon leaving the service. I
21    remained in that position as a classroom
22    teacher until 1987 at which time I was
23    assigned as an administrative assistant,

Page 8

1    probably the more common vernacular is an
2    assistant principal, at Capitol Heights Junior
3    High School where I remained for the next six
4    years in the same capacity. In 1993 I was
5    promoted to principal of Brewbaker Junior High
6    School. I remained there for two years. In
7    1995 I was transferred to principal at Goodwyn
8    Junior High School. Remained there for three
9    additional years. In 1998 I was promoted to
10    the position that I currently hold, which is
11    assistant superintendent for human resources
12    with Montgomery Public Schools.
13  Q. Have you worked anywhere other than Montgomery
14    Public Schools? Anything on a part-time
15    basis?
16  A. On a part-time basis, I've worked at Auburn
17    University at Montgomery as a mathematics
18    instructor in the math department as an
19    adjunct and also in the same capacity at
20    Alabama State University.
21  Q. Did any of your educational background deal
22    with personnel management?
23  A. Specifically, no.

2 (Pages 5 to 8)

**Page 9**

Q. Do you have a teaching certificate?

A. Yes, I do.

Q. And what is your certificate in?

A. It itemizes those areas I just alluded to a moment ago: mathematics education as well as supervision and administration.

Q. Has your certificate ever been the subject of any discipline from the state department?

A. No.

Q. Have you ever been sued before?

A. As a representative of the school district, yes, I have.

Q. What was that case?

A. Well, there are several.

Q. Several? All right.

A. Yes.

Q. Give me the ones that you remember.

A. The ones that kind of stick out in my mind, EEOC complaints in terms of discrimination, whether it be on a racial basis or a gender basis. It kind of goes with the territory of being HR director that if you hire one gender, you get a suit from the other. If you hire

**Page 10**

one race, you get a suit from the other. So it's just kind of commonplace for me to get sued in one capacity or another.

Q. Well, how many of these lawsuits do you think there are or have been?

A. Maybe over the eight years, probably a half dozen.

Q. Do you recall the litigants, the individuals who brought the lawsuits?

A. Most recently there was a classroom teacher -- Well, most recently was Mr. Lowe's EEOC. That's the one that I remember most recently, the one that was -- dealt with an EEOC complaint. Prior to that there was a classroom teacher who was non-renewed at the end of the probationary period who claimed that she was non-renewed based upon her age because younger applicants received the position which she was non-renewed for.

Q. What's her name?

A. S-C-H-W-E-E-R-S. I can't pronounce that.

MS. CARTER: I'm going to let him answer these, but we don't waive

**Page 11**

our objection that there would not be relevance unless it was the same kind of allegations. But anything that he can remember that was Title VII involved I don't have a problem with.

A. You're waiting on me?

Q. Uh-huh (positive response).

A. Let's see if I can recall. A David Burkett filed a suit against the school district saying that individuals of a race other than he and a gender other than he received favorable treatment in employment for coaching -- various coaching positions throughout the school district. Pam Cloud filed a lawsuit against the school district saying similar situations: race other than she received favorable consideration for administrative positions, assistant principals, school-wide instructional assistants. These are but four that are on the tip of my mind.

Q. Can you think of any others that were

**Page 12**

complaints, lawsuits or EEOC charges regarding discrimination?

MS. CARTER: That he's named in or just -- Okay.

A. I can't think of another just outright.

Q. Can you think of any lawsuits or matters that were maybe settled before a lawsuit where there's an allegation that you or someone in the school had retaliated against someone for exercising First Amendment rights?

A. No, I cannot.

Q. Do you recall any other lawsuits in your years with the school system that are not -- you weren't named personally but were lawsuits regarding discrimination claims?

A. Discrimination claims?

Q. Yes.

A. No. I don't specifically, no.

Q. In each one of these four you gave us -- Well, strike that.
   The three that you gave us that's not Mr. Lowe, were there any accusations that you did something actively in those cases?

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 13

1    A.  No.
2    Q.  I'm not really speaking of the school, but
3        have you been sued personally other than these
4        lawsuits?
5    A.  My name has been mentioned in the line of
6        officers of the school district, but other
7        than that, no.  I haven't been sued
8        personally, no.
9    Q.  I was getting more if you've been named as a
10       personal defendant in any lawsuit.
11   A.  No.
12   Q.  Okay.  Have you ever sued anyone?
13   A.  No, I have not.
14   Q.  Have you ever filed any complaints with the
15       EEOC?
16   A.  No, I have not.
17   Q.  You were a little hesitant on that one.  Can
18       you explain that?
19   A.  There was a time when the superintendent was
20       being hired -- the current superintendent was
21       being hired.  There was an effort to
22       circumvent the process.  I filed, along with
23       another superintendent in the school district,

Page 14

1        paperwork to keep that process from going
2        forward.  It was not an actual EEOC claim.  It
3        was just filing to force the school district
4        to follow the established procedure.
5    Q.  Was it a court filing?  A lawsuit?
6    A.  It was a court filing.
7    Q.  Who else was involved in that suit with you?
8    A.  The other complainant was Lois Johnson,
9        assistant superintendent.
10   Q.  And that was filed I guess after Mr. Carter
11       was leaving and before Dr. Purcell was hired?
12   A.  That's correct.
13   Q.  Was that involved during the period I guess
14       when there was some movement to see
15       indication by the board they may be hiring
16       Mr. Looney for superintendent?
17   A.  That is correct.
18   Q.  Any other court proceeding or actions have you
19       filed?
20   A.  No, I have not.
21   Q.  Would this lawsuit have been filed here in
22       circuit court or federal court?
23       MS. CARTER:  It was in federal

Page 15

1        court.
2    A.  Federal court.
3    Q.  Who was your attorney in that case?
4    A.  The attorney was Mr. Theron Stokes with AEA.
5    Q.  Do you have any relatives that live in south
6        central Alabama over 19?
7    A.  I grew up in the Montgomery area, so I have
8        various and sundry cousins and nephews and
9        nieces.  In my immediate family, my brother
10       resides here in Montgomery.
11   Q.  What's his name?
12   A.  Napoleon Barker.
13   Q.  And are your parents still alive?
14   A.  No, neither of my parents are alive.
15   Q.  And Napoleon Barker, is he married?
16   A.  No.  He's divorced.
17   Q.  Do you remember his former spouse's name?
18   A.  Annie Vicky Barker.  It was Walker prior to
19       being Barker.
20   Q.  Do you know where he works?
21   A.  He is confined in a nursing home.
22   Q.  Do you have any other siblings that live in
23       Montgomery?

Page 16

1    A.  No.
2    Q.  Any uncles or aunts that live in the
3        Montgomery area?
4    A.  No.
5    Q.  When you say cousins, how many are we talking
6        about?
7    A.  Cousins by way of marriage.  My wife has --
8        She also grew up in this area, and she has
9        various nieces and cousins.  All of them are
10       related to me by marriage but not by birth.
11   Q.  What was your wife's maiden name?
12   A.  Queen Williams.  Queen Ether Williams.  And
13       it's Ether, not Ester, as you would commonly
14       expect.
15   Q.  Are her parents still living?
16   A.  No.
17   Q.  Does she have any brothers and sisters in the
18       Montgomery area?
19   A.  She's an only child.
20   Q.  How do we get all the cousins then?
21       (Off-the-record discussion.)
22   A.  She grew up in a household wherein there were
23       eleven siblings, all of whom were technically

4 (Pages 13 to 16)

Page 17

1    her uncles and aunts. But she always referred
2    to them as her sisters because they were of
3    the same age, her sisters and brothers.
4    That's where the offsprings come from.
5  Q.  Can you give me just last names generally of
6    the cousins?
7  A.  Okay. Ware, W-A-R-E, Washington, several
8    groups are in the Washington. McCall,
9    Robinson. That's basically it.
10 Q.  Do you belong to a church in the Montgomery
11    area?
12 A.  Yes, I do.
13 Q.  What church is that?
14 A.  Pilgrim Rest Missionary Baptist Church.
15 Q.  Do you hold any officer positions in the
16    church?
17 A.  No --
18 Q.  Leadership positions?
19 A.  No, I do not.
20 Q.  Do you have any children?
21 A.  Yes, I do.
22 Q.  Are any over 19?
23 A.  Both.

Page 18

1  Q.  Can you give me their names and ages please?
2  A.  Jermyn, J-E-R-M-Y-N, Barker, 33 years of age.
3    Resides in Atlanta, Georgia. Brandon Barker,
4    27 years of age. Resides in Hoover, Alabama.
5  Q.  Do you belong to any organizations or clubs in
6    the Montgomery area, south Alabama?
7  A.  I'm a member of a fraternal group.
8  Q.  What is that?
9  A.  Omega Psi Phi Fraternity, Incorporated.
10 Q.  Any other groups or clubs?
11 A.  No.
12 Q.  Are your sons married?
13 A.  Yes, they are.
14 Q.  What are their spouse's names?
15 A.  Brandon's spouse is Koris, K-O-R-I-S. And
16    Jermyn's spouse is Tammy.
17 Q.  What is the process the board uses when it
18    receives notice from an employee that they
19    believe that they have been subject to
20    discrimination?
21 A.  Generally the person will register a complaint
22    with a position -- with a person in a position
23    of authority, such as an assistant

Page 19

1    superintendent or with the superintendent.
2    Most likely -- Most generally that person will
3    pass that complaint along to HR, which I head
4    up at this particular moment, and we will look
5    into that complaint to see whether or not
6    there's any validity to it.
7  Q.  Does the person need -- Before an
8    investigation is done by the school, does the
9    person need to file an EEOC complaint or can
10    they -- will the school look into it if the
11    person simply comes to the school first and
12    says, I have this complaint I'm making?
13 A.  Generally the supervisor, principal, assistant
14    principal, or whatever the person might be
15    will get in touch with central office, HR.
16    They will be directed by some means to get in
17    touch with central office, and we will look
18    into it to see whether or not that complaint
19    is just that, a complaint, or whether or not
20    it is a grievance. If it's a grievance, of
21    course, we follow a prescribed procedure. And
22    if it's a complaint, then, of course, we look
23    into the matter, but we notify the individual

Page 20

1    that there's a distinct difference between the
2    two.
3  Q.  Y'all's policy and practice is to notify the
4    individual after you get the document in about
5    the grievance policy or grievance procedure?
6  A.  No. If a person is saying that I have filed a
7    grievance, for example, to clarify what I was
8    saying, we look into -- Grievance procedures
9    with Montgomery Public Schools require that
10    you have violated some policy. Very often an
11    individual will think that they have a
12    grievance when in essence what they have is a
13    complaint.
14      When they come to us filing a grievance or
15    what they suspect to be a grievance and it
16    does not rise to that level, we bring it to
17    their attention. We will not place you in the
18    protocol of a grievance hearing at this
19    particular point because we see no essence
20    with regard to a violation of policy. We
21    bring that to their attention. Then we begin
22    to look into the complaint by contacting the
23    individuals who may be involved.

5 (Pages 17 to 20)

Page 21

1  Q.  So you notify them that there's -- If y'all
2      determine it's not a grievance, then you
3      notify them that y'all have made that
4      determination because it doesn't violate
5      policy?
6  A.  Yes, we do.
7  Q.  And a complaint is you've got something you
8      don't like that's occurred, but it's not a
9      violation of policy?
10 A.  Exactly.
11 Q.  But you still investigate complaints?
12 A.  We look into complaints.
13 Q.  Now, is all that set out in writing?
14 A.  The grievance policy is, yes.
15 Q.  What about the complaint policy?
16 A.  There's no formal documentation of the
17     complaint process.
18 Q.  If somebody is filing a complaint or grievance
19     about something that occurred while they were
20     employed with the school but they are no
21     longer technically employed with the school,
22     what is the policy of the board to
23     investigating that complaint or grievance?

Page 22

1  A.  Well, we look into it, but you have to
2      realize, Bill, that with 4200 employees, 5,000
3      when you count substitute teachers and
4      part-time employees, we average a complaint a
5      day. It's physically impossible to look into
6      every single complaint that you get. You're
7      going to get complaints from parents. You're
8      going to get complaints from employees. So we
9      get to those as we possibly can.
10 Q.  Does a complaint that involves an allegation
11     of retaliation with a lawsuit have a higher
12     priority than somebody who is just complaining
13     about their kid's class schedule or something?
14 A.  I would think so.
15 Q.  Would a complaint about retaliation with
16     regard to a lawsuit be one of the highest
17     priorities?
18 A.  I would think so.
19 Q.  Does the school have a policy against
20     retaliating against individuals for filing
21     EEOC complaints or for making a discrimination
22     claim to the school?
23 A.  Restate that for me, if you would.

Page 23

1  Q.  Does the school system have a policy against
2      retaliation against an employee for making an
3      EEOC complaint, bringing an EEOC lawsuit, or
4      making some complaint about the way that
5      they've been discriminated against with the
6      school?
7  A.  Yes. Of course we do.
8  Q.  In order to make something a grievance and to
9      go through the grievance procedures, does an
10     individual have to write the word "grievance"
11     on it?
12 A.  Yes, generally. We require that there's
13     written documentation. Over the years since
14     I've been in this position from very early on,
15     we realized that you needed written
16     documentation anytime a grievance procedure --
17     a grievance was being registered simply
18     because we would have a tendency to begin to
19     look into a matter and then the person who is
20     making the complaint withdraws their
21     complaint. So with it in writing, you have
22     some authorization to move forward and follow
23     some formal process wherein word of mouth

Page 24

1      would get you in trouble.
2  Q.  What if the person sets out various
3      allegations which are a violation of the
4      school's policies but they don't put on the
5      word, this is a grievance? Would that trigger
6      the grievance procedure?
7  A.  No.
8  Q.  It would not?
9  A.  No.
10 Q.  It would be a complaint, then?
11 A.  It would be a complaint, something that we
12     would look into and seek some type of counsel
13     generally as to what course of action to
14     follow in that case.
15 Q.  Seek some counsel. You mean with lawyers?
16 A.  Possibly. One of the board attorneys or the
17     other.
18 Q.  Now, what is the school's policy or the school
19     system's policy if a complaint or grievance
20     involves the HR department itself?
21 A.  Generally if I get a complaint relative to the
22     operations of the HR department, I'm going
23     to -- if it has not already come to me by way

6 (Pages 21 to 24)

**Page 25**

```
 1   of the superintendent, I'm going to make the
 2   superintendent aware. And invariably the last
 3   two superintendents under whom I've served --
 4   Dr. Carter and Dr. Purcell -- they are going
 5   to say, seek out legal counsel with regard to
 6   where should we go from here.
 7   Q. But who would do the investigation of the
 8      complaint for the school system? Would the HR
 9      department investigate itself?
10        MS. CARTER: Object to form.
11   A. As a grievance procedure, it's just of such
12      that -- I've just recently gone through a case
13      similar to this so I can tell you exactly what
14      I told that individual. If you're filing a
15      grievance against Montgomery Public Schools,
16      the grievance procedure starts at a level to
17      whom the person whom you're grieving against
18      reports. So if it's the HR department, you
19      would have to start your grievance procedure
20      with the superintendent.
21   Q. Right.
22   A. If it's the superintendent, you would have to
23      start your grievance procedure with the board
```

**Page 26**

```
 1   because the HR department has no authority
 2   over the superintendent.
 3   Q. Sure. But what if it's a complaint? Who is
 4      going to investigate the complaint if the
 5      complaint is against the HR department?
 6   A. Generally we will assure those to whom we
 7      report, such as the superintendent, the
 8      validity -- from our perspective the validity
 9      of the claims against us, whether or not it
10      has any validity -- the complaint has any
11      validity and show them and tell them what our
12      particular position is on whatever the issue
13      is that is being complained about.
14   Q. Is there any policy by the school system to
15      provide for somebody else outside the HR
16      department to investigate a complaint relative
17      to the HR department?
18   A. There's no policy, no.
19   Q. Now, the superintendent described hiring
20      processes with regard to certified personnel.
21      While you have been at the Montgomery County
22      School System, has that been -- is she correct
23      in the way she's described those hiring
```

**Page 27**

```
 1   processes?
 2   A. By and large -- I don't remember what her
 3      exact testimony was, but by and large the
 4      process goes like this: If a person applies
 5      for a particular position, HR department's
 6      first responsibility is to check to see
 7      whether or not that person meets the minimum
 8      qualifications for that particular position.
 9      Then the supervisors who are going to
10      interview that person, whether they be a
11      principal, whether they be an assistant
12      superintendent or specialist, are given a list
13      of the individuals who applied for the
14      position in your department who meet minimum
15      qualifications. Then they are encouraged to
16      interview a representative sample based upon
17      review of resumes and make a recommendation
18      back to HR of your top candidates for that
19      position. Generally we do not allow them to
20      rank order on paper saying this is my first
21      choice, this is my second choice, this is my
22      third choice. These are my top three choices
23      for this particular position
```

**Page 28**

```
 1      However, there are generally follow-up
 2   conversations wherein you might make it known
 3   to someone in HR, well, I really prefer this
 4   person. I understand that, but give me your
 5   top three choices so that I may submit them to
 6   the superintendent along with their resume,
 7   and then the superintendent may very well get
 8   back with you and find out, well, who is your
 9   first choice or who is your second choice.
10   That does happen in an informal process, but
11   on paper, these are my top three choices.
12   Q. Would it be correct to say that the hiring
13      practices of Montgomery County dictate making
14      every effort to follow the recommendations of
15      department heads, supervisors and/or any
16      interview panel for positions posted with the
17      school system?
18   A. Unless there are mitigating circumstances,
19      yes.
20   Q. What kind of mitigating circumstances?
21   A. Such as there are screening panels on occasion
22      that are used to say, well, this category of
23      applicant here is highly recommended as
```

7 (Pages 25 to 28)

Page 29

1   opposed to this category here is recommended
2   with some concern to make sure that they meet
3   certain specificities. They very well may
4   meet the overall posted qualifications. A
5   screening committee may very well be necessary
6   in order to separate them into tiers of highly
7   recommended, not highly recommended,
8   recommended with concern, things of that
9   nature. That's not out of the ordinary.
10  Q.  What job classifications use screening panels
11      and what do not?
12  A.  Most recently the reading coaches and the math
13      coaches in the school district.
14  Q.  When did the reading coaches start using
15      screening panels?
16  A.  Let's see. Our ARFI grant application, which
17      is Alabama Reading First Initiative, started
18      in the late summer of '03. Thereafter, in an
19      effort to control the quality level of the
20      applicants --
21          (Brief interruption.)
22  Q.  I'm sorry. Go ahead.
23  A.  In an effort to control the quality level of

Page 30

1   the applicants from the standpoint of having a
2   knowledge base that was going to be needed in
3   order to get that program off and running, we
4   initiated the screening panels, which
5   generally consisted of specialists in that
6   particular area: ed specialists that are
7   assigned there at the school district,
8   assistant superintendents who may be over a
9   program who were over the curriculum and
10  instruction program. Those were the screening
11  panels. I even participated on one of the
12  screening panels myself a along with Mike
13  Looney who was the assistant superintendent
14  for curriculum and instruction.
15  Q.  So when did reading coaches start being --
16      having screening panels?
17  A.  It would have had to have been fall of '03.
18      The reading program as we know it in
19      Montgomery Public Schools got off the ground
20      late summer of '03 until today.
21  Q.  Did the reading tutors also go through those
22      kind of panels?
23  A.  The tutors by and large did not. They were

Page 31

1   not required to do so because that was a
2   distinctively different function than the
3   reading coach.
4   Q.  How is a reading tutor different from a
5       reading coach?
6   A.  Both are clinical in nature. The reading
7       tutors were designed primarily to pull out
8       students who were at-risk students at a given
9       school site and work with them on an
10      individual basis to try to bring them from one
11      level, maybe intensive, up to another level.
12      They were encountering some difficulties.
13          The reading coaches worked with teachers
14      in order to bring about the same desired
15      change. They worked individually
16      prescriptively with the teachers to bring
17      about the necessary changes to bring larger
18      groups of students along from an area of being
19      at risk to one that is not at risk or to make
20      academic gains with larger groups of
21      students. But that was the distinct
22      difference. The coaches worked with the
23      teachers, tested, gave feedback, that type of

Page 32

1   thing, and the teacher-tutors worked with
2   students by definition.
3   Q.  You said something -- You mentioned something
4       about a requirement that was not there for
5       reading tutors but was for reading coaches for
6       panels. Whose requirement are you referring
7       to that the screening panel be used?
8   A.  This is Montgomery Public Schools's --
9   Q.  This is no federal --
10  A.  No.
11  Q.  -- mandate that you do that for reading
12      coaches?
13  A.  No.
14  Q.  No state department mandate?
15  A.  No.
16  Q.  And so it's your testimony reading coaches
17      have gone -- all the reading coaches then
18      would have gone through this screening process
19      from the fall of 2003?
20  A.  In one form or another. The composition of
21      the screening committee may not have been the
22      same. For example, when you were selecting
23      system-wide reading coaches, the initial ARFI

8 (Pages 29 to 32)

**Page 33**

1   application had basically the assistant
2   superintendent for curriculum and instruction
3   in place and the ARFI grant had an
4   administrative officer for that particular
5   program. Teresa Nichols assumed that.
6      In the early stages of selecting the next
7   system-wide reading coach, those were the two
8   individuals who had any position of knowledge
9   as it related to the program. They
10   constituted the screening committee.. Then
11   they brought on the first system-wide reading
12   coach, Teresa Jackson. They participated in
13   that process. Once she came aboard, she sat
14   in on the subsequent committee to select the
15   system-wide reading coaches that were to
16   report to her. After they got on, then we had
17   the specialists within curriculum. For
18   example, the committee that Mr. Lowe was to
19   submit to to interview with was comprised of
20   specialists from curriculum and instruction
21   department.
22   Q.   Who was the committee that he --
23   A.   I may leave somebody out, but there was Connie

**Page 34**

1   Mizell. There was Sharon Sewell. There was
2   Tom Toleston. There was Ms. Days (phonetic),
3   Sherry Days. And myself and Mike Looney were
4   in and out those. We would -- We may not
5   have sat through the entirety of all of them,
6   but we sat in just to ensure that proper
7   procedure was being followed.
8   Q.   Which committee are you referring to where
9      Looney would have been on?
10   A.   The committee wherein possible reading coaches
11      for the school district were being screened.
12   Q.   What time frame is that?
13   A.   For schools -- Let me retract that. Not for
14      the reading district, for schools -- for
15      individual schools. This was -- Let's see. I
16      would say at the end of -- during the summer
17      of '03 going into '04 or the summer of '04
18      going into '05. The summer of '04 going into
19      '05.
20   Q.   Would --
21       MS. CARTER: Summer of '04 going
22          into '05?
23   A.   The summer of '04 going into '05, when

**Page 35**

1   Mr. Lowe applied for the position of reading
2   coach -- No. It was '04 -- It would have been
3   the summer of '05, the summer of '05, the one
4   wherein he applied for the position for
5   consideration with Paterson Elementary School.
6   Q.   Well, Looney wasn't an employee of the school
7      system then, was he?
8   A.   Mr. Looney left us at the end of that same
9      summer. Mr. Looney just left us at the end of
10      the '04-'05 school year just after Dr. Purcell
11      came aboard. If you recall, she came aboard
12      in December of '04. Mr. Looney left leaving
13      for another county during that following
14      summer.
15   Q.   Well, when did Lowe go through this -- you say
16      he went through in the summer of '05 this
17      Paterson position with Dr. Owens. Do you
18      remember when that was in the summer of '05?
19   A.   No, I can't remember. I'm sure that they have
20      documentation.
21   Q.   But you remember Looney was on that committee?
22       MS. CARTER: Object to form.
23   A.   I remember that Mike Looney participated in

**Page 36**

1   that screening process in and out just as I
2   was because I sat in with him on many
3   occasions, yeah.
4   Q.   The committee's interviews, do they take
5      notes? Do they keep those notes in a file on
6      what they found in that interview process?
7   A.   They took notes. They had a grading rubric
8      and everything. I'm sure that they may even
9      still have those notes. Connie Mizell headed
10      up that committee, so I would just have to
11      touch bases with her to see whether or not she
12      actually had them. I can't speak for her, but
13      they had a grading rubric. That was my
14      purpose of being there, to make sure we were
15      asking the exact same questions of all of the
16      applicants, that we were following protocol as
17      it relates to good interview procedures.
18   Q.   So the questions they were asking were
19      standardized questions?
20   A.   They had them scripted.
21   Q.   Do y'all still have a copy of those questions?
22   A.   I would check with them just to be sure. I
23      would say -- I would expect them to, yes.

9 (Pages 33 to 36)

Page 37

1  Q.  Do they make documentation of how they scored
2      everything?
3  A.  I'm quite sure they probably do.
4  Q.  Does the school system keep that?
5  A.  Yes.  They would not have been kept in my
6      department, in HR.  It would have been kept by
7      the committee, which was headed by Connie
8      Mizell, so it would be a matter of my touching
9      bases with her and asking her to reproduce
10     those individual grade sheets for all of the
11     applicants.
12 Q.  I'm jumping a little bit ahead, but since
13     we're there I'm going to ask you.  What did
14     Mr. Lowe score?  Do you know?
15 A.  I don't recall specifically his score.  They
16     didn't give me -- I didn't say, well, what did
17     this particular individual make and what did
18     that particular individual make.  Basically
19     what I assured the principals of was this:  If
20     you want to interview for a reading coach, the
21     screening committee has already placed certain
22     categories of individuals -- certain
23     individuals in certain categories based upon

Page 38

1      how well they faired in that screening
2      process.  Touch bases with them to ensure that
3      you know whether or not this particular
4      individual comes in a highly recommended
5      position or whether they are recommended with
6      some concerns, did not do as well as some of
7      the other applicants in that overall screening
8      process, and then interview from among those
9      individuals who have been approved and then
10     make the recommendation back to HR in terms of
11     the person whom you might want based upon your
12     interview.
13 Q.  Do you remember where Mr. Lowe fell in that?
14     Was he highly recommended?
15 A.  He was not.
16 Q.  Recommended with concerns?
17 A.  When I -- As was standard with me, if a person
18     was recommended as a reading coach, my first
19     thing was to check with the screening
20     committee and see is this person among those
21     individuals who were recommended highly by the
22     committee.  They couldn't control the
23     selection of that person, but I wanted to

Page 39

1      ensure that we had someone who had a basic
2      knowledge of what was expected of them once
3      they got in a reading coaching position who
4      had demonstrated in a screening process that
5      they were high in the order of selectivity by
6      that screening committee.  And that's all I
7      would assure with them.
8          And if they said, well, yes, this is one
9      of our top performers, then, of course, I
10     would take that for what it was worth.  If
11     they said, no, then I would get back in touch
12     with that principal and say, well, this person
13     was okay.  He passed -- He or she passed the
14     initial requirements for this particular job;
15     however, they are not in the highly
16     recommended position, do you need a list.  Do
17     you need a modified list of the individuals
18     who were in there.  That was my standard
19     procedure.
20 Q.  Did Lowe pass?
21         MS. CARTER:  Did he what?
22 Q.  Did he pass?  You said some individuals may
23     pass, but they may not be highly recommended.

Page 40

1      Did Lowe pass?
2  A.  I may have used that out of context, the
3      passed and the not passed.  Whether or not
4      they were highly recommended or whether they
5      were recommended with concern.  When I touch
6      bases with Connie Mizell, for example -- When
7      Mr. Lowe's name was submitted to me, I got
8      with Connie Mizell.  My next thing was,
9      Connie, these are the individuals who have
10     been recommended for the coaching position at
11     Paterson.  You know what my concerns are with
12     regard to getting the very highest quality for
13     Paterson Elementary because they did not
14     perform well last year.  There was some
15     concern.  Is this an individual who was in the
16     top echelon of your screening process.  No,
17     Mr. Barker, for this reason, this reason, that
18     reason, et cetera.
19         I get on the phone and I call up Dr. Owens
20     and I tell him, this is the feedback that I've
21     gotten from the screening committee; will you
22     consider some of the other applicants who
23     are -- faired better in that grading rubric

10 (Pages 37 to 40)

Page 41

1  when the applicants were screened. Yes,
2  Mr. Barker, I'll do so; have Ms. Mizell get in
3  touch with me and give me the names of some of
4  those individuals who were in the upper
5  echelon of that grading rubric.
6      I had Ms. Mizell get in touch with
7  Dr. Owens, give him those names. He
8  rescreened those particular applicants,
9  according to what he told me.
10  Q.  And did he at the end of that want Mr. Lowe to
11      be his employee?
12  A.  At the end of that, he e-mailed me or sent me
13      a hard copy -- something to the effect that I
14      still want Mr. Lowe as my top choice for that
15      coaching positive.
16  Q.  And then what happened after that?
17  A.  At that particular point, then Mr. Lowe's name
18      was submitted along with two others, the
19      person who ultimately ended up with that
20      particular position, because a comparative
21      analysis was done of their academic strengths
22      and weaknesses. Basically what happened was
23      this: Ms. Freeney -- Eleanor Freeney, who was

Page 42

1  selected for that position, was about a
2  15-year -- she was hired by the school
3  district back in the '80s -- the late '80s. I
4  don't remember the exact year. She had an
5  excellent screening score from the screening
6  committee. She had worked exclusively with
7  grades four through six at Brewbaker
8  Intermediate School for the past four or five
9  years, the exact grade levels that was being
10  filled for that particular position. She had
11  a master's degree. She was highly qualified
12  in reading, highly qualified in elementary
13  education. She met all the criteria. She was
14  among those three who were being recommended
15  by Dr. Owens. She obviously was our top
16  candidate, having all of those things that I
17  just mentioned to you.
18      Dr. Owens came back and said, well, if I
19  can't have Mr. Lowe, Ms. Freeney is the next
20  person I would like to have. That's when we
21  exercised that option.
22  Q.  Did you ever tell Connie Mizell that Dr. Owens
23      wasn't getting who he wants this time --

Page 43

1  A.  No.
2  Q.  -- or getting what he wants this time?
3  A.  Not to my recall. Definitely not.
4  Q.  Eleanor Freeney, is she white or black?
5  A.  She's black.
6  Q.  And she had taught four through six grades as
7      a reading coach before?
8  A.  As a reading teacher. As an elementary
9      teacher.
10  Q.  Had she ever worked as a reading coach?
11  A.  Not to my knowledge, no.
12  Q.  Had she ever received the training of a
13      reading coach?
14  A.  I cannot say. I don't know. I don't think
15      so.
16  Q.  Had she worked as a reading tutor?
17  A.  I don't recall.
18  Q.  And her highest degree she had at that point
19      was a master's degree?
20  A.  Right.
21  Q.  Where did she get her master's degree?
22  A.  I don't recall, Mr. Patty.
23  Q.  She had taught for how many years as a reading

Page 44

1  teacher?
2  A.  She had taught as an elementary schoolteacher
3      for -- She had worked consecutively with the
4      school district from the late '80s. I want to
5      say maybe '87, the time that she was hired, up
6      until that particular time -- She had 15 years
7      experience at the time. Fifteen plus.
8  Q.  And you say there were -- Your testimony is
9      that you took two names and Mr. Lowe's name.
10      And then I didn't understand. Did you make
11      the decision that Ms. Freeney was a successful
12      candidate or how did -- When you got these two
13      names and Mr. Lowe's, where did it go from
14      there? I didn't --
15  A.  Three names from Mr. Lowe -- I mean, three
16      names from Dr. Owens. Once I received those
17      back -- Well, when I initially received the
18      recommendation from Dr. Owens, I discussed
19      with Dr. Purcell because she had mentioned to
20      me when she placed Dr. Owens there at that
21      particular position that she wanted to put
22      together the strongest possible academic team
23      that she could for that school because they

11 (Pages 41 to 44)

Page 45

```
 1    had been at risk and their test scores were
 2    down from the previous year.
 3         Well, it's my job as HR director or the
 4    assistant superintendent for HR to be as
 5    familiar with the personnel that's out there
 6    as I possibly can. Dr. Owens came from a
 7    secondary background, secondary history, never
 8    having taught an elementary subject. He had
 9    been principal of an alternative site whose
10    primary focus was behavior modification, not
11    academics -- you didn't keep kids long enough
12    to focus on academics -- whose total
13    population average daily attendance was ten.
14    So he couldn't effect any real, meaningful,
15    outstanding academic program. The kids aren't
16    there. The focus is not there.
17         Mr. Lowe came from this same setting most
18    recently, his familiarity with Dr. Owens.
19    Dr. Owens in good faith recommended him for
20    the position, but it's my position as
21    assistant superintendent to have enough
22    oversight to know whether there's wisdom in
23    your recommendation process. You may very
```

Page 46

```
 1    well feel that you're recommending the very
 2    best person for it. But from my knowledge
 3    base, it's my responsibility to say, well, the
 4    background is not there. Dr. Owens, you don't
 5    have the academic background in elementary
 6    education; let's get somebody who has some
 7    extensive background in elementary education
 8    as your second person in charge so that we can
 9    try to staff this school as effectively as we
10    possibly can.
11  Q.  Why did y'all pick Dr. Owens as a principal?
12  A.  Dr. Owens is a contract principal who had just
13    come from an elementary setting, be it not the
14    most pronounced academic setting, but he had
15    just come from an elementary setting, and the
16    law requires that we place him -- that we
17    place him in some similar setting as he was
18    the prior year. Not to say that he could not
19    do the job but that he had not had the
20    demonstration of that simply because he hadn't
21    been placed in that type setting before. If
22    you're going to place him there, as the law
23    required that we do, place him in some type
```

Page 47

```
 1    setting, at least give him the benefit of your
 2    knowledge in terms of trying to ensure that
 3    he's going to be successful there.
 4  Q.  I guess I'm reading what you're saying.
 5    You're not saying Dr. Owens was not qualified
 6    to act as a principal?
 7  A.  No, I'm not. He had the certification, K
 8    through twelve for principalship, supervision
 9    and administration K through twelve. So he
10    was definitely qualified to do that job.
11  Q.  Certainly if y'all didn't think he could do
12    the job, y'all could have terminated him?
13  A.  Yeah.
14  Q.  That's an option?
15  A.  We could have.
16  Q.  Now, let's back up a little bit. I still
17    didn't get from you -- You said at some point
18    this committee -- you get some names from
19    them, and you talk back to Dr. Owens. He
20    still says he wants Lowe, and you take Lowe's
21    name and two other names. I didn't get where
22    you went from that.
23  A.  I go back to the superintendent at that
```

Page 48

```
 1    particular point, and I discuss the pros and
 2    cons of the individuals who were on that three
 3    recommendation. This is my recommendation as
 4    assistant superintendent to you, Dr. Purcell,
 5    in line with your philosophy of trying to
 6    place the strongest academic team there that
 7    you possibly can.
 8  Q.  So you recommended Eleanor Freeney?
 9  A.  I did.
10  Q.  So it didn't happen like this, that Mr. Lowe
11    was brought up as recommended by the principal
12    and that was presented to the superintendent,
13    but you've notified the superintendent that
14    they had not gone through the process, and
15    then you came back after that process with
16    names of people who were generated from that
17    process, not Mr. Lowe, and the superintendent
18    picked from that group?
19  A.  Let me clarify what I think you said, now.
20  Q.  Yeah.
21  A.  When he was recommended -- When Mr. Lowe was
22    among the three individuals recommended to me,
23    it was clear -- I don't want to give any
```

12 (Pages 45 to 48)

Page 49

1   distortion of that. It was clear to me that
2   he was the preferred candidate by Dr. Owens.
3   I then go to the superintendent and say I have
4   a recommendation on my desk for Mr. Lowe,
5   among two others, and this is the person who
6   Dr. Owens wants for the position.
7      The superintendent inquires of me, is
8   there anything that would prevent us from
9   offering that position to him -- to Mr. Lowe.
10  And then I say, well, there are some
11  problems. The problem is he's not in the
12  upper echelons of the individuals who were
13  recommended by the screening committee.
14      Mr. Barker, have you talked extensively
15  with the screening committee, something along
16  that line. I'm not quoting her. Yes, I've
17  talked with Connie Mizell; I've gotten her
18  down in my office, and we have talked about
19  the pros and cons; she has pulled his
20  evaluation sheet and told me that he is not
21  the strongest candidate. There are some other
22  candidates that faired better than he in this
23  particular process.

Page 50

1      Then Dr. Purcell said, well, have you made
2   Dr. Owens aware of this. Yes, I've made him
3   aware, and I've had Connie Mizell to get in
4   touch with him and give him the names of some
5   of the these stronger candidates. Then at
6   that particular point, of course, he
7   reinterviewed and he came back with this
8   recommendation. And, of course, consistent
9   with what we've done in the past, we can
10  choose from among these three. Based upon my
11  feelings with regard to who is best qualified,
12  then I'm recommending Ms. Freeney for this
13  particular position. That's the way it
14  basically goes -- it went.
15  Q.  So you did go to the superintendent twice with
16     this --
17  A.  I went to her initially to make her aware that
18     his name had been submitted among two others,
19     and I went back to her after Dr. Owens
20     resubmitted and said that this is the person I
21     still want for that position. So I made her
22     aware of the fact.
23  Q.  Well, where did the two names come from the

Page 51

1     first time you went to her if they hadn't gone
2     through -- if Dr. Owens had not gone through
3     this interview process and you given him names
4     and then he interviewed them and all that?
5     How did you get two names initially to go to
6     her with?
7  A.  He had originally interviewed individuals whom
8     he considered to be eligible for the
9     position. From my understanding, he called up
10    Mr. Lowe out of some loyalty to him from
11    having been a former faculty member of his and
12    said, have you been placed yet. This is
13    basically as much as I recall about his
14    conversation with me. He said, I called up
15    Mr. Lowe and asked him if he wanted to
16    interview for the position, having some
17    familiarity with him. And I assume that's how
18    Mr. Lowe's name got on his recommendation
19    list, his not knowing at that time who were
20    the top candidates who were recommended for
21    this particular position by the screening
22    committee and who were not. Ms. Freeney's
23    name was not on the original recommendation

Page 52

1     list. Her name was added to the list after
2     the names had been submitted by Connie Mizell
3     as these are the top candidates from the
4     screening process.
5       Then Dr. Owens goes back and interviews
6     those individuals who were submitted on that
7     list. He adds Ms. Freeney's name among the
8     three individuals who were being recommended
9     for it at that time.
10  Q.  But the two individuals with Lowe's name the
11     first time, are you saying Dr. Owens just came
12     up with those two on his own?
13  A.  I'm not sure exactly how -- what process he
14     followed in that. I'm not sure --
15  Q.  They didn't come from the committee?
16  A.  They didn't come from the committee. I'm not
17     sure of how he came up with Mr. Lowe's name,
18     other than the fact that he said he did stay
19     in contact with everyone from his prior
20     school.
21  Q.  Now, is there anything else you can tell me
22     about Ms. Freeney's qualifications that would
23     be better or more desirable than Mr. Lowe's?

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

**Page 53**

1   A.  Nothing other than what I mentioned to you
2       before, you know.
3   Q.  Does Mr. Lowe have the minimum qualifications
4       of degrees, education, for the position?
5   A.  It merely required an elementary
6       certification.
7   Q.  So he did?
8   A.  Yes.  Or a certification in reading, one or
9       the other, and he had the elementary
10      certification.
11  Q.  And he had performed this job for the
12      principal -- Well, strike that.
13          He worked for Dr. Owens prior to applying
14      for this job.  He had worked for him for two
15      previous years?
16  A.  Yes, he had.
17  Q.  And were you aware that Dr. Owens evaluated
18      him and put down he was a reading coach?
19  A.  No, I'm not aware of that.  It would, as a
20      matter of fact, surprise me because of the
21      conversations that we had had earlier when
22      Mr. Lowe was first hired there.
23          (Plaintiff's Exhibit 7 marked for

**Page 54**

1           identification.)
2   Q.  I'll show you what I'll mark as Exhibit 7.
3       Are you familiar with that document?
4   A.  Yes, I'm familiar with this document.
5   Q.  What is that?
6   A.  This seems to be a professional development
7       plan which is one of the instruments that goes
8       along with our PEPE evaluation which is the
9       adopted method of evaluating personnel
10      throughout the school district.
11  Q.  Does it indicate the position that Mr. Lowe
12      has in that document?
13  A.  It does.
14  Q.  What does it indicate his position is?
15  A.  It says reading coach.
16  Q.  And the principal, Dr. Owens, would have been
17      the one preparing that document, evaluating
18      him?
19  A.  It says the evaluator is Dr. James Owens, yes.
20  Q.  Now, your meetings with the superintendent
21      where you give her the rankings or you give
22      her your recommendation, is that in writing?
23  A.  Sometimes they would be in writing.  Sometimes

**Page 55**

1       I would merely take the printout of the e-mail
2       that I receive from that principal -- You have
3       to realize that many times these are around
4       the roundtable, eight o'clock at night.
5       Everybody else has gone home, and the
6       superintendent and I are sitting there going
7       over a hodgepodge of various things.  So that
8       wasn't a definitive procedure that we followed
9       all the time.
10  Q.  What about in Mr. Lowe's case?  Do you know if
11      any of your conversations with the
12      superintendent or your meetings with the
13      superintendent or your recommendations to the
14      superintendent regarding Mr. Lowe are in
15      writing?
16  A.  I just don't recall.
17  Q.  Would you keep that in a file?  Where would
18      that be kept?
19  A.  No.  If I submit them to her, there -- I have
20      a file folder that just says recommendations
21      to the superintendent.  Most likely I would
22      have some copy of it.
23  Q.  And then any kind of correspondence you

**Page 56**

1       receive from the principal, would that -- how
2       would that be kept if he's saying I want this
3       person or that person for a job?
4   A.  One of two ways.  They would generally submit
5       something on a letterhead from their school or
6       they would send it to me more commonly by
7       e-mail.
8   Q.  And how is that kept?  When you get that, what
9       do you do with it?
10  A.  I either download it so I have some record
11      that they sent it and then clear it out so as
12      not to --
13  Q.  Does it go to their personnel file or --
14  A.  No, it does not go to the personnel file.
15  Q.  It goes to a file that you maintain there in
16      the office?
17  A.  Yeah.  Generally recommendations to the
18      superintendent.
19  Q.  When we first started talking about the hiring
20      process with certified personnel, you
21      indicated that there's an interview with the
22      principal, and then you check the minimum
23      qualifications.  And then there's I guess a

14 (Pages 53 to 56)

**Page 57**

1    sample that's put together that goes to the
2    superintendent for her to decide?
3         MS. CARTER: Object to form.
4    A.   Now, the sequence may be reversed.
5    Q.   Lay it out there again for me.
6    A.   Generally if I know that a particular
7         applicant is applying for a given position, we
8         check their qualifications before the
9         principals receive a list and say, well, this
10        list of individuals have applied for your
11        position; we've checked out their credentials
12        and they've met the minimum qualifications.
13             However, we don't have total control of
14        that process.  An applicant, Mr. Lowe or
15        anyone else, may very well find out that a
16        particular position is being posted, take some
17        initiative on their behalf and contact the
18        principals themselves.  So I may have to check
19        the credentials out after the interview
20        process as opposed to before simply because
21        they've been proactive in terms of contacting
22        the principals themselves.  If we know ahead
23        of time, we check the credentials out and save

**Page 58**

1         the principals that agony of having to select
2         and interview someone and they may not meet
3         the qualifications.  But we don't always know
4         ahead of time.
5    Q.   It's not uncommon for a principal to say, I'd
6         really like to hire this person here or that
7         person for a particular job, is it?
8    A.   It's not.  It's not.
9    Q.   Now, once the principal comes back and says, I
10        like this person or that person, do you still
11        take a sample of persons to the superintendent
12        or do you just take the principal's choice?
13   A.   We take a sampling for most positions.  If
14        they are teaching positions and teaching
15        positions are going to be multi over a given
16        period of time, we generally won't require
17        that you give me three people for this fifth
18        grade position that you have.  These are
19        generally positions that are contested-type
20        positions, ones that are above the teaching
21        level.
22   Q.   Can you think of any situations or any other
23        incidences where a principal's recommendation

**Page 59**

1         for an employee was not followed through?
2    A.   Since Dr. Purcell -- I'll put that in two
3         tiers.  Since Dr. Purcell has been here,
4         roughly a little over a year ago, I can't
5         remember a specific position wherein I did not
6         recommend to her the person -- one of the
7         three people who were recommended by the
8         committee.
9             When Dr. Carter was superintendent, there
10        were occasions wherein -- I can't remember the
11        specifics of them, but I know that there were
12        occasions wherein these are the three people
13        recommended for the position; these are the 15
14        applicants who meet the minimum
15        qualifications, and Dr. Carter might exercise
16        the option of recommending one of those people
17        who were not among the top three.  But the
18        rationale in my mind as to why that happened
19        was because Dr. Carter was familiar with the
20        rank and file even better than I was and knew
21        basically the qualifications of the various
22        individuals, so he felt comfortable in going
23        outside those three.  Dr. Purcell basically

**Page 60**

1         had to get to know everybody.
2    Q.   Well, can you think of any -- I understand you
3         say that you can't think of anywhere where she
4         hasn't chose from the group of three.  Can you
5         think of any instance where a principal has
6         said I want this person and Dr. Purcell has
7         not hired the person the principal wants?
8    A.   I cannot, simply because I'm not privy to any
9         conversations that she might have with the
10        individual principals.  If you recall from my
11        earlier testimony, I would say, well, give me
12        your top three as is required; give me your
13        top three; you may convey to the
14        superintendent -- You may call the
15        superintendent up and articulate to the
16        superintendent, well, I feel strongly about
17        person A or person B.  They don't always share
18        that with me because I force them not to.  I
19        force them to keep it somewhat on an even par
20        with these are my three top candidates.  But
21        nothing is going to prevent you from calling
22        the superintendent up and saying, well, I feel
23        strongly about person A as opposed to person

15 (Pages 57 to 60)

Page 61

1    B.
2    Q.  Are you saying, though, that it's not -- it's
3        uncommon for a principal to say, I want to
4        hire -- I've looked at these applicants and I
5        want to hire so-and-so?  Don't principals do
6        that all the time?  Say I -- They tell you I
7        want to hire this person or I favor this
8        person or I like this person the best?
9    A.  On some occasions they may very well do that.
10       But my instructions to them in general are you
11       know that I cannot take one recommendation to
12       the superintendent.  Give me your top three
13       choices so I may submit those.  If you feel
14       strongly about a particular person among them,
15       I encourage them to call up the superintendent
16       and let her know.  Where I'm at a disadvantage
17       is, I don't know who does and who doesn't.
18   Q.  Did you tell Dr. Owens to call the
19       superintendent?
20   A.  No.  I told him that I was going to articulate
21       to the superintendent who his choice was.  He
22       made that known to me who his choice was.  As
23       I told you, some will tell me, some will not.

Page 62

1        I try to discourage any of them from doing
2        so.  But Dr. Owens was explicit that he wanted
3        Mr. Lowe as his first choice for the position.
4    Q.  When did you first learn of the EEOC charge
5        that Mr. Lowe filed?
6    A.  It's hard for me to say exactly to put it in a
7        time frame.  It was prior to the
8        superintendent getting here, and she got here
9        in December of '04.  So I guess it must have
10       been fall of '04 or late summer of '04.
11   Q.  And did you talk to Dr. Owens about that at
12       all?
13   A.  About the EEOC charge?
14   Q.  Uh-huh (positive response).
15   A.  Absolutely not.
16   Q.  When did you find out that Mr. Owens -- Lowe
17       had filed a lawsuit in this case?
18   A.  This lawsuit?
19   Q.  Yes, sir.
20   A.  I don't remember specifically.  I just don't.
21       The chronology of it just doesn't register
22       with me.
23   Q.  Did you ever talk to Dr. Owens about this

Page 63

1        lawsuit?
2    A.  Yes, I did.  I talked to Dr. Owens when I
3        called him up to set up times with him to
4        appear for depositions.
5    Q.  I'm not -- I'm really more talking about,
6        let's say, prior to June 22, 2005.
7              MS. CARTER:  Let me say something
8           for the record because we don't
9           mind -- I don't mind you knowing
10          this.  I think that I told
11          Mr. Barker that Mr. Lowe's
12          lawsuit had been filed because we
13          knew he had an EEOC charge.  So
14          it would have been right after it
15          was filed.  I just don't know
16          when that is.
17             MR. PATTY:  That's fine.
18   Q.  Did you ever talk to Dr. Owens prior to June
19       22, 2005 about Mr. Lowe's lawsuit?
20   A.  Definitely not.
21   Q.  Did you ever tell Dr. Owens that Mr. Lowe
22       shouldn't have filed a lawsuit?
23   A.  Absolutely not.

Page 64

1    Q.  What did you do -- What was your role in
2        preparing a response to the EEOC charge?
3    A.  Well, I have to do all of the research with
4        regard to the various allegations of the EEOC
5        charge and respond to the various questions
6        that were being asked.
7    Q.  Would you have been the person for the school
8        system to provide the factual information for
9        the response to the EEOC charge?
10   A.  Yes, I was.
11   Q.  Did you look at the response?  I know it was
12       written from your attorney, but have you
13       looked at the EEOC response?
14   A.  I did.
15   Q.  And is it accurate?
16   A.  As best I recall.  I don't have it here before
17       me right this second.  Yes, I assumed that it
18       is 100 percent accurate.
19   Q.  Has anything happened since that time that you
20       think is now incorrect that you've learned
21       after the EEOC charge that you said, hey, we
22       found out this was not right?
23   A.  Not to my knowledge, no.

16 (Pages 61 to 64)

Page 65

1  Q.  Is the reading coach a ten-month position?
2  A.  There's no cut-and-dry answer to that.
3      Reading coaches -- The evolution of reading
4      coaches in our school district came in three
5      tiers primarily.  With the original
6      application for the ARFI grant, there were, if
7      I recall, ten reading coaching positions that
8      were ten-month reading coaching positions
9      because the coaches had to be trained.
10         Shortly thereafter the next year or within
11     the next year, MPSRI sponsored reading
12     coaches.  Montgomery Public Schools Reading
13     Initiative reading coaches were authorized.
14     Those were ten-month positions.  Then there
15     were reading coaches who were sponsored
16     through the individual Title I budgets of
17     Title I schools who were brought aboard as
18     nine-month reading coaches because they didn't
19     have the resources to pay them ten months.  So
20     there were some that were nine months and some
21     that were ten months based upon the fund
22     source and the resources available to fund
23     those units.  All of the ARFI and all of the

Page 66

1      MPSRI were ten months.  There was not a
2      reading coach assigned to Daisy Lawrence where
3      Mr. Lowe was assigned.
4  Q.  Ever?
5  A.  There was not a reading coach assigned there
6      by MPSRI or by ARFI.  There may have been
7      coaches who were -- There was not anyone
8      assigned permanently to that campus.  There
9      may have been someone who may have been
10     providing partial services, but there was not
11     a reading coach assigned there.
12         Mr. Lowe's position that he received there
13     as a teacher/tutor was a federally funded
14     Title I type position, and it was a nine-month
15     position.  It was not a reading coach position
16     but a teacher/tutor position.
17         Let me clarify something for you, Bill.
18     When Mr. Lowe initially sought out that job,
19     he went to Dr. Owens, according to what
20     Dr. Owens said to me, and inquired about a
21     reading coach position.  Dr. Owens told him I
22     do not have a reading coach position --
23     according to what he told me, I do not have a

Page 67

1      reading coach position available; I do have a
2      teacher/tutor position available; are you
3      interested in that teacher/tutor position.
4      That clarification was made prior to Mr. Lowe
5      accepting that position.  He knew fully well
6      that that was a teacher/tutor position,
7      according to the conversation that I had with
8      his principal.  He said he told him this is
9      not a reading coach position; this is a
10     teacher/tutor position; are you still
11     interested.  And the feedback he gave to me,
12     yes, I am.
13  Q.  When were the dates of the ten-month -- the
14     RC ten-month reading -- well, the ten reading
15     coach positions that were ten-month positions,
16     the first level you said?
17  A.  ARFI?
18  Q.  Yes.
19  A.  This was at the end of the summer of '03 going
20     into '04, the '03-'04 school year.  This was
21     the first year of our reading program.
22  Q.  The MPS reading coach authorized ten-month
23     positions, that second level you said, when

Page 68

1      did they start?
2  A.  Sometime during that same year when funds were
3      solicited from the county commission,
4      Montgomery Public School Reading Initiative.
5      Those funds came throughout that particular
6      year.
7         MS. CARTER:  What year?  I'm sorry.
8         THE WITNESS:  '03-'04.
9  Q.  The individual Title I budget nine-month
10     positions, when did that start?
11  A.  The nine-month positions -- There were always
12     Title I funds that were allocated to various
13     schools.  I couldn't give you a definitive
14     time frame as to when that initially started
15     because the schools had been getting Title I
16     funds all along.  The key issue with Title I
17     is that there could be no supplanting.  By
18     that I mean this:  If a school wanted a Title
19     I reading coach and was not already allocated
20     a reading coach from one of these other two
21     sources, they could not have that individual
22     because Title I cannot be the first kid on the
23     block.  It has to be in addition to.  It has

Page 69

1  to be supplemental. And therefore if a school
2  requested and they already had one of the
3  other two, I could give them that Title I --
4  let them use that Title I money for that
5  purpose. If they requested that and did not
6  have one of these other two, they could not
7  because it was a clear supplanting violation.
8      Daisy Lawrence did not have a coach from
9  the other two funds. They would not qualify
10  for a Title I reading coach because it would
11  be supplanting.
12  Q. Well, would there be a -- when did Title I
13  start using, though, for these nine-months --
14  when did that begin, using the Title I for
15  those?
16  A. As early on as when ARFI started. Some of the
17  ARFI schools would have more --
18  Q. '03?
19  A. -- than one.
20      Yeah. They would have an ARFI coach and
21  they would have a Title I coach. And they
22  might very well make that Title I coach in
23  addition to the ARFI. And the Title I may be

Page 70

1  a nine-month and the ARFI may be a ten-month.
2  And they would pay the Title I supplemental
3  funds for the summer in order to get the
4  training and that type thing.
5  Q. Was Lowe ever -- Was his name ever listed on
6  any documents regarding the financial payments
7  the school was receiving for his position as a
8  reading coach? Was he ever designated as a
9  reading coach?
10  A. I couldn't say. Not to my knowledge.
11  Q. Do you know how the position that he applied
12  for in the fall of -- and received in the fall
13  of 2003 at Daisy Lawrence, do you know how
14  that was advertised?
15  A. It was advertised as a teacher/tutor position.
16  Q. We've received a number of documents from
17  y'all with job descriptions. Was that
18  advertisement in that material we received?
19  A. It was. It was listed as a Title I
20  teacher/tutor at various Title I sites. It
21  was not listed specifically to Daisy Lawrence.
22  Q. How would I know that that's the job
23  advertisement for that position? Is there

Page 71

1  documentation that tells me that?
2  A. No. You just have to take my word for it.
3      (Off-the-record discussion.)
4      MS. CARTER: I didn't understand
5      what your question -- Oh, you
6      mean because it says various
7      locations how do you know that
8      posting in fact related to that
9      location?
10     MR. PATTY: Yes.
11  A. It would give you some sense of reassurance
12  the timing of it. The timing of that
13  particular posted notice was right at the end
14  of the summer, and Mr. Lowe came aboard in
15  October -- early October of that same year.
16  Q. Wouldn't there have been also, though, that
17  same summer a posting that said for reading
18  coaches, various locations? Wouldn't there be
19  that kind of posting as well?
20  A. Generally there may have been back near the
21  first of the summer, yeah.
22  Q. Did Mr. Lowe interview through any committee
23  for that teacher/tutor position?

Page 72

1  A. I don't recall, because at the time most of
2  the elementary placements were being handled
3  through one of my subordinates in the office.
4  Q. When did you get district reading coaches?
5  A. In the initial application process, as I told
6  you before, Teresa Nichols was the only,
7  quote, unquote, reading official other than
8  the superintendent -- assistant superintendent
9  for curriculum and instruction. Shortly
10  thereafter they brought aboard whom I
11  considered to be the first reading coach,
12  which was Teresa Jackson. That person was
13  interviewed for by Dr. Looney and Teresa
14  Jackson.
15  Q. Was she a district --
16     MS. CARTER: Teresa Nichols you
17     mean.
18     THE WITNESS: Yeah, Teresa Nichols.
19  A. She was district. She was the first reading
20  coach that we had that was applicable to the
21  entire district. She was actually third guru
22  in charge of our reading program after she was
23  selected.

18 (Pages 69 to 72)

Page 73

1  Q. When was that?
2  A. That was early on in the process. Maybe late
3     summer '03 or very early -- latest, early fall
4     '03. But I think late summer '03.
5  Q. Would she have been called a district reading
6     coach or would she have been called something
7     else?
8  A. I don't remember the exact nomenclature that
9     we used. After that, then, of course, the
10    others were interviewed for -- there were
11    screening committees involving the principle
12    players for the reading program for the
13    selection of the other reading coaches. That
14    was Connie -- I mean, that was Teresa
15    Jackson. That was Teresa Nichols. That was
16    Mike Looney. That was Margaret Allen, who was
17    a fund source for some of the -- for one of
18    the district reading coach positions. She was
19    in control of the Title II funds which was
20    going to fund one of those. All four of those
21    individuals I know sat in on that screening
22    committee when the original other district
23    reading coaches were selected.

Page 74

1  Q. Back before Mr. Lowe came back as a
2     teacher/tutor, did you have a conversation
3     with him and his mother where you informed him
4     about the reading coach positions being open?
5  A. I don't recall. I remember having an audience
6     with Mr. Lowe and his mother on a different
7     occasion. I remember them coming to my
8     office, but the specifics of that conversation
9     just escapes me to tell you the truth.
10 Q. When he came back to Daisy Lawrence in the
11    fall of '03, he was coming from Bullock
12    County. Did you have any conversations with
13    any officials at Bullock County about him
14    coming back to Montgomery, what he was going
15    to do?
16 A. I had a conversation with Mr. Lee Arthur
17    Ballard, which is protocol among HR circles.
18    I did not discuss with him any specific
19    assignment that he was to have with Montgomery
20    Public Schools. Merely that conversation was
21    along the lines of, Mr. Lowe has applied for a
22    position with Montgomery Public Schools. We
23    have a gentleman's agreement that we do not

Page 75

1  raid each other for talent. If Mr. Lowe is
2  offered a position with Montgomery Public
3  Schools, are you going to perceive it as
4  tampering with regard to our entertaining the
5  possibility of hiring him. That basically is
6  the conversation -- That was the essence of
7  it, which is a conversation that happens
8  between me and other HR directors throughout
9  the contiguous counties all the time. We just
10 don't raid each other.
11 Q. But do you recall telling him that you were
12    hiring Mr. Lowe as a reading coach?
13 A. I don't.
14 Q. Do you recall telling anyone else with Bullock
15    County Board of Education that Mr. Lowe is
16    being hired as a reading coach?
17 A. I spoke with no one else from Bullock County
18    other than Mr. Ballard.
19 Q. Do you recall putting together a copy of
20    Mr. Lowe's personnel file for Ann Sipial,
21    director?
22 A. By and large that's not something I would do.
23    That's something I would delegate to my

Page 76

1  secretary.
2  Q. So your secretary would be the one to copy it
3     and put it together?
4  A. Most likely.
5  Q. Do you know if -- Do you recall that that
6     happened, that Ann Sipial requested a copy of
7     Mr. Lowe's personnel file?
8  A. I cannot say with certainty. I get requests
9     all the time from various outlets. I just
10    don't recall.
11 Q. Do you recall if there were personnel items
12    that are now in his personnel file that were
13    placed in the personnel file at a much later
14    date than his original personnel file --
15    placed at a much later date than they were
16    generated?
17 A. No. I don't have any knowledge of that at
18    all.
19 Q. Do you recall if there maybe were things
20    placed in his personal file post lawsuit or --
21 A. Not to my knowledge. Unless they were results
22    from the lawsuit or from the EEOC claim that
23    were ongoing at that time. I would place some

19 (Pages 73 to 76)

Page 77

1    documentation in there later on once we got a
2    ruling.
3  Q.  And y'all would not maintain two personnel
4    files, right?
5  A.  Definitely not.
6        (Brief off-the-record discussion
7        followed by a brief recess.)
8  Q.  (Continuing by Mr. Patty) Does the school
9    system have a policy with regard to providing
10   personnel file information to the principals
11   for an employee? For instance, if an employee
12   has some prior incident or allegation that has
13   been investigated and that is kept in their
14   personnel file, does the school system have a
15   policy about whether they will provide that to
16   a subsequent principal that employee is
17   working with without it being solicited by
18   that principal?
19  A.  Do we have a policy of providing -- Generally
20   our policy with regard to your personnel file
21   is that whether you review it or whether you
22   authorize someone else to review it, that
23   person has to sign saying I've reviewed the

Page 78

1    documents on this particular file on this
2    particular day so nothing is added to it or
3    taken from it unknown to us.
4  Q.  Would it then violate the board's policy if
5    someone copied materials from that personnel
6    file and sent it to a principal without that
7    principal asking for those materials?
8        MS. CARTER: Object to form.
9  A.  That's kind of vague. From the standpoint
10   that if a principal were to ask, for example,
11   is John Doe highly qualified; do you have any
12   verification that he's highly qualified; does
13   he have a valid teacher's certificate for this
14   particular grade --
15  Q.  No. I'm not saying it's something the
16   principal has asked for. Let's say there's
17   something that is of an investigation that has
18   been done or a letter of reprimand or prior
19   suspension of an employee, and that employee
20   is working for a principal -- another
21   principal after that fact. Is it appropriate
22   or does it violate board policy for someone to
23   send that principal personnel file information

Page 79

1    about that past situation when it's not asked
2    for by the principal?
3  A.  I don't know if it's a violation of a written
4    policy, but it's definitely not good business
5    to share that with another principal, no.
6  Q.  Are you aware of the reprimand letter that was
7    written to Mr. Lowe regarding Southlawn being
8    sent unsolicited to Dr. Owens?
9  A.  No, I'm not.
10  Q.  Who would have access to that personnel file?
11  A.  HR department primarily would have access to
12   it, the specialist within the department. Of
13   course, myself being the assistant
14   superintendent. The specialist within that
15   department. We have a director for certified
16   personnel, Carolyn Hicks. We have ed
17   specialists within that determine, and we have
18   various clerical support individuals in that
19   office.
20  Q.  Do you ever recall Dr. Owens making any
21   inquiries through your office for information
22   regarding Melvin Lowe, that he wanted to know
23   something about his employment background or

Page 80

1    his work there in the school system or
2    anything of that nature?
3  A.  I don't.
4  Q.  Now, we were provided during discovery some
5    investigation documents regarding Southlawn.
6    Did you conduct that investigation?
7  A.  I did.
8  Q.  Did Tina Minott conduct an investigation as
9    principal prior to you conducting your
10   investigation?
11  A.  One of the requirements for any type of action
12   of that nature is that the principal sends an
13   investigative summary of what the allegations
14   are and what they have been able to discern
15   prior to making the recommendations to the
16   board.
17  Q.  Did Tina Minott's investigation clear Melvin
18   Lowe?
19  A.  No. Her purpose is not to clear or to
20   corroborate the charges. Her purpose is to
21   provide all the information to my office so
22   that a determination can be made as to the
23   guilt or innocence of the person.

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

**Page 81**

1  Q.  Do you remember if Tina Minott was supportive
2      of Melvin Lowe?
3  A.  I don't recall specifically.
4  Q.  Did she believe the allegations true or
5      untrue?  Do you recall?
6  A.  I just don't recall.
7  Q.  Did Tina Minott recommend that Mr. Lowe
8      receive any discipline?
9  A.  That's not her purpose to recommend whether or
10     not.  The disciplinary end of it generally
11     will come from after I have reviewed all the
12     information, all of the student statements,
13     looked into it.  I make a recommendation to
14     the superintendent based upon those
15     observations.
16  Q.  But often is it not true -- We've had some
17     termination cases before that you and I have
18     been involved in that the principal will
19     recommend particular action take place.
20  A.  Oh, yeah.  There's an exuberance on behalf of
21     our principals in a lot of cases that breach
22     protocol.  I mean, we have to --
23  Q.  I'll have to remember it breaches protocol.

**Page 82**

1      The last time it didn't breach protocol.
2          Anyway, did Tina Minott make any
3      recommendation disciplinary-wise in this case?
4  A.  I'd have to review it.  I have it in his file
5      at my office, but I don't remember the
6      specifics.
7  Q.  What was the result of that investigation?
8  A.  If I recall correctly, there was a
9      preponderance of circumstantial evidence.
10     There was evidence in which we watched the
11     videotape recordings, and it showed Mr. Lowe
12     confronting a particular student.  It showed
13     him hovering over that particular student.  It
14     didn't show specifically his hitting or
15     pushing that student up against a wall.  But
16     it was in three-second segments, and there
17     were little breaks there.  You would see here
18     and you would see there.  There were a lot of
19     circumstantial-type evidence with regard to
20     that.  I recommended to the superintendent
21     that I could not say with 100 percent
22     certainty that the things Mr. Lowe had been
23     accused of that he had done, but I felt sure

**Page 83**

1      to a degree from observation on there that
2      something had transpired.  And I recommended a
3      five-day suspension without pay because this
4      was the third time that I had spoken to
5      Mr. Lowe over the past several years with
6      regard to possibly mishandling a child.
7  Q.  Let me show you what I'm going to mark as
8      Plaintiff's Exhibit 8 and ask you if this is
9      the complete investigative file regarding the
10     Southlawn matter.
11         (Plaintiff's Exhibit 8 marked for
12          identification.)
13  A.  This seems to be rather comprehensive.  This
14     seems to be the file that I would have on file
15     in that school file there at my office, yes.
16  Q.  As you sit here today, can you think of any
17     documents that are not in this file?
18  A.  It was so long ago, I couldn't say with any
19     degree of certainty whether there were any
20     other witness statements or anything of that
21     nature.
22  Q.  Did Tina Minott want to rehire Mr. Lowe for
23     the next school year?

**Page 84**

1  A.  I can't say whether she did or not, but she
2      did not recommend him to me.
3  Q.  So she did not make a recommendation to you to
4      rehire him?
5  A.  Right.  She didn't make a recommendation to
6      rehire him or to dismiss him to my recall.
7  Q.  She didn't make a recommendation to non-renew
8      him?
9  A.  No.  That was not her -- You mean as a result
10     of this investigation?
11  Q.  No, sir.  Just at the end of the school
12     year --
13  A.  At the end of the school year, she did make a
14     recommendation.  It would have been in the
15     conference notes where she comes down at the
16     end of the year and gives me a review of the
17     performance of each individual who she has
18     recommended for non-renewal.  I would have
19     thought she would have made that
20     recommendation.  I cannot say with 100 percent
21     certainty that she did as I sit here today.
22  Q.  Are you saying that it's the standard practice
23     that the principal would make a recommendation

21 (Pages 81 to 84)

Page 85

1  of who they wanted to non-renew or to renew;
2  you don't really remember specifically which
3  way she went on that?
4  A. I don't.
5  Q. Do you remember Superintendent Carter having
6  any input as to whether to non-renew or renew
7  Melvin Lowe?
8  A. I don't remember specifically.
9  Q. What conversations did you have with
10  Superintendent Carter about this file, about
11  this situation at Southlawn?
12  A. I don't remember the conversation, but there
13  is a letter in there of my recommendation to
14  him at that particular time. It was general
15  practice if a person were up for any type of
16  disciplinary action or proposed disciplinary
17  action that I would review the specifics of
18  the case with the superintendent, knowing
19  fully well that the final position on whether
20  or not those actions were going to be taken
21  rest with the superintendent. It was my
22  responsibility to give them all the facts as I
23  had ascertained them and then let them make a

Page 86

1  decision on what actions to take thereafter.
2  Q. So you sitting here today can't say who was
3  the person that would have recommended that
4  Mr. Lowe be non-renewed?
5  A. I'm sitting here telling you that the only
6  person who had that authority was the
7  superintendent.
8  Q. Sure, to make the official authority. But
9  we've talked about how obviously often, as
10  Dr. Purcell expressed today, the
11  superintendents follow the recommendations of
12  other individuals. That being the case, do
13  you know of anyone who recommended that Melvin
14  Lowe be non-renewed at the end of the school
15  year where this incident is supposed to have
16  occurred?
17  A. I couldn't tell you with any degree of
18  certainty.
19  Q. Do you know if there would be any other
20  documents, such as -- You said that sometimes
21  principals fill out a form. Do you know
22  if there's a -- would that documentation be
23  kept where Tina Minott may or may not have

Page 87

1  recommended him to come back?
2  A. She may very well have a copy of it.
3  Q. Tina Minott?
4  A. Yeah. I can't say for sure. There's a form
5  that they would submit to us as the assistant
6  superintendent and say, well, these are
7  individuals whom I want to have discussions
8  with you relative to non-renewing for next
9  year. And they would itemize those person's
10  names. Whether or not I still have that form
11  on file, I can't say for sure, but I can check
12  for you.
13  Q. What about the position that he held? Someone
14  was hired to replace that position; is that
15  right?
16  A. That he held ...
17  Q. At Southlawn.
18  A. I assume so, yes, sir.
19  Q. So the non-renewal was not because there was a
20  lack of a position?
21  A. I can say that with some degree of certainty,
22  right.
23  Q. Do you know why he was non-renewed?

Page 88

1  A. I don't remember the specifics of it. I have
2  discussions with the superintendents in terms
3  of what is the most prudent course to take
4  with regard to personnel all the time. I
5  couldn't say with any degree of certainty
6  exactly what that conversation might have
7  been.
8  Q. Have you looked for any documentation that you
9  may have regarding that non-renewal?
10  A. No, I haven't.
11  Q. Do you know if Tina Minott asked to reemploy
12  Mr. Lowe in the summer following his
13  non-renewal?
14  A. Not to my recall.
15  Q. Did Melvin Lowe request to be reemployed with
16  the school that summer?
17  A. I think he did. I think he requested for us
18  to reactivate his file which would have given
19  an indication that he wanted to be considered
20  for employment. I don't remember him
21  specifically asking about specific positions
22  thereafter.
23  Q. Do you know -- Who would have made the

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 89

1   decision not to hire him or who would have
2   been involved in the decision not to hire him
3   that summer for the Southlawn position that he
4   previously held?
5   A.  Assuming that he applied and that she
6       recommended him for that position, then we
7       would have gone through the normal protocol.
8       We would have gone through the protocol of it
9       coming through HR, and with HR taking no
10      exception with it, then recommending it to the
11      superintendent and then the superintendent to
12      the board.
13  Q.  And would there be a record of that?
14  A.  No.  Not for a teaching position, no.
15  Q.  You don't have any recollection of either
16      Mr. Lowe asking to be reemployed at Southlawn or Tina Minott
17      previous position at Southlawn or Tina Minott
18      wanting to reemploy him in that position?
19  A.  No.
20  Q.  Do you recall any conversations you would have
21      had with Mr. Lowe in that year after he was
22      non-renewed at Southlawn?
23  A.  I do not.

Page 90

1   Q.  Do you have any knowledge or information about
2       this incident that's outlined in Exhibit 8
3       other than what we've got before us?  Are
4       there any facts or information that you know
5       about that is not in the memos and the
6       letters?
7   A.  Not that I'm aware of.
8           MS. CARTER:  I was just going to say
9       I think he said he viewed a
10      videotape, and it's not part of
11      Exhibit 8.
12  Q.  Right.  Other than the videotape?
13          MS. CARTER:  I was just going to
14      clarify.
15  A.  Not to my knowledge.
16  Q.  Who has the videotape?
17  A.  I don't know whether there are any -- what the
18      storage capacity -- whether those are erased
19      at the end of each year and they start over or
20      whether they keep those in storage.  I don't
21      know enough about it, Bill, to answer with any
22      degree of certainty.
23  Q.  Were you ever aware that Mr. Lowe's mother had

Page 91

1   made an EEOC complaint or had ever filed any
2   EEOC lawsuit in the past?
3   A.  As I sit here before you now, I cannot say
4       that I'm not aware of it.  I was not aware of
5       it until Mr. Lowe filed his complaint and
6       referenced that as one of the reasons of
7       retaliation against him.  It was totally
8       unbeknownst to me.  I was not aware his mother
9       had ever filed any action against the school
10      district at that time.
11  Q.  What about have you and Mr. Carter --
12      Superintendent Carter ever talked it?
13  A.  No.
14  Q.  Have y'all ever talked about, that you can
15      recall, Mr. Lowe or his mother?
16  A.  Well, obviously we talked about Mr. Lowe from
17      the standpoint when I would make a
18      recommendation to him like disciplinary
19      actions, those types of discussions.  And I'm
20      sure that I mentioned it to him with regard to
21      when he was assigned to the RISE program, his
22      first assignment with us, when he was cited
23      for paddling kids inappropriately.  It was

Page 92

1   routine for me to discuss any type of proposed
2   disciplinary action or conference that I was
3   going to have of that magnitude where there
4   may be some job action incurred with the
5   superintendent.
6   Q.  What about with regard to the summer before
7       Mr. Lowe returned to Daisy Lawrence?  Did you
8       have any conversations with Superintendent
9       Carter then about Mr. Lowe?
10  A.  Not to my recall.  Not to my recall.
11  Q.  Tell me about the -- You said there were two
12      other complaints besides Southlawn.  What are
13      the other two complaints?
14  A.  Well, Mr. Lowe was assigned as a teacher at an
15      alternative education site that was referred
16      to under the acronym of RISE at the time.
17      There was an administrator assigned there by
18      the name of Mrs. Erodean Jeeter.  Complaints
19      came to us relative to Mr. Lowe paddling
20      students without just authority.  I talked, if
21      I recall correctly, with Mrs. Jeeter, and I
22      talked with Mr. Lowe concerning these
23      particular allegations.  He assured me that it

23 (Pages 89 to 92)

Page 93

1  was not taking place, and that was the
2  documentation with regard to that counseling.
3  You cannot paddle unless you are an
4  administrator or you're an agent of that
5  administration. Go over the particulars with
6  him, review the policy.
7      On the next year when he was assigned to
8  Fitzpatrick Elementary School, I received a
9  complaint that was from his principal,
10  Mrs. Vera Thompson, saying that she had
11  received complaints from parents that he was
12  rough handling their children in his
13  classroom. Mrs. Thompson asked that I get
14  Mr. Lowe down and talk to him concerning this
15  particular matter, which I did, once again
16  reminding him of what is proper procedure and
17  what constitutes physically handling a
18  particular child and what safeguards you must
19  follow. Those were the other two situations
20  that I recall.
21  Q.  I did not see anything in the nature of a
22  written warning or reprimand or anything in
23  his personnel file regarding the situation

Page 94

1  with Jeeter and the RISE program. Do you
2  recall if there was anything of that nature?
3  A.  I don't think that there was any written
4  reprimand in that case. It sufficed for me to
5  have the conversation with him and tell him
6  basically what is acceptable and what is not
7  acceptable. If you are paddling children
8  without proper authority, cease and desist. I
9  am not, Mr. Barker, paddling children. I had
10  no proof other than the allegations on behalf
11  of the complaining parent.
12  Q.  Was there any documentation of your meeting
13  with him or your investigation?
14  A.  There may be a calendar indication if I were
15  to pull out a calendar back that far, if I
16  have a calendar back that far, but no other
17  documentation.
18  Q.  What about with Fitzpatrick? Is there any
19  written reprimand there?
20  A.  I don't think that there's any written
21  reprimand. I would have documented it in his
22  personnel file. There was just dialogue back
23  and forth between his principal and myself

Page 95

1  after I spoke with him about that particular
2  issue, but no written documentation.
3  Q.  So he didn't receive a reprimand or warning or
4  anything with regard to the Fitzpatrick?
5  A.  No, he did not.
6  Q.  How was Mr. Lowe's PEPEs? Do you recall?
7  A.  I have not had the opportunity to review
8  them. I don't know.
9  Q.  Do the PEPEs go over classroom control,
10  classroom conduct?
11  A.  Yes. I think there's an item on the PEPE that
12  attests to your ability or your demonstrated
13  ability during that particular observation to
14  control your classroom, but that's a 55-minute
15  setting. You record what you see. No
16  generalities can be drawn on that PEPE
17  instrument.
18  Q.  Right. You have a certain session you're
19  monitoring to evaluate them through the PEPE
20  process, and you do that at different
21  intervals during the school year, right?
22  A.  That's correct.
23  Q.  Some of those are announced and some of them

Page 96

1  are unannounced, right?
2  A.  That's true.
3  Q.  And then obviously if you want to take any
4  other kind of discipline, you can always send
5  somebody a written reprimand or a written
6  warning or suspend them as happened with
7  Southlawn. There's other things you can do as
8  well; is that right?
9  A.  That's true. That's available to us on the
10  central office level, not the principal's
11  level.
12  Q.  Sure.
13      (Plaintiff's Exhibit 9 marked for
14      identification.)
15  Q.  Let me show you what I'm going to mark as a
16  collective exhibit, Exhibit 9, and ask you if
17  those are Mr. Lowe's PEPE evaluations. Those
18  would just be the years with Jeeter and
19  Thompson.
20  A.  They appear to be for Mrs. Thompson at
21  Fitzpatrick and Mrs. Erodean Jeeter at the
22  RISE program.
23  Q.  And he made scores that were passing scores at

24 (Pages 93 to 96)

Page 97

1    those two places? He made passing scores?
2    A.   Well, it depends on what you mean by passing.
3         They seem to have been fairly goodfeedback.
4         There were some 2s. There were some 3s. 2s
5         are areas that need improvement. There are
6         more 3s than there are 2s on most of the
7         ones. However, each one that I saw had some
8         areas that were 2s and some that were 3s.
9    Q.   But don't you have a cumulative score that
10        you've got to exceed a 20?
11   A.   I think you do have to make a score of 21 or
12        above to say that you have successfully gone
13        through that evaluation process.
14   Q.   And he met those scores, didn't he?
15   A.   Yes. I think so in each case. Let me
16        double-check again. I only see one instrument
17        where they were totaling, and on that
18        particular instrument he made 23 which is
19        above that 21 minimum passing score.
20   Q.   Do you recall -- I'll try to take it somewhat
21        chronological. Let's go up to the end of
22        Southlawn.
23             Other than what you told me, do you

Page 98

1    remember any other conversations with Mr. Lowe
2    up to the point of he's non-renewed at
3    Southlawn, other than what you've already told
4    me?
5    A.   Not to my recall, no.
6    Q.   Do you remember any other conversations about
7         Mr. Lowe up to that point?
8    A.   To anyone in general?
9    Q.   Sure.
10   A.   As I said before, I would have probably had a
11        conversation with the superintendent when it
12        came time to review individuals for
13        non-renewal, but not about Mr. Lowe
14        exclusively but about the individuals who were
15        being recommended for non-renewal.
16   Q.   Do you remember anything about that particular
17        conversation?
18   A.   No, I do not.
19   Q.   Now, we've been given a number of documents
20        from Mr. Lowe's -- where he applied for some
21        different positions with the school system.
22        Those documents have some announcements, and
23        then behind them they'll have a certificate I

Page 99

1    guess of the employee who got the position.
2    A.   Yes, sir.
3    Q.   Will you keep the employee's resume, anything
4         that shows the qualifications of that
5         particular employee, who got that position?
6    A.   No. By and large, if it's an administrative
7         position, we ask that the applicants bring a
8         resume with them to the interview process. If
9         it's a teaching position or something of that
10        nature, then there would be no resume
11        required. We basically check out minimum
12        credentials to make sure that they are
13        certified, that they meet the posted
14        qualifications for that particular position.
15        But we don't require a resume for them.
16   Q.   They would have an application, though,
17        correct?
18   A.   They would have to have an application on
19        file, yes.
20   Q.   And that would detail their different
21        qualifications?
22   A.   Yes.
23             (Brief off-the-record discussion.)

Page 100

1    A.   Let me clarify that, Bill. If they are a
2         current employee of the schooldistrict and
3         they apply for a particular postion, if it is
4         an administrative-type position, a letter of
5         intent is required by my office. If it is a
6         teaching position, something that's on a
7         parallel with the position that they are on,
8         they are free to interview with the principals
9         for those particular positions without having
10        a letter of intent. If you are a nine-month
11        teacher and there's another postion that's on
12        a nine-month pay schedule and you know that
13        there's a vacancy at McKee Junior High School,
14        it's within your right to contact McKee Junior
15        High School and say, well, I'm interested in
16        that particular position. They do not have to
17        submit a letter of interest. If there's any
18        type of gain going from a nine-month or
19        ten-month, an increase in pay, then they must
20        submit a letter to us indicating they are
21        interested in that position. We cannot make
22        that assumption.
23   Q.   If a person moves from, say, a nine-month to a

25 (Pages 97 to 100)

**Page 101**

1    ten-month position, is that considered to be a
2    promotion?
3  A.  It is because there's a pay increase
4    associated with it.
5  Q.  Does that mean they have to -- If they are
6    going to move from that position to a higher
7    one, does that position have to be advertised?
8  A.  That position has to be advertised, right.
9  Q.  Let's move into the fall of 2003. Do you
10    recall any conversations with Mr. Lowe or
11    about Mr. Lowe during that time?
12  A.  Fall of 2003? This is the time that he was
13    hired for the position at Daisy Lawrence; is
14    that correct?
15  Q.  Right.
16  A.  No, other than the fact of clarifying the
17    position that he was applying for. When
18    Mr. Lowe came down and approached me with
19    regard to that particular position, of course
20    I told him that he was under contract with
21    Bullock County and that I would have to touch
22    bases with them because we have a gentleman's
23    agreement that we don't raid each other for

**Page 102**

1    talent.
2        Mr. Lowe went over to talk with -- After
3    getting assurances from Bullock County that it
4    was not going to be tampering, then we got
5    back in touch with Dr. Owens, and he went over
6    to talk with Dr. Owens about that particular
7    position, according to the conversation that
8    Dr. Owens had with me. I cannot say that he
9    did this. I'm going strictly by Dr. Owens'
10    words to me. Dr. Owens' words to me were
11    along the line that Mr. Lowe inquired about a
12    reading coach position and that he told him
13    that he did not have a reading coach position
14    available, that he had a teacher/tutor
15    position available. And before he called me
16    back, he said that he had had the discussions
17    with Mr. Lowe that he was interested in the
18    teacher/tutor position, that he told him
19    explicitly that he did not have a reading
20    coach position and asked him if he was still
21    interested, and he said that he was. And I
22    told him to make sure that he had that
23    clarification. And according to Dr. Owens,

**Page 103**

1    that's what he told him, that he was still
2    interested in that particular position.
3        And I had the same type conversation with
4    Mr. Lowe, that we had a teacher/tutor
5    position. Later on that very same year,
6    Mr. Lowe sought by way of e-mail clarification
7    as to what his duties and responsibilities
8    would be leading into the summer. I reminded
9    him again that he was on a nine-month
10    teacher/tutor position, that he had no
11    responsibilities beyond the 182-day teacher
12    calendar so that there would be no
13    misunderstanding of it.
14  Q.  What would a reading coach do that a
15    teacher/tutor would not?
16  A.  Reading coaches had responsibilities for some
17    training during the summer. If they were on
18    the nine-month reading coach position, if they
19    had no contract beyond nine months, then there
20    must be some understanding between that person
21    and the program that's going to work with them
22    as to how they were going to be paid, whether
23    they are going to be paid some type of

**Page 104**

1    supplemental contract for those particular
2    days. If they were on a ten-month reading
3    coach position, there was already an
4    allocation. Their year extended beyond the
5    regular school year, beyond the 182 days, and
6    began before the 182 days so that that
7    training could be taken care of.
8  Q.  I was really more interested in if I was to
9    look at a reading coach and a teacher/tutor,
10    what would they be doing that would tell me
11    this is a reading coach and this is a
12    teacher/tutor?
13        MS. CARTER: Different than what he
14        already explained today?
15        MR. PATTY: Well, I haven't quite
16        heard it other than nine-month
17        and ten-month.
18        MS. CARTER: He --
19        MR. PATTY: Let him explain it.
20        MS. CARTER: I don't care, but he
21        told us all about that earlier.
22  A.  The primary difference, Bill, once again, was
23    the teacher/tutor was responsible for working

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 105

1  with students. You were to be diagnostic from
2  the standpoint of finding what students were
3  struggling with particular reading programs or
4  math programs. Teacher/tutors were not
5  exclusively reading. They could be math
6  teacher/tutors. You would pull those students
7  out and work with them on an individual basis
8  to try to get them to move from point A to
9  point B. Nothing in terms of any clinical
10  analysis of what teachers were doing. The
11  reading coaches were supposed to diagnose
12  deficiencies as they related to the teachers
13  themselves and work with them in improving
14  their skill level so that everybody is
15  teaching the same thing basically and
16  everybody is being as effective as they
17  possibly can. The focus was different. One
18  was on students and the other was on teachers.
19  Q. Did Mr. Carter ever say to you that all Melvin
20  Lowe is going to be in this system is a
21  teacher?
22  A. No, he did not.
23  Q. Did you ever tell Mr. Lowe or his mother

Page 106

1  that's what Mr. Carter said to you?
2  A. No, I did not.
3  Q. Did you ever tell Mr. Lowe, you know what
4  Clinton Carter thinks about you?
5  A. No, I did not.
6  Q. Or indicate to him or his mother that Clinton
7  Carter was blocking him getting certain
8  positions in the school?
9  A. No, I did not. Mr. Carter had the ultimate
10  authority to make the recommendation as to
11  whether or not Mr. Lowe received employment in
12  the school district. It would be awfully
13  suppositious on my behalf to make a statement
14  such as that. On the other hand, when
15  Mr. Lowe would come to my office, he would
16  invariably want to go off on a tangent in
17  terms of what this person is not doing and
18  what this person is not doing; but,
19  Mr. Barker, I know that you are all right by
20  me, and I know that you're doing all that you
21  can to get me this job, but I know that
22  so-and-so doesn't want me to have it. It was
23  a common ploy on his behalf to try to go off

Page 107

1  on a tangent in a direction.
2  Q. But you never said anything to him that
3  Superintendent Carter was blocking anything or
4  had anything --
5  A. No, sir. I did not fall off the turnip truck
6  this morning. I assure you.
7  Q. Did Superintendent Carter ever express any
8  hostility toward Melvin Lowe to you?
9  A. No, he did not.
10  Q. Or any give you any kind of indication that he
11  did not want to employ Melvin Lowe, that he
12  had reservations about Melvin Lowe?
13  A. No, he did not.
14  Q. Before Melvin Lowe was brought in as a reading
15  coach, do you remember any conversations with
16  Mr. Carter about it?
17  A. No.
18        MS. CARTER: Object to form.
19  A. No, I do not. I remember none.
20  Q. How about afterwards? Do you remember any
21  conversations with Superintendent Carter after
22  Melvin Lowe was hired at Daisy Lawrence?
23  A. No. I imagine if Mr. Carter was on board when

Page 108

1  the EEOC complaint was filed that I made him
2  aware of it, of the fact that we had the EEOC
3  complaint from Mr. Lowe, as was routine with
4  me with the sitting superintendent at that
5  particular time, if I recall. That complaint
6  arrived before Mr. Carter abdicated the
7  position and before Dr. Purcell came aboard.
8  Q. Do you know from personal knowledge of what
9  kind of duties Melvin Lowe was performing at
10  Daisy Lawrence?
11  A. I do not. I cannot honestly say what kind of
12  duties he was performing because Mr. Lowe in
13  conversations with me would say, well -- later
14  on, well, Dr. Owens had me doing this and he
15  had me doing that, and he know that I was
16  saving his bacon as far as the requirements of
17  this program and that program. But those were
18  after-the-fact observations by Mr. Lowe in
19  terms of what he was required to do there at
20  Daisy Lawrence. Since we had had the explicit
21  conversation what his duties and
22  responsibilities were as a teacher/tutor when
23  he was sent there, I assumed that Dr. Owens

27 (Pages 105 to 108)

Page 109

1    was holding him accountable with regard to
2    performing the duties and responsibilities
3    associated with that position.
4              (Plaintiff's Exhibit 10 marked for
5              identification.)
6    Q.   Can you identify this document for me?
7    A.   This seems to be a rehire document for Melvin
8         Lowe for 11/13/03. This seems to be the
9         rehire document when he was sent to Daisy
10        Lawrence.
11   Q.   What's the date on that again? I'm sorry.
12   A.   I can't make it out unequivocally. It's
13        10/13/03 or 11/13. It says effective date.
14        It may be 10.
15   Q.   What position does that say?
16   A.   It says a reading tutor.
17   Q.   Let me show you what is marked as Exhibit 11.
18        Can you identify that document?
19             (Plaintiff's Exhibit 11 marked for
20             identification.)
21   A.   Salary -- This seems to be a salary step
22        correction, and it says teacher at Daisy
23        Lawrence, Melvin Lowe. It seems to be placing

Page 110

1    him on step three, experience credit four,
2    when he inadvertently must have been -- if
3    this is a follow-up to this other document had
4    experience credit 5, and this says experience
5    credit 4.
6    Q.   So it's a reduction in pay?
7    A.   No, it would not have resulted in any
8         reduction in pay. Basically what happens is
9         this: When a person comes in and fills out
10        the paperwork, they fill out their experience
11        base on one of the sheets that they submit to
12        us. The administrator in that particular
13        office would take them at their particular
14        word, realizing that they may genuinely may
15        make a mistake or inadvertently make a mistake
16        and come back and make the corrections and get
17        it to payroll in a timely enough manner so
18        that no mispayment is done.
19             In this particular case, it would not have
20        involved a reduction in pay because you go on
21        three-year increments. You stay on the same
22        pay level until you get to year three and then
23        until you get to year six. So the only

Page 111

1    discrepancy here was in regard to whether he
2    should have been on step 3, which establishes
3    your pay level and have four years experience,
4    or step 3 and have five years experience,
5    which would have meant the next year would
6    have affected whether or not he went to that
7    sixth year and whether subsequently he would
8    have gotten a pay raise.
9    Q.   Now, it listed him -- the first one lists as a
10        teacher/tutor and the second one lists as a
11        teacher.
12   A.   Right.
13   Q.   Why was that changed?
14   A.   On the first one, all of that information was
15        filled in by Mr. Lowe himself, it seems as
16        though, from the writing. We generally would
17        have them to fill out the top of the sheet,
18        and then we would fill out the bottom of the
19        sheet. Unless something seems out of the
20        ordinary, then we're not going to catch it if
21        they misname themself or something of that
22        nature. But that pronouncement with regard to
23        being a reading tutor was Mr. Lowe himself.

Page 112

1    Q.   So y'all changed it to a teacher?
2    A.   Huh?
3    Q.   Y'all changed it to a teacher?
4    A.   Yeah. He was a teacher/tutor, which is still
5         technically a teacher.
6    Q.   And that's different from a reading tutor?
7    A.   Right. Exactly. He was a teacher/tutor. If
8         you recall, I said earlier teacher/tutor does
9         not make you work exclusively with reading.
10        You may be given assignments within reading.
11        You may be given assignments within
12        mathematics. You're just designated to pull
13        students out and work with them on an
14        individual basis.
15   Q.   Why wouldn't you call a reading tutor a
16        teacher?
17   A.   A reading tutor?
18   Q.   If a teacher/tutor is a teacher, why isn't a
19        reading tutor a teacher?
20   A.   "Teacher" seems to generally infer to me that
21        you're on that nine-month teacher salary
22        schedule. Now, when this was filled out, this
23        was filled out -- if you'll notice, it didn't

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 113

1  require Mr. Lowe's signature or anything, so
2  this was filled out probably exclusively by my
3  office, by me seemingly, by the person who
4  signed it. It says, see attached. And it
5  just goes go and charges and places him on the
6  right step. But the difference between the
7  two is what I would call him is what we hired
8  him as, and what he would call himself is what
9  he perceived himself as being, I guess.
10 Q.  So he was hired as a teacher/tutor which is
11     treated as a teacher, not a reading tutor?
12 A.  Yeah. The technical name for a teacher/tutor,
13     a reading tutor or math tutor is
14     teacher/tutor, and they are on the exact same
15     salary schedule as a 182-day teacher.
16 Q.  Is that how it's advertised?
17 A.  Yes, sir.
18 Q.  As teacher/tutor?
19 A.  As teacher/tutor, yes.
20         (Plaintiff's Exhibit 12 marked for
21          identification.)
22 Q.  Let me show you Exhibit 12 and ask you if you
23     can identify that document for me.

Page 114

1  A.  Melvin Lowe, reading coach, Daisy Lawrence, it
2      seems to be, and that's Carolyn Hicks,
3      5/13/04. That seems to be non-renewal, yes.
4  Q.  What would -- That particular form would have
5      been filled out by Carolyn Hicks?
6  A.  Most likely.
7  Q.  Signed by her; is that right?
8  A.  That's correct.
9  Q.  Mr. Lowe's signature is not on that document?
10 A.  That's correct.
11 Q.  Ms. Hicks works in your department?
12 A.  That's correct.
13 Q.  And she lists as his job reading coach?
14 A.  She seemingly does.
15 Q.  And this was when y'all attempted to non-renew
16     Mr. Lowe at the end of the 2003-2004 school
17     year?
18 A.  Yes, that seems to be that paperwork.
19 Q.  Up until that point of the non-renewal in
20     2003-2004, had you had any conversations other
21     than what you've told me about with Mr. Lowe
22     or about Mr. Lowe?
23 A.  Conversations with whom?

Page 115

1  Q.  Anybody.
2  A.  Not to my knowledge.
3  Q.  What was the reason that -- or if you recall
4      that there was an attempt of a non-renewal of
5      his teaching position at the end of 2004?
6  A.  Our alternative education program was one that
7      was seemingly in continual transition. At the
8      end of each calendar year -- school year,
9      there was always a reassessment with regard to
10     the effectiveness of that program. It was
11     very commonplace that there would be an
12     overhaul -- a programatic overhaul with that
13     program at the end of a given year going into
14     another year.
15         If you were a non-tenured personnel
16     assigned to that program, in order to
17     facilitate the programatic overhaul, those
18     individuals would be routinely non-renewed to
19     allow that process to take place. So
20     Mr. Lowe, along with -- I think at that
21     particular time there was one other person who
22     was non-tenured -- were included for
23     non-renewal, sent letters. Everything was

Page 116

1  done according to the way that it should have
2  been done except that it was not put in the
3  board minutes to confirm that they had been
4  non-renewed to facilitate this process.
5      Once we realized that that particular
6  error had been made, these individuals were
7  called back in because the deadline had come
8  and gone in order to notify them by the end of
9  the school year that their particular position
10 would be retained. Although it might be
11 contrary to our reorganization and
12 restructuring efforts, their position would be
13 retained because they were not notified --
14 They were notified in a timely manner, but the
15 board had not acted in a timely manner because
16 we had not presented it. And that's what
17 Mr. Lowe was told, and that's what the other
18 individual was told and that he was entitled
19 to the position he held the previous year.
20 Q.  And so Mr. Lowe returned to Daisy Lawrence the
21     next year?
22 A.  Yes. After he milked it for all that it was
23     worth. Mr. Lowe came in that summer, and we



Page 117

1   had a discussion that he had that particular
2   position. I need to get your name back on a
3   contract saying that you are still employed
4   there at that school. Mr. Lowe said at that
5   particular point, I would like to wait and see
6   if I get another position. Mr. Lowe, I'm
7   telling you that you are entitled to a
8   position; at least get your name on the line
9   so that that particular position cannot be
10   filled by anybody else. He kept telling me,
11   well, let's wait and see; let's wait and see;
12   let's wait and see and see if I can get
13   something else. Nothing would preclude you
14   from applying for other positions, Mr. Lowe,
15   if you get your name back on the position that
16   you held on last year.
17       Right up to the very end of the summer, he
18   finally came in. I guess he recognized at
19   that particular point that his opportunities
20   were growing fewer with regard to being placed
21   elsewhere, and then he consented to being
22   reassigned to that same position.
23   Q. Do you remember any other conversations you

Page 118

1   had with Mr. Lowe other than what you've
2   talked about just now?
3   A. No, I don't remember. I did tell him that I
4   was disappointed in the fact that he would not
5   facilitate that process of getting his name on
6   the line with reassurances that he could apply
7   for any other positions that came open. But
8   it was his right to do so, so I went along
9   with it.
10   Q. Do you recall talking to anyone about Mr. Lowe
11   during the summer of 2004?
12   A. No, I do not.
13   Q. Do you remember a position coming open at
14   McKee that Mr. Lowe applied for where
15   Principal Abrams was the principal that
16   summer?
17   A. No, I do not.
18   Q. Do you remember Principal Abrams recommending
19   Lowe for this position? An administrative
20   assistant position, I believe.
21   A. No, I do not.
22   Q. Would Mr. Lowe have the certification and
23   education for that kind of position?

Page 119

1   A. I'd have to check his credentials to see at
2   what point he became certified in
3   administration. I know at some point he did,
4   and he began to interview for those types of
5   positions.
6   Q. What would he need I guess is what I should
7   have asked you for that type of position?
8   A. Administrative certification.
9   Q. Administrative certification?
10   A. Yes.
11   Q. Is it appropriate for someone to take an
12   administrative position like that before
13   obtaining their certification in
14   administration?
15   A. No, it's not.
16   Q. Is it the practice of the school system or the
17   policy of the school system that a person have
18   the required certification prior to taking a
19   position?
20   A. If we are the ones who are applying the
21   rules. We make every effort to make sure that
22   the person is certified before placing them in
23   that particular position, yes.

Page 120

1   Q. So if certification is coming in a short
2   period of time, they would still be
3   disqualified from that position?
4   A. If it is a full-hire position, right, that's
5   going to obligate the school district for a
6   full year or something with any inkling that
7   it's going to be a full year.
8   Q. What about a summer position?
9   A. Summer positions were different. We made
10   every effort to ensure in placing a person for
11   summer that they had proper credentials;
12   however, it didn't obligate the school
13   district in some cases. For example, with our
14   ARFI program, one summer we had -- the State
15   of Alabama had a program that was housed at
16   Thelma Morris School. And they were hiring
17   administrators. They were hiring teachers
18   inside the school district, outside of the
19   school district for that particular program.
20   We tried to take all of the safeguards -- it
21   was being done in such a haste in trying to
22   get everybody in place -- take all of the
23   safeguards to make sure that whoever manned

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 121

1     those particular positions had the credentials
2     that were necessary in order to man them.
3         We did have one young lady who supervised
4     the program at Thelma Morris who at the time
5     that she supervised the program had not
6     received her full certification. Her
7     certification was not forthcoming until the
8     end of August, but it was a matter that she
9     was negotiating with Thelma Morris and the
10    State. And we didn't get the overview of that
11    until it was too late. That's the only
12    situation I can ever recall. There may have
13    been some others at some point, but that's the
14    only one I'm ever aware of where we had a
15    person who was in a particular position for
16    which they were not fully certified.
17 Q.  Would Mr. Lowe have the certification
18    education to be SIA?
19 A.  If he had the administrative certificate at
20    that particular time, yes, he would have.
21 Q.  How about an assistant principal?
22 A.  Assistant principal, yes, he would.
23 Q.  And then we've already talked about reading

Page 122

1     coach, right? He has the certification and
2     the education for that is that right?
3 A.  Yes. As long as he has certification in
4    elementary education or reading -- and/or
5    reading.
6 Q.  And your testimony is you don't recall
7    Mr. Abrams approaching you about a position at
8    his school in the summer or late summer of
9    2004?
10 A.  That's my position.
11 Q.  Do you know that was one of the things that
12    Mr. Lowe complained about in his EEOC
13    complaint was not being hired for that
14    position?
15 A.  I don't recall Mr. Abrams making a
16    recommendation for Mr. Lowe, no.
17 Q.  Did you ever investigate to see, with
18    Mr. Abrams, if he made that recommendation to
19    somebody without your knowledge?
20 A.  I asked Mr. Abrams if he made the
21    recommendation of Mr. Lowe. He told me that
22    he did not.
23 Q.  Did he ever indicate to you he wanted to hire

Page 123

1     Mr. Lowe for any positions at his school?
2 A.  No, he did not. The only -- Mr. Abrams
3    approached me to my recall. I was at Capitol
4    Inn having lunch. Mr. Abrams and another
5    principal came out of Capitol Inn. He stopped
6    me and asked me, Mr. Lowe has been
7    by my school to inquire about a special
8    education position that I have available; is
9    he a viable candidate for that position. I
10    told him in no uncertain terms as long as he
11    meets the certification requirements for that
12    position, he is a viable candidate and he can
13    be selected and recommended for that
14    position. I told him I could not talk off the
15    cuff and determine whether or not he met those
16    certification requirements, that I would check
17    when I got back to school and that I would --
18    back to the office and that I would give him a
19    call.
20        I subsequently checked. I subsequently
21    inquired of Mr. Lowe if he had certification
22    along the lines of special education.
23    Mr. Lowe gave me a bunch of fast talk saying

Page 124

1     that I have taken these courses and that these
2     courses meet the requirements. I can get an
3     emergency certification. Mr. Lowe, show me
4     proof that you have these courses that you say
5     that you've taken. Mr. Lowe presents to me a
6     transcript that does not have a single special
7     education heading on it. I'm told all the
8     time in my position that I qualify for this.
9     I'm told by applicants all the time that I can
10    teach math. I review their transcripts, and
11    they've got one single math course on it. Yet
12    they can teach math. Desire alone does not
13    qualify you to teach a particular position.
14        To this date Mr. Lowe has not shown me any
15    special education courses that he has taken by
16    way of a transcript that would qualify him to
17    teach special education. Sure he's given me a
18    lot of dialogue that says this will count for
19    that and this will count for that, but it's
20    his responsibility, not mine, to go to some
21    state department and say that these courses
22    are substitutable for these particular courses
23    and I can get certified in this particular

31 (Pages 121 to 124)

Page 125

1  area. Until he shows me that, I'm not going
2  to step out on a line and allow him to assume
3  a position that I have high suspicion that he
4  is not certified for.
5  Q. Does the school system ever obtain emergency
6  certification for employees who don't have
7  their full certification in an area?
8  A. Yes, we do.
9  Q. In the summer of 2005, did you obtain any
10  emergency certification for teachers?
11  A. Yes, I did.
12  Q. Can you name any of those?
13  A. Can't name them specificaly, but I can give
14  you the circumstances.
15  Q. Let me ask you this before you give me the
16  circumstances. Did they have teaching
17  certificates before you hired them with an
18  emergency certificate?
19  A. Not necessarily a teaching certificate, but
20  they would have a degree.
21  Q. Does the school hire people who don't have
22  education degrees but obtained emergency
23  teaching certificates while they work for a

Page 126

1  fifth-year master's program?
2  A. We do.
3  Q. How many people do you think got emergency
4  teaching certificates this past year?
5  A. I can tell you exactly. We have 53 people who
6  are on emergency certificates for various
7  reasons, the most common reason of which is
8  that they apply with the school district.
9  They cannot get accepted into an alternative
10  education program because of timing or because
11  of whatever reason they might have, but they
12  will have a degree in the related area.
13      For example, a person might very well have
14  a degree in social science but will not have
15  the certification in social science. They
16  have the necessary hours. They just cannot
17  get into that program. We get them by for the
18  remainder of that year with an emergency
19  certification. They apply for the alternative
20  certification when it is timely to do so, but
21  they have the coursework requirement.
22      And special education, since that's what
23  we're referring to, we had a requirement

Page 127

1  wherein you had to have documentation of at
2  least 18 earned hours in special education
3  before you're considered for alternative
4  certification, at least 18 hours. Mr. Lowe
5  did not present any evidence of any hours to
6  me. He had the desire to teach special
7  education, and he possibly could have done so
8  but he didn't have the credentials to do it,
9  at least he didn't present to me his
10  credentials to do it.
11  Q. Do you remember if the school applied for
12  those emergency certificates or did the
13  individual go get them and bring them to the
14  school?
15  A. No. We apply through my office. You have to
16  submit -- fill out the paperwork through my
17  office, and it has to be submitted to the
18  State Department of Education. We look like
19  fools if we submit something and we know that
20  that person does not have the coursework in
21  order to receive that certificate. We have to
22  review it ourselves and say, well, this person
23  has the adequate coursework. It is not a

Page 128

1  timely manner for them to get into an
2  alternative program, but we're going to get
3  them by. The State is not going to honor it
4  if you just arbitrarily send in a person for
5  an emergency certification based upon desire.
6  You can't do that.
7  Q. Did you check with anyone at the State
8  Department of Education to see if Mr. Lowe
9  would qualify -- his courses would qualify?
10  A. For special education?
11  Q. Emergency certificate?
12  A. No, I didn't, because the first rule of thumb
13  there is to have the proper departmental
14  indication by the courses that you take. When
15  you get a person's transcript, Bill, it's
16  going to say, SPE or SP, special education,
17  SPED. Every course that is considered as
18  special education is going to have some type
19  of indication that it is a special education
20  course.
21      Am I sitting here saying that Mr. Lowe
22  hasn't had any courses that would qualify for
23  that? No, I'm not. I'm sitting here saying

32 (Pages 125 to 128)

Page 129

1  that Mr. Lowe has never presented to me any
2  evidence that any of the courses that he has
3  taken qualify for special education, which is
4  his responsibility.
5  Q.  Were you aware that his work and his school
6     work on his doctorate degree was in special
7     education administration?
8  A.  I'm aware that I had that conversation with
9     him, but I'm not aware of it by way of a
10    transcript.
11 Q.  Is that the reason Mr. Lowe was not hired for
12    the job that Mr. Abrams had in special ed?
13 A.  We never got to the recommendation stage
14    because when I called him back, I said
15    according to my research I cannot document
16    Mr. Lowe has had the special education courses
17    that he discussed with you and that he
18    ultimately discussed with me.
19 Q.  Did Abrams say, I want to hire Mr. Lowe, or
20    did he put it just like, what do you know
21    about Mr. Lowe?  How did he say that to you?
22 A.  Basically what he asked of me was, if I'm
23    entertaining Mr. Lowe for a special education

Page 130

1  position at my school, does he meet minimum
2  qualifications.
3  Q.  That's the first time Abrams ever approached
4     you about a job for Mr. Lowe?
5  A.  First time.
6  Q.  Or as you're here as a representative of the
7     school, as far as the school system knows,
8     that's the first time Mr. Abrams approached
9     the school system about hiring Mr. Lowe?
10 A.  It is.
11 Q.  Now, what about Mr. Sikes?
12 A.  Mr. Sikes had a similar conversation with me.
13    It was not -- I don't want you to think I'm at
14    every buffet in town, but he called me up and
15    asked me basically does Mr. Lowe -- I have a
16    vacancy in special education; Mr. Lowe has
17    been on my doorsteps with regard to that
18    position; does he meet the posted
19    qualifications for special education.
20    I had already done the research at that
21    particular time because I think that was
22    subsequent to Mr. Abrams asking me.  And I
23    told him I do not have any documentation that

Page 131

1  he is certified in special education.
2  Q.  Did Mr. --
3  A.  It may have been before, but I think it was
4     after.
5  Q.  Did Mr. Sikes indicate that he wanted to hire
6     Mr. Lowe?
7  A.  No.  He just told me he had a couple of
8     vacancies -- I think he had two in special
9     education -- and that he was looking.  And he
10    and I both were desperate for certified
11    applicants at that particular time because
12    there was a shortage for special education
13    teachers the entire summer going into the
14    school year after the school year had
15    started.  So there would have been absolutely
16    no reason to deny him the right to hire him if
17    we could get him certified.  It would have
18    been a glorious moment in my cap to find
19    someone whom I could get certified to place in
20    those positions.  We couldn't do it.
21 Q.  Did you ever say anything discouraging to
22    Abrams or Sikes about Mr. Lowe?
23 A.  No.

Page 132

1  Q.  Nothing disparaging about him?
2  A.  No.
3  Q.  Nothing to intimate that you didn't think he
4     was a good candidate for them to hire?
5  A.  Absolutely not.  The only subsequent
6     discussion that I had with Mr. Sikes was -- He
7     said, Mr. Barker, who is this man; he is on my
8     doorsteps every day; you have told me that he
9     does not meet the qualifications for special
10    education.  I just said he is an aspiring
11    teacher.  He's a teacher without a job, and
12    he's looking for a job, to kind of appease the
13    process with him.
14 Q.  Did Sikes talk to you about Lowe teaching
15    science or English or any other courses?
16 A.  Not to my knowledge.  Special ed is all we
17    talked about.
18 Q.  Did he talk to you about Lowe applying for an
19    assistant principal or administrative
20    assistant's position?
21 A.  Not to my knowledge.
22 Q.  Did you ever become aware of a Ms. Starks that
23    wanted to hire Mr. Lowe?

33 (Pages 129 to 132)

Page 133

1  A.  I know Ms. Starks. I'm not aware that she
2      wanted to hire Mr. Lowe.
3  Q.  She never expressed to you any desire to hire
4      him?
5  A.  Ms. Starks, if I recall correctly, recommended
6      three individuals consistent with the pattern
7      that I outlined to you earlier for her
8      administrative assistant's position. Among
9      those three individuals was Mr. Marvin Lowe,
10     but not Mr. Melvin Lowe.
11 Q.  And who was chosen for the position?
12 A.  A science teacher, black male, from a middle
13     school magnet school in the district, Floyd
14     Middle Magnet School.
15 Q.  Were you aware of a position that was filled
16     by a lady named Karen Vann that Mr. Lowe
17     included in his concerns in his EEOC charge?
18 A.  I know Karen Vann and the position that she
19     ultimately filled with the school district.
20 Q.  Was that position advertised?
21 A.  Yes, it was.
22 Q.  And she's a white female?
23 A.  That's correct.

Page 134

1  Q.  Now, would that advertisement be one of those
2      general ones or will it say it specific to
3      that school that she advertised for?
4  A.  I don't know, Bill. I would have to go back
5      and check on the timing of her hiring and
6      research the posted notice just prior to
7      that. I do know that she was selected. The
8      reason I remember Karen is because she was one
9      of the earlier-on system reading coaches that
10     were chosen. This was after Mike Looney and
11     Teresa Nichols were in position. Then they
12     collaborated to select Teresa Jackson. And
13     then after Teresa Jackson was brought on,
14     Connie Mizell was selected by that interview
15     committee. And then Connie Mizell -- after
16     she was brought on, Karen Vann was brought
17     on. All of these individuals were brought
18     on -- Connie Mizell was brought on as a
19     specialist, and she probably participated in
20     the screening process with regard to Karen
21     Vann. But I cannot say with certainty without
22     going and establishing that chronology.
23 Q.  Do you remember telling Mr. Lowe that there

Page 135

1      was no need to advertise Karen Vann's position
2      because she was a lateral transfer?
3  A.  No, I do not.
4  Q.  Was that true?
5  A.  I don't remember saying it. I don't know if
6      it was true.
7  Q.  No. No. Was she a lateral transfer?
8  A.  I don't think so. Unless she had a
9      twelve-month position prior to that. I would
10     have to research it. I don't know.
11 Q.  And then Denitta Easterling, do you recall her
12     serving as summer school principal for the
13     summer reading camp at TS Morris Elementary?
14 A.  She's the person whom I referenced earlier.
15     She was one who fell between the cracks
16     wherein she supervised a summer program for
17     the State of Alabama housed at Thelma Morris.
18     And I come to find out later on that after she
19     had done this -- and that's spilled milk at
20     that particular point -- that she didn't
21     actually receive her certification until the
22     end of that summer.
23 Q.  Was there a screening process that she would

Page 136

1      have put down on her application before she
2      got that position so y'all would be able to
3      know what kind of certification she had?
4  A.  Under ideal situations, yes. She would --
5      Everything would have been registered with
6      Montgomery Public Schools. We would have done
7      all the background work to make sure those
8      individuals were properly certified. As I
9      said before, that kind of fell between the
10     crack because there was negotiation going with
11     the state department in terms of who was going
12     to head up that particular school that
13     summer. And some individuals were being hired
14     outside the school district, teachers. Some
15     of them were inside the school district, and
16     she fell between the cracks. She convinced
17     somebody that she had her certification at
18     that time.
19 Q.  Was she allowed during that summer to
20     interview for administrative assistant
21     positions?
22 A.  Now, that I cannot say. I don't remember.
23 Q.  What about other administrative positions? Do

34 (Pages 133 to 136)

Page 137

1    you know if she was able to interview then?
2  A.  I don't know.  I do know that it was very
3      close in proximity to the time that she
4      actually served.  She probably began to serve
5      as that summer school supplemental contract
6      with the state department in June.  In August,
7      two months later, she had completed the
8      certification, and she was ultimately hired
9      for that fall as an administrative assistant
10     with our school district, but she had the
11     certification at that particular time.  Now,
12     she did not have it at the time she oversaw
13     that program for the state.
14 Q.  Would she have been interviewing for those
15     jobs that she ultimately received in the
16     fall -- would she have been interviewing for
17     those during the summer?
18 A.  It's possible.  I cannot say, but it's
19     possible.
20 Q.  Going back to Abrams in '04, did you ever tell
21     Mr. Abrams that he had to hire a woman?
22 A.  No, sir.
23 Q.  Have you told anybody for the positions that

Page 138

1      Melvin Lowe has applied for that they had to
2      hire a woman?
3  A.  No, sir.
4  Q.  You would not say that?
5  A.  No.
6  Q.  That would be inappropriate, would it not?
7  A.  It would be, definitely.
8  Q.  That you had to hire a woman --
9  A.  No.
10 Q.  -- as opposed to -- based on their gender?
11 A.  No, definitely not.
12 Q.  During the '04-'05 years, did you have any
13     conversations regarding Mr. Lowe?
14 A.  '04-'05?
15 Q.  Second year at Daisy Lawrence.
16 A.  No.
17 Q.  Did you have any conversations with Mr. Lowe
18     during that time?
19 A.  I don't recall any other than, you know, maybe
20     during the time when he was -- Well, I just
21     don't recall any.
22 Q.  When his leave requests were denied, were
23     those -- was that after you were aware of his

Page 139

1      EEOC complaint?
2  A.  I don't think so.
3  Q.  And what was the reason that his leave was
4      denied?
5  A.  Mr. Lowe is not lacking in ambition at all.
6      He is fully confident in his abilities and the
7      things that he wants to do, whether for the
8      school district, within the school district.
9      He submitted a detached duty request to
10     represent the school district in a
11     conference -- I think if I recall in
12     California -- related to our reading program.
13     Well, we had all kind of ambassadors for
14     our reading program that were further up the
15     chain that Mr. Lowe.  Mr. Lowe was a
16     teacher/tutor.  He had no official capacity,
17     even as a reading coach, within the school
18     district.  And we had all kind of individuals
19     who had the proper credentials.  So I inquired
20     of his -- the person who would have been
21     giving that authority, Mr. Looney.  I said,
22     Mr. Looney, I have a request from Mr. Lowe to
23     go out and represent the school district and

Page 140

1      make a presentation about our reading program
2      in a workshop-type setting; did you authorize
3      this.
4          Mr. Looney looked at me and gave me a
5      facetious laugh.  He said no, I did not
6      authorize this.  I turned down that
7      recommendation based upon my conversation with
8      Mr. Looney.  I don't know what anybody else
9      told Melvin Lowe.  I know that I had that
10     conversation with Mr. Looney, and I know what
11     his response was.
12 Q.  Are you saying that Mr. Looney said that he
13     was against Melvin Lowe going to this
14     convention?
15 A.  He didn't say he was against him.  He laughed
16     at me and said, no, I did not authorize him to
17     go out and represent Montgomery Public
18     Schools' reading program.
19 Q.  Did Mr. Looney ever come to you and ask that
20     you let Melvin Lowe go to this program?
21 A.  No, he did not.
22 Q.  Or tried to abdicate Melvin Lowe going to the
23     program?

35 (Pages 137 to 140)

Page 141

1   A.  No, he did not.
2   Q.  Did he ever say he was against Melvin Lowe
3       going to the program?
4   A.  He did not say.  He inferred that it was
5       absurd that Mr. Lowe was going to go out and
6       represent the school district just by his body
7       language when he laughed at me and said, of
8       course I did not.
9   Q.  The principal at the school approved this
10      leave on October 18, and then it was denied by
11      you November 5th.
12  A.  Sounds reasonable.
13  Q.  What was the reason on the delay of the
14      denial?
15  A.  It's -- Generally most of the requests for
16      detached duty would go through one of the
17      specialists in my office, Carolyn Hicks.  If
18      there was one that was of some concern -- and
19      there were often ones of concern -- she would
20      bring it to my attention and say, well,
21      Mr. Barker, what are your feelings about this
22      particular request.  She just recently came to
23      me on one that is totally dissimilar, but the

Page 142

1       reason -- the line of logic goes to say --
2       This is what happens, Bill, and you're not
3       naive enough to not identify with this.
4           A principal, say, for example, will get
5       ready to go to the National Association of
6       School Principals in Las Vegas.  Three days
7       later I'm going to get a request for her
8       spouse or his spouse in the school district to
9       go to that same conference, whether they are a
10      school principal or not.  I'm forever on the
11      alert to little things such as that to make
12      sure that we're not funding vacations for our
13      employees.  That's my responsibility.  I have
14      to look at those things to see if they make
15      walking-around sense before I sign my name to
16      them and say that this -- I approve this
17      particular request.
18          Well, in my mind, it made no sense for a
19      person who was not associated with the reading
20      program of the school district to be making a
21      presentation on behalf of the school
22      district.  It just didn't make sense.
23  Q.  Were you aware of the posting on the school's

Page 143

1       web site of the presentation Mr. Lowe did?
2   A.  I was not.  I still have not been able to find
3       that.
4           (Plaintiff's Exhibit 13 marked for
5               identification.)
6   Q.  Is this the leave request documentation that
7       we just talked about?
8   A.  Seemingly it is, yes.
9   Q.  And then Mr. Lowe made a different request for
10      leave on September 21, 2004?
11  A.  September 21, 2004, and this other one was
12      11/5/2004.
13          (Plaintiff's Exhibit 14 marked for
14              identification.)
15  Q.  Do you remember why that one was denied?
16  A.  I don't remember specifically, but it was
17      commonplace if a person were to go to one of
18      these minority leadership conferences
19      associated with AEA or MCEA that they would
20      make a submission to the superintendent asking
21      for certain individuals to be approved for
22      those particular positions.  And then we by
23      and large govern ourselves by the individual

Page 144

1       who the superintendent gave his approval to
2       go.  I could only assume Mr. Lowe's name was
3       not on that submittance that was made by MCEA
4       or AEA and as a consequence -- I can think of
5       no other reason why it would have been denied.
6   Q.  If Mr. Looney had been for this National
7       Reform Conference, if he had said, yeah,
8       I think Melvin Lowe is the guy to go to that,
9       would you have approved that leave?
10  A.  Mr. Looney's position is on a parallel with
11      mine with the school district.  I would have
12      respected him making that particular
13      recommendation and allowed him to go because
14      then the responsibility of accountability
15      would have rested with Mr. Looney, not with
16      me.
17          (Off-the-record discussion.)
18  Q.  Let me ask you one other question.  Do you
19      know if Mr. Looney would have written Mr. Lowe
20      and said, I've exhausted everything I could do
21      to help with this matter; you can cancel your
22      trip or you can take sick leave?  Do you know
23      why he would have written him that?

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 145

1    A.  I have no idea why he would have.
2    Q.  That's not consistent with what he related to
3         you, is it?
4              MS. CARTER: Object to form.
5    A.  That's not his reaction to me. His reaction
6         to me, as I said before, was to laugh and say,
7         of course I did not authorize this. But let
8         me put it this way: I'm not accusing
9         Mr. Looney of anything. It is not uncommon
10        for principals, supervisors in the school
11        district, to make the bad guy to be HR. They
12        just don't want to face personnel with the
13        fact that this is my decision on it. They'll
14        say, well, I submitted this to HR and HR says
15        this or says that. It's not uncommon. I'm
16        not saying that Mike would have wimped out
17        that way. He probably would have gone ahead
18        and told him if he did not, but I know what my
19        conversation was with him and I've testified
20        to it accurately.
21             MR. PATTY: We can take a break.
22             (Brief recess.)
23    Q.  (Continuing by Mr. Patty) Do you recall if a

Page 146

1         lady named Katherine Carter Johnson got an
2         emergency certificate in 2005 for special ed?
3    A.  Kathy Johnson?
4    Q.  Uh-huh (positive response).
5    A.  No, I don't.
6    Q.  Do you know if she had a teaching certificate
7         prior to starting to work for the school
8         system?
9    A.  Bill, I'll be glad to research it for you. I
10        don't know Kathy Johnson.
11   Q.  I just thought -- When you said Kathy Johnson,
12        I thought, wow, you must know her.
13             Do you recall a Cynthia Provol in your
14        office saying to you and to Mr. Lowe and
15        Ms. Hicks that Mr. Lowe could get an emergency
16        certificate with the state department?
17   A.  No, I do not. I remember Mr. Lowe e-mailing
18        saying that Cynthia Jackson had told him this,
19        but I don't remember Ms. Provitt --
20             I call her Jackson. I may call her
21        Jackson or Provitt interchangeably. She is
22        Jackson now. She was Provitt.
23        -- telling him that he could get an

Page 147

1         emergency certification. Now, under what
2         context, I have no idea. I'm not privy to the
3         conversation between the two of them.
4    Q.  Would there be documents that would show when
5         Daisy Lawrence was going to be closed, when
6         that decision was made to close it?
7    A.  I don't know that there will be documents
8         officially, but it would have had to have been
9         presented to the board, the proposal for
10        closing during the spring of '05, somewhere
11        between January of '05 and the spring of '05.
12   Q.  Do you recall the meeting -- The
13        superintendent testified about a meeting that
14        was held with all the faculty at Daisy
15        Lawrence about the closing and how different
16        folks would get moved to different positions.
17        Do you remember that?
18   A.  I recall, yes.
19   Q.  What do you recall of that meeting? What was
20        said?
21   A.  The superintendent and I visited the campus to
22        allay any concerns and fears that the faculty
23        and staff may have had there as to what was

Page 148

1         going to transpire with the closing of Daisy
2         Lawrence. We spoke to the faculty and staff.
3         And to my recall and to my later clarification
4         with Mr. Lowe, we assured the faculty and
5         staff that all tenured persons would be placed
6         in positions to their liking if they were
7         available. We were going to make every
8         concerted effort to place them in a comparable
9         position to the one which they held there at
10        Daisy Lawrence. All non-tenured persons --
11        there were three of whom -- were given no
12        assurances other than they could apply for
13        positions which came open in the district and
14        that they would be given due consideration for
15        those positions. I later reaffirmed that
16        position in writing by way of e-mail to
17        Mr. Lowe at his request roughly a month or so
18        later when he inquired -- I guess he was
19        growing some concern about whether or not he
20        was going to land a position, although it was
21        rather early on. I think it was in June. I
22        reaffirmed that position that I could give him
23        no assurances with regard to placement as I

37 (Pages 145 to 148)

Page 149

1  could give no non-tenured personnel, but that
2  I encouraged him to keep applying and that
3  surely something would come about before the
4  school year -- the next school year started.
5  And that was the extent of it. That's what I
6  recall about it.
7  Q.  Did the other two non-tenured teachers get
8  positions with the school?
9  A.  They ultimately did. Yes, they did.
10 Q.  When did they get positions?
11 A.  Bill, to be absolutely honest with you, when
12 this came up, I checked. All it says is
13 August of that subsequent school year. If
14 they had been hired in July, it would say
15 August. If they had been hired in June, it
16 would say August. If they had been hired in
17 August, it would say August. So at some
18 subsequent point, they interviewed for
19 teaching positions at other schools and
20 received them. One of them was a credentialed
21 special education teacher. And as I told you,
22 there was a supply/demand situation that
23 favored them drastically. The other was an

Page 150

1  elementary ed teacher who interviewed with
2  some school and got on with them. But to tie
3  it down to exactly when, I can't say when.
4  Q.  Were there any -- All the tenured teachers got
5  positions, right?
6  A.  All the tenured persons got positions, the
7  last of whom was the guidance counselor that
8  was referred to earlier by the superintendent.
9  Q.  And the principal, who was a contract
10 principal, got a position?
11 A.  That's correct.
12 Q.  What about classified employees?
13 A.  I would have to check to make sure in that
14 case. I assume -- As best I recall, there was
15 a building custodian who was ultimately picked
16 up by another of the elementary schools after
17 having done a temporary stint for a person who
18 was on sick leave at central office, because
19 she used to keep that building over there
20 very, very clean, immaculately clean, and she
21 interviewed for a position -- an interim
22 position. She was brought on on an interim
23 basis, and then she was hired well after the

Page 151

1  school year had started by another elementary
2  school.
3  Q.  Would it be fair to say all certified
4  employees got positions except Mr. Lowe?
5  A.  It would.
6  Q.  Would it be fair to say that all the employees
7  of the school, classified and certified, got
8  positions except Mr. Lowe?
9  A.  I cannot say that unequivocally because I
10 would have to check with the support. The
11 only one that I'm familiar with is the young
12 lady I referenced.
13 Q.  Do you know how many non-tenured classified
14 employees would have been --
15 A.  I don't recall.
16 Q.  Now, in the spring of 2005, did you have any
17 contacts regarding Mr. Lowe or with Mr. Lowe
18 that you recall?
19 A.  Spring of 2005? Not that I recall, other than
20 the visit that I made to the school. I didn't
21 speak with him individually that day.
22 Q.  And what about in the summer of 2005 other
23 than what we've talked about? Obviously you

Page 152

1  don't need to rehash that.
2  A.  No, other than maybe some e-mails that were --
3  may have been exchanged between the two of
4  us. He may have called me up on an occasion
5  and -- I need a job; I'm getting a little
6  antsy. I cannot say unequivocally, but it
7  seems as though I recall a conversation of
8  that nature.
9  Q.  How many job openings for certified employees
10 were there this summer?
11 A.  Educated guess, 200, 250.
12 Q.  How many openings do you think there were that
13 Mr. Lowe would have had the proper
14 certification for?
15 A.  There were numerous elementary ed positions
16 that were vacant throughout the school
17 district, and he had the certification for
18 elementary education. Now, I cannot -- I
19 don't recall whether or not he was highly
20 qualified. That would be the only issue with
21 regard to restricting placement. If you're
22 not highly qualified, we could not place you
23 in a position -- school that was receiving

38 (Pages 149 to 152)

Page 153

1    federal funds. He may very well have been
2    highly qualified and may have been a candidate
3    for all of those. I didn't handle the
4    elementary end of it so I'm not that aware of
5    whether or not he was highly qualified at the
6    time.
7    Q.  I thought that teachers only had to be highly
8        qualified by the end of this school year in
9        order to be employed?
10   A.  That is true. However, we are in a gradual
11       plan to reduce the number. You could not have
12       18 non-highly qualified persons at a Title I
13       school for last year and then have 19 this
14       year. You can only go in the other
15       direction. So you couldn't hire additional
16       ones. You could still have individuals on the
17       staff who were not highly qualified, but you
18       couldn't hire additional ones and place them
19       at the Title I school. But that may have been
20       a moot issue. He may very well have been
21       highly qualified. I cannot say unequivocally
22       today because -- All it would take is for me
23       to pull his record when I got back to see.

Page 154

1    Q.  Of those 200 position that would have been
2        available this summer, how many of those
3        people would it have been the first year they
4        had ever worked for Montgomery County? Do you
5        know judgment-wise?
6    A.  I would hate to guess. I really don't know.
7    Q.  Is it less than 50 percent?
8    A.  I would venture to say it would be because a
9        good number of those individuals who are
10       non-renewed from previous years at other
11       settings may very well shore up whatever
12       certification deficiencies they may have.
13       They may be given another opportunity by a
14       different principal all together different
15       from who may have recommended them from being
16       non-renewed the prior year. So a good number
17       of them. It is not uncommon for us to -- if
18       we have X number of individuals to be
19       non-renewed to have a 50 percent rate of those
20       individuals being placed before the next year
21       takes place.
22   Q.  Do you have a judgment of these new hires that
23       never worked in the school system before would

Page 155

1    be more than 20 percent? Is that the norm?
2    A.  I'd hate to guess. I would think that sounds
3        reasonable, but I just would hate to guess.
4    Q.  Connie Mizell that was on the committee that
5        interviewed Mr. Lowe, did she have an
6        allegation made against her of a racial nature
7        this past year?
8    A.  She had an allegation made. I don't think it
9        was this past year. I want to think it's at
10       least one year removed, because it was during
11       the time that she was principal at one of the
12       elementary schools. And she's been at central
13       office for a full year now.
14   Q.  Well, what was that allegation?
15   A.  It was saying that she allowed race to factor
16       into her administrative decisions there at the
17       school.
18   Q.  Was it made by an employee or a parent?
19   A.  It was made by her assistant principal at the
20       time, her administrative assistant.
21   Q.  Who is that person's name?
22   A.  Pat Johnson.
23   Q.  Is she employed with the school system now?

Page 156

1    A.  She recently retired at the end of December.
2    Q.  Something was alluded to by the superintendent
3        about Ms. Mizell going on administrative leave
4        this past fall. What was that? Is that
5        related to this incident or is that something
6        else?
7            MS. CARTER:  Object to form. I
8            don't think she said she went on
9            administrative leave. You asked
10           her if --
11           MR. PATTY:  Yeah. And I thought she
12           said she thought she had, but she
13           thought it was something to do
14           with -- I didn't really get her
15           explanation of it.
16   A.  I think she was probably alluding to back when
17       that situation came about because I don't
18       remember her going on administrative leave
19       within the last year.
20   Q.  Is the school on unitary status now?
21   A.  Define unitary.
22   Q.  No longer under the Lee v. Macon, or is it
23       still under that order?

39 (Pages 153 to 156)

Page 157

1    A.  I don't think we're under -- I'm not sure.  I
2        can't say.  That's something I'll find out,
3        though.  It makes me seem uninformed, but I
4        can't say.
5              MS. CARTER:  No.  He's talking about
6              are you still under the order
7              that dictated the racial issues
8              in hiring.  You probably just
9              don't recognize the case name.
10             And y'all aren't.  We talk about
11             it all the time.  That's just
12             call it the Lee v. Macon case.
13   A.  It just brings on -- Lee v. Macon to me was
14       relative to unusual placements of students
15       into special education and gifted, those type
16       things.
17   Q.  That was the desegregation order and also
18       hiring --
19   A.  Oh, okay.
20             MS. CARTER:  Yeah, he doesn't
21             know -- I don't think we refer to
22             it as that when we talk about
23             it.

Page 158

1    Q.  I know you talked about there was a form that
2        you prepared that has your recommendations
3        that you give the superintendent regarding
4        employment, so there would be those documents
5        possibly in your recommendation file.  And
6        then that file would also contain any
7        correspondence that the principal gives you
8        regarding that employee wanting to hire him?
9    A.  Not necessarily.
10   Q.  Would I need to go to the principal, then, to
11       get that document, or where would I get that?
12   A.  Generally that's going to be an e-mail.
13       Generally most principals have gotten to the
14       point where they'll say, I've interviewed the
15       applicants for this particular position, and I
16       recommend John Doe for the science vacancy
17       replacing Tim Smith.  And that would be the
18       extent of it because they know that most
19       teaching positions are not going to raise any
20       eye with regard to challenging it as long as
21       the person meets the certification.  So that's
22       for the purpose of if we have not already
23       checked it out, check it out to see whether or

Page 159

1        not that person is properly certified before
2        you give an answer back and say yea or nay.
3        Generally that doesn't get to the
4        superintendent.  That's never -- that's not in
5        that file with regard -- After I get that and
6        check out the credentials, it's very possible
7        that that could be shredded and we go on to
8        the next case because that happens 250 times a
9        summer, you know.
10   Q.  So it may be best to ask the principals if
11       they have anything --
12   A.  Yeah.
13   Q.  -- relative to that?
14   A.  It may very well be.
15   Q.  And as far as seeing what the individuals --
16       whether it's a job application or resume, all
17       that would be in the person's personnel file,
18       right?
19   A.  That's correct.
20             MS. CARTER:  I will tell you when we
21             gathered that stuff, I didn't
22             tell them to copy the application
23             because in my mind I was thinking

Page 160

1        they filled that out when they
2        first got hired, which was silly
3        because I guess some of those
4        people could have been new
5        hires.  But we can pull the aps
6        for those people.  I just said
7        send their credentials.  I
8        haven't looked at the stuff yet,
9        but I think it was resumes or
10       their certification sheets.
11             MR. PATTY:  Mostly it looks like
12             it's certifications.
13             MS. CARTER:  So we can pull the aps
14             and copy those too.
15   Q.  I showed Dr. Purcell an e-mail she received on
16       June 22, 2005.  It's Exhibit 5.  Do you recall
17       seeing that document?
18   A.  Yes.  This looks very much like the document
19       that was shared with me by Dr. Purcell.
20   Q.  What did you do after receiving that document?
21   A.  There were some rather serious allegations in
22       there with regard to what Mr. Lowe felt was
23       things that had been said to him by Dr. Owens

40 (Pages 157 to 160)

Page 161

1   and by various people, and all of them were
2   alluding to the fact that he thought that
3   there was evidently some block of his
4   assignments by the HR office. And so since we
5   had just finished the EEOC complaint or the
6   EEOC complaint may still have been unresolved
7   at that particular point, I remember getting
8   this memo, calling Elizabeth Carter here
9   and --
10          MS. CARTER: Don't go into anything
11      we --
12          MR. PATTY: Yeah, don't --
13          MS. CARTER: Once it was referred to
14      me, you don't go past that.
15  A.  But I did not want to take a chance that this
16      could impact anything else, so I called her.
17  Q.  Don't tell me what you talked about with
18      Elizabeth, but I would like to know if you
19      talked to Owens about it.
20  A.  At that particular time, I did not because I
21      knew the allegations on there were totally out
22      of kilter. The things that he said that
23      Dr. Owens told to him, I knew that I had had

Page 162

1   no conversation with Dr. Owens -- I haven't
2   discussed Mr. Lowe in an unprofessional manner
3   with Dr. Owens at any time. So I knew that
4   this was totally unfounded. Not saying that
5   it -- the conversation did not happen between
6   the two of them, but I didn't follow up on it
7   because I knew there was no possibility for it
8   to be true.
9   Q.  So did you interview anybody with regard to
10      that Exhibit 5?
11  A.  I didn't interview anyone. I talked back with
12      the superintendent. My comments to the
13      superintendent were, have you looked at the
14      structure of this e-mail. It makes a mighty
15      bad point for a professional in the field to
16      e-mail the superintendent of education a
17      document of this nature that is barely
18      coherent, and that same person is asking me to
19      allow them to go out and represent the school
20      district and you send a document of this
21      nature to the superintendent of education whom
22      you would think you would be on your Ps and
23      Qs. I remember making those comments to her.

Page 163

1   Q.  You were pretty mad about that document?
2   A.  No, sir, not mad about it. Disappointed that
3       Mr. Lowe, who had proven himself to be a
4       reputable teacher in the school district,
5       would take such carelessness in sending this
6       type of documentation to the superintendent of
7       education. I cannot make a case for him when
8       he is sending that. If you have taken the
9       time to read it, it's barely coherent. It's
10      despicable in terms of a professional
11      corresponding with the superintendent.
12  Q.  Was Carla Winborne told to go -- I'm jumping
13      around a little bit. Was she told to go tell
14      Dr. Owens that he could not hire Mr. Lowe?
15  A.  Carla Winborne consulted me, and I told her
16      basically the process that was going on. I
17      told her that I had asked Connie Mizell to get
18      Dr. Lowe some additional applicants as it
19      related to the reading coach position and that
20      she could not accept his recommendation as a
21      reading coach until that issue was resolved.
22      So her response I assume was, I cannot hire
23      Mr. Lowe at this particular time, because I

Page 164

1   didn't give her any additional detail.
2   Q.  After he had interviewed the people that you
3       wanted him to interview, did Carla Winborne
4       tell or did you instruct Carla Winborne to
5       tell Dr. Owens to tell -- tell Dr. Owens that
6       he could not hire Melvin Lowe, that he had to
7       pick somebody else?
8   A.  No, I did not. I just told Carla Winborne
9       that we could not hire Melvin Lowe at this
10      particular time because we were interviewing
11      some additional applicants and that that
12      process -- that she could not accept his
13      recommendation for that. And I told Dr. Owens
14      the same thing. Dr. Owens made it clear to me
15      that he still wanted Mr. Lowe as his reading
16      coach. I told him that most likely that would
17      not happen based upon the strength of the
18      candidates and what Dr. Purcell wanted for
19      that particular school.
20  Q.  Did Dr. Owens ever defend you -- defend Melvin
21      Lowe before you or before central office
22      personnel to your knowledge and tried to get
23      y'all to give him some job?

41 (Pages 161 to 164)

Page 165

1    A.   Now, Dr. Purcell inquired about him.  I guess
2         when she got e-mails from him, there --I was
3         not aware of all of the different e-mails that
4         have been brought out in this testimony, but I
5         would assume after she got e-mails from him,
6         she might inquire -- Her first inquiry to me
7         about Melvin Lowe was when she first came to
8         the district and she said, I've had these
9         various correspondences from individuals in
10        the district; who might these individuals be.
11        And I would maybe say, well, this is a
12        counselor with the school district; this is a
13        teacher with the school district; this is a
14        school administrator, et cetera, et cetera.
15        She had the disadvantage of not knowing anyone
16        from who she was getting the correspondences
17        from, and I would just give her the bare facts
18        as it relates to who these individuals were.
19   Q.   I'm sorry.  I meant to ask, did Dr. Owens ever
20        defend you or to your office Melvin Lowe?
21   A.   No, he didn't have to defend it.  He just made
22        it clear that that was the person -- It was
23        evident to me that he must have done a good

Page 166

1         job for Dr. Owens.  It was just --
2    Q.   Before --
3    A.   Go ahead.  I'm sorry.
4    Q.   No.  Before --
5              MS. CARTER:  You can finish your
6              answer.
7    Q.   Yeah.  I would -- Before June 22, 2005, did
8         Dr. Owens say to you or your office that he
9         would like to get y'all to give Mr. Lowe
10        something, some kind of job?
11   A.   Not to my recall.  He didn't make the
12        statement to me.
13   Q.   Did Dr. Owens or did you ever say anything to
14        Dr. Owens or did anyone in your presence in
15        administration say anything to Dr. Owens that
16        the board was getting back at Melvin Lowe
17        because he filed his lawsuit?
18   A.   Definitely not.
19             (Plaintiff's Exhibit 15 marked for
20             identification.)
21   Q.   What is Exhibit 15?
22   A.   Exhibit 15?  This is the results of our having
23        done -- when I say our -- HR having done

Page 167

1         preliminary background with regard to
2         individuals who had applied for administrative
3         placements as administrative assistants or
4         school-wide instructional assistants in the
5         school district.  It is routine for us to have
6         an abundance of applicants, especially over
7         the summer months.  And we will generally run
8         all of those applicants through a general
9         session wherein we ask the same scripted
10        questions and invite the principals in who may
11        have vacancies in either one of those areas to
12        let the principals get a general exposure to
13        all of those applicants.  And then we
14        encourage them to invite individuals from
15        among those listed there out to their schools
16        for follow-up interviews if they have
17        vacancies in either one of those areas.  That
18        basically is a list just attesting to the fact
19        that these individuals have been cleared.
20        Their credentials have basically been
21        checked.  They've been run before this
22        committee.
23   Q.   And that was in what year?  What time frame?

Page 168

1    A.   Let's see.  This says 7/8/05.  July 8, I
2         think, '05.
3    Q.   What positions would that be?
4    A.   These would be for administrative-type
5         positions that they may have vacant in their
6         area.  Primarily assistant principals or
7         school-wide instructional assistants.
8    Q.   Is there a document that talks about what that
9         is that describes the policy and the procedure
10        for that clearance and everything?
11   A.   There's no document, no.
12   Q.   Is there a document that describes the policy
13        of the committees being used for reading
14        coaches -- to interview for reading coaches?
15   A.   Not to my knowledge.
16   Q.   Is there anything in writing that talks about
17        when you should use committees versus not use
18        committees?
19   A.   No.
20   Q.   Do you remember a lady named Pat Carnagie,
21        principal of Highland Gardens, ever expressing
22        any interest in wanting to hire Mr. Lowe for a
23        position?

42 (Pages 165 to 168)

Page 169

```
 1   A.  No, I do not.
 2   Q.  How about Janice Harvey?
 3   A.  No, I do not.
 4         MS. CARTER:  What was the first name
 5         you said, Bill?  Those are not
 6         names I've heard.
 7         MR. PATTY:  Pat Carnagie.
 8   Q.  And you had no conversations with the
 9        superintendent of Bullock County about
10        Mr. Lowe?
11   A.  Other than to clear the fact when he was
12        considering a return to the school district
13        that we would not be looked at as tampering.
14   Q.  That was with the assistant superintendent?
15   A.  Right.
16   Q.  But nothing with the superintendent?
17   A.  No, nothing with the superintendent.  That's
18        correct.
19   Q.  And you never told Abrams or Owens that they
20        need to hire women?
21   A.  No.
22   Q.  Were there any problems with Mr. Owens' work
23        or did you get any complaints regarding his
```

Page 170

```
 1        work in his two years at Daisy Lawrence?
 2   A.  Mr. Lowe you mean?
 3   Q.  Yes.  I'm sorry.
 4   A.  Not to my knowledge, no.
 5   Q.  And you did not have -- you don't recall a
 6        vague conversation with Mr. Lowe and
 7        Mr. Abrams after Mr. Abrams gave you a letter
 8        of recommendation for Mr. Lowe where you said
 9        that Abrams wants you real bad, but I have to
10        see what Carter will do because he may not
11        give on this or bend on this?
12   A.  No, I did not have that conversation.
13   Q.  Have we covered all the conversations you can
14        recall with Mr. Lowe during his employment
15        here at the school?
16         MS. CARTER:  Object to form.
17   A.  All that I can recall.
18   Q.  Have we covered all the conversations about
19        Mr. Lowe and his job at the school that you
20        may have had with third parties?
21   A.  All that I can recall.
22   Q.  Let me make sure it's clear.  With regard to
23        Plaintiff's Exhibit 5, what was done with this
```

Page 171

```
 1        was you talked to the school board attorney?
 2   A.  Yes.
 3   Q.  And you then went back and talked to the
 4        superintendent?
 5   A.  I went back to report to the superintendent
 6        that I had turned that information over to the
 7        school board attorney.
 8   Q.  And that's all that was done with that letter?
 9   A.  Other than my --
10         MS. CARTER:  Object to --
11   A.  Other than my making the comments that I told
12        you I made earlier.
13   Q.  All right.
14         Would Exhibit 5 fall in the category of
15        complaint or grievance?
16   A.  Let's see what you have here.  I would put it
17        in the category of venting a complaint.
18   Q.  Help me understand -- I want to try to -- I
19        think what I'm going to do is refer -- These
20        are job notices, and they have attached to
21        them some documents that go with them.  Rather
22        than just keep sticking all of them, what I'm
23        going to do is collectively make this Exhibit
```

Page 172

```
 1        16, and then I'll refer to the individual
 2        document by its Bates number.
 3         (Plaintiff's Exhibit 16 marked for
 4         identification.)
 5   Q.  What I'm trying to do is understand which
 6        announcements and positions these go with.
 7         Let me show you the first one, which is
 8        Bates numbered 1508.  And it looks like the
 9        way I'm reading this is the successful
10        candidate has got their certificate attached
11        to the announcement, which is Bates number
12        1509.  Can you tell me what position that goes
13        with?
14   A.  Position of reading coaches, and this is May
15        9, 2005.  So I would assume that this was for
16        positions of reading coaches at various school
17        sites throughout the school district entering
18        the summer of 2005, positions that might come
19        open.
20   Q.  Would that have covered the -- Ms. Freeney is
21        the person's name attached.  Does that
22        announcement cover the position with
23        Dr. Owens?
```

43 (Pages 169 to 172)

| Page 173 | Page 175 |
|---|---|

**Page 173**

1  A.  It does. It would have.

2  Q.  Now let's look at Bates number 1319. It says

3      applications accepted for position of

4      administrative assistants at Crump Elementary

5      and Brewbaker, and that's August 18, 2003.

6      And then there's attached two people, Rhonda

7      Oates-Tucker and Ms. Crawford.

8          Do you remember if those are white

9      females? Black females?

10  A.  Both of those are black females.

11  Q.  Do you know -- I'll tell you what I'm going to

12      do. I don't know if I necessarily want to

13      mark this, but it may be helpful if you can --

14          MS. CARTER: Are you looking at the

15          list of teachers?

16          MR. PATTY: Right.

17          MS. CARTER: Let me tell you how we

18          put this together. We took

19          y'all's list from the corporate

20          rep deposition notice, and then I

21          added one that I thought y'all

22          had missed and I added the four

23          from this past summer. So if he

**Page 174**

1          could look at that while he did

2          it, it might go faster.

3          MR. PATTY: That sounds good.

4          MS. CARTER: In fact, I actually

5          wrote a list out that I should go

6          get and we should mark because

7          since that's how you collected

8          the documents, it might be --

9  Q.  I'll tell you what. If you couldjust look

10      at -- This is the list. If you can just tell

11      me -- When I give you a Bates number, if you

12      can tell me which one -- the number from the

13      corporate list --

14  A.  Like 16-A or 16-B, etc.?

15  Q.  Right. And that will make it go a lot faster.

16      I'm looking at Bates number 1319. Which

17      one does that correspondwith?

18          MS. CARTER: Oh, he's not going to

19          know unless you tell him --

20          MR. PATTY: There we go.

21  A.  The administrative assistants at Crump

22      Elementary and Brewbaker Junior High School,

23      that's 16-A.

**Page 175**

1  Q.  Let's look at Bates number 1323.

2  A.  Educational specialist, office of curriculum

3      and instruction. That was dated June 4 of

4      2004. Educational specialist, June 4, 2004,

5      that's 16-H.

6  Q.  Would Mr. Lowe have the educational and

7      certification qualifications to be an

8      educational specialist?

9  A.  Generally the posted notice would read

10      something like at least three years successful

11      teaching experience and endorsement in

12      administration and supervision. That is to

13      attract a full scale of applicants. Ed

14      specialist positions in many instances have

15      gone to individuals who have prior

16      administrative certification -- I mean

17      administrative experience, but we leave it

18      open so that we might get a diamond in the

19      rough.

20  Q.  So he meets the minimum --

21  A.  Yes, he does.

22  Q.  Let's go on, then.

23          Connie Mizell, white female?

**Page 176**

1  A.  White female.

2  Q.  The next document is 1506.

3  A.  That is May of 2005, special education

4      teachers, so that's relative to the --

5          MS. CARTER: It's not on that list.

6          Those are the ones I added.

7  A.  That is basically the special education

8      teacher positions that you inquired about at

9      Robert E. Lee High School -- we're still under

10      that -- and at McKee Junior High School.

11  Q.  There's one --

12          MR. PATTY: It looks like there's

13          only one certification with

14          that.

15          MS. CARTER: There is.

16  A.  This is Carlos Cherry. This was McKee Junior

17      High School, so that probably -- This is the

18      one that we put in here for McKee. I'm sure

19      we have another one in there for --

20          MS. CARTER: For Mr. Abrams.

21  A.  This is McKee Junior High School. That's the

22      individual who filled that position, black

23      male.

1  Q.  Bates number 1329.
2  A.  Educational technology professional
3     development program coordinator, June of 2003.
4        MS. CARTER:  It's July of --
5  A.  Yeah, that's July of 2003.  This has to be it
6     here, the September 1 position that he alluded
7     to as 2003 educational specialist and
8     educational technology professional
9     development program coordinator and Title I
10    school-wide instructional -- There's several
11    on here.  That's 16-B.
12 Q.  Is it Kevin Todd Culpepper?
13 A.  Uh-huh (positive response).
14 Q.  White male?  Black male?
15 A.  White male.
16 Q.  Angela Mangum?
17 A.  Angela Mangum, black female.
18 Q.  Will there be -- Just so I understand
19    document-wise, will there be anything that
20    will show -- I think you've talked about this
21    a little bit.  Will there be anything to show
22    how their interviews went for these different
23    positions, who the three top candidates were,

1     any documentation of what -- how the
2     interviews went, how they were selected,
3     anything like that?
4  A.  Generally if they were system-level positions
5     or above, there would be a -- there should be
6     a paper trail documenting who the committee
7     was recommending -- who the committee was and
8     who the committee was recommending for a
9     particular position.  I would think that I
10    would have the majority of those.  Those are
11    submitted to the superintendent.  If she
12    returned those to me, then I would have those,
13    but she's not required to return them to me.
14    But I would give her a written documentation
15    as to these are the individuals, these are the
16    resumes for those individuals, and this is the
17    interview panel.  We just did one like that
18    yesterday.
19 Q.  What would that be called if we want to refer
20    to that?
21 A.  Recommendations to the superintendent.
22 Q.  Let me show you Bates number 1340.
23 A.  This was August 18, 2003.  Various

1     administrative assistant positions.
2  A.  Administrative assistant, that's 16-C.  That's
3     Robert E. Lee High School and various ones.
4     Let see.  Let me see the person who got the
5     position.  Lovell Seals.  No.  This was Carver
6     High School here -- the person who received
7     the position at Carver High School.  We have a
8     whole list of individuals here who received
9     administrative positions based on the same
10    posted notice, and we have them checked off on
11    here, like Lovell Seals, Darryl Washington.
12 Q.  Is that this collection starting with 1344 and
13    going through 1362?
14 A.  Oh, yeah.  These are the rest of those.
15       MS. CARTER:  That must have gotten
16          separated.
17 A.  Lovell Seals, Darryl Washington, Deidre
18    McRay -- Yeah, that's that whole list.  All of
19    these individuals were individuals who
20    received administrative placement as a result
21    of this single notice.
22       MS. CARTER:  And you're referring to
23          Bates number 1344 through Bates

1        number 1362.
2  A.  School-wide instructional assistants,
3     instructional assistants -- Yeah, all of
4     those.
5  Q.  Would an instructional assistant position be
6     one that Mr. Lowe would have the
7     qualifications of education certification for?
8  A.  Yes.  I can give you the race and -- I
9     recognize --
10 Q.  Go ahead.
11 A.  Lovell Seals is a black male.  Darryl
12    Washington is a black male.  Deidra McRay is a
13    black female.  Virginia Browder is a black
14    female.  Mona Green is a black female.  Tara
15    Carr is a black female.  Dierdra Ramsey is a
16    black female.  Barbara Sankey is a black
17    female, and Orlean Baldwin, black female.
18    Anissha Officer, black female; Patrick Nelson,
19    black male; Lakisha Stokes, black female;
20    Tamara Winston, black female.
21 Q.  Now, looking at Bates 1363 --
22 A.  Administrative assistant, specifically at
23    Robert E. Lee High School.

45 (Pages 177 to 180)

Page 181

1  MS. CARTER: When you read off
2  documents, speak more clearly
3  because she's trying to take it
4  down.
5  A. Administrative assistant at Robert E. Lee,
6  16-C. This person who received the position
7  was Gloria Odutola, who is a black female.
8  Q. I'll show you Bates number 1367.
9  A. Educational specialist, office of student and
10  community services, September 10, 2003.
11  That's 16-D, and the person receiving that
12  particular position was Susan Terrell, which
13  is a white female.
14  Q. I'll show you Bates number 1371.
15  A. Positions of elementary teachers at Brewbaker
16  Intermediate and McKee Elementary Schools,
17  September 15, 2003. That would be 16-E and
18  16-F, and the individuals who received those
19  were Jennifer Turner, and I'm not sure whether
20  she's black or white, suzie Prater, who is a
21  black female. I'm not absolutely sure on
22  Jennifer Turner.
23  Q. I'll show you Bates number 1374. There may be

Page 182

1  some stuff that --
2  A. Administrative assistant and assistant
3  principals as positions become available for
4  the 2004-2005 school year, and this is to
5  begin to accumulate all interested parties in
6  administrative placements during the late or
7  the early spring of 2004. This is dated
8  February 25, 2004, and this is indicative that
9  the position at Thelma Morris -- Let me see
10  which one that may be. Administrative
11  assistant at TS Morris, that's 16-O. And
12  let's see who the other one is. That's the
13  one. That's just one, 16-O, administrative
14  assistant at TS Morris, who is a black female.
15  Q. I've got a stack here that goes 1378 through
16  1446 -- 7 -- 1447. I don't know if those go
17  with the ones you just had there or not.
18  A. Let's see. These are probably administrative
19  assistants throughout the school district. G
20  up here. So she's probably included in --
21  That's the one specifically for TS Morris, but
22  all of these are 16-G, the administrative
23  assistants position at -- beginning May 14,

Page 183

1  2004, and any and all administrative positions
2  that were available. And these are Hosea
3  Addison who went to Lanier Academic Magnet
4  Program, black male; Exzealia Baptiste, who
5  went to the alternative education program at
6  Fews, black female; Jeri Brown, who went to
7  Robert E. Lee High School, white female;
8  Rodrick James who was hired at Chisholm
9  Elementary School, black male; Emily Little,
10  who was hired at -- Let's see if the school is
11  on here. I'm not absolutely sure on the
12  school she was placed. She's a white female,
13  Emily Little.
14     Ronald Ashley, black male, hired as the
15  administrative assistant at Booker T.
16  Washington High School; Bobby Lowe, black
17  male, hired at Floyd Elementary School; Mary
18  Markham, black female, another one that I'm
19  not absolutely sure on the school so I need to
20  make a note and let you know where she was.
21     Mary Norman, who was hired as an
22  administrative assistant at Robert E. Lee High
23  School and ultimately transferred to Floyd

Page 184

1  Middle School, white female, in both
2  capacities as the administrative assistant or
3  the assistant principal. Shanetha Paterson,
4  black female, was hired at Nixon Elementary
5  School as the assistant principal; Antoine
6  Richardson, black male, hired at Robert E. Lee
7  High School as administrative assistant;
8  Ferlisi Ross, black female -- Ferlisa Ross,
9  black female, hired at Robert E. Lee High
10  School as the assistant principal, before that
11  hired as administrative assistant at Lanier
12  High School. Both of them would probably fall
13  within this time frame.
14     Durwood Wilson, black male, hired as the
15  administrative assistant at Davis Elementary
16  School and ultimately transferred to Brewbaker
17  Junior High School. Dionne Woody, black
18  female. I think she was hired at Nixon
19  Elementary School to replace Sharetha Paterson
20  when she left, black female. And Sonya Floyd,
21  the black female who was hired for the
22  assistant position -- administrative
23  assistant's position at McKee Junior High

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 185

1    School. I know my people.
2    Q.  Did you say Sonya Floyd was a black female?
3    A.  Black female.
4    Q.  Bates number 1448.
5    A.  June 4, 2004, educational specialist, office
6        of curriculum and instruction. June 4, 2004
7        educational specialist, that's 16-H. And the
8        person who received it was Thomas Toleston,
9        black male.
10   Q.  1450, it looks like at the bottom it says the
11       position was not filled.
12   A.  Right. This is Title I program evaluator, and
13       it went unfilled. It was posted and we got
14       applicants, and then the funding for it fell
15       through so it was not filled.
16   Q.  1452.
17   A.  Title I teacher/tutor, skills lab at Houston
18       Hills Junior High School. That was 16-J, and
19       the person who filled it was Essie Baker,
20       black female.
21   Q.  Would it be unusual for a position to be
22       filled without the principal having any input
23       into who is being selected?

Page 186

1    A.  No. We try diligently not to do that.
2    Q.  So that would be out of the ordinary if a
3        position was filled before a principal was
4        consulted about who was going to have that
5        position?
6    A.  Generally that is, yes.
7    Q.  Let me show you Bates 1454.
8    A.  1454 is two-system reading specialist, office
9        of curriculum and instruction, June 25, 2004.
10       That's 16-K, and the individuals were Karen
11       Vann -- that's the one I alluded to in earlier
12       testimony -- Karen Vann, white female, and
13       Gloria Odutola, black female.
14   Q.  The recommendations file you keep, will it
15       show why someone was picked?
16   A.  Usually there's a rubric if there's a
17       committee that -- and they will generally rate
18       that individual based on the questions.
19       That's why we're so insistent that the same
20       questions are asked of everybody so they can
21       be rated. And there's --
22   Q.  Do y'all keep the -- They ask the questions
23       and they take notes as to what the response is

Page 187

1    and how they react to the response?
2    A.  Uh-huh (positive response). And then they
3        will generally be rated 1, 2, 3 or 4, whether
4        there was in-depth knowledge, surface
5        knowledge, no demonstrated knowledge, that
6        type of thing.
7    Q.  And that's based on their judgment call of how
8        that person answers that question?
9    A.  Exactly.
10   Q.  What kind of training goes into instruct the
11       individuals of how they need to make that
12       evaluation?
13   A.  Well, generally we try to get an individual
14       that's already in a supervisory position. We
15       try get a person who is a specialist to sit in
16       on it, or if you're selecting school reading
17       coaches, you might very well get a committee
18       that is composed of system-wide reading
19       coaches or -- who has already undergone the
20       same type of training that they are
21       interviewing for. We try our very best to
22       place those kind of people on those
23       positions. Anytime there's any question, then

Page 188

1    I might sit in just to make sure that accepted
2    protocol is being followed.
3    Q.  Does that mean that there's not a specific
4        training that goes into this is how you should
5        evaluate on this rubric?
6    A.  No. I mean, there's some subjectivity to it
7        as to what you hear.
8    Q.  Like with the PEPE, I remember everybody who
9        had to learn how to do the PEPE, they had to
10       go to classes for PEPE and they had to take
11       tests on PEPE, and they had to see how they
12       evaluated compared to other people who
13       evaluated.
14       Is there anything of that nature done with
15       this process?
16   A.  No.
17   Q.  Let me show you 1469.
18   A.  System-wide math coach specialist, Title I,
19       June 25, 2004. That's 16-L. We had math
20       specialists and reading specialists: Lamecha
21       James, black female; Cathy Simmons, white
22       female; Sheila Helms, white female. That's
23       it. Those were the three.

47 (Pages 185 to 188)

Page 189

```
1   Q.  Let me show you Bates 1475.
2   A.  District resource/attendance officer, office
3       of student and community services. That's
4       16-M, and that position wasn't filled,
5       although it was -- It was interviewed for, but
6       it was not filled because the funds were not
7       there. The resources were reallocated.
8   Q.  Bates 1476.
9   A.  Title I school-wide instructional assistants
10      at various school locations. That's 16-N.
11  Q.  Was Mr. Lowe qualified for that position?
12  A.  That's correct. Now, the vast majority of
13      these -- I called them out a moment ago when I
14      was going through the list. The vast majority
15      of these were already covered in a previous
16      one, and then there were several -- the four
17      at the bottom after 2004. And I'll go over
18      those four if it's okay with you.
19  Q.  That's fine. That will work.
20  A.  Anissha Officer is a black female, and she's
21      at Harrison. She was at Harrison. Patrick
22      Nelson, black male, at Bellingrath. Lakisha
23      Stokes was a black female at Seth Johnson.
```

Page 190

```
1       Here's Tamara Harvey. She's a black female
2       and she was at McIntyre.
3   Q.  Bates number 1492.
4   A.  Administrative assistant and assistant
5       principal positions as they become available
6       for the 2004-2005 school term, and we have
7       Denitta Easterling as a -- This must be one
8       particular to Thelma Morris. Yes. That's O,
9       administrative assistant at TS Morris
10      Elementary School, which is 16-O, black
11      female.
12  Q.  Bates number 1494.
13  A.  All right. This is Sonya Floyd, so this is
14      the administrative assistant at McKee Junior
15      High School, black female. That's 16-P. The
16      same posted notice but 16-P, different school.
17  Q.  Okay. 1496.
18  A.  Title I school-wide instructional assistant at
19      Southlawn Middle School, and that was Pamela
20      Cloud, white female. And I don't think that
21      one is listed on here. Let's see. Southlawn
22      Middle School.
23          After you requested all of the school-wide
```

Page 191

```
1       instructional assistants, this was the most
2       recent school-wide instructional assistant so
3       she was not on that original list. But she
4       was the most recent one that we had named,
5       white female. She's not alluded to
6       specifically here.
7   Q.  1499.
8   A.  Teachers, grades K through six, special
9       education and multimedia. This is our general
10      posted notice that we send out at the end of
11      the year to try to attract teachers in various
12      disciplines, and this is just a general posted
13      notice here. And Howard Floyd -- This is six
14      through twelve. I'd have to discern the exact
15      school, what teacher -- Howard Floyd.
16          MS. CARTER: I made y'all pull that
17          one, too, because it's from this
18          year. Right?
19  A.  That was Robert E. Lee High School, if I
20      remember correctly. There were two special
21      education who were selected from Robert E. Lee
22      High School. Howard Floyd was one of the two.
23  Q.  Bates number 1501.
```

Page 192

```
1   A.  This is Ronald Ashley. This says applications
2       are now being accepted for the position of
3       administrative assistant at Johnson
4       Elementary, Carver Senior High, Brewbaker
5       Junior High, Booker T. Washington Magnet High
6       School, and any other elementary, et cetera,
7       middle school. And this is the one where you
8       requested documentation of the person who
9       received the position at Booker T. Washington
10      High School -- Magnet High School. Ronald
11      Ashley, black male.
12  Q.  In the minutes we have, we have the personnel
13      reports and then we have one set that's
14      actually the minutes. For each personnel
15      report, should there be minutes that show the
16      approval or adoption of that personnel report
17      separate from the personnel report?
18  A.  Yeah. There are minutes separate from -- we
19      gave you that -- If we gave you that, it was
20      by mistake because we didn't realize that
21      you --
22  Q.  I assume these are personnel reports.
23  A.  I didn't realize that's what you were asking
```

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 193

1  for.
2  Q.  This is -- I want to just --
3      MR. PATTY:  Why don't we go off the
4      record for just a second.
5      (Brief off-the-record discussion
6      followed by a brief recess.)
7      EXAMINATION
8  BY MS. CARTER:
9  Q.  Mr. Barker, I don't know if -- I know you were
10     present for part of Mr. Lowe's deposition, but
11     he testified that Pam Cloud had been hired at
12     Tina Minott's school at Southlawn Middle
13     School because she was made to hire her
14     because Pam Cloud had a lawsuit.
15     Have you or has anyone with Montgomery
16     Public Schools to your knowledge ever
17     instructed Tina Minott that she had to
18     recommend Pam Cloud?
19  A.  No.  We definitely did not.  As a matter of
20     fact in that regard, Tina recommended Pam for
21     that particular position, and later on I
22     inquired of Tina once we received the
23     notification from Mr. Lowe if she even was

Page 194

1      aware of the fact that Pam Cloud had any type
2      of legal proceeding against the board, and she
3      said her recommendation was made totally
4      oblivious to that.  She did not know she had
5      any action.
6  Q.  Pam Cloud has sued y'all claiming race
7      discrimination; isn't that correct?
8  A.  That's correct.
9  Q.  Did you block her efforts to get that
10     promotion after she sued you?
11 A.  No, I did not.
12 Q.  Is it a policy of you or the Montgomery Public
13     Schools to provide special consideration to
14     someone simply because they have sued you?
15 A.  No, absolutely not.
16 Q.  Have you to your knowledge ever undertaken
17     gathering the paperwork or doing the
18     investigative work for an individual when they
19     were trying to get an emergency certification?
20 A.  No, I did not.  Basically they would have to
21     already come to me with the necessary
22     coursework requirements, and then we would
23     have to be looking for an alternative

Page 195

1      certification for those individuals.  But
2      that's their responsibility to present the
3      coursework requirements to us, the proof of
4      coursework requirements.
5  Q.  And y'all help them do the applications and so
6      forth once they've provided that proof to you;
7      is that correct?
8  A.  That is correct.
9  Q.  And isn't it -- did you ever tell David Sikes
10     or Bobby Abrams that they could not hire
11     Melvin Lowe?
12 A.  No.
13 Q.  If Melvin Lowe had the coursework for the
14     certification or if he had just simply been
15     certified, would you have recommended that he
16     be hired for those positions?
17     MR. PATTY:  Object to the form.
18 A.  Gladly, because we had an extreme need in that
19     particular area.
20 Q.  There is -- I don't know how we're going to
21     get through this, but there are a lot of jobs
22     that we've talked about in regards to just the
23     list of job postings and successful applicants

Page 196

1      that you went through today that have in some
2      way or another been referenced in Mr. Lowe's
3      EEOC charge, information he's given the EEOC,
4      his complaint in this lawsuit or in his
5      deposition.  And so my question to you is
6      this.
7      You've testified here today that Dr. Owens
8      recommended him for the reading coach position
9      at Paterson; is that correct?
10 A.  That's correct.
11 Q.  And there was no question in your mind that
12     Dr. Owens wanted him?
13 A.  That is correct.
14 Q.  Is there any other job that you can recall
15     wherein a principal recommended to you or
16     asked you to hire Melvin Lowe wherein that
17     recommendation was not followed?
18 A.  No, there is not.
19 Q.  When you recommended or were involved in the
20     disciplinary matters of Mr. Lowe in 2002 when
21     he was a teacher at Southlawn, was it a
22     consideration of yours that it was the third
23     year in a row that you had had to deal with

49 (Pages 193 to 196)

**Page 197**

1    Mr. Lowe in regards to allegations and how he
2    handled children?
3        MR. PATTY: Object to the form.
4    A.  It was. I knew that I had investigated two
5        previous charges with regard to mishandling of
6        students, and it factored into my decision
7        with regard to the recommendation that I made
8        to the superintendent.
9    Q.  After he was non-renewed at the end of that
10       year, he worked in Bullock County a year; is
11       that correct?
12   A.  Yes. To my understanding, yes.
13   Q.  And then Dr. Carter recommended to the board
14       that he be hired back at Montgomery Public
15       Schools, correct?
16   A.  Yes. After school had started in the 2003
17       school year.
18   Q.  This might be an unfair question, and I should
19       have warned you about it.
20           Give us an idea of how many people or
21       teachers in the school system you would say,
22       if you can, that have administrative or
23       supervision certifications but are not serving

**Page 198**

1    in administrative or supervisory capacities.
2    A.  It would be a guess, but there are numerous
3        ones. We generally on the average run
4        anywhere from 30 to 50 applicants through that
5        general screening process each of the last two
6        or three years. So probably a tenth of those
7        actually or maybe as many as 20 percent of
8        them actually get placed, and then the next
9        year we go through the same process. So I
10       would venture to say there are numerous
11       individuals with the certification out there
12       who have not been placed in an
13       administrative-type position.
14   Q.  Is there any type of requirement on behalf of
15       Montgomery Public Schools that the person
16       interviewing for a job with the most education
17       must be hired?
18   A.  No, there's no such requirement.
19   Q.  You've been asked questions today about
20       Denitta Easterling who, if I understand the
21       testimony correctly, served as a summer school
22       principal one summer when her certification
23       was not actually completed until August of

**Page 199**

1    that year.
2    A.  That's correct.
3    Q.  Did the school board vote to hire or approve
4        her hiring of summer school that year? Was
5        that school board action?
6    A.  I do not recall whether that was presented to
7        the school board or not. That was a position
8        that was actually manned by the state of
9        Alabama. I would not have thought that it
10       would have gone through Montgomery Public
11       Schools school records because they were using
12       our site, but they were paying the funds and
13       they were doing the actual hiring.
14   Q.  Did anybody ever tell you that they wanted to
15       hire Melvin Lowe for that position?
16   A.  No.
17   Q.  To your knowledge who recommended or thought
18       that Denitta needed to take that job or should
19       take that job for the summer?
20   A.  I would think that it would have been the
21       school principal there, Sophia Johnson.
22   Q.  And what is her race?
23   A.  She's a black female.

**Page 200**

1    Q.  Have you ever told anybody that they had to
2        hire a woman or a female in an administrative
3        position at their school or at any position at
4        their school?
5    A.  No.
6    Q.  Have you ever told anybody that they had to
7        hire a white or black applicant at their
8        school?
9    A.  No.
10   Q.  When you got word in the summer of 2005 that
11       Mr. Lowe had communicated with Dr. Purcell
12       that he felt like there were some issues of
13       retaliation, did you immediately contact us to
14       seek advice about how to handle that?
15   A.  Yes, I did.
16   Q.  Did you make any special efforts on behalf of
17       the non-tenured teachers that left Daisy
18       Lawrence with Mr. Lowe -- I think there were
19       two other -- did you make any special requests
20       of principals to hire them or tell principals
21       they had to recommend that they be hired?
22   A.  No, I did not. Those individuals were advised
23       that they were to apply for any position in

50 (Pages 197 to 200)

Page 201

```
 1    the school district that was vacant and that
 2    every consideration would be given to try to
 3    place them if they were recommended by a
 4    principal for those particular positions.  But
 5    other than that, no other assurances, no other
 6    contact from my office that I'm aware of
 7    happened in the placement of those three
 8    individuals.
 9  Q.  Last thing.  In regards to the reading coach
10    positions, if I understand correctly, there
11    are ten-month reading coach positions and then
12    there are nine-month reading coach positions.
13  A.  That's correct.
14  Q.  And the nine-months positions are Title I
15    resources?
16  A.  Yes.
17  Q.  Correct?
18  A.  That's correct.
19  Q.  And Daisy Lawrence was a Title I school?
20  A.  Daisy Lawrence was a Title I school in that
21    the population, although it was somewhat
22    transient, the vast majority of those students
23    came from at-risk population Title I schools.
```

Page 202

```
 1  Q.  And Mr. Lowe -- I know this is an issue or
 2    part of his allegation, but as far as
 3    Montgomery Public Schools is concerned, the
 4    contract he signed was for a teacher/tutor at
 5    that school, correct?
 6  A.  That's correct.
 7  Q.  And if he had been a reading coach at that
 8    school, it still would have been a nine-month
 9    position; is that correct?
10  A.  That's correct.
11  Q.  Even if some of the duties that he performed
12    fell under the duties that are typically for a
13    reading coach?
14  A.  That's correct.
15          MS. CARTER:  I don't have anything
16        else.
17          EXAMINATION
18  BY MR. PATTY:
19  Q.  Were you aware of my letter to Spud Seale the
20    end of the summer of 2005 about Mr. Lowe not
21    being blocked for positions in the school that
22    summer?
23  A.  I think I remember being made aware of that,
```

Page 203

```
 1    that there was a letter from you indicating
 2    that, yes.
 3  Q.  Did you discuss that with the superintendent?
 4  A.  No, I did not.
 5  Q.  Did you undertake any investigation of that
 6    claim?
 7  A.  No, I did not.
 8  Q.  Do you know if anybody with the school did?
 9  A.  No.
10  Q.  No, you don't know or no, nobody did?
11  A.  Nobody did to my knowledge.
12          MR. PATTY:  That's all.
13        (Deposition concluded at
14          approximately 5:50 p.m.)
15
16    * * * * * * * * * * * * *
17
18      FURTHER DEPONENT SAITH NOT
19
20    * * * * * * * * * * * * *
```

Page 204

```
 1  of Alabama at Large, do hereby certify that I
 2      JIMMY BARKER
 3  who was first duly sworn by me to speak the truth,
 4  the whole truth and nothing but the truth, in the
 5  matter of:
 6      MELVIN LOWE,
 7      Plaintiff,
 8      Vs.
 9      MONTGOMERY COUNTY BOARD OF
10      EDUCATION; VICKIE JERNIGAN,
11      MARK LABRANCE, TOMMIE MILLER,
12      MARY BRIERS, DAVE BORDEN,
13      HENRY A. SPEARS and BEVERLY ROSS,
14      in their official capacities as
15      members of the Montgomery County
16      Board of Education; and DR. CARLINDA
17      PURCELL, in her official capacity as
18      Superintendent of the Montgomery
19      County
20      Board of Education,
21      Defendants.
22      In The U.S. District Court
23      For the Middle District of Alabama
```

Page 203 continued:

```
19      REPORTER'S CERTIFICATE
20  STATE OF ALABAMA:
21  MONTGOMERY COUNTY:
22    I, Pamela A. Wilbanks, Registered
23  Professional Reporter and Commissioner for the State
```

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 205

```
 1          Northern Division
 2             2:05-CV-0495
 3    on Monday, January 23, 2006.
 4          The foregoing 204 computer printed pages
 5    contain a true and correct transcript of the
 6    examination of said witness by counsel for the
 7    parties set out herein.  The reading and signing of
 8    same is hereby waived.
 9          I further certify that I am neither of kin
10    nor of counsel to the parties to said cause nor in
11    any manner interested in the results thereof.
12          This 3rd day of February, 2006.
13
14
15
16
17
18         _____
           Pamela A. Wilbanks, Registered
19         Professional Reporter and
           Commissioner for the State
20         of Alabama at Large.
21
22
23
```

52 (Page 205)

## A

abdicate 140:22
abdicated 108:6
abilities 139:6
ability 95:12,13
able 80:14 136:2 137:1
    143:2
aboard 33:13 35:11,11
    65:17 71:14 72:10
    108:7
about 16:6 20:4 21:15
    21:19 22:13,15 23:4
    26:13 31:14,17 32:4
    42:1 49:18 51:13
    52:22 55:10 56:19
    60:16,23 61:14 62:11
    62:13,23 63:5,19
    66:20 74:4,13 77:15
    79:1,23 85:10,10
    86:9 87:13 88:21
    90:1,5,21 91:11,14
    91:16 92:6,9,11
    94:18 95:1 98:6,13
    98:14,16 101:11
    102:6,11 104:21
    106:4 107:12,16,20
    114:21,22 118:2,10
    120:8 121:21,23
    122:7,12 123:7
    129:21 130:4,9,11
    131:22 132:1,14,17
    132:18 136:23 140:1
    141:21 143:7 147:13
    147:15 148:19 149:3
    149:6 150:12 151:22
    151:23 156:3,17
    157:5,10,22 158:1
    161:17,19 163:1,2
    165:1,7 168:8,16
    169:2,9 170:18 176:8
    177:20 186:4 195:22
    197:19 198:19
    200:14 202:20
above 58:20 97:12,19
    178:5
Abrams 118:15,18
    122:7,15,18,20 123:2
    123:4 129:12,19
    130:3,8,22 131:22
    137:20,21 169:19
    170:7,7,9 176:20
    195:10
absolutely 62:15 63:23
    131:15 132:5 149:11
    181:21 183:11,19
    194:15
absurd 141:5

abundance 167:6
academic 31:20 41:21
    44:22 45:15 46:5,14
    48:6 183:3
academics 45:11,12
accept 163:20 164:12
acceptable 94:6,7
accepted 126:9 173:3
    188:1 192:2
accepting 67:5
access 79:10,11
according 41:9 66:19·
    66:23 67:7 102:7,23
    116:1 129:15
accountability 144:14
accountable 109:1
accumulate 182:5
accurate 64:15,18
accurately 145:20
accusations 12:22
accused 82:23
accusing 145:8
acronym 92:16
act 47:6
acted 116:15
action 1:6 24:13 80:11
    81:19 85:16,17 91:9
    92:2,4 194:5 199:5
actions 14:18 85:20
    86:1 91:19
actively 12:23
actual 14:2 199:13
actually 36:12 72:21
    135:21 137:4 174:4
    192:14 198:7,8,23
    199:8
added 52:1 78:2 173:21
    173:22 176:6
Addison 183:3
addition 68:23 69:23
additional 8:9 153:15
    153:18 163:18 164:1
    164:11
adds 52:7
adequate 127:23
adjunct 8:19
administration 7:5,7
    9:6 47:9 93:5 119:3
    119:14 129:7 166:15
    175:12
administrative 7:23
    11:19 33:4 99:6
    118:19 119:8,9,12
    121:19 132:19 133:8
    136:20,23 137:9
    155:16,20 156:3,9,18
    167:2,3 173:4 174:21

175:16,17 179:1,2,9
    179:20 180:22 181:5
    182:2,6,10,13,18,22
    183:1,15,22 184:2,7
    184:11,15,22 190:4,9
    190:14 192:3 197:22
    198:1 200:2
administrative-type
    100:4 168:4 198:13
administrator 92:17
    93:4 110:12 165:14
administrators 120:17
adopted 54:9
adoption 192:16
advertise 135:1
advertised 70:14,15
    101:7,8 113:16
    133:20 134:3
advertisement 70:18
    70:23 134:1
advice 200:14
advised 200:22
AEA 15:4 143:19 144:4
affected 111:6
after 5:6 7:13 14:10
    20:4 33:16 35:10
    41:16 48:15 50:19
    52:1 57:19 63:14
    64:21 72:22 73:9
    78:21 81:11 89:21
    95:1 102:2 107:21
    116:22 131:4,14
    134:10,13,15 135:18
    138:23 150:16,23
    159:5 160:20 164:2
    165:5 170:7 189:17
    190:23 194:10 197:9
    197:16
afterwards 107:20
after-the-fact 108:18
again 57:5 93:15 97:16
    103:9 104:22 109:11
against 11:10,16 12:9
    22:19,20 23:1,2,5
    25:15,17 26:5,9
    82:15 91:7,9 140:13
    140:15 141:2 155:6
    194:2
age 10:17 17:3 18:2,4
agent 93:4
ages 18:1
ago 9:5 59:4 83:18
    189:13
agony 58:1
agreed 4:2,15,22
agreement 1:16 74:23
    101:23

ahead 29:22 37:12
    57:22 58:4 145:17
    166:3 180:10
Alabama 1:2,18,20 2:7
    2:11 4:8 6:22 7:2
    8:20 15:6 18:4,6
    29:17 120:15 135:17
    199:9 203:20 204:1
    204:23 205:20
alert 142:11
alive 15:13,14
allay 147:22
allegation 12:8 22:10
    77:12 155:6,8,14
    202:2
allegations 11:3 24:3
    64:4 80:13 81:4
    92:23 94:10 160:21
    161:21 197:1
Allen 73:16
allocated 68:12,19
allocation 104:4
allow 27:19 115:19
    125:2 162:19
allowed 136:19 144:13
    155:15
alluded 9:4 156:2
    177:6 186:11 191:5
alluding 156:16 161:2
alone 124:12
along 13:22 19:3 28:6
    30:12 31:18 41:18
    49:15 54:8 68:16
    74:21 102:11 115:20
    118:8 123:22
already 24:23 37:21
    68:19 69:2 98:3
    104:3,14 121:23
    130:20 158:22
    187:14,19 189:15
    194:21
alternative 45:9 92:15
    115:6 126:9,19 127:3
    128:2 183:5 194:23
although 116:10
    148:20 189:5 201:21
always 17:1 58:3 60:17
    68:11 96:4 115:9
ambassadors 139:13
ambition 139:5
Amendment 12:10
among 38:8,20 42:14
    48:22 49:5 50:10,18
    52:7 59:17 61:14
    74:17 133:8 167:15
analysis 41:21 105:10
ANDERSON 2:6

and/or 28:15 122:4
Angela 177:16,17
Anissha 180:18 189:20
Ann 75:20 76:6
Annie 15:18
announced 95:23
announcement 172:11
    172:22
announcements 3:15
    98:22 172:6
another 10:3 12:5
    13:23 31:11 32:20
    35:13 78:20 79:5
    100:11 115:14 117:6
    123:4 150:16 151:1
    154:13 176:19
    183:18 196:2
answer 10:23 65:2
    90:21 159:2 166:6
answers 187:8
Antoine 184:5·
antsy 152:6
anybody 115:1 117:10
    137:23 140:8 162:9
    199:14 200:1,6 203:8
anyone 113:12 57:15
    66:7 75:14 86:13
    98:8 118:10 128:7
    162:11 165:15
    166:14 193:15
anything 8:14 11:4
    49:8 52:21 64:19
    80:2 83:20 93:21,22
    94:2 95:4 98:16 99:3
    107:2,3,4 113:1
    131:21 145:9 159:11
    161:10,16 166:13,15
    168:16 177:19,21
    178:3 188:14 202:15
anytime 23:16 187:23
Anyway 82:2
anywhere 8:13 60:3
    198:4
appear 63:4 96:20
APPEARANCES 2:2
appease 132:12
applicable 72:20
applicant 28:23 57:7
    57:14 200:7
applicants 3:13 10:18
    29:20 30:1 36:16
    37:11 38:7 40:22
    41:1,8 59:14 61:4
    99:7 124:9 131:11
    158:15 163:18
    164:11 167:6,8,13
    175:13 185:14

Page 2

**195:23 198:4**
**application** 29:16 33:1
  65:6 72:5 99:16,18
  136:1 159:16,22
**applications** 173:3
  192:1 195:5
**applied** 27:13 35:1,4
  57:10 70:11 74:21
  89:5 98:20 118:14
  127:11 138:1 167:2
**applies** 27:4
**apply** 100:3 118:6
  126:8,19 127:15
  148:12 200:23
**applying** 53:13 57:7
  101:17 117:14
  119:20 132:18 149:2
**approached** 101:18
  123:3 130:3,8
**approaching** 122:7
**appropriate** 78:21
  119:11
**approval** 144:1 192:16
**approve** 142:16 199:3
**approved** 38:9 141:9
  143:21 144:9
**approximately** 1:21
  7:4 203:14
**aps** 160:5,13
**arbitrarily** 128:4
**area** 15:7 16:3,8,18
  17:11 18:6 30:6
  31:18 125:1,7 126:12
  168:6 195:19
**areas** 6:11 9:4 97:5,8
  167:11,17
**ARFI** 29:16 32:23 33:3
  65:6,23 66:6 67:17
  69:16,17,20,23 70:1
  120:14
**Armed** 7:14
**Army** 7:15
**around** 55:3 163:13
**arrived** 108:6
**Arthur** 74:16
**articulate** 60:15 61:20
**ascertained** 85:23
**Ashley** 183:14 192:1,11
**asked** 51:15 64:6 78:16
  79:1 88:11 93:13
  102:20 119:7 122:20
  123:6 129:22 130:15
  156:9 163:17 186:20
  196:16 198:19
**asking** 36:15,18 37:9
  78:7 88:21 89:16
  130:22 143:20

162:18 192:23
**aspiring** 132:10
**assigned** 7:23 30:7 66:2
  66:3,5,8,11 91:21
  92:14,17 93:7 115:16
**assignment** 74:19
  91:22
**assignments** 112:10,11
  164:1
**assistant** 7:23 8:2,11
  11:19 14:9 18:23
  19:13 27:11 30:8,13
  33:1 45:4,21 48:4
  72:8 79:13 87:5
  118:20 121:21,22
  132:19 136:20 137:9
  155:19,20 168:6
  169:14 179:1,2 180:5
  180:22 181:5 182:2,2
  182:11,14 183:15,22
  184:2,3,5,7,10,11,15
  184:22 190:4,4,9,14
  190:18 191:2 192:3
**assistants** 11:21 167:3
  167:4 168:7 173:4
  174:21 180:2,3
  182:19,23 189:9
  191:1
**assistant's** 132:20
  133:8 184:23
**associated** 101:4 109:3
  142:19 143:19
**Association** 142:5
**assume** 5:18 51:17
  87:18 125:2 144:2
  150:14 163:22 165:5
  172:15 192:22
**assumed** 7:18 33:5
  64:17 108:23
**Assuming** 89:5
**assumption** 100:22
**assurances** 102:3
  148:12,23 201:5
**assure** 26:6 39:7 107:6
**assured** 37:19 92:23
  148:4
**Atlanta** 18:3
**attached** 113:4 171:20
  172:10,21 173:6
**attempt** 115:4
**attempted** 114:15
**attendance** 45:13
**attention** 20:17,21
  141:20
**attesting** 167:18
**attests** 95:12
**attorney** 15:3,4 64:12

171:1,7
**attorneys** 2:6,10 24:16
**attract** 175:13 191:11
**at-risk** 31:8 201:23
**Auburn** 7:5,8 8:16
**audience** 74:5
**August** 121:8 137:6
  149:13,15,16,17,17
  173:5 178:23 198:23
**aunts** 16:2 17:1
**authority** 18:23 26:1
  86:6,8 92:20 94:8
  106:10 139:21
**authorization** 23:22
**authorize** 77:22 140:2
  140:6,16 145:7
**authorized** 65:13 67:22
  96:9 102:14,15 123:8
  148:7 154:2 182:3
  183:2 190:5
**available** 65:22 67:1,2
**average** 22:4 45:13
  198:3
**aware** 25:2 50:2,3,17
  50:22 53:17,19 79:6
  90:7,23 91:4,4,8
  108:2 121:14 129:5,8
  129:9 132:22 133:1
  133:15 138:23
  142:23 153:4 165:3
  194:1 201:6 202:19
  202:23
**awfully** 106:12

---

**B**

**B** 60:17 61:1 105:9
**back** 7:12 27:18 28:8
  38:10 39:11 42:3,18
  44:17 47:16,19,23
  48:15 50:7,19 52:5
  58:9 71:20 74:1,1,10
  74:14 87:1 94:15,16
  94:22 102:5,16
  110:16 116:7 117:2
  117:15 123:17,18
  129:14 134:4 137:20
  153:23 156:16 159:2
  162:11 166:16 171:3
  171:5 197:14
**background** 6:16,19
  8:21 45:7 46:4,5,7
  79:23 136:7 167:1
**bacon** 108:16
**bad** 145:11 162:15
  170:9
**Baker** 185:19
**Baldwin** 180:17

**Ballard** 74:17 75:18
**Baptist** 17:14
**Baptiste** 183:4
**Barbara** 180:16
**bare** 165:17
**barely** 162:17 163:9
**Barker** 1:15 4:4 5:5,12
  5:13 15:12,15,18,19
  18:2,3 40:17 41:2
  49:14 63:11 94:9
  106:19 123:6 132:7
  141:21 193:9 204:2
**base** 30:2 46:3 110:11
**based** 10:17 27:16
  37:23 38:11 50:10
  65:21 81:14 128:5
  138:10 140:7 164:17
  179:9 186:18 187:7
**bases** 36:11 37:9 38:2
  40:6 101:22
**basic** 39:1
**basically** 17:9 33:1
  37:18 41:22 50:14
  51:13 59:21,23 75:5
  94:6 99:11 105:15
  110:8 129:22 130:15
  163:16 167:18,20
  176:7 194:20
**basis** 8:15,16 9:20,21
  31:10 105:7 112:14
  150:23
**Bates** 172:2,8,11 173:2
  174:11,16 175:1
  177:1 178:22 179:23
  179:23 180:21 181:8
  181:14,23 185:4
  186:7 189:1,8 190:3
  190:12 191:23
**became** 119:2
**become** 132:22 182:3
  190:5
**BEERS** 2:6
**before** 1:16 4:6 9:10
  12:7 14:11 19:7 43:7
  46:21 53:2 57:8,20
  64:16 72:6 74:1
  81:17 90:3 91:3 92:6
  98:10 102:15 104:6
  107:14 108:6,7
  119:12,22 125:15,17
  127:3 131:3 136:1,9
  142:15 145:6 149:3
  154:20,23 159:1
  164:21,21 166:2,4,7
  167:21 184:10 186:3
**began** 104:6 119:4
  137:4

**begin** 20:21 23:18
  69:14 182:5
**beginning** 182:23
**behalf** 57:17 81:20
  94:10 106:13,23
  142:21 198:14
  200:16
**behavior** 45:10
**behind** 98:23
**being** 9:22 13:20,21
  15:19 23:17 26:13
  30:15 31:18 34:7,11
  36:14 42:9,14 52:8
  57:16 64:6 72:2 74:4
  75:16 77:17 79:7,13
  86:12 98:15 105:16
  111:23 113:9 117:20
  117:21 120:21
  122:13 136:13
  154:15,20 168:13
  185:23 188:2 192:2
  202:21,23
**believe** 18:19 81:4
  118:20
**Bellingrath** 189:22
**belong** 17:10 18:5
**bend** 170:11
**benefit** 47:1
**besides** 92:12
**best** 46:2 50:11 61:8
  64:16 150:14 159:10
  187:21
**better** 40:23 49:22
  52:23 59:20
**between** 4:3,16,23 20:1
  75:8 94:23 103:20
  113:6 135:15 136:9
  136:16 147:3,11
  152:3 162:5
**BEVERLY** 1:9 204:13
**beyond** 103:11,19
  104:4,5
**Bill** 5:13 22:2 66:17
  90:21 100:1 104:22
  128:15 134:4 142:2
  146:9 149:11 169:5
**birth** 6:17 16:10
**bit** 37:12 47:16 163:13
  177:21
**black** 1:19 2:10 43:4,5
  133:12 173:9,10
  176:22 177:14,17
  180:11,12,13,13,14
  180:15,16,16,17,18
  180:19,19,20 181:7
  181:20,21 182:14
  183:4,6,9,14,16,18

Deposition of Jimmy Barker
January 23, 2006
Page 3

184:4,6,8,9,14,17,20
184:21 185:2,3,9,20
186:13 188:21
189:20,22,23 190:1
190:10,15 192:11
199:23 200:7
block 68:23 161:3
194:9
blocked 202:21
blocking 106:7 107:3
board 1:7,10,12 14:15
18:17 21:22 24:16
25:23 75:15 78:22
80:16 89:12 107:23
116:3,15 147:9
166:16 171:1,7 194:2
197:13 199:3,5,7
204:9,16,20
board's 78:4
Bobby 183:16 195:10
body 141:6
Booker 183:15 192:5,9
BORDEN 1:8 204:12
both 17:23 31:6 131:10
173:10 184:1,12
bottom 111:18 185:10
189:17
Brandon 18:3
Brandon's 18:15
breach 81:21 82:1
breaches 81:23
break 145:21
breaks 82:17
Brewbaker 8:5 42:7
173:5 174:22 181:15
184:16 192:4
brief 29:21 77:6,7
99:23 145:22 193:5,6
briefly 7:9
BRIERS 1:8 204:12
bring 20:16,21 31:10
31:14,16,17 99:7
127:13 141:20
bringing 23:3
brings 157:13
brother 15:9
brothers 16:17 17:3
brought 10:9 33:11
48:11 65:17 72:10
107:14 134:13,16,16
134:17,18 150:22
165:4
Browder 180:13
Brown 183:6
budget 68:9
budgets 65:16
buffet 130:14

building 150:15,19
Bullock 74:11,13 75:14
75:17 101:21 102:3
169:9 197:10
bunch 123:23
Burkett 11:9
business 7:5 79:4
B.S 6:21

**C**

calendar 94:14,15,16
103:12 115:8
California 139:12
call 40:19 60:14 61:15
61:18 112:15 113:7,8
123:19 146:20,20
157:12 187:7
called 51:9,14 63:3
73:5,6 102:15 116:7
129:14 130:14 152:4
161:16 178:19
189:13
calling 60:21 161:8
came 33:13 35:11,11
42:18 45:6,17 48:15
50:7 52:11,17 65:4
68:5 71:14 74:1,10
92:19 98:12 101:18
108:7 116:23 117:18
118:7 123:5 141:22
148:13 149:12
156:17 165:7 201:23
camp 135:13
campus 66:8 147:21
cancel 144:21
candidate 42:16 44:12
49:2,21 123:9,12
132:4 153:2 172:10
candidates 27:18 49:22
50:5 51:20 52:3
60:20 164:18 177:23
cap 131:18
capacities 1:9 184:2
198:1 204:14
capacity 1:11 8:4,19
10:3 90:18 139:16
204:17
Capitol 8:2 123:3,5
care 104:7,20
carelessness 163:5
Carla 163:12,15 164:3
164:4,8
CARLINDA 1:10
204:16
Carlos 176:16
Carnagie 168:20 169:7
Carolyn 79:16 114:2,5

141:17
Carr 180:15
Carter 1:19 2:9,10,18
6:1,13 10:22 12:3
14:10,23 25:4,10
34:21 35:22 39:21
57:3 59:9,15,19 63:7
68:7 71:4 72:16 78:8
85:5,10 90:8,13
91:11,12 92:9 104:13
104:18,20 105:19
106:1,4,7,9 107:3,7
107:16,18,21,23
108:6 145:4 146:1
156:7 157:5,20
159:20 160:13 161:8
161:10,13 166:5
169:4 170:10,16
171:10 173:14,17
174:4,18 176:5,15,20
177:4 179:15,22
181:1 191:16 193:8
197:13 202:15
Carver 179:5,7 192:4
case 4:16,18 5:14 9:13
15:3 24:14 25:12
55:10 62:17 82:3
85:18 86:12 94:4
97:15 110:19 150:14
157:9,12 159:8 163:7
120:13
cases 12:23 81:17,21
120:13
catch 111:20
categories 37:22,23
category 28:22 29:1
171:14,17
Cathy 188:21
cause 205:10
cease 94:8
central 15:6 19:15,17
96:10 150:18 155:12
164:21
certain 29:3 37:21,22
37:23 95:18 106:7
143:21
Certainly 47:11
certainty 76:8 82:22
83:19 84:21 86:18
87:21 88:5 90:22
134:21
certificate 9:1,3,7
78:13 98:23 121:19
125:18,19 127:21
128:11 146:2,6,16
172:10 203:19
certificates 125:17,23
126:4,6 127:12

certification 7:7 47:7
53:6,8,10 118:22
119:8,9,13,18 120:1
121:6,7,17 122:1,3
123:11,16,21 124:3
125:6,7,10 126:15,19
126:20 127:4 128:5
135:21 136:3,17
137:8,11 147:1
152:14,17 154:12
158:21 160:10 175:7
175:16 176:13 180:7
194:19 195:1,14
198:11,22
certifications 160:12
197:23
certified 26:20 56:20
79:15 99:13 119:2,22
121:16 124:23 125:4
131:1,10,17,19 136:8
151:3,7 152:9 159:1
195:15
certify 204:1 205:9
cetera 40:18 165:14,14
192:6
chain 139:15
challenging 158:20
chance 161:15
change 31:15
changed 111:13 112:1
112:3
changes 31:17 113:5
charge 46:8 62:4,13
63:13 64:2,5,9,21
72:22 133:17 196:3
charges 12:1 80:20
197:5
check 27:6 36:22 38:19
56:22 57:8,18,23
87:11 99:11 119:1
123:16 128:7 134:5
150:13 151:10
158:23 159:6
checked 57:11 123:20
149:12 158:23
167:21 179:10
Cherry 176:16
child 16:19 83:6 93:18
children 17:20 93:12
94:7,9 197:2
Chisholm 183:8
choice 27:21,21,22 28:9
28:9 41:14 58:12
61:21,22 62:3
choices 27:22 28:5,11
61:13
choose 50:10

chose 60:4
chosen 133:11 134:10
chronological 97:21
chronology 62:21
134:22
church 17:10,13,14,16
circles 74:17
circuit 14:22
circumstances 28:18
28:20 125:14,16
circumstantial 82:9
circumstantial-type
82:19
circumvent 13:22
cited 91:22
Civil 1:6 4:5
claim 14:2 22:22 76:22
203:6
claimed 10:16
claiming 194:6
claims 12:15,16 26:9
clarification 67:4
102:23 103:6 148:3
clarify 20:7 48:19
66:17 90:14 100:1
clarifying 101:16
class 22:13
classes 188:10
classifications 29:10
classified 150:12 151:7
151:13
classroom 7:10,21
10:10,15 93:13 95:9
95:10,14
clean 150:20,20
clear 48:23 49:1 56:11
69:7 80:17,19 164:14
165:22 169:11
170:22
clearance 168:10
cleared 3:13 167:19
clearly 181:2
clerical 79:18
clinical 31:6 105:9
Clinton 106:4,6
close 137:3 147:6
closed 147:5
closing 147:10,15
148:1
Cloud 111:15 190:20
193:11,14,18 194:1,6
clubs 18:5,10
coach 31:3,5 33:7,12
35:2 37:20 38:18
43:7,10,13 53:18
54:15 65:1 66:2,5,11
66:15,21,22 67:1,9

67:15,22 68:19,20
69:8,10,20,21,22
70:8,9 72:11,20 73:6
73:18 74:4 75:12,16
102:12,13,20 103:14
103:18 104:3,9,11
107:15 114:1,13
122:1 139:17 163:19
163:21 164:16
188:18 196:8 201:9
201:11,12 202:7,13
coaches 29:12,13,14
30:15 31:13,22 32:5
32:12,16,17,23 33:15
34:10 65:3,4,9,12,13
65:15,18 66:7 71:18
72:4 73:13,23 103:16
105:11 134:9 168:14
168:14 172:14,16
187:17,19
coaching 11:14,14 39:3
40:10 41:15 65:7,8
coherent 162:18 163:9
Cole 1:19 2:10
collaborated 134:12
collected 174:7
collection 3:5 179:12
collective 3:15 96:16
collectively 171:23
college 6:19 7:14
come 17:4 20:14 24:23
46:13,15 50:23 52:15
52:16 81:11 87:1
106:15 110:16 116:7
135:18 140:19 149:3
172:18 194:21
comes 19:11 38:4 58:9
84:15 110:9
comfortable 59:22
coming 74:7,11,14 89:9
118:13 120:1
commencing 1:21
comments 162:12,23
171:11
Commerce 2:7
commission 4:9 68:3
Commissioner 1:17 4:7
203:23 205:19
committee 29:5 32:21
33:10,14,18,22 34:8
34:10 35:21 36:10
37:7,21 38:20,22
39:6 40:21 42:6
47:18 49:13,15 51:22
52:15,16 59:8 71:22
73:22 134:15 155:4
167:22 178:6,7,8

186:17 187:17
committees 73:11
163:13,17,18
committee's 36:4
common 8:1 106:23
126:7
commonly 16:13 56:6
commonplace 10:2
115:11 143:17
communicated 200:11
community 181:10
189:3
comparable 148:8
comparative 41:20
compared 188:12
complainant 14:8
complained 26:13
122:12
complaining 22:12
94:11
complaint 10:14 18:21
19:3,5,9,12,18,19,22
20:13,22 21:7,15,17
21:18,23 22:4,6,10
22:15 23:3,4,20,21
24:10,11,19,21 25:8
26:3,4,5,10,16 91:1,5
93:9 108:1,3,5
122:13 139:1 161:5,6
171:15,17 196:4
complaints 9:19 12:11
13:14 21:11,12 22:7
22:8,21 92:12,13,18
93:11 169:23
complete 83:9
completed 137:7
198:23
composed 187:18
composition 32:20
comprehensive 83:13
comprised 33:19
computer 205:4
concern 29:2,8 40:5,15
141:18,19 148:19
concerned 202:3
concerning 92:22
93:14
concerns 38:6,16 40:11
133:17 147:22
concerted 148:8
concluded 203:13
conduct 80:6,8 95:10
conducting 80:9
conference 84:15 92:2
139:11 142:9 144:7
conferences 143:18
confident 139:6

confined 15:21
confirm 116:3
confronting 82:12
Connie 33:23 36:9 37:7
40:6,8,9 42:22 49:17
50:3 52:2 73:14
134:14,15,18 155:4
163:17 175:23
cons 48:2 49:19
consecutively 44:3
consented 117:21
consequence 144:4
consider 40:22
consideration 3:14
11:18 35:5 148:14
194:13 196:22 201:2
considered 51:8 72:11
88:19 101:1 127:3
128:17
considering 169:12
consisted 30:5
consistent 50:8 133:6
145:2
constituted 33:10
constitutes 93:17
consulted 163:15 186:4
contact 52:19 57:17
100:14 200:13 201:6
contacting 20:22 57:21
contacts 151:17
contain 158:6 205:5
contested-type 58:19
context 40:2 147:2
contiguous 75:9
continual 115:7
Continuing 77:8
145:23
contract 46:12 101:20
103:19 104:1 117:3
137:5 150:9 202:4
contrary 116:11
control 29:19,23 38:22
57:13 73:19 95:9,14
convention 140:14
conversation 51:14
67:7 74:2,8,16,20
75:6,7 85:12 88:6
94:5 98:11,17 102:7
103:3 108:21 129:8
130:12 140:7,10
145:19 147:3 152:7
162:1,5 170:6,12
conversations 28:2
53:21 55:11 60:9
74:12 85:9 89:20
92:8 98:1,6 101:10
107:15,21 108:13

114:20,23 117:23
138:13,17 169:8
170:13,18
convey 60:13
convinced 136:16
coordinator 177:3,9
copied 78:5
copy 36:21 41:13 55:22
75:19 76:2,6 87:2
159:22 160:14
corporate 173:19
174:13
correct 14:12,17 26:22
28:12 95:22 99:17
101:14 114:8,10,12
133:23 150:11
159:19 169:18
189:12 194:7,8 195:7
195:8 196:9,10,13
197:11,15 199:2
201:13,17,18 202:5,6
202:9,10,14 205:5
correction 3:8 109:22
corrections 110:16
correctly 82:8 92:21
133:5 191:20 198:21
201:10
correspond 174:17
correspondence 55:23
158:7
correspondences 165:9
165:16
corresponding 163:11
corroborate 80:20
counsel 4:3,16 24:12,15
25:5 205:6,10
counseling 93:2
counselor 150:7 165:12
count 22:3 124:18,19
counties 75:9
county 1:7,10,11 26:21
28:13 35:13 68:3
74:12,13 75:15,17
101:21 102:3 154:4
169:9 197:10 203:21
204:9,15,19
couple 131:7
course 19:21,22 23:7
24:13 39:9 50:6,8
73:9 79:13 88:3
101:19 124:11
128:17,20 141:8
145:7
courses 124:1,2,4,15,21
124:22 128:9,14,22
129:2,16 132:15
coursework 126:21

127:20,23 194:22
195:3,4,13
court 1:1 14:5,6,18,22
14:22 15:1,2 204:22
cousins 15:8 16:5,7,9
16:20 17:6
cover 172:22
covered 170:13,18
172:20 189:15
crack 136:10
cracks 135:15 136:16
Crawford 173:7
credentialed 149:20
credentials 57:11,19,23
99:12 119:1 120:11
121:1 127:8,10
139:19 159:6 160:7
167:20
credit 110:1,4,5
criteria 42:13
Crump 173:4 174:21
cuff 123:15
Culpepper 177:12
cumulative 97:9
current 13:20 100:2
currently 8:10
curriculum 30:9,14
33:2,17,20 72:9
175:2 185:6 186:9
custodian 150:15
cut-and-dry 65:2
Cynthia 146:13,18

D

daily 45:13
Daisy 3:6 66:2 69:8
70:13,21 74:10 92:7
101:13 107:22
108:10,20 109:9,22
114:1 116:20 138:15
147:5,14 148:1,10
170:1 200:17 201:19
201:20
Darryl 179:11,17
180:11
date 6:17 76:14,15
109:11,13 124:14
dated 3:9,12 175:3
182:7
dates 67:13
DAVE 1:8 204:12
David 11:9 195:9
Davis 184:15
day 22:5 78:2 132:8
151:21 205:12
days 34:2,3 104:2,5,6
142:6

Deposition of Jimmy Barker                                                          January 23, 2006

Page 5

**deadline** 116:7
**deal** 8:21 196:23
**dealt** 10:13
**December** 35:12 62:9
    156:1
**decide** 57:2
**decision** 44:11 86:1
    89:1,2 145:13 147:6
    197:6
**decisions** 155:16
**defend** 164:20,20
    165:20,21
**defendant** 13:10
**Defendants** 1:13 2:8
    204:21
**deficiencies** 105:12
    154:12
**Define** 156:21
**definitely** 43:3 47:10
    63:20 77:5 79:4
    138:7,11 166:18
    193:19
**definition** 32:2
**definitive** 55:8 68:13
**degree** 6:21 7:1,3 42:11
    43:18,19,21 83:1,19
    86:17 87:21 88:5
    90:22 125:20 126:12
    126:14 129:6
**degrees** 53:4 125:22
**Deidra** 180:12
**Deidre** 179:17
**delay** 141:13
**delegate** 75:23
**demonstrated** 39:4
    95:12 187:5
**demonstration** 46:20
**denial** 141:14
**denied** 138:22 139:4
    141:10 143:15 144:5
**Denitta** 135:11 190:7
    198:20 199:18
**deny** 131:16
**department** 8:18 9:8
    24:20,22 25:9,18
    26:1,5,16,17 27:14
    28:15 32:14 33:21
    37:6 79:11,12,15
    114:11 124:21
    127:18 128:8 136:11
    137:6 146:16
**departmental** 128:13
**department's** 27:5
**depends** 97:2
**DEPONENT** 203:16
**depose** 5:22,22
**deposition** 1:15 3:2 4:4

4:6,12,17 5:1,18,19
    5:20,21 6:12 173:20
    193:10 196:5 203:13
**depositions** 63:4
**described** 26:19,23
**describes** 168:9,12
**descriptions** 70:17
**desegregation** 157:17
**designated** 70:8 112:12
**designed** 31:7
**desirable** 52:23
**desire** 124:12 127:6
    128:5 133:3
**desired** 31:14
**desist** 94:8
**desk** 49:4
**desperate** 131:10
**despicable** 163:10
**detached** 139:9 141:16
**detail** 99:20 164:1
**determination** 21:4
    80:22
**determine** 21:2 79:17
    123:15
**development** 3:3 54:6
    177:3,9
**diagnose** 105:11
**diagnostic** 105:1
**dialogue** 94:22 124:18
**diamond** 175:18
**dictate** 28:13
**dictated** 157:7
**Dierdra** 180:15
**difference** 20:1 31:22
    104:22 113:6
**different** 31:2,4 74:6
    95:20 98:21 99:20
    104:13 105:17 112:6
    120:9 143:9 147:15
    147:16 154:14,14
    165:3 177:22 190:16
**difficulties** 31:12
**diligently** 186:1
**Dionne** 184:17
**directed** 19:16
**direction** 107:1 153:15
**director** 9:22 45:3
    75:21 79:15
**directors** 75:8
**disadvantage** 61:16
    165:15
**disappointed** 118:4
    163:2
**discern** 80:14 191:14
**discharge** 7:16,17
**disciplinary** 81:10
    85:16,16 91:18 92:2

196:20
**disciplinary-wise** 82:3
**discipline** 9:8 81:8 96:4
**disciplines** 191:12
**discourage** 62:1
**discouraging** 131:21
**discovery** 80:4
**discrepancy** 111:1
**discriminated** 23:5
**discrimination** 9:19
    12:2,15,16 18:20
    22:21 194:7
**discuss** 48:1 74:18 92:1
    203:3
**discussed** 44:18 129:17
    129:18 162:2
**discussion** 16:21 71:3
    77:6 99:23 117:1
    132:6 144:17 193:5
**discussions** 87:7 88:2
    91:19 102:16
**dismiss** 84:6
**disparaging** 132:1
**disqualified** 120:3
**dissimilar** 141:23
**distinct** 20:1 31:21
**distinctively** 31:2
**distortion** 49:1
**district** 1:1,2 9:11
    11:10,15,16 13:6,23
    14:3 29:13 30:7
    34:11,14 42:3 44:4
    54:10 65:4 72:4,15
    72:19,21 73:5,18,22
    91:10 100:2 106:12
    120:5,13,18,19 126:8
    133:13,19 136:14,15
    137:10 139:8,8,10,18
    139:23 141:6 142:8
    142:20,22 144:11
    145:11 148:13
    152:17 162:20 163:4
    165:8,10,12,13 167:5
    169:12 172:17
    182:19 189:2 201:1
    204:22,23
**Division** 1:3 205:1
**divorced** 15:16
**doctorate** 129:6
**document** 3:6 20:4
    54:3,4,12,17 109:6,7
    109:9,18 110:3
    113:23 114:9 129:15
    158:11 160:17,18,20
    162:17,20 163:1
    168:8,11,12 172:2
    176:2

**documentation** 21:16
    23:13,16 35:20 37:1
    71:1 77:1 86:22 88:8
    93:2 94:12,17 95:2
    127:1 130:23 143:6
    163:6 178:1,14 192:8
**documented** 94:21
**documenting** 178:6
**documents** 70:6,16
    78:1 80:5 83:17
    86:20 98:19,22 147:4
    147:7 158:4 171:21
    174:8 181:2
**document-wise** 177:19
**Doe** 78:11 188:16
**doing** 62:1 104:10
    105:10 106:17,18,20
    108:14,15 194:17
    199:13
**done** 19:8 41:21 50:9
    78:18 82:23 110:18
    116:1,2 120:21 127:7
    130:20 135:19 136:6
    150:17 165:23
    166:23,23 170:23
    171:8 188:14
**doorsteps** 130:17 132:8
**double-check** 97:16
**down** 45:2 49:18 53:18
    84:15 93:14 101:18
    136:1 140:6 150:3
    181:4
**download** 56:10
**dozen** 10:7
**Dr** 1:10 14:11 25:4,4
    35:10,17 40:19 41:7
    42:15,18,22 44:16,18
    44:19,20 45:6,18,19
    46:4,11,12 47:5,19
    48:4 49:2,6 50:1,2,19
    51:2 52:5,11 53:13
    53:17 54:16,19 59:2
    59:3,9,15,19,23 60:6
    61:18 62:2,11,23
    63:2,18,21 66:19,20
    66:21 72:13 79:8,20
    86:10 102:5,6,8,9,10
    102:23 108:7,14,23
    160:15,19,23 161:23
    162:1,3 163:14,18
    164:5,5,13,14,18,20
    165:1,19 166:1,8,13
    166:14,15 172:23
    196:7,12 197:13
    200:11 204:16
**draftee** 7:15
**drastically** 149:23

**drawn** 95:16
**due** 148:14
**Dugas** 2:5
**duly** 5:6 204:3
**during** 14:13 34:16
    35:13 68:2 80:4
    95:13,21 101:11
    103:17 118:11
    136:19 137:17
    138:12,18,20 147:10
    155:10 170:14 182:6
**Durwood** 184:14
**duties** 103:7 108:9,12
    108:21 109:2 202:11
    202:12
**duty** 3:11,12 139:9
    141:16

**E**

**E** 7:19 176:9 179:3
    180:23 181:5 183:7
    183:22 184:6,9
    191:19,21
**each** 12:19 75:1,10
    84:17 90:19 97:7,15
    101:23 115:8 192:14
    198:5
**earlier** 53:21 60:11
    104:21 112:8 133:7
    135:14 150:8 171:12
    186:11
**earlier-on** 134:9
**early** 23:14 33:6 69:16
    71:15 73:2,3,3
    148:21 182:7
**earned** 127:2
**Easterling** 135:11
    190:7 198:20
**echelon** 40:16 41:5
**echelons** 49:12
**ed** 30:6 79:16 129:12
    132:16 146:2 150:1
    152:15 175:13
**Educated** 152:11
**education** 1:7,10,12
    6:23 7:4 9:5 42:13
    46:6,7 53:4 75:15
    92:15 115:6 118:23
    121:18 122:2,4 123:8
    123:22 124:7,15,17
    125:22 126:10,22
    127:2,7,18 128:8,18
    128:16,18,19 129:3,7
    129:16,23 130:16,19
    131:1,9,12 132:10
    149:21 152:18
    157:15 162:16,21

163:7 176:3,7 180:7
183:5 191:9,21
198:16 204:10,16,20
educational 6:19 7:3
8:21 175:2,4,6,8
177:2,7,8 181:9
185:5,7
EEOC 9:19 10:11,13
12:1 13:15 14:2 19:9
22:21 23:3,3 62:4,13
63:13 64:2,4,9,13,21
76:22 91:1,2 108:1,2
122:12 133:17 139:1
161:5,6 196:3,3
effect 41:13 45:14
effective 105:16 109:13
effectively 46:9
effectiveness 115:10
effort 13:21 28:14
29:19,23 119:21
120:10 148:8
efforts 116:12 194:9
200:16
eight 10:6 55:4
either 4:14,19 56:10
89:15 167:11,17
Eleanor 41:23 43:4
48:8
elementary 35:5 40:13
42:12 43:8 44:2 45:8
46:5,7,13,15 53:5,9
72:2 93:8 122:4
135:13 150:1,16
151:1 152:15,18
153:4 155:12 173:4
174:22 181:15,16
183:9,17 184:4,15,19
190:10 192:4,6
eleven 16:23
eligible 51:8
Elizabeth 2:9 161:8,18
elsewhere 117:21
emergency 124:3 125:5
125:10,18,22 126:3,6
126:18 127:12 128:5
128:11 146:2,15
147:1 194:19
Emily 183:9,13
employ 107:11
employed 21:20,21
117:3 153:9 155:23
employee 18:18 23:2
35:6 41:11 59:1
77:11,11,16 78:19,19
99:1,5 100:2 155:18
158:8
employees 22:2,4,8

125:6 142:13 150:12
151:4,6,14 152:9
employee's 99:3
employment 11:13
79:23 88:20 106:11
158:4 170:14
encountering 31:12
encourage 61:15
167:14
encouraged 27:15
149:2
end 10:16 34:16 35:8,9
41:10,12 67:19 71:13
81:10 84:11,13,16
86:14 90:19 97:21
114:16 115:5,8,13
116:8 117:17 121:8
135:22 153:4,8 156:1
191:10 197:9 202:20
ended 41:19
endorsement 175:11
English 132:15
enough 45:11,21 90:21
110:17 142:3
ensure 34:6 38:2 39:1
47:2 120:10
entering 172:17
entertaining 75:4
129:23
entire 72:21 131:13
entirety 34:5
entitled 116:18 117:7
erased 90:18
Erodean 92:18 96:21
error 116:6
escapes 74:9
especially 167:6
essence 20:12,19 75:6
Essie 185:19
established 14:4
establishes 111:2
establishing 134:22
Ester 16:13
et 40:18 165:14,14
192:6
etc 174:14
Ether 16:12,13
evaluate 95:19 188:5
evaluated 53:17 188:12
188:13
evaluating 54:9,17
evaluation 49:20 54:8
97:13 187:12
evaluations 3:5 96:17
evaluator 54:19 185:12
even 30:11 36:8 59:20
60:19 139:17 193:23

202:11
ever 9:7,10 13:12,14
42:22 43:10,12 62:23
63:18,21 66:4 70:5,5
70:8 79:20 90:23
91:1,9,12,14 105:19
105:23 106:3 107:7
121:12,14 122:17,23
125:5 130:3 131:21
132:22 137:20
140:19 141:2 154:4
164:20 165:19
166:13 168:21
193:16 194:16 195:9
199:14 200:1,6
every 22:6 28:14
119:21 120:10
128:17 130:14 132:8
148:7 201:2
everybody 55:5 60:1
105:14,16 120:22
186:20 188:8
everyone 52:19
everything 36:8 37:2
115:23 136:5 144:20
168:10
evidence 4:13 82:9,10
82:19 127:5 129:2
evident 165:23
evidently 161:3
evolution 65:3
exact 27:3 36:15 42:4,9
73:8 113:14 191:14
exactly 21:10 25:13
52:13 62:6 88:6
112:7 126:5 150:3
187:9
examination 2:16 5:9
193:7 202:17 205:6
example 20:7 32:22
33:18 40:6 78:10
120:13 126:13 142:4
exceed 97:10
excellent 42:5
except 116:2 151:4,8
exception 89:10
exchanged 152:3
exclusively 42:6 98:14
105:5 112:9 113:2
exercise 59:15
exercised 42:21
exercising 12:10
exhausted 144:20
exhibit 3:1,15 5:16 6:8
6:10 53:23 54:2 83:8
83:11 90:2,11 96:13
96:16,16 109:4,17,19

113:20,22 143:4,13
160:16 162:10
166:19,21,22 170:23
171:14,23 172:3
expect 16:14 36:23
expected 39:2
experience 44:7 110:1
110:4,4,10 111:3,4
175:11,17
explain 13:18 104:19
explained 104:14
explanation 156:15
explicit 62:2 108:20
explicitly 102:19
exposure 167:12
express 107:7
expressed 86:10 133:3
expressing 168:21
extended 104:4
extensive 46:7
extensively 49:14
extent 149:5 158:18
extreme 195:18
exuberance 81:20
Exzealia 183:4
eye 158:20
e-mail 55:1 56:7 103:6
148:16 158:12
160:15 162:14,16
e-mailed 41:12
e-mailing 146:17
e-mails 152:2 165:2,3,5

---

**F**

F 2:5
face 145:12
facetious 140:5
facilitate 115:17 116:4
118:5
fact 50:22 52:18 53:20
71:8 78:21 101:16
108:2 118:4 145:13
161:2 167:18 169:11
174:4 193:20 194:1
factor 155:15
factored 197:6
facts 85:22 90:4 165:17
factual 64:8
faculty 51:11 147:14
147:22 148:2,4
fair 151:3,6
faired 38:1 40:23 49:22
fairly 97:3
faith 45:19
fall 30:17 32:19 62:10
70:12,12 73:3 74:11
101:9,12 107:5 137:9

137:16 156:4 171:14
184:12
familiar 45:5 54:3,4
59:19 151:11
familiarity 45:18 51:17
family 15:9
far 94:15,16 108:16
130:7 159:15 202:2
fast 123:23
faster 174:2,15
favor 61:7
favorable 11:13,18
favored 149:23
fears 147:22
February 182:8 205:12
federal 4:5 14:22,23
15:2 32:9 153:1
federally 66:13
feedback 31:23 40:20
67:11 97:3
feel 46:1 60:16,22
61:13
feelings 50:11 141:21
fell 38:13 135:15 136:9
136:16 185:14
202:12
felt 59:22 82:23 160:22
200:12
female 133:22 175:23
176:1 177:17 180:13
180:14,14,15,16,17
180:17,18,19,20
181:7,13,21 182:14
183:6,7,12,18 184:1
184:4,8,9,18,20,21
185:2,3,20 186:12,13
188:21,22,22 189:20
189:23 190:1,11,15
190:20 191:5 199:23
200:2
females 173:9,9,10
Ferlisa 184:8
Ferlisi 184:8
fewer 117:20
Fews 183:6
field 162:15
Fifteen 44:7
fifth 58:17
fifth-year 126:1
file 3:4 19:9 36:5 55:17
55:20 56:13,14,15
59:20 75:20 76:7,12
76:13,14,20 77:10,14
77:20 78:1,6,23
79:10 82:4 83:9,14
83:14,15,17 85:10
87:11 88:18 93:23

94:22 99:19 158:5,6
  159:5,17 186:14
filed 11:10,16 13:14,22
  14:10,19,21 20:6
  62:5,17 63:12,15,22
  91:1,5,9 108:1
  166:17
files 77:4
filing 4:17,21 14:3,5,6
  20:14 21:18 22:20
  25:14
fill 86:21 110:10
  111:17,18 127:16
filled 42:10 111:15
  112:22,23 113:2
  114:5 117:10 133:15
  133:19 160:1 176:22
  185:11,15,19,22
  186:3 189:4,6
fills 110:9
final 85:19
finally 117:18
financial 70:6
find 28:8 57:15 62:16
  131:18 135:18 143:2
  157:2
finding 105:2
fine 6:7 63:17 189:19
finish 166:5
finished 161:5
finishing 7:14
first 5:6 12:10 19:11
  27:6,20 28:9 29:17
  33:11 38:18 51:1
  52:11 53:22 56:19
  62:3,4 67:16,21
  68:22 71:21 72:11,19
  91:22 111:9,14
  128:12 130:3,5,8
  154:3 160:2 165:6,7
  169:4 172:7 204:3
Fitzpatrick 93:8 94:18
  95:4 96:21
five 42:8 111:4
five-day 83:3
Floyd 133:13 183:17
  183:23 184:20 185:2
  190:13 191:13,15,22
focus 45:10,12,16
  105:17
folder 55:20
folks 147:16
follow 14:4 19:21 23:22
  24:14 28:14 86:11
  93:19 162:6
followed 34:7 52:14
  55:8 59:1 77:7 188:2

193:6 196:17
following 35:13 36:16
  88:12
follows 5:8
follow-up 28:1 110:3
  167:16
fools 127:19
force 14:3 60:18,19
foregoing 205:4
forever 142:10
form 3:9,12 4:10 25:10
  32:20 35:22 57:3
  78:8 86:21 87:4,10
  107:18 114:4 145:4
  156:7 158:1 170:16
  195:17 197:3
formal 21:16 23:23
formality 4:8
former 15:17 51:11
forms 3:11
forth 94:23 195:6
forthcoming 121:7
forward 14:2 23:22
found 36:6 64:22
four 11:21 12:19 42:7,8
  43:6 73:20 110:1
  111:3 173:22 189:16
  189:18
frame 34:12 62:7 68:14
  167:23 184:13
Franco 1:19 2:10
fraternal 18:7
Fraternity 18:9
free 100:8
Freeney 41:23,23
  42:19 43:4 44:11
  48:8 50:12 172:20
Freeney's 51:22 52:7
  52:22
from 6:21 7:5,7 9:8,23
  10:1 14:1 17:4 18:18
  22:7,8 23:14 25:6
  26:8 30:1 31:4,10,18
  32:19 33:20 38:8
  40:21 42:5 44:4,13
  44:15,16,18 45:2,6
  45:17 46:2,13,15
  47:17,18,22 48:16,18
  49:8 50:10,23 51:9
  51:10 52:3,15,16,19
  55:2 56:1,5 60:4,10
  60:21 62:1 64:12
  68:3,20 69:8 70:16
  74:11 75:17 76:9,22
  76:22 78:3,5,9 81:11
  83:1 91:16 93:9,11
  98:20 100:18,23

101:6 102:3 105:1,8
  108:3,8 111:16 112:6
  117:14 120:3 133:12
  139:22 154:10,15,15
  165:2,5,9,16,17
  167:14 173:19,23
  174:12 191:17,21
  192:17,18 193:23
  198:4 201:6,23 203:1
full 120:6,7 121:16
  125:7 155:13 175:13
fully 67:5 85:19 121:16
  139:6
full-hire 120:4
function 31:2
fund 65:21,22 73:17,20
funded 66:13
funding 142:12 185:14
funds 68:2,5,12,16 69:9
  70:3 73:19 153:1
  189:6 199:12
further 4:15,22 139:14
  203:16 205:9

G
G 182:19
gain 100:18
gains 31:20
Gardens 168:21
gathered 159:21
gathering 194:17
gave 12:19,21 31:23
  67:11 123:23 140:4
  144:1 170:7 192:19
  192:19
gender 9:20,22 11:12
  138:10
general 61:10 85:14
  98:8 134:2 167:8,12
  191:9,12 198:5
generalities 95:16
generally 7:6 17:5
  18:21 19:2,13 23:12
  24:13,21 26:6 27:19
  28:1 30:5 56:4,17
  57:6 58:16,19 71:20
  77:19 81:10 111:16
  112:20 141:15
  158:12,13 159:3
  167:7 175:9 178:4
  186:6,17 187:3,13
  198:3
generated 48:16 76:16
gentleman's 74:23
  101:22
genuinely 110:14
Georgia 18:3

getting 13:9 40:12
  42:23 43:2 62:8
  68:15 102:3 106:7
  118:5 152:5 161:7
  165:16 166:16
gifted 157:15
give 9:17 17:5 18:1
  28:4 37:16 41:3,7
  47:1 48:23 50:4
  54:21,21 58:17 60:11
  60:12 61:12 68:13
  69:3 71:11 85:22
  107:10 123:18
  125:13,15 148:22
  149:1 158:3 159:2
  164:1,23 165:17
  166:9 170:11 174:11
  178:14 180:8 197:20
given 27:12 31:8 51:3
  57:7 58:15 88:18
  98:19 112:10,11
  115:13 124:17
  148:11,14 154:13
  196:3 201:2
gives 84:16 158:7
giving 139:21
glad 146:9
Gladly 195:18
Gloria 181:7 186:13
glorious 131:18
go 7:11 23:9 25:6 29:22
  30:21 35:15 44:13
  47:23 49:3 50:15
  51:5 56:13,14 93:5
  95:9 97:21 106:16,23
  110:20 113:5 124:20
  127:13 134:4 139:23
  140:17,20 141:5,16
  142:5,9 143:17 144:2
  144:8,13 153:14
  158:10 159:7 161:10
  161:14 162:19
  163:12,13 166:3
  171:21 172:6 174:2,5
  174:15,20 175:22
  180:10 182:16
  188:10 189:17 193:3
  198:9
goes 9:21 27:4 50:14
  52:5 54:7 56:15 57:1
  113:5 142:1 172:12
  182:15 187:10 188:4
going 5:15,19 10:22
  14:1 22:7,8 24:22
  25:1,4 26:4 27:9 30:2
  34:17,18,18,21,23
  37:13 46:22 47:3

55:6 58:15 59:22
  60:21 61:20 67:19
  73:20 74:14 75:3
  83:7 85:20 90:8,13
  92:3 96:15 100:18
  101:6 102:4,9 103:21
  103:22,23 105:20
  111:20 115:13 120:5
  120:7 125:1 128:2,3
  128:16,18 131:13
  134:22 136:10,11
  137:20 140:13,22
  141:3,5 142:7 147:5
  148:1,7,20 156:3,18
  158:12,19 163:16
  171:19,23 173:11
  174:18 179:13 186:4
  189:14 195:20
gone 25:12 32:17,18
  48:14 51:1,2 55:5
  89:7,8 97:12 116:8
  145:17 175:15
  199:10
good 36:17 45:19 79:4
  97:3 132:4 154:9,16
  165:23 174:3
Goodwyn 8:7
gotten 40:21 49:17
  111:8 158:13 179:15
govern 143:23
grade 37:10 42:9 58:18
  78:14
grades 42:7 43:6 191:8
grading 36:7,13 40:23
  41:5
gradual 153:10
grant 29:16 33:3 65:6
Green 180:14
grew 15:7 16:8,22
grievance 19:20,20
  20:5,5,7,8,12,14,18,23
  20:18 21:2,14,18,23
  23:8,9,10,16,17 24:5
  24:6,19 25:11,15,16
  25:19,23 171:15
grieving 25:17
ground 30:19
group 18:7 48:18 60:4
  31:18,20
groups 17:8 18:10
growing 117:20 148:19
guess 14:10,13 47:4
  56:23 62:9 99:1
  113:9 117:18 119:6
  148:18 152:11 154:6
  155:2,3 160:3 165:1
  198:2

guidance 150:7
guilt 80:23
guru 72:21
guy 144:8 145:11

**H**

half 10:6
hand 106:14
handle 153:3 200:14
handled 72:2 197:2
handling 93:12,17
happen 28:10 48:10
  162:5 164:17
happened 41:16,22
  59:18 64:19 76:6
  96:6 201:7
happens 75:7 110:8
  142:2 159:8
hard 41:13 62:6
Harrison 189:21,21
Harvey 192:2 190:1
haste 120:21
hate 154:6 155:2,3
having 5:6 30:1,16
  42:16 45:8 51:11,16
  58:1 74:5 85:5 100:9
  123:4 150:17 166:22
  166:23 185:22
head 19:3 136:12
headed 36:9 37:7
heading 124:7
heads 28:15
hear 188:7
heard 104:16 169:6
hearing 20:18
HEEST 2:6
Heights 8:2
held 87:13,16 89:4
  116:19 117:16
  147:14 148:9
Helms 188:22
help 144:21 171:18
  195:5
helpful 173:13
HENRY 1:9 204:13
her 1:11 10:17,20
  16:15 17:1,2,3 27:2
  33:16 36:11,12 37:9
  37:9 43:18,21 49:16
  49:17 50:17,17,19,21
  51:1,6 52:1 54:21,22
  55:19 57:2 59:6
  61:16 80:19,20 81:9
  84:9 114:7 121:6,6
  133:7 134:5 135:11
  135:21 136:1,17
  142:7 146:12,20,20

155:6,16,19,20
156:10,14,18 161:16
162:23 163:15,17,22
164:1 165:6,17
178:14 193:13 194:3
194:9 198:22 199:4
199:22 204:17
hereto 4:19,23
hesitant 13:17
hey 64:21
Hicks 79:16 114:2,5,11
  141:17 146:15
high 7:19 8:3,5,8 39:5
  100:13,15 125:3
  174:22 176:9,10,17
  176:21 179:3,6,7
  180:23 183:7,16,22
  184:7,9,12,17,23
  185:18 190:15
  191:19,22 192:4,5,5
  192:10,10
higher 22:11 101:6
highest 22:16 40:12
  43:18
Highland 168:21
highly 28:23 29:6,7
  38:4,14,21 39:15,23
  40:4 42:11,12 78:11
  78:12 152:19,22
  153:2,5,7,17,21
Hill 1:19,19 2:10,10
Hills 185:18
him 5:22 10:22 36:2
  40:20 41:7 45:19
  46:16,17,22,23 47:1
  47:12 49:9 50:2,4,4
  51:3,10,15,17 53:14
  53:18 54:18 61:20
  63:3,3 66:21 67:8
  74:3,3,13,18 75:5,11
  82:13 84:2,4,6,6,8
  85:14 87:1 88:20
  89:1,2,6,18 91:7,18
  91:20 93:6,14,16
  94:5,5,13 95:1
  101:20 102:12,18,20
  102:22 103:1,9
  104:19 106:6,7 107:2
  108:1 109:1 110:1
  111:9 113:5,7,8
  118:3 123:10,14,18
  124:16 125:2 129:9
  129:14 130:23
  131:16,16,17 132:1
  132:13 133:4 140:15
  140:16 144:12,13,23
  145:18,19 146:18,23

148:22 149:2 151:21
158:8 160:23 161:23
163:7 164:3,16,23
165:1,2,5 174:19
196:8,12
himself 111:15,23
  113:8,9 163:3
hire 9:22,23 58:6 61:4
  61:5,7 89:1,2 122:23
  125:21 129:19 131:5
  131:16 132:4,23
  133:2,3 137:21 138:2
  138:8 153:15,18
  158:8 163:14,22
  164:6,9 168:22
  169:20 193:13
  195:10 196:16 199:3
  199:15 200:2,7,20
hired 13:20,21 14:11
  42:2 44:5 53:22 60:7
  75:16 87:14 101:13
  107:22 113:7,10
  122:13 125:17
  129:11 136:13 137:8
  149:14,15,16 150:23
  160:2 183:8,10,14,17
  183:21 184:4,6,9,11
  184:14,18,21 193:11
  195:16 197:14
  198:17 200:21
hires 154:22 160:5
hiring 14:15 26:19,23
  28:12 56:19 75:5,12
  120:16,17 130:9
  134:5 157:8,18 199:4
  199:13
history 7:9 45:7
hitting 82:14
hodgepodge 55:7
hold 8:10 17:15
holding 109:1
home 15:21 55:5
honest 149:11
honestly 108:11
honor 128:3
honorable 7:16,17
Hoover 18:4
Hosea 183:2
hostility 107:8
hours 126:16 127:2,4,5
housed 120:15 135:17
household 16:22
Houston 185:17
hovering 82:13
Howard 191:13,15,22
HR 9:22 19:3,15 24:20
  24:22 25:8,18 26:1,5

26:15,17 27:5,18
28:3 37:6 38:10 45:3
45:4 74:17 75:8
79:11 89:9,9 145:11
145:14,14 161:4
166:23
Huh 112:2
human 8:11

**I**

idea 145:1 147:2
  197:20
ideal 136:4
identification 6:9 54:1
  83:12 96:14 109:5,20
  113:21 143:5,14
  166:20 172:4
identify 109:6,18
  113:23 142:3
II 73:19
imagine 107:23
immaculately 150:20
immediate 15:9
immediately 7:13
  200:13
impact 161:16
impossible 22:5
improvement 97:5
improving 105:13
inadvertently 110:2,15
inappropriate 138:6
inappropriately 91:23
incidences 58:23
incident 77:12 86:15
  90:2 156:5
included 115:22 133:17
  182:20
Incorporated 18:9
incorrect 64:20
increase 100:19 101:3
increments 110:21
incurred 92:4
INDEX 2:16 3:1
indicate 54:11,14 106:6
  122:23 131:5
indicated 56:21
indicating 100:20
  203:1
indication 14:15 88:19
  94:14 107:10 128:14
  128:19
indicative 182:8
individual 19:23 20:4
  20:11 23:10 25:14
  31:10 34:15 37:10,17
  37:18 38:4 40:15
  60:10 65:16 68:9,21

84:17 105:7 112:14
116:18 127:13
143:23 172:1 176:22
186:18 187:13
194:18
individually 31:15
  151:21
individuals 10:8 11:11
  20:23 22:20 27:13
  33:8 37:22,23 38:9
  38:21 39:17,22 40:9
  41:4 48:2,22 49:12
  51:7 52:6,8,10 57:10
  59:22 73:21 79:18
  86:12 87:7 98:12,14
  115:18 116:6 133:6,9
  134:17 136:8,13
  139:18 143:21
  153:16 154:9,18,20
  159:15 165:9,10,18
  167:2,14,19 175:15
  178:15,16 179:8,19
  179:19 181:18
  186:10 187:11 195:1
  198:11 200:22 201:8
infer 112:20
inferred 141:4
informal 28:10
information 6:16 64:8
  77:10 78:23 79:21
  80:21 81:12 90:1,4
  111:14 171:6 196:3
informed 74:3
initial 32:23 39:14 72:5
initially 44:17 50:17
  51:5 66:18 68:14
initiated 30:4
initiative 29:17 57:17
  65:13 68:4
inkling 120:6
Inn 123:4,5
innocence 80:23
input 85:6 185:22
inquire 123:7 165:6
inquired 66:20 102:11
  123:21 139:19
  148:18 165:1 176:8
  193:22
inquires 49:7
inquiries 79:21
inquiry 165:6
inside 120:18 136:15
insistent 186:19
instance 60:5 77:11
instances 175:14
instruct 164:4 187:10
instructed 193:17

instruction 30:10,14
  33:2,20 72:9 175:3
  185:6 186:9
instructional 11:20
  167:4 168:7 177:10
  180:2,3,5 189:9
  190:18 191:1,2
instructions 61:10
instructor 8:18
instrument 95:17
  97:16,18
instruments 54:7
intensive 31:11
intent 100:5,10
interchangeably
  146:21
interest 100:17 168:22
interested 67:3,11
  100:15,21 102:17,21
  103:2 104:8 182:5
  205:11
interim 150:21,22
Intermediate 42:8
  181:4
interruption 29:21
intervals 95:21
interview 27:10,16
  28:16 33:19 36:6,17
  37:20 38:8,12 51:3
  51:16 56:21 57:19
  58:2 71:22 99:8
  100:8 119:4 134:14
  136:20 137:1 162:9
  162:11 164:3 168:14
  178:17
interviewed 51:4,7
  72:13 73:10 149:18
  150:1,21 155:5
  158:14 164:2 189:5
interviewing 137:14,16
  164:10 187:21
  198:16
interviews 36:4 52:5
  167:16 177:22 178:2
intimate 132:3
introduced 4:18
invariably 25:2 106:16
investigate 21:11 25:9
  26:4,16 122:17
investigated 77:13
  197:4
investigating 19:13
investigation 3:4 19:8
  25:7 78:17 80:5,6,8
  80:10,17 82:7 84:10
  94:13 203:5
investigative 80:13

83:9 194:18
invite 167:10,14
involved 11:5 14:7,13
  20:23 81:18 89:2
  110:20 196:19
involves 22:10 24:20
involving 73:11
in-depth 187:4
issue 26:12 68:16 95:2
  152:20 153:20
  163:21 202:1
issues 157:7 200:12
item 95:11
itemize 87:9
itemizes 9:4
items 76:11

_____
           **J**
Jackson 2:6 33:12
  72:12,14 73:15
  134:12,13 146:18,20
  146:21,22
James 54:19 183:8
  188:21
Janice 169:2
January 1:20 6:18
  147:11 205:3
Jeeter 92:18,21 94:1
  96:18,21
Jennifer 181:19,22
Jeri 183:6
Jermyn 18:2
Jermyn's 18:16
JERNIGAN 1:7
  204:10
Jimmy 1:15 4:4 5:5,12
  204:2
job 29:10 39:14 45:3
  46:19 47:10,12 53:11
  53:14 56:3 58:7
  66:18 70:17,22 92:4
  106:21 114:13
  129:12 130:4 132:11
  132:12 152:5,9
  159:16 164:23 166:1
  166:10 170:19
  171:20 195:23
  196:14 198:16
  199:18,19
jobs 137:15 195:21
John 78:11 158:16
Johnson 14:8 146:1,3
  146:10,11 155:22
  189:23 192:3 199:21
judgment 154:22 187:7
judgment-wise 154:5
July 149:14 168:1

177:4,5
jumping 37:12 163:12
June 63:6,18 137:6
  148:21 149:15
  160:16 166:7 175:3,4
  177:3 185:5,6 186:9
  188:19
Junior 8:2,5,8 100:13
  100:14 174:22
  176:10,16,21 184:17
  184:23 185:18
  190:14 192:5
just 5:19 9:4 10:2 12:4
  12:5 14:3 17:5 19:19
  22:12 25:11,12 34:6
  35:9,10 36:1,10,22
  42:17 46:12,15 52:11
  55:16,20 58:12 62:20
  62:21 63:15 71:2
  74:9 75:9 76:9 81:6
  84:11 90:8,13 92:20
  94:22 96:18 112:12
  113:5 118:22 126:16
  128:4 129:20 131:7
  132:10 134:6 138:20
  141:6,22 142:22
  143:7 145:12 146:11
  155:3 157:8,11,13
  160:6 161:5 164:8
  165:17,21 166:1
  167:18 171:22 174:9
  174:10 177:18
  178:17 182:13,17
  188:1 191:12 193:2,4
  195:14,22
J-E-R-M-Y-N 18:2

_____
           **K**
K 47:7,9 191:8
Karen 133:16,18 134:8
  134:16,20 135:1
  186:10,12
Katherine 146:1
Kathy 146:3,10,11
  keep 14:1 36:5 37:4
  45:11 55:17 60:19
  90:20 99:3 149:2
  150:19 171:22
  186:14,22
kept 37:5,6 55:18 56:2
  56:8 77:13 86:23
  117:10
Kevin 177:12
key 68:16
kid 68:22
kids 45:11,15 91:23
kid's 22:13

kilter 161:22
kin 205:9
kind 6:6 9:18,21 10:2
  11:3 28:20 30:22
  55:23 71:19 78:9
  96:4 107:10 108:9,11
  118:23 132:12 136:3
  136:9 139:13,18
  166:10 187:10,22
knew 59:20 63:13 67:5
  161:21,23 162:3,7
  197:4
know 15:20 30:18
  37:14 38:3 40:11
  43:14 45:22 53:2
  55:10 57:6,22 58:3
  59:11 60:1 61:11,16
  61:17 63:15 64:11
  70:11,13,22 71:7
  73:21 76:5 79:3,22
  86:13,19,21 87:23
  88:11,23 90:4,17,21
  95:8 100:12 106:3,19
  106:20,21 108:8,15
  119:3 122:11 127:19
  129:20 133:1,18
  134:4,7 135:5,10
  136:3 137:1,2,2
  138:19 140:8,9,10
  144:19,22 145:18
  146:6,10,12 147:7
  151:13 154:5,6
  157:21 158:1,18
  159:9 161:18 173:11
  173:12 174:19
  182:16 183:20 185:1
  193:9,9 194:4 195:20
  202:1 203:8,10
knowing 51:19 63:9
  85:18 165:15
knowledge 30:2 33:8
  39:2 43:11 46:2 47:2
  64:23 70:10 76:17,21
  90:1,15 108:8 115:2
  122:19 132:16,21
  164:22 168:15 170:4
  187:4,5,5 193:16
  194:16 199:17
  203:11
known 28:2 61:22
knows 130:7
Koris 18:15
K-O-R-I-S 18:15

_____
           **L**
lab 185:17
LABRANCE 1:8

204:11
lack 87:20
lacking 139:5
lady 121:3 133:16
  146:1 151:12 168:20
Lakisha 180:19 189:22
Lamecha 188:20
land 148:20
language 141:7
Lanier 183:3 184:11
large 1:18 4:8 27:2,3
  30:23 75:22 99:6
  143:23 204:1 205:20
larger 31:17,20
Las 142:6
last 17:5 25:2 40:14
  82:1 117:16 150:7
  153:13 156:19 198:5
  201:9
late 29:18 30:20 42:3
  44:4 62:10 73:2,4
  121:11 122:8 182:6
later 76:13,15 77:1
  103:5 108:13 135:18
  137:7 142:7 148:3,15
  148:18 193:21
lateral 135:2,7
latest 73:3
laugh 140:5 145:6
laughed 140:15 141:7
law 1:18 2:6,10 46:16
  46:22
Lawrence 3:7 66:2
  69:8 70:13,21 74:10
  92:7 101:13 107:22
  108:10,20 109:10,23
  114:1 116:20 138:15
  147:5,15 148:2,10
  170:1 200:18 201:19
  201:20
lawsuit 11:16 12:7
  13:10 14:5,21 22:11
  22:16 23:3 62:17,18
  63:1,12,19,22 76:20
  76:22 91:2 166:17
  193:14 196:4
lawsuits 10:4,9 12:1,6
  12:12,14 13:4
lawyers 24:15
Lay 57:5
leadership 17:18
  143:18
leading 103:8
learn 62:4 188:9
learned 64:20
least 47:1 117:8 127:2
  127:4,9 155:10

175:10
leave 32:23 138:22
  139:3 141:10 143:6
  143:10 144:9,22
  150:18 156:3,9,18
  175:17
Leave/Detached 3:10
  3:12
leaving 7:20 14:11
  35:12
Lee 7:19 74:16 156:22
  157:12,13 176:9
  179:3 180:23 181:5
  183:7,22 184:6,9
  191:19,21
left 35:8,9,12 184:20
  200:17
legal 25:5 194:2
less 154:7
let 6:10,16 7:11 10:22
  34:13 48:19 61:16
  63:7 66:17 69:4 83:7
  85:23 96:15 97:15
  100:1 104:19 109:17
  113:22 125:15
  140:20 144:18 145:7
  167:12 170:22 172:7
  173:17 178:22 179:4
  179:4 182:9 183:20
  186:7 188:17 189:1
letter 78:18 79:6 85:13
  100:4,10,17,20 170:7
  171:8 202:19 203:1
letterhead 56:5
letters 90:6 115:23
let's 11:9 29:16 34:15
  46:6 47:16 63:6
  78:16 97:21 101:9
  117:11,11,12 168:1
  171:16 173:2 175:1
  175:22 182:12,18
  183:10 190:21
level 20:16 25:16 29:19
  29:23 31:11,11 58:21
  67:16,23 96:10,11
  105:14 110:22 111:3
levels 42:9
like 21:8 27:4 42:20
  48:10 58:6,10 61:8
  91:18 117:5 119:12
  127:18 129:20
  160:11,18 161:18
  166:9 172:8 174:14
  175:10 176:12 178:3
  178:17 179:11
  185:10 188:8 200:12
likely 19:2 55:21 76:4

114:6 164:16
liking 148:6
line 13:5 48:5 49:16
  102:11 117:8 118:6
  125:2 142:1
lines 74:21 123:22
list 3:13 27:12 39:16,17
  51:19 52:1,1,7 57:9
  57:10 167:18 173:15
  173:19 174:5,10,13
  176:5 179:8,18
  189:14 191:3 195:23
listed 70:5,19,21 111:9
  167:15 190:21
lists 111:9,10 114:13
litigants 10:8
little 13:17 37:12 47:16
  59:4 82:17 142:11
  152:5 163:13 177:21
  183:9,13
live 15:5,22 16:2
living 16:15
location 71:9
locations 71:7,18
  189:10
logic 142:1
Lois 14:8
long 45:11 83:18 122:3
  123:10 158:20
longer 21:21 156:22
look 19:4,10,17,22 20:8
  20:22 21:12 22:1,5
  23:19 24:12 64:11
  104:9 127:18 142:14
  173:2 174:1,9 175:1
looked 61:4 64:13
  81:13 88:8 140:4
  160:8 162:13 169:13
looking 131:9 132:12
  173:14 174:16
  180:21 194:23
looks 160:11,18 172:8
  176:12 185:10
Looney 14:16 30:13
  34:3,9 35:6,8,9,12,21
  35:23 72:13 73:16
  134:10 139:21,22
  140:4,8,10,12,19
  144:6,15,19 145:9
Looney's 144:10
lot 81:21 82:18 124:18
  174:15 195:21
Lovell 179:5,11,17
  180:11
Lowe 1:4 2:13 3:3,6,8,9
  5:14 12:22 33:18
  35:1,15 37:14 38:13

39:20 40:1 41:10,14
  42:19 44:15 45:17
  47:20 48:10,17,21
  49:4,9 51:10,15 53:3
  53:22 54:11 55:14
  57:14 62:3,5,16
  63:21 66:3,18 67:4
  70:5 71:14,22 74:1,6
  74:21 75:1,12,15
  79:7,22 80:18 81:2,7
  82:11,22 83:5,22
  85:7 86:4,14 88:12
  88:15 89:16,21 91:5
  91:15,16 92:7,9,14
  92:19,22 93:14 98:1
  98:7,13 101:10,11,18
  102:2,11,17 103:4,6
  105:20,23 106:3,11
  106:15 107:8,11,12
  107:14,22 108:3,9,12
  108:18 109:8,23
  111:15,23 114:1,16
  114:21,22 115:20
  116:17,20,23 117:4,6
  117:14 118:1,10,14
  118:19,22 121:17
  122:12,16,21 123:1,6
  123:21,23 124:3,5,14
  127:4 128:8,21 129:1
  129:11,16,19,21,23
  130:4,9,15,16 131:6
  131:22 132:14,18,23
  133:2,9,10,16 134:23
  138:1,13,17 139:5,15
  139:15,22 140:9,13
  140:20,22 141:2,5
  143:1,9 144:8,19
  146:14,15,17 148:4
  148:17 151:4,8,17,17
  152:13 155:5 160:22
  162:2 163:3,14,18,23
  164:6,9,15,21 165:7
  165:20 166:9,16
  168:22 169:10 170:2
  170:6,8,14,19 175:6
  180:6 183:16 189:11
  193:23 195:11,13
  196:16,20 197:1
  199:15 200:11,18
  202:1,20 204:6
Lowe's 3:5 10:11 40:7
  41:17 44:9,13 47:20
  51:18 52:10,17,23
  55:10 63:11,19 66:12
  75:20 76:7 90:23
  95:6 96:17 98:20
  113:1 114:9 144:2

193:10 196:2
loyalty 51:10
lunch 123:4

## M

Macon 156:22 157:12
  157:13
mad 163:1,2
made 4:11 6:14 21:3
  50:1,2,21 61:22 67:4
  80:22 84:19 88:23
  91:1 96:23 97:1,18
  108:1 116:6 120:9
  122:18,20 142:18
  143:9 144:3 147:6
  151:20 155:6,8,18,19
  164:14 165:21
  171:12 191:16
  193:13 194:3 197:7
  202:23
magnet 133:13,14
  183:3 192:5,10
magnitude 92:3
maiden 16:11
maintain 56:15 77:3
majority 178:10
  189:12,14 201:22
make 23:8 25:1 27:17
  28:2 29:2 31:19
  36:14 37:1,17,18
  38:10 44:10 50:17
  69:22 81:13 82:2
  84:3,5,7,13,23 85:23
  86:8 91:17 97:11
  99:12 100:21 102:22
  106:10,13 109:12
  110:15,15,16 112:9
  119:21,21 120:23
  136:7 140:1 142:11
  142:14,22 143:20
  145:11 148:7 150:13
  163:7 166:11 170:22
  171:23 174:15
  183:20 187:11 188:1
  200:16,19
makes 157:3 162:14
making 19:12 22:21
  23:2,4,20 28:13
  79:20 80:15 122:15
  142:20 144:12
  162:23 171:11
male 133:12 176:23
  177:14,14,15 180:11
  180:12,19 183:4,9,14
  183:17 184:6,14
  185:9 189:22 192:11
man 121:2 132:7

management 8:22
mandate 32:11,14
Mangum 177:16,17
manned 120:23 199:8
manner 4:19 110:17
  116:14,15 128:1
  162:2 205:11
many 10:4 16:5 36:2
  43:23 55:3 126:3
  151:13 152:9,12
  154:2 175:14 197:20
  198:7
Margaret 73:16
mark 1:8 5:15 54:2
  83:7 96:15 173:13
  174:6 204:11
marked 6:8 53:23
  83:11 96:13 109:4,17
  109:19 113:20 143:4
  143:13 166:19 172:3
Markham 183:18
marriage 16:7,10
married 15:15 18:12
Marvin 133:9
Mary 1:8 183:17,21
  204:12
master's 6:22 7:4 42:11
  43:19,21 126:1
material 70:18
materials 78:5,7
math 8:18 29:12 105:4
  105:5 113:13 124:10
  124:11,12 188:18,19
mathematics 6:21,23
  7:3,19 8:17 9:5
  112:12
matter 3:4 19:23 23:19
  37:8 53:20 83:10
  93:15 121:8 144:21
  193:19 204:5
matters 12:6 196:20
may 4:6,11,12,18 14:15
  20:23 28:5,7 29:3,5
  30:8 32:21 33:23
  34:4 36:8 39:22,23
  40:2 45:23 57:4,15
  57:18 58:2 60:13,14
  61:9,13 66:6,9,9
  69:23 70:1 71:20
  86:23,23 87:2 88:9
  92:4 94:14 109:14
  110:14,14 112:10,11
  112:12 131:3 146:20
  147:23 152:3,4 153:1
  153:2,19,20 154:11
  154:12,13,15 159:10
  159:14 161:6 167:10

168:5 170:10,20
172:14 173:13 176:3
181:23 182:10,23
**maybe** 7:8 10:6 12:7
31:11 44:5 73:2
76:19 138:19 152:2
165:11 198:7
**McCall** 17:8
**MCEA** 143:19 144:3
**McIntyre** 190:2
**McKee** 100:13,14
118:14 176:10,16,18
176:21 181:16
184:23 190:14
**McRay** 179:18 180:12
**mean** 24:15 44:15
68:18 71:6 72:17
73:14 81:22 84:9
97:2 101:5 170:2
175:16 188:3,6
**meaningful** 45:14
**means** 19:16
**meant** 111:5 165:19
**meet** 27:14 29:2,4 58:2
59:14 99:13 124:2
130:1,18 132:9
**meeting** 94:12 147:12
147:13,19
**meetings** 54:20 55:12
**meets** 27:7 123:11
158:21 175:20
**Melvin** 1:4 2:13 79:22
80:17 81:2 85:7
86:13 88:15 105:19
107:8,11,12,14,22
108:9 109:7,23 114:1
133:10 138:1 140:9
140:13,20,22 141:2
144:8 164:6,9,20
165:7,20 166:16
195:11,13 196:16
199:15 204:6
**member** 18:7 51:11
**members** 1:10 204:15
**memo** 161:8
**memos** 90:5
**mentioned** 13:5 32:3
42:17 44:19 53:1
91:20
**merely** 53:5 55:1 74:20
123:15
**method** 54:9
**middle** 1:2 133:12,14
184:1 190:19,22
192:7 193:12 204:23
**might** 19:14 28:2 38:11

59:15 60:9 69:22
88:6 116:10 126:11
126:13 165:6,10
172:18 174:2,8
175:18 187:17 188:1
197:18
**mighty** 162:14
**Mike** 30:12 34:3 35:23
73:16 134:10 145:16
**milk** 135:19
**milked** 116:22
**MILLER** 1:8 204:11
**mind** 9:18 11:22 59:18
63:9,9 142:18 159:23
196:11
**mine** 124:20 144:11
**minimum** 27:7,14 53:3
56:22 57:12 59:14
97:19 99:11 130:1
175:20
**minority** 143:18
**Minott** 80:8 81:1,7
82:2 83:22 86:23
87:3 88:11 89:17
193:17
**Minott's** 80:17 193:12
**minutes** 116:3 192:12
192:14,15,18
**mishandling** 83:6
197:5
**misname** 111:21
**mispayment** 110:18
**missed** 173:22
**Missionary** 17:14
**mistake** 110:15,15
192:20
**misunderstanding**
103:13
**mitigating** 28:18,20
**Mizell** 34:1 36:9 37:8
40:6,8 41:2,6 42:22
49:17 50:3 52:2
134:14,15,18 155:4
156:3 163:17 175:23
**modification** 45:10
**modified** 39:17
**moment** 9:5 19:4
131:18 189:13
**Mona** 180:14
**Monday** 1:20 205:3
**money** 69:4
**monitoring** 95:19
**Montgomery** 1:7,10,11
1:20 2:7,11 7:6,8,11
8:12,13,17 15:7,10
15:23 16:3,18 17:10
18:6 20:9 25:15

26:21 28:13 30:19
32:8 65:12 68:4
74:14,19,22 75:2
136:6 140:17 154:4
193:15 194:12
197:14 198:15
199:10 202:3 203:21
204:9,15,18
**month** 148:17
**months** 65:19,20,21
66:1 103:19 137:7
167:7
**moot** 153:20
**more** 8:1 13:9 52:23
56:6 63:5 69:17 97:6
104:8 155:1 181:2
**morning** 107:6
**Morris** 120:16 121:4,9
135:13,17 182:9,11
182:14,21 190:8,9
**most** 10:10,11,12 19:2
19:2 29:12 45:17
46:14 55:21 58:13
72:1 76:4 88:3 97:6
114:6 126:7 141:15
158:13,18 164:16
191:1,4 198:16
**Mostly** 160:11
**mother** 74:3,6 90:23
91:8,15 105:23 106:6
**mouth** 23:23
**move** 23:22 101:6,9
105:8
**moved** 147:16
**movement** 14:14
**moves** 100:23
**MPS** 67:22
**MPSRI** 65:11 66:1,6
**much** 51:13 76:13,15
160:18
**multi** 58:15
**multimedia** 191:9
**must** 62:9 93:18 100:19
103:20 110:2 146:12
165:23 179:15 190:7
198:17
**myself** 30:12 34:3
79:13 94:23

_____

## N

**naive** 142:3
**name** 5:11,13 10:20
13:5 15:11,17 16:11
40:7 41:17 44:9
47:21 50:18 51:18,23
52:1,7,10,17 70:5
92:18 113:12 117:2,8

117:15 118:5 125:12
125:13 142:15 144:2
155:21 157:9 169:4
172:21
**named** 12:3,14 13:9
133:16 146:1 168:20
191:4
**names** 17:5 18:1,14
41:3,7 44:9,13,15,16
47:18,21 48:16 50:4
50:23 51:3,5 52:2
87:10 169:6
**Napoleon** 15:12,15
**National** 142:5 144:6
**nature** 29:9 31:6 80:2
80:12 83:21 93:21
94:2 99:10 111:22
152:8 155:6 162:17
162:21 188:14
**nay** 159:2
**near** 71:20
**necessarily** 125:19
158:9 173:12
**necessary** 29:5 31:17
121:2 126:16 194:21
**need** 4:10 6:5 19:7,9
39:16,17 97:5 117:2
119:6 135:1 152:1,5
158:10 169:20
183:19 187:11
195:18
**needed** 23:15 30:2
199:18
**negotiating** 121:9
**negotiation** 136:10
**neither** 15:14 205:9
**Nelson** 180:18 189:22
**nephews** 15:8
**never** 45:7 107:2 129:1
129:13 133:3 154:23
159:4 169:19
**new** 154:22 160:4
**next** 8:3 33:6 40:8
42:19 65:10,11 83:23
87:8 93:7 111:5
116:21 149:4 154:20
159:8 176:2 198:8
**Nichols** 33:5 72:6,16,18
73:15 134:11
**nieces** 15:9 16:9
**night** 55:4
**nine** 65:20 103:19
**nine-month** 65:18
66:14 68:9,11 70:1
100:10,12,18,23
103:9,18 104:16
112:21 201:12 202:8

**nine-months** 69:13
201:14
**Nixon** 184:4,18
**nobody** 203:10,11
**nomenclature** 73:8
**none** 107:19
**non-highly** 153:12
**non-renew** 84:7 85:1,6
114:15
**non-renewal** 3:9 84:18
87:19 88:9,13 98:13
98:15 114:3,19 115:4
115:23
**non-renewed** 10:15,17
10:19 86:4,14 87:23
89:22 98:2 115:18
116:4 154:10,16,19
197:9
**non-renewing** 87:8
**non-tenured** 115:15,22
148:10 149:1,7
151:13 200:17
**norm** 155:1
**normal** 89:7
**Norman** 183:21
**Northern** 1:3 205:1
**note** 183:20
**notes** 36:5,5,7,9 84:15
186:23
**nothing** 5:7 53:1 60:21
78:2 105:9 117:13
132:1,3 169:16,17
204:4
**notice** 3:2 5:17 6:12
18:18 71:13 112:23
134:6 173:20 175:9
179:10,21 190:16
191:10,13
**notices** 171:20
**notification** 193:23
**notified** 48:13 116:13
116:14
**notify** 19:23 20:3 21:1
21:3 116:8
**November** 141:11
**number** 70:16 98:19
153:11 154:9,16,18
172:2,11 173:2
174:11,12,16 175:1
177:1 178:22 179:23
180:1 181:8,14,23
185:4 190:3,12
191:23
**numbered** 172:8
**numerous** 152:15
198:2,10
**nursing** 15:21

**O**

O 190:8
Oates-Tucker 173:7
Object 25:10 35:22
  57:3 78:8 107:18
  145:4 156:7 170:16
  171:10 195:17 197:3
objection 11:1
objections 4:9,10 6:14
obligate 120:5,12
oblivious 194:4
observation 83:1 95:13
observations 81:15
  108:18
obtain 7:1 125:5,9
obtained 125:22
obtaining 119:13
obviously 42:15 86:9
  91:16 96:3 151:23
occasion 28:21 74:7
  152:4
occasions 36:3 59:10
  59:12 61:9
occurred 21:8,19 86:16
October 7:17,20 71:15
  71:15 141:10
Odutola 181:7 186:13
off 30:3,19 106:16,23
  107:5 123:14 179:10
  181:1 193:3
offered 4:13 75:2
offering 49:9
office 19:15,17 49:18
  56:16 72:3 74:8
  79:19,21 80:21 82:5
  83:15 96:10 100:5
  106:15 110:13 113:3
  123:18 127:15,17
  141:17 146:14
  150:18 155:13 161:4
  164:21 165:20 166:8
  175:2 181:9 185:5
  186:8 189:2 201:6
officer 17:15 33:4
  180:18 189:2,20
officers 13:6
Offices 1:18
official 1:9,11 72:7
  86:8 139:16 204:14
  204:17
officially 147:8
officials 74:13
offsprings 17:4
off-the-record 16:21
  71:3 77:6 99:23
  144:17 193:5
often 20:10 81:16 86:9

141:19
Oh 71:5 81:20 157:19
  174:18 179:14
okay 12:4 13:12 17:7
  39:13 157:19 189:18
  190:17
Omega 18:9
once 33:13 39:2 44:16
  58:9 77:1 93:15
  104:22 116:5 161:13
  193:22 195:6
one 5:21,22 9:22 10:1,3
  10:12,13 12:19 13:17
  22:16 24:16 30:11
  31:10,19 32:20 35:3
  39:8 53:8 54:7,17
  56:4 59:6,16 61:11
  68:20 69:2,6,19 72:3
  73:17,20 75:17 76:2
  80:11 91:6 97:7,16
  101:7 105:17 110:11
  111:9,10,14 115:6,21
  120:14 121:3,14
  122:11 124:11 134:1
  134:8 135:15 141:16
  141:18,23 143:11,15
  143:17 144:18 148:9
  149:20 151:11
  155:10,11 167:11,17
  172:7 173:21 174:12
  174:17 176:11,13,18
  176:19 178:17 180:6
  182:10,12,13,13,21
  183:18 186:11
  189:16 190:7,21
  191:4,17,22 192:7,13
  198:22
ones 9:17,18 58:20 97:7
  119:20 134:2 141:19
  153:16,18 176:6
  179:3 182:17 198:3
ongoing 76:23
only 16:19 72:6 86:5
  97:16 110:23 121:11
  121:14 123:2 132:5
  144:2 151:11 152:20
  153:7,14 176:13
open 74:4 118:7,13
  148:13 172:19
  175:18
openings 152:9,12
operations 24:22
opportunities 117:19
opportunity 95:7
  154:13
opposed 29:1 57:20
  60:23 138:10

option 42:21 47:14
  59:16
order 23:8 27:20 29:6
  30:3 31:14 39:5 70:3
  115:16 116:8 121:2
  127:21 153:9 156:23
  157:6,17
ordinary 29:9 111:20
  186:2
organizations 18:5
original 51:23 65:5
  73:22 76:14 191:3
originally 51:7
Orlean 180:17
other 4:9,13,19 8:13
  9:23 10:1 11:11,12
  11:17 12:12 13:3,6
  14:8,18 15:22 18:10
  24:17 38:7 40:22
  47:21 49:21 52:18
  53:1,9 58:22 68:20
  69:3,6,9 72:7 73:13
  73:22 75:1,8,10,18
  83:20 86:12,19 90:3
  90:12 92:12,13 93:19
  94:10,16 96:4,7
  97:23 98:1,3,6
  101:16,23 104:16
  105:18 106:14 110:3
  114:20 115:21
  116:17 117:14,23
  118:1,7 132:15
  136:23 138:19
  143:11 144:5,18
  148:12 149:7,19,23
  151:19,22 152:2
  153:14 154:10
  169:11 171:9,11
  182:12 188:12 192:6
  196:14 200:19 201:5
  201:5,5
others 11:23 41:18
  49:5 50:18 73:10
  121:13
ourselves 127:22
  143:23
out 6:12 9:18 21:13
  24:2 25:5 28:8 29:9
  31:7 33:23 34:4 36:1
  40:2 45:5 51:10
  56:11 57:5,11,15,19
  57:23 62:16 64:22
  66:18 86:21 94:15
  99:11 105:7 109:12
  110:9,10 111:17,18
  111:19 112:13,22,23
  113:2 114:5 123:5

125:2 127:16 135:18
  139:23 140:17 141:5
  145:16 157:2 158:23
  158:23 159:6 160:1
  161:21 162:19 165:4
  167:15 174:5 186:2
  189:13 191:10
  198:11 205:7
outlets 76:9
outlined 90:2 133:7
outright 12:5
outside 26:15 59:23
  120:18 136:14
outstanding 45:15
over 10:6 15:6 17:22
  23:13 26:2 30:8,9
  55:7 58:15 59:4
  82:13 83:5 90:19
  93:5 95:9 102:2,5
  150:19 167:6 171:6
  189:17
overall 29:4 38:7
overhaul 115:12,12,17
oversaw 137:12
oversight 45:22
overview 121:10
Owens 35:17 40:19
  41:7 42:15,18,22
  44:16,18,20 45:6,18
  45:19 46:4,11,12
  47:5,19 49:2,6 50:2
  50:19 51:2 52:5,11
  53:13,17 54:16,19
  61:18 62:2,11,16,23
  63:2,18,21 66:19,20
  66:21 79:8,20 102:5
  102:6,8,9,10,23
  108:14,23 160:23
  161:19,23 162:1,3
  163:14 164:5,5,13,14
  164:20 165:19 166:1
  166:8,13,14,15
  169:19,22 172:23
  196:7,12
own 52:12
o'clock 55:4

**P**

paddle 93:3
paddling 91:23 92:19
  94:7,9
pages 205:4
paid 103:22,23
Pam 11:15 193:11,14
  193:18,20 194:1,6
Pamela 1:16 4:6
  190:19 203:22

205:18
panel 28:16 32:7
  178:17
panels 28:21 29:10,15
  30:4,11,12,16,22
  32:6
paper 27:20 28:11
  178:6
paperwork 14:1
  110:10 114:18
  127:16 194:17
par 60:19
parallel 100:7 144:10
parent 94:11 155:18
parents 15:13,14 16:15
  22:7 93:11
part 90:10 193:10
  202:2
partial 66:10
participated 30:11
  33:12 35:23 134:19
particular 19:4 20:19
  26:12 27:5,8,23 30:6
  33:4 37:17,18 38:3
  39:14 41:8,17,20
  42:10 44:6,21 48:1
  49:23 50:6,13 51:21
  57:6,16 58:7 61:14
  68:5 71:13 78:1,2,14
  81:19 82:12,13 85:14
  92:23 93:15,18 95:1
  95:13 97:18 98:16
  99:5,14 100:3,9,16
  101:19 102:6 103:2
  104:1 105:3 108:5
  110:12,13,19 114:4
  115:21 116:5,9 117:1
  117:5,9,19 119:23
  120:19 121:1,15,20
  124:13,22,23 130:21
  131:11 135:20
  136:12 137:11
  141:22 142:17
  143:22 144:12
  158:15 161:7,20
  163:23 164:10,19
  178:9 181:12 190:8
  193:21 195:19 201:4
particulars 93:5
parties 4:3,16,23
  170:20 182:5 205:7
  205:10
party 4:14,19
part-time 8:14,16 22:4
pass 19:3 39:20,22,23
  40:1
passed 39:13,13 40:3,3

passing 96:23 97:1,2,19
past 42:8 50:9 79:1
  83:5 91:2 126:4
  155:7,9 156:4 161:14
  173:23
Pat 155:22 168:20
  169:7
Paterson 35:5,17 40:11
  40:13 184:3,19 196:9
Patrick 180:18 189:21
pattern 133:6
Patty 2:5,6,17,18 5:10
  5:13,15 43:22 63:17
  71:10 77:8 104:15,19
  145:21,23 156:11
  160:11 161:12 169:7
  173:16 174:3,20
  176:12 193:3 195:17
  197:3 202:18 203:12
pay 65:19 70:2 83:3
  100:12,19 101:3
  110:6,8,20,22 111:3
  111:8
paying 199:12
payments 70:6
payroll 110:17
people 48:16 58:17
  59:7,12,16 125:21
  126:3,5 154:3 160:4
  160:6 161:1 164:2
  173:6 185:1 187:22
  188:12 197:20
PEPE 3:5 54:8 95:11
  95:16,19 96:17 188:8
  188:9,10,11
PEPEs 95:6,9
perceive 75:3
perceived 113:9
percent 64:18 82:21
  84:20 154:7,19 155:1
  198:7
perform 40:14
performance 84:17
performed 53:11
  202:11
performers 39:9
performing 108:9,12
  109:2
period 10:16 14:13
  58:16 120:2
permanently 66:8
Perry 1:20 2:11
person 18:21,22 19:2,7
  19:9,11,14 20:6
  23:19 24:2 25:17
  27:4,7,10 28:4 38:11
  38:17,20,23 39:12

41:19 42:20 46:2,8
  49:5 50:20 56:3,3
  58:6,7,10,10 59:6
  60:6,7,17,17,23,23
  61:7,8,8,14 64:7
  72:12 77:23 80:23
  85:15 86:3,6 100:23
  103:20 106:17,18
  110:9 113:3 115:21
  119:17,22 120:10
  121:15 126:13
  127:20,22 128:4
  135:14 139:20
  142:19 143:17
  150:17 158:21 159:1
  162:18 165:22 179:4
  179:6 181:6,11 185:8
  185:17,18 187:8,15
  192:8 198:15
personal 13:10 76:20
  108:8
personally 12:14 13:3
  13:8
personnel 8:22 26:20
  45:5 54:9 56:13,14
  56:20 75:20 76:7,11
  76:12,13,14 77:3,10
  77:14,20 78:5,23
  79:10,16 88:4 93:23
  94:22 115:15 145:12
  149:1 159:17 164:22
  192:12,14,16,17,22
persons 58:11 148:5,10
  150:6 153:12
person's 87:9 128:15
  155:21 159:17
  172:21
perspective 26:8
Phi 18:9
philosophy 48:5
phone 40:19
phonetic 34:2
physically 22:5 93:17
pick 46:11 164:7
picked 48:18 150:15
  186:15
Pilgrim 17:14
place 20:17 33:3 46:16
  46:17,22,23 48:6
  76:23 81:19 93:1
  115:19 120:22
  131:19 148:8 152:22
  153:18 154:21
  187:22 201:3
placed 37:21 44:20
  46:21 51:12 76:13,15
  76:20 117:20 148:5

154:20 183:12 198:8
  198:12
placement 148:23
  152:21 179:20 201:7
placements 72:2
  157:14 167:3 182:6
places 97:1 113:5
placing 109:23 119:22
  120:10
Plaintiff 1:5 2:4 204:7
Plaintiff's 3:1 5:16 6:8
  6:10 53:23 83:8,11
  96:13 109:4,19
  113:20 143:4,13
  166:19 170:23 172:3
plan 3:3 54:7 153:11
players 73:12
please 5:11 18:1
ploy 106:23
plus 44:7
point 20:19 41:17
  43:18 47:17 48:1
  50:6 98:2,7 105:8,9
  114:19 117:5,19
  119:2,3 121:13
  135:20 149:18
  158:14 161:7 162:15
policies 24:4
policy 20:3,5,10,20
  21:5,9,14,15,22
  22:19 23:1 24:18,19
  26:14,18 77:9,15,19
  77:20 78:4,22 79:4
  93:6 119:17 168:9,12
  194:12
pops 6:3
population 45:13
  201:21,23
position 3:15 7:18,21
  8:10 10:19 18:22,22
  23:14 26:12 27:5,8
  27:14,19,23 33:8
  35:1,4,17 38:5 39:3
  39:16 40:10 41:20
  42:1,10 44:21 45:20
  45:20 49:6,9 50:13
  50:21 51:9,16,21
  53:4 54:11,14 57:7
  57:11,16 58:18 59:5
  59:13 62:3 65:1
  66:12,14,15,15,16,21
  66:22 67:1,2,3,5,6,9
  67:10 70:7,11,15,23
  71:23 74:22 75:2
  85:19 87:13,14,20
  89:3,6,14,17,18 99:1
  99:5,7,9,14 100:3,4,6

100:7,11,16,21 101:1
  101:6,7,8,13,17,19
  102:7,12,13,15,18,20
  103:2,5,10,18 104:3
  108:7 109:3,15 115:5
  116:9,12,19 117:2,6
  117:8,9,15,22 118:13
  118:19,20,23 119:7
  119:12,19,23 120:3,4
  120:8 121:15 122:7
  122:10,14 123:8,9,12
  123:14 124:8,13
  125:3 130:1,18
  132:20 133:8,11,15
  133:18,20 134:11
  135:1,9 136:2 144:10
  148:9,16,20,22
  150:10,21,22 152:23
  154:1 158:15 163:19
  168:23 172:12,14,22
  173:3 176:22 177:6
  178:9 179:5,7 180:5
  181:6,12 182:9,23
  184:22,23 185:11,21
  186:3,5 187:14 189:4
  189:11 192:2,9
  193:21 196:8 198:13
  199:7,15 200:3,3,23
  202:9
positions 3:14 11:14,19
  17:15,18 28:16 58:13
  58:14,15,19,20 65:7
  65:8,14 67:15,15,23
  68:10,11 73:18 74:4
  88:21 98:21 100:9
  106:8 117:14 118:7
  119:5 120:9 121:1
  123:1 131:20 136:21
  136:23 137:23
  143:22 147:16 148:6
  148:13,15 149:8,10
  149:19 150:5,6 151:4
  151:8 152:15 158:19
  168:3,5 172:6,16,18
  175:14 176:8 177:23
  178:4 179:1,9 181:15
  182:3 183:1 187:23
  190:5 195:16 201:4
  201:10,11,12,14
  202:21
positive 11:8 41:15
  62:14 146:4 177:13
  187:2
possibility 75:5 162:7
possible 34:10 44:22
  137:18,19 159:6
possibly 22:9 24:16

45:6 46:10 48:7 83:6
  105:17 127:7 158:5
post 76:20
posted 28:16 29:4
  57:16 71:13 99:13
  130:18 134:6 175:9
  179:10 185:13
  190:16 191:10,12
posting 71:8,17,19
  142:23
postings 195:23
practice 20:3 84:22
  85:15 119:16
practices 28:13
Prater 181:20
preclude 117:13
prefer 28:3
preferred 49:2
preliminary 167:1
prepared 6:11 158:2
preparing 54:17 64:2
preponderance 82:9
prescribed 19:21
prescriptively 31:16
presence 166:14
present 2:12 127:5,9
  193:10 195:2
presentation 140:1
  142:21 143:1
presented 48:12 116:16
  129:1 147:9 199:6
presents 124:5
pretty 163:1
prevent 49:8 60:21
previous 45:2 53:15
  89:17 116:19 154:10
  189:15 197:5
previously 89:4
primarily 31:7 65:5
  79:11 168:6
primary 45:10 104:22
principal 8:2,5,7 19:13
  19:14 27:11 39:12
  45:9 46:11,12 47:6
  48:11 53:12 54:16
  55:2 56:1,22 58:5,9
  60:5,7 61:3 67:8
  77:16,18 78:6,7,10
  78:16,20,21,23 79:2
  79:5 80:9,12 81:18
  84:23 93:9 94:23
  118:15,15,18 121:21
  121:22 123:15 132:19
  135:12 141:9 142:4
  142:10 150:9,10
  154:14 155:11,19
  158:7,10 168:21

184:3,5,10 185:22
186:3 190:5 196:15
198:22 199:21 201:4
**principals** 11:20 37:19
57:9,18,22 58:1
60:10 61:5 77:10
81:21 86:21 100:8
142:6 145:10 158:13
159:10 167:10,12
168:6 182:3 200:20
200:20
**principalship** 47:8
**principal's** 58:12,23
96:10
**principle** 73:11
**printed** 205:4
**printout** 55:1
**prior** 7:12 10:14 15:18
46:18 52:19 53:13
62:7 63:6,18 67:4
77:12 78:18 80:9,15
119:18 134:6 135:9
146:7 154:16 175:15
**priorities** 22:17
**priority** 22:12
**privy** 60:8 147:2
**proactive** 57:21
**probably** 8:1 10:6 37:3
98:10 113:2 134:19
137:4 145:17 156:16
157:8 176:17 182:18
182:20 184:12 198:6
**probationary** 10:16
**problem** 6:2 11:6 49:11
**problems** 49:11 169:22
**procedure** 4:5 14:4
19:21 20:5 23:16
24:6 25:11,16,19,23
34:7 39:19 55:8
93:16 168:9
**procedures** 20:8 23:9
36:17
**proceeding** 14:18
194:2
**process** 13:22 14:1
18:17 21:17 23:23
27:4 28:10 32:18
33:13 36:1,6 38:2,8
39:4 40:16 45:23
48:14,15,17 49:23
51:3 52:4,13 56:20
57:14,20 72:5 73:2
95:20 97:13 99:8
115:19 116:4 118:5
132:13 134:20
135:23 163:16
164:12 188:15 198:5

198:9
**processes** 26:20 27:1
**professional** 1:17 3:3
3:10,12 4:7 54:6
162:15 163:10 177:2
177:8 203:23 205:19
**program** 30:3,9,10,18
33:5,9 45:15 67:21
72:22 73:12 91:21
94:1 96:22 103:21
108:17,17 115:6,10
115:13,16 120:14,15
120:19 121:4,5 126:1
126:10,17 128:2
135:16 137:13
139:12,14 140:1,18
140:20,23 141:3
142:20 177:3,9 183:4
183:5 185:12
**programatic** 115:12,17
**programs** 105:3,4
**promoted** 8:5,9
**promotion** 101:2
194:10
**pronounce** 10:21
**pronounced** 46:14
**pronouncement** 111:22
**proof** 94:10 124:4
195:3,6
**proper** 34:6 93:16 94:8
120:11 128:13
139:19 152:13
**properly** 136:8 159:1
**proposal** 147:9
**proposed** 85:16 92:1
**pros** 48:1 49:19
**protocol** 20:18 36:16
74:17 81:22,23 82:1
89:7,8 188:2
**proven** 163:3
**provide** 26:15 64:8
77:15 80:21 194:13
**provided** 4:14,20 80:4
195:6
**providing** 66:10 77:9
77:19
**Provitt** 146:19,21,22
**Provol** 146:13
**proximity** 137:3
**prudent** 88:3
**Ps** 162:22
**Psi** 18:9
**Public** 7:11 8:12,14
20:9 25:15 30:19
32:8 65:12 68:4
74:20,22 75:2 136:6
140:17 193:16

194:12 197:14
198:15 199:10 202:3
**pull** 31:7 94:15 105:6
112:12 153:23 160:5
160:13 191:16
**pulled** 49:19
**Purcell** 1:11 14:11 25:4
35:10 44:19 48:4
50:1 59:2,3,23 60:6
86:10 108:7 160:15
160:19 164:18 165:1
200:11 204:17
**purpose** 4:13 36:14
69:5 80:19,20 81:9
158:22
**pursuant** 1:15 4:4
**pushing** 82:15
**put** 24:4 44:21 53:18
57:1 59:2 62:6 76:3
116:2 129:20 136:1
145:8 171:16 173:18
176:18
**putting** 75:19
**p.m** 1:21 203:14

**Q**

**Qs** 162:23
**qualifications** 27:8,15
29:4 52:22 53:3
56:23 57:8,12 58:3
59:15,21 99:4,14,21
130:2,19 132:9 175:7
180:7
**qualified** 42:11,12 47:5
47:10 50:11 78:11,12
152:20,22 153:2,5,8
153:12,17,21 189:11
**qualify** 69:9 124:8,13
124:16 128:9,9,22
129:3
**quality** 29:19,23 40:12
**Queen** 16:12,12
**question** 4:10 71:5
144:18 187:8,23
196:5,11 197:18
**questions** 4:9 36:15,18
36:19,21 64:5 167:10
186:18,20,22 198:19
**quite** 37:3 104:15
**quote** 72:7
**quoting** 49:16

**R**

**race** 10:1 11:11,17
155:15 180:8 194:6
199:22
**racial** 9:20 155:6 157:7

**raid** 75:1,10 101:23
**raise** 111:8 158:19
**Ramsey** 180:15
**range** 7:7
**rank** 27:20 59:20
**rankings** 54:21
**rate** 154:19 186:17
**rated** 186:21 187:3
**rather** 83:13 148:21
160:21 171:21
**rationale** 59:18
**RC** 67:14
**react** 187:1
**reaction** 145:5,5
**reactivate** 88:18
**read** 163:9 175:9 181:1
**reading** 29:12,14,17
30:15,18,21 31:3,4,5
31:6,13 32:5,5,11,16
32:17,23 33:7,11,15
34:10,14 35:1 37:20
38:18 39:3 42:12
43:7,8,10,13,16,23
47:4 53:8,18 54:15
65:1,3,3,7,8,11,12,13
65:15,18 66:2,5,11
66:15,21,22 67:1,9
67:14,14,21,22 68:4
68:19,20 69:10 70:8
70:9 71:17 72:4,7,11
72:19,22 73:5,12,13
73:18,23 74:4 75:12
75:16 102:12,13,19
103:14,16,18 104:2,9
104:11 105:3,5,11
107:14 109:16
111:23 112:6,9,10,15
112:17,19 113:11,13
114:1,13 121:23
122:4,5 134:9 135:13
139:12,14,17 140:1
140:18 142:19
163:19,21 164:15
168:13,14 172:9,14
172:16 186:8 187:16
187:18 188:20 196:8
201:9,11,12 202:7,13
205:7
**ready** 142:5
**reaffirmed** 148:15,22
**real** 45:14 170:9
**realize** 22:2 55:3
192:20,23
**realized** 23:15 116:5
**realizing** 110:14
**reallocated** 189:7
**really** 13:2 28:3 58:6

63:5 85:2 104:8
154:6 156:14
**reason** 6:7 40:17,17,18
115:3 126:7,11
129:11 131:16 134:8
139:3 141:13 142:1
144:5
**reasonable** 141:12
155:3
**reasons** 91:6 126:7
**reassessment** 115:9
**reassigned** 117:22
**reassurance** 71:11
**reassurances** 118:6
**recall** 10:8 11:9 12:12
35:11 37:15 43:3,17
43:22 51:13 55:16
60:10 64:16 65:7
72:1 74:5 75:11,14
75:19 76:5,10,11,19
79:20 81:3,5,6 82:8
84:6 88:14 89:20
91:15 92:10,10,21
93:20 94:2 95:6
97:20 98:5 101:10
108:5 112:8 115:3
118:10 121:12 122:6
122:15 123:3 133:5
135:11 138:19,21
139:11 145:23
146:13 147:12,18,19
148:3 149:6 150:14
151:15,18,19 152:7
152:19 160:16
166:11 170:5,14,17
170:21 196:14 199:6
**receive** 55:2 56:1 57:9
81:8 95:3 127:21
135:21
**received** 10:18 11:12
11:18 43:12 44:16,17
66:12 70:12,16,18
93:8,11 106:11 121:6
137:15 149:20
160:15 179:6,8,20
181:6,18 185:8 192:9
193:22
**receives** 18:18
**receiving** 70:7 152:23
160:20 181:11
**recent** 191:2,4
**recently** 10:10,11,12
25:12 29:12 45:18
141:22 156:1
**recess** 77:7 145:22
193:6
**recognize** 157:9 180:9

recognized 117:18
recollection 89:15
recommend 59:6 81:7
  81:9,19 84:2 158:16
  193:18 200:21
recommendation 27:17
  38:10 44:18 45:23
  48:3,3 49:4 50:8
  51:18,23 54:22 58:23
  61:11 81:13 82:3
  84:3,5,7,14,20,23
  85:13 91:18 106:10
  122:16,18,21 139:13
  140:7 144:13 158:5
  163:20 164:13 170:8
  194:3 196:17 197:7
recommendations
  28:14 55:13,20 56:17
  80:15 86:11 158:2
  178:21 186:14
recommended 28:23
  29:1,7,7,8 38:4,5,14
  38:16,18,21 39:16,23
  40:4,5,10 42:14
  45:19 48:8,11,21,22
  49:13 51:20 52:8
  59:7,13 82:20 83:2
  84:18 86:3,13 87:1
  89:6 98:15 123:13
  133:5 154:15 193:20
  195:15 196:8,15,19
  197:13 199:17 201:3
recommending 46:1
  50:12 59:16 89:10
  118:18 178:7,8
record 5:11,16 56:10
  63:8 89:13 95:15
  153:23 193:4
recordings 82:11
records 199:11
reduce 153:11
reduction 110:6,8,20
reemploy 88:11 89:18
reemployed 88:15
  89:16
refer 157:21 171:19
  172:1 178:19
referenced 91:6 135:14
  151:12 196:2
referred 17:1 92:15
  150:8 161:13
referring 32:6 34:8
  126:23 179:22
Reform 144:7
regard 20:20 22:16
  25:5 26:20 40:12
  50:11 64:4 75:4 77:9

77:20 82:19 83:6
  88:4 91:20 92:6 93:2
  95:4 101:19 109:1
  111:1,22 115:9
  117:20 130:17
  134:20 148:23
  152:21 158:20 159:5
  160:22 162:9 167:1
  170:22 193:20 197:5
  197:7
regarding 12:1,15
  55:14 70:6 79:7,22
  80:5 83:9 88:9 93:23
  138:13 151:17 158:3
  158:8 169:23
regardless 4:20
regards 195:22 197:1
  201:9
register 18:21 62:21
registered 1:17 4:7
  23:17 136:5 203:22
  205:18
regular 104:5
rehash 152:1
rehire 3:6 83:22 84:4,6
  109:7,9
reinterviewed 50:7
related 16:10 33:9 71:8
  105:12 126:12
  139:12 145:2 156:5
  163:19
relates 36:17 165:18
relative 24:21 26:16
  87:8 92:19 157:14
  159:13 176:4
relatives 15:5
relevance 11:2
relevant 6:4
remainder 126:18
remained 7:21 8:3,6,8
remember 9:17 10:12
  11:4 15:17 27:2
  35:18,19,21,23 38:13
  42:4 59:5,10 62:20
  73:8 74:5,7 81:1,23
  82:5 85:2,5,8,12 88:1
  88:20 98:1,6,16
  107:15,19,20 117:23
  118:3,13,18 127:11
  134:8,23 135:5
  136:22 143:15,16
  146:17,19 147:17
  156:18 161:7 162:23
  168:20 173:8 188:8
  191:20 202:23
reminded 103:8
reminding 93:16

removed 155:10
renew 85:1,6
reorganization 116:11
rep 173:20
replace 87:14 184:19
replacing 158:17
report 26:7 33:16
  171:5 192:15,16,17
Reporter 1:17 4:7
  203:23 205:19
REPORTER'S 203:19
reports 25:18 192:13
  192:22
represent 5:14 139:10
  139:23 140:17 141:6
  162:19
representative 9:11
  27:16 130:6
representing 4:3,16
reprimand 78:18 79:6
  93:22 94:4,19,21
  95:3 96:5
reproduce 37:9
reputable 163:4
request 3:10,12 88:15
  139:9,22 141:22
  142:7,17 143:6,9
  148:17
requested 69:2,5 76:6
  88:17 190:23 192:8
requests 76:8 138:22
  141:15 200:19
require 20:9 23:12
  58:16 99:15 113:1
required 31:1 46:23
  53:5 60:12 99:11
  100:5 108:19 119:18
  178:13
requirement 32:4,6
  126:21,23 198:14,18
requirements 39:14
  80:11 108:16 123:11
  123:16 124:2 194:22
  195:3,4
requires 46:16
rescreened 41:8
research 64:3 129:15
  130:20 134:6 135:10
  146:9
reservations 107:12
reserved 4:11
resides 15:10 18:3,4
resolved 163:21
resources 8:11 65:19
  65:22 189:7 201:15
resource/attendance
  189:2

respected 144:12
respond 64:5
response 11:8 62:14
  64:2,9,11,13 140:11
  146:4 163:22 177:13
  186:23 187:1,2
responsibilities 103:7
  103:11,16 108:22
  109:2
responsibility 27:6
  46:3 85:22 124:20
  129:4 142:13 144:14
  195:2
responsible 104:23
rest 17:14 85:21 179:14
Restate 22:23
rested 144:15
restricting 152:21
restructuring 116:12
resubmitted 50:20
result 82:7 84:9 179:20
resulted 110:7
results 76:21 166:22
  205:11
resume 28:6 99:3,8,10
  99:15 159:16
resumes 27:17 160:9
  178:16
retained 116:10,13
retaliated 12:9
retaliating 22:20
retaliation 22:11,15
  23:2 91:7 200:13
retired 156:1
retract 34:13
return 169:12 178:13
returned 92:7 116:20
  178:12
reversed 57:4
review 27:17 77:21,22
  82:4 84:16 85:17
  93:6 95:7 98:12
  124:10 127:22
reviewed 77:23 81:11
Rhonda 173:6
Richardson 184:6
right 9:15 25:21 43:20
  63:14 64:17,22 71:13
  77:4 84:5 87:15,22
  90:12 95:18,21 96:1
  96:8 100:14 101:8,15
  106:19 111:12 112:7
  113:6 114:7 117:17
  118:8 120:4 122:1,2
  131:16 150:5 159:18
  169:15 171:13
  173:16 174:15

185:12 190:13
  191:18
rights 12:10
rise 20:16 91:21 92:16
  94:1 96:22
risk 31:19,19 45:1
Robert 7:18 176:9
  179:3 180:23 181:5
  183:7,22 184:6,9
  191:19,21
Robinson 17:9
Rodrick 183:8
role 64:1
Ronald 183:14 192:1
  192:10
Ross 1:9 184:8,8
  204:13
rough 93:12 175:19
roughly 59:4 148:17
roundtable 55:4
routine 92:1 108:3
  167:5
routinely 115:18
row 196:23
rubric 36:7,13 40:23
  41:5 186:16 188:5
rule 128:12
rules 4:5 119:21
ruling 4:12 77:2
run 167:7,21 198:3
running 30:3

                S

safeguards 93:18
  120:10,23
SAITH 203:16
salary 3:8 109:21,21
  112:21 113:15
same 4:21 8:4,19 11:3
  17:3 31:14 32:22
  35:8 36:15 45:17
  68:2 71:15,17 103:3
  103:5 105:15 110:21
  113:14 117:22 142:9
  162:18 164:14 167:9
  179:9 186:19 187:20
  190:16 199:9 205:8
sample 27:16 57:1
  58:11
sampling 58:13
Sankey 180:16
sat 33:13 34:5,6 36:2
  73:21
save 57:23
saving 108:16
saw 97:7
saying 11:11,17 20:6,8

27:20 47:4,5 52:11
56:2 60:22 61:2
77:23 78:15 84:22
93:10 117:3 123:23
128:21,23 135:5
140:12 145:16
146:14,18 155:15
162:4
**says** 19:12 47:20 54:15
54:19 55:20 58:9
71:6 109:13,16,22
110:4 113:4 124:18
145:14,15 149:12
168:1 173:2 185:10
192:1
**scale** 175:13
**schedule** 22:13 100:12
112:22 113:15
**school** 7:19 8:3,6,8
9:11 11:10,15,16
12:9,13 13:2,3,6
14:3 19:8,10,11
21:20,21 22:19,22
23:1,6 24:18 25:8
26:14,22 28:17 29:13
30:7 31:9 34:11 35:5
35:6,10 37:4 42:2,8
44:4,23 46:9 52:20
54:10 56:5 64:7 65:4
67:20 68:4,18 69:1
70:7 77:8,14 80:1
83:15,23 84:11,13
86:14 88:16 91:9
93:8 95:21 98:21
100:2,13,15 104:5
106:8,12 114:16
115:8 116:9 117:4
119:16,17 120:5,12
120:16,18,19 122:8
123:1,7,17 125:5,21
126:8 127:11,14
129:5 130:1,7,7,9
131:14,14 133:13,13
133:14,19 134:3
135:12 136:12,14,15
137:5,10 139:8,8,10
139:17,23 141:6,9
142:6,8,10,20,21
144:11 145:10 146:7
149:4,4,8,13 150:2
151:1,2,7,20 152:16
152:23 153:8,13,19
154:23 155:17,23
156:20 162:19 163:4
164:19 165:12,13,14
167:5 169:12 170:15
170:19 171:1,7

172:16,17 174:22
176:9,10,17,21 179:3
179:6,7 180:23 182:4
182:19 183:7,9,10,12
183:16,17,19,23
184:1,5,7,10,12,16
184:17,19 185:1,18
187:16 189:10 190:6
190:10,15,16,19,22
191:15,19,22 192:6,7
192:10,10 193:12,13
197:16,17,21 198:21
199:3,4,5,7,11,21
200:3,4,8 201:1,19
201:20 202:5,8,21
203:8
**schools** 7:11 8:12,14
20:9 25:15 30:19
34:13,14,15 65:12,17
68:13,15 69:17 74:20
74:22 75:3 136:6
140:18 149:19
150:16 155:12
167:15 181:16
193:16 194:13
197:15 198:15
199:11 201:23 202:3
**Schools's** 32:8
**schoolteacher** 44:2
**school's** 24:4,18 142:23
**school-wide** 11:20
167:4 168:7 177:10
180:2 189:9 190:18
190:23 191:2
**science** 126:14,15
132:15 133:12
158:16
**score** 37:14,15 42:5
97:9,11,19
**scored** 37:1
**scores** 45:1 96:23,23
97:1,14
**screened** 34:11 41:1
**screening** 28:21 29:5
29:10,15 30:4,10,12
30:16 32:7,18,21
33:10 36:1 37:21
38:1,7,19 39:4,6
40:16,21 42:5,5
49:13,15 51:21 52:4
73:11,21 134:20
135:23 198:5
**scripted** 36:20 167:9
**Seale** 202:19
**Seals** 179:5,11,17
180:11
**second** 27:21 28:9 46:8

64:17 67:23 111:10
138:15 193:4
**secondary** 45:7,7
**secretary** 76:1,2
**see** 11:9 19:5,18 20:19
27:6 29:16 34:15
36:11 38:20 82:17,18
93:21 95:15 97:16
113:4 117:5,11,11,12
117:12 119:1 122:17
128:8 142:14 153:23
158:23 168:1 170:10
171:16 179:4,4 182:9
182:12,18 183:10
188:11 190:21
**seeing** 159:15 160:17
**seek** 24:12,15 25:5
200:14
**seem** 97:3 157:3
**seemingly** 113:3
114:14 115:7 143:8
**seems** 54:6 83:13,14
109:7,8,21,23 111:15
111:19 112:20 114:2
114:3,18 152:7
**segments** 82:16
**select** 33:14 58:1
134:12
**selected** 42:1 72:23
73:23 123:13 134:7
134:14 178:2 185:23
191:21
**selecting** 32:22 33:6
187:16
**selection** 38:23 73:13
**selectivity** 39:5
**send** 56:6 78:23 96:4
128:4 160:7 162:20
191:10
**sending** 163:5,8
**sends** 80:12
**Senior** 192:4
**sense** 71:11 142:15,18
142:22
**sent** 41:12 56:11 78:6
79:8 108:23 109:9
115:23
**separate** 29:6 192:17
192:18
**separated** 179:16
**separation** 6:6
**September** 143:10,11
177:6 181:10,17
**sequence** 57:4
**serious** 160:21
**serve** 137:4
**served** 25:3 137:4

198:21
**service** 7:20
**services** 7:14 66:10
181:10 189:3
**serving** 135:12 197:23
**session** 95:18 167:9
**set** 6:12 21:13 63:3
192:13 205:7
**Seth** 189:23
**sets** 24:2
**setting** 45:17 46:13,14
46:15,17,21 47:1
95:15 140:2
**settings** 154:11
**settled** 12:7
**several** 9:14,15 17:7
83:5 177:10 189:16
**Sewell** 34:1
**Shanetha** 184:3,19
**share** 60:17 79:5
**shared** 160:19
**Sharon** 34:1
**sheet** 49:20 111:17,19
**sheets** 37:10 110:11
160:10
**Sheila** 188:22
**Sherry** 34:3
**shore** 154:11
**short** 120:1
**shortage** 131:12
**Shortly** 65:10 72:9
**show** 6:10 26:11 54:2
82:14 83:7 96:15
109:17 113:22 124:3
147:4 172:7 177:20
177:21 178:22 181:8
181:14,23 186:7,15
188:17 189:1 192:15
**showed** 82:11,12
160:15
**shown** 124:14
**shows** 99:4 125:1
**shredded** 159:7
**SIA** 121:18
**siblings** 15:22 16:23
**sick** 144:22 150:18
**sign** 77:23 142:15
**signature** 5:1 113:1
114:9
**signed** 113:4 114:7
202:4
**signing** 205:7
**Sikes** 130:11,12 131:5
131:22 132:6,14
195:9
**silly** 160:2
**similar** 11:17 25:13

46:17 130:12
**Simmons** 188:21
**simply** 19:11 23:17
46:20 57:20 60:8
194:14 195:14
**since** 23:13 37:12 59:2
59:3 64:19 108:20
126:22 161:4 174:7
**single** 22:6 124:6,11
179:21
**Sipial** 75:20 76:6
**sir** 62:19 84:11 87:18
99:2 107:5 113:17
137:22 138:3 163:2
**sisters** 16:17 17:2,3
**sit** 83:16 84:21 91:3
187:15 188:1
**site** 31:9 45:9 92:15
143:1 199:12
**sites** 70:20 172:17
**sitting** 55:6 86:2,5
108:4 128:21,23
**situation** 79:1 85:11
93:23 121:12 149:22
156:17
**situations** 11:17 58:22
93:19 136:4
**six** 8:3 42:7 43:6
110:23 191:8,13
**sixth** 111:7
**skill** 105:14
**skills** 185:17
**Smith** 158:17
**social** 126:14,15
**solicited** 68:3 77:17
**some** 6:6,6,16 14:14,14
19:16 20:10 23:4,22
23:23 24:12,15 29:2
31:12 38:6,6 39:22
40:14,22 41:3 46:6
46:17,23 47:17,18
49:10,21 50:4 51:10
51:16 55:22 56:10
57:16 61:9,23,23
65:20,20 69:16 71:11
73:17 76:23 77:12
80:4 81:16 87:21
92:4 95:23,23 97:4,4
97:7,8 98:20,22
103:16,20,23 119:3
120:13 121:13,13
124:20 128:18
136:13,14 141:18
148:19 149:17 150:2
152:2 160:3,21 161:3
163:18 164:11,23
166:10 171:21 182:1

188:6 196:1 200:12
  202:11
somebody 21:18 22:12
  26:15 33:23 46:6
  96:5 122:19 136:17
  164:7
someone 12:8,9 25:1
  39:1 58:2 66:9 77:22
  78:5,22 87:13 119:11
  131:19 186:15
  194:14
something 6:2 12:23
  21:7,19 22:13 23:8
  24:11 32:3,3 41:13
  49:15 56:5 63:7
  66:17 73:6 75:22,23
  78:15,17 79:23 83:2
  99:9 100:6 111:19,21
  117:13 120:6 127:19
  149:3 156:2,5,13
  157:2 166:10 175:10
Sometime 68:2
sometimes 54:23,23
  86:20
somewhat 60:19 97:20
  201:21
somewhere 147:10
sons 18:12
Sonya 184:20 185:2
  190:13
Sophia 199:21
sorry 29:22 68:7
  109:11 165:19 166:3
  170:3
sought 66:18 103:6
sounds 141:12 155:2
  174:3
source 65:22 73:17
sources 68:21
south 1:19 2:11 15:5
  18:6
Southlawn 3:4 79:7
  80:5 83:10 85:11
  87:17 89:3,17,22
  92:12 96:7 97:22
  98:3 190:19,21
  193:12 196:21
so-and-so 61:5 106:22
SP 128:16
SPE 128:16
speak 5:7 36:12 151:21
  181:2 204:3
speaking 13:2
SPEARS 1:9 204:13
special 123:7,22 124:6
  124:15,17 126:22
  127:2,6 128:10,16,18

128:19 129:3,6,12,16
  129:23 130:16,19
  131:1,8,12 132:9,16
  146:2 149:21 157:15
  176:3,7 191:8,20
  194:13 200:16,19
specialist 7:3 27:12
  79:12,14 134:19
  175:2,4,8,14 177:7
  181:9 185:5,7 186:8
  187:15 188:18
specialists 30:5,6 33:17
  33:20 79:17 141:17
  188:20,20
specific 59:5 74:18
  88:21 134:2 188:3
specifically 8:23 12:18
  37:15 62:20 70:21
  81:3 82:14 85:2,8
  88:21 125:13 143:16
  180:22 182:21 191:6
specificities 29:3
specifics 59:11 74:8
  82:6 85:17 88:1
SPED 128:17
spent 7:13
spilled 135:19
spoke 75:17 95:1 148:2
  142:8
spoken 83:4
sponsored 65:11,15
spouse 18:15,16 142:8
  142:8
spouse's 15:17 18:14
spring 147:10,11
  151:16,19 182:7
Spud 202:19
stack 182:15
staff 46:9 147:23 148:2
  148:5 153:17
stage 129:13
stages 33:6
standard 38:17 39:18
  84:22
standardized 36:19
standpoint 30:1 78:9
  91:17 105:2
Starks 132:22 133:1,5
start 25:19,23 29:14
  30:15 68:1,10 69:13
  90:19
started 29:17 56:19
  68:14 69:16 131:15
  149:4 151:1 197:16
starting 146:7 179:12
starts 25:16
state 1:18 4:8 5:11 6:22
  7:2 8:20 9:8 32:14

120:14 121:10
  124:21 127:18 128:3
  128:7 135:17 136:11
  137:6,13 146:16
  199:8 203:20,23
  205:19
statement 106:13
  166:12
statements 81:12 83:20
STATES 1:1
status 156:20
Statute 4:14,20
stay 52:18 110:21
step 3:8 109:21 110:1
  111:2,4 113:6 125:2
stick 9:18
sticking 171:22
still 15:13 16:15 21:11
  36:9,21 41:14 47:16
  47:20 50:21 58:10
  67:10 87:10 102:20
  103:1 112:4 117:3
  120:2 143:2 153:16
  156:23 157:6 161:6
  164:15 176:9 202:8
stint 150:17
stipulated 4:2,15,22
stipulation 1:16 4:1
Stokes 15:4 180:19
  189:23
stopped 123:5
storage 90:18,20
Street 1:20 2:7,11
strength 164:17
strengths 41:21
strictly 102:9
strike 12:20 53:12
stronger 50:5
strongest 44:22 48:6
  49:21
strongly 60:16,23
  61:14
structure 162:14
struggling 105:3
student 81:12 82:12,13
  82:15 181:9 189:3
students 31:8,8,18,21
  32:2 92:20 105:1,2,6
  105:18 112:13
  157:14 197:6 201:22
stuff 159:21 160:8
  182:1
subject 6:13 9:7 18:19
  45:8
subjectivity 188:6
submission 143:20
submit 28:5 33:19

55:19 56:4 61:13
  87:5 100:17,20
  110:11 127:16,19
submittance 144:3
submitted 40:7 41:18
  50:18 52:2,6 127:17
  139:9 145:14 178:11
subordinates 72:3
subsequent 33:14
  77:16 130:22 132:5
  149:13,18
subsequently 111:7
  123:20,20
substitutable 124:22
substitute 22:3
successful 44:11 47:3
  172:9 175:10 195:23
successfully 97:12
sued 9:10 10:3 13:3,7
  13:12 194:6,10,14
sufficed 94:4
suit 9:23 10:1 11:10
  14:7
summary 80:13
summer 29:18 30:20
  34:16,17,18,21,23
  35:3,3,9,14,16,18
  62:10 67:19 70:3
  71:14,17,21 73:3,4
  88:12,16 89:3 92:6
  103:8,17 116:23
  117:17 118:11,16
  120:8,9,11,14 122:8
  122:8 125:9 131:13
  135:12,13,16,22
  136:13,19 137:5,17
  151:22 152:10 154:2
  159:9 167:7 172:18
  173:23 198:21,22
  199:4,19 200:10
  202:20,22
sundry 15:8
superintendent 1:11
  8:11 13:19,20,23
  14:9,16 19:1,1 25:1,2
  25:20,22 26:2,7,19
  27:12 28:6,7 30:13
  33:2 45:4,21 47:23
  48:4,12,13,17 49:3,7
  50:15 54:20 55:6,12
  55:13,14,21 56:18
  57:2 58:11 59:9
  60:14,15,16,22 61:12
  61:15,19,21 62:8
  72:8,8 79:14 81:14
  82:20 85:5,10,18,21
  86:7 87:6 89:11,11

91:12 92:5,8 98:11
  107:3,7,21 108:4
  143:20 144:1 147:13
  147:21 150:8 156:2
  158:3 159:4 162:12
  162:13,16,21 163:6
  163:11 169:9,14,16
  169:17 171:4,5
  178:11,21 197:8
  203:3 204:18
superintendents 25:3
  30:8 86:11 88:2
supervised 121:3,5
  135:16
supervision 9:6 47:8
  175:12 197:23
supervisor 19:13
supervisors 27:9 28:15
  145:10
supervisory 187:14
  198:1
supplanting 68:17 69:7
  69:11
supplemental 69:1
  70:2 104:1 137:5
supply/demand 149:22
support 79:18 151:10
supportive 81:1
supposed 86:15 105:11
suppositious 106:13
sure 26:3 29:2 35:19
  36:8,14,22 37:3
  52:13,14,17 82:23
  86:8 87:4,11 91:20
  96:12 98:9 99:12
  102:22 119:21
  120:23 124:17 136:7
  142:12 150:13 157:1
  170:22 176:18
  181:19,21 183:11,19
  188:1
surely 149:3
surface 187:4
surprise 53:20
Susan 181:12
suspect 20:15
suspend 96:6
suspension 78:19 83:3
suspicion 125:3
suzie 181:20
sworn 5:7 204:3
system 12:13 23:1 25:8
  26:14,22 28:17 35:7
  37:4 64:8 77:9,14
  80:1 98:21 105:20
  119:16,17 125:5
  130:7,9 134:9 146:8

154:23 155:23
197:21
system's 24:19
system-level 178:4
system-wide 32:23
33:7,11,15 187:18
188:18
S-C-H-W-E-E-R-S
10:21

**T**

T 183:15 192:5,9
take 5:19 36:4 39:10
47:20 55:1 57:16
58:11,12,13 61:11
71:2 81:19 86:1 88:3
96:3 97:20 110:13
115:19 119:11
120:20,22 128:14
144:22 145:21
153:22 161:15 163:5
181:3 186:23 188:10
199:18,19
taken 1:15 4:4,6 78:3
85:20 104:7 124:1,5
124:15 129:3 163:8
takes 154:21
taking 3:2 89:9 93:1
119:18
talent 75:1 102:1
talk 47:19 62:11,23
63:18 93:14 102:2,6
123:14,23 132:14,18
157:10,22
talked 49:14,17,18 63:2
86:9 91:12,14,16
92:20,22 118:2
121:23 132:17 143:7
151:23 158:1 161:17
161:19 162:11 171:1
171:3 177:20 195:23
talking 16:5 56:19 63:5
118:10 157:5
talks 168:8,16
Tamara 180:20 190:1
Tammy 18:16
tampering 75:4 102:4
169:13
tangent 106:16 107:1
Tara 180:14
taught 43:6,23 44:2
45:8
teach 124:10,12,13,17
127:6
teacher 7:10,19,22
10:10,15 43:8,9 44:1
92:14 100:11 103:11

105:21 109:22
111:11 112:1,3,5,16
112:18,19,20,21
113:11,15 132:11,11
133:12 149:21 150:1
163:4 165:13 176:8
191:15 196:21
teachers 22:3 31:13,16
31:23 105:10,12,18
120:17 125:10
131:13 136:14 149:7
150:4 153:7 173:15
176:4 181:15 191:8
191:11 197:21
200:17
teacher's 78:13
teacher-tutors 32:1
teacher/tutor 66:13,16
67:2,3,6,10 70:15,20
71:23 74:2 102:14,18
103:4,10,15 104:9,12
104:23 108:22
111:10 112:4,7,8,18
113:10,12,14,18,19
139:16 185:17 202:4
teacher/tutors 105:4,6
teaching 7:18 9:1 58:14
58:14,20 89:14 99:9
100:6 105:15 115:5
125:16,19,23 126:4
132:14 146:6 149:19
158:19 175:11
team 44:22 48:6
technical 113:12
technically 16:23 21:21
112:5
technology 177:2,8
tell 6:17 7:9 25:13
26:11 40:20 42:22
52:21 61:6,18,23
63:21 74:9 86:17
92:11 94:5 104:10
105:23 106:3 118:3
126:5 137:20 159:20
159:22 161:17
163:13 164:4,5,5,5
172:12 173:11,17
174:9,10,12,19 195:9
199:14 200:20
telling 75:11,14 86:5
117:7,10 134:23
146:23
tells 71:1
temporary 150:17
ten 45:13 65:7,19,21
66:1 67:14
tendency 23:18

tenth 198:6
tenured 148:5 150:4,6
ten-month 65:1,8,14
67:13,14,15,22 70:1
100:19 101:1 104:2
104:17 201:11
Teresa 33:5,12 72:6,12
72:13,16,18 73:14,15
134:11,12,13
term 190:6
terminated 47:12
termination 81:17
terms 9:19 38:10 47:2
57:21 88:2 105:9
106:17 108:19
123:10 136:11
163:10
Terrell 181:12
territory 9:21
test 45:1
tested 31:23
testified 5:8 145:19
147:13 193:11 196:7
testify 6:11
testimony 27:3 32:16
44:8 60:11 122:6
165:4 186:12 198:21
tests 188:11
their 1:9 18:1,14 20:17
20:21 22:13 23:20
28:6 41:21 45:1 56:5
56:13 57:8,11,17
77:13 93:12 99:20
104:4 105:14 110:10
110:13 116:9,12
119:13 124:10 125:7
138:10 148:6 160:7
160:10 167:15,20
168:5 172:10 177:22
187:7 195:2 200:3,4
200:7 204:14
Thelma 120:16 121:4,9
135:17 182:9 190:8
themself 111:21
themselves 57:18,22
105:13
thereof 205:11
Theron 15:4
thing 32:1 38:19 40:8
70:4 105:15 164:14
187:6 201:9
things 29:8 42:16 55:7
76:19 82:22 96:7
122:11 139:7 142:11
142:14 157:16
160:23 161:22
think 6:3,4 10:4 11:23

12:5,6 20:11 22:14
22:18 43:14 47:11
48:19 58:22 60:2,3,5
63:10 64:20 73:4
83:16 88:17,17 90:9
94:3,20 95:11 97:11
97:15 115:20 126:3
130:13,21 131:3,8
132:3 135:8 139:2,11
144:4,8 148:21
152:12 155:2,8,9
156:8,16 157:1,21
160:9 162:22 168:2
171:19 177:20 178:9
184:18 190:20
199:20 200:18
202:23
thinking 159:23
thinks 106:4
third 27:22 72:21 83:4
170:20 196:22
Thomas 185:8
Thompson 93:10,13
96:19,20
though 61:2 69:13
71:16 99:16 111:16
152:7 157:3
thought 84:19 146:11
146:12 153:7 156:11
156:12,13 161:2
173:21 199:9,17
three 8:8 12:21 27:22
28:5,11 42:14 44:15
44:15 48:2,22 50:10
52:8 58:17 59:7,12
59:17,23 60:4,12,13
60:20 61:12 65:4
110:1,22 133:6,9
142:6 148:11 175:10
177:23 188:23 198:6
201:7
three-second 82:16
three-year 110:21
through 23:9 25:12
30:21 32:18 34:5
35:15,16 42:7 43:6
47:8,9 48:14 51:2,2
59:1 65:16 71:22
72:3 79:21 89:7,8,9
95:19 97:13 127:15
127:16 141:16 167:8
179:13,23 182:15
185:15 189:14 191:8
191:14 195:21 196:1
198:4,9 199:10
throughout 11:15
54:10 68:5 75:8

152:16 172:17
182:19
thumb 128:12
tie 150:2
tiers 29:6 59:3 65:5
Tim 158:17
time 4:11,12 7:22 13:19
34:12 42:23 43:2
44:5,6,7 51:1,19 52:9
52:11 55:9 57:23
58:4,16 61:6 62:7
64:19 68:14 72:1
75:9 76:9,23 82:1
83:4 85:14 88:4
91:10 92:16 98:12
101:11,12 108:5
115:21 120:2 121:4
121:20 124:8,9 130:3
130:5,8,21 131:11
136:18 137:3,11,12
138:18,20 153:6
155:11,20 157:11
161:20 162:3 163:9
163:23 164:10
167:23 184:13
timely 110:17 116:14
116:15 126:20 128:1
times 55:3 63:3 159:8
timing 71:12,12 126:10
134:5
Tina 80:8,17 81:1,7
82:2 83:22 86:23
87:3 88:11 89:17
193:12,17,20,22
tip 11:22
Title 11:5 65:16,17
66:14 68:9,12,15,16
68:18,22 69:3,4,10
69:12,14,21,22,23
70:2,19,20 73:19
153:12,19 177:9
185:12,17 188:18
189:9 190:18 201:14
201:19,20,23
today 30:20 83:16
84:21 86:2,10 104:14
153:22 196:1,7
198:19
Todd 177:12
together 5:21 44:22
57:1 75:19 76:3
154:14 173:18
told 25:14 41:9 49:20
61:20,23 63:10 66:21
66:23 67:8 72:5
97:23 98:3 101:20
102:12,18,22 103:1

104:21 114:21
116:17,18 122:21
123:10,14 124:7,9
130:23 131:7 132:8
137:23 140:9 145:18
146:18 149:21
161:23 163:12,13,15
163:17 164:8,13,16
169:19 171:11 200:1
200:6
**Toleston** 34:2 185:8
**Tom** 34:2
**TOMMIE** 1:8 204:11
**Tonya** 2:5
**top** 27:18,22 28:5,11
39:9 40:16 41:14
42:15 51:20 52:3
59:17 60:12,13,20
61:12 111:17 177:23
**total** 45:12 57:13
**totaling** 97:17
**totally** 91:7 141:23
161:21 162:4 194:3
**touch** 19:15,17 36:11
38:2 39:11 40:5 41:3
41:6 50:4 101:21
102:5
**touching** 37:8
**toward** 107:8
**town** 130:14
**trail** 178:6
**trained** 65:9
**training** 43:12 70:4
103:17 104:7 187:10
187:20 188:4
**transcript** 124:6,16
128:15 129:10 205:5
**transcripts** 124:10
**transfer** 135:2,7
**transferred** 8:7 183:23
184:16
**transient** 201:22
**transition** 115:7
**transpire** 148:1
**transpired** 83:2
**treated** 113:11
**treatment** 11:13
**trial** 4:18
**tried** 120:20 140:22
164:22
**trigger** 24:5
**trip** 144:22
**trouble** 24:1
**truck** 107:5
**true** 81:4,16 96:2,9
135:4,6 153:10 162:8
205:5

**truth** 5:7,7,8 74:9
204:3,4,4
**try** 31:10 46:9 62:1
97:20 105:8 106:23
171:18 186:1 187:13
187:15,21 191:11
201:2
**trying** 47:2 48:5 120:21
172:5 181:3 194:19
**TS** 135:13 182:11,14
182:21 190:9
**turned** 140:6 171:6
**Turner** 181:19,22
**turnip** 107:5
**tutor** 31:4 43:16
109:16 111:23 112:6
112:15,17,19 113:11
113:13,13
**tutors** 30:21,23 31:7
32:5
**twelve** 47:8,9 191:14
**twelve-month** 135:9
**twice** 50:15
**two** 7:13 8:6 20:2 25:3
33:7 41:18 44:9,12
47:21 49:5 50:18,23
51:5 52:10,12 53:14
56:4 59:2 68:20 69:3
69:6,9 77:3 92:11,13
93:19 97:1 113:7
131:8 137:7 147:3
149:7 152:3 162:6
170:1 173:6 191:20
191:22 197:4 198:5
200:19
**two-system** 186:8
**type** 24:12 31:23 46:21
46:23 66:14 70:4
80:11 85:15 92:1
100:18 103:3,23
119:7 128:18 157:15
163:6 187:6,20 194:1
198:14
**types** 91:19 119:4
**typically** 202:12

**U**

**Uh-huh** 11:8 62:14
146:4 177:13 187:2
**ultimate** 106:9
**ultimately** 41:19
129:18 133:19 137:8
137:15 149:9 150:15
183:23 184:16
**unannounced** 96:1
**unbeknownst** 91:8
**uncertain** 123:10

**uncles** 16:2 17:1
**uncommon** 58:5 61:3
145:9,15 154:17
**under** 25:3 92:16
101:20 136:4 147:1
156:22,23 157:1,6
176:9 202:12
**undergone** 187:19
**understand** 28:4 44:10
60:2 71:4 171:18
172:5 177:18 198:20
201:10
**understanding** 51:9
103:20 197:12
**undertake** 203:5
**undertaken** 194:16
**unequivocally** 109:12
151:9 152:6 153:21
**unfair** 197:18
**unfilled** 185:13
**unfounded** 162:4
**uninformed** 157:3
**unitary** 156:20,21
**UNITED** 1:1
**units** 65:23
**University** 6:22 7:2,6,8
8:17,20
**unknown** 78:3
**unless** 11:2 28:18 76:21
93:3 111:19 135:8
174:19
**unprofessional** 162:2
**unquote** 72:7
**unresolved** 161:6
**unsolicited** 79:8
**until** 7:22 30:20 44:6
91:5 110:22,23
114:19 121:7,11
125:1 135:21 163:21
198:23
**untrue** 81:5
**unusual** 157:14 185:21
**upper** 41:4 49:12
**use** 29:10 69:4 168:17
168:17
**used** 4:13,19 28:22
32:7 40:2 73:9
150:19 168:13
**uses** 18:17
**using** 29:14 69:13,14
199:11
**Usually** 186:16
**U.S** 7:15 204:22

**V**

**v** 156:22 157:12,13
**vacancies** 131:8 167:11

167:17
**vacancy** 100:13 130:16
158:16
**vacant** 152:16 168:5
201:1
**vacations** 142:12
**vague** 78:9 170:6
**valid** 78:13
**validity** 19:6 26:8,8,10
26:11
**VAN** 2:6
**Vann** 133:16,18 134:16
134:21 186:11,12
**Vann's** 135:1
**various** 11:14 15:8
16:9 24:2 55:7 59:21
64:4,5 68:12 70:20
71:6,18 76:9 79:18
126:6 161:1 165:9
172:16 178:23 179:3
189:10 191:11
**vast** 189:12,14 201:22
**Vegas** 93:12
**venting** 171:17
**venture** 154:8 198:10
**Vera** 93:10.
**verification** 78:12
**vernacular** 8:1
**versus** 168:17
**very** 20:10 23:14 28:7
29:3,5 40:12 45:23
46:1 57:15 61:9
69:22 73:3 87:2
103:5 115:11 117:17
126:13 137:2 150:20
150:20 153:1,20
154:11 159:6,14
160:18 187:17,21
**viable** 123:9,12
**VICKIE** 1:7 204:10
**Vicky** 15:18
**videotape** 82:11 90:10
90:12,16
**viewed** 90:9
**VII** 11:5
**violate** 21:4 78:4,22
**violated** 20:10
**violation** 20:20 21:9
24:3 69:7 79:3
**Virginia** 180:13
**visit** 151:20
**visited** 147:21
**vote** 199:3
**Vs** 1:6 204:8

**W**

**wait** 117:5,11,11,12

**waiting** 11:7
**waive** 10:23
**waived** 4:17 5:2 205:8
**waiving** 4:20
**Walker** 15:18
**walking-around**
142:15
**wall** 82:15
**want** 37:20 38:11 41:10
41:14 44:4 48:23
50:21 56:2 60:6 61:3
61:5,7 83:22 87:7
96:3 106:16,22
107:11 129:19
130:13 145:12 155:9
161:15 171:18
173:12 178:19 193:2
**wanted** 38:23 44:21
51:15 62:2 68:18
79:22 85:1 88:19
122:23 131:5 132:23
133:2 164:3,15,18
196:12 199:14
**wanting** 89:18 158:8
168:22
**wants** 42:23 43:2 47:20
49:6 60:7 139:7
170:9
**Ware** 17:7
**warned** 197:19
**warning** 93:22 95:3
96:6
**Washington** 17:7,8
179:11,17 180:12
183:16 192:5,9
**wasn't** 35:6 42:23 55:8
189:4
**watched** 82:10
**way** 16:7 23:4 24:23
26:23 50:13 85:3
103:6 116:1 124:16
129:9 145:8,17
148:16 172:9 196:2
**ways** 56:4
**weaknesses** 41:22
**web** 143:1
**well** 7:11 9:5,14 10:4
10:11 12:19 22:1
28:3,7,8,22 29:3,5
35:6,15 37:16 38:1,6
39:8,12 40:14 42:18
44:17 45:3 46:1,3
49:10 50:1,23 53:12
57:9,15 60:2,11,16
60:22 61:9 64:3 67:5
67:14 69:12,22 71:19
85:19 87:2,6 91:16

92:14 96:8 97:2
100:15 104:15
108:13,14 117:11
126:13 127:22
138:20 139:13
141:20 142:18
145:14 150:23 153:1
153:20 154:11
155:14 159:14
165:11 187:13,17
**went** 35:16 47:22 50:14
  50:17,19 51:1 66:19
  85:3 102:2,5 111:6
  118:8 156:8 171:3,5
  177:22 178:2 183:3,5
  183:6 185:13 196:1
**were** 11:23 12:7,14,22
  13:17 16:22,23 17:2
  21:19 30:9,10,23
  31:7,8,12 32:22 33:7
  33:15 34:3,11 36:14
  36:16,18,18 38:21
  39:5,18 40:4,5 41:1,4
  42:14 44:8 45:1 48:2
  48:16 49:12 51:19,20
  51:22 52:6,8 53:17
  59:7,10,11,17 64:6
  65:6,8,13,14,15,15
  65:17,20,20,21 66:1
  66:7 67:13,15 68:2
  68:11,12 72:2 73:10
  73:10,23 75:11 76:11
  76:12,15,19,21,23
  78:10 80:4 82:17,18
  83:19 85:15,20 90:23
  92:11 93:19 94:14
  96:23 97:4,4,8,8,17
  98:14 102:10 103:17
  103:22 104:2 105:1,2
  105:4,10,11 108:17
  108:22 115:15,22
  116:6,13,14 117:20
  120:9,16,17 121:2,16
  129:5 131:10 133:15
  134:10,11,17 136:8
  136:13,15 138:22,22
  138:23 139:14
  141:19 142:23
  143:17 148:6,7,11,11
  150:4 152:2,10,12,15
  152:16 153:17
  160:21 161:1,21
  162:13 163:1 164:10
  165:18 169:22
  177:23 178:2,4
  179:19 181:19 183:2
  186:10 188:23 189:6

189:7,15,16 191:20
191:21 192:23 193:9
194:19 196:19
199:11,12,13 200:12
200:18,22,23 201:3
202:19
**weren't** 12:14
**we're** 5:18 37:13
  111:20 126:23 128:2
  142:12 157:1 176:9
  186:19 195:20
**we've** 50:9 57:11 70:16
  81:16 86:9 90:3
  98:19 121:23 151:23
  195:22
**while** 21:19 26:21
  125:23 174:1
**white** 43:4 133:22
  173:8 175:23 176:1
  177:14,15 181:13,20
  183:7,12 184:1
  186:12 188:21,22
  190:20 191:5 200:7
**whole** 5:7 179:8,18
  204:4
**wife** 16:7
**wife's** 16:11
**Wilbanks** 1:16 4:6
  203:22 205:18
**William** 2:5
**Williams** 16:12,12
**Wilson** 184:14
**wimped** 145:16
**Winborne** 163:12,15
  164:3,4,8
**Winston** 180:20
**wisdom** 45:22
**withdraws** 23:20
**witness** 4:23 5:1,6 68:8
  72:18 83:20 205:6
**woman** 137:21 138:2,8
  200:2
**women** 169:20
**Woody** 184:17
**word** 23:10,23 24:5
  71:2 110:14 200:10
**words** 102:10,10
**work** 7:9 31:9 80:1
  103:21 105:7,13
  112:9,13 125:23
  129:5,6 136:7 146:7
  169:22 170:1 189:19
  194:18
**worked** 7:10 8:13,16
  31:13,15,22 32:1
  42:6 43:10,16 44:3
  53:13,14 154:4,23

197:10
**working** 77:17 78:20
  104:23
**works** 15:20 114:11
**workshop-type** 140:2
**worth** 39:10 116:23
**wouldn't** 71:16,18
  112:15
**wow** 146:12
**write** 23:10
**writing** 21:13 23:21
  54:22,23 55:15
  111:16 148:16
  168:16
**written** 23:13,15 64:12
  79:3,7 93:22 94:3,19
  94:20 95:2 96:5,5
  144:19,23 178:14
**wrote** 174:5
**W-A-R-E** 17:7

**X**

X 154:18

**Y**

**yea** 159:2
**yeah** 6:1 36:3 47:13
  48:20 56:17 69:20
  71:21 72:18 81:20
  87:4 112:4 113:12
  144:7 156:11 157:20
  159:12 161:12 166:7
  177:5 179:14,18
  180:3 192:18
**year** 35:10 40:14 42:4
  45:2 46:18 59:4
  65:10,11 67:20,21
  68:2,6,7 71:15 83:23
  84:12,13,16 86:15
  87:9 89:21 90:19
  93:7 95:21 103:5
  104:4,5 110:22,23
  111:5,7 114:17 115:8
  115:8,13,14 116:9,19
  116:21 117:16 120:6
  120:7 126:4,18
  131:14,14 138:15
  149:4,4,13 151:1
  153:8,13,14 154:3,16
  154:20 155:7,9,10,13
  156:19 167:23 182:4
  191:11,18 196:23
  197:10,10,17 198:9
  199:1,4
**years** 7:13 8:4,6,9 10:6
  12:12 18:2,4 23:13
  42:9 43:23 44:6

53:15 83:5 96:18
  111:3,4 138:12
  154:10 170:1 175:10
  198:6
**yesterday** 178:18
**young** 121:3 151:11
**younger** 10:18
**y'all** 21:1,3 36:21 46:11
  47:11,12 70:17 77:3
  91:14 112:1,3 114:15
  136:2 157:10 164:23
  166:9 173:21 186:22
  191:16 194:6 195:5
**y'all's** 20:3 173:19

**0**

03 29:18 30:17,20
  34:17 67:19,20 68:8
  69:18 73:3,4,4 74:11
04 34:17,17,18,21,23
  35:2,10,12 62:9,10
  62:10 67:20,20 68:8
  137:20 138:12,14
05 34:18,19,22,23 35:3
  35:3,10,16,18 138:12
  138:14 147:10,11,11
  168:2

**1**

1 177:6 187:3
**1:10** 1:21
**10** 3:6 109:4,14 181:10
**10/13/03** 109:13
**100** 64:18 82:21 84:20
**109** 3:7,8
**11** 3:8 109:17,19
**11/13** 109:13
**11/13/03** 109:8
**11/5/2004** 143:12
**113** 3:9
**12** 3:9 113:20,22
**13** 3:10 143:4
**1319** 173:2 174:16
**1323** 175:1
**1329** 177:1
**1340** 178:22
**1344** 179:12,23
**1362** 179:13 180:1
**1363** 180:21
**1367** 181:8
**1371** 181:14
**1374** 181:23
**1378** 182:15
**14** 3:12 143:13 182:23
**143** 3:11,12
**1446** 182:16
**1447** 182:16

1448 185:4
1450 185:10
1452 185:16
1454 186:7,8
1469 188:17
1475 189:1
1476 189:8
1492 190:3
1494 190:7
1496 190:17
1499 191:7
15 3:13 44:6 59:13
  166:19,21,22 181:17
**15-year** 42:2
1501 191:23
1506 176:2
1508 172:8
1509 172:12
16 3:15 172:1,3
**16-A** 174:14,23
**16-B** 174:14 177:11
**16-C** 179:2 181:6
**16-D** 181:11
**16-E** 181:17
**16-F** 181:18
**16-G** 182:22
**16-H** 175:5 185:7
**16-J** 185:18
**16-K** 186:10
**16-L** 188:19
**16-M** 189:4
**16-N** 189:10
**16-O** 182:11,13 190:10
**16-P** 190:15,16
166 3:14
172 3:15
18 127:2,4 141:10
  153:12 173:5 178:23
182 104:5,6
**182-day** 103:11 113:15
19 15:6 17:22 153:13
193 2:18
1950 6:18
1972 6:22
1974 7:18,20
1976 6:23
1980 7:6
1987 7:8,22
1993 8:4
1995 8:7
1998 8:9

**2**

2 187:3
**2s** 97:4,4,6,8
**2:05-CV-0495** 1:6
  205:2

**20** 97:10 155:1 198:7
**200** 152:11 154:1
**2002** 196:20
**2003** 32:19 70:13 101:9
   101:12 173:5 177:3,5
   177:7 178:23 181:10
   181:17 197:16
**2003-2004** 114:16,20
**2004** 115:5 118:11
   122:9 143:10,11
   175:4,4 182:7,8
   183:1 185:5,6 186:9
   188:19 189:17
**2004-2005** 182:4 190:6
**2005** 63:6,19 125:9
   146:2 151:16,19,22
   160:16 166:7 172:15
   172:18 176:3 200:10
   202:20
**2006** 1:21 205:3,12
**202** 2:18
**204** 205:4
**21** 97:11,19 143:10,11
**22** 63:6,19 160:16
   166:7
**23** 1:21 97:18 205:3
**25** 182:8 186:9 188:19
**250** 2:7 152:11 159:8
**27** 18:4
**28** 6:18

---
**3**
---

**3** 111:2,4 187:3
**3rd** 205:12
**3s** 97:4,6,8
**30** 198:4
**30(b)(6)** 5:17,20
**33** 18:2
**36104** 2:7,11

---
**4**
---

**4** 110:5 175:3,4 185:5,6
   187:3
**4200** 22:2
**425** 1:19 2:11

---
**5**
---

**5** 2:17 110:4 160:16
   162:10 170:23
   171:14
**5th** 141:11
**5,000** 22:2
**5/13/04** 114:3
**5/13/05** 3:9
**5:50** 203:14
**50** 154:7,19 198:4
**53** 126:5

**54** 3:3
**55-minute** 95:14

---
**6**
---

**6** 3:2,2 5:17 6:8,10

---
**7**
---

**7** 3:3 53:23 54:2 182:16
**7/8/05** 168:1
**78** 7:4

---
**8**
---

**8** 3:4 83:8,11 90:2,11
   168:1
**80s** 42:3,3 44:4
**83** 3:4
**87** 44:5

---
**9**
---

**9** 3:5 96:13,16 172:15
**9/21/04** 3:12
**96** 3:5