# EXHIBIT

# I

# Melvin Alonza Lowe, III, Ed.S.

9536 Colleton Place
Montgomery, Alabama 36117
334-274-9065 home
334-274-9082 fax
DrMALIII@aol.com or Melvin.A.Lowe@mps.k12.al.us

August 3rd 2004

I am asking for assistance in the investigation of the following: **Racial-Gender Discrimination, Defamation of Character, and Discriminatory Hiring Practices.**

I am: Melvin Alonza Lowe, III, Ed.S. – Employed w/ Montgomery County Public School System. I have (6) years of experience in education. I am 31 years of age. My DOB is 5/13/73. I am a U.S. Citizen, (Afro-American). (Please note my curriculum vita for further explanations per my professional credentials).

1. **August 31st 2003**, I applied for the: Administrative Assistant(s) positions at Crump Elementary and Brewbaker Junior High School. I never received an interview; position(s) have been filled.
2. **September 1st 2003**, I applied for the: Educational Specialist, Educational Technology Professional Development Program Coordinator, and Title I School wide Instructional Assistant position(s). I never received an interview; position(s) have been filled.
3. **September 1st 2003**, I applied for the: Administrative Assistant position at Robert E. Lee High School. I never received an interview, position has been filled.
4. **September 17th 2003**, I applied for the: Educational Specialist position in the Office of Student and Community Services. I didn't received an interview, position filled. Susan Terrell received position.
5. **September 17th 2003**, I applied for the: Teacher position – Brewbaker Intermediate School. I was interviewed, but didn't receive the position. (Negative verbal feedback from the administrator during interview).
6. **September 17th 2003**, I applied for the: Teacher position – McKee Elementary School. I never received an interview, and the position was filled.
7. **June 30th 2003**, I submitted a letter of re-activation of my employment application for positions available within Montgomery County Public Schools. I never received an interview.
8. **(Clarity and explanation for the above):** At this particular time I accepted a teaching job in Bullock County about 40 miles outside of Montgomery. I was given a non-renewal notice in May of 2003, which was the ending of my third year of teaching with Montgomery County. Under the directions of my attorney – Julian McPhillips I applied for all of the above listed positions via certified mail. At the beginning of the school year 2003-2004 I returned to Bullock County. In October of 2004 I was interviewed for a

AEA/Lowe 00050

Reading Coach position in Montgomery County at Daisy Lawrence Elementary Alternative School – Dr. James C. Owens, Ph.D. is the administrator. The school board at the rate of pay as a tutor-teacher hired me however; I was assigned and performed reading coach duties. The salary matrix for reading coaches is greater than that of a teacher and tutor-teacher.

9. May 14th 2004, I applied for any and all: Administrative Positions (Asst. Principal, Adm. Assistant, etc) position(s) that were available. I never received an interview.
10. June 4th 2004, I applied for the position: Educational Specialist – Office of Curriculum & Instruction. I was never interviewed; two women filled position(s).
11. June 10th 2004, I applied for the position: Title I Educational Specialist (Professional Development). I never received an interview; a woman filled position.
12. June 11th 2004, I applied for the position: Title I Program Evaluator. I never received an interview, position hasn't been filled.
13. June 24th 2004, I applied for the position: Title I Teacher Tutor (Skills Lab) Houston Hill Junior High School. I never received an interview, position has been filled.
14. June 25th 2004, I applied for the position: (2) System Reading Specialist – Office of Curriculum & Instruction. I received an interview; positions have been filled by (4) women.
15. June 25th 2004, I applied for the position: (3) System wide Math Specialist (Title I). I received an interview, positions have been filled.
16. July 25th 2004, I applied for the position: Title I Schoolwide Instructional Assistants at Various School Locations. I haven't received an interview.
17. July 21st 2004, I applied for the position: District Resource/Attendance Officer – Office of Student & Community Services. I haven't received an interview.
18. (Clarity and explanation for the above): On May 19th 2004, I was given a non-renewal notice from my position as Reading Coach at Daisy Lawrence Elementary Alternative School. When I questioned the notice and re-applied for re-hire, I was told by Mr. Jimmy Barker – Asst. Superintendent of Human Resources, Mrs. Lois Johnson – Asst. Superintendent of Student and Community Services, and Mr. Mike Looney – Asst. Superintendent of Curriculum and Instruction that my non-renewal notice was a mistake and that it wasn't approved by the board. Further that I would be placed within the school system. At that particular time I was assigned as the Lead Reading Coach for the Summer Reading Camp. At this time I began submitting the above listed notices for various positions within the school system.

At this particular time (August 2nd 2004) I have not received any assignment for employment. School starts in Montgomery County on August 11th and teachers report to their locations on August 4th. As of Saturday the 31st I was positioned with a demotion to accept a teaching position. I communicated to Mr. Jimmy Barker that I didn't understand why I should be demoted when my non-renewal notice was reseeded and the deadline for placement was June 30th for all certified personnel. Mr. Baker scheduled a meeting between the two of us for August 2nd @ 2:15p.m. to discuss a fair and equal compromise based upon positions that are still open and my areas of certifications. (Please see curriculum vita).

Within my complaint I am alleging racial and gender discrimination. The majority of the individuals who have filled the positions listed are either of the opposite race and gender in reference to me and or are not as qualified based on experience and certifications. Further, with the various job descriptions the persons hired did not meet the requirements and or the Office of Human Resources deviated from the qualifications listed to befit the person that was hired.

Please feel free to contact me at any of the above listed numbers and e-mail address(s). At this particular time I do not have an assignment for next year. I have referenced my complaint with the AEA Offices in Montgomery and a formal grievance will be filed on this morning. I have copies of all original communications in addition to all personnel reports and job announcements.

The following contact information is for your resources:

Dr. H. Clinton Carter – Superintendent
Montgomery Public Schools
334-223-6710 office
334-269-3076 fax
307 South Decatur Street
Montgomery, Alabama 36104
P.O. Box 1991
Montgomery, Alabama 36102-1991
Clinton.Carter@mps.k12.al.us

Mr. Mike Looney – Asst. Superintendent
Office Curriculum & Instruction
334-223-6830 office
334-269-3997 fax
307 South Decatur Street
Montgomery, Alabama 36104
P.O. Box 1991
Montgomery, Alabama 36102-1991
Mike.Looney@mps.k12.al.us

Mr. Jimmy Barker – Asst. Superintendent
Office of Human Resources
334-223-6730 office
334-269-6100 fax
307 South Decatur Street
Montgomery, Alabama 36104
P.O. Box 1991
Montgomery, Alabama 36102-1991
Jimmy.Barker@mps.k12.al.us

Mrs. Lois Johnson – Asst. Superintendent
Office of Student and Community Services
334-223-6850 office
334-269-3998 fax
307 South Decatur Street
Montgomery, Alabama 36104
P.O. Box 1991
Montgomery, Alabama 36102-1991
Lois.L.Johnson@mps.k12.al.us

Dr. James C. Owens, Ph.D. – Principal
Daisy Lawrence Elementary Alternative School
334-269-3653 office
334-241-5377 fax
2124 Beach Street
Montgomery, Alabama 36108
James.C.Owens@mps.k12.al.us

Mr. Tommie Miller – Chairman MPS School Board
827 John Brown Ave.
Montgomery, Alabama 36106
334-834-0015 office

Mrs. Vickie Jernigan – Vice Chairwoman MPS School Board
600 Mary Ann Drive
Montgomery, Alabama 36106
334-272-2018

Dr. Mark LaBranche
1760 Cairnbrook Drive
Montgomery, Alabama 36116
334-833-4575 office
334-260-9169 home

Mr. Herman L. Harris
4435 Woodcrest Drive
Montgomery, Alabama 36108-5051
334-284-3976 home

Mr. Dave Borden
P.O. Box 33
Montgomery, Alabama 36195
334-834-6640 office
334-584-9294 home

Mr. Henry A. Spears
2069 Wabash Street
Montgomery, Alabama 36108-4152
334-263-1221 home

Mrs. Margaret Carpenter
2345 Wildwood Drive
Montgomery, Alabama 36111
334-263-0641

AEA/Lowe 00053

Mr. Jerry Morris & Mrs. Ann Carol Sippal - UniService Directors
Montgomery County Education Association
434 South Decatur Street
Montgomery, Alabama 36104
334-263-2372 office
334-263-2351 fax


Thanks for your assistance in this matter.

Professionally yours,

Melvin Alonza Lowe, III, Ed.S.

Inserted file: 1

AEA/Lowe 00054

**Addendum – Complaint of Employment Discrimination.**

**Grievance Previously Filed:** 8/3/04

Within my initial complaint I might need to give clarification per my allegations against the Montgomery County Public School System. In my quest for equal and fair treatment within the law I have been challenged with: **Racial-Gender Discrimination, Defamation of Character, and Discriminatory Hiring Practices** on a continuous basis. Please add the following citations to my complaint, as they will assist you in your intervention procedures.

1. May of 1997 after completing my Degree in Elementary Education I was not given fair opportunity to interview for teaching positions based on the fact that I was the son of Dr. Mary H. Lowe a Montgomery Public School Administrator who in years past filed grievances on discriminatory basis.
2. These behaviors were practiced throughout my teaching career with MPS.
3. As I have tried to gain employment and or advancements in my career numerous principal have been discouraged from hiring me by Mrs. Carolyn Hick, a white woman – Director of Certified Personnel along with other that I am not aware of at this time. Please note the principals and department heads that I have interviewed with from May 1997- Present
   a. Mr. James Singleton – Davis Elementary – Not hired.
   b. Mrs. Lillian Sanders (Currently Principal at McKee Elementary) – Hayneville Elementary – Not hired.
   c. Mr. Vince Johnson (Currently Principal Goodwin Junior High) – Harrison Elementary – Not hired (I completed my elementary internship under his administration).
   d. Mrs. Teresa Goodson (Currently Principal MacMillian Elementary)– Fews Elementary – Not hired.

Melvin Alonza Lowe, III, Ed.S. Employee w/ Montgomery County Board of Education
9536 Colleton Place
Montgomery, Alabama 36117
334-274-9065 home
334-301-3102 business

AEA/Lowe 00055

  e. Dr. Joy Myrick (Currently Director of Special Education) – Student Support – Hired.

  f. Mr. Stan Cox (Currently Principal Hooper Academy) – Student Support – Hired.

  g. Mrs. Vera Thompson – Fitzpatrick Elementary – Hired.

  h. Mrs. Linda Sexton (Currently Educational Specialist, Office of Instructional Media) – Vaughn Road Elementary - Not hired.

  i. Mrs. Tina Minott – Southlawn Middle - Hired.

  j. Bullock County Board of Education – Offered Job(s) & Accepted.

   1 – Mr. Julius Thomas – Prinicipal

   2 – Mr. Keith Stewart – Superintendent

   3 – Mr. Lee A. Ballard – Asst. Superintendent

   4 – Mr. Saint T. Thomas – ( Retired - Superintendent that hired me)

   5 – Mrs. Octavia Miles (Retired – Director of Curriculum)

  k. Macon County Board of Education – Offered Job(s).

  l. Dallas County Board of Education – Offered Job(s).

  m. Selma City Board of Education – Offered Job(s).

  n. Lee County Board of Education – Offered Job(s).

  o. Autauga County Board of Education – Offered Job(s).

  p. Elmore County Board of Education – Offered Job(s).

  q. Tuskegee University – Offered Job(s).

4. In my quest to re-gain employment with Montgomery County after my non-renewal notice was given in May of 2003. Please note the following.

  a. Mr. Barker – Asst. Superintendent of Human Resources informed my mother that Dr. Carter – Superintendent stated: "I would only be a teacher in this school system" (Summer 2003).

  b. Mr. Barker informed my mother that Carolyn Hicks stated: "she mentioned my name to (7) principals with reference to employment and they all refused to hire me" (Summer – Fall 2003).

Melvin Alonza Lowe, III, Ed.S.  Employee w/ Montgomery County Board of Education
9536 Colleton Place
Montgomery, Alabama 36117
334-274-9065 home
334-301-3102 business

AEA/Lowe 00056

    c. Mrs. Lois Johnson – Asst. Superintendent Office of Student and Community Services stated to my mother: "the problem with my employment was that when people/administrators view Melvin they see Mary Lowe and they aren't favorable about hiring him at that point" (July 2004).

5. In addition to all of these type of statements I have been unable to get a clear reason per the deficiencies with my teaching and administrative interviews. I have passed all interviews at the central office level which makes if difficult for me to understand how I, a black man with the years of teaching experience and educational training can't obtain equal employment within this school district. Further, I have passed PEPE every year of my employment history. Copies of my evaluations were given to me when I taught at the following:
   a. Daisy Lawrence Elementary Alternative – PEPE Completed 1997 – 1998.
   b. Fitzpatrick Elementary PEPE - Not Completed 1998-1999.
   c. Southlawn Middle PEPE - Not Completed 1999 – 2000.
   d. South Highlands Elementary PEPE - Not Completed 2000 – 2001.
   e. South Highlands Elementary PEPE – Not Completed 2001-2002
   f. Daisy Lawrence Elementary Alternative – PEPE Completed 2002 – 2003.

6. Earlier on this school year. My principal Dr. James C. Owens, Ph.D. received personal information regarding my personnel file in Human Resources. This was in an attempt to continue discouraging him and other administrators from hiring me and keeping me as an employee. The information that was sent to him was unmarked and from various schools that I worked. Nothing was negative but it shows that someone is working against me and trying to spoil my professional career. I mentioned this situation to Mr. Barker and that I had a strong idea of where it was coming from and he said that he didn't understand the situation. At that point we ended the conversation.

Melvin Alonza Lowe, III, Ed.S. Employee w/ Montgomery County Board of Education
9536 Colleton Place
Montgomery, Alabama 36117
334-274-9065 home
334-301-3102 business

AEA/Lowe 00057

7. In light of the jobs that I have applied, one in particular being the Reading Specialist Position. The person given the job was Karen Vann a white female. The job was never advertised; however it was placed on the board minutes, which was to by-pass the school board members knowing that the job was never posted. When I questioned Mr. Baker about the job he told me that Mr. Looney- Asst. Superintendent of Curriculum and Instruction was considering her for the position. I said to Mr. Barker that the position hasn't been advertised and how so. Mr. Barker told me that it was a lateral transfer. I told him that a 10-month Reading Coach transfer to a 12-month Reading Specialist position was not a lateral move. We ending the conversation.

8. I questioned Mr. Baker with reference to Denita Easterling a black female. Denita was given the job of serving as Summer School Principal for the Summer Reading Camp at T. S. Morris Elementary. At this time Denita wasn't certified in administration. In addition she was allowed to interview for Adm. Positions during the summer months along with me. I mentioned to Mr. Barker that I would have liked an opportunity to apply for Summer Principal positions since I was certified as of May 2001. I told him that I had to apply for the summer camp teaching and coaching position that I was afforded. Therefore I wanted to know what was the difference in applying for the principal's position. To this end, we ended our discussion. Denita was appointed Adm. Assistant at T.S. Morris in June of 2004; she didn't graduate with her certification until July 2004. When I questioned Mrs. Sophia Johnson – Principal at T.S. Morris per her summer camp principal she informed me that Mr. Barker recommended her for the position. I asked Mrs. Johnson if she knew that Denita wasn't certified. We at that time ended the conversation.

9. It has been brought to my attention that my name among others has been issued to school administrators as not being certified in teaching with reference to Reading Instruction. At such time I asked Mrs. Sandra Pugh in the Office of Human Resources to please process my Highly Qualified

Melvin Alonza Lowe, III, Ed.S. Employee w/ Montgomery County Board of Education
9536 Colleton Place
Montgomery, Alabama 36117
334-274-9065 home
334-301-3102 business

application to the Alabama State Department of Education. She informed me that because I was a reading coach last year that I didn't need to have an application processed. I told her that it was an instructional position and that I had to meet HQ status in order to be employed. We ended the conversation. According to my investigation with the State Dept. **I am highly qualified**. My certifications have increased and I was seeking this information, as it would increase my professional growth efforts and possibilities.

10. I questioned Mr. Barker about my name being given to him regarding a recommendation made for me as Adm. Asst. at McKee Junior High. Mr. Barker later informed the principal to hire a female to balance the administrative staff. I don't see how this practice is being followed over the school system when there are some schools that have more men to women and women to men administrative teams.

11. Currently in Montgomery County Public Schools there is a limited number of black men in **leadership/administrative positions**. Please note the following:

    a. Office of Curriculum and Instruction – 1
    b. Office of Human Resources - 1
    c. Office of Student & Community Services – 0

    The Ratio per women, black and white along with white men out number the black men.

    Within these departments there are various positions that I have applied for, yet there are no black men in any of these professional leadership positions. This past year I was the only black man serving as a Reading Coach in Montgomery County Public Schools please note I was being paid teacher-tutor salary; however this year there are no black male Reading Coaches in the entire system.

12. I don't understand why I haven't been placed in a leadership position because Mr. Barker stated to me in June of 2003 "Dr. Carter stated that I would be placed in either a reading position or adm. position for the up-coming school

Melvin Alonza Lowe, III, Ed.S. Employee w/ Montgomery County Board of Education
9536 Colleton Place
Montgomery, Alabama 36117
334-274-9065 home
334-301-3102 business

AEA/Lowe 00059

year of 2004-2005". <u>Mr. Baker re-confirmed that my interviews where excellent and that he heard a lot of great things regarding my knowledge of curriculum and instruction thus the implementation of policy/ procedures in and educational administration.</u>

12. **July 31st**, @ 11:00a.m. Mr. Barker called me to offer me teaching positions with MPS. I told Mr. Barker that I didn't feel comfortable with the assignment in addition to the fact that I viewed the re-assignment as a demotion. From this conversation Mr. Barker suggested the we conference in his office on August 2nd at 2:15p.m. Before we finished our conversation I asked Mr. Barker about the possibilities of me filling one of the administrative positions that I applied. He told me that he didn't handle the selections made by the site administrator. He would need to check on the situation. The teaching positions offered were Fitzpatrick, Nixon, and Floyd Elementary schools.

13. **August 1st**, I telephoned both of my uni-service directors to inform them that I didn't feel comfortable with the proposition that was presented to me by Human Resources.

14. **August 2nd**, I telephoned MCEA again to discuss and to complete the PR&R form on the grounds of Racial-Gender Discrimination, Defamation of Character, and Discriminatory Hiring Practices. On my meeting with Mr. Barker, he again offered me teaching positions; this time they were Carver and Nixon Elementary schools. Again I told Mr. Barker that I didn't feel comfortable with the demotion further I would like to discuss the administrative positions that I applied for. Mr. Barker told me that he didn't have anything available. In the same meeting Mr. Barker presented me with an opportunity to interview for an SIA position. I was given an interview time of 10:30a.m. on August 3rd 2004. We ended the meeting on the premise that I would wait and see what was presented to me after I interviewed. Mr. Baker was persistent in getting to sign another contract to accept a teaching position. I refused to accept the demotion and didn't sign the contract. Mr. Baker

Melvin Alonza Lowe, III, Ed.S. Employee w/ Montgomery County Board of Education
9536 Colleton Place
Montgomery, Alabama 36117
334-274-9065 home
334-301-3102 business

AEA/Lowe 00060

informed me that he was only entitled to offer me a teaching position. We at that time ended our meeting. I asked Mr. Barker to let me know where and what I was to do for work on the Wednesday the 4th.

15. **August 3rd**, I waited two hours and 30 minutes I was finally interviewed. Mr. Baker informed me that his secretary on a minor technicality made the mistake. I was interviewed at 12:30p.m. by Dr. Saundra Gwinn, Mrs. Gloria Howard, and Mrs. Carla Wimborne for the position(s) SIA at (4) area schools. Later on the same day Mr. Barker finally called me around 7:30p.m. to inform me that I was entitled to return to Daisy Lawrence for work. Mr. Barker further mentioned to me that he didn't appreciate me or someone making mention of this situation to Mr. Tommy Miller – Chairperson Montgomery County Board of Education and Dr. Carter - Superintendent. I informed Mr. Barker that I had not spoken to either individual regarding my situation but if there was a problem why couldn't they know. I ended the conversation by telling Mr. Baker that nothing was personal but it was just business that I seek mediation regarding my employment issues.

16. **August 4th**, I reported to Daisy Lawrence for work awaiting further instructions per my job assignment, responsibilities, and duties. Mrs. Sippal – MCEA telephoned me early this morning to tell me that Mr. Baker didn't know where I was to go. Later this morning it was confirmed that I was to report to Daisy Lawrence. On today I filed my PR&R form with Dr. Joe L. Reed-AEA.

17. **August 5th**, I attended an in-service training at the Shakespeare Festival. Today is the closing day for the positions of District Resource/Attendance Officer. I have applied and I am awaiting an interview.

18. **August 6th**, As a point of interest, my PowerPoint presentation is on the web page for MPS and has been uses since March of 2003 until present. It serves as a guide and model for instruction to be viewed at large for advanced instructional purposes. I worked in my classroom on today at Daisy Lawrence. I applied for two positions with MPS via e-mail. Mr. Barker

Melvin Alonza Lowe, III, Ed.S. Employee w/ Montgomery County Board of Education
9536 Colleton Place
Montgomery, Alabama 36117
334-274-9065 home
334-301-3102 business

AEA/Lowe 00061

responded; however I will check the personnel reports for clarity per these positions. I spoke with AEA on today with reference to my grievance. Today the school secretary told me that a phone call was received shortly after 8a.m. suggesting that if I wasn't at school to dock my pay. The secretary didn't know who called. I checked with the Office of Curriculum and Instruction to verify that I was in the correct place. Dr. Owens was in meetings and there was no one to verify my presence.

19. **August 7th**, I received a communication from the Office of Civil Rights stating that my compliant/grievance was in review and that I would hear from their office by Sept 2nd 2004.

20. **August 8th**, I will report to Daisy Lawrence Elementary School for the first day of school on Monday the 9th. I have no job description, no class or student roster. I have been asked to remove myself from the office that I held on last year. I have been assigned to a classroom. Per the New Program that is being implemented I have not been trained. At this time I feel humiliated and embarrassed. I feel that my professional career is being erased, as I am not being allowed to practices within my areas of education and training.

21. **Please Note: I have all letters and e-mail communications to validate my claim. In addition to all work that I performed with reference to my job assignment on this past year.**

Melvin Alonza Lowe, III, Ed.S. Employee w/ Montgomery County Board of Education
9536 Colleton Place
Montgomery, Alabama 36117
334-274-9065 home
334-301-3102 business