# EXHIBIT

# M



**Melvin A Lowe/MPS**
11/01/04 01:47 PM

To  Jimmy Barker/MPS
cc  James C Owens/MPS
bcc
Subject  Re: Professional Development Request

Mr. Barker:

Good Afternoon.

If you don't mind I am checking the status of my professional development request. As you will find attached I am in a time conflict per registration and making hotel arrangements/accommodations.

Please advise. Your decision will be respected.

In response to Mrs. Hick. I don't mind taking personal leaves days if I have too. I am interested to see if MPS will reimburse the expenses. All information shared in the conference will be made available to the MPS community upon my return.

Please phone me if needed: 301-3102

Thanks.
Melvin Alonza Lowe, III, Ed.S.
Daisy Lawrence Behavior & Skills Center
2124 Beach Street
Montgomery, Alabama 36108
334-269-3653 office
334-241-5377 fax
INTERNET: Melvin.A.Lowe@mps.k12.al.us

MONTGOMERY COUNTY PUBLIC SCHOOL SYSTEM

-----Forwarded by Melvin A Lowe/MPS on 11/01/2004 01:41PM -----

To: Melvin A Lowe/MPS
From: Carolyn M Hicks/MPS
Date: 11/01/2004 01:20PM
Subject: Re: Professional Development Request


Mr. Lowe, Mr. Barker is handling your request. I do not think it will be approved, but you may take personal leave and go if you like. You might want to get a definite answer from Mr. Barker.
-----Melvin A Lowe/MPS wrote: -----

To: Carolyn M Hicks/MPS
From: Melvin A Lowe/MPS
Date: 11/01/2004 11:05AM
cc: James C Owens/MPS
Subject: Professional Development Request


Mrs. Hicks:

LOWE_V_MCBOE-CORP._REP._DISC.01299

Please advise. I would like to check the status of my professional development request. I will need to secure reservations and make payment per my registration by November 8th 2004.

If you will please provide me with a response.

Thanks.
Melvin Alonza Lowe, III, Ed.S.
Daisy Lawrence Behavior & Skills Center
2124 Beach Street
Montgomery, Alabama 36108
334-269-3653 office
334-241-5377 fax
INTERNET: Melvin.A.Lowe@mps.k12.al.us

MONTGOMERY COUNTY PUBLIC SCHOOL SYSTEM

LOWE_V_MCBOE-CORP._REP._DISC.01300