# EXHIBIT

# O

2/28/05

# MONTGOMERY PUBLIC SCHOOLS
## Montgomery, Alabama
### REQUEST FOR PROFESSIONAL LEAVE/DETACHED DUTY

Date 2/22/05

Name (Please Print) Lowe, III Melvin H

School/Department Daisy Lawrence

Position Tutor-Teacher

Paid From (Check One):
- ☐ Federal Fund
- ☒ Non-Federal Fund

Human Resources Manager
Montgomery Public Schools

I am requesting approval to be absent from my regular duty assignment on the following dates:

March 9th & 10th 2005.

Reason for Absence: (specific details) See attachment

I am attaching other information related to my request. (YES)  NO   (Circle one)

If approved, I will need a substitute.  YES  (NO)  (Circle one)

Signature of Employee

Social Security Number 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

*********************************************************************

I recommend: Not in line with current job description at this time.

(Approval)  Denial (Circle one)

Human Resources Manager's Use Only:

Signature of Principal/Supervisor/Director

Date 2/23/05

Date

AEA/Lowe 00173

Sumbit all copies to Human Resources Manager's Office

MPS 254-95