# EXHIBIT

# P

MONTGOMERY PUBLIC SCHOOLS
Montgomery, Alabama
REQUEST FOR PROFESSIONAL LEAVE/DETACHED DUTY

Date: Oct 15th '04

Name: Lowe, III Melvin (Please Print)

School/Department: Daisy Lawrence

Position: Tutor-Teacher

Paid From (Check One):
☐ Federal Fund
☐ Non-Federal Fund

Human Resources Manager
Montgomery Public Schools

I am requesting approval to be absent from my regular duty assignment on the following dates:

December 8th – 10th

Reason for Absence: (specific details) Please see attachment(s) (4)

I am attaching other information related to my request. (YES)  NO  (Circle one)

If approved, I will need a substitute.   YES  (NO)  (Circle one)

Signature of Employee: [signed] M Lowe III

Social Security Number: 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

****************************************************************

I recommend:
(Approval)  Denial (Circle one)

Signature of Principal/Supervisor/Director: [signed]

Date: 10/18/04

Human Resources Manager's Use Only:

Denied
[signed] Jim Barber

Date: 11/05/04

AEA/Lowe 00122

Sumbit all copies to Human Resources Manager's Office

MPS 254-95