# EXHIBIT
# R

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| MELVIN LOWE, ) | |
| ) | |
| Plaintiff/Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: _____ |
| ) | |
| MONTGOMERY COUNTY BOARD ) | |
| OF EDUCATION; VICKIE JERNIGAN, ) | |
| MARK LaBRANCHE, TOMMIE ) | |
| MILLER, MARY BRIERS, DAVE ) | PLAINTIFF DEMANDS TRIAL BY |
| BORDEN, HENRY A. SPEARS and ) | JURY ON ALL ISSUES TRIABLE BY |
| BEVERLY ROSS, in their official ) | A JURY. |
| capacities as members of the ) | |
| Montgomery County Board of Education;) | |
| and Dr. CARLINDA PURCELL, in her ) | |
| official capacity as Superintendent of the ) | |
| Montgomery County Board of ) | |
| Education, ) | |
| ) | |
| Defendant/Respondent. ) | |

**COMPLAINT AND PETITION FOR MANDAMUS**

COMES NOW Plaintiff/Petitioner Melvin Lowe files this complaint against the above Defendants/Respondent Montgomery County Board of Education and its Board members and Superintendent in their official capacity and states as follows:

1. Plaintiff/Petitioner Melvin Lowe is an adult resident of Montgomery County, Alabama.

2. The Montgomery County Board of Education (hereinafter "the Board") is a governmental entity located in Montgomery County, Alabama and authorized to provide public educational services for Kindergarten through 12th Grade Students of Montgomery County, Alabama.

3. a. Vickie Jernigan is a Board member for the Montgomery County Board of Education at all times material to this suit.

      b.      Mark LaBranche is a Board member for the Montgomery County Board of Education at all times material to this suit.

      c.      Tommie Miller is a Board member for the Montgomery County Board of Education at all times material to this suit.

      d.      Mary Briers is a Board member for the Montgomery County Board of Education at all times material to this suit.

      e.      Dave Borden is a Board member for the Montgomery County Board of Education at all times material to this suit.

      f.      Henry A. Spears is a Board member for the Montgomery County Board of Education at all times material to this suit.

      g.      Beverly Ross is a Board member for the Montgomery County Board of Education at all times material to this suit.

      h.      Dr. Carlinda Purcell is the Superintendent for the Montgomery County Board of Education.

These individuals are sued in their official capacity only.

4.      This complaint seeks damages pursuant to claims under Federal and State Law as well as injunctive and declaratory relief. This suit further seeks a petition for mandamus.

5.      From 1999 to 2002, Plaintiff Lowe was employed with the Montgomery County Board of Education. At the end of 2002, Lowe was non-renewed from the Montgomery County Board of Education and denied tenure. Lowe has sought jobs with the school system to continue his work and was denied those additional positions. Lowe worked the 2002-2003 school year in the Bullock County School System and had a position in that school system for the 2003/2004 school

other terms and conditions of employment because of his sex, gender, and/or race, in violation of Title VII, 42 USC §2000e, et seq., as amended.

15. Defendant Montgomery County Board of Education unlawfully and intentionally retaliated against Plaintiff by denial of tenure, denial of proper pay, denial of promotions, and leave for filing an EEOC complaint and opposing discriminatory practices by Defendant, Montgomery County Board of Education in violation of Title VII, 42 USC §2000e, et seq., as amended, and due to his association with someone who filed an EEOC complaint.

16. Plaintiff has suffered as a proximate cause of the violation of Title VII as alleged herein economic loss, lost wages, mental anguish and other compensatory damages.

17. Defendant Montgomery County Board of Education has a pattern of practice against discriminating against males and/or African-Americans in its employment, promotion and work assignments.

Wherefore, Plaintiff respectfully requests this Honorable Court to provide the following relief against Defendant Montgomery County Board of Education.

    a. Issue declaratory judgment finding that said Defendants' actions set out above violated 42 USC §2000e et seq., as amended.

    b. Enter a mandatory and permanent injunction to enjoin said Defendant and its successors, agents, servants and employees for discriminating on the basis of retaliation, race or sex in their employment practices, in their compensation, terms and conditions, and privileges of employment in violation of 42 USC §2000e, et seq., as amended, and to enter appropriate order in equity to remedy discrimination of Defendant Montgomery County Board of Education in the compensation, privileges and conditions of employment of Plaintiff and to remedy past retaliation

and to prevent further retaliation as described above.

  c. Plaintiff requests Court to assign backpay, seniority, tenure status, retirement benefits, allowances to Plaintiff that he would have been entitled to absence retaliation and discrimination, as well as to assign appropriate promotion that he would have been entitled to in absence of discrimination and retaliation.

  d. Enter an order requiring said Defendant to make Plaintiff whole by granting appropriate declaratory injunctive relief, compensatory, nominal and punitive damages, including an award for emotional distress, backpay, attorney's fees, expenses and costs in an amount to be determined by the trier of fact.

  e. Grant such additional and further relief as scored deemed proper and just under the circumstances.

## COUNT II

18. Plaintiff/Petitioner hereby realleges, reavers, and adopts by reference as set out fully herein all material allegations contained in the preceding paragraphs of this complaint.

19. Defendant Montgomery County Board of Education through the final policy maker and through the custom, practice and polices have intentionally, under the color of law in violation of 42 USC §1983, deprived Plaintiff of clearly established statutory and/or constitutional rights under the First and Fourteenth Amendment of the United States Constitution by subjecting him to retaliation for the exercise of free speech and for his association with his mother and in discriminatory employment practices based upon sex and/or race, in the pay provided to Plaintiff, denial of tenure to Plaintiff, denial of promotions, denial of professional leave and on other terms and conditions of his employment, and in creating arbitrary and capricious classifications with regard

7

to his pay and others performing similar work.

WHEREFORE, PREMISES CONSIDERED, Plaintiff/Petitioner Melvin Lowe seeks to recover against Defendant Montgomery County Board of Education compensatory and punitive damages, plus back pay plus interest and injunctive relief and re-declaratory relief, costs and attorney's fees.

### COUNT III

20.     Plaintiff/Petitioner hereby realleges, reavers, and adopts by reference as set out fully herein all material allegations contained in the preceding paragraphs of this complaint.

21.     Defendant Montgomery County Board of Education, Board Members, and the Superintendent promogated certain policies pursuant to their authority for the governance of the Montgomery County Board of Education. Those policies involve salary schedule placement and policies for the pay for certain positions performed by employees of the system.

22.     Plaintiff avers that Defendants violated these policies through the payment of Plaintiff for a Reading Coach position. Plaintiff is not paid the same wages as others for the similar work in accordance with the policies and in accordance with the policies of Defendants. Plaintiff brings this action in equity and as a writ of mandamus to order Defendants to conform to such policies and to provide declaratory and equitable relief regarding past violations of such policies.

23.     Due to Defendants' violations of said policies, Plaintiff has been injured and damaged, and may suffer future damages unless no perspective declaratory and injunctive relief is granted.

WHEREFORE, PREMISES CONSIDERED, Plaintiff/Petitioner Melvin Lowe respectfully requests this Honorable Court to grant writ of mandamus and/or declaratory and injunctive relief requiring that Plaintiff be paid pursuant to the policies and schedules of Defendant

for a Reading Coach position and that this order be made retroactive for prior years where Plaintiff was not properly paid.

Submitted this the 27th day of April, 2005.

_____
**WILLIAM F. PATTY (PAT038)**
Attorney for Plaintiff Melvin Lowe

OF COUNSEL:
BEERS, ANDERSON, JACKSON,
 PATTY, & VAN HEEST, P.C.
P. O. Box 1988
250 Commerce Street, Suite 100
Montgomery, AL 36102
(334) 834-5311
(334) 834-5362 (fax)

**JURY DEMAND**

PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES TRIABLE BY A JURY.

_____
OF COUNSEL

9

**DEFENDANTS MAY BE SERVED VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED AS FOLLOWS:**

Montgomery County Board of Education
307 South Decatur Street
Montgomery, AL 36104

Vickie Jernigan
c/o Montgomery County Board of Education
307 South Decatur Street
Montgomery, AL 36104

Mark LaBranche
c/o Montgomery County Board of Education
307 South Decatur Street
Montgomery, AL 36104

Tommie Miller
c/o Montgomery County Board of Education
307 South Decatur Street
Montgomery, AL 36104

Mary Briers
c/o Montgomery County Board of Education
307 South Decatur Street
Montgomery, AL 36104

Dave Borden
c/o Montgomery County Board of Education
307 South Decatur Street
Montgomery, AL 36104

Henry A. Spears
c/o Montgomery County Board of Education
307 South Decatur Street
Montgomery, AL 36104

Beverly Ross
c/o Montgomery County Board of Education
307 South Decatur Street
Montgomery, AL 36104

Dr. Carlinda Purcell
c/o Montgomery County Board of Education
307 South Decatur Street
Montgomery, AL 36104

## VERIFIED COMPLAINT

STATE OF ALABAMA )
)
MONTGOMERY COUNTY )

Before me, the undersigned authority, personally appeared **MELVIN LOWE**, who being by me first duly sworn and who being known to me deposes and says that the facts set out in the foregoing Complaint are true and correct to the best of her knowledge, information and belief.

_____
MELVIN LOWE

Sworn to and subscribed before me this 27 day of April, 2005.

_____
NOTARY PUBLIC  MY COMMISSION EXPIRES SEPTEMBER 3, 2007
My Commission Expires:_____

11

EEOC Form 161 (10/96)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Melvin A. Lowe, III  
9536-Colleton Place  
Montgomery, AL 36117

From: Birmingham District Office  
Ridge Park Place  
1130 22nd Street South  
Birmingham, AL 35205

[ ]  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 130 2004 03906 | Arthur McGhee, Supervisor | (205) 212-2067 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ] We cannot investigate your charge because it was not filed within the time limit required by law.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that back pay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Bernice William-Kimbrough, District Director          January 28, 05
                                                      (Date Mailed)

Enclosure(s)

cc:



PLAINTIFF'S EXHIBIT A

INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/96 to 12/1/96, you should file suit before 7/1/98 -- *not* 12/1/98 -- in order to recover unpaid wages due for July 1996. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request **within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Montgomery County Board of Education
307 South Decatur Street
Montgomery, AL 36104

PAT038

2. Article Number (Transfer from service label): 7004 1160 0003 5787 2841

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X BJS  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): BJS
C. Date of Delivery: 05/07
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   S&C D1
   CV-05-1048

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

FILED MAY 2005 Melissa Rittenour Circuit Clerk

---

STATE OF ALABAMA
MONTGOMERY COUNTY

I, Melissa Rittenour, Clerk of the Circuit Court of Montgomery County, hereby certify that the within is a true and correct copy of the Certified Mail for Def 1 on file in said office.

Witness my hand and the seal of said Court is hereto affixed, this the 03 day of May, 2006

Melissa Rittenour
Clerk Circuit Court

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Vickie Jernigan
   c/o Montgomery County Board of Education
   307 South Decatur Street
   Montgomery, AL 36104

   PAT038

2. Article Number
   (Transfer from service label)
   7004 1160 0003 5787 2926

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X BQS.                    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): AJ3
C. Date of Delivery: 15/02/C

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

   Jac D2
   CV-05-1048

Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Filed MAY 2005 Melissa Rittenour Circuit Clerk

STATE OF ALABAMA
MONTGOMERY COUNTY

I, Melissa Rittenour, Clerk of the Circuit Court of Montgomery County, hereby certify that the within is a true and correct copy of the Certified mail for Def 2 on file in said office.

Witness my hand and the seal of said Court is hereto affixed, this the 03 day of May, 20 06

Melissa Rittenour
Clerk Circuit Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *BJS.*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) *BJS*   C. Date of Delivery *05/02/0*<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>*S&C D3*<br>*CV-05-1048* |
| 1. Article Addressed to:<br>Mark LaBranche<br>c/o Montgomery Co. Bd. of Educ.<br>307 S. Decatur Street<br>Montgomery, AL 36104 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0003 5787 2858 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

[Stamp: FILED MAY 2005 Melissa Rittenour Circuit Clerk]

PAT038

STATE OF ALABAMA
MONTGOMERY COUNTY

I, Melissa Rittenour, Clerk of the Circuit Court of Montgomery County, hereby certify that the within is a true and correct copy of the *Certified mail for def 3* on file in said office.

Witness my hand and the seal of said Court is hereto affixed, this the *03* day of *May*, 20*06*.

*Melissa Rittenour*
Clerk Circuit Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X BJB-  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): BJS.<br>C. Date of Delivery: 05/02/05 |
| 1. Article Addressed to:<br>Tommie Miller<br>c/o Montgomery Co. Bd. of Ed.<br>307 S. Decatur Street<br>Montgomery, AL 36104 | Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>S&C 04<br>CV-05-1048 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0003 5787 2865 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

STATE OF ALABAMA
MONTGOMERY COUNTY

I, Melissa Rittenour, Clerk of the Circuit Court of Montgomery County, hereby certify that the within is a true and correct copy of the Certified mail for def 4 on file in said office.

Witness my hand and the seal of said Court is hereto affixed, this the 03 day of May, 2006

Melissa Rittenour
Clerk Circuit Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X B.B.  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>B.S.   05/02/0 |
| 1. Article Addressed to:<br><br>Mary Briers<br>c/o Montgomery Co. Bd of Educ.<br>307 S. Decatur Street<br>Montgomery, AL  36104<br><br>PAT 038 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>S&C DS<br>CV-05-1048<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0003 5787 2872 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

STATE OF ALABAMA
MONTGOMERY COUNTY

I, Melissa Rittenour, Clerk of the Circuit Court of Montgomery County, hereby certify that the within is a true and correct copy of the Certified mail for def 5 on file in said office.

Witness my hand and the seal of said Court is hereto affixed, this the 03 day of May, 20 06
Melissa Rittenour
Clerk Circuit Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _BJS._ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _BJS_ C. Date of Delivery _05/02/0_ |
| 1. Article Addressed to:<br>Dave Borden<br>c/o Montgomery Co. Bd. of Educ.<br>307 South Decatur Street<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>CV-06-1048 |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0003 5787 2827 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

STATE OF ALABAMA
MONTGOMERY COUNTY

I, Melissa Rittenour, Clerk of the Circuit Court of Montgomery County, hereby certify that the within is a true and correct copy of the Certified mail for def 6 on file in said office.

Witness my hand and the seal of said Court hereto affixed, this the 03 May 2006

Melissa Rittenour
Clerk Circuit Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, ..., and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  B.S.    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  05/04/ |
| 1. Article Addressed to:<br><br>Henry A. Spears<br>c/o Montgomery Co. Bd. of Education<br>307 S. Decatur Street<br>Montgomery, AL  36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>CC  D7<br><br>CV-05-1048 |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| PAT038 | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0003 5787 2834 |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |

STATE OF ALABAMA
MONTGOMERY COUNTY

I, Melissa Rittenour, Clerk of the Circuit Court of Montgomery County, hereby certify that the within is a true and correct copy of the certified mail for def 7 on file in said office.

Witness my hand and the seal of said Court is hereto affixed, this the 03 day of May, 20 06

Melissa Rittenour
Clerk Circuit Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  BJS  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  BJS<br>C. Date of Delivery  05/02/0 |
| 1. Article Addressed to:<br><br>Beverly Ross<br>c/o Montgomery Co. Bd. of Ed.<br>307 S. Decatur Street<br>Montgomery, AL 36104<br><br>PAT038 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>S & C D?<br>CV-05-1048<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number  (Transfer from service label) | 7004 1160 0003 5787 2902 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

Stamp: MAY 03 2005 FILED Melissa Rittenour Circuit Clerk

STATE OF ALABAMA
MONTGOMERY COUNTY

I, Melissa Rittenour, Clerk of the Circuit Court of Montgomery County, hereby certify that the within is a true and correct copy of certified mail for def 8 on file in said office.

Witness my hand and the seal of said Court hereto affixed, this the 03 May 20 06

Melissa Rittenour
Clerk Circuit Court

TSM

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Carlinda Purcell
Superintendent
c/o Montgomery Co. Bd. of Education
307 South Decatur Street
Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X BJS
☐ Agent
☐ Addressee

B. Received by (Printed Name): BJS
C. Date of Delivery: 05/02/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SPC 09
CV-05-1048

Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0003 5787 2889

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

[Filed stamp: MAY 2005, Melissa Rittenour, Circuit Clerk]

STATE OF ALABAMA
MONTGOMERY COUNTY

I, Melissa Rittenour, Clerk of the Circuit Court of Montgomery County, hereby certify that the within is a true and correct copy of certified mail for def 9 as in said office.

Witness my hand and the seal of said Clerk hereto affixed, this the 03 day of May, 2006.

Melissa Rittenour
Clerk Circuit Court