# EXHIBIT

# T

| | |
|---|---|
| **From:** | Jimmy Barker/MPS |
| **To:** | Melvin A Lowe/MPS@Mps |
| **Date:** | Thursday, June 23, 2005 09:42PM |
| **Subject:** | Re: Employment |

Mr. Lowe, As I explained to you during our conference today, no assurances can be made regarding rehiring you for next school year. Whenever there are programmatic overhauls in the school district, non-tenured personnel are generally non-renewed within that program to facilitate the process. Placement is guaranteed for affected tenured personnel in vacant positions for which they are fully qualified. No such guarantee is assured non-tenured personnel. However, having said all this, I can assure you that you will be given full consideration for any position for which you are qualified. It is still early in the Summer and surely opportunities will present themselves for you to interview for placement before Summer's end.

Melvin A Lowe/MPS

| | |
|---|---|
| **Melvin A Lowe/MPS**<br>06/22/05<br>05:12 PM | To Jimmy Barker/MPS<br>cc<br>Subject Employment |

Mr. Barker:

Please provide dialogue per my re-assignment for the up-coming 2005-2006 school year.

It was my understanding from our faculty meeting with Dr. Purcell and yourself that all personnel would be placed. However, tenured personnel would have first choice.

Mr. Barker, I need a job.

Thanks for your attention.
Melvin Alonza Lowe, III, M.Ed., Ed.S.

INTERNET: Melvin.A.Lowe@mps.k12.al.us

MONTGOMERY COUNTY PUBLIC SCHOOL SYSTEM