# EXHIBIT

# U

Jimmy Barker/MPS
06/24/04 07:32 AM

To  Melvin A Lowe/MPS@Mps

cc

bcc

Subject  Re: Teacher Interviews

Acknowledge receipt.
Melvin A Lowe/MPS



Melvin A Lowe/MPS
06/23/04 08:31 PM

To  Jimmy Barker/MPS

cc  Carolyn M Hicks/MPS

Subject  Teacher Interviews

Via E-mail and Hand Delivery

Mr. Baker:

Please accept this communication as a request for consideration towards interviewing for any/all Elementary and Middle School Teaching positions.   In addition I am interested in any/all Lead Teacher positions.

Thanks for you considerations.
Melvin Alonza Lowe, III, Ed.S.
(Summer School - Reading Coach @ Southlawn Elementary)
Reading Coach - Daisy Lawrence Elementary Alternative School
334-269-3653 Office
334-241-5377 Fax
INTERNET: Melvin.A.Lowe@mps.k12.al.us

MONTGOMERY COUNTY PUBLIC SCHOOL SYSTEM

Jimmy Barker/MPS
07/28/04 03:04 PM

To  Melvin A Lowe/MPS@Mps

cc

bcc

Subject  Re: SIA Announcement

Melvin, I downloaded youir letter of interest and placed it in the appropriate file. Let's talk when you get a moment.
Melvin A Lowe/MPS



Melvin A Lowe/MPS
07/28/04 12:29 PM

To  Jimmy Barker/MPS

cc

Subject  SIA Announcement

Mr. Barker:

I am interested in interviewing and/or the selecting procedures for the position of:
Title I SchoolWide Instructional Assistant(s) Various locations.

Thanks,

Melvin Alonza Lowe, III, Ed.S.
INTERNET: Melvin.A.Lowe@mps.k12.al.us

MONTGOMERY COUNTY PUBLIC SCHOOL SYSTEM

LOWE_V_MCBOE-CORP._REP._DISC.01297

Jimmy Barker/MPS
08/06/04 04:18 PM

To   Melvin A Lowe/MPS@Mps

cc

bcc

Subject   Re: Announced Positions

Mr. Lowe,

The Lanier position has been pulled due to re-allocation of Title I resources. The Lead teacher position will be filled by transfer of an existing lead teacher. Thanks for your interest.
Melvin A Lowe/MPS

 Melvin A Lowe/MPS
08/06/04 02:51 PM

To   Jimmy Barker/MPS

cc

Subject   Announced Positions

Mr. Barker:

Please accept this communication as my interest in the following position(s): Title I Curriculum Specialist @ Sidney Lanier High School & Title I Lead Teacher @ BrewBaker Junior High School.

I am asking to be interviewed and considered in the selection process for these positions.

My curriculum vita is on file for your records.

Thanks.
Melvin Alonza Lowe, III, Ed.S.
INTERNET: Melvin.A.Lowe@mps.k12.al.us

MONTGOMERY COUNTY PUBLIC SCHOOL SYSTEM

# Melvin Alonza Lowe, III, Ed.S.

9536 Colleton Place
Montgomery, Alabama 36117
334-274-9065 home
334-274-9082 fax
DrMALIII@aol.com or Melvin.A.Lowe@mps.k12.al.us

December 1st 2004

Office of Human Resources
Montgomery County Public Schools
307 South Decatur Street
Montgomery, Alabama 36102-1991
**Via U.S. Mail & E-mail**

To Whom It May Concern:

Please accept this communication as my formal interest in the posted position for:
**Administrative Assistant @ Booker T. Washington Magnet High School.**

I am interested in interviewing for thus position, as I am confident that my educational
and leadership abilities will prove resourceful in improving the academic/social status of
this school.

Please refer to a previously issued curriculum vita per posted requirements.

Your attention is graciously appreciated.

Professionally Yours,

Melvin Alonza Lowe, III, Ed.S.

LOWE_V_MCBOE-CORP._REP._DISC.01307