# EXHIBIT

# V

# DEPOSITION OF DAVID SIKES

## January 24, 2006

## Pages 1 through 66

## CONDENSED TRANSCRIPT AND CONCORDANCE PREPARED BY:

**Haislip, Ragan, Green, Starkie & Watson, P.C.**
566 South Perry Street
Post Office Box 62
Montgomery, AL 36104
Phone: (334) 263-4455
Fax: (334) 263-9167
E-mail: haislipragan@charter.net

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

MELVIN LOWE,

    Plaintiff/Petitioner,

Vs.           CIVIL ACTION NO.
            2:05-CV-0495

MONTGOMERY COUNTY BOARD
OF EDUCATION,

    Defendant/Respondent.

* * * * * * * * * * * *

    DEPOSITION OF DAVID SIKES, taken pursuant to stipulation and agreement before Patricia G. Starkie, Registered Diplomate Reporter, CRR, and Commissioner for the State of Alabama at Large, in the Law Offices of Hill, Hill, Carter, Franco, Cole & Black, 425 South Perry Street, Montgomery, Alabama, on Tuesday, January 24, 2006, commencing at approximately 9:10 a.m.

* * * * * * * * * * * *

**Page 2**

APPEARANCES

FOR THE PLAINTIFF:

    William F. Patty, Esq.
    Tanya E. Dugas, Esq.
    BEERS, ANDERSON, JACKSON
    PATTY & VAN HEEST
    Attorneys at Law
    250 Commerce Street
    Montgomery, Alabama

FOR THE DEFENDANT:

    Elizabeth B. Carter, Esq.
    HILL, HILL, CARTER, FRANCO
    COLE & BLACK
    Attorneys at Law
    425 South Perry Street
    Montgomery, Alabama
ALSO PRESENT:
    Mr. Melvin Lowe
    Mr. Jimmy Barker

* * * * * * * * * * * *

EXAMINATION INDEX

DAVID SIKES

| | |
|---|---|
| BY MS. DUGAS | 4 |
| BY MS. CARTER | 45 |
| BY MS. DUGAS | 50 |
| BY MS. CARTER | 52 |
| BY MS. DUGAS | 54 |

(No exhibits were marked to this deposition)

**Page 3**

1           STIPULATION
2    It is hereby stipulated and agreed by and
3 between counsel representing the parties that the
4 deposition of:
5         DAVID SIKES
6 is taken pursuant to the Federal Rules of Civil
7 Procedure and that said deposition may be taken
8 before Patricia G. Starkie, Registered Diplomate
9 Reporter, CRR, and Commissioner for the State of
10 Alabama at Large, without the formality of a
11 commission;
12    That objections to questions other than
13 objections as to the form of the question need not
14 be made at this time but may be reserved for a
15 ruling at such time as the said deposition may be
16 offered in evidence or used for any other purpose
17 by either party provided for by the Statute.
18    It is further stipulated and agreed by and
19 between counsel representing the parties in this
20 case that the filing of said deposition is hereby
21 waived and may be introduced at the trial of this
22 case or used in any other manner by either party
23 hereto provided for by the Statute regardless of

**Page 4**

1 the waiving of the filing of the same.
2    It is further stipulated and agreed by and
3 between the parties hereto and the witness that the
4 signature of the witness to this deposition is
5 hereby waived.
6       * * * * * * * * * * * *
7         DAVID SIKES
8    The witness, after having first been duly
9 sworn to speak the truth, the whole truth and
10 nothing but the truth testified as follows:
11        EXAMINATION
12 BY MS. DUGAS:
13 Q.  Could you state your name for the record,
14    please.
15 A.  David Sikes.
16 Q.  Mr. Sikes, I'm Tanya Dugas, and I'm here
17    representing Melvin Lowe.
18      Could you give us your address, please.
19 A.  You need my home address --
20 Q.  Yes, sir, home.
21 A.  -- or work address?
22      1172 Stafford Drive.
23 Q.  Is that here in Montgomery?

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 5

1   A.  Yes, ma'am.
2   Q.  And what's your --
3   A.  36117.
4   Q.  And what is your date of birth?
5   A.  1/5/63.
6   Q.  And your social security number?
7   A.  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.
8   Q.  Are you married, Mr. Sikes?
9   A.  No, ma'am.
10  Q.  Do you have any children?
11  A.  Yes, ma'am, three.
12  Q.  Three?
13  A.  Three.
14  Q.  Are any of them over the age of 19?
15  A.  No, ma'am.
16  Q.  Could you tell us a little about your
17      educational background, please.
18  A.  Yes, ma'am.  Would you -- want me to start
19      with college?
20  Q.  College, yes, sir.
21  A.  I have a degree in business administration
22      from Samford University.  I have a master's
23      degree in counseling from Jacksonville

Page 6

1       State University.  I have a master's degree
2       in physical education from Jacksonville
3       State.  I have certification from Alabama
4       State in administration.
5   Q.  Okay.  Do you have a teaching certificate?
6   A.  Yes, ma'am.  I'm certified in PE,
7       counseling, administration, and some social
8       science.
9   Q.  And have you ever given deposition
10      testimony before?
11  A.  Yes, ma'am.
12  Q.  And in what capacity?  Was this
13      professional or personal?
14  A.  Professional.
15  Q.  How many times have you given deposition
16      testimony?
17  A.  Less than five.  I don't -- I don't really
18      know for sure.
19  Q.  And what was the context of the depositions?
20  A.  I think two of them were discipline matters
21      at school concerning students, and two of
22      them were discipline matters concerning
23      teachers.  The other one I was called in as

Page 7

1       a witness for something that didn't happen
2       at school, but I just happened to be across
3       the road from it.
4   Q.  Have you ever been sued?
5   A.  Individually or --
6   Q.  Either.
7   A.  As an administrator, I have
8       been, yes, ma'am.
9   Q.  How many times have you been sued?
10  A.  Once.
11  Q.  And what was the -- what did the lawsuit
12      entail?
13  A.  I let the Gideons -- it was raining and --
14      Have you ever seen the Gideons?  They're
15      like 105 years old.  I let them come up on
16      the porch out of the rain, and so I was
17      sued for that purpose.
18  Q.  Have you ever sued anyone?
19  A.  No, ma'am.
20  Q.  Did you ever serve in the military?
21  A.  No, ma'am.
22  Q.  Have you ever been arrested?
23  A.  No, ma'am.

Page 8

1   Q.  And do you have any relatives in south
2       central Alabama?
3   A.  Yes, ma'am.  How many?
4   Q.  Is it extensive?
5   A.  Oh, yeah.
6   Q.  What would be the last names?
7   A.  Sikes, Bowden, Stringer, Sexton, Faulk,
8       Fuller.  Is that enough?  Heartsill.  I've
9       got several -- a bunch of Heartsills.
10      H-E-A-R-T-S-I-L-L.
11  Q.  Okay.  Do you hold a teaching certificate
12      or administrative certificate from any
13      other state other than Alabama?
14  A.  No, ma'am.
15  Q.  Could you tell us a little about your
16      employment history.
17  A.  Yes, ma'am.  Started off out of college, I
18      was a graduate assistant football coach at
19      Auburn University.  Moved on from there to
20      be assistant coach at Jacksonville State.
21      I was head coach at Ashville High School.
22      Assistant coach at Greenville High School.
23      Also a counselor at the elementary school

2 (Pages 5 to 8)

**Page 9**

1    while I was there. I was head coach and
2    teacher at Elba High School. I was
3    assistant principal at Lanier High School,
4    principal at Floyd Middle Magnet, and
5    principal at Lanier -- I mean, at Lee.
6    Excuse me.
7  Q.  Okay. When you were head coach at
8    Ashville, did you teach any courses?
9  A.  Yes, ma'am. I taught PE and -- well, I had
10   a study hall, but that was it.
11 Q.  And what years was that?
12 A.  That was in '94, '95.
13 Q.  Okay. And what year was the assistant
14   coach position at Jackson State?
15 A.  Jacksonville?
16 Q.  Jacksonville.
17 A.  From 1989 to 1994.
18 Q.  And when you were assistant coach at
19   Greenville High?
20 A.  That was '95 to '97, I think.
21 Q.  Okay. And you said you were also a
22   counselor at the elementary school?
23 A.  Yes, ma'am.

**Page 10**

1  Q.  Did you teach any courses at the high
2    school?
3  A.  No. Not at the high school, no, ma'am.
4  Q.  And what years were you employed at Elba as
5    head coach?
6  A.  '97 through '99.
7  Q.  And what class did you teach there?
8  A.  I taught psychology, sociology, PE,
9    government, economics. I think that's it.
10 Q.  And what years were you assistant principal
11   at Lanier?
12 A.  '99 through 2001. Then principal at Floyd
13   from '01 to '04 and then principal at Lee
14   from '04 to present.
15 Q.  What process did you go through to obtain
16   your current position, principal at Lee?
17 A.  Went through an interview process with --
18   if I'm not mistaken, there was -- at that
19   time all the assistant superintendents were
20   present at the interview. And I don't
21   remember -- Mr. Barker was there --
22      MS. CARTER: You can't ask him.
23 A.  I don't remember the superintendent being

**Page 11**

1    there, but I don't know.
2  Q.  Did you complete an application?
3  A.  Yes, ma'am. Well, what I did -- I didn't
4    complete an application. I completed a
5    letter of interest. Because once you have
6    a job here, all you have to do is to put a
7    letter of interest if you're interested in
8    a different job instead of filling out a
9    whole packet again.
10 Q.  Was this a lateral move from your former
11   position at Floyd?
12 A.  No, ma'am, it was a higher-paying
13   position. It went from middle school to
14   high school.
15 Q.  Outside of the interview committee, was
16   there anything else that you had to do
17   prior to being recommended?
18 A.  No, ma'am. I just had to put in a letter
19   of interest, and I was contacted, interview
20   process, and then notified. That's --
21 Q.  Okay. Do you know if anyone else applied
22   for this position?
23 A.  Oh, yes, ma'am, several.

**Page 12**

1  Q.  Several?
2  A.  I don't know exactly who, but I saw several
3    that were -- you know, before I got in
4    there was some, and then, you know, after I
5    left, there were some waiting.
6  Q.  Okay. Are there any reading or math
7    coaches at your school, at Lee High?
8  A.  No, ma'am, not that -- not employed by Lee
9    High School. We have a math coach that
10   comes from central office, our math person
11   that's I guess like a supervisor. But they
12   come from central office, not employed by
13   Lee.
14 Q.  So you do not have -- did you have any
15   participation in this math coach being
16   assigned to Lee or being employed?
17 A.  No, ma'am. She goes to every school, every
18   high school. It's just -- you know --
19 Q.  Okay. Floyd was an elementary school?
20 A.  Middle school.
21 Q.  Middle school.
22      Did they have any reading or math
23   coaches at Floyd?

3 (Pages 9 to 12)

Page 13

1   A.  No, ma'am.  It was a magnet school.  We
2       pretty much just basically had teachers
3       that were -- you know -- didn't have much
4       use for a reading or math coach.
5   Q.  Are you familiar with the hiring process
6       that pertains to reading coaches?
7   A.  As far as I know, it's a position that's
8       funded by Title I.  I believe most of them
9       are.  I guess it would be the same as any
10      other position.  If it was a situation
11      where you were wanting to hire at the
12      school out of your Title I funds, I guess
13      it would be, you know, that way, I guess.
14   Q.  Okay.
15       MS. CARTER:  Don't guess.
16       THE WITNESS:  I'm sorry.
17   A.  Well, I never have hired a reading coach or
18       a math coach, so I don't know the...
19   Q.  Fair enough.
20       In your experience as a principal,
21      have you ever encountered a position where
22      the person that you've recommended for a
23      position was not hired by the school board?

Page 14

1   A.  No, ma'am.
2   Q.  Do you keep documentation of the persons
3       that you interview with regard to
4       positions?
5   A.  Yes, ma'am.  I keep a calendar with what
6       time or what days they came to interview,
7       stuff of that nature.
8   Q.  Do you keep any notes on the interviews?
9   A.  I usually keep some until I hire the
10      position.  Then I go ahead and destroy
11      them.  I do keep the resumes that they
12      send for future reference, you know.
13   Q.  Do you keep any documentation of the
14      recommendations that you make to human
15      resources for positions?
16   A.  No, ma'am.  I just --
17   Q.  Do you keep this calendar from year to year
18      of who you had appointments with?
19   A.  Yes, ma'am.
20   Q.  Okay.  Do you know Melvin Lowe?
21   A.  Uh-huh (positive response).
22   Q.  Now --
23       MS. CARTER:  You have to say yes

Page 15

1       or no.
2   A.  Oh, yes.  I'm sorry.  Yes.
3   Q.  And in 2005, was there a special education
4       position available at Lee High School?
5   A.  Yes, ma'am, at that --
6   Q.  Did you seek -- I'm sorry.  Go ahead.
7   A.  At that point in time when I interviewed
8       him, yes, ma'am, there was.
9   Q.  Okay.  Did you seek out candidates for that
10      position?
11   A.  Yes, ma'am, I did.
12   Q.  Was the position advertised?
13   A.  Yes, ma'am.
14   Q.  Do you know how Melvin Lowe came to know
15      about the position?
16   A.  I assume he read the flier from the board,
17      I guess.
18   Q.  Did he express an interest --
19   A.  Yes, ma'am.
20   Q.  -- in obtaining this position?
21   A.  Uh-huh (positive response).
22   Q.  And how did this come about?  How did you
23      learn that Melvin Lowe was interested in

Page 16

1       this position?
2   A.  If I'm not mistaken, he contacted my
3       secretary.
4   Q.  Do you know if he had spoken to anyone else
5       prior to contacting your secretary about
6       the job?
7   A.  No, ma'am, I don't know.
8   Q.  Do you know if he had spoken to anyone at
9       central office about the job prior to
10      contacting your secretary?
11   A.  I have no idea.
12   Q.  Did you interview Mr. Lowe for the
13      position?
14   A.  Yes, ma'am.
15   Q.  What was your impression of Mr. Lowe based
16      on your interview?
17   A.  He had a very good interview.  The
18      questions I asked, he was very
19      knowledgeable, you know.  It was -- seemed
20      to be a likable person.
21   Q.  Did you have any concerns with regard to
22      Mr. Lowe when you interviewed him or
23      reservations, I guess?

4 (Pages 13 to 16)

Page 17

1   A.  Not particularly, no, ma'am.  We were in a
2       situation where at that point in time we
3       had been told that we were going to have --
4       I want to say 20 openings -- not 20 --
5       excuse me.  We were going to have 20
6       special ed teachers, which would have been
7       in excess of -- which would have left us
8       with about -- at that time about ten job
9       openings.  And so at that point, I had
10      no -- I had no reservations.  I mean, he
11      seemed to be okay.
12          Now, one practice I do is, you know,
13      people can come in to interview, and they
14      can sound wonderful, but I do check
15      backgrounds on people.
16  Q.  Okay.  And did you learn anything that
17      caused you any concern when you checked
18      Mr. Lowe's background?
19  A.  Yes, ma'am.  There was a question on his
20      certification in special education.
21  Q.  And what kind of certification was needed
22      for this job?
23  A.  Special ed certification.

Page 18

1   Q.  And you said there was a question of it.
2       Are you aware whether or not he had the
3       special ed certification?
4   A.  At that point in time, he did not.
5   Q.  What did you do when you learned that he
6       did not have the certification?
7   A.  When I contacted -- he contacted me I want
8       to say like the next day and sent some --
9       he sent some records from where --
10      copies -- not records, but actual copies of
11      records where he had supposedly done some
12      work.  And I contacted him and told him
13      until he got certified, you know, that --
14      you know, once that happened, you know, we
15      would see what we could do.
16  Q.  Okay.
17  A.  And until -- I mean, until right now, I
18      don't even know if he is certified as I
19      talk.
20  Q.  Did you ever speak with Jimmy Barker about
21      Mr. Lowe's certification?
22  A.  Yes, ma'am.  I contacted Mr. Barker, and he
23      told me that he was not sure that he was

Page 19

1       certified.
2   Q.  Did you call Mr. Barker on the phone?
3   A.  Uh-huh (positive response).  Contacted him
4       by phone.
5   Q.  When he told you that he wasn't sure if
6       Melvin Lowe was certified, did you ask that
7       he verify Melvin Lowe's credentials?
8   A.  He said that he would -- he told me he
9       would check with Ms. Jackson next door to
10      him -- I'm thinking that's her name, but
11      right at this point, her name evades me.  I
12      believe it's Ms. Jackson -- next door that
13      does certification.  He was going to check
14      with her.  And then I want to say in a
15      couple of days, Ms. Jackson called me -- it
16      may have been that afternoon or the next
17      day she called me -- to tell me at this
18      point, he was not certified.
19  Q.  Okay.  Are you familiar with emergency
20      special ed certification?
21  A.  I'm familiar with emergency certification,
22      yes, ma'am, whatever subject it may be in.
23  Q.  Have you ever hired a teacher who had an

Page 20

1       emergency certification?
2   A.  Yes, ma'am.  Not in special ed, though.
3   Q.  Okay.  What positions were they hired for?
4   A.  I want to say we had a science teacher.
5   Q.  What was the procedure for obtaining that
6       emergency certification?
7   A.  I don't know, ma'am.  I didn't do it.  I
8       had -- they had to work that out with
9       central office and had to work that out
10      with the Alabama Department of Education.
11      I didn't -- I try not to get involved in
12      that because, you know, that spends a lot
13      of time that I don't need to be worrying
14      about somebody else.
15  Q.  Okay.  Did you recommend Melvin Lowe for
16      the position, the special ed position?
17  A.  No, ma'am.
18  Q.  Who was hired for that position or who was
19      recommended for that position?
20  A.  Now, this is going to be detail, okay?
21      Because like I say, when he came to
22      interview, we had 20 -- we were going to
23      have 20 teachers.  I want to say I

Page 21

1     interviewed Mr. Lowe at the beginning, say,
2     the first ten days of July. I don't really
3     remember. But in the transition between
4     interviewing Mr. Lowe and the two weeks
5     following, we were cut from 20 positions.
6     It went down to 17, then it went down to
7     13, then it went down to where we were
8     going to have to give one back because of
9     funding. So at that point, we didn't -- I
10    didn't know if I was going to hire anybody
11    or not hire anybody or what the deal was.
12    Okay? So there was just a two-week or
13    three-week lull in there until we found out
14    exactly how many units of special ed we
15    were going to have. So that's -- that's --
16    at that point, during those two weeks, we
17    didn't really, you know, have a situation
18    to hire anybody.
19 Q.  Okay. Did you ever ultimately hire
20    somebody?
21 A.  Yes, ma'am.
22 Q.  And who was ultimately hired?
23 A.  Now, I can tell you the ones I hired last

Page 22

1     summer. I can't tell you in order of who
2     hired when or whatever.
3     I can tell you that there is a
4     Ms. Bailey that was hired after school
5     started because once our numbers came in to
6     special ed, they realized we had to have
7     some more units.
8     There was Ms. McCauley, who was a
9     transfer from Goodwyn or had been employed
10    at Goodwyn. I won't say transferred. She
11    may have been pink slipped, but she had
12    been at Goodwyn the year before.
13    A transfer from Floyd Elementary
14    School, Ms. Howard.
15    There was a teacher named Mr. Floyd we
16    hired during the summer.
17    There was a transfer from Houston
18    Hills, Ms. Parducci, P-A-R-D-U-C-C-I.
19    I'm thinking there's somebody I'm
20    leaving out. I know there's somebody --
21    there's somebody I'm not --
22 Q.  Okay.
23 A.  But anyway, there was probably seven once

Page 23

1     we got into the fifth day of school.
2 Q.  And all seven of these people were hired to
3    service Lee High School?
4 A.  Yes, ma'am.
5 Q.  And did all seven of these people have
6    special ed certification?
7 A.  Yes, ma'am.
8 Q.  Did all seven of these people have previous
9    experience teaching special ed?
10 A.  Oh, wait. Can I add this? Ms. McCall.
11    Okay. And we hired -- we had hired -- now,
12    she was hired as soon as school got out.
13    She was hired like in June.
14 Q.  Okay.
15 A.  Everybody except Ms. McCall had had
16    experience as a special ed teacher.
17    Ms. McCall was a special ed aide that had
18    just obtained her certification. The rest
19    of them have been special ed teachers.
20 Q.  Okay. Did you ever have any conversations
21    with Mr. Barker regarding Melvin Lowe when
22    you sought to hire him for this special ed
23    position?

Page 24

1     MS. CARTER: Object to the form.
2 Q.  Aside from the initial conversation where
3    you asked for him to check on Melvin's
4    certification?
5 A.  No, ma'am.
6 Q.  Did Mr. Barker ever tell you that you had
7    to hire a woman for the position?
8 A.  No, ma'am.
9 Q.  Has he ever told you that you had to hire a
10    black person or a white person to fill a
11    position?
12 A.  No, ma'am.
13 Q.  Did you ever have --
14    MS. CARTER: Y'all both talk
15    fast. I do, too. Make sure
16    you let her finish the
17    question, because she's trying
18    to type everything down.
19 A.  No, ma'am.
20 Q.  Have you ever had any conversations with
21    Dr. Purcell with regard to Melvin Lowe?
22 A.  No, ma'am.
23 Q.  Have you ever had any conversations with

Deposition of David Sikes
Lowe vs. MCBOE
January 24, 2006

Page 25

Carolyn Hicks about Melvin Lowe?
A. No, ma'am.
Q. And do you know of any reason why Melvin
Lowe wasn't hired for the position other
than his lack of special ed certification?
A. No, ma'am.
    (Brief recess.)
A. Can I add something to what I said while
ago?
Q. Yes.
A. I did talk to Ms. Hicks. I forgot about
it. I talked to Ms. Hicks prior to talking
to Mr. Barker, because they were in
transition of moving from him hiring
secondary to her hiring secondary, and all
she told me was to check with Mr. Barker to
make sure he was certified because she
didn't know.
Q. Okay. Have you ever gotten an emergency
certificate?
A. Me?
Q. Yes.
A. (Witness shakes head from side to side.)

Page 26

    MS. CARTER: You have to say yes
        or no.
A. No. No.
Q. Are you familiar with the process of how
someone would obtain an emergency
certificate?
A. I know that what I do is send them to
central office or to the state board of
education, they contact them, and there's
something to do with how many hours they
have and there's --
    Wait. Let me rephrase that. When you
say -- now, when you say emergency, you're
not talking about a --
    I know I can't ask him.
    MS. CARTER: You're on your own.
A. For example, my physical education -- I had
enough physical education hours in
undergraduate school that I was able to get
a master's degree. A nontraditional
master's degree is what I'm talking about.
That's not an emergency. That's just
nontraditional. I do have a

Page 27

nontraditional, but not an emergency.
Q. Okay.
A. Okay.
Q. Do you know if the emergency certification
is something that's initiated by the
applicant or the school district?
A. I don't -- I would say that it could be by
either one, I think. I'm not sure.
Q. Okay. And I know you said you had hired
somebody once before, I think a science
teacher?
A. Yes, ma'am.
Q. Was that a simple process for the science
teacher to obtain that emergency
certification?
    MS. CARTER: Object to the form.
Q. You can still answer.
A. Okay. I don't know. I just know that we
were short of science teachers, we didn't
have any, and the young lady had a degree
in just basic chemistry, and I contacted
downtown and they worked with her. I don't
know exactly what -- how the process went

Page 28

through.
Q. How long did it take for her to receive the
certification?
A. I want to say it took around two to three
weeks. I don't know for sure, though.
Q. Were you able to employ her prior to her
getting her certification?
A. No.
Q. Were you able to continue with the process
of securing her employment while she was
awaiting her emergency certification?
A. Not -- I know that we could not hire her
until that was taken care of.
Q. When you contacted the district office
about her emergency certification, were you
told whether or not it would be a
successful process for her?
A. Didn't know.
Q. Did you continue interviewing other people
for the position while waiting for her
certification?
A. No, because that's all we had.
Q. Okay.

7 (Pages 25 to 28)

Case 2:05-cv-00495-WKW-SRW     Document 24-23     Filed 05/05/2006     Page 10 of 25

Deposition of David Sikes                                                                    Lowe vs. MCBOE                                                                    January 24, 2006

Page 29

1   A.   She was -- I mean --
2   Q.   Okay. Had Mr. Lowe been certified in
3        special education, would you have
4        recommended him for the position?
5   A.   Yes.
6   Q.   With regard to --
7   A.   Can I add to that?
8   Q.   Yes.
9   A.   Having -- I would have recommended him
10       based on just our interview, but I would
11       have checked his background, his references
12       of where he had been, and I can't say that,
13       you know, after that I would have. I don't
14       know because I didn't talk to them.
15  Q.   Did you check any of his references?
16  A.   No, ma'am, because when I talked to Carolyn
17       Hicks, I knew he had a history in
18       Montgomery County. She said, I don't know
19       if he's certified. Once she did that, I
20       called Mr. Barker, and he said, I don't
21       think -- I don't know about his
22       certification. I didn't waste time calling
23       anybody until I found out about

Page 30

1        certification.
2   Q.   Okay. In that interview, did you speak --
3        did you speak to Mr. Lowe with regard to
4        what type of position he would want,
5        whether it be in sciences or English?
6   A.   Yes, ma'am, I did ask what his strong suit
7        was, what his basic -- you know, what he
8        was good at in school, that stuff, you
9        know. Because we were searching for an
10       inclusion teacher for the four core areas,
11       because that's what we were looking for.
12  Q.   Did he advise you that he was eligible for
13       an emergency certification?
14  A.   I don't remember that, no, ma'am. I don't
15       know. I know he said that -- I know he
16       said that everything would be in order, but
17       I don't -- you know...
18  Q.   Okay. Did you ever speak to Mr. Lowe after
19       this initial interview process or this
20       initial interview?
21  A.   I want to say I talked to him once on the
22       phone, but I don't know. I know he called
23       several times and talked to my secretary.

Page 31

1        I know he came several times and sat
2        outside my office and waited for me to
3        be -- to try to be through with my
4        interviews.
5   Q.   Did you ever speak to him on any of these
6        occasions?
7   A.   Actual call him in to talk to him, no,
8        ma'am.
9   Q.   Did you ever have any passing conversations
10       with him when he was waiting outside your
11       office?
12  A.   I think I spoke one time on the way between
13       interviewing other people, I think.
14  Q.   Do you recall the context of that
15       conversation?
16  A.   Hey, how are you. You know, I don't...
17  Q.   Did you ever express to Mr. Lowe your
18       interest in hiring him for this position?
19  A.   I told him, like I said, that day that as
20       soon as we got everything in order, we
21       would see what we could do. Other than
22       that, no, ma'am.
23  Q.   Okay. With regard to the hiring process,

Page 32

1        when you're looking to hire a new teacher
2        at the school, does the process begin with
3        you interviewing potential applicants?
4   A.   Well, I guess the process would begin with
5        the opening from downtown's announcement.
6        And then, yes, ma'am, it begins with me
7        interviewing the teachers.
8   Q.   And once you've interviewed the teachers,
9        what do you tell Mr. Barker or HR with
10       regard to your interviews?
11  A.   Usually I call and I'll say I have a
12       teacher that I'd like to see about us
13       getting hired. I've checked -- you know, I
14       usually let them know I've checked with
15       whoever, whatever, and then he'll know if
16       they have certification or not or if
17       there's a question or whatever. And then,
18       you know, we go from there. And I
19       recommend and then he tries -- he talks I
20       guess with one of his secretaries or one of
21       the ladies down there to put it in the
22       minutes for the board or send it to the
23       superintendent and then the superintendent

8 (Pages 29 to 32)

Page 33

1  recommends and then the board.
2  Q. Okay. So do you typically give Mr. Barker
3    one name of someone that you want for the
4    job?
5  A. For one job? Yes, ma'am. I don't usually
6    give -- well, let me -- no, no. There have
7    been times in the past when I was -- I
8    narrowed it down to three, you know, or
9    two. I'll take, you know, either one of
10   these that you -- you know. They're all
11   about the same, I've narrowed it down to
12   three, so, you know, just pick which one
13   you -- or which one -- if there's another
14   principal that likes one better, I don't
15   care. Just give me one of these three. I
16   have done that in the past.
17 Q. Do you always give numerous candidates'
18   names?
19 A. I would say probably in the situation where
20   there are numerous candidates, I usually do
21   give more than one. But usually -- like,
22   for example, the science teacher I was
23   talking about earlier, there may be only

Page 34

1  one candidate that fits what we need.
2  Q. So there have been situations where you've
3    given just one name to Mr. Barker?
4  A. Yes, ma'am.
5  Q. And was that person placed in the position
6    that you recommended them for?
7  A. Yes, ma'am.
8  Q. Has there ever been a time when you've
9    recommended somebody for a position and
10   they were not placed in that position?
11 A. No, ma'am.
12 Q. Was there an assistant principal position
13   available at Lee -- no --
14 A. Lee High.
15 Q. Lee High in 2005, the same summer?
16 A. Yes, ma'am.
17 Q. Was that position posted?
18 A. Yes, ma'am.
19 Q. And did Melvin Lowe respond?
20 A. Yes, ma'am. He contacted my secretary and
21   said he wanted to be considered for the
22   position.
23 Q. Did he ever set up an interview with you?

Page 35

1  A. I think he did, but I canceled it.
2  Q. And why was the interview canceled?
3  A. Because during the time of the opening for
4    the special ed, not trying to be rude
5    towards Melvin, but he badgered the crap
6    out of me and my secretary. And it was
7    obvious to me he could not follow
8    directions, what I had told him to do, so I
9    did not want him as an administrator at my
10   school.
11 Q. Did you ever advise Mr. Lowe as to why the
12   interview was canceled?
13 A. I didn't, no, ma'am.
14 Q. How many applicants did you consider for
15   that position?
16 A. Considered? There was about 12 that called
17   that I talked with maybe on the phone or
18   read their resumes, but there was only -- I
19   think there was five or six I interviewed,
20   came in.
21 Q. And who did you ultimately recommend for
22   this position?
23 A. John Johnston.

Page 36

1  Q. And when you decided on Mr. Johnston, was
2    that after you had interviewed him?
3  A. Yes, ma'am, and also I had past work
4    history. Most of the people I interviewed,
5    I had some knowledge of their past work,
6    so -- but it was after I interviewed him,
7    yes, ma'am.
8  Q. Had you had any conversations with anybody
9    at central office during the process before
10   making your decision on Mr. Johnston?
11 A. No, ma'am.
12 Q. When you decided that you wanted --
13 A. Wait. Let me rephrase that. All the
14   candidates that were for assistant
15   principal had to go through a process
16   downtown to be okayed through them, so I
17   did have -- you know, I had a list of
18   people that had been through their process.
19 Q. Okay.
20 A. And so I guess technically, I didn't have a
21   conversation, but I had a list of people
22   that were -- had been through their
23   process.

9 (Pages 33 to 36)

Page 37

1  Q.  So you had never spoken to anyone at
2       central office about any candidate in
3       particular?
4  A.  No, ma'am.
5  Q.  Okay.  After you decided on Mr. Johnston,
6       what was the next step as far as hiring
7       him?
8  A.  I recommended -- I gave him the --
9       actually, I gave him -- during that time, I
10      gave him a ranking of two that I would
11      take, and I told him that I -- you know, I
12      really preferred Mr. Johnston.  So that's
13      what -- I guess it went through the chain
14      then.
15 Q.  And when you say you gave him, are you
16      referring to Mr. Barker?
17 A.  Yes.  I'm sorry.
18 Q.  Okay.  Who was the other person that you
19      recommended aside from Mr. Johnston for
20      this position?
21 A.  I believe it was Ron Ashley.
22 Q.  Okay.  And was Mr. Johnston hired for the
23      administrative assistant --

Page 38

1  A.  Yes, ma'am.
2  Q.  -- I mean, assistant principal position?
3  A.  Yes, ma'am.
4  Q.  Is he still in that position?
5  A.  Yes, ma'am.
6  Q.  Had Mr. Barker or Carolyn Hicks ever said
7       anything to you at all about Melvin Lowe?
8  A.  Other than the conversation about the
9       question of certification.
10 Q.  And tell me again what you remember about
11      that conversation.
12 A.  Okay.  The first one, Carolyn Hicks.  I
13      called and she -- I mentioned -- I said,
14      I've got a special ed job.  I said, I want
15      to look at hiring Melvin Lowe or see what I
16      need to do, check, whatever.  And she said,
17      I don't believe he's certified.  You need
18      to check with Mr. Barker.  So I hung up.
19          I contacted Mr. Barker.  He said, I
20      don't -- he said the same thing, I don't
21      believe he's certified, but I will check
22      with Ms. Jackson, Cynthia.  So then I want
23      to say either that afternoon or the next

Page 39

1       day, Ms. Jackson called me back to tell me
2       that he was not certified.
3  Q.  Okay.
4  A.  That there was some questions about some
5       course work he had done, but that
6       technically, he was not certified.  So --
7  Q.  Did either Mr. Barker or Ms. Jackson or
8       Ms. Hicks say anything to you about the
9       possibility of an emergency certification?
10 A.  No, ma'am.  I didn't pursue that because at
11      that point in time, I had -- the only time
12      I've ever even asked that question was like
13      with the science teacher.  I didn't have
14      anybody else.  And I had -- I think the day
15      he came in, I had like four or five, six
16      other interviews, had six or seven the next
17      day, so I didn't pursue it.  I didn't bring
18      it up to them and they didn't bring it up
19      to me.
20 Q.  Okay.  Do you have any documents or any
21      calendar entries or anything to show when
22      you had these conversations with Mr. Barker
23      or Ms. Hicks or Ms. Jackson?

Page 40

1  A.  No, ma'am, not as I know of.
2  Q.  Do you recall the dates of when that was?
3  A.  I could probably look on my calendar and
4       see what date I interviewed Mr. Lowe.  I
5       want to say that I contacted them the day
6       after, once my interviews were over.  I
7       mean, I could find a date, but I don't -- I
8       don't particularly -- I can't pinpoint and
9       say, you know.
10 Q.  Okay.  Now, you stated that after the
11      interview for the special ed position that
12      Mr. Lowe badgered you and your secretary.
13 A.  Yes, ma'am.
14 Q.  Tell us a little bit more about what he
15      did.
16 A.  Like I said earlier, he came and sat --
17          Have you ever been to Lee High School?
18      Like the main office you have, and then I
19      have an office that you can see the main
20      office out of it.  And he would sit
21      there -- I know one day he sat there for a
22      long time while I was -- I want to say I
23      was interviewing.  I was doing some sort of

Page 41

```
 1        work. I don't know. But I had my door
 2        closed and he sat there. One day he
 3        brought some sort of beauty products to my
 4        secretary. He called several times. And I
 5        kept telling her to tell him until -- when
 6        I got certification or when, you know,
 7        something came available, I would let --
 8        you know, I would contact him. And he
 9        kept -- he just kept calling and kept
10        coming by and I just -- you know, it just
11        got old.
12    Q.  And what's your secretary's name?
13    A.  Ms. West. Tonda West.
14    Q.  How do you spell that?
15    A.  T-O-N-D-A, W-E-S-T.
16    Q.  And when you said he sat out there for a
17        long time when you were working on some
18        stuff, how long was he out there?
19    A.  I don't -- it seemed like a long time,
20        but -- I know I was interviewing people,
21        and usually an interview takes anywhere
22        from -- depending on what I'm interviewing
23        for, anywhere from 20 to 45 minutes. And I
```

Page 42

```
 1        want to say one day he sat through two or
 2        three, and another day he sat maybe an hour
 3        or -- you know, I don't know.
 4    Q.  Okay. How many times did this happen?
 5    A.  I want to say he came by twice and called
 6        several times. I don't know how many.
 7    Q.  Okay. And at any point when Mr. Lowe had
 8        come by your office, did anybody -- do
 9        you -- I'm sorry. At any point that he
10        came by your office, did you ever speak to
11        him aside from that one time you told me
12        where you just passed him?
13    A.  I don't think so, no, ma'am. Because if
14        I'm not mistaken, the day that I had the
15        door closed I don't think I ever opened it,
16        because I was in the middle of working on
17        something or doing something. But I
18        remember him sitting out there.
19    Q.  Okay. And did anybody -- did anybody ever
20        return his phone calls, the messages that
21        he left?
22    A.  My secretary had returned and talked to
23        him. I had her call him. And then I had
```

Page 43

```
 1        her -- she had set up the interview, and
 2        then I told her to unset up the interview,
 3        so she called him back to tell him.
 4    Q.  Okay. And was Mr. Lowe ever advised on any
 5        of these visits to your office or these
 6        phone calls the reason that no one was
 7        meeting with him or talking to him?
 8    A.  No, ma'am. At that time, you know, for the
 9        position that he had initially interviewed
10        for, it was when I told you we were -- you
11        know, we weren't sure how many units we
12        were going to have. They backed everything
13        up. So at that point, I had no job to
14        offer him.
15    Q.  Okay. When Mr. Lowe was waiting outside in
16        your lobby, did anyone tell him that he
17        needed to leave?
18    A.  I don't recall anybody telling him he
19        needed to leave.
20    Q.  Did anybody ever tell him he needed to not
21        drop by the office again?
22        MS. CARTER: Object to the form.
23    A.  She -- I don't recall that --
```

Page 44

```
 1        MS. CARTER: You can answer.
 2    A.  I don't recall that, no, ma'am. I know she
 3        had told him that I was busy and it would
 4        be a while. If he -- you know, if he
 5        waited, it would be a while before I would
 6        be able to see him.
 7    Q.  Okay. You said that -- the science teacher
 8        that got the emergency certification, were
 9        there no other applicants that you liked or
10        no other applicants that applied for the
11        position?
12    A.  At that point in time, there were no other
13        applicants that were certified in just
14        chemistry. This was for a chemistry
15        teacher. At that point in time, we didn't
16        have any. This was my first year at Lee,
17        and I had been hired like -- if I'm not
18        mistaken, July 1st, and we start school
19        August 1st, so we were kind of at the end
20        of the hiring process.
21    Q.  Were there any applicants who had any kind
22        of science certification that applied for
23        the job?
```

11 (Pages 41 to 44)

1    A.  I don't remember.  I don't remember.  I
2         just know that I went out and kind of found
3         this person, you know, right before school
4         started.
5    Q.  And who was this person that had the
6         emergency certification?
7    A.  Courtney Whigham.
8    Q.  And is Courtney a male or female?
9    A.  Female.
10   Q.  And is she black or white?
11   A.  White.
12   Q.  Okay.  I think that's it.
13              EXAMINATION
14   BY MS. CARTER:
15   Q.  When was that?
16   A.  That was in 2004.
17   Q.  2004?
18   A.  Yes, ma'am, summer.
19   Q.  You said that you don't know whether
20        somebody told Mr. Lowe that he should
21        leave.  Did you make it clear to Mr. Lowe
22        that you didn't know if you were going to
23        be able to hire him in that position, that

1         you would contact him if you could?
2    A.  Yes, ma'am.
3    Q.  Did your secretary tell him on more than
4         one occasion that you would get in contact
5         with him if you had a position for him?
6    A.  Yes, ma'am.
7    Q.  You went over a group of several names of
8         special ed folks that came to you this
9         summer -- well, the summer of 2005.
10   A.  Yes, ma'am.
11   Q.  And just for clarification, a good number
12        of these were transfer of special ed
13        teachers from other schools, correct?
14   A.  Yes, ma'am.
15   Q.  And I think you said that one of your -- a
16        new hire would have been a lady by the name
17        of Ms. McCall?
18   A.  Right.
19   Q.  Do you know her first name?
20   A.  Valerie.
21   Q.  And she was hired in June, correct?
22   A.  Yes, ma'am.  She was hired as soon as
23        school was out.  I say June.  It may have

1         been the end of May.
2    Q.  So that was before you had an interview
3         with Mr. Lowe?
4    A.  Yes, ma'am.
5    Q.  And had she worked in your school before?
6    A.  Yes, ma'am.  She was a special ed aide at
7         my school.
8    Q.  Is that why you wanted to hire her?
9    A.  Yes, ma'am.
10   Q.  Who was -- do you know from this list who
11        was -- because I'm forgetting right now --
12        who was the other new hire or someone that
13        was not transferred?
14   A.  Mr. Floyd was a new hire from Chilton
15        County.
16   Q.  Oh, I thought he came from Houston Hills.
17        I might have written that down wrong.
18   A.  No.  Mr. Floyd came from Chilton County,
19        and he was hired early in -- or mid-June
20        before I interviewed Mr. Lowe.
21            Ms. Bailey, the first one out, she was
22        a new hire, but she was hired I want to say
23        three or four days after school started.

1    Q.  So just to kind of put this in perspective,
2         at the time that you interviewed
3         Mr. Lowe -- I know you described this a
4         little bit.  But at the time you
5         interviewed Mr. Lowe in mid July when there
6         was this flux about how many special ed
7         positions you were going to have, there was
8         no hiring during that period, correct,
9         during that two or three-week period of
10        time for special ed?
11   A.  Not as far as I know, no, ma'am.
12   Q.  And these other folks got transferred to
13        you, and then Ms. Bailey was hired after
14        school started?
15   A.  That's right.
16   Q.  Okay.  And she was certified in special
17        education?
18   A.  That's correct.
19   Q.  Did you have to work with or make any
20        efforts to get any of these people we've
21        talked about that were brought to your
22        school in the summer of 2005 in special ed,
23        did you have to do anything with them to

**Page 49**

1      get emergency certification?
2  A.  Unh-unh (negative response).
3  Q.  Yes or no.
4  A.  No.
5  Q.  And all of them had prior special education
6      teaching experience except for Ms. McCall?
7  A.  Yes.  As far as I know, yes, ma'am.  And
8      Ms. McCall actually had some -- she was an
9      aide that worked with special education
10      classes.
11  Q.  Did Mr. Barker ever tell you that you
12      couldn't hire Melvin Lowe?
13  A.  No.
14  Q.  Did he ever talk to you about a lawsuit or
15      anything Melvin Lowe had done against the
16      school system?
17  A.  No.
18  Q.  Do you know Melvin Lowe's mother?
19  A.  Yes.
20  Q.  Do you know anything about any lawsuit
21      she's ever filed against the school system?
22  A.  No.
23  Q.  When you interviewed Melvin Lowe, did you

**Page 50**

1      know if he had filed an EEOC charge or a
2      lawsuit against the school system?
3  A.  No.
4  Q.  More specifically, because I don't know if
5      we got it on the record, did anybody ever
6      tell you that you couldn't hire Melvin as
7      an assistant principal?
8  A.  No, ma'am.
9  Q.  Did you converse with anybody about your
10      decision to cancel that interview other
11      than your secretary?
12  A.  No, ma'am.
13  Q.  What is the race and sex of John Johnston?
14  A.  White male.
15  Q.  Okay.  That's it.
16          MS. DUGAS:  I have a couple
17          questions.
18          EXAMINATION
19  BY MS. DUGAS:
20  Q.  The science teacher that you hired, was her
21      name withdrawn after you realized -- after
22      you found out she did not have
23      certification?

**Page 51**

1  A.  No, ma'am.
2  Q.  Were there any steps taken to stop the
3      hiring process pertaining to this teacher
4      while awaiting her certification?
5  A.  Explain that, please.
6  Q.  Did you notify central office that this
7      individual did not have the proper
8      certification?
9  A.  Yes.  Yes, I did.
10  Q.  And what happened in the interim while you
11      were awaiting the emergency certification?
12  A.  Just waiting for her to get certification.
13      There was nothing -- you know, nothing
14      to -- kept looking for a science teacher,
15      but we didn't find any.
16  Q.  And with regard to Ms. McCall, you stated
17      that she had been a special ed aide in your
18      school --
19  A.  Yes, ma'am.
20  Q.  -- prior to her becoming a special ed
21      teacher?
22  A.  Yes, ma'am.
23  Q.  And is it a good practice as principal to

**Page 52**

1      hire people that you've worked with and
2      that you're familiar with for positions?
3  A.  Yes, ma'am.  I think if you have people
4      that have good qualities and you know are
5      dependable, I think it's important to hire
6      those people.
7  Q.  And in your experience, would you tend to
8      hire someone that you were familiar with
9      and had worked with over someone that you
10      had just interviewed in the interview
11      process?
12  A.  As long as I had good -- a good feeling for
13      them prior to, you know, I knew their
14      background and their -- you know, their
15      working relationship with other people and
16      that you could depend on them and they
17      would be where they're supposed to be, you
18      know, do what they're supposed to do, yes,
19      ma'am.
20          MS. CARTER:  Just one
21          clarification.
22          EXAMINATION
23  BY MS. CARTER:

13 (Pages 49 to 52)

Page 53

1   Q.  This science teacher that we've been
2      talking about in the summer of 2004 for I
3      guess the 2004-2005 school year, you said
4      you kept looking for a science teacher in
5      the meantime; is that correct?
6   A.  Let me rephrase that. A chemistry teacher.
7   Q.  A chemistry teacher?
8   A.  Because science is different from
9      chemistry. You know what I'm saying.
10   Q.  And just for clarification. If you had
11      interviewed a teacher that was certified in
12      chemistry, would you have hired that person
13      as long as they were qualified to teach
14      chemistry?
15   A.  Once again, in hiring, probably so,
16      depending on if everything else checks out,
17      you know; she's not a person that's not
18      ever at work, if she's not a person that
19      you can depend on.
20   Q.  Well, I guess for clarification --
21   A.  All things being equal, if you have the
22      science teacher I hired and this other lady
23      that's certified, yes, I would have hired

Page 54

1      the lady that was certified rather than
2      going through the emergency deal.
3   Q.  Okay. Thanks.
4      MS. DUGAS: Okay. I have just a
5      clarification question on
6      that.
7      EXAMINATION
8 BY MS. DUGAS:
9   Q.  So if a chemistry certified teacher had
10      come in with the requisite certification
11      and experience during the process that you
12      were awaiting emergency certification for
13      this current teacher, if for some reason
14      you didn't feel as comfortable with the
15      certified teacher, you would have continued
16      the process for the emergency certification
17      for the teacher that you had hired?
18      MS. CARTER: Object to the form.
19      Go ahead.
20   A.  Okay. Now, when you say feel as
21      comfortable, if I had called a previous
22      employer and a previous employer had said,
23      you know, there's 180 school days and she's

Page 55

1      out 60 of them, yeah. I'm not going to --
2      I don't feel like that's -- you know, I
3      think that would -- that would help me or
4      that would make me continue my process I
5      was doing. If not, you know, then, you
6      know, I probably would have hired the
7      certified teacher.
8   Q.  If this hypothetical certified chemistry
9      teacher, you just didn't have as good a
10      feel for her -- nothing bad in her
11      personnel file, no red flags, but you just
12      had a much better feel for the person that
13      you did ultimately hire -- would you have
14      continued the emergency certification
15      process for her?
16   A.  Okay. I would have waited to see if she
17      could have got emergency certification,
18      yes, ma'am. I didn't do a process. I sent
19      her and let her go handle all that.
20   Q.  Okay. Okay. How exactly did you find this
21      person who got the emergency certification
22      in chemistry?
23   A.  Another administrator had contacted me.

Page 56

1      There was a transition because when I was
2      hired at Lee, there was -- I want to say
3      the principal retired, the three assistant
4      principals moved to different schools, and
5      one of the assistant principals told me
6      about this young lady that -- to contact
7      because she had been interested in seeing
8      about getting a teaching certificate.
9   Q.  Had this lady worked in the school that
10      this --
11   A.  The administrator?
12   Q.  Who was the administrator?
13   A.  Now you're going to ask me a question I
14      can't answer because I don't know her name.
15      THE WITNESS: Can I just ask him
16      what her name is?
17      MS. CARTER: No. Just say you
18      don't know.
19   Q.  I'm trying to make it not so --
20   A.  She was at Lee. She was at Lee. And I'm
21      so embarrassed, because I'm good friends
22      with her. Liz Norman.
23   Q.  Liz Norman.

14 (Pages 53 to 56)

Page 57

1  A.  Liz Norman was at Lee. And she said, you
2      know, this person is a friend of mine.
3      She's a chemist in a lab, but she's
4      interested in seeing about getting a
5      teaching certificate. You may want to call
6      her if you can't find anybody else.
7  Q.  Had this person ever done any teaching
8      before?
9  A.  No.
10 Q.  Had this person ever applied for a teaching
11     certificate prior to this emergency
12     certification?
13 A.  No.
14 Q.  Did you interview anyone else for this
15     position?
16 A.  I don't remember.
17 Q.  Was this science teacher position posted
18     through the Montgomery County School Board?
19 A.  Yeah, I'm sure it was. Yes, ma'am.
20 Q.  And you said that while you were waiting on
21     her certification --
22 A.  Can I clarify something?
23 Q.  Yes, ma'am.

Page 58

1  A.  As I'm sitting here, as we're talking about
2      it -- because she has just finished --
3      there's a difference between a true
4      emergency certificate -- She had enough
5      undergraduate hours, just like I did, that
6      she received a nontraditional master's in
7      chemistry. So while -- the time that
8      you're in school, you have three years to
9      finish the nontraditional master's. So she
10     was not technically under an emergency
11     certificate. It's more of a -- the state
12     of Alabama gives you a grace period that
13     you have three years to finish your
14     master's work, and that's what she was on.
15     So technically, it was not an emergency
16     certificate. I guess I should, you know,
17     clarify that.
18 Q.  Okay. I'm confused with the nontraditional
19     master's. I'm going to get you to clarify
20     that.
21 A.  For example, like the one I have in PE. I
22     had enough undergraduate hours in PE that I
23     could --

Page 59

1      The state had a shortage of teachers.
2  Let me just give you the history. The
3  state had a shortage of teachers in math
4  and science. And so what they did, they
5  went ahead and opened it up for math and
6  science and then they opened it up for
7  everybody to where if you have enough
8  undergraduate hours in a subject --
9  science, chemistry, whatever it is -- that
10 instead of having to go back and go all
11 through your undergraduate degree, they
12 would give you an opportunity to get what's
13 called a nontraditional master's degree.
14 Okay? So that you could go and take -- and
15 skip some of your education courses that
16 you would have had to have taken as an
17 undergraduate, you would take them as a
18 graduate student. Then when you came out,
19 you would have a master's degree and be
20 able to teach under a master's degree
21 certification.
22     Okay. An emergency certificate is
23 different because with an emergency

Page 60

1  certificate, the person is not enrolled in
2  graduate school. The person is just, you
3  know, here. We don't have anybody to stick
4  in here, but we have somebody that has
5  enough hours in, say, science that we can
6  put them in, but they're not enrolled in
7  graduate school. She was enrolled in
8  graduate school as a nontraditional
9  master's candidate.
10 Q.  Okay. And you said her name was Courtney?
11 A.  Whigham.
12 Q.  Okay. And just so that I'm clear, when you
13     interviewed Ms. Whigham for the position,
14     was she currently enrolled in school?
15 A.  No. She was currently employed as a
16     chemist in a lab.
17 Q.  Okay. I have an undergraduate degree in
18     English.
19 A.  Okay.
20 Q.  If I --
21 A.  You want a job?
22 Q.  This is for clarification. If I wanted to
23     get the nontraditional master's that you

15 (Pages 57 to 60)

Page 61

1   were speaking of to teach in English, would
2   it require additional schooling on my part?
3   A.  Yes -- no.  Excuse me.  You have -- if you
4   wanted to enroll, what would happen, you
5   would have to go down to the state
6   department.  You carry them your
7   transcript.  They would look at your
8   transcript to see if you had enough hours,
9   and then they would enroll you in this
10  nontraditional master's program.  Okay?
11  You would have to come back to the school
12  system and -- with proof that you're
13  registered in school in a master's program,
14  and then the state will issue you a
15  three-year waiver certificate -- or one per
16  year.  I don't know if it's a waiver for
17  three years, but there's three years that
18  you've got to complete your master's
19  degree.
20  Q.  So I would have to go back and complete
21  more course work?
22  A.  Yes.
23  Q.  Did Ms. Whigham go back to school to

Page 62

1   complete more course work?
2   A.  Yes.
3   Q.  When did she enroll in school or re-enroll,
4   I guess?
5   A.  I guess that's like that fall of when she
6   started teaching, because she has completed
7   it now.
8   Q.  So she taught for three years?
9   A.  No, one.
10  Q.  One year?
11  A.  Just one year.  This is her second year.
12  Q.  Okay.  So she went -- re-enrolled in school
13  with only her bachelor's degree in science?
14  A.  In chemistry.
15  Q.  In chemistry?
16  A.  Right.
17  Q.  And proceeded to teach at Lee High while in
18  the process of obtaining further education?
19  A.  That's correct.
20  Q.  Does she have the nontraditional master's
21  as of this date?
22  A.  I believe she does, yes, ma'am.  I believe
23  her course work is through.

Page 63

1   Q.  Do you know when she completed this course
2   work?
3   A.  I think at the end of last quarter, I
4   believe, now.  I'm just speaking off the
5   top of my head.  I'm not sure.  But I think
6   that's what she -- I heard her say the
7   other day.
8   Q.  Do you know if she's ever obtained an
9   Alabama teaching certificate?
10  A.  She obtained one when she finished her
11  course work or -- and the certificate is
12  valid for those three years when you're in
13  the nontraditional program.  So she has a
14  certificate.  It's pending, the last one.
15  Q.  Okay.  Do you have any records about who
16  applied for this chemistry teacher position
17  or who you interviewed for this position?
18  A.  I don't know.  I can go look.  I mean, it
19  may be on the calendar.  If I have it, I
20  have just the -- of who I interviewed on
21  the calendar, but, you know...
22  Q.  Okay.  And what action did you take to
23  continue looking for a science teacher

Page 64

1   during this process once you first
2   interviewed Ms. Whigham?
3   A.  I want to say that I, you know, kept
4   interviewing, kept looking for a chemistry
5   teacher.  Not just a science teacher.
6   Q.  Right.  I'm sorry.
7   A.  And I don't believe we found any.  And I
8   know I kept interviewing, because we
9   hired -- I want to say we hired -- if I'm
10  not mistaken, we hired a couple of science
11  teachers, but none of them were based in
12  true chemistry.
13  Q.  Do you have any records of who you
14  interviewed for that position?
15  A.  I don't know.  It's on the calendar, but
16  I'll have to go look and tell you.
17  Q.  Okay.  That's it.  Thank you.
18
19
20  * * * * * * * * * * * *
21  FURTHER DEPONENT SAITH NOT
22  * * * * * * * * * * * *
23

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 65

1          REPORTER'S CERTIFICATE
2     STATE OF ALABAMA:
3     MONTGOMERY COUNTY:
4          I, Patricia G. Starkie, Registered
5     Diplomate Reporter, CRR, and Commissioner for the
6     State of Alabama at Large, do hereby certify that I
7     reported the deposition of:
8               DAVID SIKES
9     who was first duly sworn by me to speak the truth,
10    the whole truth and nothing but the truth, in the
11    matter of:
12          MELVIN LOWE,
13          Plaintiff,
14          Vs.
15          MONTGOMERY COUNTY BOARD
16          OF EDUCATION, et al.,
17          Defendants.
18          In The U.S. District Court
19          For the Middle District of Alabama
20          Northern Division
21          Case Number 2:05-CV-0495
22    on January 24, 2006.
23          The foregoing 64 computer printed pages

Page 66

1     contain a true and correct transcript of the
2     examination of said witness by counsel for the
3     parties set out herein.  The reading and signing of
4     same is hereby waived.
5          I further certify that I am neither of kin
6     nor of counsel to the parties to said cause nor in
7     any manner interested in the results thereof.
8          This 31st day of January 2006.
9
10
11          _____
            Patricia G. Starkie, Registered
12          Diplomate Reporter, CRR, and
            Commissioner for the State
13          of Alabama at Large
            14
15
16
17
18
19
20
21
22
23

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Deposition of David Sikes    Lowe vs. MCBOE

## A

**able** 26:19 28:6,9 44:6 45:23 59:20
**about** 5:16 8:15 15:15 15:22 16:5,9 17:8,8 18:20 20:14 25:1,11 26:14,21 28:15 29:21 29:23 32:12 33:11,23 35:16 37:2 38:7,8,10 39:4,8 40:14 48:6,21 49:14,20 50:9 53:2 56:6,8 57:4 58:1 63:15
**across** 7:2
**action** 1:7 63:22
**actual** 18:10 31:7
**actually** 37:9 49:8
**add** 23:10 25:8 29:7
**additional** 61:2
**address** 4:18,19,21
**administration** 5:21 6:4,7
**administrative** 8:12 37:23
**administrator** 7:7 35:9 55:23 56:11,12
**advertised** 15:12
**advise** 30:12 35:11
**advised** 43:4
**after** 4:8 12:4 22:4 29:13 30:18 36:2,6 37:5 40:6,10 47:23 48:13 50:21,21
**afternoon** 19:16 38:23
**again** 11:9 38:10 43:21 53:15
**against** 49:15,21 50:2
**age** 5:14
**ago** 25:9
**agreed** 3:2,18 4:2
**agreement** 1:15
**ahead** 14:10 15:6 54:19 59:5
**aide** 23:17 47:6 49:9 51:17
**al** 65:16
**Alabama** 1:2,17,20 2:6 2:11 3:10 6:3 8:2,13 20:10 58:12 63:9 65:2,6,19 66:13
**always** 33:17
**ANDERSON** 2:4
**announcement** 32:5
**another** 33:13 42:2 55:23
**answer** 27:17 44:1 56:14

**anybody** 21:10,11,18 29:23 36:8 39:14 42:8,19,19 43:18,20 50:5,9 57:6 60:3
**anyone** 7:18 11:21 16:4 16:8 37:1 43:16 57:14
**anything** 11:16 17:16 38:7 39:8,21 48:23 49:15,20
**anyway** 22:23
**anywhere** 41:21,23
**APPEARANCES** 2:1
**applicant** 27:6
**applicants** 32:3 35:14 44:9,10,13,21
**application** 11:2,4
**applied** 11:21 44:10,22 57:10 63:16
**appointments** 14:18
**approximately** 1:21
**areas** 30:10
**around** 28:4
**Ashley** 37:21
**Ashville** 8:21 9:8
**aside** 24:2 37:19 42:11
**asked** 16:18 24:3 39:12
**assigned** 12:16
**assistant** 8:18,20,22 9:3 9:13,18 10:10,19 34:12 36:14 37:23 38:2 50:7 56:3,5
**assume** 15:16
**Attorneys** 2:5,10
**Auburn** 8:19
**August** 44:19
**available** 15:4 34:13 41:7
**awaiting** 28:11 51:4,11 54:12
**aware** 18:2
**a.m** 1:21

## B

**B** 2:8
**bachelor's** 62:13
**back** 21:8 39:1 43:3 59:10 61:11,20,23
**backed** 43:12
**background** 5:17 17:18 29:11 52:14
**backgrounds** 17:15
**bad** 55:10
**badgered** 35:5 40:12
**Bailey** 22:4 47:21 48:13

**Barker** 2:13 10:21 18:20,22 19:2 23:21 24:6 25:13,16 29:20 32:9 33:2 34:3 37:16 38:6,18,19 39:7,22 49:11
**based** 16:15 29:10 64:11
**basic** 27:21 30:7
**basically** 13:2
**beauty** 41:3
**becoming** 51:20
**BEERS** 2:8
**before** 1:15 3:8 6:10 12:3 22:12 27:10 36:9 44:5 45:3 47:2,5 47:20 57:8
**begin** 32:2,4
**beginning** 21:1
**begins** 32:6
**being** 10:23 11:17 12:15,16 53:21
**believe** 13:8 19:12 37:21 38:17,21 62:22 62:22 63:4 64:7
**better** 33:14 55:12
**between** 3:3,19 4:3 21:3 31:12 58:3
**birth** 5:4
**bit** 40:14 48:4
**black** 1:19 2:9 24:10 45:10
**board** 1:8 13:23 15:16 26:8 32:22 33:1 57:18 65:15
**both** 24:14
**Bowden** 8:7
**Brief** 25:7
**bring** 39:17,18
**brought** 41:3 48:21
**bunch** 8:9
**business** 5:21
**busy** 44:3

## C

**calendar** 14:5,17 39:21 40:3 63:19,21 64:15
**call** 19:2 31:7 32:11 42:23 57:5
**called** 6:23 19:15,17 29:20 30:22 35:16 38:13 39:1 41:4 42:5 43:3 54:21 59:13
**calling** 29:22 41:9
**calls** 42:20 43:6
**came** 14:6 15:14 20:21 22:5 31:1 35:20

39:15 40:16 41:7 42:5,10 46:8 47:16 47:18 59:18
**cancel** 50:10
**canceled** 35:1,2,12
**candidate** 34:1 37:2 60:9
**candidates** 15:9 33:17 33:20 36:14
**capacity** 6:12
**care** 28:13 33:15
**Carolyn** 25:1 29:16 38:6,12
**carry** 61:6
**Carter** 1:18 2:8,9,18,20 10:22 13:15 14:23 24:1,14 26:1,16 27:16 43:22 44:1 45:14 52:20,23 54:18 56:17
**case** 3:20,22 65:21
**cause** 66:6
**caused** 17:17
**central** 8:2 12:10,12 16:9 20:9 26:8 36:9 37:2 51:6
**certificate** 6:5 8:11,12 25:20 26:6 56:8 57:5 57:11 58:4,11,16 59:22 60:1 61:15 63:9,11,14 65:1
**certification** 6:3 17:20 17:21,23 18:3,6,21 19:13,20,21 20:1,6 23:6,18 24:4 25:5 27:4,15 28:3,7,11,15 28:21 29:22 30:1,13 32:16 38:9 39:9 41:6 44:8,22 45:6 49:1 50:23 51:4,8,11,12 54:10,12,16 55:14,17 55:21 57:12,21 59:21
**certified** 6:6 18:13,18 19:1,6,18 25:17 29:2 29:19 38:17,21 39:2 39:6 44:13 48:16 53:11,23 54:1,9,15 55:7,8
**certify** 65:6 66:5
**chain** 37:13
**charge** 50:1
**check** 17:14 19:9,13 24:3 25:16 29:15 38:16,18,21
**checked** 17:17 29:11 32:13,14
**checks** 53:16

**chemist** 57:3 60:16
**chemistry** 27:21 44:14 44:14 53:6,7,9,12,14 54:9 55:8,22 58:7 59:9 62:14,15 63:16 64:4,12
**children** 5:10
**Chilton** 47:14,18
**Civil** 1:7 3:6
**clarification** 46:11 52:21 53:10,20 54:5 60:22
**clarify** 57:22 58:17,19
**class** 10:7
**classes** 49:10
**clear** 45:21 60:12
**closed** 41:2 42:15
**coach** 8:18,20,21,22 9:1,7,14,18 10:5 12:9 12:15 13:4,17,18 13:23 14:3,4,19
**coaches** 12:7,23 13:6
**Cole** 1:18 2:9
**college** 5:19,20 8:17
**come** 7:15 12:12 15:22 17:13 42:8 54:10 61:11
**comes** 12:10
**comfortable** 54:14,21
**coming** 41:10
**commencing** 1:20
**Commerce** 2:6
**commission** 3:11
**Commissioner** 1:17 3:9 65:5 66:12
**committee** 11:15
**complete** 11:2,4 61:18 61:20 62:1
**completed** 11:4 62:6 63:1
**computer** 65:23
**concern** 17:17
**concerning** 6:21,22
**concerns** 16:21
**confused** 58:18
**consider** 35:14
**considered** 34:21 35:16
**contact** 26:9 41:8 46:1 46:4 56:6
**contacted** 11:19 16:21 18:7,7,12,22 19:3 27:21 28:14 34:20 38:19 40:5 55:23
**contacting** 16:5,10
**contain** 66:1
**context** 6:19 31:14
**continue** 28:9,19 55:4 63:23

Case 2:05-cv-00495-WKW-SRW    Document 24-23    Filed 05/05/2006    Page 21 of 25

Deposition of David Sikes
Lowe vs. MCBOE
January 24, 2006

Page 2

continued 54:15 55:14
conversation 24:2
  31:15 36:21 38:8,11
conversations 23:20
  24:20,23 31:9 36:8
  39:22
converse 50:9
copies 18:10,10
core 30:10
correct 46:13,21 48:8
  48:18 53:5 62:19
  66:1
counsel 3:3,19 66:2,6
counseling 5:23 6:7
counselor 8:23 9:22
County 1:8 29:18
  47:15,18 57:18 65:3
  65:15
couple 19:15 50:16
  64:10
course 39:5 61:21 62:1
  62:23 63:1,11
courses 9:8 10:1 59:15
Court 1:1 65:18
Courtney 45:7,8 60:10
crap 35:5
credentials 19:7
CRR 1:16 3:9 65:5
  66:12
current 10:16 54:13
currently 60:14,15
cut 21:5
Cynthia 38:22

D
date 5:4 40:4,7 62:21
dates 40:2
David 1:14 2:16 3:5 4:7
  4:15 65:8
day 18:8 19:17 23:1
  31:19 39:1,14,17
  40:5,21 41:2 42:1,2
  42:14 63:7 66:8
days 14:6 19:15 21:2
  47:23 54:23
deal 21:11 54:2
decided 36:1,12 37:5
decision 36:10 50:10
DEFENDANT 2:7
Defendants 65:17
Defendant/Responde...
  1:10
degree 5:21,23 6:1
  26:20,21 27:20 59:11
  59:13,19,20 60:17
  61:19 62:13
department 20:10 61:6

depend 52:16 53:19
dependable 52:5
depending 41:22 53:16
DEPONENT 64:21
deposition 1:14 2:23
  3:4,7,15,20 4:4 6:9
  6:15 65:7
depositions 6:19
described 48:3
destroy 14:10
detail 20:20
difference 58:3
different 11:8 53:8
  56:4 59:23
Diplomate 1:16 3:8
  65:5 66:12
directions 35:8
discipline 6:20,22
district 1:1,2 27:6
  28:14 65:18,19
Division 1:3 65:20
documentation 14:2,13
documents 39:20
doing 40:23 42:17 55:5
done 18:11 33:16 39:5
  49:15 57:7
door 19:9,12 41:1
  42:15
down 21:6,6,7 24:18
  32:21 33:8,11 47:17
  61:5
downtown 27:22 36:16
downtown's 32:5
Dr 24:21
Drive 4:22
drop 43:21
Dugas 2:4,17,19,21
  4:12,16 50:16,19
  54:4,8
duly 4:8 65:9
during 21:16 22:16
  35:3 36:9 37:9 48:8,9
  54:11 64:1

E
E 2:4
earlier 33:23 40:16
early 47:19
economics 10:9
ed 17:6,23 18:3 19:20
  20:2,16 21:14 22:6
  23:6,9,16,17,19,22
  25:5 35:4 38:14
  40:11 46:8,12 47:6
  48:6,10,22 51:17,20
  education 1:9 6:2 15:3
  17:20 20:10 26:9,17

26:18 29:3 48:17
  49:5,9 59:15 62:18
  65:16
educational 5:17
EEOC 50:1
efforts 48:20
either 3:17,22 7:6 27:8
  33:9 38:23 39:7
Elba 9:2 10:4
elementary 8:23 9:22
  12:19 22:13
eligible 30:12
Elizabeth 2:8
embarrassed 56:21
emergency 19:19,21
  20:1,6 25:19 26:5,13
  26:22 27:1,4,14
  28:11,15 30:13 39:9
  44:8 45:6 49:1 51:11
  54:2,12,16 55:14,17
  55:21 57:11 58:4,10
  58:15 59:22,23
employ 28:6
employed 10:4 12:8,12
  12:16 22:9 60:15
employer 54:22,22
employment 8:16
  28:10
encountered 13:21
end 44:19 47:1 63:3
English 30:5 60:18
  61:1
enough 8:8 13:19 26:18
  58:4,22 59:7 60:5
  61:8
enroll 61:4,9 62:3
enrolled 60:1,6,7,14
entail 7:12
entries 39:21
equal 53:21
Esq 2:3,4,8
et 65:16
evades 19:11
even 18:18 39:12
ever 6:9 7:4,14,18,20
  7:22 13:21 18:20
  19:23 21:19 23:20
  24:6,9,13,20,23
  25:19 30:18 31:5,9
  31:17 34:8,23 35:11
  38:6 39:12 40:17
  42:10,15,19 43:4,20
  49:11,14,21 50:5
  53:18 57:7,10 63:8
  every 12:17,17
  everybody 23:15 59:7
  everything 24:18 30:16

31:20 43:12 53:16
evidence 3:16
exactly 12:2 21:14
  27:23 55:20
examination 2:15 4:11
  45:13 50:18 52:22
  54:7 66:2
example 26:17 33:22
  58:21
except 23:15 49:6
excess 17:7
excuse 9:6 17:5 61:3
exhibits 2:23
experience 13:20 23:9
  23:16 49:6 52:7
  54:11
Explain 51:5
express 15:18 31:17
extensive 8:4

F
F 2:3
Fair 13:19
fall 62:5
familiar 13:5 19:19,21
  26:4 52:2,8
far 13:7 37:6 48:11
  49:7
fast 24:15
Faulk 8:7
Federal 3:6
feel 54:14,20 55:2,10
  55:12
feeling 52:11
female 45:8,9
fifth 23:1
file 55:11
filed 49:21 50:1
filing 3:20 4:1
fill 24:10
filling 11:8
find 40:7 51:15 55:20
  57:6
finish 24:16 58:9,13
finished 58:2 63:10
first 4:8 21:2 38:12
  44:16 46:19 47:21
  64:1 65:9
fits 34:1
five 6:17 35:19 39:15
flags 55:11
flier 15:16
Floyd 9:4 10:12 11:11
  12:19,23 22:13,15
  47:14,18
flux 48:6
folks 46:8 48:12

follow 35:7
following 21:5
follows 4:10
football 8:18
foregoing 65:23
forgetting 47:11
forgot 25:11
form 3:13 24:1 27:16
  43:22 54:18
formality 3:10
former 11:10
found 21:13 29:23 45:2
  50:22 64:7
four 30:10 39:15 47:23
Franco 1:18 2:9
friend 57:2
friends 56:21
from 5:22,23 6:2,3 7:3
  8:12,19 9:17 10:13
  10:14 11:10,13 12:10
  12:12 14:17 15:16
  18:9 21:5 22:9,13,17
  24:2 25:14,23 32:5
  32:18 37:19 41:22,23
  42:11 46:13 47:10,14
  47:16,18 53:8
Fuller 8:8
funded 13:8
funding 21:9
funds 13:12
further 3:18 4:2 62:18
  64:21 66:5
future 14:12

G
G 1:15 3:8 65:4 66:11
gave 37:8,9,10,15
getting 28:7 32:13 56:8
  57:4
Gideons 7:13,14
give 4:18 21:8 33:2,6
  33:15,17,21 59:2,12
given 6:9,15 34:3
gives 58:12
go 10:15 14:10 15:6
  32:18 36:15 54:19
  55:19 59:10,10,14
  61:5,20,23 63:18
  64:16
goes 12:17
going 17:3,5 19:13
  20:20,22 21:8,10,15
  43:12 45:22 48:7
  54:2 55:1 56:13
  58:19
good 16:17 30:8 46:11
  51:23 52:4,12,12

Case 2:05-cv-00495-WKW-SRW    Document 24-28    Filed 05/05/2006    Page 22 of 25

Deposition of David Sikes                                              Lowe vs. MCOE                                        January 24, 2006

Page 3

55:9 56:21
Goodwyn 22:9,10,12
gotten 25:19
government 10:9
grace 58:12
graduate 8:18 59:18
    60:2,7,8
Greenville 8:22 9:19
group 46:7
guess 12:11 13:9,12,13
    13:15 15:17 16:23
    32:4,20 36:20 37:13
    53:3,20 58:16 62:4,5

H

hall 9:10
handle 55:19
happen 7:1 42:4 61:4
happened 7:2 18:14
    51:10
having 4:8 29:9 59:10
head 8:21 9:1,7 10:5
    25:23 63:5
heard 63:6
Heartsill 8:8
Heartsills 8:9
HEEST 2:5
help 55:3
her 19:10,11,14 23:18
    24:16 25:15 27:22
    28:2,6,6,7,10,11,12
    28:15,17,20 41:5
    42:23 43:1,2 46:19
    47:8 50:20 51:4,12
    51:20 55:10,10,15,19
    55:19 56:14,16,22
    57:6,21 60:10 62:11
    62:13,23 63:6,10
hereto 3:23 4:3
Hey 31:16
he'll 32:15
Hicks 25:1,11,12 29:17
    38:6,12 39:8,23
high 8:21,22 9:2,3,19
    10:1,3 11:14 12:7,9
    12:18 15:4 23:3
    34:14,15 40:17 62:17
higher-paying 11:12
Hill 1:18,18 2:9,9
Hills 22:18 47:16
him 10:22 15:8 16:22
    18:12,12 19:3,10
    23:22 24:3 25:14
    26:15 29:4,9 30:21
    31:5,7,7,10,18,19
    35:8,9 36:2,6 37:7,8
    37:9,10,11,15 41:5,8

hire 13:11 14:9 21:10
    21:11,18,19 23:22
    24:7,9 28:12 32:1
    45:23 46:16 47:8,12
    47:14,22 49:12 50:6
    52:1,5,8 55:13
hired 13:17,23 19:23
    20:3,18 21:22,23
    22:2,4,16 23:2,11,11
    23:12,13 25:4 27:9
    32:13 37:22 44:17
    46:21,22 47:19,22
    48:13 50:20 53:12,22
    53:23 54:17 55:6
    56:2 64:9,9,10
hiring 13:5 25:14,15
    31:18,23 37:6 38:15
    44:20 48:8 51:3
    53:15
history 8:16 29:17 36:4
    59:2
hold 8:11
home 4:19,20
hour 42:2
hours 26:10,18 58:5,22
    59:8 60:5 61:8
Houston 22:17 47:16
Howard 22:14
HR 32:9
human 14:14
hung 38:18
hypothetical 55:8
H-E-A-R-T-S-I-L-L
    8:10

I

idea 16:11
important 52:5
impression 16:15
inclusion 30:10
INDEX 2:15
individual 51:7
Individually 7:5
initial 24:2 30:19,20
initially 43:9
initiated 27:5
instead 11:8 59:10
interest 11:5,7,19
    15:18 31:18
interested 11:7 15:23
    56:7 57:4 66:7
interim 51:10
interview 10:17,20

11:15,19 14:3,6
    16:12,16,17 17:13
    20:22 29:10 30:2,19
    30:20 34:23 35:2,12
    40:11 41:21 43:1,2
    47:2 50:10 52:10
    57:14
interviewed 15:7 16:22
    21:1 32:8 35:19 36:2
    36:4,6 40:4 43:9
    47:20 48:2,5 49:23
    52:10 53:11 60:13
    63:17,20 64:2,14
interviewing 21:4
    28:19 31:13 32:3,7
    40:23 41:20,22 64:4
    64:8
interviews 14:8 31:4
    32:10 39:16 40:6
introduced 3:21
involved 20:11
issue 61:14

J

Jackson 2:4 9:14 19:9
    19:12,15 38:22 39:1
    39:7,23
Jacksonville 5:23 6:2
    8:20 9:15,16
January 1:20 65:22
    66:8
Jimmy 2:13 18:20
job 11:6,8 16:6,9 17:8
    17:22 33:4,5 38:14
    43:13 44:23 60:21
John 35:23 50:13
Johnston 35:23 36:1,10
    37:5,12,19,22 50:13
July 21:2 44:18 48:5
June 23:13 46:21,23
just 7:2 11:18 12:18
    13:2 14:16 21:12
    23:18 26:22 27:18,21
    29:10 33:12,15 34:3
    41:9,10,10 42:12
    44:13 45:2 46:11
    48:1 51:12 52:10,20
    53:10 54:4 55:9,11
    56:15,17 58:2,5 59:2
    60:2,12 62:11 63:4
    63:20 64:5

K

keep 14:2,5,8,9,11,13
    14:17
kept 41:5,9,9,9 51:14
    53:4 64:3,4,8

kin 66:5
kind 17:21 44:19,21
    45:2 48:1
knew 29:17 52:13
know 6:18 11:1,21 12:2
    12:3,4,18 13:3,7,13
    13:18 14:12,20 15:14
    15:14 16:4,7,8,19
    17:12 18:13,14,14,18
    20:7,12 21:10,17
    22:20 25:3,18 26:7
    26:15 27:4,9,18,18
    27:23 28:5,12,18
    29:13,14,18,21 30:7
    30:9,15,15,15,17,22
    30:22 31:1,16 32:13
    32:14,15,18 33:8,9
    33:10,12 36:17 37:11
    40:1,9,21 41:1,6,8,10
    41:20 42:3,3,6 43:8
    43:11 44:2,4 45:2,3
    45:19,22 46:19 47:10
    48:3,11 49:7,18,20
    50:1,4 51:13 52:4,13
    52:14,18 53:9,17
    54:23 55:2,5,6 56:14
    56:18 57:2 58:16
    60:3 61:16 63:1,8,18
    63:21 64:3,8,15
knowledge 36:5
knowledgeable 16:19

L

lab 57:3 60:16
lack 25:5
ladies 32:21
lady 27:20 46:16 53:22
    54:1 56:6,9
Lanier 9:3,5 10:11
Large 1:17 3:10 65:6
    66:13
last 8:6 21:23 63:3,14
lateral 11:10
Law 1:18 2:5,10
lawsuit 7:11 49:14,20
    50:2
learn 15:23 17:16
learned 18:5
leave 43:17,19 45:21
leaving 22:20
Lee 9:5 10:13,16 12:7,8
    12:13,16 15:4 23:3
    34:13,14,15 40:17
    44:16 56:2,20,20
    57:1 62:17
left 12:5 17:7 42:21
Less 6:17

kin 66:5
let 7:13,15 24:16 26:12
    32:14 33:6 36:3
    41:7 53:6 55:19 59:2
letter 11:5,7,18
likable 16:20
like 7:15 12:11 18:8
    20:21 23:13 31:19
    32:12 33:21 39:12,15
    40:16,18 41:19 44:17
    55:2 58:5,21 62:5
liked 44:9
likes 33:14
list 36:17,21 47:10
little 5:16 8:15 40:14
    48:4
Liz 56:22,23 57:1
lobby 43:16
long 28:2 40:22 41:17
    41:18,19 52:12 53:13
look 38:15 40:3 61:7
    63:18 64:16
looking 30:11 32:1
    51:14 53:4 63:23
    64:4
lot 20:12
Lowe 1:5 2:13 4:17
    14:20 15:14,23 16:12
    16:15,22 19:6 20:15
    21:1,4 23:21 24:21
    25:1,4 29:2 30:3,18
    31:17 34:19 35:11
    38:7,15 40:4,12 42:7
    43:4,15 45:20,21
    47:3,20 48:3,5 49:12
    49:15,23 65:12
Lowe's 17:18 18:21
    19:7 49:18
lull 21:13

M

made 3:14
magnet 9:4 13:1
main 40:18,19
make 14:14 24:15
    25:17 45:21 48:19
    55:4 56:19
making 36:10
male 45:8 50:14
manner 3:22 66:7
many 6:15 7:9 8:3
    21:14 26:10 35:14
    42:4,6 43:11 48:6
marked 2:23
married 5:8
master's 5:22 6:1 26:20
    26:21 58:6,9,14,19
    59:13,19,20 60:9,23

61:10,13,18 62:20
math 12:6,9,10,15,22
  13:4,18 59:3,5
matter 65:11
matters 6:20,22
may 3:7,14,15,21 19:16
  19:22 22:11 33:23
  46:23 47:1 57:5
  63:19
maybe 35:17 42:2
ma'am 5:1,9,11,15,18
  6:6,11 7:7,8,19,21,23
  8:3,14,17 9:9,23 10:3
  11:3,12,18,23 12:8
  12:17 13:1 14:1,5,16
  14:19 15:5,8,11,13
  15:19 16:7,14 17:1
  17:19 18:22 19:22
  20:2,7,17 21:21 23:4
  23:7 24:5,8,12,19,22
  25:2,6 27:12 29:16
  30:6,14 31:8,22 32:6
  33:5 34:4,7,11,16,18
  34:20 35:13 36:3,7
  36:11 37:4 38:1,3,5
  39:10 40:1,13 42:13
  43:8 44:2 45:18 46:2
  46:6,10,14,22 47:4,6
  47:9 48:11 49:7 50:8
  50:12 51:1,19,22
  52:3,19 55:18 57:19
  57:23 62:22
McCall 23:10,15,17
  46:17 49:6,8 51:16
McCauley 22:8
mean 9:5 17:10 18:17
  29:1 38:2 40:7 63:18
meeting 43:7
Melvin 1:5 2:13 4:17
  14:20 15:14,23 19:6
  19:7 20:15 23:21
  24:21 25:1,3 34:19
  35:5 38:7,15 49:12
  49:15,18,23 50:6
  65:12
Melvin's 24:3
mentioned 38:13
messages 42:20
mid 48:5
middle 1:2 9:4 11:13
  12:20,21 42:16 65:19
mid-June 47:19
might 47:17
military 7:20
mine 57:2
minutes 32:22 41:23
mistaken 10:18 16:2

42:14 44:18 64:10
Montgomery 1:8,19
  2:6,11 4:23 29:18
  57:18 65:3,15
more 22:7 33:21 40:14
  46:3 50:4 58:11
  61:21 62:1
most 13:8 36:4
mother 49:18
move 11:10
moved 8:19 56:4
moving 25:14
much 13:2,3 55:12

**N**

name 4:13 19:10,11
  33:3 34:3 41:12
  46:16,19 50:21 56:14
  56:16 60:10
named 22:15
names 8:6 33:18 46:7
narrowed 33:8,11
nature 14:7
need 3:13 4:19 20:13
  34:1 38:16,17
needed 17:21 43:17,19
  43:20
negative 49:2
neither 66:5
never 13:17 37:1
new 32:1 46:16 47:12
  47:14,22
next 18:8 19:9,12,16
  37:6 38:23 39:16
none 64:11
nontraditional 26:20
  26:23 27:1 58:6,9,18
  59:13 60:8,23 61:10
  62:20 63:13
Norman 56:22,23 57:1
Northern 1:3 65:20
notes 14:8
nothing 4:10 51:13,13
  55:10 65:10
notified 11:20
notify 51:6
number 5:6 46:11
  65:21
numbers 22:5
numerous 33:17,20

**O**

Object 24:1 27:16
  43:22 54:18
objections 3:12,13
obtain 10:15 26:5
  27:14

obtained 23:18 63:8,10
obtaining 15:20 20:5
  62:18
obvious 35:7
occasion 46:4
occasions 31:6
off 8:17 63:4
offer 43:14
offered 3:16
office 12:10,12 16:9
  20:9 26:8 28:14 31:2
  31:11 36:9 37:2
  40:18,19,20 42:8,10
  43:5,21 51:6
Offices 1:18
Oh 8:5 11:23 15:2
  23:10 47:16
okay 6:5 8:11 9:7,13,21
  11:21 12:6,19 13:14
  14:20 15:9 17:11,16
  18:16 19:19 20:3,15
  20:20 21:12,19 22:22
  23:11,14,20 25:19
  27:2,3,9,18 28:23
  29:2 30:2,18 31:23
  33:2 36:19 37:5,18
  37:22 38:12 39:3,20
  40:10 42:4,7,19 43:4
  43:15 44:7 45:12
  48:16 50:15 54:3,4
  54:20 55:16,20,20
  58:18 59:14,22 60:10
  60:12,17,19 61:10
  62:12 63:15,22 64:17
okayed 36:16
old 7:15 41:11
once 7:10 11:5 18:14
  22:5,23 27:10 29:19
  30:21 32:8 40:6
  53:15 64:1
one 6:23 17:12 21:8
  27:8 31:12 32:20,20
  33:3,5,9,12,13,14,15
  33:21 34:1,3 38:12
  40:21 41:2 42:1,11
  43:6 46:4,15 47:21
  52:20 56:5 58:21
  61:15 62:9,10,11
  63:10,14
ones 21:23
only 33:23 35:18 39:11
  62:13
opened 42:15 59:5,6
opening 32:5 35:3
openings 17:4,9
opportunity 59:12
order 22:11 30:16 31:20

other 3:12,16,22 6:23
  8:13,13 13:10 25:4
  28:19 31:13,21 37:18
  38:8 39:16 44:9,10
  44:12 46:13 47:12
  48:12 50:10 52:15
  53:22 63:7
out 7:16 8:17 11:8
  13:12 15:9 20:8,9
  21:13 22:20 23:12
  29:23 35:6 40:20
  41:16,18 42:18 45:2
  46:23 47:21 50:22
  53:16 55:1 59:18
  66:3
outside 11:15 31:2,10
  43:15
over 5:14 40:6 46:7
  52:9
own 26:16

**P**

packet 11:9
pages 65:23
Parducci 22:18
part 61:2
participation 12:15
particular 37:3
particularly 17:1 40:8
parties 3:3,19 4:3 66:3
  66:6
party 3:17,22
passed 42:12
passing 31:9
past 33:7,16 36:3,5
Patricia 1:15 3:8 65:4
  66:11
Patty 2:3,5
PE 6:6 9:9 10:8 58:21
  58:22
pending 63:14
people 17:13,15 23:2,5
  23:8 28:19 31:13
  36:4,18,21 41:20
  48:20 52:1,3,6,15
per 61:15
period 48:8,9 58:12
Perry 1:19 2:10
person 12:10 13:22
  16:20 24:10,10 34:5
  37:18 45:3,5 53:12
  53:17,18 55:12,21
  57:2,7,10 60:1,2
personal 6:13
personnel 55:11
persons 14:2
perspective 48:1

pertaining 51:3
pertains 13:6
phone 19:2,4 30:22
  35:17 42:20 43:6
physical 6:2 26:17,18
pick 33:12
pink 22:11
pinpoint 40:8
placed 34:5,10
Plaintiff 2:2 65:13
Plaintiff/Petitioner 1:6
please 4:14,18 5:17
  51:5
point 15:7 17:2,9 18:4
  19:11,18 21:9,16
  39:11 42:7,9 43:13
  44:12,15
porch 7:16
position 9:14 10:16
  11:11,13,22 13:7,10
  13:21,23 14:10 15:4
  15:10,12,15,20 16:1
  16:13 20:16,16,18,19
  23:23 24:7,11 25:4
  28:20 29:4 30:4
  31:18 34:5,9,10,12
  34:17,22 35:15,22
  37:20 38:2,4 40:11
  43:9 44:11 45:23
  46:5 57:15,17 60:13
  63:16,17 64:14
positions 14:4,15 20:3
  21:5 48:7 52:2
positive 14:21 15:21
  19:3
possibility 39:9
posted 34:17 57:17
potential 32:3
practice 17:12 51:23
preferred 37:12
present 2:12 10:14,20
pretty 13:2
previous 23:8 54:21,22
principal 9:3,4,5 10:10
  10:12,13,16 13:20
  33:14 34:12 36:15
  38:2 50:7 51:23 56:3
principals 56:4,5
printed 65:23
prior 11:17 16:5,9
  25:12 28:6 49:5
  51:20 52:13 57:4
probably 22:23 33:19
  40:3 53:15 55:6
procedure 3:7 20:5
proceeded 62:17
process 10:15,17 11:20

Case 3:05-cv-00495-WKW-SRW     Document 24-23     Filed 05/05/2006     Page 24 of 25

Deposition of David Sikes                    Lowe vs. MCBOE                    January 24, 2006

Page 5

13:5 26:4 27:13,23
28:9,17 30:19 31:23
32:2,4 36:9,15,18,23
44:20 51:3 52:11
54:11,16 55:4,15,18
62:18 64:1
products 41:3
professional 6:13,14
program 61:10,13
63:13
proof 61:12
proper 51:7
provided 3:17,23
psychology 10:8
Purcell 24:21
purpose 3:16 7:17
pursuant 1:14 3:6
pursue 39:10,17
put 11:6,18 32:21 48:1
60:6
P-A-R-D-U-C-C-I
22:18

**Q**

qualified 53:13
qualities 52:4
quarter 63:3
question 3:13 17:19
18:1 24:17 32:17
38:9 39:12 54:5
56:13
questions 3:12 16:18
39:4 50:17

**R**

race 50:13
rain 7:16
raining 7:13
ranking 37:10
rather 54:1
read 15:16 35:18
reading 12:6,22 13:4,6
13:17 66:3
realized 22:6 50:21
really 6:17 21:2,17
37:12
reason 25:3 43:6 54:13
recall 31:14 40:2 43:18
43:23 44:2
receive 28:2
received 58:6
recess 25:7
recommend 20:15
32:19 35:21
recommendations
14:14
recommended 11:17

13:22 20:19 29:4,9
34:6,9 37:8,19
recommends 33:1
record 4:13 50:5
records 18:9,10,11
63:15 64:13
red 55:11
reference 14:12
references 29:11,15
referring 37:16
regard 14:3 16:21
24:21 29:6 30:3
31:23 32:10 51:16
regarding 23:21
regardless 3:23
registered 1:16 3:8
61:13 65:4 66:11
relationship 52:15
relatives 8:1
remember 10:21,23
21:3 30:14 38:10
42:18 45:1,1 57:16
rephrase 26:12 36:13
53:6
reported 65:7
Reporter 1:16 3:9 65:5
66:12
REPORTER'S 65:1
representing 3:3,19
4:17
require 61:2
requisite 54:10
reservations 16:23
17:10
reserved 3:14
resources 14:15
respond 34:19
response 14:21 15:21
19:3 49:2
rest 23:18
results 66:7
resumes 14:11 35:18
retired 56:3
return 42:20
returned 42:22
re-enroll 62:3
re-enrolled 62:12
right 18:17 19:11 45:3
46:18 47:11 48:15
62:16 64:6
road 7:3
Ron 37:21
rude 35:4
Rules 3:6
ruling 3:15

**S**

SAITH 64:21
same 4:1 13:9 33:11
34:15 38:20 66:4
Samford 5:22
sat 31:1 40:16,21 41:2
41:16 42:1,2
saw 12:2
saying 53:9
school 6:21 7:2 8:21,22
8:23 9:2,3,22 10:2,3
11:13,14 12:7,9,17
12:18,19,20,21 13:1
13:12,23 15:4 22:4
22:14 23:1,3,12
26:19 27:6 30:8 32:2
35:10 40:17 44:18
45:3 46:23 47:5,7,23
48:14,22 49:16,21
50:2 51:18 53:3
54:23 56:9 57:18
58:8 60:2,7,8,14
61:11,13,23 62:3,12
schooling 61:2
schools 46:13 56:4
science 6:8 20:4 27:10
27:13,19 33:22 39:13
44:7,22 50:20 51:14
53:1,4,8,22 57:17
59:4,6,9 60:5 62:13
63:23 64:5,10
sciences 30:5
searching 30:9
second 62:11
secondary 25:15,15
secretaries 32:20
secretary 16:3,5,10
30:23 34:20 35:6
40:12 41:4 42:22
46:3 50:11
secretary's 41:12
securing 28:10
security 5:6
see 18:15 31:21 32:12
38:15 40:4,19 44:6
55:16 61:8
seeing 56:7 57:4
seek 15:6,9
seemed 16:19 17:11
41:19
seen 7:14
send 14:12 26:7 32:22
sent 18:8,9 55:18
serve 7:20
service 23:3
set 34:23 43:1 66:3
seven 22:23 23:2,5,8
39:16

several 8:9 11:23 12:1
12:2 30:23 31:1 41:4
42:6 46:7
sex 50:13
Sexton 8:7
shakes 25:23
short 27:19
shortage 59:1,3
show 39:21
side 25:23,23
signature 4:4
signing 66:3
Sikes 1:14 2:16 3:5 4:7
4:15,16 5:8 8:7 65:8
simple 27:13
sir 4:20 5:20
sit 40:20
sitting 42:18 58:1
situation 13:10 17:2
21:17 33:19
situations 34:2
six 35:19 39:15,16
skip 59:15
slipped 22:11
social 5:6 6:7
sociology 10:8
some 6:7 12:4,5 14:9
18:8,9,11 22:7 36:5
39:4,4 40:23 41:3,17
49:8 54:13 59:15
somebody 20:14 21:20
22:19,20,21 27:10
34:9 45:20 60:4
someone 26:5 33:3
47:12 52:8,9
something 7:1 25:8
26:10 27:5 41:7
42:17,17 57:22
soon 23:12 31:20 46:22
sorry 13:16 15:2,6
37:17 42:9 64:6
sort 40:23 41:3
sought 23:22
sound 17:14
south 1:19 2:10 8:1
speak 4:9 18:20 30:2,3
30:18 31:5 42:10
65:9
speaking 61:1 63:4
special 15:3 17:6,20,23
18:3 19:20 20:2,16
21:14 22:6 23:6,9,16
23:17,19,22 25:5
29:3 35:4 38:14
40:11 46:8,12 47:6
48:6,10,16,22 49:5,9
51:17,20

specifically 50:4
spell 41:14
spends 20:12
spoke 31:12
spoken 16:4,8 37:1
Stafford 4:22
Starkie 1:16 3:8 65:4
66:11
start 5:18 44:18
started 8:17 22:5 45:4
47:23 48:14 62:6
state 1:17 3:9 4:13 6:1
6:3,4 8:13,20 9:14
26:8 58:11 59:1,3
61:5,14 65:2,6 66:12
stated 40:10 51:16
STATES 1:1
Statute 3:17,23
step 37:6
steps 51:2
stick 60:3
still 27:17 38:4
stipulated 3:2,18 4:2
stipulation 1:15 3:1
stop 51:2
Street 1:19 2:6,10
Stringer 8:7
strong 30:6
student 59:18
students 6:21
study 9:10
stuff 14:7 30:8 41:18
subject 19:22 59:8
successful 28:17
sued 7:4,9,17,18
suit 30:6
summer 22:1,16 34:15
45:18 46:9,9 48:22
53:2
superintendent 10:23
32:23,23
superintendents 10:19
supervisor 12:11
supposed 52:17,18
supposedly 18:11
sure 6:18 18:23 19:5
24:15 25:17 27:8
28:5 43:11 57:19
63:5
sworn 4:9 65:9
system 49:16,21 50:2
61:12

**T**

take 28:2 33:9 37:11
59:14,17 63:22
taken 1:14 3:6,7 28:13

| | | | | |
|---|---|---|---|---|
| 51:2 59:16 | three 5:11,12,13 28:4 | 35:21 55:13 | 9:18,21 10:4,10,19 | 01 10:13 |
| takes 41:21 | 33:8,12,15 42:2 | under 58:10 59:20 | 12:3,5 13:3,11 17:1,3 | 04 10:13,14 |
| talk 18:19 24:14 25:11 | 47:23 56:3 58:8,13 | undergraduate 26:19 | 17:5 20:3,22 21:5,7 | |
| 29:14 31:7 49:14 | 61:17,17 62:8 63:12 | 58:5,22 59:8,11,17 | 21:15 23:2 25:13 | **1** |
| talked 25:12 29:16 | three-week 21:13 48:9 | 60:17 | 27:19 28:6,9,15 30:9 | 1st 44:18,19 |
| 30:21,23 35:17 42:22 | three-year 61:15 | Unh-unh 49:2 | 30:11 34:10 36:14,22 | 1/5/63 5:5 |
| 48:21 | through 10:6,12,15,17 | UNITED 1:1 | 40:6 41:17 43:10,12 | 105 7:15 |
| talking 25:12 26:14,21 | 28:1 31:3 36:15,16 | units 21:14 22:7 43:11 | 44:8,12,13,19,21 | 1172 4:22 |
| 33:23 43:7 53:2 58:1 | 36:18,22 37:13 42:1 | University 5:22 6:1 | 45:22 46:12 48:7,21 | 12 35:16 |
| talks 32:19 | 54:2 57:18 59:11 | 8:19 | 51:2,11 52:8 53:13 | 13 21:7 |
| Tanya 2:4 4:16 | 62:23 | unset 43:2 | 54:12 57:20 61:1 | 14 66:13 |
| taught 9:9 10:8 62:8 | time 3:14,15 10:19 14:6 | until 14:9 18:13,17,17 | 64:11 | 17 21:6 |
| teach 9:8 10:1,7 53:13 | 15:7 17:2,8 18:4 | 21:13 28:13 29:23 | weren't 43:11 | 180 54:23 |
| 59:20 61:1 62:17 | 20:13 29:22 31:12 | 41:5 | West 41:13,13 | 19 5:14 |
| teacher 9:2 19:23 20:4 | 34:8 35:3 37:9 39:11 | use 13:4 | we're 58:1 | 1989 9:17 |
| 22:15 23:16 27:11,14 | 39:11 40:22 41:17,19 | used 3:16,22 | we've 48:20 53:1 | 1994 9:17 |
| 30:10 32:1,12 33:22 | 42:11 43:8 44:12,15 | usually 14:9 32:11,14 | Whigham 45:7 60:11 | |
| 39:13 44:7,15 50:20 | 48:2,4,10 58:7 | 33:5,20,21 41:21 | 60:13 61:23 64:2 | **2** |
| 51:3,14,21 53:1,4,6,7 | times 6:15 7:9 30:23 | U.S 65:18 | while 9:1 25:8 28:10,20 | 2:05-CV-0495 1:8 |
| 53:11,22 54:9,13,15 | 31:1 33:7 41:4 42:4,6 | | 40:22 44:4,5 51:4,10 | 65:21 |
| 54:17 55:7,9 57:17 | Title 13:8,12 | **V** | 57:20 58:7 62:17 | 20 17:4,4,5 20:22,23 |
| 63:16,23 64:5,5 | told 17:3 18:12,23 19:5 | Valerie 46:20 | white 24:10 45:10,11 | 21:5 41:23 |
| teachers 6:23 13:2 17:6 | 19:8 24:9 25:16 | valid 63:12 | 50:14 | 2001 10:12 |
| 20:23 23:19 27:19 | 28:16 31:19 35:8 | VAN 2:5 | whole 4:9 11:9 65:10 | 2004 45:16,17 53:2 |
| 32:7,8 46:13 59:1,3 | 37:11 42:11 43:2,10 | verify 19:7 | William 2:3 | 2004-2005 53:3 |
| 64:11 | 44:3 45:20 56:5 | very 16:17,18 | withdrawn 50:21 | 2005 15:3 34:15 46:9 |
| teaching 6:5 8:11 23:9 | Tonda 41:13 | visits 43:5 | witness 4:3,4,8 7:1 | 48:22 |
| 49:6 56:8 57:5,7,10 | top 63:5 | Vs 1:7 65:14 | 13:16 25:23 56:15 | 2006 1:20 65:22 66:8 |
| 62:6 63:9 | towards 35:5 | | 66:2 | 24 1:20 65:22 |
| technically 36:20 39:6 | transcript 61:7,8 66:1 | **W** | woman 24:7 | 250 2:6 |
| 58:10,15 | transfer 22:9,13,17 | wait 23:10 26:12 36:13 | wonderful 17:14 | |
| tell 5:16 8:15 19:17 | 46:12 | waited 31:2 44:5 55:16 | work 4:21 18:12 20:8,9 | **3** |
| 21:23 22:1,3 24:6 | transferred 22:10 | waiting 12:5 28:20 | 36:3,5 39:5 41:1 | 31st 66:8 |
| 32:9 38:10 39:1 | 47:13 48:12 | 31:10 43:15 51:12 | 48:19 53:18 58:14 | 36117 5:3 |
| 40:14 41:5 43:3,16 | transition 21:3 25:14 | 57:20 | 61:21 62:1,23 63:2 | |
| 43:20 46:3 49:11 | 56:1 | waived 3:21 4:5 66:4 | 63:11 | **4** |
| 50:6 64:16 | trial 3:21 | waiver 61:15,16 | worked 27:22 47:5 | 4 2:17 |
| telling 41:5 43:18 | tries 32:19 | waiving 4:1 | 49:9 52:1,9 56:9 | 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 5:7 |
| ten 17:8 21:2 | true 58:3 64:12 66:1 | want 5:18 17:4 18:7 | working 41:17 42:16 | 425 1:19 2:10 |
| tend 52:7 | truth 4:9,9,10 65:9,10 | 19:14 20:4,23 28:4 | 52:15 | 45 2:18 41:23 |
| testified 4:10 | 65:10 | 30:4,21 33:3 35:9 | worrying 20:13 | |
| testimony 6:10,16 | try 20:11 31:3 | 38:14,22 40:5,22 | written 47:17 | **5** |
| Thank 64:17 | trying 24:17 35:4 56:19 | 42:1,5 47:22 56:2 | wrong 47:17 | 50 2:19 |
| Thanks 54:3 | Tuesday 1:20 | 57:5 60:21 64:3,9 | W-E-S-T 41:15 | 52 2:20 |
| their 35:18 36:5,18,22 | twice 42:5 | wanted 34:21 36:12 | | 54 2:21 |
| 52:13,14,14 | two 6:20,21 21:4,16 | 47:8 60:22 61:4 | **Y** | |
| thereof 66:7 | 28:4 33:9 37:10 42:1 | wanting 13:11 | yeah 8:5 55:1 57:19 | **6** |
| thing 38:20 | 48:9 | wasn't 19:5 25:4 | year 9:13 14:17,17 | 60 55:1 |
| things 53:21 | two-week 21:12 | waste 29:22 | 22:12 44:16 53:3 | 64 65:23 |
| think 6:20 9:20 10:9 | type 24:18 30:4 | way 13:13 31:12 | 61:16 62:10,11,11 | |
| 27:8,10 29:21 31:12 | typically 33:2 | weeks 21:4,16 28:5 | years 7:15 9:11 10:4,10 | **9** |
| 31:13 35:1,19 39:14 | T-O-N-D-A 41:15 | well 9:9 11:3 13:17 | 58:8,13 61:17,17 | 9:10 1:21 |
| 42:13,15 45:12 46:15 | | 32:4 33:6 46:9 53:20 | 62:8 63:12 | 94 9:12 |
| 52:3,5 55:3 63:3,5 | **U** | went 10:17 11:13 21:6 | young 27:20 56:6 | 95 9:12,20 |
| thinking 19:10 22:19 | Uh-huh 14:21 15:21 | 21:6,7 27:23 37:13 | Y'all 24:14 | 97 9:20 10:6 |
| though 20:2 28:5 | 19:3 | 45:2 46:7 59:5 62:12 | | 99 10:6,12 |
| thought 47:16 | ultimately 21:19,22 | were 2:23 6:20,22 9:7 | **0** | |