# EXHIBIT

# W

# DEPOSITION OF QUESHA STARKIS

## January 24, 2006

## Pages 1 through 70

## CONDENSED TRANSCRIPT AND CONCORDANCE
## PREPARED BY:

Haislip, Ragan, Green, Starkie & Watson, P.C.
566 South Perry Street
Post Office Box 62
Montgomery, AL 36104
Phone: (334) 263-4455
Fax: (334) 263-9167
E-mail: haislipragan@charter.net

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELVIN LOWE,
    Plaintiff/Petitioner,
Vs.    CIVIL ACTION NO.
    2:05-CV-0495
MONTGOMERY COUNTY BOARD
OF EDUCATION,

    Defendant/Respondent.

* * * * * * * * * * * * *

DEPOSITION OF QUESHA STARKS, taken

pursuant to stipulation and agreement before

Patricia G. Starkie, Registered Diplomate Reporter,

CRR, and Commissioner for the State of Alabama at

Large, in the Law Offices of Hill, Hill, Carter,

Franco, Cole & Black, 425 South Perry Street,

Montgomery, Alabama, on Tuesday, January 24, 2006,

commencing at approximately 10:15 a.m.

* * * * * * * * * * * * *

**Page 2**

APPEARANCES

FOR THE PLAINTIFF:

William F. Patty, Esq.
Tanya E. Dugas, Esq.
BEERS, ANDERSON, JACKSON
  PATTY & VAN HEEST
Attorneys at Law
250 Commerce Street
Montgomery, Alabama

FOR THE DEFENDANT:

Elizabeth B. Carter, Esq.
HILL, HILL, CARTER, FRANCO
  COLE & BLACK
Attorneys at Law
425 South Perry Street
Montgomery, Alabama
ALSO PRESENT:
Mr. Melvin Lowe
Mr. Jimmy Barker

* * * * * * * * * * * * *

EXAMINATION INDEX

QUESHA STARKS

BY MS. DUGAS    4

BY MS. CARTER    62

BY MS. DUGAS    65

BY MS. CARTER    66

BY MS. DUGAS    67

(No exhibits were marked to this deposition)

**Page 3**

STIPULATION

    It is hereby stipulated and agreed by and
between counsel representing the parties that the
deposition of:

    QUESHA STARKS

is taken pursuant to the Federal Rules of Civil
Procedure and that said deposition may be taken
before Patricia G. Starkie, Registered Diplomate
Reporter, CRR, and Commissioner for the State of
Alabama at Large, without the formality of a
commission;

    That objections to questions other than
objections as to the form of the question need not
be made at this time but may be reserved for a
ruling at such time as the said deposition may be
offered in evidence or used for any other purpose
by either party provided for by the Statute.

    It is further stipulated and agreed by and
between counsel representing the parties in this
case that the filing of said deposition is hereby
waived and may be introduced at the trial of this
case or used in any other manner by either party
hereto provided for by the Statute regardless of

**Page 4**

the waiving of the filing of the same.

    It is further stipulated and agreed by and
between the parties hereto and the witness that the
signature of the witness to this deposition is
hereby waived.

* * * * * * * * * * * * *

    QUESHA STARKS

    The witness, after having first been duly
sworn to speak the truth, the whole truth and
nothing but the truth testified as follows:

    EXAMINATION

BY MS. DUGAS:

Q.  Could you tell us your name, please.

A.  Quesha Starks.

    MS. CARTER:  Can you spell that
    for her?

A.  Q-U-E-S-H-A, Starks.  S-T-A-R-K-S.

Q.  Thank you.

    And Ms. Starks, what is your address,
your home address?

A.  Home address?  3455 Fernway, F-E-R-N-W-A-Y,
Drive.

Q.  And is that here in Montgomery?

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 5

1   A.   Yes.
2   Q.   What zip is that?
3   A.   36111.
4   Q.   Okay.  And what is your date of birth?
5   A.   9/16/74.
6   Q.   And your social security number?
7   A.   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.
8   Q.   Are you married?
9   A.   Single.
10  Q.   Do you have any children?
11  A.   No.
12  Q.   And could you tell us a little about your
13       educational background, please.
14  A.   Do you want me to go back to high school or
15       college?
16  Q.   Starting at college.
17  A.   I graduated from Huntingdon College, 1996,
18       with a major in English, minors in music
19       and communication studies.  I went on to
20       Auburn University Montgomery to get my
21       master's in language arts and certification
22       in administration.
23  Q.   What year was that?

Page 6

1   A.   That was 1998 that I received the degree.
2        And I graduated from Samford December 2005
3        with an educational specialist degree in
4        educational leadership.  And currently I am
5        pursuing my doctorate at Samford.  I will
6        begin June for the second half of my EDS.
7   Q.   Have you ever given deposition testimony
8        before?
9   A.   In 1995.
10  Q.   Okay.  What was the context of that?
11  A.   It was a harassment case.
12  Q.   Were you plaintiff, defendant --
13  A.   I was just a witness.
14  Q.   Have you ever been sued?
15  A.   No.
16  Q.   Have you ever sued anyone before?
17  A.   No.
18  Q.   Have you ever served in the military?
19  A.   No.
20  Q.   And have you ever been arrested?
21  A.   No.
22  Q.   Okay.  Do you have any relatives in south
23       central Alabama?

Page 7

1   A.   Yes, I do.
2   Q.   What last names?
3   A.   Starks, Maddox.  And that's about it.
4        That's the immediate family.
5   Q.   Do you currently hold an Alabama teaching
6        certificate?
7   A.   I do.
8   Q.   And do you have an administrative
9        certificate?
10  A.   I do, uh-huh (positive response).
11  Q.   Do you have any other certificates through
12       the Alabama --
13  A.   National board certified, certified in
14       language arts.
15  Q.   Do you hold any teaching certificates from
16       any other state?
17  A.   No.
18  Q.   Could you give us your employment history,
19       please.
20  A.   I started teaching in Bullock County, and
21       that was grades 7 through 12.
22  Q.   What year was that?
23  A.   That was 1996, immediately after I

Page 8

1        graduated.
2   Q.   What school were you at?
3   A.   Bullock County High School.
4   Q.   Okay.
5   A.   And following two years in Bullock County,
6        I moved to Montgomery public schools and
7        was a language arts teacher at BTW Magnet.
8        While serving as a language arts teacher
9        there, I taught English, 9 through 12, and
10       speech.  And following my tenure at BTW, I
11       was the assistant principal or
12       administrative assistant -- that's the
13       terminology to use -- at Loveless Academic
14       Magnet, Brewbaker Technology Magnet, and
15       McKee Junior High School.
16            MS. CARTER:  All at the same
17            time?
18  A.   I was at Loveless --
19            MS. CARTER:  It's not my
20            deposition.  I'm sorry.
21  A.   I was at Loveless and Brewbaker Technology
22       Magnet in the same year.
23  Q.   What year was that?

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 9

1   A.   That was about 2001.
2   Q.   Okay.
3   A.   I would go to Loveless maybe in the morning
4        and Brew Tech in the evening, or I'd go to
5        Loveless on Mondays and Tuesdays and Brew
6        Tech on Wednesdays and Thursdays and split
7        a day Friday. And then I think it was back
8        in October that I switched from Brewbaker
9        Tech and Loveless to Brewbaker Technology
10       Magnet and McKee Junior High School. So
11       those were all in the same year.
12  Q.   Okay. McKee Junior High?
13  A.   McKee Junior High School.
14  Q.   And how long did that last, from October
15       2001 until?
16  A.   McKee? Until about May 2000.
17  Q.   So it was just McKee?
18  A.   Well, it was McKee and Brewbaker Tech. I
19       would go to Brewbaker Tech maybe on Mondays
20       and Tuesdays and McKee Wednesdays and
21       Thursdays and split the day on Friday just
22       like I did with Loveless.
23  Q.   How long did you continue this split

Page 10

1        process?
2   A.   That was one year.
3   Q.   Just a year?
4   A.   Uh-huh (positive response).
5   Q.   So that would put us in 2002?
6   A.   Yes, 2002. And then I went back to BTW as
7        the assistant principal, administrative
8        assistant.
9   Q.   Okay.
10  A.   I was there for a year, a full year as
11       assistant principal. Then I moved to the
12       principal's office, and I've been
13       principal -- this is -- I'm going into my
14       second year.
15  Q.   So you became principal in --
16  A.   Okay. It was 2002-2003, 2003-2004, and
17       then 2005-2006. So that had to be like
18       right at 2003, somewhere along in there,
19       2004.
20  Q.   Who was your principal when you were
21       assistant principal at BTW?
22  A.   Dan Aude.
23       MS. CARTER: Could you spell his

Page 11

1        last name?
2        THE WITNESS: A-U-D-E.
3   Q.   Have you ever been certified as a reading
4        coach?
5   A.   No. I'm secondary.
6   Q.   Okay. Have you ever worked in any
7        elementary schools or middle schools?
8   A.   Well, no, because Bullock County High
9        School, you know -- not in Montgomery
10       County. That's 7 through 12.
11  Q.   That was 7 through 12?
12  A.   Uh-huh (positive response). Now, junior
13       high school is McKee, you know, as
14       assistant principal, but not as a teacher.
15       That's junior high.
16  Q.   All right. So your current position at BTW
17       is your first term as a -- first time
18       serving as principal?
19  A.   Second year -- oh --
20  Q.   But in that position, you've never been a
21       principal anywhere before BTW?
22  A.   No.
23  Q.   And what process did you go through to

Page 12

1        obtain the principal position at BTW?
2   A.   Well, it took a long time because I
3        certified in 1998 as an administrator, and
4        I did not make it as soon as I certified.
5        So I went back into the classroom, and
6        that's when I got the national board
7        certification. So it's taken a while
8        because I certified in 1998, but I didn't
9        get my first job, you know, as a -- you
10       know, an administrator or principal until
11       2003-2004.
12  Q.   Okay. But, now, you had an assistant
13       principal position in 2001 at Loveless and
14       Brewbaker Tech at the same time?
15  A.   Okay. And let me retrace this. Let me
16       kind of go back over it because -- I would
17       have brought my resume.
18       Okay. So for 2003-2004, I was
19       assistant principal at BTW -- I mean -- I'm
20       sorry. That was --
21       MS. CARTER: I think she might be
22       one year off.
23  A.   Yeah, I'm about one year off.

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

1        MS. CARTER: She started her
2        assistant principalships one
3        year later when she's
4        testified.
5  A.  Yes. Okay. And so my first year as a
6      principal was 2004-2005; second year,
7      2005-2006. I was assistant principal
8      2003-2004 at BTW, and I was assistant
9      principal at Loveless, McKee, and Brew
10     Tech, that would be 2002-2003.
11  Q.  Okay. Was the position in 2002-2003,
12     assistant principal, administrative
13     assistant --
14  A.  Right.
15  Q.  -- was that your first administrative
16     position?
17  A.  That was my first.
18  Q.  Okay. And had you applied for
19     administrative positions prior to the
20     Loveless Magnet, Brewbaker Tech?
21  A.  I did, uh-huh (positive response).
22  Q.  How many times had you applied for --
23     Well, let me ask this. How many

1     assistant principal positions had you
2     applied for prior to obtaining one?
3  A.  Well, I had only applied -- you know, you
4     submit your letter of interest, and then
5     you just wait. And if you don't hear that
6     time, then you submit it again. So I did
7     submit a letter of interest, and the first
8     time I submitted it, I didn't receive the
9     position.
10  Q.  Okay. In 1998 you said you were certified
11     in administration. Was this the beginning
12     or the end of '98?
13  A.  That was about the end of '98.
14  Q.  Okay.
15  A.  Because that following year, I moved to
16     BTW, so it was '98-'99. You pick up in '98
17     and you end in '99.
18  Q.  Okay. Now, what process did you go through
19     to secure the principal position as opposed
20     to the assistant principal position at BTW?
21  A.  Well, it was pretty much the same. I had
22     to submit a letter of interest.
23        THE WITNESS: And Mr. Barker, I

1     don't remember when we had to
2     submit those letters of
3     interest, but I think it was
4     at the closing of my assistant
5     principalship.
6     MS. CARTER: He can't tell you.
7     He's invisible.
8     THE WITNESS: Oh, he's invisible?
9     Okay.
10  Q.  Did you have to complete an application?
11  A.  All of that information was already on
12     file. I had to submit my resume and my
13     letter of interest because your application
14     is on file, you know. When you're a
15     teacher, you have all of your logistical
16     documentation there, but I had to submit a
17     letter of interest and a resume.
18  Q.  Okay. Now, was this a lateral move when
19     you were seeking the principal position?
20  A.  Well, technically, I still had to -- I
21     moved up, yes, but --
22  Q.  This would have been a promotion?
23  A.  Yes, it was a promotion.

1  Q.  Increase in pay?
2  A.  Yeah -- well, if you want to call it an
3     increase, yeah.
4  Q.  Increase in duties?
5  A.  Yes.
6  Q.  Responsibilities?
7     MS. CARTER: Definitely that,
8     huh?
9  Q.  Did you have any interviews during the
10     process of obtaining your principalship?
11  A.  With my interviews, of course, you know,
12     Booker T. Washington Magnet. That was
13     about it.
14  Q.  Who interviewed you at Booker T.
15     Washington?
16  A.  That would be Dan Aude. And of course, I
17     had to go through several interviews or --
18     I had to go through interviews with MPS.
19     That was just basically -- MPS did our
20     interviews for the principalship.
21  Q.  Okay. Who at MPS did your interview?
22  A.  Who all was in the room? Mike Looney,
23     Mr. Barker, I think Lois Johnson or Linda

**Page 17**

1  Robinson, and -- that's all I can recall.
2  Q.  Okay.  What happened after your interview
3      next in the step of securing this position
4      as principalship?
5  A.  Okay.  After the interview, you just have
6      to wait, you know.  You have to wait
7      because there's a chance of getting it, and
8      I had already gone through the struggle of
9      not getting assistant principal the first
10     time, so I didn't want to push it and say,
11     well, did I get hired?  Am I going to get
12     this school?  So I just had to wait until,
13     you know, it was approved.
14 Q.  About how long was that, do you remember?
15 A.  It was an eternity for me, but I guess, you
16     know, for the most part of the -- I don't
17     know.  Maybe about a month.  I don't want
18     to say because it will be incorrect,
19     because I'm uncertain.
20     MS. CARTER:  It's okay.
21 Q.  Have you ever been a part of a hiring
22     committee where you served on the
23     committee?

**Page 18**

1  A.  Well, when I was hiring -- when we were
2      trying to find an assistant principal to
3      fill the slot at my school, so --
4  Q.  How many people were on this committee?
5  A.  It was basically all of the principals who
6      were looking for an assistant principal, so
7      there had to have been maybe about seven
8      people in that room.
9  Q.  And what year was this that you were
10     looking for an assistant principal?
11 A.  I was looking for an assistant principal
12     2004-2005, the summer, so that would be
13     2004.  Summer 2004.
14 Q.  Okay.
15 A.  That was the first time I was looking
16     for --
17 Q.  So that was --
18 A.  Yes.
19 Q.  And you did an application process the
20     following year, summer of 2005?
21 A.  I was looking for someone then, too.
22 Q.  Okay.
23 A.  So I sat in on two interviews.

**Page 19**

1  Q.  Okay.
2  A.  And in going back to that, in tracing
3      things, I want to --
4      Is it okay for me to go back?
5  Q.  Yes.
6  A.  With Dan Aude, he interviewed me for the
7      assistant principalship at BTW.
8  Q.  Okay.
9  A.  Okay.  Not the principalship.  MPS did the
10     principalship.
11 Q.  Okay.  In your experience as principal, has
12     there ever been a time when you've
13     recommended a candidate for a position and
14     that candidate not be hired?
15 A.  Basically -- and it's hard to say that
16     because we are asked to submit
17     recommendations, our first, second, and our
18     third choices.  And, you know, all of my
19     choices are pretty much, you know, I would
20     be okay with either one of them.  So I
21     can't say that, no, they've been denied.
22     It just depends.  And then I remember one
23     year when I was interviewing, there may

**Page 20**

1  have been some individuals who were
2  currently in the classroom and couldn't be
3  pulled out.  That was the 2004-2005 year.
4      So no, not really, because, you know,
5  we're given an opportunity to make
6  recommendations, and I would have been fine
7  with either of the recommendations for
8  2005-2006.
9  Q.  Okay.  You say either of the
10     recommendations.  Did you make two
11     recommendations?
12 A.  I did three.
13 Q.  Three?
14 A.  Uh-huh (positive response).
15 Q.  Do you ever indicate to Mr. Barker or
16     anyone at HR who is your preferred amongst
17     the three?
18 A.  Yes, I can indicate, yes, and that would be
19     in my ranking.  But still, going back to
20     what I said, I would be fine with either of
21     the three.
22 Q.  Right.
23 A.  Uh-huh (positive response).

Deposition of Deedra Starks          Lowe vs. MCBOE          January 24, 2006

Case 2:05-cv-00495-WKW-SRW     Document 24-24     Filed 05/05/2006     Page 8 of 27

Page 21

1   Q.  Have you ever -- do you typically get the
2       person, your top pick?
3   A.  I did this year, yes.
4   Q.  Has there ever been a situation in your
5       past two years as principal where you did
6       not get your top pick for a position?
7   A.  Well, the previous year, I did not have
8       anyone at all for 2004-2005. I didn't have
9       an assistant principal for that particular
10      year. But for 2005-2006, when I had an
11      opportunity, I did get my top pick.
12  Q.  So there was no assistant principal in
13      2004-2005?
14  A.  No.
15  Q.  Had you interviewed people for this
16      position?
17  A.  I had interviewed people for that position.
18  Q.  Had you submitted recommendations to
19      Mr. Barker or HR?
20  A.  Yes, but like I stated, the individuals
21      that could have been recommended at that
22      time, they were teaching in the classroom.
23      Because this was a process that went over

Page 22

1       into mid year, mainly because I did start
2       not on schedule with some of the other
3       principals as a first-year principal. It
4       was something that just kind of came up.
5   Q.  So you just had no assistant principal for
6       a year?
7   A.  Uh-huh (positive response).
8   Q.  Okay.
9           MS. CARTER: Say yes or no.
10  Q.  I'm sorry. She's typing everything.
11  A.  Oh, yes. Yes.
12  Q.  I forget, too.
13  A.  Okay.
14  Q.  Do you keep any documentation when you
15      interview people for positions in the
16      school?
17  A.  During the hiring process, I will keep
18      documentation, but after that, I don't keep
19      it because there's no need for me to do
20      that.
21  Q.  Okay.
22  A.  But while I'm trying to decide who I want,
23      I'll have that documentation available.

Page 23

1       Now, of course, names will always be
2       something that I can refer back to, but as
3       far as the notes on my legal pad, no.
4   Q.  Okay. Do you keep any documentation of the
5       recommendations that you make to HR for
6       particular positions?
7   A.  Just the names are written down.
8   Q.  Okay. But you continue to keep the names,
9       at least just the names?
10  A.  Uh-huh (positive response).
11  Q.  Okay.
12  A.  Yes.
13  Q.  Now, we started to talk about this, the
14      2005 administrative assistant position that
15      was available at BTW. Did you seek out
16      candidates for this position?
17  A.  Well, we went through the process at the
18      central office where the seven or so
19      principals were seated at the table, and
20      they had an opportunity to listen to all of
21      the applicants who were applying. After
22      that we had a listing of individuals that
23      we could call, and we established further

Page 24

1       contact. Most of the individuals would
2       beat us to calling them. So that's how the
3       process went. I met with central office
4       first to interview the applicants, and then
5       secondly we took the names from the list
6       that was provided. We would get updates
7       from Sue Arant, who's in the human
8       resources office, as to new applicants and
9       current applicants to call.
10  Q.  Okay. Let me ask you about --
11          Now, was the position advertised? Was
12      it posted?
13  A.  All of the positions were posted.
14  Q.  Okay. And once the position is posted,
15      were all of the applicants gathered
16      together at the same time with the
17      seven-principal committee?
18  A.  Okay. This is how it worked. I told you
19      we had our interviews at MPS. They come to
20      a room just like this. The applicant would
21      sit at the head of the table, and all of
22      the principals would be around the table
23      with the human resource officers, and we



Page 25

1  would ask questions round robin. That's
2  the first process. The jobs have all been
3  posted out there in the system.
4       The second process after that was to go
5  down from the listings of individuals that
6  we interviewed and call those individuals
7  for another interview in our office.
8  Q.  Okay. Now, are --
9       MS. CARTER: Our office being?
10  Q.  BTW's office?
11  A.  BTW, uh-huh (positive response). Yes.
12  Q.  Do you have any contact with any of the
13  applicants prior to the group meeting at
14  MPS?
15  A.  I don't.
16  Q.  Okay. When the applicants come to the
17  group committee meeting or interview, I
18  guess, at MPS, have you already received a
19  list from central office indicating whether
20  or not they're suitable or they're
21  certified for the positions?
22  A.  Now, we're assuming they're certified when
23  we go to central office and we're seated at

Page 26

1  the table because for them to make it to
2  that point, they should have had their
3  documentation in line.
4  Q.  Okay. Now, you said you got a list of
5  people that you could call. What was the
6  list?
7  A.  Well, the listing was just the names
8  provided from those individuals that we
9  interviewed in central office and any
10  others. Because there were some people
11  that couldn't jump on the band wagon to get
12  there for that first series of interviews,
13  and so they would interview later on. And
14  I know I had obligations, so I might have
15  made the first interview session and not
16  the second. That listing just keeps us
17  updated.
18  Q.  Okay. And then after the initial
19  interviews, it was your responsibility to
20  contact any applicants on your own?
21  A.  Well, what we do after that is after I've
22  interviewed, and I'm like, okay, I'm
23  interested in candidate A, B, or C, I will

Page 27

1  inquire about that person. Human resources
2  may be forwarding those recommendations,
3  and we were asked this year to send those
4  in. And that's it. They contact the
5  individuals who we're interested in because
6  they have to do a final check. Yes.
7  Q.  Okay. You said you -- okay. I think we're
8  skipping a step in here.
9  A.  Okay.
10  Q.  You did the interviews at MPS?
11  A.  Yes.
12  Q.  Then you receive a list of people that were
13  interviewed?
14  A.  Right.
15  Q.  Did you make any contact with those
16  applicants?
17  A.  To contact them --
18  Q.  Did you call anyone to follow up?
19  A.  To follow up for an interview, yes.
20  Q.  Okay.
21  A.  And then some of them called me.
22  Q.  Okay. So you would do a personal
23  interview, a one-on-one interview with the

Page 28

1  applicant?
2  A.  Right.
3  Q.  Then --
4  A.  Recommendations are sent.
5  Q.  Okay. And you said the board -- I'm
6  sorry. HR looks into the people? What --
7  A.  Well, no. They ask us what our
8  recommendations are.
9  Q.  Okay. Do you do any kind of background or
10  reference checks?
11  A.  Well, I don't have the ability to do any
12  background or reference checks, like
13  calling around to schools, saying, hey, how
14  is this person going to work. We submit
15  our recommendations, but -- I don't want to
16  assume, since Mr. Barker can't speak -- all
17  of that should already have been done prior
18  to us submitting our recommendations.
19  Background checks, reference checks and all
20  that, that should have been done the first
21  MPS interview session that we had with all
22  of the principals and the candidates coming
23  in.

7 (Pages 25 to 28)

Page 29

1  Q.  So is there any -- do you check out
2      anyone's employment history or their
3      history with previous schools at any point
4      yourself?
5  A.  You know, I might inquire, but basically I
6      just look at the resume. I base it on what
7      the individual has stated in the
8      interview. And if I want to say, well, how
9      does this person work in this particular
10     setting, I can do that, but I rarely did
11     that in my interviews because I have a lot
12     of confidence in --
13 Q.  Who would you inquire to?
14 A.  Like I said, I don't do this.
15 Q.  You've never done this?
16 A.  No, you know, never, unless it's a
17     teacher. Now, with my teachers it's
18     different, but if it's somebody who has
19     come in on an administrative level, I will
20     just basically rely on the resume, what I
21     have stated in the conference, and any
22     other documents that are given. But for
23     teachers, I'm going to call former

Page 30

1      principals and references that are
2      provided.
3  Q.  Okay. Now, you said you give your
4      recommendation to Mr. Barker --
5  A.  Or whoever.
6  Q.  -- or HR --
7  A.  Right.
8  Q.  -- of who you want. This recommendation,
9      is it simply a list of individuals?
10 A.  Uh-huh (positive response). Yes.
11 Q.  Do you provide your reasons behind
12     selecting these certain people?
13 A.  That's more so in conversation.
14 Q.  Okay. So you would have a conversation?
15 A.  A conversation would take place.
16 Q.  Okay. What type of things would be
17     discussed in this conversation?
18 A.  Qualities that would benefit my school.
19     I'm at a performing arts school, so it
20     helps to have individuals who may have some
21     kind of experience with magnets, performing
22     arts schools, with some of the components
23     that we have. Abilities to organize,

Page 31

1      because PEPE is one of our biggest
2      monsters. Teacher evaluations, seeing if
3      individuals are competent to do that. And
4      also interpersonal skills, working with
5      faculty members. That's the largest part.
6      Background experience. I'm on the
7      secondary level, so I'm going to be looking
8      for some individuals who have had some sort
9      of experience on the secondary level,
10     successful experience.
11 Q.  Let's talk about the 2005 assistant
12     principal position specifically.
13 A.  Right.
14 Q.  Okay. Did Melvin Lowe express an interest
15     in this position?
16 A.  He called me, yes. He called, expressed an
17     interest in it.
18 Q.  Did he call you prior to the MPS interview?
19 A.  No.
20 Q.  So what was your first interaction with
21     Melvin Lowe?
22 A.  With our telephone call, our conversation.
23     And I'm going back to -- this may have been

Page 32

1      June, July or whatever. Some of the
2      applicants were called. Some of the people
3      who interviewed with MPS followed up with
4      us. My first time really talking to him
5      jobwise was in our interview.
6  Q.  You say our interview?
7  A.  Yes. My interview with Mr. Lowe.
8  Q.  You and Mr. Lowe?
9  A.  Uh-huh (positive response).
10 Q.  Did Mr. Lowe participate in the group
11     committee interview?
12 A.  Yes, I remember seeing him.
13 Q.  Okay. Do you remember what your impression
14     was of him based on that group interview?
15 A.  The group interview, you know, we had so
16     many applicants. I'm not saying that he
17     wasn't a good applicant, but, again, I'm
18     looking for three things, you know:
19     Exposure to the magnet performing arts, and
20     then secondly looking at background
21     experience, education, what level the
22     person has served on. So I can't say that
23     he was in my top grouping from those

Page 33

1      individuals that I interviewed at MPS.
2    Q.  How many applicants were there at that
3      interview at MPS, do you know?
4    A.  I can not give you an estimate.
5    Q.  Fifty? I mean, I'm just trying -- was it
6      10, 50, 100?
7    A.  In that single day that I was there, there
8      had to have been over 10, 15 people.
9    Q.  Okay. Were there other days where the
10      principals did group interviews?
11    A.  There were other days. I think we had
12      about maybe two sessions, and I know that I
13      wasn't available for one of the sessions.
14    Q.  Do you know approximately the size of the
15      applicant pool that you were going to be
16      picking this position from?
17    A.  No.
18    Q.  Okay. Now, you said that Melvin Lowe
19      contacted you after the MPS group
20      interview?
21    A.  And let me put it out here like this
22      because, you know, I said I don't want to
23      give you any information that's incorrect.

Page 34

1      If we go down the listing and we contact a
2      person, you know, they can contact us back.
3    Q.  Okay.
4    A.  I do remember him contacting me, but I
5      don't know if it was that he contacted me
6      after, you know, the individuals were
7      called.
8    Q.  So you don't know if your office initiated
9      the first contact or if he did?
10    A.  I can't say that.
11    Q.  Okay.
12    A.  You know, I can't say that.
13    Q.  That's fine. Did you and he have a
14      conversation on the phone when he contacted
15      your office?
16    A.  It was just short.
17      And Sharon Gjesvold did my scheduled
18      interviews. She was --
19    Q.  What was her last name?
20    A.  Gjesvold. G-J-E-S-V-O-L-D. She's my
21      bookkeeper. She scheduled most of my
22      summer appointments.
23    Q.  Did Mr. Lowe come in for a face-to-face

Page 35

1      interview?
2    A.  Yes.
3    Q.  And what was your impression of that
4      interview?
5    A.  Well, I remembered Mr. Lowe. You asked did
6      I have any prior knowledge of him. I
7      remembered him because when we were
8      younger, we had the same piano teacher. So
9      of course, at the beginning of the
10      interview, we had a little small talk.
11      Okay, yeah, I remember you. But he pretty
12      much took charge of the interview. He
13      carried it on. I was able to ask a couple
14      of questions, but he pretty much led the
15      interview.
16    Q.  Okay. How long was that interview, do
17      you --
18    A.  That one that day could have been about 30,
19      35 minutes.
20    Q.  And what all did y'all talk about over the
21      course of the interview?
22    A.  Well, he talked about his background. He
23      shared background information about

Page 36

1      being -- working in productions, serving as
2      a make-up artist, his elementary
3      experience, working in Bullock County
4      also. And basically, I heard a lot about,
5      you know, him.
6      My questions centered on organizational
7      skills, how do you work well with people,
8      interpersonal skills, but we kind of went
9      off on different tangents about his
10      experience and where he had been and what
11      individuals he had an opportunity to work
12      with and what he had accomplished in his
13      previous jobs. So it really wasn't a
14      structured interview like I initially
15      wanted it to be. It was more
16      conversational as to what I have achieved,
17      this is what I have done, and I have -- I
18      will be getting my doctorate from Nova and
19      just a couple of other things.
20    Q.  Based on what you did speak to him about,
21      did you form an opinion based on whether or
22      not he had the qualities that you were
23      looking for, the organizational skills?

9 (Pages 33 to 36)

Page 37

1    Did he have organizational skills
2    sufficient to fulfill this position?
3  A.  Well, I really couldn't, like I say, form
4    an opinion about him at that particular
5    time because the conversation went away
6    from my interview questions to this is who
7    I am.  This is what I can do for your
8    program.
9  Q.  Okay.
10  A.  So until I could look at all of the
11    applicants grouped together, I can't say,
12    okay, well, this is the one I'm going to
13    hire right now.
14  Q.  Right.  Did you walk away from that
15    interview with any kind of opinion that you
16    can recall?
17  A.  Nothing other than, okay, at least he can
18    entertain us with a lot of good
19    conversation.  But nothing as to this is
20    going to be the person who I want for the
21    job.
22  Q.  Okay.
23  A.  No.

Page 38

1  Q.  Now, what kind of certification would be
2    required for this position?
3  A.  An administrative certification.  And to
4    have that, you have to have completed a
5    course -- your four years and then the
6    master's program, and this is like five
7    classes or more after the master's
8    program.  So having an administrative
9    certificate for K through 12, those are the
10    requirements.
11  Q.  Are you aware of whether or not Mr. Lowe
12    possesses or possessed at that time an
13    administrative certificate?
14  A.  For him to be in the interview with us at
15    central office, I assumed.
16  Q.  Okay.
17  A.  But, you know, other than that, I don't
18    know.  You don't know.
19  Q.  After you had this 30, 35-minute interview
20    with Mr. Lowe, what happened next as far as
21    the hiring process?
22  A.  Well, I had to interview -- I interviewed a
23    couple other people.  I thought that day

Page 39

1    that that was particularly going to be the
2    last of the interviews, but individuals
3    kind of came along.  I don't know how
4    many.  There was another person that came
5    in following his interview, and then I did
6    a phone interview with his brother because
7    his brother was at a conference.
8  Q.  The other person came in that same day?
9  A.  That same day.  And it could have been
10    following.  And then I had another
11    interview with a teacher who's on my staff,
12    Martin Dukes, and that was -- he was my
13    last interview, Martin Dukes.  He's a
14    social studies teacher at BTW.
15  Q.  And you stated that Marvin Lowe had a phone
16    interview with you?
17  A.  Yes.
18  Q.  And that was after you had had the
19    personal, face-to-face interview with
20    Melvin Lowe?
21  A.  Yes.
22  Q.  When was Martin Dukes' interview?
23  A.  I don't remember the date, but it was

Page 40

1    several days afterwards.  Yes.  Several
2    days after.
3  Q.  And how did Mr. Dukes go through the
4    process of positioning himself for this
5    administrative assistant --
6  A.  He had to go through the same process with
7    HR, and then he had to have an interview
8    with the principal.
9  Q.  Okay.  Had he made you aware of his
10    interest in this position prior to your
11    interviewing Melvin Lowe?
12  A.  I knew that he was certifying in
13    administration, but I didn't know what his
14    interests would be in Montgomery Public
15    Schools.  You never know until, you know,
16    people submit a letter of interest, so I
17    didn't know beyond that.
18  Q.  Did Mr. Dukes obtain his certification?
19  A.  He already had his certification.  He has a
20    master's in administration from ASU.
21  Q.  When did he get that certification?
22  A.  He got it maybe in May.  I'm not sure, but,
23    you know, May.

10 (Pages 37 to 40)

Page 41

1   Q. So he had it prior to you interviewing him?
2   A. Uh-huh (positive response).
3   Q. Who was actually ultimately hired for that
4       position?
5   A. Ronald Ashley. He was a veteran teacher
6       from Floyd Middle Magnet High School --
7       Junior High School.
8   Q. When was Mr. Ashley interviewed?
9   A. He was interviewed -- I believe he was the
10      first one of the day.
11  Q. Before Melvin Lowe?
12  A. Before Melvin.
13  Q. Okay.
14  A. He could have either been before or after.
15      I was running a little bit behind time that
16      day, so I don't know if he was before or
17      after. I think he was before.
18  Q. Okay. So the day that you interviewed
19      Melvin Lowe, you interviewed Mr. Ashley --
20  A. Right.
21  Q. -- and Melvin Lowe and another individual?
22  A. No, Marvin came the next day on the
23      telephone and then Martin Dukes was the

Page 42

1       last person.
2   Q. Okay. So Melvin Lowe and Ronald Ashley
3       were the only two on that same day?
4   A. No, his brother -- yeah, on that same day.
5   Q. In face-to-face interviews?
6   A. Yes. Yes.
7   Q. Okay. When did you call Marvin Lowe?
8   A. I had to have called him because I had to
9       call Melvin to get his telephone number,
10      his cell phone number, because the number
11      that he had given me wasn't working, so it
12      must have been the day after. I was at
13      Vacation Bible School when I interviewed
14      him, so -- in the parking lot. I couldn't
15      go in until I interviewed him. So it was
16      whatever day that was. I don't know.
17  Q. Do you --
18  A. The day after or a couple of days after.
19  Q. Okay. When you called Melvin to get
20      Marvin's cell phone number, what did you
21      and Melvin discuss that day?
22  A. He basically discussed that, you know, he
23      enjoyed the interview, and I said I enjoyed

Page 43

1       it as well. And that's about it. I got
2       the number and went on because it's very
3       awkward when you're talking to a brother
4       and then a brother, and they're both
5       candidates for the same position. So it
6       was limited. It wasn't a very long
7       conversation.
8   Q. Do you remember when you called Melvin?
9       Was it morning, night?
10  A. It was evening, like about five, six
11      o'clock.
12  Q. So did you call him at his home for
13      Marvin's number?
14  A. Yes, uh-huh (positive response).
15  Q. Did you indicate --
16  A. Home or cell.
17  Q. Did you indicate to Melvin in that phone
18      call that you had already made your
19      decision as to who you were going to
20      recommend for that position?
21  A. No.
22  Q. Did you indicate to Melvin that Marvin had,
23      in fact, applied for that same position?

Page 44

1   A. Well, they knew each other, you know.
2       They're brothers, so, you know, they both
3       knew. And so I really can't recall.
4       Because it was just one of those known
5       things, you know. You've applied and your
6       brother is applying.
7   Q. Right.
8   A. Yes.
9   Q. Do you remember anything else --
10      What all did you say to Melvin on that
11      night when you called him to get Marvin's
12      phone number?
13  A. Nothing other than, like I stated, I
14      enjoyed the interview and, you know, I'm
15      just impressed that both you and your
16      brother have done so many different
17      things. His brother is doing extremely
18      well at J.D. I didn't get into all of
19      that. That was basically the overall
20      conversation.
21  Q. Do you remember about how long that phone
22      call lasted?
23  A. No.

11 (Pages 41 to 44)

Page 45

1  Q.  Did you recommend Melvin Lowe for -- Let me
2     back up.
3        Did you ever speak with Jimmy Barker
4     about hiring Melvin Lowe for this position?
5  A.  I made my recommendations, talked about
6     those recommendations, and that's it.
7  Q.  Okay.  Who were your recommendations?
8  A.  My first recommendation was Ronald Ashley,
9     and I got him.  My second one was a
10    Mr. Johnston, who is at Lee High School
11    now.  And my third recommendation was his
12    brother, Mr. Lowe's brother.
13 Q.  Okay.  Let's back up.  Did you interview
14    Mr. Johnston?
15 A.  Yes, I did.
16 Q.  Okay.  When did you interview Mr. Johnston?
17 A.  He had to have been before Mr. Lowe.
18 Q.  Okay.
19 A.  He was one of my first or second interviews.
20 Q.  So was the interview in your office?
21 A.  Yes.
22 Q.  Okay.  What did you discuss with Mr. Barker
23    with regard to your recommendations?

Page 46

1  A.  I talked about Mr. Ashley and just kind of
2     getting some background information; that,
3     you know, he has an excellent reputation.
4     He was very impressive in the interview; I
5     mean, extremely organized, poised.  He
6     answered all of the questions and was able
7     to elaborate and provide examples as to
8     where he --
9        We have an aviation magnet at BTW.
10    Mr. Ashley has background in the military,
11    and our aviation teacher was up for PEPE
12    evaluation this year, so it was just very
13    impressive to hear about the military
14    experience and how that could apply to what
15    we were doing at BTW.  So I shared with him
16    that I was impressed with his organization,
17    with his presence, and with his
18    professionalism in the interview.
19 Q.  Did you discuss Mr. Johnston with Jimmy
20    Barker?
21 A.  I just discussed that I was impressed with
22    him as well.  He had training in logistics,
23    and one of the biggest assignments that an

Page 47

1     assistant principal has is to do textbooks,
2     inventory, and he kind of made it clear in
3     his interview that he was well prepared to
4     do that.  So I didn't really get into
5     details with that because my focus was
6     Ronald Ashley.  I wanted him.
7  Q.  Did you discuss Marvin Lowe with
8     Mr. Barker?
9  A.  The brother?
10 Q.  Yes, Marvin.
11 A.  Yes, I did discuss him, but more so, you
12    know, this is a guidance counselor, he's
13    12 months, and that I was just very
14    impressed with him as well.  Because he did
15    come for a follow-up, face-to-face
16    interview.  It was a courtesy.  After we
17    had our telephone interview, he just
18    stopped by the school one day to meet me
19    face to face and give me some information
20    in my hand.  So I discussed that because I
21    had an opportunity to see him face to face
22    beyond the telephone.
23 Q.  Did you ever discuss Melvin Lowe with Jimmy

Page 48

1     Barker?
2  A.  No, I didn't, because that was not one of
3     my choices.  He was not one of my choices
4     based on the interviews and the HR around
5     the table.
6  Q.  And you stated that Ronald Ashley was your
7     first --
8  A.  My first choice.
9  Q.  Okay.  And he was the one that was hired
10    for the position?
11 A.  Hired, uh-huh (positive response).
12 Q.  Did Mr. Ashley have any administrative
13    experience prior to BTW?
14 A.  He was in the classroom for several years.
15    He would be the designee sometimes when his
16    administrator, Johnny Jefferson, who is
17    deceased now, would leave the building, so
18    he had a lot of leadership experience at
19    Floyd Middle and in the community.
20 Q.  Okay.  Did you have any conversations with
21    Melvin Lowe with regard to you recommending
22    him for this position?
23 A.  I didn't say that -- and one reason why I

12 (Pages 45 to 48)

Page 49

1  want to say this clearly is that we cannot
2  tell an applicant that they've been hired.
3  It's just unprofessional. Because what's
4  going to happen if an issue comes up and
5  their qualifications don't match? Because
6  it can happen. Anybody can make mistakes.
7  Human resources, they make the final call.
8  We submit the recommendations, they make
9  the call.
10       So I have to be very careful, because
11  you can get some people really excited: I
12  know I got the job. But you don't want
13  people leaving upset: Well, I know she's
14  already just excluded me from the
15  interview.
16       So I didn't leave him with that
17  impression, but I did leave him like I
18  leave all of my applicants: I'm impressed
19  with your resume, what you've done. You
20  know, you will go very far. But not,
21  you're going to get this job. It's just
22  not professional to do that without
23  following protocol.

Page 50

1  Q.  Had you ever had a conversation with Melvin
2      where you indicated to him that it would be
3      important to exchange phone numbers because
4      you would be working closely together?
5  A.  It was important to exchange phone numbers
6      because I have to get all of the contact
7      numbers of the individuals who I've
8      interviewed. You know, you just never know
9      what networking can take place after an
10     interview or when you may have to work with
11     a person in the future. But that's the
12     information I get from everyone. May I
13     have your contact information if I need to
14     contact you in the near future or the
15     future, you know. So...
16 Q.  Did you get his contact information at the
17     face-to-face interview, or was this later
18     in a phone call?
19 A.  At the face-to-face interview, he provided
20     all of his documents, all of his
21     information.
22 Q.  Okay. Other than the conversation that you
23     just spoke of with Jimmy Barker

Page 51

1  regarding -- where you went through the
2  recommendations of Ashley Johnston and
3  Marvin Lowe, did you have any other
4  conversations with Mr. Barker with regard
5  to filling this position?
6  A.  I did just about the same way when I was
7      getting my position. I just waited, you
8      know. I wanted to just have somebody. Of
9      course, Ronald Ashley was my first pick,
10     but I was really looking forward to having
11     an assistant principal for the year. I
12     just waited. I didn't do a bunch of
13     follow-up calls because I knew that they
14     would eventually honor my request or either
15     follow up in some way or the other.
16 Q.  Did you do any kind of follow-up calls?
17 A.  I didn't call individuals. I might have
18     called and said thank you for the
19     interview. We tried to do that just out of
20     courtesy to some of the applicants, but we
21     might not have done it for all, to say
22     thank you for interviewing, keep doing what
23     you're doing, but no.

Page 52

1  Q.  Did you do any follow up with the human
2      resources?
3  A.  Other than doing the recommendations?
4  Q.  Right.
5  A.  They call us.
6  Q.  You did the recommendation, and then you
7      said you waited. You didn't do much follow
8      up. I'm just wondering if you did any
9      follow up with --
10 A.  I just waited for my phone call.
11 Q.  Okay. Did you ever speak to Carolyn Hicks
12     with regard to filling the administrative
13     assistant position in 2005?
14 A.  I'm not sure, because I was talking to her
15     the whole time about filling teaching
16     positions because I had openings in musical
17     theater. You know, it could have been in
18     some conversations with her where I was
19     talking about teachers that something could
20     have come up, but, no, I can't say that I
21     did talk to her. I'm not sure. I could
22     have, but I'm just not sure.
23 Q.  Did Mr. Barker ever tell you that you had

13 (Pages 49 to 52)

Page 53

1  to hire a man or a woman to fill any
2  certain position?
3  A.  No.  And I even asked Mr. Barker about
4  this.  You know, I need somebody.  Does it
5  matter?  And he said, no.  You need to go
6  with the most qualified candidate, you
7  know.  We cannot discriminate based on
8  gender or race.  And he shared that with
9  me on my IP, so I remember where I was
10  seated when he said that, you know.  He
11  said, no, we cannot discriminate.  You
12  choose who you want, and we will, if we
13  can, honor that request.  Because there
14  were so many schools that needed assistant
15  principals, and so --
16  Q.  What was the basis for you even inquiring
17  about that?
18  A.  There was no basis for me inquiring about
19  it, but there were several applicants, you
20  know, that were interested in positions.
21  But he made it very clear.  And it could
22  have been just something that was inserted,
23  but he made it very clear that, no, you

Page 54

1  know.  Don't look at things like that.
2  Because I am...
3  Q.  And I guess what I'm asking you is what
4  gave you the impression that that question
5  needed to be asked to clarify that
6  situation?
7  A.  Okay.  I've been in other situations, not
8  in Montgomery County, where that has been
9  an issue.  I have a friend who is an
10  administrator in another county, and, you
11  know, that's an issue.  But it wasn't an
12  issue with Montgomery Public Schools.
13  Q.  So your basis for inquiring of Mr. Barker
14  whether you needed to take gender or race
15  or anything else into consideration is
16  based solely on --
17  A.  Other experiences.
18  Q.  -- other experiences with other counties?
19  A.  Right, with other counties.
20  Q.  Okay.  Do you know if any background or
21  reference check was done with regard to any
22  of the applicants after your interview?
23  A.  I'm certain that they went back to just

Page 55

1  double check.  I don't know, but I just
2  assumed, you know.  You're not supposed to
3  assume --
4      MS. CARTER:  If you don't know,
5         just say you don't know.
6  Q.  If you don't know, that's fine.
7  A.  Okay.
8  Q.  Did you obtain any additional information
9  on Melvin Lowe after his face-to-face
10  interview with you?
11  A.  No, because I was not interested.
12  Q.  Okay.  Did you ever speak to anyone that
13  Melvin had ever worked with?
14  A.  No.
15  Q.  Have you ever spoken to anyone in human
16  resources or administration with regard to
17  Melvin Lowe?
18  A.  No.
19      MS. DUGAS:  Let's take a quick
20         break.
21      (Brief recess.)
22  Q.  (Ms. Dugas continuing)  Few more questions.
23  For the 2004 administrative assistant

Page 56

1  position, did you conduct interviews
2  through the MPS committee?
3  A.  I did, uh-huh (positive response).
4  Q.  Hiring committee?
5  A.  Uh-huh (positive response).
6  Q.  Did you interview Melvin Lowe?
7  A.  No, no.  I don't remember him that year.  I
8  just remember him for '05-'06.
9  Q.  Do you remember who you recommended for
10  that position in 2004?
11  A.  I don't remember who I recommended, because
12  it was a shortage of applicants that year.
13  I don't remember.  And I may not have
14  recommended anybody because, you know, I've
15  always kind of felt -- you know, it's
16  better to either do it solo and have the
17  person that -- You know, you can work well
18  by yourself, but if you do it with someone
19  who's not going to work well with you, it
20  won't be effective.  So I don't even know
21  if I submitted recommendations because I
22  was doing all of this interviewing and just
23  didn't find anybody who matched what I

14 (Pages 53 to 56)

Deposition of Quesha Starks    Lowe vs. MCBOE    January 24, 2006

Case 2:05-cv-00495-WKW-SRW    Document 24-24    Filed 05/05/2006    Page 17 of 27

Page 57

1    think they needed to be. So I think that
2    was more my situation in '04-'05.
3  Q.  That you didn't find anybody who you felt
4    matched with your personality or your --
5  A.  Right, or with the school. The children
6    first, you know, because I don't know if
7    anybody would match with me. It was more
8    so the students.
9  Q.  Is that something that's typical? Are you
10   aware of any other situations where a
11   principal has just chosen to not have an
12   administrative assistant?
13  A.  I don't know if chosen, but just trying to
14   wait for the best applicant. Quinton Ross,
15   who was my principal, he went about a year
16   without an assistant principal. BTW has
17   had six or seven principals.
18  Q.  That was my next question. When was
19   Quinton Ross your principal?
20  A.  Okay. The first year, it was Cheryl
21   Carter. She stayed for a year. The second
22   year, we had Birdie Owen. She stayed a
23   year. Then we had Nancy Creytor. She

Page 58

1    stayed a year. Quinton Ross stayed three
2    years, I think. Then Dan Aude came and
3    stayed a year, and then I was the one after
4    Dan Aude. So Quinton Ross was before Dan
5    Aude.
6  Q.  And you stated he did not have an assistant
7    principal?
8  A.  He did not have it his first year he was
9    the principal there.
10  Q.  Okay. And would you have any documents
11   regarding the interviews, when you sat in
12   on the interviews at MPS?
13  A.  Other than the names, no. Because we were
14   just going round robin, asking questions.
15   And that's just your interview just to be
16   able to see, hey, I want to do a follow up
17   with this person.
18  Q.  Okay. Would you have a list of who
19   attended the interviews that you were
20   present in?
21  A.  The ones at BTW?
22  Q.  Uh-huh (positive response).
23  A.  I could probably just call them off, but I

Page 59

1    would not have a listing from '04-'05. I
2    mean, from memory...
3  Q.  So you --
4  A.  For '04-'05, not '05-'06. '05-06, I could
5    have a listing of the individuals. But
6    '04-'05 --
7  Q.  And not just you personally, but the
8    interview, the group panel committee at
9    MPS.
10  A.  I don't have that anymore.
11  Q.  Okay. Are the principals given a list of
12   questions to ask? Are there standard
13   questions that are asked of each applicant?
14  A.  I think the human resources department asks
15   the standard questions, and then we can
16   just ask general questions like, you know,
17   what is your leadership style, what
18   research-based strategies have worked in
19   your school, and how could you apply them
20   in another school. Those are some of the
21   questions.
22  Q.  Does human resources have any input into
23   the questions that you ask?

Page 60

1  A.  In my office?
2  Q.  No, in the -- we're talking about the
3    overall committee meeting. It's my
4    understanding --
5      Let me ask this first. Does human
6    resources ask their set of questions first?
7  A.  They're kind of mixed in.
8  Q.  Okay. Is this interview process structured
9    in any way?
10  A.  Now, let me go back. I've got to replay
11   this all in my head. Now, for the central
12   office interview, if I'm not mistaken --
13   and since Mr. Barker is invisible, I can't
14   ask him.
15      The human resource officers were asking
16   questions, and we were jotting down, you
17   know, pieces of information about the
18   applicants. I really didn't have a direct
19   interview with the person until they came
20   to my BTW office.
21  Q.  Okay. So did the individual principals
22   have an opportunity to ask individual
23   questions to each of the candidates?

15 (Pages 57 to 60)

Page 61

1    A.   Now that I look back, not in the group
2       setting. Because I remember those
3       questions because one of the ones that
4       stands out the most is what research-based
5       strategies have you applied, and people
6       kept falling over that. So that's what
7       triggered it back. They were making up
8       things.
9    Q.   Was each candidate asked the same questions
10      by the human resource officer?
11    A.   Uh-huh (positive response).
12    Q.   Who was your piano teacher when you were
13      little?
14    A.   Virginia Jefferson. She's no longer here,
15      though.
16    Q.   Deceased, you mean?
17    A.   No, she just left, went somewhere. I don't
18      know where she is.
19    Q.   When Mr. Ashley interviewed for the
20      2005-2006, the current administrative
21      position, where was he working prior to
22      this position?
23    A.   Floyd Middle Magnet.

Page 62

1    Q.   Okay. Had you ever worked with him before?
2    A.   I had not, no.
3    Q.   That's it.
4       MS. CARTER: I have just a quick
5       clarification.
6        EXAMINATION
7 BY MS. CARTER:
8    Q.   You said just for -- because this is our
9      purpose for being here, I just want to
10      clarify this.
11      You said that when you interviewed
12      Melvin Lowe in your office that you had
13      planned for it to be a structured
14      interview, but it didn't turn out like
15      that. Explain to us in more detail what
16      you mean by that.
17    A.   Well, when I said that I planned for it to
18      be a structure interview, there was a set,
19      just like with the human resources
20      interview, of questions that I wanted to
21      ask: Organizational skills, interpersonal
22      skills, experience in the magnet school and
23      in the performing and nonperforming arts.

Page 63

1      And I think we got lost right at the
2      beginning of the interview because -- and I
3      asked him -- you know, I told him at the
4      end, because I didn't want to make him feel
5      like he had talked too much in the
6      interview, so I said, you know, thank you.
7      He said, yes, I've always known that
8      you -- pretty much it's good to take charge
9      of the interview, because people want to
10      hear about everything that you've done. So
11      I heard mostly about Mr. Lowe during the
12      interview, not the questions. My questions
13      weren't being answered.
14      And then after a certain point, if
15      you're halfway through the interview, then
16      as an administrator who is hiring, you're
17      thinking, okay. If I give you a job
18      assignment, it's going to be about you and
19      not about what the task is about. So it
20      moved more so to this is who I am, this is
21      what I've accomplished. And my questions
22      weren't answered, and I gave up pretty
23      much midway. It moved into just

Page 64

1      conversational, this is what I've done in
2      my lifetime.
3    Q.   What do you mean, you gave up midway? You
4      gave up trying to ask your questions?
5    A.   Yes, trying to get through the rest of the
6      questions.
7    Q.   Was there ever any question or ever a time
8      that Melvin Lowe would have been in your
9      top three picks out of those interviews?
10    A.   No, because the candidates were so strong.
11      And I hate to compare Melvin to Marvin, you
12      know, siblings. My parents did that, you
13      know. But they were -- the candidates that
14      I recommended, they were organized. They
15      knew what they were talking about. When
16      you gave them a question, they responded to
17      it and provided examples as to how they
18      would solve these problems, and they would
19      draw from their previous experience. So
20      that is what guided it because you don't
21      know these individuals.
22      I knew nothing about Mr. Ashley other
23      than he was coming from Floyd Middle, but

16 (Pages 61 to 64)

Page 65

1   his responses to the questions, this is
2   what our 500 or so kids need at BTW.
3   Q.   Did at any time you have a conversation
4       with Jimmy Barker or anybody in central
5       office about Melvin Lowe having a lawsuit
6       or having filed an EEOC charge?
7   A.   My first time hearing about this was when I
8       got the call to do the deposition. So I'm
9       floored. I'm shocked, you know.
10  Q.   Okay.
11  A.   So this is my first time.
12  Q.   Thank you.
13          EXAMINATION
14  BY MS. DUGAS:
15  Q.   Have you ever spoken to anyone, any third
16      party, Mr. Barker or anyone from HR -- any
17      third party, for that matter -- about
18      Melvin Lowe?
19  A.   No. My first time really knowing that he
20      was an administrative applicant was at HR
21      the day he was seated at the table and we
22      were asking -- or the HR officers were
23      asking questions. So, no, I haven't talked

Page 66

1       about him to anybody, third party.
2   Q.   Have you talked to anybody subsequent to
3       the interview with him?
4   A.   No, not to -- no.
5   Q.   Okay.
6   A.   No.
7          MS. CARTER:  One other quick
8          question I forgot.
9              EXAMINATION
10  BY MS. CARTER:
11  Q.   Do you know anything about Melvin Lowe's
12      mother or a lawsuit she might have had
13      against the school at some point?
14  A.   I have not heard that, anything directly
15      about Melvin's --
16          Her last name is Lowe, too?
17      Mrs. Lowe?  I haven't --
18  Q.   Yes, it is.
19  A.   I haven't heard anything about a lawsuit
20      from her, but I do remember her from
21      working as an intern. I interned in the
22      office of student and community support,
23      but there was no personal --

Page 67

1   Q.   Did y'all have any personal issues or
2       personal problems, you and Ms. Lowe?
3   A.   No. I worked directly under Stan Cox, who
4       is now in Opelika, and she was just one of
5       the individuals in the office.
6   Q.   Okay. Thank you.
7          MS. DUGAS:  One question.
8              EXAMINATION
9   BY MS. DUGAS:
10  Q.   You said you never heard anything
11      directly. Did you ever hear anything
12      indirectly?
13  A.   You know what? When you're in -- and just
14      to be honest, when you're in the public
15      school system, things fly around. So I
16      can't say yes or no, because I don't know
17      what I have heard indirectly in the
18      system. You know, part of the human
19      resource function and the human function is
20      to hear gossip and different things
21      floating around, so you never can say when
22      you haven't or have heard things. But, no,
23      I was not aware or knowledgeable of a

Page 68

1       lawsuit coming from Mrs. Lowe.
2   Q.   Have you ever heard anything indirectly
3       about Melvin Lowe --
4   A.   No.
5   Q.   -- during the course of your term in
6       Montgomery public schools?
7   A.   No. My only knowledge of Melvin was at
8       the interview at central office, piano
9       lessons, and we really didn't get to talk
10      then because I think he was in choir and
11      piano and I was just in piano. And then I
12      went to choir later. But other than that,
13      no.
14  Q.   Okay. That's it. Thank you very much.
15  A.   Okay. Thank you.
16          * * * * * * * * * * * *
17      FURTHER DEPONENT SAITH NOT
18          * * * * * * * * * * * *
19      REPORTER'S CERTIFICATE
20  STATE OF ALABAMA:
21  MONTGOMERY COUNTY:
22      I, Patricia G. Starkie, Registered
23  Diplomate Reporter, CRR, and Commissioner for the

17 (Pages 65 to 68)

Page 69

1    State of Alabama at Large, do hereby certify that I
2    reported the deposition of:
3          QUESHA STARKS
4    who was first duly sworn by me to speak the truth,
5    the whole truth and nothing but the truth, in the
6    matter of:
7         MELVIN LOWE,
8         Plaintiff,
9         Vs.
10    MONTGOMERY COUNTY BOARD
11        OF EDUCATION, et al.,
12        Defendants.
13        In The U.S. District Court
14        For the Middle District of Alabama
15        Northern Division
16         Case Number 2:05-CV-0495
17    on January 24, 2006.
18       The foregoing 68 computer printed pages
19    contain a true and correct transcript of the
20    examination of said witness by counsel for the
21    parties set out herein. The reading and signing of
22    same is hereby waived.
23       I further certify that I am neither of kin

Page 70

1    nor of counsel to the parties to said cause nor in
2    any manner interested in the results thereof.
3       This 31st day of January 2006.
4
5
6
          _____
          Patricia G. Starkie, Registered
7       Diplomate Reporter, CRR, and
          Commissioner for the State
8       of Alabama at Large
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23



18 (Pages 69 to 70)

Deposition of Quesha Starks                Lowe vs. MCBOE                    January 24, 2006

Page 1

| A | | | | |
|---|---|---|---|---|
| **Abilities** 30:23 | **always** 23:1 56:15 63:7 | **assistant** 8:11,12 10:7,8 | **before** 1:14 3:8 6:8,16 | 52:5,10 58:23 65:8 |
| **ability** 28:11 | **amongst** 20:16 | 10:11,21 11:14 12:12 | 11:21 41:11,12,14,16 | **called** 27:21 31:16,16 |
| **able** 35:13 46:6 58:16 | **ANDERSON** 2:4 | 12:19 13:2,7,8,12,13 | 41:17 45:17 58:4 | 32:2 34:7 42:8,19 |
| **about** 5:12 7:3 9:1,16 | **another** 25:7 39:4,10 | 14:1,20 15:4 17:9 | 62:1 | 43:8 44:11 51:18 |
| 12:23 14:13 16:13 | 41:21 54:10 59:20 | 18:2,6,10,11 19:7 | **begin** 6:6 | **calling** 24:2 28:13 |
| 17:14,17 18:7 23:13 | **answered** 46:6 63:13 | 21:9,12 22:5 23:14 | **beginning** 14:11 35:9 | **calls** 51:13,16 |
| 24:10 27:1 31:11 | 63:22 | 31:11 40:5 47:1 | 63:2 | **came** 22:4 39:3,4,8 |
| 33:12 35:18,20,22,23 | **anybody** 49:6 56:14,23 | 51:11 52:13 53:14 | **behind** 30:11 41:15 | 41:22 58:2 60:19 |
| 36:4,9,20 37:4 43:1 | 57:3,7 65:4 66:1,2 | 55:23 57:12,16 58:6 | **being** 25:9 36:1 62:9 | **candidate** 19:13,14 |
| 43:10 44:21 45:4,5 | **anymore** 59:10 | **assume** 28:16 55:3 | 63:13 | 26:23 53:6 61:9 |
| 46:1,13 51:6 52:15 | **anyone** 6:16 20:16 21:8 | **assumed** 38:15 55:2 | **believe** 41:9 | **candidates** 23:16 28:22 |
| 52:19 53:3,13 54:18 | 27:18 55:12,15 65:15 | **assuming** 25:22 | **benefit** 30:18 | 43:5 60:23 64:10,13 |
| 57:15 60:2,17 63:10 | 65:16 | **ASU** 40:20 | **best** 57:14 | **careful** 49:10 |
| 63:11,18,19,19 64:15 | **anyone's** 29:2 | **attended** 58:19 | **better** 56:16 | **Carolyn** 52:11 |
| 64:22 65:5,7,17 66:1 | **anything** 44:9 54:15 | **Attorneys** 2:5,10 | **between** 3:3,19 4:3 | **carried** 35:13 |
| 66:11,15,19 68:3 | 66:11,14,19 67:10,11 | **Auburn** 5:20 | **beyond** 40:17 47:22 | **Carter** 1:17 2:8,9,18,20 |
| **Academic** 8:13 | 68:2 | **Aude** 10:22 16:16 19:6 | **Bible** 42:13 | 4:15 8:16,19 10:23 |
| **accomplished** 36:12 | **anywhere** 11:21 | 58:2,4,5 | **biggest** 31:1 46:23 | 12:21 13:1 15:6 16:7 |
| 63:21 | **APPEARANCES** 2:1 | **available** 22:23 23:15 | **Birdie** 57:22 | 17:20 22:9 25:9 55:4 |
| **achieved** 36:16 | **applicant** 24:20 28:1 | 33:13 | **birth** 5:4 | 57:21 62:4,7 66:7,10 |
| **ACTION** 1:7 | 32:17 33:15 49:2 | **aviation** 46:9,11 | **bit** 41:15 | **case** 3:22,22 6:11 69:16 |
| **actually** 41:3 | 57:14 59:13 65:20 | **aware** 38:11 40:9 57:10 | **Black** 1:18 2:9 | **cause** 70:1 |
| **additional** 55:8 | **applicants** 23:21 24:4,8 | 67:23 | **board** 1:8 7:13 12:6 | **cell** 42:10,20 43:16 |
| **address** 4:19,20,21 | 24:9,15 25:13,16 | **away** 37:5,14 | 28:5 69:10 | **centered** 36:6 |
| **administration** 5:22 | 26:20 27:16 32:2,16 | **awkward** 43:3 | **Booker** 16:12,14 | **central** 6:23 23:18 24:3 |
| 14:11 40:13,20 55:16 | 33:2 37:11 49:18 | **A-U-D-E** 11:2 | **bookkeeper** 34:21 | 25:19,23 26:9 38:15 |
| **administrative** 7:8 | 51:20 53:19 54:22 | **a.m** 1:20 | **both** 43:4 44:2,15 | 60:11 65:4 68:8 |
| 8:12 10:7 13:12,15 | 56:12 60:18 | | **break** 55:20 | **certain** 30:12 53:2 |
| 13:19 23:14 29:19 | **application** 15:10,13 | B | **Brew** 9:4,5 13:9 | 54:23 63:14 |
| 38:3,8,13 40:5 48:12 | 18:19 | **B** 2:8 26:23 | **Brewbaker** 8:14,21 9:8 | **certificate** 7:6,9 38:9 |
| 52:12 55:23 57:12 | **applied** 13:18,22 14:2,3 | **back** 5:14 9:7 10:6 12:5 | 9:9,18,19 12:14 | 38:13 68:19 |
| 61:20 65:20 | 43:23 44:5 61:5 | 12:16 19:2,4 20:19 | 13:20 | **certificates** 7:11,15 |
| **administrator** 12:3,10 | **apply** 46:14 59:19 | 23:2 31:23 34:2 45:2 | **Brief** 55:21 | **certification** 5:21 12:7 |
| 48:16 54:10 63:16 | **applying** 23:21 44:6 | 45:13 54:23 60:10 | **brother** 39:6,7 42:4 | 38:1,3 40:18,19,21 |
| **advertised** 24:11 | **appointments** 34:22 | 61:1,7 | 43:3,4 44:6,16,17 | **certified** 7:13,15 11:3 |
| **after** 4:8 7:23 17:2,5 | **approved** 17:13 | **background** 5:13 28:9 | 45:12,12 47:9 | 12:3,4,8 14:10 25:21 |
| 22:18 23:21 25:4 | **approximately** 1:20 | 28:12,19 31:6 32:20 | **brothers** 44:2 | 25:22 |
| 26:18,21,21 33:19 | 33:14 | 35:22,23 46:2,10 | **brought** 12:17 | **certify** 69:1,23 |
| 34:6 38:7,19 39:18 | **Arant** 24:7 | 54:20 | **BTW** 8:7,10 10:6,21 | **certifying** 40:12 |
| 40:2 41:14,17 42:12 | **around** 24:22 28:13 | **band** 26:11 | 11:16,21 12:1,19 | **chance** 17:7 |
| 42:18,18 47:16 50:9 | 48:4 67:15,21 | **Barker** 2:13 14:23 | 13:8 14:16,20 19:7 | **charge** 35:12 63:8 65:6 |
| 54:22 55:9 58:3 | **arrested** 6:20 | 16:23 20:15 21:19 | 23:15 25:11 39:14 | **check** 27:6 29:1 54:21 |
| 63:14 | **artist** 36:2 | 28:16 30:4 45:3,22 | 46:9,15 48:13 57:16 | 55:1 |
| **afterwards** 40:1 | **arts** 5:21 7:14 8:7,8 | 46:20 47:8 48:1 | 58:21 60:20 65:2 | **checks** 28:10,12,19,19 |
| **again** 14:6 32:17 | 30:19,22 32:19 62:23 | 50:23 51:4 52:23 | **BTW's** 25:10 | **Cheryl** 57:20 |
| **against** 66:13 | **Ashley** 41:5,8,19 42:2 | 53:3 54:13 60:13 | **building** 48:17 | **children** 5:10 57:5 |
| **agreed** 3:2,18 4:2 | 45:8 46:1,10 47:6 | 65:4,16 | **Bullock** 7:20 8:3,5 11:8 | **choice** 48:8 |
| **agreement** 1:14 | 48:6,12 51:2,9 61:19 | **base** 29:6 | 36:3 | **choices** 19:18,19 48:3,3 |
| **al** 69:11 | 64:22 | **based** 32:14 36:20,21 | **bunch** 51:12 | **choir** 68:10,12 |
| **Alabama** 1:2,16,19 2:6 | **asked** 19:16 27:3 35:5 | 48:4 53:7 54:16 | | **choose** 53:12 |
| 2:11 3:10 6:23 7:5,12 | 53:3 54:5 59:13 61:9 | **basically** 16:19 18:5 | C | **chosen** 57:11,13 |
| 68:20 69:1,14 70:8 | 63:3 | 19:15 29:5,20 36:4 | **C** 26:23 | **Civil** 1:7 3:6 |
| **along** 10:18 39:3 | **asking** 54:3 58:14 | 42:22 44:19 | **call** 16:2 23:23 24:9 | **clarification** 62:5 |
| **already** 15:11 17:8 | 60:15 65:22,23 | **basis** 53:16,18 54:13 | 25:6 26:5 27:18 | **clarify** 54:5 62:10 |
| 25:18 28:17 40:19 | **asks** 59:14 | **beat** 24:2 | 29:23 31:18,22 42:7 | **classes** 38:7 |
| 43:18 49:14 | **assignment** 63:18 | **became** 10:15 | 42:9 43:12,18 44:22 | **classroom** 12:5 20:2 |
| | **assignments** 46:23 | **BEERS** 2:4 | 49:7,9 50:18 51:17 | 21:22 48:14 |

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Case 2:05-cv-00495-WKW-SRW   Document 24-24   Filed 05/05/2006   Page 22 of 27

Deposition of Queasha Stark                                                      January 24, 2006
Lowe vs. MCBOE

Page 2

clear 47:2 53:21,23
clearly 49:1
closely 50:4
closing 15:4
coach 11:4
Cole 1:18 2:9
college 5:15,16,17
come 24:19 25:16
    29:19 34:23 47:15
    52:20
comes 49:4
coming 28:22 64:23
    68:1
commencing 1:20
Commerce 2:6
commission 3:11
Commissioner 1:16 3:9
    68:23 70:7
committee 17:22,23
    18:4 24:17 25:17
    32:11 56:2,4 59:8
    60:3
communication 5:19
community 48:19
    66:22
compare 64:11
competent 31:3
complete 15:10
completed 38:4
components 30:22
computer 69:18
conduct 56:1
conference 29:21 39:7
confidence 29:12
consideration 54:15
contact 24:1 25:12
    26:20 27:4,15,17
    34:1,2,9 50:6,13,14
    50:16
contacted 33:19 34:5
    34:14
contacting 34:4
contain 69:19
context 6:10
continue 9:23 23:8
continuing 55:22
conversation 30:13,14
    30:15,17 31:22 34:14
    37:5,19 43:7 44:20
    50:1,22 65:3
conversational 36:16
    64:1
conversations 48:20
    51:4 52:18
correct 69:19
counsel 3:3,19 69:20
    70:1

counselor 47:12
counties 54:18,19
county 1:8 7:20 8:3,5
    11:8,10 36:3 54:8,10
    68:21 69:10
couple 35:13 36:19
    38:23 42:18
course 16:11,16 23:1
    35:9,21 38:5 51:9
    68:5
Court 1:1 69:13
courtesy 47:16 51:20
Cox 67:3
Creytor 57:23
CRR 1:16 3:9 68:23
    70:7
current 11:16 24:9
    61:20
currently 6:4 7:5 20:2
_____

           D
Dan 10:22 16:16 19:6
    58:2,4,4
date 5:4 39:23
day 9:7,21 33:7 35:18
    38:23 39:8,9 41:10
    41:16,18,22 42:3,4
    42:12,16,18,21 47:18
    65:21 70:3
days 33:9,11 40:1,2
    42:18
deceased 48:17 61:16
December 6:2
decide 22:22
decision 43:19
defendant 2:7 6:12
Defendants 69:12
Defendant/Responde...
    1:9
Definitely 16:7
degree 6:1,3
denied 19:21
department 59:14
depends 19:22
DEPONENT 68:17
deposition 1:13 2:23
    3:4,7,15,20 4:4 6:7
    8:20 65:8 69:2
designee 48:15
detail 62:15
details 47:5
different 29:18 36:9
    44:16 67:20
Diplomate 1:15 3:8
    68:23 70:7
direct 60:18
directly 66:14 67:3,11

discriminate 53:7,11
discuss 42:21 45:22
    46:19 47:7,11,23
discussed 30:17 42:22
    46:21 47:20
District 1:1,2 69:13,14
Division 1:3 69:15
doctorate 6:5 36:18
documentation 15:16
    22:14,18,23 23:4
    26:3
documents 29:22 50:20
    58:10
doing 44:17 46:15
    51:22,23 52:3 56:22
done 28:17,20 29:15
    36:17 44:16 49:19
    51:21 54:21 63:10
    64:1
double 55:1
down 23:7 25:5 34:1
    60:16
draw 64:19
Drive 4:22
Dugas 2:4,17,19,21
    4:12 55:19,22 65:14
    67:7,9
Dukes 39:12,13,22 40:3
    40:18 41:23
duly 4:8 69:4
during 16:9 22:17
    63:11 68:5
duties 16:4
_____

           E
E 2:4
each 44:1 59:13 60:23
    61:9
EDS 6:6
education 1:8 32:21
    69:11
educational 5:13 6:3,4
EEOC 65:6
effective 56:20
either 3:17,22 19:20
    20:7,9,20 41:14
    51:14 56:16
elaborate 46:7
elementary 11:7 36:2
Elizabeth 2:8
employment 7:18 29:2
end 14:12,13,17 63:4
English 5:18 8:9
enjoyed 42:23,23 44:14
entertain 37:18
Esq 2:3,4,8
established 23:23

estimate 33:4
et 69:11
eternity 17:15
evaluation 46:12
evaluations 31:2
even 53:3,16 56:20
evening 9:4 43:10
eventually 51:14
ever 6:7,14,16,18,20
    11:3,6 17:21 19:12
    20:15 21:1,4 45:3
    47:23 50:1 52:11,23
    55:12,13,15 62:1
    64:7,7 65:15 67:11
    68:2
everyone 50:12
everything 22:10 63:10
evidence 3:16
examination 2:15 4:11
    62:6 65:13 66:9 67:8
    69:20
examples 46:7 64:17
excellent 46:3
exchange 50:3,5
excited 49:11
excluded 49:14
exhibits 2:23
experience 19:11 30:21
    31:6,9,10 32:21 36:3
    36:10 46:14 48:13,18
    62:22 64:19
experiences 54:17,18
Explain 62:15
Exposure 32:19
express 31:14
expressed 31:16
extremely 44:17 46:5
_____

           F
F 2:3
face 47:19,19,21,21
face-to-face 34:23
    39:19 42:5 47:15
    50:17,19 55:9
fact 43:23
faculty 31:5
falling 61:6
family 7:4
far 23:3 38:20 49:20
Federal 3:6
feel 63:4
felt 56:15 57:3
Fernway 4:21
Few 55:22
Fifty 33:5
file 15:12,14
filed 65:6

filing 3:20 4:1
fill 18:3 53:1
filling 51:5 52:12,15
final 27:6 49:7
find 18:2 56:23 57:3
fine 20:6,20 34:13 55:6
first 4:8 11:17,17 12:9
    13:5,15,17 14:7 17:9
    18:15 19:17 24:4
    25:2 26:12,15 28:20
    31:20 32:4 34:9
    41:10 45:8,19 48:7,8
    51:9 57:6,20 58:8
    60:5,6 65:7,11,19
    69:4
first-year 22:3
five 38:6 43:10
floating 67:21
floored 65:9
Floyd 41:6 48:19 61:23
    64:23
fly 67:15
focus 47:5
follow 27:18,19 51:15
    52:1,7,9 58:16
followed 32:3
following 8:5,10 14:15
    18:20 39:5,10 49:23
follows 4:10
follow-up 47:15 51:13
    51:16
foregoing 69:18
forget 22:12
forgot 66:8
form 3:13 36:21 37:3
formality 3:10
former 29:23
forward 51:10
forwarding 27:2
four 38:5
Franco 1:18 2:9
Friday 9:7,21
friend 54:9
from 5:17 6:2 7:15 9:8
    9:14 24:5,7 25:5,19
    26:8 32:23 33:16
    36:18 37:6,14 40:20
    41:6 49:14 50:12
    59:1,2 64:19,23
    65:16 66:20,20 68:1
fulfill 37:2
full 10:10
function 67:19,19
further 3:18 4:2 23:23
    68:17 69:23
future 50:11,14,15
F-E-R-N-W-A-Y 4:21

Deposition of Quesha Starks                    Lowe vs. MCBOE                           January 24, 2006

Page 3

**G**

G 1:15 3:8 68:22 70:6
gathered 24:15
gave 54:4 63:22 64:3,4 64:16
gender 53:8 54:14
general 59:16
getting 17:7,9 36:18 46:2 51:7
give 7:18 30:3 33:4,23 47:19 63:17
given 6:7 20:5 29:22 42:11 59:11
Gjesvold 34:17,20
go 5:14 9:3,4,19 11:23 12:16 14:18 16:17,18 19:4 25:4,23 34:1 40:3,6 42:15 49:20 53:5 60:10
going 10:13 17:11 19:2 20:19 28:14 29:23 31:7,23 33:15 37:12 37:20 39:1 43:19 49:4,21 56:19 58:14 63:18
gone 17:8
good 32:17 37:18 63:8
gossip 67:20
grades 7:21
graduated 5:17 6:2 8:11
group 25:13,17 32:10 32:14,15 33:10,19 59:8 61:1
grouped 37:11
grouping 32:23
guess 17:15 25:18 54:3
guidance 47:12
guided 64:20
G-J-E-S-V-O-L-D 34:20

**H**

half 6:6
halfway 63:15
hand 47:20
happen 49:4,6
happened 17:2 38:20
harassment 6:11
hard 19:15
hate 64:11
having 4:8 38:8 51:10 65:5,6
head 24:21 60:11
hear 14:5 46:13 63:10 67:11,20
heard 36:4 63:11 66:14 66:19 67:10,17,22
68:2
hearing 65:7
HEEST 2:5
helps 30:20
her 4:16 13:1 34:19 52:14,18,21 66:16,20 66:20
hereto 3:23 4:3
hey 28:13 58:16
Hicks 52:11
high 5:14 8:3,15 9:10 9:12,13 11:8,13,15 41:6,7 45:10
Hill 1:17,17 2:9,9
him 32:4,12,14 34:4 35:6,7 36:5,20 37:4 38:14 41:1 42:8,14 42:15 43:12 44:11 45:9 46:15,22 47:6 47:11,14,21 48:22 49:16,17 50:2 56:7,8 60:14 62:1 63:3,3,4 66:1,3
himself 40:4
hire 37:13 53:1
hired 17:11 19:14 41:3 48:9,11 49:2
hiring 17:21 18:1 22:17 38:21 45:4 56:4 63:16
history 7:18 29:2,3
hold 7:5,15
home 4:20,21 43:12,16
honest 67:14
honor 51:14 53:13
HR 20:16 21:19 23:5 28:6 30:6 40:7 48:4 65:16,20,22
huh 16:8
human 24:7,23 27:1 49:7 52:1 55:15 59:14,22 60:5,15 61:10 62:19 67:18,19
Huntingdon 5:17

**I**

immediate 7:4
immediately 7:23
important 50:3,5
impressed 44:15 46:16 46:21 47:14 49:18
impression 32:13 35:3 49:17 54:4
impressive 46:4,13
incorrect 17:18 33:23
increase 16:1,3,4
INDEX 2:15
indicate 20:15,18 43:15 43:17,22
indicated 50:2
indicating 25:19
indirectly 67:12,17 68:2
individual 29:7 41:21 60:21,22
individuals 20:1 21:20 23:22 24:1 25:5,6 26:8 27:5 30:9,20 31:3,8 33:1 34:6 36:11 39:2 50:7 51:17 59:5 64:21 67:5
information 15:11 33:23 35:23 46:2 47:19 50:12,13,16,21 55:8 60:17
initial 26:18
initially 36:14
initiated 34:8
input 59:22
inquire 27:1 29:5,13
inquiring 53:16,18 54:13
inserted 53:22
interaction 31:20
interest 14:4,7,22 15:3 15:13,17 31:14,17 40:10,16
interested 26:23 27:5 53:20 55:11 70:2
interests 40:14
intern 66:21
interned 66:21
interpersonal 31:4 36:8 62:21
interview 16:21 17:2,5 22:15 24:4 25:7,17 26:13,15 27:19,23,23 28:21 29:8 31:18 32:5,6,7,11,14,15 33:3,20 35:1,4,10,12 35:15,16,21 36:14 37:6,15 38:14,19,22 39:5,6,11,13,16,19 39:22 40:7 42:23 44:14 45:13,16,20 46:4,18 47:3,16,17 49:15 50:10,17,19 51:19 54:22 55:10 56:6 58:15 59:8 60:8 60:12,19 62:14,18,20 63:2,6,9,12,15 66:3 68:8
interviewed 16:14 19:6
21:15,17 25:6 26:9 26:22 27:13 32:3 33:1 38:22 41:8,9,18 41:19 42:13,15 50:8 61:19 62:11
interviewing 19:23 40:11 41:1 51:22 56:22
interviews 16:9,11,17 16:18,20 18:23 24:19 26:12,19 27:10 29:11 33:10 34:18 39:2 42:5 45:19 48:4 56:1 58:11,12,19 64:9
introduced 3:21
inventory 47:2
invisible 15:7,8 60:13
IP 53:9
issue 49:4 54:9,11,12
issues 67:1

**J**

JACKSON 2:4
January 1:19 69:17 70:3
Jefferson 48:16 61:14
Jimmy 2:13 45:3 46:19 47:23 50:23 65:4
job 12:9 37:21 49:12 49:21 63:17
jobs 25:2 36:13
jobwise 32:5
Johnny 48:16
Johnson 16:23
Johnston 45:10,14,16 46:19 51:2
jotting 60:16
July 32:1
jump 26:11
June 6:6 32:1
junior 8:15 9:10,12,13 11:12,15 41:7
just 6:13 9:17,21 10:3 14:5 16:19 17:5,12 19:22 22:4,5 23:7,9 24:20 26:7,16 29:6 29:20 33:5 34:16 36:19 44:4,15 46:1 46:12,21 47:13,17 49:3,14,21 50:8,23 51:6,7,8,12,19 52:8 52:10,22 53:22 54:23 55:1,5 56:8,22 57:11 57:13 58:14,15,15,23 59:7,16 61:17 62:4,8 62:9,19 63:23 67:4 67:13 68:11
J.D 44:18

**K**

K 38:9
keep 22:14,17,18 23:4 23:8 51:22
keeps 26:16
kept 61:6
kids 65:2
kin 69:23
kind 12:16 22:4 28:9 30:21 36:8 37:15 38:1 39:3 46:1 47:2 51:16 56:15 60:7
knew 40:12 44:1,3 51:13 64:15,22
know 11:9,13 12:9,10 14:3 15:14 16:11 17:6,13,16,17 19:18 19:19 20:4 26:14 29:5,16 32:15,18 33:3,12,14,22 34:2,5 34:6,8,12 36:5 38:17 38:18,18 39:3 40:13 40:15,15,17,23 41:16 42:16,22 44:1,2,5,14 46:3 47:12 49:12,13 49:20 50:8,8,15 51:8 52:17 53:4,7,10,20 54:1,11,20 55:1,2,4,5 55:6 56:14,15,17,20 57:6,6,13 59:16 60:17 61:18 63:3,6 64:12,13,21 65:9 66:11 67:13,16,18
knowing 65:19
knowledge 35:6 68:7
knowledgeable 67:23
known 44:4 63:7

**L**

language 5:21 7:14 8:7 8:8
Large 1:17 3:10 69:1 70:8
largest 31:5
last 7:2 9:14 11:1 34:19 39:2,13 42:1 66:16
lasted 44:22
later 13:3 26:13 50:17 68:12
lateral 15:18
Law 1:17 2:5,10
lawsuit 65:5 66:12,19 68:1
leadership 6:4 48:18 59:17

least 23:9 37:17
leave 48:17 49:16,17
    49:18
leaving 49:13
led 35:14
Lee 45:10
left 61:17
legal 23:3
lessons 68:9
let 12:15,15 13:23
    24:10 33:21 45:1
    60:5,10
letter 14:4,7,22 15:13
    15:17 40:16
letters 15:2
Let's 31:11 45:13 55:19
level 29:19 31:7,9
    32:21
lifetime 64:2
like 9:22 10:17 21:20
    24:20 26:22 28:12
    29:14 33:21 36:14
    37:3 38:6 43:10
    44:13 49:17 54:1
    59:16 62:14,19 63:5
limited 43:6
Linda 16:23
line 26:3
list 24:5 25:19 26:4,6
    27:12 30:9 58:18
    59:11
listen 23:20
listing 23:22 26:7,16
    34:1 59:1,5
listings 25:5
little 5:12 35:10 41:15
    61:13
logistical 15:15
logistics 46:22
Lois 16:23
long 9:14,23 12:2 17:14
    35:16 43:6 44:21
longer 61:14
look 29:6 37:10 54:1
    61:1
looking 18:6,10,11,15
    18:21 31:7 32:18,20
    36:23 51:10
looks 28:6
Looney 16:22
lost 63:1
lot 29:11 36:4 37:18
    42:14 48:18
Loveless 8:13,18,21 9:3
    9:5,9,22 12:13 13:9
    13:20
Lowe 1:5 2:13 31:14,21

32:7,8,10 33:18
    34:23 35:5 38:11,20
    39:15,20 40:11 41:11
    41:19,21 42:2,7 45:1
    45:4,17 47:7,23
    48:21 51:3 55:9,17
    56:6 62:12 63:11
    64:8 65:5,18 66:16
    66:17 67:2 68:1,3
    69:7
Lowe's 45:12 66:11

M
Maddox 7:3
made 3:14 26:15 40:9
    43:18 45:5 47:2
    53:21,23
magnet 8:7,14,14,22
    9:10 13:20 16:12
    32:19 41:6 46:9
    61:23 62:22
magnets 30:21
mainly 22:1
major 5:18
make 12:4 20:5,10 23:5
    26:1 27:15 49:6,7,8
    63:4
make-up 36:2
making 61:7
man 53:1
manner 3:22 70:2
many 13:22,23 18:4
    32:16 33:2 39:4
    44:16 53:14
marked 2:23
married 5:8
Martin 39:12,13,22
    41:23
Marvin 39:15 41:22
    42:7 43:22 47:7,10
    51:3 64:11
Marvin's 42:20 43:13
    44:11
master's 5:21 38:6,7
    40:20
match 49:5 57:7
matched 56:23 57:4
matter 53:5 65:17 69:6
may 3:7,14,15,21 9:16
    19:23 27:2 30:20
    31:23 40:22,23 50:10
    50:12 56:13
maybe 9:3,19 17:17
    18:7 33:12 40:22
McKee 8:15 9:10,12,13
    9:16,17,18,20 11:13
    13:9

mean 12:19 33:5 46:5
    59:2 61:16 62:16
    64:3
meet 47:18
meeting 25:13,17 60:3
Melvin 1:5 2:13 31:14
    31:21 33:18 39:20
    40:11 41:11,12,19,21
    42:2,9,19,21 43:8,17
    43:22 44:10 45:1,4
    47:23 48:21 50:1
    55:9,13,17 56:6
    62:12 64:8,11 65:5
    65:18 66:11 68:3,7
    69:7
Melvin's 66:15
members 31:5
memory 59:2
met 24:3
mid 22:1
middle 1:2 11:7 41:6
    48:19 61:23 64:23
    69:14
midway 63:23 64:3
might 12:21 26:14 29:5
    51:17,21 66:12
Mike 16:22
military 6:18 46:10,13
minors 5:18
minutes 35:19
mistaken 60:12
mistakes 49:6
mixed 60:7
Mondays 9:5,19
monsters 31:2
Montgomery 1:8,19
    2:6,11 4:23 5:20 8:6
    11:9 40:14 54:8,12
    68:6,21 69:10
month 17:17
months 47:13
more 30:13 36:15 38:7
    47:11 55:22 57:2,7
    62:15 63:20
morning 9:3 43:9
most 17:16 24:1 34:21
    53:6 61:4
mostly 63:11
mother 66:12
move 15:18
moved 8:6 10:11 14:15
    15:21 63:20,23
MPS 16:18,19,21 19:9
    24:19 25:14,18 27:10
    28:21 31:18 32:3
    33:1,3,19 56:2 58:12
    59:9

much 14:21 19:19
    35:12,14 52:7 63:5,8
    63:23 68:14
music 5:18
musical 52:16
must 42:12

N
name 4:13 11:1 34:19
    66:16
names 7:2 23:1,7,8,9
    24:5 26:7 58:13
Nancy 57:23
national 7:13 12:6
near 50:14
need 3:13 22:19 50:13
    53:4,5 65:2
needed 53:14 54:5,14
    57:1
neither 69:23
networking 50:9
never 11:20 29:15,16
    40:15 50:8 67:10,21
new 24:8
next 17:3 38:20 41:22
    57:18
night 43:9 44:11
nonperforming 62:23
Northern 1:3 69:15
notes 23:3
nothing 4:10 37:17,19
    44:13 64:22 69:5
Nova 36:18
number 5:6 42:9,10,10
    42:20 43:2,13 44:12
    69:16
numbers 50:3,5,7

O
objections 3:12,13
obligations 26:14
obtain 12:4 40:18 55:8
obtaining 14:2 16:10
October 9:8,14
off 12:22,23 36:9 58:23
offered 3:16
office 10:12 23:18 24:3
    24:8 25:7,9,10,19,23
    26:9 34:8,15 38:15
    45:20 60:1,12,20
    62:12 65:5 66:22
    67:5 68:8
officer 61:10
officers 24:23 60:15
    65:22
Offices 1:17
oh 11:19 15:8 22:11

okay 5:4 6:10,22 8:4
    9:2,12 10:9,16 11:6
    12:12,15,18 13:5,11
    13:18 14:10,14,18
    15:9,18 16:21 17:2,5
    17:20 18:14,22 19:1
    19:4,8,9,11,20 20:9
    22:8,13,21 23:4,8,11
    24:10,14,18 25:8,16
    26:4,18,22 27:7,7,9
    27:20,22 28:5,9 30:3
    30:14,16 31:14 32:13
    33:9,18 34:3,11
    35:11,16 37:9,12,17
    37:22 38:16 40:9
    41:13,18 42:2,7,19
    45:7,13,16,18,22
    48:9,20 50:22 52:11
    54:7,20 55:7,12
    57:20 58:10,18 59:11
    60:8,21 62:1 63:17
    65:10 66:5 67:6
    68:14,15
once 24:14
one 10:2 12:22,23 13:2
    14:2 19:20,22 31:1
    33:13 35:18 37:12
    41:10 44:4 45:9,19
    46:23 47:18 48:2,3,9
    48:23 58:3 61:3 66:7
    67:4,7
ones 58:21 61:3
one-on-one 27:23
only 14:3 42:3 68:7
Opelika 67:4
openings 52:16
opinion 36:21 37:4,15
opportunity 20:5 21:11
    23:20 36:11 47:21
    60:22
opposed 14:19
organization 46:16
organizational 36:6,23
    37:1 62:21
organize 30:23
organized 46:5 64:14
other 3:12,16,22 7:11
    7:16 22:2 29:22 33:9
    33:11 36:19 37:17
    38:17,23 39:8 44:1
    44:13 50:22 51:3,15
    52:3 54:7,17,18,18
    54:19 57:10 58:13
    64:22 66:7 68:12
others 26:10
out 20:3 23:15 25:3
    29:1 33:21 51:19

Case 2:05-cv-00495-WKW-SRW    Document 24-34    Filed 05/05/2006    Page 25 of 27

Deposition of Quesha Starks                    Lowe vs. MCBOE                    January 24, 2006

Page 5

61:4 62:14 64:9
69:21
over 12:16 21:23 33:8
35:20 61:6
overall 44:19 60:3
Owen 57:22
own 26:20
o'clock 43:11

**P**

pad 23:3
pages 69:18
panel 59:8
parents 64:12
parking 42:14
part 17:16,21 31:5
67:18
participate 32:10
particular 21:9 23:6
29:9 37:4
particularly 39:1
parties 3:3,19 4:3
69:21 70:1
party 3:17,22 65:16,17
66:1
past 21:5
Patricia 1:15 3:8 68:22
70:6
Patty 2:3,5
pay 16:1
people 18:4,8 21:15,17
22:15 26:5,10 27:12
28:6 30:12 32:2 33:8
36:7 38:23 40:16
49:11,13 61:5 63:9
PEPE 31:1 46:11
performing 30:19,21
32:19 62:23
Perry 1:18 2:10
person 21:2 27:1 28:14
29:9 32:22 34:2
37:20 39:4,8 42:1
50:11 56:17 58:17
60:19
personal 27:22 39:19
66:23 67:1,2
personality 57:4
personally 59:7
phone 34:14 39:6,15
42:10,20 43:17 44:12
44:21 50:3,5,18
52:10
piano 35:8 61:12 68:8
68:11,11
pick 14:16 21:2,6,11
51:9
picking 33:16

picks 64:9
pieces 60:17
place 30:15 50:9
plaintiff 2:2 6:12 69:8
Plaintiff/Petitioner 1:6
planned 62:13,17
please 4:13 5:13 7:19
point 26:2 29:3 63:14
66:13
poised 46:5
pool 33:15
position 11:16,20 12:1
12:13 13:11,16 14:9
14:19,20 15:19 17:3
19:13 21:6,16,17
23:14,16 24:11,14
31:12,15 33:16 37:2
38:2 40:10 41:4 43:5
43:20,23 45:4 48:10
48:22 51:5,7 52:13
53:2 56:1,10 61:21
61:22
positioning 40:4
positions 13:19 14:1
22:15 23:6 24:13
25:21 52:16 53:20
positive 7:10 10:4
11:12 13:21 20:14,23
22:7 23:10 25:11
30:10 32:9 41:2
43:14 48:11 56:3,5
58:22 61:11
possessed 38:12
possesses 38:12
posted 24:12,13,14
25:3
preferred 20:16
prepared 47:3
presence 46:17
present 2:12 58:20
pretty 14:21 19:19
35:11,14 63:8,22
previous 21:7 29:3
36:13 64:19
principal 8:11 10:7,11
10:13,15,20,21 11:14
11:18,21 12:1,10,13
12:19 13:6,7,9,12
14:1,19,20 15:19
17:9 18:2,6,10,11
19:11 21:5,9,12 22:3
22:5 31:12 40:8 47:1
51:11 57:11,15,16,19
58:7,9
principals 18:5 22:3
23:19 24:22 28:22
30:1 33:10 53:15

57:17 59:11 60:21
principalship 15:5
16:10,20 17:4 19:7,9
19:10
principalships 13:2
principal's 10:12
printed 69:18
prior 13:19 14:2 25:13
28:17 31:18 35:6
40:10 41:1 48:13
61:21
probably 58:23
problems 64:18 67:2
Procedure 3:7
process 10:1 11:23
14:18 16:10 18:19
21:23 22:17 23:17
24:3 25:2,4 38:21
40:4,6 60:8
productions 36:1
professional 49:22
professionalism 46:18
program 37:8 38:6,8
promotion 15:22,23
protocol 49:23
provide 30:11 46:7
provided 3:17,23 24:6
26:8 30:2 50:19
64:17
public 8:6 40:14 54:12
67:14 68:6
pulled 20:3
purpose 3:16 62:9
pursuant 1:14 3:6
pursuing 6:5
push 17:10
put 10:5 33:21

**Q**

qualifications 49:5
qualified 53:6
qualities 30:18 36:22
Quesha 1:13 2:16 3:5
4:7,14 69:3
question 3:13 54:4
57:18 64:7,16 66:8
67:7
questions 3:12 25:1
35:14 36:6 37:6 46:6
55:22 58:14 59:12,13
59:15,16,21,23 60:6
60:16,23 61:3,9
62:20 63:12,12,21
64:4,6 65:1,23
quick 55:19 62:4 66:7
Quinton 57:14,19 58:1
58:4

Q-U-E-S-H-A 4:17

**R**

race 53:8 54:14
ranking 20:19
rarely 29:10
reading 11:3 69:21
really 20:4 32:4 36:13
37:3 44:3 47:4 49:11
51:10 60:18 65:19
68:9
reason 48:23
reasons 30:11
recall 17:1 37:16 44:3
receive 14:8 27:12
received 6:1 25:18
recess 55:21
recommend 43:20 45:1
recommendation 30:4
30:8 45:8,11 52:6
recommendations
19:17 20:6,7,10,11
21:18 23:5 27:2 28:4
28:8,15,18 45:5,6,7
45:23 49:8 51:2 52:3
56:21
recommended 19:13
21:21 56:9,11,14
64:14
recommending 48:21
refer 23:2
reference 28:10,12,19
54:21
references 30:1
regard 45:23 48:21
51:4 52:12 54:21
55:16
regarding 51:1 58:11
regardless 3:23
Registered 1:15 3:8
68:22 70:6
relatives 6:22
rely 29:20
remember 15:1 17:14
19:22 32:12,13 34:4
35:11 39:23 43:8
44:9,21 53:9 56:7,8,9
56:11,13 61:2 66:20
remembered 35:5,7
replay 60:10
reported 69:2
Reporter 1:15 3:9
68:23 70:7
REPORTER'S 68:19
representing 3:3,19
reputation 46:3
request 51:14 53:13

required 38:2
requirements 38:10
research-based 59:18
61:4
reserved 3:14
resource 24:23 60:15
61:10 67:19
resources 24:8 27:1
49:7 52:2 55:16
59:14,22 60:6 62:19
responded 64:16
response 7:10 10:4
11:12 13:21 20:14,23
22:7 23:10 25:11
30:10 32:9 41:2
43:14 48:11 56:3,5
58:22 61:11
responses 65:1
Responsibilities 16:6
responsibility 26:19
rest 64:5
results 70:2
resume 12:17 15:12,17
29:6,20 49:19
retrace 12:15
right 10:18 11:16 13:14
20:22 27:14 28:2
30:7 31:13 37:13,14
41:20 44:7 52:4
54:19 57:5 63:1
robin 25:1 58:14
Robinson 17:1
Ronald 41:5 42:2 45:8
47:6 48:6 51:9
room 16:22 18:8 24:20
Ross 57:14,19 58:1,4
round 25:1 58:14
Rules 3:6
ruling 3:15
running 41:15

**S**

SAITH 68:17
same 4:1 8:16,22 9:11
12:14 14:21 24:16
35:8 39:8,9 40:6 42:3
42:4 43:5,23 51:6
61:9 69:22
Samford 6:2,5
sat 18:23 58:11
saying 28:13 32:16
schedule 22:2
scheduled 34:17,21
school 5:14 8:2,3,15
9:10,13 11:9,13
17:12 18:3 22:16
30:18,19 41:6,7

Deposition of Quentus Starks     Case 2:05-cv-00495-WKW-SRW     Document 26-24     Lowell McBoy     Filed 05/05/2006     Page 26 of 27     January 24, 2006

Page 6

42:13 45:10 47:18 57:5 59:19,20 62:22 66:13 67:15
**schools** 8:6 11:7,7 28:13 29:3 30:22 40:15 53:14 54:12 68:6
**seated** 23:19 25:23 53:10 65:21
**second** 6:6 10:14 11:19 13:6 19:17 25:4 26:16 45:9,19 57:21
**secondary** 11:5 31:7,9
**secondly** 24:5 32:20
**secure** 14:19
**securing** 17:3
**security** 5:6
**see** 47:21 58:16
**seeing** 31:2 32:12
**seek** 23:15
**seeking** 15:19
**selecting** 30:12
**send** 27:3
**sent** 28:4
**series** 26:12
**served** 6:18 17:22 32:22
**serving** 8:8 11:18 36:1
**session** 26:15 28:21
**sessions** 33:12,13
**set** 60:6 62:18 69:21
**setting** 29:10 61:2
**seven** 18:7 23:18 57:17
**seven-principal** 24:17
**several** 16:17 40:1,1 48:14 53:19
**shared** 35:23 46:15 53:8
**Sharon** 34:17
**shocked** 65:9
**short** 34:16
**shortage** 56:12
**siblings** 64:12
**signature** 4:4
**signing** 69:21
**simply** 30:9
**since** 28:16 60:13
**single** 5:9 33:7
**sit** 24:21
**situation** 21:4 54:6 57:2
**situations** 54:7 57:10
**six** 43:10 57:17
**size** 33:14
**skills** 31:4 36:7,8,23 37:1 62:21,22
**skipping** 27:8

**slot** 18:3
**small** 35:10
**social** 5:6 39:14
**solely** 54:16
**solo** 56:16
**solve** 64:18
**some** 20:1 22:2 26:10 27:21 30:20,22 31:8 31:8 32:1,2 46:2 47:19 49:11 51:15,20 52:18 59:20 66:13
**somebody** 29:18 51:8 53:4
**someone** 18:21 56:18
**something** 22:4 23:2 52:19 53:22 57:9
**sometimes** 48:15
**somewhere** 10:18 61:17
**soon** 12:4
**sorry** 8:20 12:20 22:10 28:6
**sort** 31:8
**south** 1:18 2:10 6:22
**speak** 4:9 28:16 36:20 45:3 52:11 55:12 69:4
**specialist** 6:3
**specifically** 31:12
**speech** 8:10
**spell** 4:15 10:23
**split** 9:6,21,23
**spoke** 50:23
**spoken** 55:15 65:15
**staff** 39:11
**Stan** 67:3
**standard** 59:12,15
**stands** 61:4
**Starkie** 1:15 3:8 68:22 70:6
**Starks** 1:13 2:16 3:5 4:7,14,17,19 7:3 69:3
**start** 22:1
**started** 7:20 13:1 23:13
**Starting** 5:16
**state** 1:16 3:9 7:16 68:20 69:1 70:7
**stated** 21:20 29:7,21 39:15 44:13 48:6 58:6
**STATES** 1:1
**Statute** 3:17,23
**stayed** 57:21,22 58:1,1 58:3
**step** 17:3 27:8
**still** 15:20 20:19
**stipulated** 3:2,18 4:2

**stipulation** 1:14 3:1
**stopped** 47:18
**strategies** 59:18 61:5
**Street** 1:18 2:6,10
**strong** 64:10
**structure** 62:18
**structured** 36:14 60:8 62:13
**struggle** 17:8
**student** 66:22
**students** 57:8
**studies** 5:19 39:14
**style** 59:17
**submit** 14:4,6,7,22 15:2,12,16 19:16 28:14 40:16 49:8
**submitted** 14:8 21:18 56:21
**submitting** 28:18
**subsequent** 66:2
**successful** 31:10
**Sue** 24:7
**sued** 6:14,16
**sufficient** 37:2
**suitable** 25:20
**summer** 18:12,13,20 34:22
**support** 66:22
**supposed** 55:2
**sure** 40:22 52:14,21,22
**switched** 9:8
**sworn** 4:9 69:4
**system** 25:3 67:15,18
**S-T-A-R-K-S** 4:17

**T**

**T** 16:12,14
**table** 23:19 24:21,22 26:1 48:5 65:21
**take** 30:15 50:9 54:14 55:19 63:8
**taken** 1:13 3:6,7 12:7
**talk** 23:13 31:11 35:10 35:20 52:21 68:9
**talked** 35:22 45:5 46:1 63:5 65:23 66:2
**talking** 32:4 43:3 52:14 52:19 60:2 64:15
**tangents** 36:9
**Tanya** 2:4
**task** 63:19
**taught** 8:9
**teacher** 8:7,8 11:14 15:15 29:17 31:2 35:8 39:11,14 41:5 46:11 61:12
**teachers** 29:17,23

52:19
**teaching** 7:5,15,20 21:22 52:15
**Tech** 9:4,6,9,18,19 12:14 13:10,20
**technically** 15:20
**Technology** 8:14,21 9:9
**telephone** 31:22 41:23 42:9 47:17,22
**tell** 4:13 5:12 15:6 49:2 52:23
**tenure** 8:10
**term** 11:17 68:5
**terminology** 8:13
**testified** 4:10 13:4
**testimony** 6:7
**textbooks** 47:1
**thank** 4:18 51:18,22 63:6 65:12 67:6 68:14,15
**theater** 52:17
**their** 26:2 29:2 49:5 60:6 64:19
**thereof** 70:2
**things** 19:3 30:16 32:18 36:19 44:5,17 54:1 61:8 67:15,20,22
**think** 9:7 12:21 15:3 16:23 27:7 33:11 41:17 57:1,1 58:2 59:14 63:1 68:10
**thinking** 63:17
**third** 19:18 45:11 65:15,17 66:1
**though** 61:15
**thought** 38:23
**three** 20:12,13,17,21 32:18 58:1 64:9
**through** 7:11,21 8:9 11:10,11,23 14:18 16:17,18 17:8 23:17 38:9 40:3,6 51:1 56:2 63:15 64:5
**Thursdays** 9:6,21
**time** 3:14,15 8:17 11:17 12:2,14 14:6,8 17:10 18:15 19:12 21:22 24:16 32:4 37:5 38:12 41:15 52:15 64:7 65:3,7,11,19
**times** 13:22
**together** 24:16 37:11 50:4
**told** 24:18 63:3
**top** 21:2,6,11 32:23 64:9

**tracing** 19:2
**training** 46:22
**transcript** 69:19
**trial** 3:21
**tried** 51:19
**triggered** 61:7
**true** 69:19
**truth** 4:9,9,10 69:4,5,5
**trying** 18:2 22:22 33:5 57:13 64:4,5
**Tuesday** 1:19
**Tuesdays** 9:5,20
**turn** 62:14
**two** 8:5 18:23 20:10 21:5 33:12 42:3
**type** 30:16
**typical** 57:9
**typically** 21:1
**typing** 22:10

**U**

**uh-huh** 7:10 10:4 11:12 13:21 20:14,23 22:7 23:10 25:11 30:10 32:9 41:2 43:14 48:11 56:3,5 58:22 61:11
**ultimately** 41:3
**uncertain** 17:19
**under** 67:3
**understanding** 60:4
**UNITED** 1:1
**University** 5:20
**unless** 29:16
**unprofessional** 49:3
**until** 9:15,16 12:10 17:12 37:10 40:15 42:15 60:19
**updated** 26:17
**updates** 24:6
**upset** 49:13
**use** 8:13
**used** 3:16,22
**U.S** 69:13

**V**

**Vacation** 42:13
**VAN** 2:5
**very** 43:2,6 46:4,12 47:13 49:10,20 53:21 53:23 68:14
**veteran** 41:5
**Virginia** 61:14
**Vs** 1:7 69:9

**W**

**wagon** 26:11

**wait** 14:5 17:6,6,12
    57:14
**waited** 51:7,12 52:7,10
**waived** 3:21 4:5 69:22
**waiving** 4:1
**walk** 37:14
**want** 5:14 16:2 17:10
    17:17 19:3 22:22
    28:15 29:8 30:8
    33:22 37:20 49:1,12
    53:12 58:16 62:9
    63:4,9
**wanted** 36:15 47:6 51:8
    62:20
**Washington** 16:12,15
**wasn't** 32:17 33:13
    36:13 42:11 43:6
    54:11
**way** 51:6,15 60:9
**Wednesdays** 9:6,20
**well** 9:18 11:8 12:2
    13:23 14:3,21 15:20
    16:2 17:11 18:1 21:7
    23:17 26:7,21 28:7
    28:11 29:8 35:5,22
    36:7 37:3,12 38:22
    43:1 44:1,18 46:22
    47:3,14 49:13 56:17
    56:19 62:17
**went** 5:19 10:6 12:5
    21:23 23:17 24:3
    36:8 37:5 43:2 51:1
    54:23 57:15 61:17
    68:12
**were** 2:23 6:12 8:2 9:11
    10:20 14:10 15:19
    18:1,4,6,9 20:1 21:22
    23:19,21 24:13,15
    26:10 27:3,12 32:2
    33:2,9,11,15 34:6
    35:7 36:22 42:3
    43:19 45:7 46:15
    53:14,19,20 58:13,19
    60:15,16 61:7,12
    64:10,13,14,15 65:22
    65:22
**weren't** 63:13,22
**we're** 20:5 25:22,23
    27:5,7 60:2
**while** 8:8 12:7 22:22
**whole** 4:9 52:15 69:5
**William** 2:3
**witness** 4:3,4,8 6:13
    11:2 14:23 15:8
    69:20
**woman** 53:1
**wondering** 52:8

**work** 28:14 29:9 36:7
    36:11 50:10 56:17,19
**worked** 11:6 24:18
    55:13 59:18 62:1
    67:3
**working** 31:4 36:1,3
    42:11 50:4 61:21
    66:21
**written** 23:7

———————
**Y**
———————
**yeah** 12:23 16:2,3
    35:11 42:4
**year** 5:23 7:22 8:22,23
    9:11 10:2,3,10,10,14
    11:19 12:22,23 13:3
    13:5,6 14:15 18:9,20
    19:23 20:3 21:3,7,10
    22:1,6 27:3 46:12
    51:11 56:7,12 57:15
    57:20,21,22,23 58:1
    58:3,8
**years** 8:5 21:5 38:5
    48:14 58:2
**younger** 35:8
**y'all** 35:20 67:1

———————
**Z**
———————
**zip** 5:2

———————
**0**
———————
**04** 57:2 59:1,4,6
**05** 56:8 57:2 59:1,4,4,6
**05-06** 59:4
**06** 56:8 59:4

———————
**1**
———————
**10** 33:6,8
**10:15** 1:20
**100** 33:6
**12** 7:21 8:9 11:10,11
    38:9 47:13
**15** 33:8
**1995** 6:9
**1996** 5:17 7:23
**1998** 6:1 12:3,8 14:10

———————
**2**
———————
**2:05-CV-0495** 1:7
    69:16
**2000** 9:16
**2001** 9:1,15 12:13
**2002** 10:5,6
**2002-2003** 10:16 13:10
    13:11
**2003** 10:18
**2003-2004** 10:16 12:11

    12:18 13:8
**2004** 10:19 18:13,13
    55:23 56:10
**2004-2005** 13:6 18:12
    20:3 21:8,13
**2005** 6:2 18:20 23:14
    31:11 52:13
**2005-2006** 10:17 13:7
    20:8 21:10 61:20
**2006** 1:19 69:17 70:3
    24 1:19 69:17
**250** 2:6

———————
**3**
———————
**30** 35:18 38:19
**31st** 70:3
**3455** 4:21
**35** 35:19
**35-minute** 38:19
**36111** 5:3

———————
**4**
———————
**4** 2:17
**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** 5:7
**425** 1:18 2:10

———————
**5**
———————
**50** 33:6
**500** 65:2

———————
**6**
———————
**62** 2:18
**65** 2:19
**66** 2:20
**67** 2:21
**68** 69:18

———————
**7**
———————
**7** 7:21 11:10,11

———————
**9**
———————
**9** 8:9
**9/16/74** 5:5
**98** 14:12,13,16,16
**99** 14:16,17