# EXHIBIT

# X

# DEPOSITION OF BOBBY E. ABRAMS, JR.

## January 24, 2006

## Pages 1 through 75

## CONDENSED TRANSCRIPT AND CONCORDANCE
## PREPARED BY:

**Haislip, Ragan, Green, Starkie & Watson, P.C.**
566 South Perry Street
Post Office Box 62
Montgomery, AL  36104
Phone: (334) 263-4455
Fax: (334) 263-9167
E-mail: haislipragan@charter.net

---

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELVIN LOWE,
    Plaintiff/Petitioner,
Vs.                          CIVIL ACTION NO.
                             2:05-CV-0495
MONTGOMERY COUNTY BOARD
OF EDUCATION,

    Defendant/Respondent.


* * * * * * * * * * * * *

DEPOSITION OF BOBBY E. ABRAMS, JR., taken

pursuant to stipulation and agreement before

Patricia G. Starkie, Registered Diplomate Reporter,

CRR, and Commissioner for the State of Alabama at

Large, in the Law Offices of Hill, Hill, Carter,

Franco, Cole & Black, 425 South Perry Street,

Montgomery, Alabama, on Tuesday, January 24, 2006,

commencing at approximately 11:25 a.m.


* * * * * * * * * * * * *

---

Page 2

APPEARANCES

FOR THE PLAINTIFF:

    William F. Patty, Esq.
    Tanya E. Dugas, Esq.
    BEERS, ANDERSON, JACKSON
    PATTY & VAN HEEST
    Attorneys at Law
    250 Commerce Street
    Montgomery, Alabama

FOR THE DEFENDANT:

    Elizabeth B. Carter, Esq.
    HILL, HILL, CARTER, FRANCO
    COLE & BLACK
    Attorneys at Law
    425 South Perry Street
    Montgomery, Alabama
ALSO PRESENT:
    Mr. Melvin Lowe
    Mr. Jimmy Barker

* * * * * * * * * * * * *

EXAMINATION INDEX

BOBBY E. ABRAMS, JR.
BY MS. DUGAS                4

* * * * * * * * * * * * *

(No exhibits were marked to this deposition)

---

Page 3

1        STIPULATION
2        It is hereby stipulated and agreed by and
3    between counsel representing the parties that the
4    deposition of:
5        BOBBY E. ABRAMS, JR.
6    is taken pursuant to the Federal Rules of Civil
7    Procedure and that said deposition may be taken
8    before Patricia G. Starkie, Registered Diplomate
9    Reporter, CRR, and Commissioner for the State of
10   Alabama at Large, without the formality of a
11   commission;
12       That objections to questions other than
13   objections as to the form of the question need not
14   be made at this time but may be reserved for a
15   ruling at such time as the said deposition may be
16   offered in evidence or used for any other purpose
17   by either party provided for by the Statute.
18       It is further stipulated and agreed by and
19   between counsel representing the parties in this
20   case that the filing of said deposition is hereby
21   waived and may be introduced at the trial of this
22   case or used in any other manner by either party
23   hereto provided for by the Statute regardless of

---

Page 4

1    the waiving of the filing of the same.
2        It is further stipulated and agreed by and
3    between the parties hereto and the witness that the
4    signature of the witness to this deposition is
5    hereby waived.
6        * * * * * * * * * * * *
7        BOBBY E. ABRAMS, JR.,
8        The witness, after having first been duly
9    sworn to speak the truth, the whole truth and
10   nothing but the truth testified as follows:
11       EXAMINATION
12   BY MS. DUGAS:
13   Q.  Mr. Abrams, I'm Tanya Dugas, representing
14       Mr. Lowe.
15           Could you tell us your name, please.
16   A.  Bobby E. Abrams, Jr.
17   Q.  And Mr. Abrams, what is your address?
18   A.  1470 Pampas, Montgomery, Alabama 36117.
19   Q.  And what is your date of birth, please?
20   A.  4/12/67.
21   Q.  And your social security number?
22   A.  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.
23   Q.  Are you married?

---

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 5

| | |
|---|---|
| 1 | A. Yes. |
| 2 | Q. And what is your wife's name? |
| 3 | A. Stephanie. |
| 4 | Q. Do you have any children over the age of |
| 5 | 19? |
| 6 | A. No. |
| 7 | Q. Do you have any children? |
| 8 | A. Three. |
| 9 | Q. And what is your educational background? |
| 10 | A. I received my bachelor's from the |
| 11 | University of Michigan in general studies. |
| 12 | Also received my teaching certification |
| 13 | from the University of Michigan in 1990. I |
| 14 | received my master's in education |
| 15 | administration from Alabama State, and I'm |
| 16 | currently finishing up on my EDS degree, |
| 17 | educational specialist degree, in |
| 18 | administration from Alabama State. |
| 19 | Q. Okay. When did you receive your master's |
| 20 | in administration? |
| 21 | A. I think it was 2000. 2001. |
| 22 | Q. Okay. And you said you're currently |
| 23 | working on your EDS? |

Page 6

| | |
|---|---|
| 1 | A. Finishing up, yes. |
| 2 | Q. When will you finish that? |
| 3 | A. Hopefully, a year ago. I'm actually |
| 4 | talking with Dr. Stewart, a professor at |
| 5 | the school now, and trying to work |
| 6 | something out so I can go ahead and finish |
| 7 | this term, by May of '06. |
| 8 | Q. Okay. Have you ever given any deposition |
| 9 | testimony before? |
| 10 | A. Not like this, no. Not where I had to |
| 11 | swear in, so I guess no, I haven't. |
| 12 | Q. Okay. Have you ever been sued? |
| 13 | A. No. |
| 14 | Q. Have you ever sued anyone? |
| 15 | A. No. |
| 16 | Q. Were you in the military? |
| 17 | A. No. |
| 18 | Q. Have you ever been arrested? |
| 19 | A. Yes. |
| 20 | Q. What's the charge? |
| 21 | A. I received a DUI in Georgia, I want to say |
| 22 | '94, '95. |
| 23 | Q. Okay. Do you have any relatives in south |

Page 7

| | |
|---|---|
| 1 | central Alabama? |
| 2 | A. My mother is here. My sister is here in |
| 3 | Montgomery. |
| 4 | Q. What's the last names for your mother and |
| 5 | sister? |
| 6 | A. Abrams. |
| 7 | Q. Your sister as well? |
| 8 | A. Yes. |
| 9 | Q. And I know that you said you got your |
| 10 | teaching certificate in Michigan in 1990. |
| 11 | Do you currently hold an Alabama teaching |
| 12 | certificate? |
| 13 | A. Yes. |
| 14 | Q. When did you receive that? |
| 15 | A. '97. |
| 16 | Q. And I take it when you got your master's in |
| 17 | administration, you received an |
| 18 | administrative certificate? |
| 19 | A. Yes. |
| 20 | Q. That was 2001? |
| 21 | A. Yes. |
| 22 | Q. Do you hold any other certificates? |
| 23 | A. No. |

Page 8

| | |
|---|---|
| 1 | Q. Okay. And other than Michigan, is there |
| 2 | any other state that you hold -- |
| 3 | Is your Michigan certificate current? |
| 4 | A. It's not current. It lapsed, I guess, in |
| 5 | '97 when I transferred everything to |
| 6 | Alabama. |
| 7 | Q. Do you hold any teaching certificates in |
| 8 | any other states other than Alabama? |
| 9 | A. No. |
| 10 | Q. Could you tell us a little about your |
| 11 | employment history, please. |
| 12 | A. I started teaching in '97 at |
| 13 | Southside-Selma, Southside High School, |
| 14 | where I taught history and coached football |
| 15 | there for three years. After being in |
| 16 | Selma, I left and I went to Tallassee, and |
| 17 | I taught history and coached football there |
| 18 | at Tallassee High School for two years. |
| 19 | Q. So you would have gone to Tallassee -- |
| 20 | You were at Selma from '97 to 2000? |
| 21 | A. 2000. |
| 22 | Q. And then you left Tallassee in -- |
| 23 | A. I was in Tallassee at the high school for |

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

**Page 9**

1  two years, and then I became assistant
   principal at Southside Middle School in
3  Tallassee for two years. So I was actually
4  in Tallassee city schools for four years.
5  Q. Okay.
6  A. Two years as a teacher/coach and two years
7     as assistant principal.
8  Q. So was that 2002 when you were assistant
9     principal?
10 A. Yes.
11 Q. Okay. All right. And after --
12 A. From Southside assistant principal in
13    Tallassee city schools, I became principal
14    here in Montgomery public schools for
15    Walter T. McKee Junior High School, and
16    this is my second year as principal there.
17 Q. So 2004-2005 would have been your first
18    school year?
19 A. Yes.
20 Q. Okay.
21 A. First school year here.
22 Q. That's -- I'm sorry. Your first year here
23    at McKee?

**Page 10**

1  A. Right.
2  Q. Okay. What process did you go through to
3     obtain the principal job at McKee?
4  A. Filled out the application.
5  Q. How did you learn about the job, first of
6     all?
7  A. I think just hearsay. It wasn't -- I think
8     there were several jobs open, to be open
9     for the beginning of the school year. I
10    had talked to Macon County about a job and
11    I had talked to Montgomery Public Schools
12    about a job and wanted to be in Montgomery
13    because that's where my wife and I have
14    lived since '91. And I was called for an
15    interview, and I interviewed and received
16    the job.
17 Q. Okay. When you said you talked to Macon
18    and you talked to Montgomery about the job,
19    was this before your interview?
20 A. During my research -- yeah, before the
21    interview.
22 Q. So you called someone at Montgomery County
23    Schools to inquire about the job?

**Page 11**

1  A. Right. Get an application on file.
2  Q. Okay. Do you recall who you spoke with?
3  A. I'm not sure. Maybe central office,
4     secretary.
5  Q. And your interview that you did, was it a
6     panel interview?
7  A. Yes.
8  Q. Was this conducted at the central office
9     or --
10 A. Yes.
11 Q. Do you remember who was present in that
12    interview?
13 A. I think Mike Looney was present. I think
14    Mr. Barker was present. Maybe Carolyn
15    Hicks.
16 Q. Okay.
17 A. Maybe a couple more people. I can't
18    remember. It was a handful of people there
19    at the table.
20 Q. After your interview process, after your
21    interview at the central office, what
22    happened next? Did you do any face-to-face
23    interviews with anyone?

**Page 12**

1  A. No.
2  Q. Did you have any follow-up phone calls with
3     anyone?
4  A. No.
5  Q. Okay. Do you remember how long it was
6     before you found out that you would be
7     offered the job as principal at McKee?
8  A. I think it was within that month. Within a
9     few weeks, I would imagine.
10 Q. Have you ever been a part of a hiring
11    committee?
12 A. Yes, as far as my school, hiring teachers.
13 Q. Okay. So do you have a committee for
14    hiring teachers at your school, at McKee?
15 A. Usually what I try to do at McKee is we try
16    to get a group, maybe assistant principal,
17    maybe a counselor, maybe a lead teacher to
18    sit in on interviews, and we have a
19    ten-question sheet that we round robin,
20    rapid fire ask them. Well, pretty much the
21    same process that I went through as
22    principal and the same process that I
23    learned in Tallassee that they use. In

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 13

1    fact, some of the questions that I use with
2    my teachers are the same questions I got
3    from my workings with Tallassee in
4    Tallassee.
5    Q.  So every candidate, even with your
6    teachers, is asked the same questions?
7    A.  Same questions.  I attempt to do that.
8    Sometimes you can't get the full
9    committee.  Sometimes it's one person,
10   sometimes it's three or four people,
11   sometimes it's just myself.
12   Q.  Okay.  Have you ever been part of a hiring
13   committee at MPS for an assistant principal
14   position?
15   A.  At MPS what was done was the principals who
16   needed an assistant principal were called
17   in to sit at the table.  The actual
18   interview process was done through central
19   office personnel asking the person
20   questions.  Pretty much the principals just
21   sat at the table and took notes and maybe
22   50 people came in in a two-day process and
23   the principals there would take notes and

Page 14

1    call those people for a second interview to
2    hire them.
3    Q.  So how many of these interview sessions
4    with the principals did you take part in?
5    A.  Most of them.  I was there --
6    Q.  Do you remember how many there were?  I
7    guess that would be a better question.
8    A.  Maybe 30 or more.
9    Q.  Thirty or more applicants came through and
10   were interviewed?
11   A.  Roughly, yes.
12   Q.  Were the interviews conducted on multiple
13   days?
14   A.  Yes.
15   Q.  Do you remember how many days of the
16   interviews there were?
17   A.  I think it was two days.  Two-day process.
18   Q.  Okay.  Did you hire -- were you in need of
19   an administrative assistant then?
20   A.  Yes.
21   Q.  Are there any reading or math coaches at
22   McKee?
23   A.  We don't have any reading or math coaches

Page 15

1    at McKee.  We have a Title I person at
2    McKee, Betty Ransom, who works with our
3    reading program, direct instruction, New
4    Century lab, and works with the teachers.
5    She's called our Title I lead teacher is
6    what her job description is.
7    Q.  Okay.  Now, does Ms. Ransom work with the
8    students or the teachers?
9    A.  Both.
10   Q.  Both?
11   A.  Yes.
12   Q.  So does she have one-on-one sessions with
13   students?
14   A.  Yes, for our STAR testing, for our AR
15   program, for direct instruction testing to
16   determine the reading level of the child.
17   There's maybe a two, three-minute reading
18   test that she would sit down and go over
19   with them.
20   Q.  Okay.  And what is her interaction with the
21   teachers?
22   A.  With the teachers her interaction has been
23   talking to them about how to teach direct

Page 16

1    instruction, organizing classrooms, the
2    class numbers.  She's worked with me in the
3    summertime as far as scheduling is
4    concerned, the number of direct instruction
5    classes that we have at the school.
6    Q.  Does she kind of supervise the lesson plan
7    of the teachers or does she have input into
8    the teacher's lesson plan?
9    A.  Not for reading.  Pretty much the direct
10   instruction packet that we have from the
11   school system allows for the teacher to
12   lesson plan themselves.  With their lesson
13   plans at McKee, they will simply write in
14   direct instruction, students will work on
15   whatever reading chapter they're on.
16   Q.  What was the process by which Betty Ransom
17   was hired at McKee?  Did you interview her?
18   A.  She was there when I got there.
19   Q.  Okay.  Do you know what the hiring process
20   is for reading teachers or -- I mean,
21   reading coaches?
22   A.  No.  Ordinarily, I would imagine if it's a
23   position for the school system, you would

4 (Pages 13 to 16)

Deposition of Bobby E. Abrams, Jr.                                    Lowe vs. MCBOE                                      January 24, 2006

Page 17

1    go through the same way as any position.
2    Her title is not reading coach or reading
3    teacher. Her title is lead teacher and her
4    funds are paid through Title I funds that
5    we receive.
6  Q.  Okay.
7  A.  It just so happens that that's -- because
8    of her interaction with the New Century
9    lab, and that's a reading and math remedial
10    program, she was trained to work that
11    program. She also helps with direct
12    instruction.
13  Q.  Okay. Do you know, just as a principal,
14    what the process would be if you were to --
15    if the reading coach hiring process is
16    different from, let's say, hiring a teacher
17    for the school?
18        MS. CARTER: Object to the form.
19          You can answer when I say
20          that.
21        THE WITNESS: Say again?
22        MS. CARTER: You can answer the
23          question.

Page 18

1  A.  I would think it would be an ordinary
2    process. You would advertise the position,
3    people would fill out the application,
4    people would be called in on the interview,
5    and a list would go out to the principal,
6    hey, we've interviewed this many people.
7    If you need a reading coach, here's a
8    reading coach list or a science teacher
9    list or a special education list. And from
10    that list, principals would call those
11    people in and interview them.
12  Q.  Now, for teachers, does the central office
13    interview prior to the principal
14    interviewing the candidates?
15  A.  I believe there is a screening, a question
16    and answer period that the teachers go
17    through. The list that we receive, I'm of
18    the opinion that everyone on here on this
19    list is qualified to teach and everyone on
20    this list can be interviewed for that
21    particular position.
22  Q.  So for a teacher position at McKee,
23    and, say, you've got a math teacher

Page 19

1    position open, the job would be posted?
2  A.  Right.
3  Q.  Once the job is posted, applications would
4    go to --
5  A.  Central office.
6  Q.  -- central office?
7  A.  Right.
8  Q.  Are you of the opinion that someone at
9    central office does an interview of these
10    applicants before you find out who they are?
11  A.  I would think that someone in central
12    office would talk to them, make sure the
13    application is straight. I know they have
14    to do the fingerprints and the whole -- the
15    whole process.
16  Q.  Okay. So all of this is done before the
17    teacher would get to you, before you would
18    interview?
19  A.  Yes.
20  Q.  Okay. What would happen after you
21    interview this individual? What's the next
22    step?
23  A.  After I --

Page 20

1        MS. CARTER: Are we still on
2          hiring a reading coach?
3        MS. DUGAS: Just hiring a
4          teacher. No, we're talking
5          about, I think, a math
6          teacher.
7  A.  I would go through an interview process,
8    run through my ten questions, make a
9    decision on that person. If that person
10    was one I wanted to recommend, I would
11    e-mail Mr. Barker my recommendation for
12    that teacher. I believe then someone in
13    central office would either contact that
14    person or I would contact that person and
15    say, report down to central office to fill
16    out more paperwork, sign -- I guess to
17    actually sign a contract, so forth.
18  Q.  Okay. Now, after you've done the interview
19    process for the teachers, do you narrow it
20    down to one candidate that you would like
21    to fill that position?
22  A.  Ultimately, yes. Sometimes if I have an
23    interview panel, we ask for the top three

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

**Page 21**

1      and I would make a decision on that.
2   Q.   So would you make a decision -- if the
3      interview panel comes back with the top
4      three, would you make a decision prior to
5      making a recommendation to Mr. Barker?
6   A.   Yes, on that top three. I would pick one,
7      and the one that I pick I would recommend
8      to Mr. Barker for employment.
9   Q.   So you give one person as a recommendation?
10  A.   One person, yes.
11  Q.   And when you e-mail Mr. Barker your
12      recommendation, do you submit any kind of
13      explanation beyond your -- like to explain
14      your choice of this person?
15  A.   No.
16  Q.   What exactly would you typically send to
17      him if hiring a new teacher?
18  A.   I would like to recommend the following
19      person for employment at Walter T. McKee
20      Junior High School for the '05-'06 school
21      year, and I would then have the teacher's
22      name and math, seventh grade, thank you.
23  Q.   Simple as that?

**Page 22**

1   A.   Yes.
2   Q.   Okay. Do you keep any documentation of the
3      people that you interview for positions at
4      the school?
5   A.   Yes.
6   Q.   Do you keep it after the position has been
7      filled?
8   A.   Yes.
9   Q.   Do you keep documentation of
10      recommendations that you make to HR?
11  A.   They should be saved on the computer. I
12      haven't looked at that.
13  Q.   Have you ever encountered a situation in
14      your experience as principal where the
15      person that you recommended for a position
16      was not actually hired by the school board?
17  A.   No. We had a situation with a math
18      teacher. She was recommended, but the
19      superintendent from the former -- from her
20      school wouldn't release her, so that didn't
21      work out. It's my understanding that
22      during the summertime several principals
23      may recommend a person, and I may not

**Page 23**

1      receive that person. And I think because
2      we have Title I schools and there's a
3      pressing need to fill positions at the
4      Title I schools, Title I schools may get a
5      priority over recommending. Say if I
6      recommend someone and another principal
7      recommends someone, I may get priority
8      because of the Title I status that my
9      school has.
10  Q.   Okay. So McKee does have Title I status?
11  A.   Yes. School wide Title I.
12  Q.   Okay. I know we touched on this a little
13      bit earlier with your telling me about the
14      committee, but in the 2004-2005 school
15      year, you had an administrative assistant
16      position available at your school?
17  A.   Right.
18  Q.   Do you know if this position was advertised?
19  A.   Yes.
20  Q.   Okay. Did Melvin Lowe express an interest
21      in this position?
22  A.   Yes.
23  Q.   How did it come about that you were aware

**Page 24**

1      that Mr. Lowe was interested in the
2      position?
3   A.   I talked to Mr. Lowe about the position
4      that I had open, and I was aware that he
5      was going to interview for the position. I
6      guess he was part of the group that came in
7      to interview.
8   Q.   Did you talk to him before the group
9      interview, the MPS interview?
10  A.   Yes.
11  Q.   Did you call him?
12  A.   We called each other.
13  Q.   Okay.
14  A.   I don't remember if I actually called him
15      or he called me, but I know we talked. We
16      often talked on the phone.
17  Q.   So are you and Melvin Lowe friends?
18  A.   Friends, yes.
19  Q.   Okay.
20  A.   Right. We've taken several classes at
21      Alabama State together. I know his brother
22      very well.
23  Q.   So did Mr. Lowe interview with MPS in that

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 25

```
 1   group interview for that position that you
 2   were in?
 3   A.   Yes.
 4   Q.   And what kind of certification is required
 5        of a person to serve as an administrative
 6        assistant?
 7   A.   Master's in administration.
 8   Q.   Okay.  Are you aware of whether Mr. Lowe
 9        has an Alabama administrative certificate?
10   A.   I think he does.
11   Q.   Okay.  After he -- you said you spoke --
12        y'all spoke on the phone?
13   A.   Yes.
14   Q.   And then he interviewed at MPS?
15   A.   Right.
16   Q.   After he interviewed at MPS, what happened?
17   A.   After he interviewed, others interviewed.
18        I made a decision.  I called several people
19        for a second interview, and I made a
20        decision based on one of the four people
21        that I called for a second interview.
22   Q.   Okay.  How long after the initial interview
23        was the second interview?
```

Page 26

```
 1   A.   Say that again?
 2   Q.   You said you had an interview and then you
 3        called some people back for a second
 4        interview.
 5   A.   Right.
 6   Q.   What was the time interim?
 7   A.   Couple of days.
 8   Q.   And was the first interview with you alone
 9        or was that with a panel?
10   A.   The first interview was --
11   Q.   That you had at your school.
12   A.   Oh, that was with me.  I didn't have a
13        panel with those potential candidates.
14   Q.   Okay.  And how many people did you
15        interview on the initial interview?
16   A.   Four on the second interview.
17   Q.   Okay.
18   A.   The initial interview was done by the
19        central office.
20   Q.   Okay.  That's where I'm confused.  Okay.
21        You had only one interview at your
22        office --
23   A.   Yes.
```

Page 27

```
 1   Q.   -- individually?
 2   A.   Yes.
 3   Q.   Okay.  I was understanding you had two.
 4        That's why I was confused.
 5   A.   No.
 6   Q.   So you interviewed.  You chose four people
 7        from the MPS committee interview?
 8   A.   From the pool of applicants.
 9   Q.   To interview one on one?
10   A.   For the second time, yes.
11   Q.   Okay.  Who were the four people that you
12        interviewed?
13   A.   Sonya Floyd, LaMetra James.  And I forget
14        his name -- Broderick James -- Roderick.
15        Roderick James and Melissa Williams.
16   Q.   Did Melvin Lowe have a one-on-one interview
17        with you about this position?
18   A.   Not a second interview, no.
19   Q.   Did you talk to Melvin Lowe at any point
20        after his group interview with MPS?
21   A.   Yes.  We talked several times, I believe.
22   Q.   Okay.  And what were the contexts of these
23        conversations?
```

Page 28

```
 1   A.   I told him he interviewed well.  He spoke
 2        well.  He was very articulate.  I had a
 3        question about a -- it was a question about
 4        a research-based question, a research-based
 5        reading program or something that was
 6        asked, and I didn't know if it was a
 7        research-based program or not.  I think it
 8        is.  I don't know if it was or not.
 9   Q.   Okay.
10   A.   That was -- that was pretty much it, I
11        guess.
12   Q.   When you said you had a question about a
13        research-based question --
14   A.   Just whether or not it was a research-based
15        reading program or not.
16   Q.   Okay.  Were you just seeking clarification
17        from the MPS interview?
18   A.   Right.
19   Q.   Did you ever express to Mr. Lowe whether or
20        not you were interested in hiring him for
21        that administrative assistant position?
22   A.   Yes.
23   Q.   And --
```

7 (Pages 25 to 28)

Page 29

1  A.  We talked about the possibility of him
2      being hired as an administrative assistant
3      or SIA if I had one or a reading coach if I
4      had one, but it never materialized into an
5      actual interview or recommendation and a
6      hire.
7  Q.  Okay.  Did you ever speak to Mr. Barker
8      about Melvin Lowe?
9  A.  Yes.  I had a conversation with Mr. Barker
10     and pretty much just asked --
11 Q.  Asked about Melvin?
12 A.  Asked about Melvin Lowe.  At that time I
13     was trying to get a staff together, and I
14     had some names in my mind and pretty much
15     just throwing those names out at him.  He
16     was certainly qualified for the position.
17 Q.  Did Mr. Barker tell you that Melvin was
18     qualified for the position?
19 A.  Right.
20 Q.  Okay.  Did he say anything else with regard
21     to Melvin personally or professionally?
22 A.  No.
23 Q.  Did he express any opinion of Melvin

Page 30

1      whatsoever?
2  A.  No.
3  Q.  Did you ever have any conversations with
4      Clinton Carter about the 2004-2005
5      administrative position?
6  A.  No.
7  Q.  Who ultimately filled this position at
8      McKee?
9  A.  I did.
10 Q.  Who did you hire to fill the position?
11 A.  Oh.  The person chosen was Sonia Floyd.
12 Q.  Okay.  And did she have an administrative
13     certificate when she was interviewed?
14 A.  Yes.
15 Q.  Is Ms. Floyd a black female or white
16     female?
17 A.  Black female.
18 Q.  At any point in your conversation with
19     Mr. Barker about the persons that you had
20     in mind for this administrative assistant
21     position, did he tell you that you needed
22     to hire a female to fill this position?
23 A.  No.

Page 31

1  Q.  Did he ever tell you that you needed to try
2      to balance out --
3  A.  No.
4  Q.  -- the male-female ratio at the school?
5  A.  No.
6  Q.  Is Ms. Floyd still currently in that
7      position?
8  A.  Yes.
9  Q.  Now, in 2005, for the 2005-2006 school
10     year, there was a special ed position
11     available at McKee?
12 A.  Uh-huh (positive response).  And still is
13     available.
14 Q.  It's still available?
15 A.  Yes.  Well, maybe not that position, but we
16     have one available, yes, still.
17 Q.  Did you advertise that this position was
18     available?
19 A.  Yes.
20 Q.  And did Melvin Lowe express an interest in
21     the special ed position?
22 A.  Yes.
23 Q.  How did that come about?

Page 32

1  A.  Simple conversation we had, and I
2      reiterated to him that I had a special ed
3      position.  Or -- I think he was asking if
4      there was anything that I had, just to let
5      him know.  Hey, I've got a special ed
6      position.  He said that he could do special
7      ed; that he could do that position.  I told
8      him I would talk to Barker about it and ask
9      about it and see.  I had a conversation
10     with Mr. Barker about it, simply asking,
11     hey, special ed position, want to talk to
12     Melvin Lowe about it.  Mr. Barker
13     reiterated, you can certainly talk to him.
14     I have to check and see if he's certified
15     special ed.  He wasn't certified in special
16     ed, so in another conversation I had with
17     another principal, I came about hiring
18     another person for that position.
19 Q.  Okay.  Did Mr. Lowe approach you first
20     about whether or not you had positions
21     available?  Did you call him or did he call
22     you, do you remember?
23 A.  I don't remember who called who first.  I

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

**Page 33**

1  mean, I -- I think I would just pick up the
2  phone and call him and touch base or he
3  would pick up the phone and touch base with
4  me.  And I know it was right around the
5  time I am thinking school was getting ready
6  to start, and he's looking for a position.
7  I think that's how the conversation took
8  place.
9  Q.  And that was my next question.  When was
10  this, like what month?  Do you remember
11  what time frame this was?
12  A.  It had to be before school started.  Maybe
13  August, I would think.
14  Q.  So was it late summer?  Was it right before
15  school started?
16  A.  Right.
17  Q.  Okay.  And that was when you contacted
18  Mr. Barker, and he told you he would have
19  to check on Melvin Lowe's certification?
20  A.  Right.
21  Q.  Did Mr. Barker ever get back with you as
22  far as to what Melvin Lowe's certification
23  was?

**Page 34**

1  A.  Yes.
2  Q.  And what did he tell you?
3  A.  He wasn't certified in special ed.  There
4  had been no certification presented at this
5  point that he was certified in special ed.
6  Q.  Did he mention anything to you about an
7  emergency certificate?
8  A.  No.
9  Q.  Are you familiar with the emergency
10  certification?
11  A.  From what I know of the emergency
12  certification, a person can be hired -- if
13  there's an emergency need and there's not
14  another teacher that can be found, for that
15  person to be hired.  That's what I know of
16  emergency certification.
17  Q.  Okay.  Do you know if it's a long,
18  drawn-out process or if it's a relatively
19  simple process?
20  A.  I would think it's relatively simple, but I
21  don't --
22  Q.  Have you ever hired a teacher under an
23  emergency certification?

**Page 35**

1  A.  No.
2  Q.  Was anyone ever hired for this position?
3  A.  Yes.  Mr. Carlos Cherry.
4  Q.  And did he have a special ed certification?
5  A.  Yes.
6  Q.  Did he have experience teaching special ed?
7  A.  Yes.
8  Q.  You stated that you still have a position
9  available with special ed.  When did that
10  position come about?
11  A.  I want to say December, I talked to
12  Mr. Barker about needing an extra person in
13  special ed.  And our student numbers were
14  low at the school, which resulted in us
15  losing some teachers last year, and I was
16  hoping that maybe I could get one of those
17  positions back in the special ed
18  department.  I believe sometime around
19  December, Mr. Barker gave me permission
20  to pursue another person for that position.
21  Q.  And has that position been advertised?
22  A.  I think it has.  I hope that it has, yes.
23  Q.  Do you know if anything has been done as

**Page 36**

1  far as to secure an individual to fill that
2  position?
3  A.  I've talked to two people, interviewed two
4  people for it so far, and I've talked to
5  another principal about a potential person
6  today.
7  Q.  Okay.  And who was that other principal?
8  A.  Mr. Washington, Lewis Washington at Lanier.
9  Q.  And the two people, the two people that you
10  interviewed, do they have special ed
11  certification?
12  A.  Yes.
13  Q.  What about the person that Mr. Washington
14  recommended?
15  A.  I don't know yet.  That's why I was
16  contacting him, to find out about the
17  person.
18  Q.  How did you get the names of the two people
19  that you've already interviewed?
20  A.  I think one maybe called me.
21  Q.  Okay.
22  A.  And maybe -- I don't really remember how I
23  got the other person.  I don't know if it

9 (Pages 33 to 36)

1   was Carolyn Hicks who gave me the number or
2   Sue Averant. They gave me the number.
3   Q.   Do you know if either of these people had
4       gone through the central office prior to
5       your interviewing them?
6   A.   I would think that they have an application
7       on file.
8   Q.   But do you know one way or the other?
9   A.   Well, they have an application on file --
10  Q.   Okay.
11  A.   -- with the school system, so...
12  Q.   Okay. You stated one of these people
13      called you?
14  A.   Right.
15  Q.   Was that after they had completed --
16      submitted an application to central office?
17  A.   I would think, yes. When I interviewed
18      them, I was told by them that they have an
19      application on file and they are certified
20      and taken all that information. I really
21      wouldn't know unless I recommended one for
22      the position and then the checks were done
23      at the central office. Maybe it will come

1   back, this person doesn't have a file or
2   this person doesn't have degrees.
3   Q.   Okay.
4   A.   But I would imagine through the central
5       office that weeding process has already
6       been done. So if it's somebody that they
7       gave me, then they should have or would
8       have had the information. But the person
9       that just called me probably called from
10      hearing about the position through
11      advertisement or hearsay.
12  Q.   Have you gotten any kind of list from
13      central office about the applicants who
14      have expressed interest in this special ed
15      position that came available in December?
16  A.   No. Just a list that I had at the
17      beginning of the year.
18  Q.   Was this the list --
19  A.   Special ed list.
20  Q.   Was this the list of applicants who had
21      expressed interest in the special ed
22      position for which Melvin Lowe applied?
23  A.   Right.

1   Q.   Okay. Have you considered -- is Melvin
2       Lowe's name on this list that you -- for
3       the second position?
4   A.   I don't think that Melvin Lowe's name is on
5       the list that I have.
6   Q.   Okay. I know that you stated that you and
7       Mr. Lowe had classes together and are
8       friends. Are you aware that his doctorate
9       was focused on special education?
10  A.   No.
11  Q.   Have you had any conversations with
12      Mr. Barker about Melvin Lowe?
13         MS. CARTER: Object to the form.
14  A.   Not other than what I've stated, asking --
15  Q.   If Melvin was certified?
16  A.   Right.
17  Q.   And you've never had any more in-depth
18      conversations with Mr. Lowe?
19  A.   In-depth conversations with Mr. Lowe?
20  Q.   I'm sorry. Strike that.
21         You never had any other in-depth
22      conversations with Mr. Barker about Melvin
23      Lowe?

1   A.   No.
2   Q.   Did you ever speak to Mr. Barker at a
3       restaurant one day about Melvin Lowe?
4   A.   Right. That's when I talked to him. When
5       I asked him about Melvin Lowe and the
6       special ed position was at lunch when I saw
7       him at a restaurant.
8   Q.   Did you ever have any other conversations
9       with him over the phone?
10  A.   No. Mr. Barker?
11  Q.   I'm sorry. Yes, Mr. Barker.
12  A.   No.
13  Q.   Have you ever had any conversations with
14      Carolyn Hicks about Melvin Lowe?
15  A.   No.
16  Q.   Have you ever had a conversation about
17      Carolyn Hicks -- did you ever speak to
18      Carolyn Hicks about the administrative
19      position?
20  A.   No.
21  Q.   Was there ever a time when Carolyn Hicks
22      told you that Melvin Lowe had changed his
23      mind with regard to interest in a position

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Page 41

1  at your school?
2  A.  No.
3  Q.  Is there someone at your school that -- by
4      the name of Rodonna?
5  A.  Ladonna?
6  Q.  Ladonna?
7  A.  Rudolph.  Yes.
8  Q.  Have you ever had any conversations with
9      her about wanting to hire Melvin Lowe for a
10     position?
11 A.  Yes.
12 Q.  And what was the context of those
13     conversations?
14 A.  That she had -- knew Melvin Lowe.  I don't
15     know if she worked with Melvin Lowe or
16     not.  That was pretty much it.  She's
17     serving as our SELF, special ed lead
18     facilitator, and I usually would throw
19     names at her, say, hey, how about this
20     person?  You know, I talked to this person
21     or I'm going to interview this person.  And
22     that was pretty much it.
23 Q.  So did she mention Melvin Lowe's name with

Page 42

1  regard to a special ed position?
2  A.  Well, I mentioned it.
3  Q.  I'm sorry.  You mentioned it to her?
4  A.  Right.  That I had talked to Melvin about a
5      special ed position.
6  Q.  And what did she say in response to that?
7  A.  She didn't say anything one way or the
8      other, other than, you know, if -- she knew
9      of him.  I don't remember how she said she
10     knew him, if she took classes with him or
11     worked with him.  I know she worked in
12     Bullock County and I know Mr. Lowe worked
13     in Bullock County.  I don't know if that's
14     when they were there together.
15 Q.  With regard to the administrative assistant
16     position in 2004-2005, you said you had
17     spoken to Melvin Lowe about the possibility
18     of administrative SIA or reading coach at
19     your school --
20 A.  Right.
21 Q.  -- at some point?
22 A.  Right.
23 Q.  Okay.  Why was it -- was Melvin not chosen

Page 43

1  for one of the four interviews at your
2  office?
3  A.  I felt the four that I chose had a better
4      interview.  I felt that the four that I
5      chose would serve McKee Junior High School
6      better.  It was my decision to choose those
7      four that I chose, and Mr. Lowe was not one
8      of them.
9  Q.  Was there anything based on your choice not
10     to pursue your interview with Melvin Lowe
11     on your personal relationship with him?
12 A.  No.
13 Q.  Did you ever tell Mike Looney that you
14     wanted to hire Melvin Lowe for the
15     administrative assistant position?
16 A.  No.
17 Q.  Did you ever tell him that you wanted to
18     hire Melvin Lowe for the special ed
19     position?
20 A.  No.
21 Q.  Are you aware of anything in Mr. Lowe's
22     history, his teaching history that may have
23     reflected negatively on your opinion of

Page 44

1  him?
2  A.  Other than what I have talked a little
3      about in the past.
4  Q.  And what is that?
5  A.  Well, different situations, different
6      schools.  I felt Mr. Lowe had bounced
7      around to different schools within the
8      school system.  And I know he went to
9      Bullock County.  I think then he came
10     back.  So it seemed to me that Mr. Lowe was
11     always receiving a pink slip at the end of
12     the year or being nonrenewed at the end of
13     the year, but then somehow, some way, being
14     able to secure a position for the next
15     year.
16 Q.  Did y'all ever discuss any of the
17     situations where he was nonrenewed at any
18     of his prior teaching assignments?
19 A.  Not in depth.  I guess maybe just as a
20     motivating thing, you know, in talking with
21     him as a friend, you know, I would say,
22     well, you know, you'll pick something up
23     or, you know, it's always a job somewhere

11 (Pages 41 to 44)

Page 45

1    or you'll get on somewhere, I'll keep my
2    ears open or my eyes open, if I find out
3    something, I'll call you and let you know
4    type conversation.
5    Q.  Okay.  Was there anything else in
6    Mr. Lowe's work history that you were aware
7    of that may have reflected on your decision
8    not to interview him?
9    A.  No.
10   Q.  And so the only reason that you chose not
11   to interview him was because the four
12   candidates that you did interview
13   interviewed you felt better than Mr. Lowe
14   did?
15   A.  Right.
16   Q.  Are you aware of the lawsuit that Mr. Lowe
17   has filed against the school board?
18        MS. CARTER:  Now?
19   A.  I am now, yes.
20   Q.  Were you aware of it prior to receiving a
21   notice of deposition for today?
22   A.  No.
23   Q.  Have you and Mr. Lowe ever discussed the

Page 46

1    EEOC claim that he has against the school
2    board?
3    A.  EE --
4        MS. CARTER:  Equal Employment
5              Opportunity Commission.
6    A.  No.
7    Q.  Were you even aware that there was one
8    prior to me just mentioning that to you?
9    A.  No, other than when I first found that I
10   had to come and talk to you-all.  I was
11   unaware of what was going on.
12   Q.  Have you and Mr. Lowe ever discussed in a
13   professional capacity or as friends his
14   differences of opinion with anybody in the
15   school system?
16   A.  Yes.  I guess if you have a disagreement,
17   you know, you may have a disagreement in a
18   working relationship.  For example, if
19   Mr. Lowe's in school and he made a decision
20   to do something and a couple other teachers
21   didn't like it and Mr. Lowe had to go and
22   confront those two teachers and reiterate
23   his point of view and why he decided that.

Page 47

1    Conversations like that, yes, but --
2    Q.  How good of friends are y'all?  I mean, do
3    you talk regularly?
4        MS. CARTER:  Object to the form.
5    Q.  I mean --
6        MS. CARTER:  Go ahead.  You can
7              answer.
8    Q.  Do you and Mr. Lowe speak regularly on the
9    phone?
10   A.  We haven't lately.  I mean, I would invite
11   him to my house if I was having a picnic or
12   something.  I've been to his house and his
13   brother's house.  His brother dee-jayed my
14   New Year's party.  I've got his number in
15   my cell phone, so I could pick it up and
16   call him if I want to.  You know, we
17   conversate a lot I guess during the
18   summertime when he was looking for a job
19   and whatnot.
20   Q.  How long have y'all been friends?
21   A.  I would guess since Alabama State, since
22   attending Alabama State.  That's --
23   Q.  I was just trying to figure out --

Page 48

1    A.  -- I would say 2000, 2001 maybe, maybe
2    2002.
3    Q.  So since about 2000, 2001?
4    A.  Maybe 2000 --
5    Q.  You said 2001, you got your master's from
6    ASU.  Somewhere around there?
7    A.  Yes, in that time.  We haven't taken every
8    class together.  We've taken some
9    classes.  Maybe some EDS classes together.
10   Q.  Okay.  Just so that I'm clear on the
11   process that you go about for hiring
12   teachers, when you have a teacher position
13   you obviously discuss it with Mr. Barker at
14   HR --
15   A.  Right.
16   Q.  -- that you're in need of someone, and this
17   position is advertised?
18   A.  Right.
19   Q.  Do candidates contact you or do they
20   contact human resources expressing interest
21   in the job?
22   A.  Both.
23   Q.  Okay.

12 (Pages 45 to 48)

**Page 49**

A. Any candidate will contact me, I would send
them down to the central office to make
sure they have an application and went
through the paperwork, the initial process.
Q. Okay.
A. So --
Q. Is there an interview process at the
central office prior to you speaking to the
candidates?
A. I would think that -- There is something
in the summertime. I would think that
someone in the staff talks with central
office personnel. I don't know. If
someone called me tomorrow for that special
ed position that I have, I would send them
down to the board to make sure they have
the paperwork. I don't think that they
would go through an interview process at
the board first. I think that they would
just check to see if they have the
paperwork in and --
Q. That's where my confusion was. I thought
you had said earlier that there was an

**Page 50**

interview at the board. Is there?
    MS. CARTER: Object to the form.
Q. Is there an interview at the board when
someone first comes in? Not at the board.
Well, at the human resources.
A. I would think in the screening process that
the human resource department -- and I
think much of that may be done in the
summertime. That screening process may
entail looking at the applications. But
some way, somehow, the actual list that we
get is formed for principals to look at at
the beginning of each summer of the
applicants. I would think that in the
process of that, some of them may talk to
central office personnel just to clarify
some things.
    They may interview through -- I think
there's a code on the end of each name
where candidates have been interviewed,
where this one interviewed with us well or
this one didn't interview well but is on
the list or this one is highly qualified

**Page 51**

but not certified, working on
certification, or possibly this one is
nonrenewed. That type of information is
also provided. So that led me to believe
that the candidates at some point talked
with central office personnel.
Q. Okay. Now, the list that you get from HR,
what information is included on this list?
A. Name, telephone number, degree. Then,
again, on the end, if they were
nonrenewed -- a nonrenewed teacher. I
think that's given. If they interviewed
well, I think that information is on
there. I think -- and I can't remember
what symbols or numbers or the actual
wording of it.
Q. Okay.
A. But a category that they were placed in,
number one, two, or three. But it was
helpful to principals to see that
information so that we know, okay, this is
a strong candidate according to our central
office, or this one is certified in

**Page 52**

whatever area. It may be science, but I'm
biology certified or I'm chemistry
certified. So that type of information is
on that list.
Q. So the people on the list are separated
based on their teaching specialties? Is it
divided up by science teacher or by
certification?
A. Just science teacher, math teacher, English
teacher, special ed teacher, so forth.
Q. And on this form, there's a ranking of the
candidates?
A. Not all of them will have a ranking. Just
as much information as the central office
can give us about them to kind of help us
make a decision in making calls to the
people.
Q. When you get this list, do you ever call
central office to check up on people who
don't have a ranking or to get additional
information for anybody on that list prior
to an interview?
A. No. If they're on the list, I just try to

Page 53

1  call them and secure an interview and take
2  it from there. Sometimes I have to call to
3  update the list, especially during the
4  summer, because some people may be hired
5  during the process and so you need an
6  updated list so you won't keep calling
7  people who have already received a job.
8  Q.  Do you know what the basis of the ranking
9  system is that the school board uses for
10 this list? Or what is your understanding
11 that the ranks mean?
12      MS. CARTER: Object to the form.
13 A.  I understand it to mean if this person
14 answered any questions or spoke well or
15 appeared to be a hireable person and got
16 a -- in this example, a one compared to a
17 two, then I would opt to call that person
18 first. But as you call people, you can
19 tell and see for yourself that that person
20 spoke well or that person represented
21 themselves well or I think I would hire
22 that type of person. So I guess those
23 numbers or that information that you got

Page 54

1  was pretty much justified.
2  Q.  What about the people without a ranking?
3  A.  They're also called. Everyone didn't
4  receive one. Again, it's different type of
5  information on there. Some people are
6  nonrenewed people, so -- again, when I get
7  the list, I'm calling everybody on the list
8  to try to set up interviews. Those people
9  who fit my school I look for if they're
10 highly qualified and then if they're
11 certified, and then I try to secure an
12 interview.
13 Q.  Has there ever been a situation where you
14 were -- after you recommended an individual
15 for a position, you had a conversation with
16 someone at HR, Mr. Barker or someone at HR
17 where you have been asked to reconsider
18 your recommendation?
19 A.  Unh-unh (negative response).
20 Q.  Have every one of your recommendations that
21 you've given to HR just been accepted as
22 such?
23 A.  Except the situation I mentioned before

Page 55

1  with the teacher who couldn't get out of
2  her contract. I can't think of anyone that
3  I've recommended that I didn't receive.
4      I think that our school, McKee Junior,
5  has been given priority in hiring because
6  of the Title I status and the lower scores
7  on the SAT/ARMT. I haven't had a problem
8  with anybody that I've recommended to
9  Mr. Barker or Ms. Hicks in my experience.
10 Q.  Okay. Can you recall any conversations,
11 any other conversations with Mr. Barker
12 regarding Melvin Lowe other than the day
13 that you asked if he was certified for
14 special ed and the other conversation where
15 you mentioned your interest in hiring him
16 for administrative assistant?
17 A.  No.
18 Q.  So there is no other conversation that
19 you've had with Mr. Barker regarding Melvin
20 Lowe other than these two?
21 A.  Right.
22 Q.  Have you ever had any conversation at all
23 with Carolyn Hicks about Melvin Lowe?

Page 56

1  A.  No.
2  Q.  Have you ever had any conversation at all
3  with Carlinda Purcell about Melvin Lowe?
4  A.  No.
5  Q.  Have you ever had any conversation at all
6  with anyone at human resources about Melvin
7  Lowe?
8  A.  No.
9  Q.  Are you aware at all of a lawsuit that was
10 filed by Melvin Lowe's mother several years
11 ago against the school board?
12 A.  No.
13      (Brief recess.)
14 Q.  (Ms. Dugas continuing) Mr. Abrams, when
15 you were hiring for the administrative
16 assistant position, you stated -- you told
17 me that you narrowed it down to four
18 people, and that the reason that you did a
19 follow-up interview with them at your
20 office is because you felt that they were
21 better.
22 A.  Uh-huh (positive response).
23 Q.  How did you -- what was that based on?

14 (Pages 53 to 56)

Page 57

1       Better how?
2   A.  Based on my feeling. Based on the actual
3       interview. In trying to select an
4       administrative assistant at the time,
5       assistant principal now, I felt that the
6       four people that I picked for a second
7       interview could serve in that capacity.
8       And I think they all four are serving in
9       some sort of administrative capacity. I
10      think one went back to Tuskegee where she
11      was from. I just felt confident in myself
12      and the feeling that I had inside my body
13      that one of these four would be an
14      assistant for me.
15  Q.  Now, was this based on their answers to
16      interview questions?
17  A.  Based on answers to interview questions,
18      based on the vibe that I personally got
19      from them, you know, based on the group
20      that I sat and listened to, I felt that one
21      of the four would or could do the job.
22  Q.  Did you feel that Melvin Lowe did not
23      answer the questions well that were posed

Page 58

1       to him?
2   A.  No, I didn't feel he answered any questions
3       wrong. Again, he speaks very well,
4       represents himself very well in the
5       interview process. I just felt that I
6       could make a decision for my school based
7       on one of those four.
8   Q.  So there was nothing wrong in any of the
9       interview questions that Melvin answered?
10  A.  No. Not in my opinion, no.
11  Q.  Do you and Melvin Lowe have a good
12      relationship, the two of you?
13  A.  I think so.
14  Q.  Now, when you do your initial -- your
15      follow-up interview -- let me just --
16      And that was solely what you based the
17      four people, choosing those four people
18      on --
19  A.  Uh-huh (positive response).
20  Q.  -- was the answers to the questions and the
21      vibe that you got from them?
22  A.  Right.
23  Q.  Now, the four people, when you did do the

Page 59

1       follow-up interview at your office, did you
2       have the questions written down?
3   A.  Uh-huh (positive response).
4   Q.  Do you still have --
5           MS. CARTER: Say yes or no.
6   A.  Yes, ma'am. Yes. I'm sorry.
7   Q.  Do you still have those questions?
8   A.  Yes.
9   Q.  Are there any documents --
10  A.  Yes.
11  Q.  -- from those interviews?
12  A.  Yes.
13  Q.  Are there any notes that you still have
14      from those interviews?
15  A.  Yes.
16  Q.  Was there some kind of scoring system that
17      you used when interviewing those
18      candidates?
19  A.  You mean the -- what I did with the
20      information, I compared how each person
21      answered the question. I didn't assign
22      points per se. All of the questions were
23      situational questions: What would you do

Page 60

1       if?
2   Q.  Okay.
3   A.  What would you do if the principal wasn't
4       in the building and this scenario happened?
5   Q.  Okay.
6   A.  And so just comparing the answers from the
7       four people, I had in my mind a preset
8       answer of what I would like my
9       administrator to do and to see which person
10      answered as close to that situation.
11  Q.  Did you ever pose any of these questions to
12      Melvin Lowe at any point either on the
13      phone or just in your conversations about
14      this position?
15  A.  No.
16  Q.  What was the criteria that you had set or
17      established for this position? Did you
18      have any preset criteria of what you wanted
19      this applicant to possess?
20          MS. CARTER: Object to the form.
21  A.  No.
22  Q.  No. With regard to Sonia Floyd, the person
23      who filled this position, what kind of

15 (Pages 57 to 60)

Page 61

1    degrees does she have?
2    A.  I believe she has a math degree.  I believe
3    she's certified as a math teacher at
4    Brewbaker.  I believe she has a master's in
5    administration.
6    Q.  Do you know if she has her Alabama
7    administrative certificate?
8    A.  Alabama --
9    Q.  Like the state of Alabama administrative
10   certificate?
11   A.  Yes.  Yes.
12   Q.  Do you know when she acquired the
13   administrative certificate?
14   A.  I'm not sure.
15   Q.  Okay.  Do you know if it was within the
16   last two years or if she's had it for
17   several years?
18   A.  It was before she was hired.
19   Q.  Okay.  Was it before she was interviewed
20   for the position?
21   A.  I'm not sure.  I would imagine that
22   everyone that was interviewed for the
23   position had their degrees and

Page 62

1    certifications.
2    Q.  Okay.
3    A.  And that was done I would imagine through
4    the central office.
5    Q.  Had she had any previous administrative
6    experience?
7    A.  No.
8    Q.  What was her previous experience prior to
9    coming to McKee?
10   A.  I believe she was a math teacher at
11   Brewbaker.
12   Q.  Do you know how long she taught math at
13   Brewbaker?
14   A.  I'm not sure.  I believe she was a tenured
15   teacher.  I think she spent some years in
16   Florida as a teacher.  I know, but I don't
17   know right offhand.  I have it written
18   down.
19   Q.  About how long has she been in the school
20   system, do you know, whether Alabama or
21   Florida?
22   A.  I would think at least four or five years.
23   Q.  Okay.  And when you were in the process of

Page 63

1    conducting this hiring for the
2    administrative assistant position, did you
3    have any discussions with Mr. Barker or
4    anybody at central office that we haven't
5    talked about already about the position
6    itself?
7    A.  No.  The only question -- the only
8    conversations I had, again, with Mr. Barker
9    was in talking about other people and
10   trying to get advice on establishing a
11   team.
12   Q.  What kind of advice did he give you as far
13   as establishing a team?
14   A.  You know, other than just going through the
15   normal hiring process.
16   Q.  And I guess I'm not that familiar with the
17   school board's hiring process, so that's
18   why -- what kind of advice did he give you
19   as a new principal when you were
20   establishing your team for this position?
21   A.  Right.  Again, other than the normal hiring
22   process.  Nothing out of the ordinary I
23   could say or I would say.  Simple

Page 64

1    conversations about, you know, number of
2    teachers that you need and -- you know, I
3    can't pinpoint an exact quote or anything,
4    but it was -- it was nothing out of the
5    ordinary.  Talking about being a new
6    principal and having a staff, hiring
7    teachers and the number of staff members
8    that I had there at the school, numbers of
9    students at the school, different positions
10   at the school.  Just trying to get a feel
11   for what was there before I got there, you
12   know.
13   Q.  And I know that Mr. Barker is very familiar
14   with all of the employees in his system.
15   A.  Right.
16   Q.  Did y'all have any discussions as far as
17   the personalities of your teachers or the
18   dynamics of McKee and what types of people
19   would fit into that to make the school run
20   well or --
21   A.  No.  Ms. Green had left me a list of
22   personality traits of the teachers, so I
23   was familiar with that.  You know, if it

16 (Pages 61 to 64)

Page 65

1    was a situation where I needed to consult
2    with Mr. Barker, for example, a teacher
3    being late, constantly being late, a
4    teacher not doing lesson plans and so
5    forth, I could consult with Mr. Barker on
6    that. But much of, again, the personality
7    information I received from Ms. Green and
8    another -- a woman that was there before I
9    got there who was leaving who was serving
10   as SIA or education specialist, curriculum
11   specialist.
12   Q.  Okay. Now, when you talked to Mr. Barker
13        about the administrative assistant position
14        with regard to Melvin, when you asked him
15        about Melvin Lowe specifically, and you --
16        you said you called him and threw out
17        Melvin's name to him. Was his only
18        reaction that Melvin was qualified?
19   A.  Pretty much.
20            I actually went in and talked to him.
21        We didn't talk on the phone about it. It
22        was -- I went in and saw him.
23   Q.  Okay.

Page 66

1    A.  Talked about some other things.
2            Yes. He was certified, qualified, you
3        know. I felt potentially that it could be
4        a working situation, again, just throwing
5        the names out, you know. I had talked to
6        him about Dr. McCorvey, who is still there,
7        and just talking about people in general,
8        the possibility of people.
9    Q.  And you said basically, all he told you was
10        that -- I don't know that basically was the
11        word that you used -- that Melvin was
12        qualified. And you spoke to him because
13        you saw a possibility?
14   A.  Right.
15   Q.  Did your seeing a possibility with hiring
16        Melvin Lowe change based on your
17        discussions that you had with Mr. Barker?
18   A.  No. No.
19   Q.  So were you ever considering hiring Melvin
20        Lowe for this position?
21   A.  Yes.
22   Q.  Were you considering hiring Melvin Lowe for
23        the position when you asked Mr. Barker

Page 67

1    about him?
2    A.  Well, considering the possibility of hiring
3        him, yes.
4    Q.  Okay. And what changed whereas Melvin Lowe
5        did not get an interview, a follow-up
6        interview with you?
7    A.  Again, the fact that the people that --
8        when I sat in on the interview, people that
9        I talked -- that talked to us, those four
10        people that I called back for a second
11        interview I felt would serve my
12        administration, our administration at McKee
13        Junior High School better.
14   Q.  Okay. And did you go back and -- with each
15        candidate and ask Mr. Barker his input on
16        the other candidates that you thought were
17        possibilities for the position?
18   A.  No.
19   Q.  Okay.
20            MS. CARTER: I'm going to have to
21            take a break.
22            (Brief recess.)
23   Q.  (Ms. Dugas continuing) Did you ever tell

Page 68

1        Melvin Lowe that you couldn't hire him
2        because you were told that you had to hire
3        a female?
4    A.  No.
5    Q.  I know that you and Mr. Lowe are friends.
6    A.  Uh-huh (positive response).
7    Q.  Did you ever tell him somewhere along the
8        line during conversations why he wasn't
9        hired for this position?
10   A.  No.
11   Q.  Did it ever come up in conversation?
12   A.  I don't think that it did. I know that we
13        didn't talk about it after the interview.
14   Q.  Okay.
15   A.  No.
16   Q.  Okay. So you never discussed these
17        positions following the interview?
18   A.  Other than I'm, you know, going a different
19        route and I'm talking to some people and
20        that he wasn't going to be the one that I
21        hired.
22   Q.  So you gave -- you gave him a heads up that
23        you were looking toward some other

17 (Pages 65 to 68)

Page 69

1     candidates?
2    A.  Right.  We did talk about that.
3    Q.  Okay.  And did you give him any kind of
4     reason as to why you were going with these
5     other candidates?
6         MS. CARTER:  Object to the form.
7    A.  No.
8    Q.  Okay.  Did he ask you why you were not
9     following up with him or considering him
10    for the position?
11   A.  No.  I think the impression that I got from
12    Mr. Lowe, that he may have been bitter or
13    angry.  Not at myself, but at people in the
14    central office.  Other than that...
15   Q.  And what gave you that impression?
16   A.  Again, in the conversations that we have
17    had in the past, I just felt that Mr. Lowe
18    felt that the central office was out to get
19    him.  That necessarily wasn't the case in
20    our situation, but that's the impression
21    that I got from him.  And, again, what I've
22    always said to him is, you know,
23    something's going to come up.  I'm going to

Page 70

1     keep my eyes and ears open.  I'll call you
2     and let you know if something does come
3     up.  I think that's the extent of that.
4     Again, that's just my impression that I
5     received, that I got from Mr. Lowe.
6    Q.  And this impression was based solely on
7     your conversations with --
8    A.  Based solely on conversations --
9         MS. CARTER:  I know you're both
10       talking, but let her finish
11       her question.
12   A.  I'm sorry.
13   Q.  And this impression was based solely upon
14    conversations that you had with Melvin
15    Lowe?
16   A.  Yes.
17   Q.  Did you ever tell Melvin Lowe anything that
18    would give him the impression that central
19    office was blocking his appointment?
20   A.  No.
21   Q.  Are you aware personally of any negative
22    feelings that anyone from the board or
23    human resources or Mr. Barker may have for

Page 71

1     Melvin Lowe?
2    A.  No.
3    Q.  For the other three teachers that -- other
4     three candidates -- we've already talked
5     about Sonia Floyd.
6    A.  Uh-huh (positive response).
7    Q.  What was their certification and education?
8    A.  I believe their certification was
9     administration certification --
10   Q.  And --
11   A.  -- and certificate, yes.
12   Q.  Let me make sure we've got it.  LaMetra
13    James?
14   A.  Yes.
15   Q.  Okay.  And did she have administrative
16    certification?
17   A.  Yes.
18   Q.  And do you know what her educational level
19    was?
20   A.  You mean her background?
21   Q.  Whether she had a master's or bachelor's.
22   A.  Master's.
23   Q.  Okay.  Had she had any previous experience

Page 72

1     in administration?
2    A.  I don't think so.
3    Q.  Okay.  Was she at the time a classroom
4     teacher?
5    A.  I thought she was math.  She was hired by
6     the system as a math coach.
7    Q.  Okay.
8    A.  And that's the job she has now, so I'm of
9     the impression that she had some sort of
10    math background.
11   Q.  Okay.  And Roderick Jones?  Was that --
12   A.  James.
13   Q.  James.  I can barely read my handwriting.
14   A.  I believe he had his master's in
15    administration.  I believe he had some
16    experience.
17   Q.  And Melissa Williams was the third person?
18   A.  Yes.
19   Q.  And did she have an administrative
20    certificate?
21   A.  Yes.
22   Q.  Do you know what her educational background
23    was?

18 (Pages 69 to 72)

Page 73

A. I believe she had a master's and she had
experience with being an SIA. I believe it
was from a different school system.
Q. Okay. If the certification issue had not
come up, would you have recommended Melvin
Lowe for the special ed position?
MS. CARTER: Object to the form.
A. If I had interviewed him for the special ed
position and he was certified in it, yes.
Q. Were there ever any SIA or reading coach
positions that ever became available at
McKee High School?
A. No.
Q. Okay. That's it.

* * * * * * * * * * * *

FURTHER DEPONENT SAITH NOT

* * * * * * * * * * * *

Page 74

REPORTER'S CERTIFICATE
STATE OF ALABAMA:
MONTGOMERY COUNTY:
    I, Patricia G. Starkie, Registered
Diplomate Reporter, CRR, and Commissioner for the
State of Alabama at Large, do hereby certify that I
reported the deposition of:
    BOBBY E. ABRAMS, JR.
who was first duly sworn by me to speak the truth,
the whole truth and nothing but the truth, in the
matter of:
    MELVIN LOWE,
    Plaintiff,
    Vs.
    MONTGOMERY COUNTY BOARD
    OF EDUCATION, et al.,
    Defendants.
    In The U.S. District Court
    For the Middle District of Alabama
    Northern Division
    Case Number 2:05-CV-0495
on January 24, 2006.
    The foregoing 73 computer printed pages

Page 75

contain a true and correct transcript of the
examination of said witness by counsel for the
parties set out herein. The reading and signing of
same is hereby waived.
    I further certify that I am neither of kin
nor of counsel to the parties to said cause nor in
any manner interested in the results thereof.
    This 31st day of January 2006.


    _____
    Patricia G. Starkie, Registered
    Diplomate Reporter, CRR, and
    Commissioner for the State
    of Alabama at Large

Haislip, Ragan, Green, Starkie & Watson, P.C.
(334) 263-4455

Deposition of Bobby E. Abrams, Jr.    Lowe vs. MCBOE    January 24, 2006

Page 1

**A**

able 44:14
about 8:10 10:5,10,12
  10:18,23 15:23 20:5
  23:13,23 24:3 27:17
  28:3,3,12 29:1,8,11
  29:12 30:4,19 31:23
  32:8,9,10,12,17,20
  34:6 35:10,12 36:5
  36:13,16 38:10,13
  39:12,22 40:3,5,14
  40:16,18 41:9,19
  42:4,17 44:3 48:3,11
  52:15 54:2 55:23
  56:3,6 60:13 62:19
  63:5,5,9 64:1,5 65:13
  65:15,21 66:1,6,7
  67:1 68:13 69:2 71:5
Abrams 1:13 2:17 3:5
  4:7,13,16,17 7:6
  56:14 74:8
accepted 54:21
according 51:22
acquired 61:12
ACTION 1:7
actual 13:17 29:5 50:11
  51:15 57:2
actually 6:3 9:3 20:17
  22:16 24:14 65:20
additional 52:20
address 4:17
administration 5:15,18
  5:20 7:17 25:7 61:5
  67:12,12 71:9 72:1
  72:15
administrative 7:18
  14:19 23:15 25:5,9
  28:21 29:2 30:5,12
  30:20 40:18 42:15,18
  43:15 55:16 56:15
  57:4,9 61:7,9,13 62:5
  63:2 65:13 71:15
  72:19
administrator 60:9
advertise 18:2 31:17
advertised 23:18 35:21
  48:17
advertisement 38:11
advice 63:10,12,18
after 4:8 8:15 9:11
  11:20,20 19:20,23
  20:18 22:6 25:11,16
  25:17,22 27:20 37:15
  54:14 68:13
again 17:21 26:1 51:10
  54:4,6 58:3 63:8,21
  65:6 66:4 67:7 69:16

69:21 70:4
against 45:17 46:1
  56:11
age 5:4
ago 6:3 56:11
agreed 3:2,18 4:2
ahead 6:6 47:6
al 74:16
Alabama 1:2,16,19 2:6
  2:11 3:10 4:18 5:15
  5:18 7:1,11 8:6,8
  24:21 25:9 47:21,22
  61:6,8,9 62:20 74:2,6
  74:19 75:13
allows 16:11
alone 26:8
along 68:7
already 36:19 38:5
  53:7 63:5 71:4
always 44:11,23 69:22
ANDERSON 2:4
angry 69:13
another 23:6 32:16,17
  32:18 34:14 35:20
  36:5 65:8
answer 17:19,22 18:16
  47:7 57:23 60:8
answered 53:14 58:2,9
  59:21 60:10
answers 57:15,17
  58:20 60:6
anybody 46:14 52:21
  55:8 63:4
anyone 6:14 11:23 12:3
  35:2 55:2 56:6 70:22
anything 29:20 32:4
  34:6 35:23 42:7 43:9
  43:21 45:5 64:3
  70:17
APPEARANCES 2:1
appeared 53:15
applicant 60:19
applicants 14:9 19:10
  27:8 38:13,20 50:14
application 10:4 11:1
  18:3 19:13 37:6,9,16
  37:19 49:3
applications 19:3 50:10
applied 38:22
appointment 70:19
approach 32:19
approximately 1:20
AR 15:14
area 52:1
around 33:4 35:18 44:7
  48:6

arrested 6:18
articulate 28:2
asked 13:6 28:6 29:10
  29:11,12 40:5 54:17
  55:13 65:14 66:23
asking 13:19 32:3,10
  39:14
assign 59:21
assignments 44:18
assistant 9:1,7,8,12
  12:16 13:13,16 14:19
  23:15 25:6 28:21
  29:2 30:20 42:15
  43:15 55:16 56:16
  57:4,5,14 63:2 65:13
ASU 48:6
attempt 13:7
attending 47:22
Attorneys 2:5,10
August 33:13
available 23:6 31:11
  31:13,14,16,18 32:21
  35:9 38:15 73:11
Averant 37:2
aware 23:23 24:4 25:8
  39:8 43:21 45:6,16
  45:20 46:7 56:9
  70:21
a.m 1:20

**B**

B 2:8
bachelor's 5:10 71:21
back 21:3 26:3 33:21
  35:17 38:1 44:10
  57:10 67:10,14
background 5:9 71:20
  72:10,22
balance 31:2
barely 72:13
Barker 2:13 11:14
  20:11 21:5,8,11 29:7
  29:9,17 30:19 32:8
  32:10,12 33:18,21
  35:12,19 39:12,22
  40:2,10,11 48:13
  54:16 55:9,11,19
  63:3,8 64:13 65:2,5
  65:12 66:17,23 67:15
  70:23
base 33:2,3
based 25:20 43:9 52:6
  56:23 57:2,2,15,17
  57:18,19 58:6,16
  66:16 70:6,8,13
basically 66:9,10
basis 53:8

became 9:1,13 73:11
BEERS 2:4
before 1:14 3:8 6:9
  10:19,20 12:6 19:10
  19:16,17 24:8 33:12
  33:14 54:23 61:18,19
  64:11 65:8
beginning 10:9 38:17
  50:13
being 8:15 29:2 44:12
  44:13 64:5 65:3,3
  73:2
believe 18:15 20:12
  27:21 35:18 51:4
  61:2,2,4 62:10,14
  71:8 72:14,15 73:1,2
better 14:7 43:3,6
  45:13 56:21 57:1
  67:13
Betty 15:2 16:16
between 3:3,19 4:3
beyond 21:13
biology 52:2
birth 4:19
bit 23:13
bitter 69:12
black 1:18 2:9 30:15,17
blocking 70:19
board 1:8 22:16 45:17
  46:2 49:16,19 50:1,3
  50:4 53:9 56:11
  70:22 74:15
board's 63:17
Bobby 1:13 2:17 3:5
  4:7,16 74:8
body 57:12
both 15:9,10 48:22
  70:9
bounced 44:6
break 67:21
Brewbaker 61:4 62:11
  62:13
Brief 56:13 67:22
Broderick 27:14
brother 24:21 47:13
brother's 47:13
building 60:4
Bullock 42:12,13 44:9

**C**

call 14:1 18:10 24:11
  32:21,21 33:2 45:3
  47:16 52:18 53:1,2
  53:17,18 70:1
called 10:14,22 13:16
  15:5 18:4 24:12,14
  24:15 25:18,21 26:3

32:23 36:20 37:13
  38:9,9 49:14 54:3
  65:16 67:10
calling 53:6 54:7
calls 12:2 52:16
came 13:22 14:9 24:6
  32:17 38:15 44:9
candidate 13:5 20:20
  49:1 51:22 67:15
candidates 18:14 26:13
  45:12 48:19 49:9
  50:20 51:5 52:12
  59:18 67:16 69:1,5
  71:4
capacity 46:13 57:7,9
Carlinda 56:3
Carlos 35:3
Carolyn 11:14 37:1
  40:14,17,18,21 55:23
Carter 1:17 2:8,9 17:18
  17:22 20:1 30:4
  39:13 45:18 46:4
  47:4,6 50:2 53:12
  59:5 60:20 67:20
  69:6 70:9 73:7
case 3:20,22 69:19
  74:21
category 51:18
cause 75:6
cell 47:15
central 7:1 11:3,8,21
  13:18 18:12 19:5,6,9
  19:11 20:13,15 26:19
  37:4,16,23 38:4,13
  49:2,8,12 50:16 51:6
  51:22 52:14,19 62:4
  63:4 69:14,18 70:18
Century 15:4 17:8
certainly 29:16 32:13
certificate 7:10,12,18
  8:3 25:9 30:13 34:7
  61:7,10,13 71:11
  72:20 74:1
certificates 7:22 8:7
certification 5:12 25:4
  33:19,22 34:4,10,12
  34:16,23 35:4 36:11
  51:2 52:8 71:7,8,9,16
  73:4
certifications 62:1
certified 32:14,15 34:3
  34:5 37:19 39:15
  51:1,23 52:2,3 54:11
  55:13 61:3 66:2 73:9
certify 74:5 75:5
change 66:16
changed 40:22 67:4

chapter 16:15
charge 6:20
check 32:14 33:19
    49:20 52:19
checks 37:22
chemistry 52:2
Cherry 35:3
child 15:16
children 5:4,7
choice 21:14 43:9
choose 43:6
choosing 58:17
chose 27:6 43:3,5,7
    45:10
chosen 30:11 42:23
city 9:4,13
Civil 1:7 3:6
claim 46:1
clarification 28:16
clarify 50:16
class 16:2 48:8
classes 16:5 24:20 39:7
    42:10 48:9,9
classroom 72:3
classrooms 16:1
clear 48:10
Clinton 30:4
close 60:10
coach 17:2,15 18:7,8
    20:2 29:3 42:18 72:6
    73:10
coached 8:14,17
coaches 14:21,23 16:21
code 50:19
Cole 1:18 2:9
come 23:23 31:23
    35:10 37:23 46:10
    68:11 69:23 70:2
    73:5
comes 21:3 50:4
coming 62:9
commencing 1:20
Commerce 2:6
commission 3:11 46:5
Commissioner 1:16 3:9
    74:5 75:12
committee 12:11,13
    13:9,13 23:14 27:7
compared 15:16 59:20
comparing 60:6
completed 37:15
computer 22:11 74:23
concerned 16:4
conducted 11:8 14:12
conducting 63:1
confident 57:11
confront 46:22

confused 26:20 27:4
confusion 49:22
considered 39:1
considering 66:19,22
    67:2 69:9
constantly 65:3
consult 65:1,5
contact 20:13,14 48:19
    48:20 49:1
contacted 33:17
contacting 36:16
contain 75:1
context 41:12
contexts 27:22
continuing 56:14 67:23
contract 20:17 55:2
conversate 47:17
conversation 29:9
    30:18 32:1,9,16 33:7
    40:16 45:4 54:15
    55:14,18,22 56:2,5
    68:11
conversations 27:23
    30:3 39:11,18,19,22
    40:8,13 41:8,13 47:1
    55:10,11 60:13 63:8
    64:1 68:8 69:16 70:7
    70:8,14
correct 75:1
counsel 3:3,19 75:2,6
counselor 12:17
County 1:8 10:10,22
    42:12,13 44:9 74:3
    74:15
couple 11:17 26:7
    46:20
Court 1:1 74:18
criteria 60:16,18
CRR 1:16 3:9 74:5
    75:12
current 8:3,4
currently 5:16,22 7:11
    31:6
curriculum 65:10

D

date 4:19
day 40:3 55:12 75:8
days 14:13,15,17 26:7
December 35:11,19
    38:15
decided 46:23
decision 20:9 21:1,2,4
    25:18,20 43:6 45:7
    46:19 52:16 58:6
dee-jayed 47:13
DEFENDANT 2:7

Defendants 74:17
Defendant/Responde...
    1:9
degree 5:16,17 51:9
    61:2
degrees 38:2 61:1,23
department 35:18 50:7
DEPONENT 73:17
deposition 1:13 2:21
    3:4,7,15,20 4:4 6:8
    45:21 74:7
depth 44:19
description 15:6
determine 15:16
differences 46:14
different 17:16 44:5,5
    44:7 54:4 64:9 68:18
    73:3
Diplomate 1:15 3:8
    74:5 75:12
direct 15:3,15,23 16:4
    16:9,14 17:11
disagreement 46:16,17
discuss 44:16 48:13
discussed 45:23 46:12
    68:16
discussions 63:3 64:16
    66:17
District 1:1,2 74:18,19
divided 52:7
Division 1:3 74:20
doctorate 39:8
documentation 22:2,9
documents 59:9
doing 65:4
done 13:15,18 19:16
    20:18 26:18 35:23
    37:22 38:6 50:8 62:3
down 15:18 20:15,20
    49:2,16 56:17 59:2
    62:18
Dr 6:4 66:6
drawn-out 34:18
Dugas 2:4,18 4:12,13
    20:3 56:14 67:23
DUI 6:21
duly 4:8 74:9
during 10:20 22:22
    47:17 53:3,5 68:8
dynamics 64:18

E

E 1:13 2:4,17 3:5 4:7
    4:16 74:8
each 24:12 50:13,19
    59:20 67:14
earlier 23:13 49:23

ears 45:2 70:1
ed 31:10,21 32:2,5,7,11
    32:15,16 34:3,5 35:4
    35:6,9,13,17 36:10
    38:14,19,21 40:6
    41:17 42:1,5 43:18
    49:15 52:10 55:14
    73:6,8
EDS 5:16,23 48:9
education 1:8 5:14
    18:9 39:9 65:10 71:7
    74:16
educational 5:9,17
    71:18 72:22
EE 46:3
EEOC 46:1
either 3:17,22 20:13
    37:3 60:12
Elizabeth 2:8
emergency 34:7,9,11
    34:13,16,23
employees 64:14
employment 8:11 21:8
    21:19 46:4
encountered 22:13
end 44:11,12 50:19
    51:10
English 52:9
entail 50:10
Equal 46:4
especially 53:3
Esq 2:3,4,8
established 60:17
establishing 63:10,13
    63:20
et 74:16
even 13:5 46:7
ever 6:8,12,14,18 12:10
    13:12 22:13 28:19
    29:7 30:3 31:1 33:21
    34:22 35:2 40:2,8,13
    40:16,17,21 41:8
    43:13,17 44:16 45:23
    46:12 52:18 54:13
    55:22 56:2,5 60:11
    66:19 67:23 68:7,11
    70:17 73:10,11
every 13:5 48:7 54:20
everybody 54:7
everyone 18:18,19 54:3
    61:22
everything 8:5
evidence 3:16
exact 64:3
exactly 21:16
examination 2:15 4:11
    75:2

example 46:18 53:16
    65:2
Except 54:23
exhibits 2:21
experience 22:14 35:6
    55:9 62:6,8 71:23
    72:16 73:2
explain 21:13
explanation 21:13
express 23:20 28:19
    29:23 31:20
expressed 38:14,21
expressing 48:20
extent 70:3
extra 35:12
eyes 45:2 70:1
e-mail 20:11 21:11

F

F 2:3
face-to-face 11:22
facilitator 41:18
fact 13:1 67:7
familiar 34:9 63:16
    64:13,23
far 12:12 16:3 33:22
    36:1,4 63:12 64:16
Federal 3:6
feel 57:22 58:2 64:10
feeling 57:2,12
feelings 70:22
felt 43:3,4 44:6 45:13
    56:20 57:5,11,20
    58:5 66:3 67:11
    69:17,18
female 30:15,16,17,22
    68:3
few 12:9
figure 47:23
file 11:1 37:7,9,19 38:1
filed 45:17 56:10
filing 3:20 4:1
fill 18:3 20:15,21 23:3
    30:10,22 36:1
filled 10:4 22:7 30:7
    60:23
find 19:10 36:16 45:2
fingerprints 19:14
finish 6:2,6 70:10
finishing 5:16 6:1
fire 12:20
first 4:8 9:17,21,22
    10:5 26:8,10 32:19
    32:23 46:9 49:19
    50:4 53:18 74:9
fit 54:9 64:19
five 62:22

Case 2:05-cv-00495-WKW-SRW    Document 24-25    Filed 05/05/2006    Page 24 of 28

Deposition of Bobby E. Abrams, Jr.    Lowe vs. MCBOE    January 24, 2006

Page 3

Florida 62:16,21
Floyd 27:13 30:11,15 31:6 60:22 71:5
focused 39:9
following 21:18 68:17 69:9
follows 4:10
follow-up 12:2 56:19 58:15 59:1 67:5
football 8:14,17
foregoing 74:23
forget 27:13
form 3:13 17:18 39:13 47:4 50:2 52:11 53:12 60:20 69:6 73:7
formality 3:10
formed 50:12
former 22:19
forth 20:17 52:10 65:5
found 12:6 34:14 46:9
four 9:4 13:10 25:20 26:16 27:6,11 43:1,3 43:4,7 45:11 56:17 57:6,8,13,21 58:7,17 58:17,23 60:7 62:22 67:9
frame 33:11
Franco 1:18 2:9
friend 44:21
friends 24:17,18 39:8 46:13 47:2,20 68:5
from 5:10,13,15,18 8:20 9:12 13:3 16:10 17:16 18:9 22:19,19 27:7,8 28:17 34:11 38:9,12 48:5 51:7 53:2 57:11,19 58:21 59:11,14 60:6 65:7 69:11,21 70:5,22 73:3
full 13:8
funds 17:4,4
further 3:18 4:2 73:17 75:5

**G**

G 1:15 3:8 74:4 75:11
gave 35:19 37:1,2 38:7 68:22,22 69:15
general 5:11 66:7
Georgia 6:21
getting 33:5
give 21:9 52:15 63:12 63:18 69:3 70:18
given 6:8 51:12 54:21 55:5

go 6:6 10:2 15:18 17:1 18:5,16 19:4 20:7 46:21 47:6 48:11 49:18 67:14
going 24:5 41:21 46:11 63:14 67:20 68:18,20 69:4,23,23
gone 8:19 37:4
good 47:2 58:11
gotten 38:12
grade 21:22
Green 64:21 65:7
group 12:16 24:6,8 25:1 27:20 57:19
guess 6:11 8:4 14:7 20:16 24:6 28:11 44:19 46:16 47:17,21 53:22 63:16

**H**

handful 11:18
handwriting 72:13
happen 19:20
happened 11:22 25:16 60:4
happens 17:7
having 4:8 47:11 64:6
heads 68:22
hearing 38:10
hearsay 10:7 38:11
HEEST 2:5
help 52:15
helpful 51:20
helps 17:11
her 15:6,20,22 16:17 17:2,3,3,8 22:19,20 41:9,19 42:3 55:2 61:6 62:8 70:10,11 71:18,20 72:22
hereto 3:23 4:3
hey 18:6 32:5,11 41:19
Hicks 11:15 37:1 40:14 40:17,18,21 55:9,23
high 8:13,18,23 9:15 21:20 43:5 67:13 73:12
highly 50:23 54:10
Hill 1:17,17 2:9,9
him 21:17 24:8,11,14 28:1,20 29:1,15 32:2 32:5,8,13,21 33:2 36:16 40:4,5,7,9 42:9 42:10,10,11 43:11,17 44:1,21 45:8,11 47:11,16 55:15 58:1 65:14,16,17,20,22 66:6,12 67:1,3 68:1,7

68:22 69:3,9,9,19,21 69:22 70:18 73:8
himself 58:4
hire 14:2,18 29:6 30:10 30:22 41:9 43:14,18 53:21 68:1,2
hireable 53:15
hired 16:17 22:16 29:2 34:12,15,22 35:2 53:4 61:18 68:9,21 72:5
hiring 12:10,12,14 13:12 16:19 17:15,16 20:2,3 21:17 28:20 32:17 48:11 55:5,15 56:15 63:1,15,17,21 64:6 66:15,19,22 67:2
history 8:11,14,17 43:22,22 45:6
hold 7:11,22 8:2,7
hope 35:22
Hopefully 6:3
hoping 35:16
house 47:11,12,13
HR 22:10 48:14 51:7 54:16,16,21
human 48:20 50:5,7 56:6 70:23

**I**

imagine 12:9 16:22 38:4 61:21 62:3
impression 69:11,15,20 70:4,6,13,18 72:9
included 51:8
INDEX 2:15
individual 19:21 36:1 54:14
individually 27:1
information 37:20 38:8 51:3,8,13,21 52:3,14 52:21 53:23 54:5 59:20 65:7
initial 25:22 26:15,18 49:4 58:14
input 16:7 67:15
inquire 10:23
inside 57:12
instruction 15:3,15 16:1,4,10,14 17:12
interaction 15:20,22 17:8
interest 23:20 31:20 38:14,21 40:23 48:20 55:15
interested 24:1 28:20

75:7
interim 26:6
interview 10:15,19,21 11:5,6,12,20,21 13:18 14:1,3 16:17 18:4,11,13 19:9,18 19:21 20:7,18,23 21:3 22:3 24:5,7,9,9 24:23 25:1,19,21,22 25:23 26:2,4,8,10,15 26:15,16,18,21 27:7 27:9,16,18,20 28:17 29:5 41:21 43:4,10 45:8,11,12 49:7,18 50:1,3,18,22 52:22 53:1 54:12 56:19 57:3,7,16,17 58:5,9 58:15 59:1 67:5,6,8 67:11 68:13,17
interviewed 10:15 14:10 18:6,20 25:14 25:16,17,17 27:6,12 28:1 30:13 36:3,10 36:19 37:17 45:13 50:20,21 51:12 61:19 61:22 73:8
interviewing 18:14 37:5 59:17
interviews 11:23 12:18 14:12,16 43:1 54:8 59:11,14
introduced 3:21
invite 47:10
in-depth 39:17,19,21
issue 73:4

**J**

JACKSON 2:4
James 27:13,14,15 71:13 72:12,13
January 1:19 74:22 75:8
Jimmy 2:13
job 10:3,5,10,12,16,18 10:23 12:7 15:6 19:1 19:3 44:23 47:18 48:21 53:7 57:21 72:8
jobs 10:8
Jones 72:11
Jr 1:13 2:17 3:5 4:7,16 74:8
Junior 9:15 21:20 43:5 55:4 67:13
just 10:7 13:11,20 17:7 17:13 20:3 28:14,16 29:10,15 32:4 33:1

38:9,16 44:19 46:8 47:23 48:10 49:20 50:16 52:9,13,23 54:21 57:11 58:5,15 60:6,13 63:14 64:10 66:4,7 69:17 70:4 justified 54:1

**K**

keep 22:2,6,9 45:1 53:6 70:1
kin 75:5
kind 16:6 21:12 25:4 38:12 52:15 59:16 60:23 63:12,18 69:3 knew 41:14 42:8,10
know 7:9 16:19 17:13 19:13 23:12,18 24:15 24:21 28:6,8 32:5 33:4 34:11,15,17 35:23 36:15,23 37:3 37:8,21 39:6 41:15 41:20 42:8,11,12,13 44:8,20,21,22,23 45:3 46:17 47:16 49:13 51:21 53:8 57:19 61:6,12,15 62:12,16,17,20 63:14 64:1,2,12,13,23 66:3 66:5,10 68:5,12,18 69:22 70:2,9 71:18 72:22

**L**

lab 15:4 17:9
Ladonna 41:5,6
LaMetra 27:13 71:12
Lanier 36:8
lapsed 8:4
Large 1:17 3:10 74:6 75:13
last 7:4 35:15 61:16
late 33:14 65:3,3
lately 47:10
Law 1:17 2:5,10
lawsuit 45:16 56:9
lead 12:17 15:5 17:3 41:17
learn 10:5
learned 12:23
least 62:22
leaving 65:9
led 51:4
left 8:16,22 64:21
lesson 16:6,8,12,12 65:4
let 32:4 45:3 58:15 70:2

| | | | | |
|---|---|---|---|---|
| 70:10 71:12 | making 21:5 52:16 | mentioned 42:2,3 | normal 63:15,21 | 31:16 35:16 36:20 |

let's 17:16
level 15:16 71:18
Lewis 36:8
like 6:10 20:20 21:13 21:18 33:10 46:21 47:1 60:8 61:9
line 68:8
list 18:5,8,9,9,10,17,19 18:20 38:12,16,18,19 38:20 39:2,5 50:11 50:23 51:7,8 52:4,5 52:18,21,23 53:3,6 53:10 54:7,7 64:21
listened 57:20
little 8:10 23:12 44:2
lived 10:14
long 12:5 25:22 34:17 47:20 62:12,19
look 50:12 54:9
looked 22:12
looking 33:6 47:18 50:10 68:23
Looney 11:13 43:13
losing 35:15
lot 47:17
low 35:14
Lowe 1:5 2:13 4:14 23:20 24:1,3,17,23 25:8 27:16,19 28:19 29:8,12 31:20 32:12 32:19 38:22 39:7,12 39:18,19,23 40:3,5 40:14,22 41:9,14,15 42:12,17 43:7,10,14 43:18 44:6,10 45:13 45:16,23 46:12,21 47:8 55:12,20,23 56:3,7 57:22 58:11 60:12 65:15 66:16,20 66:22 67:4 68:1,5 69:12,17 70:5,15,17 71:1 73:6 74:12
lower 55:6
Lowe's 33:19,22 39:2,4 41:23 43:21 45:6 46:19 56:10
lunch 40:6

**M**
Macon 10:10,17
made 3:14 25:18,19 46:19
make 19:12 20:8 21:1,2 21:4 22:10 49:2,16 52:16 58:6 64:19 71:12

making 21:5 52:16
male-female 31:4
manner 3:22 75:7
many 14:3,6,15 18:6 26:14
marked 2:21
married 4:23
master's 5:14,19 7:16 25:7 48:5 61:4 71:21 71:22 72:14 73:1
materialized 29:4
math 14:21,23 17:9 18:23 20:5 21:22 22:17 52:9 61:2,3 62:10,12 72:5,6,10
matter 74:11
may 3:7,14,15,21 6:7 22:23,23 23:4,7 43:22 45:7 46:17 50:8,9,15,18 52:1 53:4 69:12 70:23
maybe 11:3,4,17 12:16,17,17 13:21 14:8 15:17 31:15 33:12 35:16 36:20,22 37:23 44:19 48:1,1,4 48:9
ma'am 59:6
McCorvey 66:6
McKee 9:15,23 10:3 12:7,14,15 14:22 15:1,2 16:13,17 18:22 21:19 23:10 30:8 31:11 43:5 55:4 62:9 64:18 67:12 73:12
mean 16:20 33:1 47:2,5 47:10 53:11,13 59:19 71:20
Melissa 27:15 72:17
Melvin 1:5 2:13 23:20 24:17 27:16,19 29:8 29:11,12,17,21,23 31:20 32:12 33:19,22 38:22 39:1,4,12,15 39:22 40:3,5,14,22 41:9,14,15,23 42:4 42:17,23 43:10,14,18 55:12,19,23 56:3,6 56:10 57:22 58:9,11 60:12 65:14,15,18 66:11,16,19,22 67:4 68:1 70:14,17 71:1 73:5 74:12
Melvin's 65:17
members 64:7
mention 34:6 41:23

mentioned 42:2,3 54:23 55:15
mentioning 46:8
Michigan 5:11,13 7:10 8:1,3
Middle 1:2 9:2 74:19
Mike 11:13 43:13
military 6:16
mind 29:14 30:20 40:23 60:7
Montgomery 1:8,19 2:6,11 4:18 7:3 9:14 10:11,12,18,22 74:3 74:15
month 12:8 33:10
more 11:17 14:8,9 20:16 39:17
Most 14:5
mother 7:2,4 56:10
motivating 44:20
MPS 13:13,15 24:9,23 25:14,16 27:7,20 28:17
much 12:20 13:20 16:9 28:10 29:10,14 41:16 41:22 50:8 52:14 54:1 65:6,19
multiple 14:12
myself 13:11 57:11 69:13

**N**
name 4:15 5:2 21:22 27:14 39:2,4 41:4,23 50:19 51:9 65:17
names 7:4 29:14,15 36:18 41:19 66:5
narrow 20:19
narrowed 56:17
necessarily 69:19
need 3:13 14:18 18:7 23:3 34:13 48:16 53:5 64:2
needed 13:16 30:21 31:1 65:1
needing 35:12
negative 54:19 70:21
negatively 43:23
neither 75:5
never 29:4 39:17,21 68:16
new 15:3 17:8 21:17 47:14 63:19 64:5
next 11:22 19:21 33:9 44:14
nonrenewed 44:12,17 51:3,11,11 54:6

normal 63:15,21
Northern 1:3 74:20
notes 13:21,23 59:13
nothing 4:10 58:8 63:22 64:4 74:10
notice 45:21
number 4:21 16:4 37:1 37:2 47:14 51:9,19 64:1,7 74:21
numbers 16:2 35:13 51:15 53:23 64:8

**O**
Object 17:18 39:13 47:4 50:2 53:12 60:20 69:6 73:7
objections 3:12,13
obtain 10:3
obviously 48:13
offered 3:16 12:7
offhand 62:17
office 11:3,8,21 13:19 18:12 19:5,6,9,12 20:13,15 26:19,22 37:4,16,23 38:5,13 43:2 49:2,8,13 50:16 51:6,23 52:14,19 56:20 59:1 62:4 63:4 69:14,18 70:19
Offices 1:17
often 24:16
Oh 26:12 30:11
okay 5:19,22 6:8,12,23 8:1 9:5,11,20 10:2,17 11:2,16 12:5,13 13:12 14:18 15:7,20 16:19 17:6,13 18:22 19:16,20 20:18 22:2 23:10,12,20 24:13,19 25:8,11,22 26:14,17 26:20,20 27:3,11,22 28:9,16 29:7,20 30:12 32:19 33:17 34:17 36:7,21 37:10 37:12 38:3 39:1,6 42:23 45:5 48:10,23 49:5 51:7,17,21 55:10 60:2,5 61:15 61:19 62:2,23 65:12 65:23 67:4,14,19 68:14,16 69:3,8 71:15,23 72:3,7,11 73:4,14
Once 19:3
one 13:9 20:10,20 21:6 21:7,9,10 25:20 26:21 27:9,9 29:3,4

31:16 35:16 36:20 37:8,12,21 40:3 42:7 43:1,7 46:7 50:21,22 50:23 51:2,19,23 53:16 54:4,20 57:10 57:13,20 58:7 68:20
one-on-one 15:12 27:16
only 26:21 45:10 63:7,7 65:17
open 10:8,8 19:1 24:4 45:2,2 70:1
opinion 18:18 19:8 29:23 43:23 46:14 58:10
Opportunity 46:5
opt 53:17
Ordinarily 16:22
ordinary 18:1 63:22 64:5
organizing 16:1
other 3:12,16,22 7:22 8:1,2,8,8 24:12 36:7 36:23 37:8 39:14,21 40:8 42:8,8 44:2 46:9 46:20 55:11,12,14,18 55:20 63:9,14,21 66:1 67:16 68:18,23 69:5,14 71:3,3
others 25:17
out 6:6 10:4 12:6 18:3 18:5 19:10 20:16 22:21 29:15 31:2 36:16 45:2 47:23 55:1 63:22 64:4 65:16 66:5 69:18 75:3
over 5:4 15:18 23:5 40:9

**P**
packet 16:10
pages 74:23
paid 17:4
Pampas 4:18
panel 11:6 20:23 21:3 26:9,13
paperwork 20:16 49:4 49:17,21
part 12:10 13:12 14:4 24:6
particular 18:21
parties 3:3,19 4:3 75:3 75:6
party 3:17,22 47:14
past 44:3 69:17
Patricia 1:15 3:8 74:4

Deposition of Bobby E. Abrams, Jr.   Lowe vs. MCBOE   January 24, 2006

Page 5

75:11
Patty 2:3,5
people 11:17,18 13:10
  13:22 14:1 18:3,4,6
  18:11 22:3 25:18,20
  26:3,14 27:6,11 36:3
  36:4,9,9,18 37:3,12
  52:5,17,19 53:4,7,18
  54:2,5,6,8 56:18 57:6
  58:17,17,23 60:7
  63:9 64:18 66:7,8
  67:7,8,10 68:19
  69:13
per 59:22
period 18:16
permission 35:19
Perry 1:18 2:10
person 13:9,19 15:1
  20:9,9,14,14 21:9,10
  21:14,19 22:15,23
  23:1 25:5 30:11
  32:18 34:12,15 35:12
  35:20 36:5,13,17,23
  38:1,2,8 41:20,20,21
  53:13,15,17,19,20,22
  59:20 60:9,22 72:17
personal 43:11
personalities 64:17
personality 64:22 65:6
personally 29:21 57:18
  70:21
personnel 13:19 49:13
  50:16 51:6
persons 30:19
phone 12:2 24:16 25:12
  33:2,3 40:9 47:9,15
  60:13 65:21
pick 21:6,7 33:1,3
  44:22 47:15
picked 57:6
picnic 47:11
pink 44:11
pinpoint 64:3
place 33:8
placed 51:18
Plaintiff 2:2 74:13
Plaintiff/Petitioner 1:6
plan 16:6,8,12
plans 16:13 65:4
please 4:15,19 8:11
point 27:19 30:18 34:5
  42:21 46:23 51:5
  60:12
points 59:22
pool 27:8
pose 60:11
posed 57:23

position 13:14 16:23
  17:1 18:2,21,22 19:1
  20:21 22:6,15 23:16
  23:18,21 24:2,3,5
  25:1 27:17 28:21
  29:16,18 30:5,7,10
  30:21,22 31:7,10,15
  31:17,21 32:3,6,7,11
  32:18 33:6 35:2,8,10
  35:20,21 36:2 37:22
  38:10,15,22 39:3
  40:6,19,23 41:10
  42:1,5,16 43:15,19
  44:14 48:12,17 49:15
  54:15 56:16 60:14,17
  60:23 61:20,23 63:2
  63:5,20 65:13 66:20
  66:23 67:17 68:9
  69:10 73:6,9
positions 22:3 23:3
  32:20 35:17 64:9
  68:17 73:11
positive 31:12 56:22
  58:19 59:3 68:6 71:6
possess 60:19
possibilities 67:17
possibility 29:1 42:17
  66:8,13,15 67:2
possibly 51:2
posted 19:1,3
potential 26:13 36:5
potentially 66:3
present 2:12 11:11,13
  11:14
presented 34:4
preset 60:7,18
pressing 23:3
pretty 12:20 13:20 16:9
  28:10 29:10,14 41:16
  41:22 54:1 65:19
previous 62:5,8 71:23
principal 9:2,7,9,12,13
  9:16 10:3 12:7,16,22
  13:13,16 17:13 18:5
  18:13 22:14 23:6
  32:17 36:5,7 57:5
  60:3 63:19 64:6
principals 13:15,20,23
  14:4 18:10 22:22
  50:12 51:20
printed 74:23
prior 18:13 21:4 37:4
  44:18 45:20 46:8
  49:8 52:21 62:8
priority 23:5,7 55:5
probably 38:9
problem 55:7

Procedure 3:7
process 10:2 11:20
  12:21,22 13:18,22
  14:17 16:16,19 17:14
  17:15 18:2 19:15
  20:7,19 34:18,19
  38:5 48:11 49:4,7,18
  50:6,9,15 53:5 58:5
  62:23 63:15,17,22
professional 46:13
professionally 29:21
professor 6:4
program 15:3,15 17:10
  17:11 28:5,7,15
provided 3:17,23 51:4
public 9:14 10:11
Purcell 56:3
purpose 3:16
pursuant 1:14 3:6
pursue 35:20 43:10

_____

Q

qualified 18:19 29:16
  29:18 50:23 54:10
  65:18 66:2,12
question 3:13 14:7
  17:23 18:15 28:3,3,4
  28:12,13 33:9 59:21
  63:7 70:11
questions 3:12 13:1,2,6
  13:7,20 20:8 53:14
  57:16,17,23 58:2,9
  58:20 59:2,7,22,23
  60:11
quote 64:3

_____

R

ranking 52:11,13,20
  53:8 54:2
ranks 53:11
Ransom 15:2,7 16:16
rapid 12:20
ratio 31:4
reaction 65:18
read 72:13
reading 14:21,23 15:3
  15:16,17 16:9,15,20
  16:21 17:2,2,9,15
  18:7,8 20:2 28:5,15
  29:3 42:18 73:10
  75:3
ready 33:5
really 36:22 37:20
reason 45:10 56:18
  69:4
recall 11:2 55:10
receive 5:19 7:14 17:5

18:17 23:1 54:4 55:3
received 5:10,12,14
  6:21 7:17 10:15 53:7
  65:7 70:5
receiving 44:11 45:20
recess 56:13 67:22
recommend 20:10 21:7
  21:18 22:23 23:6
recommendation 20:11
  21:5,9,12 29:5 54:18
recommendations
  22:10 54:20
recommended 22:15
  22:18 36:14 37:21
  54:14 55:3,8 73:5
recommending 23:5
recommends 23:7
reconsider 54:17
reflected 43:23 45:7
regard 29:20 40:23
  42:1,15 60:22 65:14
regarding 55:12,19
regardless 3:23
Registered 1:15 3:8
  74:4 75:11
regularly 47:3,8
reiterate 46:22
reiterated 32:2,13
relationship 43:11
  46:18 58:12
relatively 34:18,20
relatives 6:23
release 22:20
remedial 17:9
remember 11:11,18
  12:5 14:6,15 24:14
  32:22,23 33:10 36:22
  42:9 51:14
report 20:15
reported 74:7
Reporter 1:15 3:9 74:5
  75:12
REPORTER'S 74:1
represented 53:20
representing 3:3,19
  4:13
represents 58:4
required 25:4
research 10:20
research-based 28:4,4
  28:7,13,14
reserved 3:14
resource 50:7
resources 48:20 50:5
  56:6 70:23
response 31:12 42:6
  54:19 56:22 58:19

59:3 68:6 71:6
restaurant 40:3,7
resulted 35:14
results 75:7
right 9:11 10:1 11:1
  19:2,7 23:17 24:20
  25:15 26:5 28:18
  29:19 33:4,14,16,20
  37:14 38:23 39:16
  40:4 42:4,20,22
  45:15 48:15,18 55:21
  58:22 62:17 63:21
  64:15 66:14 69:2
robin 12:19
Roderick 27:14,15
  72:11
Rodonna 41:4
Roughly 14:11
round 3:15
route 68:19
Rudolph 41:7
Rules 3:6
ruling 3:15
run 20:8 64:19

_____

S

SAITH 73:17
same 4:1 12:21,22 13:2
  13:6,7 17:1 75:4
sat 13:21 57:20 67:8
SAT/ARMT 55:7
saved 22:11
saw 40:6 65:22 66:13
scenario 60:4
scheduling 16:3
school 6:5 8:13,18,23
  9:2,15,18,21 10:9
  12:12,14 16:5,11,23
  17:17 21:20,20 22:4
  22:16,20 23:9,11,14
  23:16 26:11 31:4,9
  33:5,12,15 35:14
  37:11 41:1,3 42:19
  43:5 44:8 45:17 46:1
  46:15,19 53:9 54:9
  55:4 56:11 58:6
  62:19 63:17 64:8,9
  64:10,19 67:13 73:3
  73:12
schools 9:4,13,14 10:11
  10:23 23:2,4,4 44:6,7
science 18:8 52:1,7,9
scores 55:6
scoring 59:16
screening 18:15 50:6,9
se 59:22
second 9:16 14:1 25:19

Deposition of Bobby E. Abrams, Jr.    Lowe vs. MCBOE    January 24, 2006

Page 6

| | | | | |
|---|---|---|---|---|
| 25:21,23 26:3,16 27:10,18 39:3 57:6 67:10 | 48:16 49:12,14 50:4 54:16,16 | 35:8 59:4,7,13 66:6 | taught 8:14,17 62:12 | Thirty 14:9 |
| secretary 11:4 | something 6:6 28:5 44:22 45:3 46:20 47:12 49:10 70:2 | stipulated 3:2,18 4:2 | teach 15:23 18:19 | thought 49:22 67:16 72:5 |
| secure 36:1 44:14 53:1 54:11 | | stipulation 1:14 3:1 | teacher 12:17 15:5 16:11 17:3,3,16 18:8 18:22,23 19:17 20:4 20:6,12 21:17 22:18 34:14,22 48:12 51:11 52:7,9,9,10,10 55:1 61:3 62:10,15,16 65:2,4 72:4 | three 5:8 8:15 13:10 20:23 21:4,6 51:19 71:3,4 |
| security 4:21 | something's 69:23 | straight 19:13 | | three-minute 15:17 |
| see 32:9,14 49:20 51:20 53:19 60:9 | sometime 35:18 | Street 1:18 2:6,10 | | threw 65:16 |
| | sometimes 13:8,9,10,11 20:22 53:2 | Strike 39:20 | | through 10:2 12:21 13:18 14:9 17:1,4 18:17 20:7,8 37:4 38:4,10 49:4,18 50:18 62:3 63:14 |
| seeing 66:15 | | strong 51:22 | | |
| seeking 28:16 | somewhere 44:23 45:1 48:6 68:7 | student 35:13 | | |
| seemed 44:10 | | students 15:8,13 16:14 64:9 | | |
| select 57:3 | Sonia 30:11 60:22 71:5 | | | |
| SELF 41:17 | Sonya 27:13 | studies 5:11 | teachers 12:12,14 13:2 13:6 15:4,8,21,22 16:7,20 18:12,16 20:19 35:15 46:20,22 48:12 64:2,7,17,22 71:3 | throw 41:18 |
| Selma 8:16,20 | sorry 9:22 16:21 39:20 40:11 42:3 59:6 70:12 | submit 21:12 | | throwing 29:15 66:4 |
| send 21:16 49:1,15 | | submitted 37:16 | | time 3:14,15 26:6 27:10 29:12 33:5,11 40:21 48:7 57:4 72:3 |
| separated 52:5 | | Sue 37:2 | | |
| serve 25:5 43:5 57:7 67:11 | sort 57:9 72:9 | sued 6:12,14 | | |
| | south 1:18 2:10 6:23 | summer 33:14 50:13 53:4 | | times 27:21 |
| serving 41:17 57:8 65:9 | Southside 8:13 9:2,12 | | teacher's 16:8 21:21 | title 15:1,5 17:2,3,4 23:2,4,4,8,10,11 55:6 |
| sessions 14:3 15:12 | Southside-Selma 8:13 | summertime 16:3 22:22 47:18 49:11 50:9 | teacher/coach 9:6 | |
| set 54:8 60:16 75:3 | speak 4:9 29:7 40:2,17 47:8 74:9 | | teaching 5:12 7:10,11 8:7,12 35:6 43:22 44:18 52:6 | today 36:6 45:21 |
| seventh 21:22 | | superintendent 22:19 | | together 24:21 29:13 39:7 42:14 48:8,9 |
| several 10:8 22:22 24:20 25:18 27:21 56:10 61:17 | speaking 49:8 | supervise 16:6 | | |
| | speaks 58:3 | sure 11:3 19:12 49:3,16 61:14,21 62:14 71:12 | team 63:11,13,20 | told 28:1 32:7 33:18 37:18 40:22 56:16 66:9 68:2 |
| | special 18:9 31:10,21 32:2,5,6,11,15,15 34:3,5 35:4,6,9,13,17 36:10 38:14,19,21 39:9 40:6 41:17 42:1 42:5 43:18 49:14 52:10 55:14 73:6,8 | | telephone 51:9 | |
| sheet 12:19 | | swear 6:11 | tell 4:15 8:10 29:17 30:21 31:1 34:2 43:13,17 53:19 67:23 68:7 70:17 | |
| SIA 29:3 42:18 65:10 73:2,10 | | sworn 4:9 74:9 | | tomorrow 49:14 |
| sign 20:16,17 | | symbols 51:15 | | top 20:23 21:3,6 |
| signature 4:4 | | system 16:11,23 37:11 44:8 46:15 53:9 59:16 62:20 64:14 72:6 73:3 | telling 23:13 | touch 33:2,3 |
| signing 75:3 | | | ten 20:8 | touched 23:12 |
| simple 21:23 32:1 34:19,20 63:23 | specialist 5:17 65:10,11 | | tenured 62:14 | toward 68:23 |
| | specialties 52:6 | **T** | ten-question 12:19 | trained 17:10 |
| simply 16:13 32:10 | specifically 65:15 | T 9:15 21:19 | term 6:7 | traits 64:22 |
| since 10:14 47:21,21 48:3 | spent 62:15 | table 11:19 13:17,21 | test 15:18 | transcript 75:1 |
| | spoke 11:2 25:11,12 28:1 53:14,20 66:12 | take 7:16 13:23 14:4 53:1 67:21 | testified 4:10 | transferred 8:5 |
| sister 7:2,5,7 | | | testimony 6:9 | trial 3:21 |
| sit 12:18 13:17 15:18 | spoken 42:17 | taken 1:13 3:6,7 24:20 37:20 48:7,8 | testing 15:14,15 | true 75:1 |
| situation 22:13,17 54:13,23 60:10 65:1 66:4 69:20 | staff 29:13 49:12 64:6 64:7 | | thank 21:22 | truth 4:9,9,10 74:9,10 74:10 |
| | STAR 15:14 | talk 19:12 24:8 27:19 32:8,11,13 46:10 47:3 50:15 65:21 68:13 69:2 | their 16:12 52:6 57:15 61:23 71:7,8 | |
| situational 59:23 | Starkie 1:15 3:8 74:4 75:11 | | themselves 16:12 53:21 | try 12:15,15 31:1 52:23 54:8,11 |
| situations 44:5,17 | | | thereof 75:7 | |
| slip 44:11 | start 33:6 | talked 10:10,11,17,18 24:3,15,16 27:21 29:1 35:11 36:3,4 40:4 41:20 42:4 44:2 51:5 63:5 65:12,20 66:1,5 67:9,9 71:4 | thing 44:20 | trying 6:5 29:13 47:23 57:3 63:10 64:10 |
| social 4:21 | started 8:12 33:12,15 | | things 50:17 66:1 | |
| solely 58:16 70:6,8,13 | state 1:16 3:9 5:15,18 8:2 24:21 47:21,22 61:9 74:2,6 75:12 | | think 5:21 10:7,7 11:13 11:13 12:8 14:17 18:1 19:11 20:5 23:1 25:10 28:7 32:3 33:1 33:7,13 34:20 35:22 36:20 37:6,17 39:4 44:9 49:10,11,17,19 50:6,8,14,18 51:12 51:13,14 53:21 55:2 55:4 57:8,10 58:13 62:15,22 68:12 69:11 70:3 72:2 | Tuesday 1:19 |
| some 13:1 26:3 29:14 35:15 42:21 44:13 48:8,9 50:11,15,17 51:5 53:4 54:5 57:9 59:16 62:15 66:11 68:19,23 72:9,15 | | | | Tuskegee 57:10 |
| | stated 35:8 37:12 39:6 39:14 56:16 | talking 6:4 15:23 20:4 44:20 63:9 64:5 66:7 68:19 70:10 | | two 8:18 9:1,3,6,66 14:17 15:17 27:3 36:3,3,9,9,18 46:22 51:19 53:17 55:20 58:12 61:16 |
| | states 1:1 8:8 | | | |
| | status 23:18 55:6 | | | |
| | Statute 3:17,23 | talks 49:12 | | two-day 13:22 14:17 |
| somebody 38:6 | step 19:22 | Tallassee 8:16,18,19,22 8:23 9:3,4,13 12:23 13:3,4 | | type 45:4 51:3 52:3 53:22 54:4 |
| somehow 44:13 50:11 | Stephanie 5:3 | | | |
| someone 10:22 19:8,11 20:12 23:6,7 41:3 | Stewart 6:4 | | thinking 33:5 | types 64:18 |
| | still 20:1 31:6,12,14,16 | Tanya 2:4 4:13 | third 72:17 | typically 21:16 |

Case 2:05-cv-00495-WKW-SRW     Document 24-25     Filed 05/05/2006     Page 28 of 28

Deposition of Bobby E. Abrams, Jr.     Lowe vs. MCBOE     January 24, 2006

Page 7

## U

Uh-huh 31:12 56:22
  58:19 59:3 68:6 71:6
ultimately 20:22 30:7
unaware 46:11
under 34:22
understand 53:13
understanding 22:21
  27:3 53:10
Unh-unh 54:19
UNITED 1:1
University 5:11,13
unless 37:21
update 53:3
updated 53:6
use 12:23 13:1
used 3:16,22 59:17
  66:11
uses 53:9
usually 12:15 41:18
U.S 74:18

## V

VAN 2:5
very 24:22 28:2 58:3,4
  64:13
vibe 57:18 58:21
view 46:23
Vs 1:7 74:14

## W

waived 3:21 4:5 75:4
waiving 4:1
Walter 9:15 21:19
want 6:21 32:11 35:11
  47:16
wanted 10:12 20:10
  43:14,17 60:18
wanting 41:9
Washington 36:8,8,13
wasn't 10:7 32:15 34:3
  60:3 68:8,20 69:19
way 17:1 37:8 42:7
  44:13 50:11
weeding 38:5
weeks 12:9
well 7:7 12:20 24:22
  28:1,2 31:15 37:9
  42:2 44:5,22 50:5,21
  50:22 51:13 53:14,20
  53:21 57:23 58:3,4
  64:20 67:2
went 8:16 12:21 44:8
  49:3 57:10 65:20,22
were 2:21 6:16 8:20 9:8
  10:8 13:16 14:6,10
  14:12,16,18 17:14

23:23 25:2 27:11,22
  28:16,20 35:13 37:22
  42:14 45:6,20 46:7
  51:10,18 54:14 56:15
  56:20 57:23 59:22
  62:23 63:19 66:19,22
  67:16 68:2,23 69:4,8
  73:10
we're 20:4
we've 18:6 24:20 48:8
  71:4,12
whatnot 47:19
whatsoever 30:1
white 30:15
whole 4:9 19:14,15
  74:10
wide 23:11
wife 10:13
wife's 5:2
William 2:3
Williams 27:15 72:17
witness 4:3,4,8 17:21
  75:2
woman 65:8
word 66:11
wording 51:16
work 6:5 15:7 16:14
  17:10 22:21 45:6
worked 16:2 41:15
  42:11,11,12
working 5:23 46:18
  51:1 66:4
workings 13:3
works 15:2,4
wouldn't 22:20 37:21
write 16:13
written 59:2 62:17
wrong 58:3,8

## Y

yeah 10:20
year 6:3 9:16,18,21,22
  10:9 21:21 23:15
  31:10 35:15 38:17
  44:12,13,15
years 8:15,18 9:1,3,4,6
  9:6 56:10 61:16,17
  62:15,22
Year's 47:14
you-all 46:10
y'all 25:12 44:16 47:2
  47:20 64:16

## 0

05 21:20
06 6:7 21:20

## 1

11:25 1:20
1470 4:18
19 5:5
1990 5:13 7:10

## 2

2:05-CV-0495 1:7
  74:21
2000 5:21 8:20,21 48:1
  48:3,4
2001 5:21 7:20 48:1,3,5
2002 9:8 48:2
2004-2005 9:17 23:14
  30:4 42:16
2005 31:9
2005-2006 31:9
2006 1:19 74:22 75:8
24 1:19 74:22
250 2:6

## 3

30 14:8
31st 75:8
36117 4:18
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 4:22

## 4

4 2:18
4/12/67 4:20
425 1:18 2:10

## 5

50 13:22

## 7

73 74:23

## 9

91 10:14
94 6:22
95 6:22
97 7:15 8:5,12,20