# EXHIBIT

# Y

# BEERS, ANDERSON, JACKSON, PATTY & VAN HEEST, P. C.
ATTORNEYS AT LAW

*MICHAEL B. BEERS
JAMES H. ANDERSON
MICHEAL S. JACKSON
WILLIAM F. PATTY
**JUDY B. VAN HEEST
CONSTANCE T. BUCKALEW
ANGELA C. TAYLOR
RICHARD D. ANDERSON
D. SCOTT MITCHELL
WILLIAM R. GORDON, JR.

*ALSO ADMITTED IN GEORGIA
**ALSO ADMITTED IN TENNESSEE

SUITE 100
250 COMMERCE STREET
MONTGOMERY, ALABAMA 36104
(334) 834-5311
FAX (334) 834-5362
Email: beersanderson@mindspring.com

MAILING ADDRESS:
P.O. BOX 1988
MONTGOMERY, AL 36102

Bpatty@beersanderson.com

BIRMINGHAM OFFICE
2101 6TH AVENUE NORTH
SUITE 1125
COLONIAL PLAZA
BIRMINGHAM, ALABAMA 35203
(205) 327-5331
FAX (205) 327-5383

August 10, 2005

James R. Seale, Esq.
Hill, Hill, Carter, Franco, Cole & Black
P.O. Box 116
Montgomery, AL 36101-0116

**RE: Melvin Lowe**

Dear Spud:

After we filed suit in the spring of this year on behalf of Mr. Lowe, the Board non-renewed his contract. Mr. Lowe was a non-tenured teacher with the school system. The school that he was teaching was closed but the Superintendent told the faculty of that school that everyone would be placed somewhere. In fact all tenured and non-tenured employees with the school have been placed in positions during the summer, except Mr. Lowe. Further, Mr. Lowe has been contacted by four different principals during the summer to apply for positions at their schools. In each case Mr. Lowe has interviewed with the principals and these principals indicated to Lowe a willingness to hire Mr. Lowe immediately. In each interview he is being told that he would receive the position. However, after each positive interview with the principals he is being blocked for these positions apparently by someone in the central office. Mr. Lowe believes this is retaliation for his filing his lawsuit. There have been numerous jobs opened during the year for Reading Coach positions and SIA jobs. Mr. Lowe has not been hired for any of these open positions.

The actions of the Board have left Mr. Lowe with no alternative but to amend his EEOC charge as well as his complaint.

Yours sincerely,

**WILLIAM F. PATTY**

WFP/klm