# EXHIBIT Z

O: All Principals,

The following applicants have been cleared for consideration to fill vacancies for administrative assistants throughout the school district. Resumes are on file in HR or you may contact Carolyn Hicks or Jimmy Barker for feedback from screening interviews. Please interview several candidates before making recommendation for assignment.
Thank you.

| Applicants | Inside/ Outside | Phone #'s |
|---|---|---|
| Ashley, Ronald | Floyd M | 263-9749, 201-4338 |
| Baldwin, Orlean * | HH | 262-2088 |
| Baskin, Johnnetta | Baldwin | 396-7440 |
| Berry, Tracy | Blount | 244-6168, 328-4160 |
| Browder, Virginia * | Brew Int. | 262-3859 |
| Burns, Marlon G. | Nixon | 396-5265, 717-7561 |
| Carpenter, Shenika | Brewb. | 260-0521 |
| Carr, Tara * | Peterson | 265-3449 |
| Clay, Anissa | Crump | 263-3121 |
| Crawford, Cyrenthia | Lanier | 396-0888 |
| Crenshaw, SoJuan | Youth Fac. | 260-0367 |
| Curtis, Archie | McKee El. | 260-3720, 201-3759 |
| Dickerson-Causey, Rashawn | Highl Gar. | 613-2022, 467-3950 |
| Ellis, Tislam | Southla | 265-7272, 538-2721 |
| Freeman, Cassandra | Lanier | 260-8319, 312-1740 |
| Glover, Stepanie | Davis | 396-9981 |
| Graves, Frederick | McKee Jr | 286-0724 |
| Green, Mona * | Davis | 260-2541 |
| Green, Tara | MLK | 288-1124, 467-5144 |
| Gulley, Deirdre | GA | 832-9910 |
| Ham, Cynthia | Lee | 356-1010, 233-3270 |
| Hardman, Angela | Floyd E. | 396-2260, 220-6214 |
| Hutsler, Clayton | Goodwyn | 262-0632, 462-6761 |
| Johnston, John | Lanier | 280-2726, 399-8789 |
| LaBaza, Renee | Capti. Hgt | 271-0384, 414-0050 |
| Lamar-Preyer, Carol | Johnson | 284-8016, 284-1347, 430-2124 |
| Lee, Tandi | Carver | 365-0623 |
| Lloyd, Cheryl | M.L. King | 284-4535, 284-8080 |
| Lloyd, Frederick | Houston H | 538-0056, 271-8898 |
| Lowe, Marvin | JD | 396-5655, 269-3716 |
| Lowe, Melvin | Daisy | 274-9065 |
| Mangum, Robbie | McIntyre | 274-0972, 269-3755 |
| Mocks, Sonya | Johnson | 356-9013, 294-6953 |
| Nelson, Patrick * | Bellingr | 288-0067, 590-5226 |
| Palmer, Kerry J. | | 270-9296, 272-2465 |
| Phelan, Mary | Floyd E. | 280-0079, 549-3027 |
| Pringle, Minnie F. | Halcyon | 277-5447 |
| Ramsey, Deidra | Lee | 334-538-2998 |
| Robinson, Charlesetta * | Nixon | 270-9262, 315-6474 |
| Rogers, Craig | Harrison | 271-4633, 717-6517 |

AEA/Lowe 00223

| Schmidt, Shannon | Sp. Ed. | 285-7291, 269-3809 |
| Seals, Lovell * | Carver | 396-1695 |
| Stokes, LaKiska * | Johnson | 396-5156 |
| Taylor, Barbara | Nixon | 395-7611, 467-4719 |
| Thornton, Yulander | Lanier | 273-8999 |
| Wade, Maximillian | | 277-9208, (662) 302-0037 |
| Ward, Lana | Nixon | 278-3347, 799-7644 |
| Webb, Bennie L. ** | Title I | 286-6274, 284-8086 |
| Webb, Sonya | Floyd E. | 612-2255, 202-0619, 284-7120 |
| White, Regina | Pintlala | 281-4237, 202-2270 |
| White, Tracy | Morningv | 396-1463, 260-1028 |
| Windom-Gay, Charisse | Brew. P. | 215-3155 |

\*\* Currently a Curriculum Specialist
\* Currently a School-wide Instructional Assistant

Typed 7/8/05

AEA/Lowe 00224