IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-00495-WKW |
| | ) |
| MONTGOMERY COUNTY BOARD | ) |
| OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the plaintiff's Motion for Extend Time for Summary Judgment (Doc. # 22), and for good cause shown, it is ORDERED that the motion is GRANTED. The plaintiff must file any responsive briefing to the defendants' Amended Motion for Summary Judgment (Doc. # 18) **on or before May 5, 2006**. The defendants may file a reply brief of no longer than 15 pages **on or before May 12, 2006.**

DONE this the 9th day of May, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE