IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-00495-WKW |
| | ) |
| MONTGOMERY COUNTY BOARD OF EDUCATION, et al., | ) ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the parties' Joint Motion to Continue Pretrial Conference (Doc. # 30), and for good cause shown, it is ORDERED that the motion is GRANTED. The pretrial conference is continued from June 23, 2006, to August 3, 2006.

DONE this the 9th day of June, 2006.

                                              /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE