IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-00495-WKW |
| | ) |
| MONTGOMERY COUNTY BOARD OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that the defendants' motion for an extension (Doc. # 23) is DENIED as MOOT.

DONE this the 16th day of June, 2006.

　　　　　　　　　　　　　　　　　　/s/　W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE