IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN LOWE, | ) |
| | ) |
|     Plaintiff/Petitioner, | ) |
| | ) |
| vs. | )   CASE NO: 2:05-CV-0495-WKW |
| | ) |
| MONTGOMERY COUNTY BOARD | ) |
| OF EDUCATION; VICKIE JERNIGAN, | ) |
| MARK LaBRANCHE, TOMMIE | ) |
| MILLER, MARY BRIERS, DAVE | ) |
| BORDEN, HENRY A. SPEARS and | ) |
| BEVERLY ROSS, in their official | ) |
| capacities as members of the | ) |
| Montgomery County Board of Education; | ) |
| and Dr. CARLINDA PURCELL, in her | ) |
| official capacity as Superintendent of the | ) |
| Montgomery County Board of | ) |
| Education, | ) |
| | ) |
|     Defendant/Respondent. | ) |

**PLAINTIFF MELVIN LOWE'S WITNESS LIST**

COMES NOW the Plaintiff, Melvin Lowe (hereinafter "Lowe"), by and through counsel, and lists the following as witnesses Plaintiff expects to call in the trial of this matter:

1. Melvin Lowe
   9536 Colleton Place
   Montgomery, AL 36117
   (334) 274-9065

2. Marvin Lowe
   9424 Colleton Way
   Montgomery, AL 36117
   (334) 396-5655

3. Mary Lowe
   8830 Dunlake Drive
   Montgomery, AL 36117
   (334) 277-5883

4. Jimmy Barker
   c/o Montgomery County Board of Education
   307 South Decatur Street
   Montgomery, AL 36104
   (334) 223-6830

5. Dr. Carlinda Purcell
   c/o Montgomery County Board of Education
   307 South Decatur Street
   Montgomery, AL 36104
   (334) 223-6710

6. Dr. James C. Owens
   2124 Beach Street
   Montgomery, AL 36108
   (334) 269-3653

7. Mrs. Lois Johnson
   c/o Montgomery County Board of Education
   307 South Decatur Street
   Montgomery, AL 36104
   (334) 223-6850

8. Mr. Bobby Abrams
   4017 McInnis Road
   Montgomery, AL 36116
   (334) 223-6700

In addition to the foregoing, Plaintiff Melvin Lowe may call the following witnesses:

1. Superintendent Michael Looney
   c/o Butler County Board of Education
   215 Administrative Drive
   Greenville, AL 36037
   (334) 382-2665

2. Mr. Charles Hullett
   1130 22nd Street South, Suite 2000
   Birmingham, AL 35205
   (205) 212-2100

3. Vanessa B. Hannah
   1130 22nd Street  South, Suite 2000
   Birmingham, AL 35205
   (205) 212-2100

4. Mr. Mark Casillas
   c/o Montgomery County Board of Education
   307 South Decatur Street
   Montgomery, AL 36104
   (334) 223-6700

5. Ms. Carolyn Hicks
   c/o Montgomery County Board of Education
   307 South Decatur Street
   Montgomery, AL 36104
   (334) 223-6700

6. Mrs. Carla S. Winborne
   c/o Montgomery County Board of Education
   307 South Decatur Street
   Montgomery, AL 36104
   (334) 223-6700

7. Mr. Julius Thomas
   628 Bernard Street
   Union Springs, AL 36089
   (334) 738-2896

8. Mr. Tommie Miller
   827 John Brown Avenue
   Montgomery, AL 36106
   (334) 834-0015

9. Mrs. Vickie Jernigan
   600 Mary Ann Drive
   Montgomery, AL 36106
   (334) 272-2018

10. Dr. Mark LaBranche
    1760 Cairnbrook Drive
    Montgomery, AL 36116
    (334) 833-4575

11. Mr. Herman L. Harris
 4435 Woodcrest Drive
 Montgomery, AL 36108-5051
 (334) 284-3976

12. Mr. Dave Borden
 P.O. Box 33
 Montgomery, AL 36195
 (334) 834-6640

13. Mr. Henry Spears
 2069 Wabash Street
 Montgomery, AL 36108
 (334) 263-1221

14. Mrs. Margaret Carpenter
 2345 Wildwood Drive
 Montgomery, AL 36111
 (334) 263-0641

15. Mr. James Singleton
 3605 Rosa L. Parks Avenue
 Montgomery, AL 36105
 (334) 269-3662

16. Mrs. Lillian Sanders
 4015 McInnis Road
 Montgomery, AL 36116
 (334) 284-7137

17. Mr. Vince Johnson
 209 Perry Hill Road
 Montgomery, AL 36109
 (334) 260-1021

18. Mrs. Theresa Goodson
 25 Covington Street
 Montgomery, AL 36104
 (334) 269-3752

19. Ms. Mary Briers
 c/o Montgomery County Board of Education
 307 South Decatur Street
 Montgomery, AL 36104
 (334) 223-6700

20. Ms. Beverly Ross
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

21. Pam Cloud
    2100 Walbash Drive
    Montgomery, AL 36116
    (334) 223-6700

22. June Mabry or Representative of Teacher Education and Certification Office
    State Department of Education
    P. O. Box 302101
    Montgomery, AL 36130
    (334) 242-1899

23. Clinton Carter
    Superintendent (Retired)
    (334) 223-6700

24. Connie Mizell - Educational Specialist
    Montgomery County Public Schools
    Office of Teaching & Learning
    307 S. Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

25. Sheri Dice - Educational Specialist
    Montgomery County Public Schools
    Office of Teaching & Learning
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

26. Mrs. Sharon Sewell - Educational Specialist / Reading Coach
    Montgomery County Public Schools
    Office of Teaching & Learning / Wares Ferry Road Elementary
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

27. Dr. Teresa Nichols - Educational Specialist
    Montgomery County Public Schools
    Office of Teaching & Learning
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

28. Mrs. Teresa Jackson - Reading Specialist
    Montgomery County Public Schools
    Office of Teaching & Learning
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

29. Mrs. Margarett Allen - Director
    Professional Development
    Montgomery County Public Schools
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

30. Dr. Sandra Gwinn - Director
    Montgomery County Public Schools
    Federal Programs - Office of Teaching & Learning
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

31. Mrs. Gloria Howard - Educational Specialist
    Montgomery County Public Schools
    Office of Teaching & Learning (Federal Programs Office)
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

32. Mrs. Debra Clark - Principal
    Brewbaker Intermediate School
    4455 Brewbaker Drive
    Montgomery, AL 36116
    (334) 223-6700

33. Mrs. Vera Thompson - Principal
    Fitzpatrick Elementary School
    4055 Fitzpatrick Blvd.
    Montgomery, AL 36116
    (334) 223-6700

34.     Mrs. Cheryl Cophich - Principal
        Floyd Elementary School
        630 Augusta Avenue
        Montgomery, AL 36111
        (334) 223-6700

35.     Ms. Jackie Campbell - Principal
        Seth Johnson Elementary School
        4550 Narrow Lane Road
        Montgomery, AL 36116
        (334) 223-6700

36.     Mrs. Janice Harvey - Principal
        Southlawn Elementary School
        5225 Patricia Lane
        Montgomery, AL 36108
        (334) 223-6700

37.     Mrs. Cindy McKenzie - Principal
        Dozier Elementary School
        200 Eastern Bypass
        Montgomery, AL 36117
        (334) 223-6700

38.     Dr. Angela Copeland-Mangum - Principal
        Bellingrath Junior High School
        3488 S. Court Street
        Montgomery, AL 36105
        (334) 223-6700

39.     Mr. Thomas Cochran - Principal
        Houston Hill Junior High School
        215 Hall Street
        Montgomery, AL 36104
        (334) 223-6700

40.     Mrs. Tina Minott - Principal
        Southlawn Middle School
        5333 Mobile Highway
        Montgomery, AL 36108
        (334) 223-6700

41.     Dr. Reginald Eggleston - Principal
        Carver Senior High School
        2001 W. Fairview Avenue
        Montgomery, AL 36108
        (334) 223-6700

42. Mr. Lewis Washington - Principal
    Lanier Senior High School
    1756 S. Court Street
    Montgomery, AL 36104
    (334) 223-6700

43. Mr. Randy Sikes - Principal
    Lee Senior High School
    225 Ann Street
    Montgomery, AL 36107
    (334) 223-6700

44. Erodean Jeter
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

45. Arthur Lee Ballard
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

46. Denitta Easterling
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

47. Sonya Floyd
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

48. Ron Ashley
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

49. John Johnston
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

50. Carlos Cherry
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

51. Eleanor Freeney
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

52. Rhonda Oates-Tucker
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

53. Jessietta Crawford
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

54. Kevin Culpepper
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

55. Angela Mangum
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

56. Darryl Washington
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

57. Lovell Seales  
    c/o Montgomery County Board of Education  
    307 South Decatur Street  
    Montgomery, AL 36104  
    (334) 223-6700

58. Deidre McRay  
    c/o Montgomery County Board of Education  
    307 South Decatur Street  
    Montgomery, AL 36104  
    (334) 223-6700

59. Virginia Browder  
    c/o Montgomery County Board of Education  
    307 South Decatur Street  
    Montgomery, AL 36104  
    (334) 223-6700

60. Mona Green  
    c/o Montgomery County Board of Education  
    307 South Decatur Street  
    Montgomery, AL 36104  
    (334) 223-6700

61. Tara Carr  
    c/o Montgomery County Board of Education  
    307 South Decatur Street  
    Montgomery, AL 36104  
    (334) 223-6700

62. Dierdra Ramsey  
    c/o Montgomery County Board of Education  
    307 South Decatur Street  
    Montgomery, AL 36104  
    (334) 223-6700

63. Barbara Sankey  
    c/o Montgomery County Board of Education  
    307 South Decatur Street  
    Montgomery, AL 36104  
    (334) 223-6700

64. Orlean Baldwin  
    c/o Montgomery County Board of Education  
    307 South Decatur Street  
    Montgomery, AL 36104  
    (334) 223-6700

65. Annisha Officer
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

66. Patrick Nelson
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

67. Lakisha Stokes
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

68. Tamara Winston
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

69. Gloria Odutola
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

70. Jennifer Turner
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

71. Sussie Prater
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

72. Hosea Addison
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

73. Exzealia Baptiste
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

74. Jeri Brown
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

75. Antonine Richardson
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

76. Rodrick James
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

77. Emily Little
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

78. Bobby Lowe
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

79. Mary Markham
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

80. Ferlisa Ross
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

81. Mary Norman
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

82. Shanetha Patterson
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

83. Dionne Woody
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

84. Durwood Wilson
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

85. Susan Terrell
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

86. Essie Baker
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

87. Karen Vann
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

88. Lamecha James
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

89. Cathy Simmons
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

90. Sheila Helms
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

91. Tamara Harvey
    c/o Montgomery County Board of Education
    307 South Decatur Street
    Montgomery, AL 36104
    (334) 223-6700

92. Any witness listed by Defendant

93. Any witness deposed or to be deposed

94. Any witness necessary for rebuttal

95. Any witness needed for impeachment

96. Any witness whose name is revealed through subsequent discovery

97. Plaintiff reserves the right to amend this witness list

98. Anyone needed to authenticate any document listed in Plaintiff's or Defendant's Exhibit Lists.

**RESPECTFULLY SUBMITTED** this the 28th day of June, 2006.

/s/   William F. Patty
**WILLIAM F. PATTY [PATTW4197]**
Attorney for Plaintiff Melvin Lowe

**OF COUNSEL:**

BEERS, ANDERSON, JACKSON,
 PATTY & VAN HEEST, P.C.
P.O. Box 1988
Montgomery, AL 36102-1988
334-834-5311 (phone)
334-834-5362 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that on June 28, 2006, a true and correct copy of PLAINTIFF MELVIN LOWE'S WITNESS LIST was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    James R. Seale, Esq.
    HILL, HILL, CARTER, FRANCO, COLE & BLACK
    P. O. Box 116
    Montgomery, AL 36101-0116

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                                         /s/   William F. Patty
                                         **OF COUNSEL**