IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELVIN LOWE, | ) | |
| | ) | |
| Plaintiff/Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO: 2:05-CV-495WKW |
| | ) | |
| MONTGOMERY COUNTY BOARD OF EDUCATION; VICKIE JERNIGAN, MARK LaBRANCHE, TOMMIE MILLER, MARY BRIERS, DAVE BORDEN, HENRY A. SPEARS and BEVERLY ROSS, in their official capacities as members of the Montgomery County Board of Education; and Dr. CARLINDA PURCELL, in her official capacity as Superintendent of the Montgomery County Board of Education, | ) | |
| | ) | |
| Defendant/Respondent. | ) | |

**JOINT MOTION TO EXTEND DEADLINE FOR FILING STATUS ON MEDIATION AND FOR FILING JOINTLY PREPARED PRETRIAL ORDER**

COMES NOW, the Parties to the above-styled action and jointly move this Court for an order to extend the time for filing the status on mediation of the above-referenced case from Friday, July 28, 2006 until August 3, 2006 and to extend the time line for filing a Jointly Prepared Pretrial Order from July 31, 2006 to August 3, 2006. As grounds for this motion, the Parties show unto the Court that they were engaged in mediation in the case for a full day on July 20, 2006 and had agreed to continue the mediation to July 28, 2006. The Parties are hopeful that once mediation is resumed that the case can successfully be mediated.

DONE this the 26 day of July, 2006.

        /s/ William F. Patty
**WILLIAM F. PATTY (PATTW4197)**
Attorney for Plaintiff Melvin Lowe

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
   PATTY & VAN HEEST, P.C.
P.O. Box 1988
Montgomery, AL 36102-1988
334-834-5311 (phone)
334-834-5362 (fax)

        /s/ James R. Seale
**JAMES R. SEALE**
Attorney for Defendants

**OF COUNSEL:**
HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
P.O. Box 116
Montgomery, AL 36101-0116
334-834-7600 (phone)
334-263-5959 (fax)

        /s/ William F. Patty
OF COUNSEL