IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-00495-WKW |
| | ) |
| MONTGOMERY COUNTY BOARD | ) |
| OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the parties' Joint Motion to Extend Deadline for Filing Status on Mediation and for Filing Jointly Prepared Pretrial Order, it is ORDERED that the deadlines are continued to August 3, 2006.

DONE this the 31st day of July, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE