IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN LOWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-495-WKW |
| ) | |
| MONTGOMERY COUNTY BOARD ) | |
| OF EDUCATION, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

The pretrial hearing scheduled for 2:30 p.m. on August 3, 2006, will be held in Courtroom 200-E of the Frank M. Johnson U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

Done the 1st day of August, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE

1