IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN LOWE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-CV-00495-WKW |
| | ) |
| MONTGOMERY COUNTY BOARD OF EDUCATION, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Upon oral notice that the parties have settled the instant action, it is ORDERED that they shall file their joint stipulation of dismissal on or before August 16, 2006.

DONE this the 3rd day of August, 2006.

                                                /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE