**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **MELVIN LOWE,** ) | |
| ) | |
|    **Plaintiff/Petitioner,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO: 2:05-CV-495WKW** |
| ) | |
| **MONTGOMERY COUNTY BOARD** ) | |
| **OF EDUCATION; VICKIE JERNIGAN,** ) | |
| **MARK LaBRANCHE, TOMMIE** ) | |
| **MILLER, MARY BRIERS, DAVE** ) | |
| **BORDEN, HENRY A. SPEARS and** ) | |
| **BEVERLY ROSS, in their official** ) | |
| **capacities as members of the** ) | |
| **Montgomery County Board of Education;**) | |
| **and Dr. CARLINDA PURCELL, in her** ) | |
| **official capacity as Superintendent of the** ) | |
| **Montgomery County Board of** ) | |
| **Education,** ) | |
| ) | |
|    **Defendant/Respondent.** ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Come now the parties, by and through counsel of record, and stipulate and consent to the dismissal of the above-styled action with predjudice and with each party bearing his or its own costs.

    DONE this the 16th day of August, 2006.

                                              /s/William F. Patty
                                              **WILLIAM F. PATTY (PAT038)**
                                              Attorney for Plaintiff Melvin Lowe
                                              BEERS, ANDERSON, JACKSON,
                                               PATTY & VAN HEEST, P.C.
                                              P.O. Box 1988
                                              Montgomery, AL 36102-1988
                                              334-834-5311 (phone)

 /s/ Elizabeth Brannon Carter
**JAMES R. SEALE (3617-E-68J)**
**ELIZABETH CARTER (BRA083)**
Attorneys for Defendants
HILL, HILL, CARTER, FRANCO, COLE
& BLACK
P.O. Box 116
Montgomery, AL 36101-0116
Telephone: (334) 834-7600