IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-00495-WKW |
| | ) |
| MONTGOMERY COUNTY BOARD OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties filed a Joint Stipulation of Dismissal With Prejudice (Doc. # 43). Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED that this civil action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 18th day of August, 2006.

      /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE